**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROWENA WAGNER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-264 ERIE |
| | ) | |
| CRAWFORD CENTRAL SCHOOL | ) | JUDGE SEAN J. McLAUGHLIN |
| DISTRICT, et al. | ) | |
| | ) | |
| Defendants | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY PERIOD
## AND AMEND CASE MANAGEMENT ORDER

AND NOW, this 11th day of August, 2005, come Plaintiff, Rowena

Wagner, and Defendants, Crawford Central School District, the Board of Education of

the Crawford Central School District, Michael E. Dolecki and Charles E. Heller, III, and

Defendant Crawford Central Education Association, by and through their attorneys, the

undersigned, motioning the Court to enlarge the discovery period and amend the Case

Management Order, stating in support thereof the following:

      1.    Pursuant to the Court's initial Case Management Order dated May

10, 2005, the discovery period is scheduled to end on September 7, 2005.

      2.    The Court's Order also provided filing deadlines for dispositive

motions, pretrial narratives and other matters.

      3.    The parties have concluded the exchange of voluminous written

discovery and anticipate the scheduling and conducting of a significant number of

depositions which will take several months to complete.

4.    Plaintiff's counsel has advised Defendants that Plaintiff gave birth to a baby recently, which involved some degree of surgery.  Plaintiff's physician, Dr. Denise Johnson of Meadville Medical Center, does not approve of Plaintiff being deposed until sometime during September 2005 (date to be determined).

5.    Therefore, the parties request a 99-day enlargement of the discovery period and a similar amendment to the remainder of the schedule in the Court's initial Case Management Order.

6.    No prejudice would result if the Court were to grant this motion.

7.    This is the parties' first request to enlarge the discovery period.

WHEREFORE, Plaintiff, Rowena Wagner, and Defendants, Crawford Central School District, the Board of Education of the Crawford Central School District, Michael E. Dolecki and Charles E. Heller, III, and Defendant Crawford Central Education Association respectfully request the Court to order that the discovery period be enlarged until December 15, 2005, that dispositive motions be filed on or before January 4, 2005, that Plaintiff's pretrial narrative statement be filed on or before January 4, 2005 and that Defendant's pretrial narrative statement be filed on or before January 24, 2005.

Respectfully submitted,

By _Caleb L. Nichols_
    Caleb L. Nichols, Esq.
    P.O. Box 1585
    Erie, PA 16507
    (814) 838-1877

    Attorney for Plaintiff
    Rowena Wagner

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By _____
    Mark J. Kuhar, Esq.
    120 West Tenth Street
    Erie, Pennsylvania 16501-1461
    (814) 459-2800

    Attorneys for Defendants,
    Crawford Central School District, The
    Board of Education of Crawford Central
    School District, Michael E. Dolecki and
    Charles E. Heller, III

By _____
    Richard S. McEwen, Esq.
    Crawford Central Education Association
    4250 Route 6N
    Edinboro, PA 16412-1735

    Attorneys for Defendant,
    Crawford Central Education Association

# 626929

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROWENA WAGNER,        )
                      )
     Plaintiff        )
                      )
       v.         )   Civil Action No. 04-264 ERIE
                      )
CRAWFORD CENTRAL SCHOOL   )   JUDGE SEAN J. McLAUGHLIN
DISTRICT, et al.          )
                      )
     Defendants     )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding *Joint Motion to Enlarge Discovery Period and Amend Case Management Order* has been served by first class, United States mail, postage pre-paid on the 11th day of August, 2005 as follows:

**Mark J. Kuhar, Esq.**
**Knox McLaughlin Gornall & Sennett, P.C.**
**120 West Tenth Street**
**Erie, PA 16501**

**Richard S. McEwen, Esq.**
**Crawford Central Education Association**
**4250 Route 6N**
**Edinboro, PA  16412**

Respectfully submitted,

By *Caleb L. Nichols*
    Caleb L. Nichols, Esq.
    P.O. Box 1585
    Erie, PA 16507

    Attorney for Plaintiff,
    Rowena Wagner