IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER,<br><br>    Plaintiff<br><br>    v.<br><br>CRAWFORD CENTRAL SCHOOL DISTRICT, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-264 ERIE<br>)<br>) JUDGE SEAN J. McLAUGHLIN<br>)<br>)<br>)<br>) |

### ORDER

AND NOW, this _____ day of _____, 2005, this matter coming before the Court upon the parties' Joint Motion to Enlarge Discovery Period and Amend Case Management Order, it is hereby ORDERED that the discovery period shall close on December 15, 2005, and that dispositive motions shall be filed on or before January 4, 2005, Plaintiff's pretrial narrative statement shall be filed on or before January 4, 2005 and Defendant's pretrial narrative statement shall be filed on or before January 24, 2005.

 

_____
Sean J. McLaughlin, Judge