IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | )   Civil Action No. 04-264 ERIE |
| | ) |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al., | ) |
| | ) |
|       Defendants. | ) |

## O R D E R

AND NOW, to wit, this 16th day of August, 2005, upon consideration of the parties' Joint Motion to Enlarge Discovery Period and Amend Case Management Order [Doc. No. 29],

IT IS HEREBY ORDERED that said motion is GRANTED and the period for discovery shall be extended to December 15, 2005. Dispositive motions, together with supporting briefs and/or exhibits, shall be filed on or before January 4, 2006. Plaintiff's pretrial narrative statement shall also be filed on or before that date. Responses to dispositive motions, along with any briefs and/or exhibits, shall be filed on or before January 24, 2006. Defendants' pretrial narrative statements shall also be filed on or before that date. All other aspects of this Court's May 10, 2005 Case Management Order shall remain in effect.

                                              s/   Sean J. McLaughlin
                                                   United States District Judge

cm:    All counsel of record.