IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROWENA WAGNER,  :
        Plaintiff,  :
   :
vs.  :
   :
CRAWFORD CENTRAL SCHOOL DISTRICT,  :
CRAWFORD CENTRAL SCHOOL BOARD,  :
        Defendants,  :
   :
MICHAEL E. DOLECKI, SUPERINTENDENT,  :  CIVIL ACTION
        Defendant,  :  No. 04-264E
   :
CHARLES E. HELLER, III,  :
ASSISTANT SUPERINTENDENT  :
        Defendant,  :
   :
    and  :
   :
THE CRAWFORD CENTRAL  :
EDUCATION ASSOCIATION,  :
        Defendant.  :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Please withdraw the appearance of John Paul Jones, Esquire on behalf of Defendant Crawford Central Education Association in the above-captioned matter.

AND NOW, this _____
day of _____, 20____,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  September _1_, 2005

Respectfully submitted,

_John Paul Jones_ (signature)
John Paul Jones, Esquire

**PSEA**
PENNSYLVANIA STATE
EDUCATION ASSOCIATION

*Leadership for Public Education*

Legal Division
4250 Route 6N East
Edinboro, PA 16412-1735

(814) 734-7660
(800) 668-7116
Fax: (814) 734-5206

www.psea.org

James R. Weaver, *President*
James P. Testerman, *Vice President*
Grace E. Bekaert, *Treasurer*
Carolyn C. Dumaresq, *Executive Director*

September 7, 2005

United States District Court
Western District
Clerk of Courts
17 South Park Row
Erie, PA  16501

RE:   **Rowena Wagner v. Crawford Central School District, et al.**
      **Civil Action No. 04-264E**

To the Chief Clerk:

Enclosed for filing please find a Withdrawal of Appearance in the above-captioned matter, on behalf of John Paul Jones, Esquire.

Please feel free to contact me if you have any questions regarding this filing.

Sincerely,

Richard S. McEwen
Staff Attorney

RSM:db

Enclosures

Pc:   Caleb Nichols, Esq.
      Mark Kuhar, Esq.
      Robert J. Abraham, Esq.

File No. 957497 AMIC (14)

---

**The PSEA Mission**
*To advance quality public education for all students while fostering the dignity and worth of members through collective action.*

Affiliated with the National Education Association

