IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROWENA WAGNER | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action No. 04-264 ERIE |
| V. | ) | |
| | ) | |
| CRAWFORD CENTRAL SCHOOL | ) | |
| DISTRICT, et al., | ) | |
|    Defendant | ) | |
| | ) | |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Motion for LEAVE TO AMEND THE FIRST AMENDED COMPLAINT filed by he Plaintiff, Rowena Wagner, the MOTION is hereby granted.

 

_____
Sean J. McLaughlin
United States District Judge

Cc: All counsel of record _____