# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Rowena Wagner
_____ )
Plaintiff )
)
vs. ) No. 04-264 Erie
)
Crawford Central School District, )
et. al., )
_____ )
Defendant )

HEARING ON  Telephonic Motion to Amend Complaint

Held on Dec. 6, 2005

Before Judge McLaughlin

Caleb Nichols _____  Mark Kuhar
_____  Richard McEwen
Appear for Plaintiff                Appear for Defendant

Hearing begun  1:30 p.m.        Hearing adjourned to  1:59 p.m.

Hearing concluded C.A.V. _____  Stenographer  Ron Bench

                                  Clerk  n/a

### WITNESSES:

For Plaintiff                    For Defendant

Mtn. to Amend Complaint is under advisement; Δ's 20 days to file Brief in Opposition to Mtn. to Amend complaint; π's Response due 10 days thereafter. ~~deadlines~~ updated accordingly
Disc to close; 45 days from 12-15-05
Order to follow updating deadlines.
DISC - 1-30-06      π's PTS ~~2-22-06~~      Response to Mtn 3-13-06
SUM JGMT - ~~2-22-06~~      Δ's PTS ~~2-22-06~~ 3-13-06