**<u>EXHIBIT 2</u>**

**PSEA**

THE PENNSYLVANIA STATE EDUCATION ASSOCIATION
NATIONAL EDUCATION ASSOCIATION
2003 ENROLLMENT FORM 2004

**nea**
NATIONAL EDUCATION ASSOCIATION
www.nea.org

| LOCAL ASSOCIATION NUMBER | LOCAL ASSOCIATION NAME | BUILDING NAME |
|---|---|---|
| 55 — 20 — 24 | Crawford Central EA | — |

| SOCIAL SECURITY NO. | TITLE | LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|---|---|
| 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 | ☐ MRS. ☐ MR. ☐ MISS ☐ DR. ☐ MS. | WAGNER | ROWENA | V |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1616 North Franklin St. | Cochranton | PA | 16314 |

### EMPLOYMENT LEVEL (✓) PLEASE CHECK

| | | | | |
|---|---|---|---|---|
| ☐ 01 Preschool | ☐ 03 Elementary | ☐ 05 High School | ☐ 07 College | ☐ 09 Other |
| ☐ 02 Kindergarten | ☐ 04 Middle Sch/Jr Hg | ☐ 06 Community/Junior College | ☐ 08 University | |

### EMPLOYMENT CODES (✓) PLEASE CHECK WHERE APPROPRIATE

**Classroom Teacher**
- ☐ 101 Adult Ed
- ☐ 102 Art
- ☐ 103 Business Ed
- ☐ 104 Coach
- ☐ 105 Communications
- ☐ 106 Computer Science
- ☐ 107 Driver Ed
- ☐ 108 English/Language Arts
- ☐ 109 Foreign Language & Literature
- ☐ 110 Health & Physical Education
- ☐ 111 Family & Consumer Science
- ☐ 112 Library Science
- ☐ 113 Mathematics

**Academic Areas**
- ☐ 114 Music
- ☐ 115 Reading
- ☐ 116 Science
- ☐ 117 Social Studies
- ☐ 118 Special Education /Gifted
- ☐ 119 Special Ed (Speech & Hearing Imp.
- ☐ 120 Technology Ed.
- ☐ 121 General Subject
- ☐ 122 No Subject
- ☐ 123 Other
- ☐ 124 Special Education /IST
- ☐ 125 Special Education
- ☐ 126 Athletic Trainer

**Vocational/Practical Arts**
- ☐ 201 Agriculture
- ☐ 202 Business
- ☐ 203 Distributive
- ☐ 205 Family & Consumer Science
- ☐ 206 Technology Education
- ☐ 207 Trade and Industrial
- ☐ 208 Other/Votech
- ☐ 209 Nursing Educator
- ☐ 210 Physical Therapy Educator
- ☐ 211 Occupational Therapy Educator

**Higher Ed**
- ☐ 301 Agriculture
- ☐ 302 Architecture
- ☐ 303 Biology
- ☐ 304 Business
- ☐ 305 Communications
- ☐ 306 Computer Science
- ☐ 307 Trade and Industrial
- ☐ 308 Engineering
- ☐ 309 English
- ☐ 310 Foreign Languages
- ☐ 311 Geography
- ☐ 313 Family & Consumer Science
- ☐ 314 Law
- ☐ 315 Library

- ☐ 316 Mathematics
- ☐ 317 Military Science
- ☐ 318 Philosophy
- ☐ 319 Physical Science
- ☐ 320 Psychology
- ☐ 321 Religion
- ☐ 322 Social Science
- ☐ 323 No Subject
- ☐ 324 Other
- ☐ 325 Nursing Educator
- ☐ 326 Physical Therapy Educator
- ☐ 327 Occupational Therapy Educator

**Administration/Supervision**
- ☐ 401 Chief/Assistant Administrators
- ☐ 402 Supervisors
- ☐ 403 Other Administration
- ☐ 404 Principal
- ☐ 405 Assistant Principal

**Pupil Services**
- ☐ 501 Counselors
- ☐ 502 Dental Hygienists
- ☐ 503 H & S Visitors
- ☐ 504 School Nurses
- ☐ 505 School Psychologists
- ☐ 506 Occupational Therapists
- ☐ 507 Physical Therapist

**ESP**
- ☐ 601 A-V Technician
- ☐ 602 Custodian
- ☐ 603 Maintenance Personnel
- ☐ 604 Food Service
- ☐ 605 Secretarial/Clerical
- ☐ 606 Aide
- ☐ 607 Bus Driver
- ☐ 608 Confidential Personnel
- ☐ 610 Other
- ☐ 611 Educational Paraprofessional

| DATE OF BIRTH | POLITICAL AFFILIATION | ETHNIC CLASSIFICATION |
|---|---|---|
| 12 29 1972 | ☑ REPUBLICAN ☐ DEMOCRAT ☐ INDEPENDENT ☐ NONE | |

ETHNIC CLASSIFICATION text block (small print)

| SEX | SCHOOL DISTRICT CODE | AREA CODE | HOME TELEPHONE NUMBER |
|---|---|---|---|
| ☑ FEMALE ☐ MALE | 20135 | (814) | 425-2651 |

