**EXHIBIT 3**

Case 1:04-cv-00264-SJM  Document 37-4  Filed 01/06/2006  Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROWENA WAGNER,                                  :
                                                :
          Plaintiff,                            :
                                                :
vs.                                             :   CIVIL ACTION
                                                :   NO. 04-264E
CRAWFORD CENTRAL SCHOOL DISTRICT,               :
                                                :
CRAWFORD CENTRAL SCHOOL BOARD,                  :
                                                :
          Defendants,                           :
                                                :
MICHAEL E. DOLECKI, SUPERINTENDENT,             :
                                                :
          Defendant,                            :
                                                :
CHARLES E. HELLER, III,                         :
ASSISTANT SUPERINTENDENT                        :
                                                :
          Defendant,                            :
                                                :
  and                                           :
                                                :
THE CRAWFORD CENTRAL                            :
EDUCATION ASSOCIATION,                          :
                                                :
          Defendant.                            :

## AFFIDAVIT

I hereby verify that the following statements are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of Pa. C.S. §4904, relating to unsworn falsification to authorities.

1. My name is Jeffrey D. Lewis and my work address is Pennsylvania State Education Association, 4250 Route 6N, Edinboro, PA 16412.

2. I am a UniServ Representative with the Pennsylvania State Education Association ("PSEA") and am responsible for providing support services to the Crawford Central Education Association ("CCEA").

10564.1

3. Rowena Wagner joined the PSEA as a day-to-day substitute teacher on February 5, 2004 and rejoined PSEA in October of 2004.

4. As a day-to-day substitute teacher Ms. Wagner would not be covered under the terms of the parties' collective bargaining agreement ("CBA") and therefore would not receive the additional points specified in Article XI(B), the "Vacancy" provision, of the parties' CBA.

5. The Ethic Classification question on the PSEA "2004 Enrollment Form 2005" represents PSEA's commitment to assure the equitable representation of members of ethnic minority groups in all governance levels of the Association. The question is unrelated to equitable representation of minority employment. The PSEA and its local Associations have little ability to affect the hiring practices of the districts or school boards and, therefore, would not be able to make a claim assuring equitable minority representation in employment.

_12-17-04_
Date

_Jeffrey D. Lewis_
Jeffrey D. Lewis, PSEA UniServ Representative for Crawford Central Education Association

2

COMMONWEALTH OF PENNSYLVANIA    :
                                : ss
COUNTY OF                       :

On this __17th__ Day of __December__, __2004__, before me, a __Notary Public__ in and for said County and State, personally appeared __Jeffrey D. Lewis__ who being duly sworn according to law, deposes and says that he/she is the person verifying the statements in the attached affidavit and is aware of the contents thereof and that the matters and facts therein are true and correct to the best of his/her knowledge, information and belief.

SWORN AND SUBSCRIBED TO before me
The day and year aforesaid.

__Debra A. Brace__                          __Jeffrey D. Lewis__
Signature of Notary Public                  Signature of Representative

Notarial Seal
Debra A. Brace, Notary Public
Washington Twp., Erie County
My Commission Expires Jan. 13, 2007
Member, Pennsylvania Association of Notaries

3