**EXHIBIT 6**

```
Local . . . : CRAWFORD CENTRAL EA           School Year . . :  2005
President : HOOTMAN, DANIEL W                Source Code . . :  55-20-24-0
Treasurer : BOSWELL, ROBERT                  Renewed . . . . :  10/22/04
Contact . : MEHOK, DOUGLAS R                 Pace Verified : :  10/22/04

Fair Share Local . . . . : Yes       NEA Percent     :   27%
Local Fair Share Percent:    %        Payment Plan   :   E  Alternate
Fair share verified . . :             Last Payment   :   3/09/05
                                      Statement   .  :   TREASURER

              *- - Members - -*    * - Non-Member - - *    * - - -Total - - - *
              Amount      Count       Amount    Count         Amount     Count
PSEA     $  126,110.00      348  $      297.04      1    $  126,407.04     349
Region   $        0.00           $        0.00           $        0.00
NEA      $   46,132.00      348  $       75.35      1    $   46,207.35     349
Local    $        0.00        0                          $        0.00       0
         -------------                 --------              -------------
Total    $  172,242.00           $      372.39           $  172,614.39
F3=Exit  F10=A/R Summary  F11=Local Officers  F13=Counts Detail  F14=Pay Detail
F15=Payment Plan  F16=Billing Detail  F17=PACE Summary  F18=Fair Share Data
```



EXHIBIT
Hootman 6

EXHIBIT
6 & 8

```
           CRAWFORD CENTRAL EA                              55-20-24-0
```

MRS ROWENA V WAGNER                 1236366   Unassigned
  166 N FRANKLIN ST
  COCHRANTON PA    16314-9712          PSEA: Substitute (day to d      25.00
  (814) 425-7651                        NEA: Substitute (day to d      15.00
                                     Region: Substitute (day to d        .00
                                       SPAC:                             .00
                                       FPAC:                             .00
  PLEASE CIRCLE REASON FOR CHANGE    Total Due for Individual:         40.00
  Admin.   Furlough   Left Profession   Maternity  Retire  Sabbatical  Transfer
  Other: _____   Effective: _____

MRS JULIE A WAHA                    1147191   SEDIEL
  4929 GOLDSBORO DR
  ERIE PA    16510-3831                PSEA: Annual                   376.00
  (814) 824-4914                        NEA: Annual                   137.00
                                     Region: Annual                      .00
                                       SPAC:                             .00
                                       FPAC:                             .00
  PLEASE CIRCLE REASON FOR CHANGE    Total Due for Individual:        513.00
  Admin.   Furlough   Left Profession   Maternity  Retire  Sabbatical  Transfer
  Other: _____   Effective: _____

MS STACEY L WALSH                   1184478   MEARHS
  21678 RYAN RD
  MEADVILLE PA    16335-5478           PSEA: Annual                   376.00
                                        NEA: Annual                   137.00
                                     Region: Annual                      .00
                                       SPAC:                             .00
                                       FPAC:                             .00
  PLEASE CIRCLE REASON FOR CHANGE    Total Due for Individual:        513.00
  Admin.   Furlough   Left Profession   Maternity  Retire  Sabbatical  Transfer
  Other: _____   Effective: _____

MRS DOROTHEA A WARE                 1202154   EAENEL
  25417 OAK DR
  COCHRANTON PA    16314-7045          PSEA: Annual                   376.00
  (814) 425-3224                        NEA: Annual                   137.00
                                     Region: Annual                      .00
                                       SPAC: Continuous                26.00
                                       FPAC: Continuous                 5.00
  PLEASE CIRCLE REASON FOR CHANGE    Total Due for Individual:        544.00
  Admin.   Furlough   Left Profession   Maternity  Retire  Sabbatical  Transfer
  Other: _____   Effective: _____

MS JULIE M WASSON                   1037218   NEHIEL
  10726 WILLIAMSON RD
  MEADVILLE PA    16335-8662           PSEA: Annual                   376.00
                                        NEA: Annual                   137.00
                                     Region: Annual                      .00
                                       SPAC:                             .00
                                       FPAC:                             .00
  PLEASE CIRCLE REASON FOR CHANGE    Total Due for Individual:        513.00
  Admin.   Furlough   Left Profession   Maternity  Retire  Sabbatical  Transfer
  Other: _____   Effective: _____