**EXHIBIT 8**

*Do I have to reimburse PSEA for legal services?*

Not where you recover back pay, as where you were improperly demoted, dismissed or furloughed. Where you are going after damages or some other form of remedy, PSEA does reserve the right to seek reimbursement.

*If I have other questions, whom do I contact?*

Contact your UniServ Representative.

*Is that it?*

It might be added that PSEA has retained some of the finest attorneys in Pennsylvania to serve its members. If you ever have a problem with the quality of service provided by this program, and we doubt that you will, please let us know by contacting PSEA's General Counsel at the PSEA Headquarters in Harrisburg.



# PSEA
PENNSYLVANIA STATE EDUCATION ASSOCIATION

# Legal Services Policy

*Adopted by*
PENNSYLVANIA STATE EDUCATION ASSOCIATION
BOARD OF DIRECTORS

---

**MISSION STATEMENT**

To advance quality public education for all students while fostering the dignity and worth of members through collective action.



400 North Third Street, PO Box 2225
Harrisburg, PA 17105-2225
**717-255-7000 • 800-944-7732**
**Ext. 7025, 7046, 7056, or 7029**

Printed 7/2003

*Goals*
The goal of PSEA's [illegible] is to provide timely, accurate and [illegible] the organization.
We do this by [illegible] within the division and by [illegible] resources, such as [illegible] finances, use and [illegible] with other divisions [illegible] the organization, assistance from trained [illegible] staff.
While all attorneys specialize in [illegible] law, each has [illegible] areas of expertise [illegible] collegiality, individual [illegible].
Finally, our commitment [illegible] membership and [illegible] preservation and improvement [illegible].

# PSEA Legal Services Poli[cy]

## 1. ELIGIBILITY

A. In order to be eligible for PSEA legal assistance, a person must meet the following three eligibility requirements:

  1. Active, reserve, or life membership in PSEA at the time the Application for Legal Assistance is filed;

  2. Active, reserve, or life membership in PSEA during the preceding year, unless the applicant was not eligible for such membership at the time;

  3. Active, reserve, or life membership in PSEA at the time of the event which precipitated the filing of the Application for Legal Assistance, unless the applicant was not eligible for such membership at the time.

B. PSEA will consider as eligible for legal services a retired member who has joined PSEA-R and who needs legal assistance relating to a retirement issue relating back to his/her employment while a PSEA member, so long as his/her membership in PSEA was an active member for 90% of his/her service including the last five years of his/her active employment up to retirement.

C. If a member is suspended or dismissed, the member must maintain membership in the appropriate category during the period of suspension or dismissal.

> PSEA has a policy regarding sexual harassment complaints by anyone using this program. The policy is available upon request.

## 2. FUNDING

A. PSEA shall fund 100 percent of the legal costs incurred by an eligible member or association where PSEA has approved such member or association's Application for Legal Assistance and the applicant agrees to the following conditions:

  1. PSEA's General Counsel shall control the manner in which, and the extent to which, an applicant's case is pursued;

  2. That the applicant shall not receive legal assistance unless he or she utilizes the services of the attorney provided by PSEA.

## 3. COVERAGE

A. Member

  1. PSEA shall provide funding to an eligible member for legal advice from a PSEA attorney on a legal problem which is employment-related.

  2. PSEA shall provide funding to an eligible member for legal representation by a PSEA attorney on a legal matter which is employment-related, subject to reasonable regulations which PSEA adopts to implement this policy.

  3. PSEA does not discriminate against applicants on the basis of race, color, national origin, creed, gender, sexual orientation, age, handicap, marital status, or economic status.

B. Association

  1. PSEA shall provide funding to an association for legal advice from a PSEA attorney on a legal problem which affects the legal status, rights, or responsibilities of the association.

  2. PSEA shall provide funding to an association for legal representation by a PSEA attorney on a legal matter which affects the legal sta-

rights, or responsibilities of the association,
ect to reasonable regulations which PSEA
its to implement this policy.

