**EXHIBIT 14**

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1990-1991

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $71,536 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $55,052 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 7 | 6 | 1 | $44,261 | 0 | 0 | 0 | 0 | 7 |
| Secondary Principal | 3 | 3 | 0 | $47,224 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 5 | 3 | 2 | $39,765 | 0 | 0 | 1 | 0 | 4 |
| Supervisor | 4 | 3 | 1 | $42,799 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 21 | 17 | 4 | $45,148 | 0 | 0 | 1 | 0 | 20 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 130 | 17 | 113 | $30,943 | 0 | 0 | 1 | 1 | 128 |
| Secondary | 130 | 72 | 58 | $30,420 | 0 | 1 | 0 | 3 | 126 |
| Specialized, K-12 OR Middle School | 12 | 3 | 9 | $27,741 | 0 | 0 | 0 | 0 | 12 |
| Special Education | 30 | 6 | 24 | $28,808 | 0 | 0 | 0 | 0 | 30 |
| *CATEGORY TOTAL* | 302 | 98 | 204 | $30,402 | 0 | 1 | 1 | 4 | 296 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $38,850 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $26,200 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 5 | 2 | 3 | $37,277 | 0 | 0 | 0 | 0 | 5 |
| Guidance, Secondary | 7 | 5 | 2 | $37,678 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $28,031 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 or Middle School | 3 | 0 | 3 | $35,644 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 1 | 1 | $39,232 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $31,248 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 9 | 5 | 4 | $30,448 | 0 | 0 | 0 | 0 | 9 |
| *CATEGORY TOTAL* | 38 | 14 | 24 | $33,532 | 0 | 0 | 0 | 0 | 38 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 4 | 1 | 3 | $28,653 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 4 | 1 | 3 | $28,653 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 365 | 130 | 235 | $31,594 | 0 | 1 | 2 | 4 | 358 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1991-1992

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $74,111 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $57,791 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $48,108 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 3 | 0 | $49,620 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 6 | 4 | 2 | $41,164 | 0 | 0 | 1 | 0 | 5 |
| Supervisor | 4 | 3 | 1 | $45,319 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 21 | 17 | 4 | $47,508 | 0 | 0 | 1 | 0 | 20 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 132 | 16 | 116 | $32,609 | 0 | 0 | 1 | 1 | 130 |
| Secondary | 124 | 69 | 55 | $31,942 | 0 | 1 | 0 | 2 | 121 |
| Specialized, K-12 OR Middle School | 13 | 3 | 10 | $29,506 | 0 | 0 | 0 | 0 | 13 |
| Special Education | 30 | 6 | 24 | $30,313 | 0 | 0 | 0 | 0 | 30 |
| CATEGORY TOTAL | 299 | 94 | 205 | $31,986 | 0 | 1 | 1 | 3 | 294 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $40,754 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $28,273 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $34,907 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 7 | 5 | 2 | $36,612 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 5 | 0 | 5 | $28,448 | 0 | 0 | 0 | 0 | 5 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $34,548 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 1 | 1 | $41,132 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $33,061 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 7 | 4 | 3 | $31,156 | 0 | 0 | 0 | 0 | 7 |
| CATEGORY TOTAL | 37 | 13 | 24 | $33,643 | 0 | 0 | 0 | 0 | 37 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 4 | 1 | 3 | $30,052 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 4 | 1 | 3 | $30,052 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 361 | 125 | 236 | $33,070 | 0 | 1 | 2 | 3 | 355 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1993-1994

