**EXHIBIT 15**

**PSEA**
PENNSYLVANIA STATE
EDUCATION ASSOCIATION

*Leadership for Public Education*

| Legal Division |
| 4250 Route 6N East |
| Edinboro, PA 16412-1735 |
| (814) 734-7660 |
| (800) 668-7116 |
| Fax: (814) 734-5206 |
| www.psea.org |
| James R. Weaver, *President* |
| James P. Testerman, *Vice President* |
| Grace E. Bekaert, *Treasurer* |
| Carolyn C. Dumaresq, *Executive Director* |

*Sent via Facsimile and First Class Mail*

November 19, 2004

Caleb L. Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE:　**Rowena Wagner v. Crawford Central School District, et al.**
　　　**CA04-264 Erie**

Dear Attorney Nichols:

I enjoyed meeting with you on October 26 and our discussions on a variety of topics, particularly politics, which is a passion of mine.

I have carefully considered the requests that you made of me in our meeting and in your letter of October 27. I have also discussed them with the appropriate persons within my organization.

Unfortunately, I must tell you that the Crawford Central Education Association will not be able to assist you in the manner requested. As I repeatedly stated from the beginning, the Association has been named as a Defendant in your lawsuit against the Crawford Central School District and this has put us, for purposes of that suit, in an adversarial position. Moreover, we are not currently prepared to take sides in a dispute between your Plaintiff and the District at such an early stage in the proceedings.

As the Region Attorney for the Pennsylvania State Education Association (PSEA), I must also inform you that you can not have contact with members, leaders or staff of the PSEA with regard to any aspect of this lawsuit or any related matter. This admonition has been made necessary by your repeatedly stated desire to contact Johnny Harris in connection with this matter.

---

*The PSEA Mission*
*To advance quality public education for all students while fostering the dignity and worth of members through collective action.*

Affiliated with the National Education Association

Caleb L. Nichols, Esq.
November 19, 2004
Page 2


The Association will of course cooperate in discovery in this matter, and you can expect that we will proceed in a courteous and professional manner. We will continue to be open to informal discussion regarding this matter and any efforts at resolving it.

Sincerely,

John Paul Jones
Staff Attorney

JPJ:db

Pc:    Mark Widoff, Esq., w/Enclosure
       Robert J. Abraham, Esq., w/Enclosure
       Dan Hootman, w/Enclosure

File No. 957497-AMIC (14)