IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    CA 04-264 Erie<br>) |
| CRAWFORD CENTRAL SCHOOL<br>DISTRICT, et. al.,<br>    Defendants. | )<br>)<br>) |

**O R D E R**

AND NOW, this 13th day of January, 2006, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed. FURTHER ORDERED that the Parties are to file a Stipulation of Dismissal per Fed.R.Civ.P. 41.

        s/Sean J. McLaughlin
        Sean J. McLaughlin
        United States District Judge

cc: All counsel of record. nmk