- ☐ 01 American Indian/Alaska Native
- ☐ 02 Asian
- ☐ 03 Black
- ☐ 04 Hispanic
- ☐ 05 Caucasian
- ☐ 06 Biracial
- ☐ 07 Multiracial
- ☐ 08 Native Hawaiian or other Pacific Islander

| HOME E-MAIL ADDRESS | PAGE PLEDGE |
|---|---|
| rwagner@zoominternet.net | |

### MEMBERSHIP TYPE AND PAYMENT

Pennsylvania is a unified state. The NEA, PSEA and local associations may not be joined separately.

| (✓) PLEASE CHECK ONE | PSEA | NEA | REGION ASSESSMENT | TOTAL |
|---|---|---|---|---|
| **EA MEMBERSHIP** | | | | |
| ☑ 10 Active-Annual | 372.00 | 134.00 | | 506.00 |
| ☐ 11 Active-1/2 Year | 186.00 | 69.50 | | 255.50 |
| ☐ 21 Active-Less Than 500 Hrs | 93.00 | 37.25 | | 130.25 |
| **ESP MEMBERSHIP** | | | | |
| ☐ 47 ESP-Full time | 186.00 | 73.50 | 5.50 | 265.00 |
| ☐ 48 ESP-School Year | 93.00 | 73.50 | 4.50 | 171.00 |
| ☐ 49 ESP-PT (1 hour) | 46.50 | 39.25 | 2.50 | 88.25 |
| ☐ 34 ESP-PT (2 hours) | 46.50 | 22.13 | 2.50 | 71.13 |
| ☐ 37 ESP-1/2 year-Full time | 93.00 | 39.25 | 2.75 | 135.00 |
| ☐ 38 ESP-1/2 year-School Year | 46.50 | 39.25 | 2.25 | 88.00 |
| ☐ 39 ESP-1/2 year-PT (1 hour) | 23.25 | 22.13 | 1.25 | 46.63 |
| ☐ 39 ESP-1/2 year-PT (2 hours) | 23.25 | 22.13 | 1.25 | 46.63 |
| **SUBSTITUTE** | | | | |
| ☑ 15 Substitute | 25.00 | 15.00 | | 40.00 |
| **ASSOCIATE** | | | | |
| ☐ 20 Associate | 25.00 | | | |

PSEA DUES (from above): $25.00
NEA DUES (from above): $15.00
REGION ASSESSMENT (from above):
LOCAL DUES:
SPAC CONTRIBUTION (from pledge):
FPAC CONTRIBUTION (from pledge):
TOTAL PAYMENT: $40.00

PROCESSED

JULIE ESSENTATE FINANCIAL MANAGEMENT

PSEA-PACE for State Elections
(✓) PLEASE CHECK
A.) ☐ $26 CONTRIBUTION (SUGGESTED)
B.) $_____ OTHER CONTRIBUTION
(ENTER AMOUNT)

PSEA-PACE for Federal Elections
(✓) PLEASE CHECK
A.) ☐ $12 CONTRIBUTION (SUGGESTED)
B.) $_____ OTHER CONTRIBUTION
(ENTER AMOUNT)

(✓) PLEASE CHECK
☐ I authorize my local association to include my voluntary contributions to S-PAC and F-PAC as indicated above in my authorization for payroll deduction of membership dues. My political action contribution shall be made to the appropriate committee out of my final payment of the membership year unless proration is required by law.

It is agreed that my authorization for political action contributions and my authorization for payroll deduction, if available and already authorized, shall continue in force from year to year unless revoked or modified by me for a succeeding membership year by giving written notice to that effect to my local association on or before October 1 of that membership year or as stated in my collective bargaining agreement.

I UNDERSTAND THAT OF THE TOTAL PSEA DUES, $4.25 IS FOR A ONE YEAR SUBSCRIPTION TO THE VOICE, AND OF THE TOTAL NEA DUES $4.50 IS FOR A ONE YEAR SUBSCRIPTION TO NEA TODAY.

BY SIGNING THIS MEMBERSHIP FORM, I AM ENROLLING FOR THE 2003-2004 MEMBERSHIP YEAR AND ALSO AGREEING TO MAINTAIN MY MEMBERSHIP IN THE APPROPRIATE CATEGORY EACH MEMBERSHIP YEAR THEREAFTER, UNLESS COVERED BY A MAINTENANCE OF MEMBERSHIP PROVISION, I MAY REVOKE MY MEMBERSHIP BY NOTIFYING, IN WRITING, MY LOCAL ASSOCIATION, IF AVAILABLE, OR PSEA NO LATER THAN OCTOBER 1 OF THAT MEMBERSHIP YEAR OR AS STATED IN MY COLLECTIVE BARGAINING AGREEMENT.

DUES PAYMENTS AND CONTRIBUTIONS TO F-PAC and S-PAC, IF APPLICABLE, ARE NOT DEDUCTIBLE AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES. DUES PAYMENTS MAY BE DEDUCTIBLE AS A MISCELLANEOUS ITEMIZED DEDUCTION.

| DATE 2/5/04 | SIGNATURE Rowena V. Wagner | Local Officer Verification Required PLEASE INITIAL ✓ DM |
|---|---|---|

**PSEA COPY**
PLEASE RETURN THE FIRST TWO COPIES OF THIS FORM TO PSEA

ATTACHMENT A