### 'ORKER'S COMPENSATION CASES

.. Worker's compensation cases are an ex-
ion to the PSEA Legal Services Policy be-
e of their length, expense, and need for ex-
witnesses. Therefore, worker's compensa-
cases will be handled as follows:

1. If you use a PSEA attorney through our
onal Legal Services Program, PSEA will pro-
up to $1,000 to cover the costs of obtaining
iecessary medical testimony. If you are suc-
ful in your case and the employer is ordered
ay costs, PSEA shall be reimbursed for its
ion of the costs. If you are not successful,
will not be required to reimburse the $1,000.

2. A PSEA attorney approved through the
onal Legal Services Program will handle your
on a contingent fee basis, **with a 30 percent
iction in fee.** The worker's compensation
ite provides that attorney's fees are normally
iercent of the recovery. This means the fee
be reduced to 14 percent. The reduced fee
be paid from your recovery. Because the case
indled on a contingent fee basis, you will in-
io attorney's fees unless the case is won.

3. PSEA cannot guarantee that all cases on
ntingent fee will be accepted through the Per-
il Legal Services Program. Cases involving a
ll claim may not generate enough fees for the
ney to accept on a contingent fee. In such a
, please contact the Legal Division, PSEA,
urther information.

**EXHIBIT**
Hoolman 4

### 5. CRIMINAL CHARGES

A. PSEA members have coverage for reim-
bursement of attorney's fees when charged with
employment-related crimes and when exonerated.
PSEA will provide $2,500 in up-front money in
those cases to assist members in paying a crimi-
nal attorney retainer ($5,000 if there are multiple
and separate cases and trials).



> For over 30 years, PSEA, represented by the PSEA Legal Division, has initiated thousands of cases in both state and federal court that have established Pennsylvania law in areas such as education, labor, and constitutional law. Indeed, many of the tenure, certification, and collective bargaining rights that PSEA members enjoy have been enhanced as a result of PSEA's litigation efforts before the state and federal systems' highest courts.
>
> PSEA Legal now has 15 in-house attorneys and 6 outside retained law firms to serve you. In 2001-2002, we opened over 891 new cases for our members and won or favorably settled over 657 cases.



*Am I eligible for PSEA legal services?*

**Yes,** if you are currently an active, reserve, or life member of PSEA and were a member during the preceding year when the problem arose.

*But, I was not eligible for such membership last year.*

If you were not eligible for such membership last year or at the time when the problem arose, the membership requirement will be waived.

*What if I am suspended or dismissed?*

If you are suspended or dismissed, you must maintain your membership in the appropriate category during the period of suspension or dismissal. The appropriate category will depend on your employment status. Your UniServ Representative can advise you to the appropriate membership category.

*Can I obtain legal advice from this program?*

Yes, but there are certain conditions. You must use a PSEA attorney and your problem must be employment-related.

*What do I have to pay for this advice?*

**It is free.**

*How do I go about getting it?*

Contact your UniServ Representative, who will transmit your question to a PSEA attorney.

*What about having an attorney represent me?*

The program entitles you to such representation. But again, you must use a PSEA attorney and permit the attorney to handle the case in the manner deemed best. While your relationship with your PSEA-funded lawyer is very similar to a private lawyer/client relationship, there are differences. These differences will be explained to you.

*Does that mean I can get an attorney to handle any case for me?*

No. Your problem must be employment-related and must be approved for funding by PSEA's General Counsel.

*How do I get this service?*

Contact your UniServ Representative, who will supply you with an Application for Legal Assistance.

*How long does it take before I know whether the application is approved?*

A maximum of four weeks.

*What if it is rejected?*

You have a right to appeal. An appeal form will be mailed to you if your Application is rejected.

*How much does it cost?*

It is without cost.

*Is there any maximum PSEA contribution?*

**No.** Once PSEA agrees to support a case, there is no maximum limit. PSEA often has spent thousands of dollars to defend a member.

*Does that mean that once my case is approved for funding that I am automatically entitled to representation up to the Pennsylvania Supreme Court, if necessary?*

**No.** Every case will again be reviewed for funding before it proceeds to the next stage.

*Must I fill out another Application?*

**No.**