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $65,000 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $47,858 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 2 | 2 | 0 | $54,902 | 0 | 0 | 0 | 0 | 2 |
| Assistant Secondary Principal | 4 | 2 | 2 | $43,634 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 4 | 3 | 1 | $43,451 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 17 | 13 | 4 | $47,664 | 0 | 0 | 0 | 0 | 17 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 128 | 17 | 111 | $33,840 | 0 | 0 | 1 | 1 | 126 |
| Secondary | 124 | 71 | 53 | $33,528 | 0 | 1 | 1 | 2 | 120 |
| Specialized, K-12 OR Middle School | 14 | 3 | 11 | $31,269 | 0 | 0 | 0 | 0 | 14 |
| Special Education | 31 | 5 | 26 | $30,346 | 0 | 0 | 0 | 0 | 31 |
| *CATEGORY TOTAL* | 297 | 96 | 201 | $33,223 | 0 | 1 | 2 | 3 | 291 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $43,016 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 5 | 1 | 4 | $35,326 | 0 | 0 | 0 | 0 | 5 |
| Guidance, Secondary | 7 | 5 | 2 | $41,422 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $30,585 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $36,201 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $37,342 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $35,042 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 8 | 4 | 4 | $32,761 | 0 | 0 | 0 | 0 | 8 |
| *CATEGORY TOTAL* | 37 | 11 | 26 | $35,766 | 0 | 0 | 0 | 0 | 37 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 3 | 1 | 2 | $31,638 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 3 | 1 | 2 | $31,638 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 354 | 121 | 233 | $34,192 | 0 | 1 | 2 | 3 | 348 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1992-1993

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | RACE BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $74,111 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $60,221 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 8 | 7 | 1 | $48,792 | 0 | 0 | 0 | 0 | 8 |
| Secondary Principal | 3 | 3 | 0 | $51,900 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 5 | 3 | 2 | $43,014 | 0 | 0 | 1 | 0 | 4 |
| Supervisor | 3 | 2 | 1 | $47,413 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 21 | 17 | 4 | $49,413 | 0 | 0 | 1 | 0 | 20 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 126 | 17 | 109 | $34,541 | 0 | 0 | 1 | 1 | 124 |
| Secondary | 125 | 69 | 56 | $33,885 | 0 | 1 | 1 | 2 | 121 |
| Specialized, K-12 OR Middle School | 15 | 3 | 12 | $31,317 | 0 | 0 | 0 | 0 | 15 |
| Special Education | 32 | 6 | 26 | $31,785 | 0 | 0 | 0 | 0 | 32 |
| *CATEGORY TOTAL* | 298 | 95 | 203 | $33,838 | 0 | 1 | 2 | 3 | 292 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $41,763 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $30,254 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $38,674 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 7 | 5 | 2 | $41,422 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $30,585 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $36,201 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 1 | 1 | $42,882 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $35,042 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 7 | 4 | 3 | $33,126 | 0 | 0 | 0 | 0 | 7 |
| *CATEGORY TOTAL* | 37 | 13 | 24 | $36,564 | 0 | 0 | 0 | 0 | 37 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 3 | 1 | 2 | $30,552 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 3 | 1 | 2 | $30,552 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 359 | 126 | 233 | $35,033 | 0 | 1 | 3 | 3 | 352 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1994-1995

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $70,040 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $50,008 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $55,872 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 5 | 3 | 2 | $45,141 | 0 | 0 | 0 | 0 | 5 |
| Supervisor | 4 | 3 | 1 | $45,866 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 19 | 14 | 5 | $49,836 | 0 | 0 | 0 | 0 | 19 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 135 | 18 | 117 | $36,874 | 0 | 0 | 1 | 2 | 132 |
| Secondary | 126 | 72 | 54 | $36,778 | 0 | 1 | 1 | 2 | 122 |
| Specialized, K-12 OR Middle School | 13 | 4 | 9 | $34,228 | 0 | 0 | 0 | 1 | 12 |
| Special Education | 30 | 4 | 26 | $34,027 | 0 | 0 | 0 | 0 | 30 |
| *CATEGORY TOTAL* | 304 | 98 | 206 | $36,460 | 0 | 1 | 2 | 5 | 296 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $45,224 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $38,728 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 7 | 5 | 2 | $45,861 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $33,889 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $41,057 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $39,653 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $38,673 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 8 | 3 | 5 | $34,475 | 0 | 0 | 0 | 0 | 8 |
| *CATEGORY TOTAL* | 38 | 11 | 27 | $39,040 | 0 | 0 | 0 | 0 | 38 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 3 | 1 | 2 | $33,604 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 3 | 1 | 2 | $33,604 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 364 | 124 | 240 | $37,432 | 0 | 1 | 2 | 5 | 356 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1995-1996

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $72,841 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $59,832 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 7 | 4 | 3 | $49,512 | 0 | 0 | 0 | 0 | 7 |
| Secondary Principal | 3 | 2 | 1 | $58,032 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $48,187 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 4 | 3 | 1 | $48,053 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 20 | 14 | 6 | $51,916 | 0 | 0 | 0 | 0 | 20 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 137 | 18 | 119 | $38,539 | 0 | 0 | 1 | 2 | 134 |
| Secondary | 127 | 69 | 58 | $38,385 | 0 | 1 | 1 | 2 | 123 |
| Specialized, K-12 OR Middle School | 12 | 3 | 9 | $35,181 | 0 | 0 | 0 | 0 | 12 |
| Special Education | 30 | 4 | 26 | $35,224 | 0 | 0 | 0 | 0 | 30 |
| CATEGORY TOTAL | 306 | 94 | 212 | $38,013 | 0 | 1 | 2 | 4 | 299 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $49,456 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $41,156 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 8 | 6 | 2 | $46,222 | 0 | 0 | 0 | 0 | 8 |
| Librarian, Elementary | 4 | 0 | 4 | $35,440 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $44,219 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $41,981 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $41,590 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 8 | 3 | 5 | $36,576 | 0 | 0 | 0 | 0 | 8 |
| CATEGORY TOTAL | 39 | 12 | 27 | $41,229 | 0 | 0 | 0 | 0 | 39 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 4 | 2 | 2 | $35,536 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 4 | 2 | 2 | $35,536 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 369 | 122 | 247 | $39,113 | 0 | 1 | 2 | 4 | 362 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1996-1997

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | RACE BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $77,900 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $62,800 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 4 | 2 | $52,585 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $60,204 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $50,416 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 4 | 3 | 1 | $52,140 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 19 | 14 | 5 | $55,107 | 0 | 0 | 0 | 0 | 19 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 135 | 17 | 118 | $40,475 | 0 | 0 | 1 | 2 | 132 |
| Secondary | 128 | 72 | 56 | $40,372 | 0 | 1 | 0 | 2 | 125 |
| Specialized, K-12 OR Middle School | 12 | 3 | 9 | $37,124 | 0 | 0 | 0 | 0 | 12 |
| Special Education | 30 | 4 | 26 | $36,584 | 0 | 0 | 0 | 0 | 30 |
| *CATEGORY TOTAL* | 305 | 96 | 209 | $39,911 | 0 | 1 | 1 | 4 | 299 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $51,766 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $43,236 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 7 | 5 | 2 | $52,230 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $38,342 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $47,284 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $44,363 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $38,681 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 6 | 2 | 4 | $36,916 | 0 | 0 | 0 | 0 | 6 |
| *CATEGORY TOTAL* | 36 | 10 | 26 | $43,266 | 0 | 0 | 0 | 0 | 36 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 4 | 2 | 2 | $37,503 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 4 | 2 | 2 | $37,503 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 364 | 122 | 242 | $41,047 | 0 | 1 | 1 | 4 | 358 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1997-1998

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE - AMERICAN INDIAN/ ALASKAN NATIVE | RACE - ASIAN/ PACIFIC ISLANDER | RACE - BLACK (NON-HISPANIC) | RACE - HISPANIC | RACE - WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| **ADMINISTRATIVE/SUPERVISORY** | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $82,000 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $65,700 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 4 | 2 | $55,929 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $63,071 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $53,891 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 4 | 3 | 1 | $55,512 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 19 | 14 | 5 | $58,426 | 0 | 0 | 0 | 0 | 19 |
| **CLASSROOM TEACHERS** | | | | | | | | | |
| Elementary | 135 | 18 | 117 | $41,779 | 0 | 0 | 1 | 2 | 132 |
| Secondary | 125 | 68 | 57 | $41,931 | 0 | 1 | 0 | 2 | 122 |
| Specialized, K-12 OR Middle School | 13 | 4 | 9 | $38,281 | 0 | 0 | 0 | 0 | 13 |
| Special Education | 33 | 4 | 29 | $37,257 | 0 | 0 | 0 | 0 | 33 |
| CATEGORY TOTAL | 306 | 94 | 212 | $41,208 | 0 | 1 | 1 | 4 | 300 |
| **COORDINATE SERVICES** | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $54,204 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 3 | 3 | $41,522 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 8 | 6 | 2 | $51,185 | 0 | 0 | 0 | 0 | 8 |
| Librarian, Elementary | 4 | 0 | 4 | $38,809 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $48,222 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $46,851 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $39,676 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 6 | 2 | 4 | $38,371 | 0 | 0 | 0 | 0 | 6 |
| CATEGORY TOTAL | 37 | 12 | 25 | $43,742 | 0 | 0 | 0 | 0 | 37 |
| **OTHERS** | | | | | | | | | |
| Other Not Listed Above | 3 | 2 | 1 | $46,320 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 3 | 2 | 1 | $46,320 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 365 | 122 | 243 | $42,406 | 0 | 1 | 1 | 4 | 359 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
1998-1999

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $87,350 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $71,815 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 4 | 2 | $59,499 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 4 | 2 | 2 | $61,925 | 0 | 0 | 0 | 0 | 4 |
| Assistant Secondary Principal | 3 | 2 | 1 | $59,991 | 0 | 0 | 0 | 0 | 3 |
| Supervisor | 4 | 3 | 1 | $59,715 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 19 | 13 | 6 | $62,247 | 0 | 0 | 0 | 0 | 19 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 134 | 17 | 117 | $41,559 | 0 | 0 | 2 | 2 | 130 |
| Secondary | 115 | 61 | 54 | $42,125 | 0 | 1 | 0 | 2 | 112 |
| Specialized, K-12 OR Middle School | 18 | 7 | 11 | $39,628 | 0 | 0 | 0 | 0 | 18 |
| Special Education | 35 | 5 | 30 | $38,144 | 0 | 0 | 0 | 0 | 35 |
| CATEGORY TOTAL | 302 | 90 | 212 | $41,266 | 0 | 1 | 2 | 4 | 295 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $58,472 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 5 | 2 | 3 | $35,767 | 0 | 0 | 0 | 0 | 5 |
| Guidance, Secondary | 6 | 5 | 1 | $51,511 | 0 | 0 | 0 | 0 | 6 |
| Librarian, Elementary | 4 | 0 | 4 | $40,166 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $47,493 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 0 | 2 | $52,538 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $37,698 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 5 | 1 | 4 | $41,275 | 0 | 0 | 0 | 0 | 5 |
| CATEGORY TOTAL | 32 | 9 | 23 | $43,214 | 0 | 0 | 0 | 0 | 32 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 3 | 2 | 1 | $42,583 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 3 | 2 | 1 | $42,583 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 356 | 114 | 242 | $42,569 | 0 | 1 | 2 | 4 | 349 |

## PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
### 1999-2000

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | RACE BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $92,700 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $77,930 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $61,708 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $67,966 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $55,800 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 4 | 2 | 2 | $60,538 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 19 | 14 | 5 | $63,691 | 0 | 0 | 0 | 0 | 19 |
| **CLASSROOM TEACHERS** | | | | | | | | | |
| Elementary | 136 | 19 | 117 | $43,220 | 0 | 0 | 2 | 2 | 132 |
| Secondary | 118 | 64 | 54 | $43,565 | 0 | 1 | 0 | 2 | 115 |
| Specialized, K-12 OR Middle School | 17 | 6 | 11 | $39,620 | 0 | 0 | 0 | 0 | 17 |
| Special Education | 38 | 5 | 33 | $38,402 | 0 | 0 | 0 | 0 | 38 |
| *CATEGORY TOTAL* | 309 | 94 | 215 | $42,545 | 0 | 1 | 2 | 4 | 302 |
| **COORDINATE SERVICES** | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $62,240 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 2 | 4 | $37,540 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 6 | 4 | 2 | $49,150 | 0 | 0 | 0 | 0 | 6 |
| Librarian, Elementary | 4 | 0 | 4 | $43,451 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $49,358 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 0 | 2 | $56,650 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $40,849 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 5 | 1 | 4 | $44,475 | 0 | 0 | 0 | 0 | 5 |
| *CATEGORY TOTAL* | 33 | 8 | 25 | $44,665 | 0 | 0 | 0 | 0 | 33 |
| **OTHERS** | | | | | | | | | |
| Other Not Listed Above | 3 | 2 | 1 | $44,593 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 3 | 2 | 1 | $44,593 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 364 | 118 | 246 | $43,895 | 0 | 1 | 2 | 4 | 357 |

## PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
### 2000-2001

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $95,481 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $82,750 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $64,131 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $70,715 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $58,428 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 5 | 3 | 2 | $57,562 | 0 | 0 | 0 | 0 | 5 |
| *CATEGORY TOTAL* | 20 | 15 | 5 | $64,834 | 0 | 0 | 0 | 0 | 20 |
| **CLASSROOM TEACHERS** | | | | | | | | | |
| Elementary | 131 | 18 | 113 | $44,998 | 0 | 0 | 2 | 2 | 127 |
| Secondary | 118 | 63 | 55 | $44,732 | 0 | 1 | 0 | 3 | 114 |
| Specialized, K-12 OR Middle School | 21 | 5 | 16 | $40,760 | 0 | 0 | 0 | 0 | 21 |
| Special Education | 41 | 5 | 36 | $39,879 | 0 | 0 | 0 | 0 | 41 |
| *CATEGORY TOTAL* | 311 | 91 | 220 | $43,934 | 0 | 1 | 2 | 5 | 303 |
| **COORDINATE SERVICES** | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $55,994 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 0 | 6 | $35,233 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 6 | 5 | 1 | $52,874 | 0 | 0 | 0 | 0 | 6 |
| Librarian, Elementary | 4 | 0 | 4 | $45,116 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 3 | 0 | 3 | $44,913 | 0 | 0 | 0 | 0 | 3 |
| Psychologist | 2 | 0 | 2 | $58,350 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $42,518 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 3 | 0 | 3 | $42,011 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 32 | 6 | 26 | $45,086 | 0 | 0 | 0 | 0 | 32 |
| **OTHERS** | | | | | | | | | |
| Other Not Listed Above | 3 | 2 | 1 | $46,468 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 3 | 2 | 1 | $46,468 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 366 | 114 | 252 | $45,215 | 0 | 1 | 2 | 5 | 358 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
2001-2002

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $90,000 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $66,732 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $73,569 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $61,672 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 5 | 3 | 2 | $60,013 | 0 | 0 | 0 | 0 | 5 |
| CATEGORY TOTAL | 19 | 14 | 5 | $66,203 | 0 | 0 | 0 | 0 | 19 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 130 | 18 | 112 | $46,569 | 0 | 0 | 0 | 2 | 128 |
| Secondary | 120 | 63 | 57 | $46,260 | 0 | 1 | 0 | 3 | 116 |
| Specialized, K-12 OR Middle School | 22 | 5 | 17 | $42,237 | 0 | 0 | 2 | 0 | 22 |
| Special Education | 41 | 5 | 36 | $41,731 | 0 | 0 | 0 | 0 | 41 |
| CATEGORY TOTAL | 313 | 91 | 222 | $45,511 | 0 | 1 | 2 | 5 | 305 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $62,510 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 0 | 6 | $37,297 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 6 | 5 | 1 | $54,564 | 0 | 0 | 0 | 0 | 6 |
| Librarian, Elementary | 4 | 0 | 4 | $47,008 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $53,201 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 0 | 2 | $50,100 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $44,226 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 3 | 0 | 3 | $44,575 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 31 | 6 | 25 | $47,580 | 0 | 0 | 0 | 0 | 31 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 3 | 2 | 1 | $45,848 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 3 | 2 | 1 | $45,848 | 0 | 0 | 0 | 0 | 3 |
| **TOTAL** | 366 | 113 | 253 | $46,781 | 0 | 1 | 2 | 5 | 358 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
2002-2003

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | RACE BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| **ADMINISTRATIVE/SUPERVISORY** | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $98,515 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $87,108 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 5 | 1 | $69,904 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $77,050 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $66,488 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 3 | 1 | 2 | $75,046 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 18 | 13 | 5 | $73,738 | 0 | 0 | 0 | 0 | 18 |
| **CLASSROOM TEACHERS** | | | | | | | | | |
| Elementary | 138 | 19 | 119 | $47,149 | 0 | 0 | 0 | 2 | 136 |
| Secondary | 114 | 59 | 55 | $46,839 | 0 | 1 | 1 | 4 | 108 |
| Specialized, K-12 OR Middle School | 16 | 2 | 14 | $44,468 | 0 | 0 | 0 | 0 | 16 |
| Special Education | 38 | 6 | 32 | $42,507 | 0 | 0 | 0 | 3 | 35 |
| *CATEGORY TOTAL* | 306 | 86 | 220 | $46,307 | 0 | 1 | 1 | 9 | 295 |
| **COORDINATE SERVICES** | | | | | | | | | |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Coordinator, Specially Funded Prog | 1 | 0 | 1 | $67,558 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 0 | 6 | $39,180 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 8 | 6 | 2 | $54,077 | 0 | 0 | 0 | 0 | 8 |
| Librarian, Elementary | 4 | 0 | 4 | $48,642 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $55,898 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 0 | 2 | $62,324 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $45,689 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 3 | 2 | 1 | $50,226 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 33 | 8 | 25 | $49,709 | 0 | 0 | 0 | 0 | 33 |
| **OTHERS** | | | | | | | | | |
| Other Not Listed Above | 4 | 3 | 1 | $57,075 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 4 | 3 | 1 | $57,075 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 361 | 110 | 251 | $48,116 | 0 | 1 | 1 | 9 | 350 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
2003-2004

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | RACE BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
|---|---|---|---|---|---|---|---|---|---|
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $102,160 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $93,223 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 4 | 2 | $72,854 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $78,150 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $60,904 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 3 | 1 | 2 | $79,562 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 18 | 12 | 6 | $74,959 | 0 | 0 | 0 | 0 | 18 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 133 | 19 | 114 | $48,473 | 0 | 0 | 0 | 2 | 131 |
| Secondary | 105 | 56 | 49 | $48,243 | 0 | 1 | 0 | 3 | 101 |
| Specialized, K-12 OR Middle School | 17 | 2 | 15 | $45,317 | 0 | 0 | 0 | 1 | 16 |
| Special Education | 39 | 5 | 34 | $44,751 | 0 | 0 | 0 | 2 | 37 |
| CATEGORY TOTAL | 294 | 82 | 212 | $47,716 | 0 | 1 | 0 | 8 | 285 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Coordinator, Specially Funded Prog | 1 | 0 | 1 | $72,638 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 0 | 6 | $41,145 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 7 | 6 | 1 | $58,395 | 0 | 0 | 0 | 0 | 7 |
| Librarian, Elementary | 4 | 0 | 4 | $50,330 | 0 | 0 | 0 | 0 | 4 |
| Librarian, K-12 OR Middle School | 2 | 0 | 2 | $58,592 | 0 | 0 | 0 | 0 | 2 |
| Psychologist | 2 | 0 | 2 | $62,691 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $47,432 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 3 | 2 | 1 | $52,287 | 0 | 0 | 0 | 0 | 3 |
| CATEGORY TOTAL | 32 | 8 | 24 | $52,052 | 0 | 0 | 0 | 0 | 32 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 4 | 3 | 1 | $59,224 | 0 | 0 | 0 | 0 | 4 |
| CATEGORY TOTAL | 4 | 3 | 1 | $59,224 | 0 | 0 | 0 | 0 | 4 |
| **TOTAL** | 348 | 105 | 243 | $49,644 | 0 | 1 | 0 | 8 | 339 |

PROFESSIONAL PERSONNEL GENDER, AVERAGE SALARY, AND RACE BY POSITION BY LEA
2004-2005

| POSITION | TOTAL | MALE | FEMALE | FULL-TIME AVERAGE SALARY | RACE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | AMERICAN INDIAN/ ALASKAN NATIVE | ASIAN/ PACIFIC ISLANDER | BLACK (NON-HISPANIC) | HISPANIC | WHITE (NON-HISPANIC) |
| **CRAWFORD CENTRAL SD** | | | | | | | | | |
| *ADMINISTRATIVE/SUPERVISORY* | | | | | | | | | |
| District Superintendent | 1 | 1 | 0 | $107,268 | 0 | 0 | 0 | 0 | 1 |
| Assistant Superintendent | 1 | 1 | 0 | $97,884 | 0 | 0 | 0 | 0 | 1 |
| Elementary Principal | 6 | 4 | 2 | $74,058 | 0 | 0 | 0 | 0 | 6 |
| Secondary Principal | 3 | 2 | 1 | $83,109 | 0 | 0 | 0 | 0 | 3 |
| Assistant Secondary Principal | 4 | 3 | 1 | $68,910 | 0 | 0 | 0 | 0 | 4 |
| Supervisor | 3 | 1 | 2 | $79,887 | 0 | 0 | 0 | 0 | 3 |
| *CATEGORY TOTAL* | 18 | 12 | 6 | $78,759 | 0 | 0 | 0 | 0 | 18 |
| *CLASSROOM TEACHERS* | | | | | | | | | |
| Elementary | 110 | 15 | 95 | $46,750 | 0 | 0 | 1 | 0 | 109 |
| Secondary | 91 | 43 | 48 | $47,657 | 0 | 1 | 0 | 1 | 89 |
| Specialized, K-12 OR Middle School | 53 | 14 | 39 | $46,997 | 0 | 0 | 0 | 0 | 53 |
| Special Education | 45 | 3 | 42 | $42,450 | 0 | 0 | 0 | 0 | 45 |
| Speech Correctionist | 4 | 0 | 4 | $43,115 | 0 | 0 | 0 | 0 | 4 |
| *CATEGORY TOTAL* | 303 | 75 | 228 | $46,381 | 0 | 1 | 1 | 1 | 300 |
| *COORDINATE SERVICES* | | | | | | | | | |
| Business Manager | 1 | 1 | 0 | $85,000 | 0 | 0 | 0 | 0 | 1 |
| Dental Hygienist | 1 | 0 | 1 | $0 | 0 | 0 | 0 | 0 | 1 |
| Coordinator, Specially Funded Prog | 1 | 0 | 1 | $76,927 | 0 | 0 | 0 | 0 | 1 |
| Guidance, Elementary | 6 | 0 | 6 | $42,179 | 0 | 0 | 0 | 0 | 6 |
| Guidance, Secondary | 8 | 5 | 3 | $48,896 | 0 | 0 | 0 | 1 | 7 |
| Librarian, Elementary | 2 | 0 | 2 | $46,325 | 0 | 0 | 0 | 0 | 2 |
| Librarian, K-12 OR Middle School | 4 | 0 | 4 | $47,852 | 0 | 0 | 0 | 0 | 4 |
| Psychologist | 2 | 0 | 2 | $65,571 | 0 | 0 | 0 | 0 | 2 |
| School Nurse | 6 | 0 | 6 | $41,258 | 0 | 0 | 0 | 0 | 6 |
| Specialist | 2 | 2 | 0 | $52,855 | 0 | 0 | 0 | 0 | 2 |
| *CATEGORY TOTAL* | 33 | 8 | 25 | $49,207 | 0 | 0 | 0 | 1 | 32 |
| *OTHERS* | | | | | | | | | |
| Other Not Listed Above | 9 | 2 | 7 | $44,239 | 0 | 0 | 0 | 0 | 9 |
| *CATEGORY TOTAL* | 9 | 2 | 7 | $44,239 | 0 | 0 | 0 | 0 | 9 |
| **TOTAL** | 363 | 97 | 266 | $48,219 | 0 | 1 | 1 | 2 | 359 |