**EXHIBIT A**
**ATTORNEY FEES**

| Date | Attorney | | Hours |
|---|---|---|---|
| 9/20/04 | Abraham | Review of Complaint; phone conf. w/Kuhar | 1.00 |
| 9/21/04 | Abraham | Phone conf's. w/Kuhar; phone conf. w/D Brace, re: Status; Review correspondence | 1.00 |
| 9/22/04 | Abraham | Phone conf. w/Kuhar & Nichols re: More Specific Pleading | 1.00 |
| 9/26/04 | Jones | Review of Documents | .20 |
| 9/27/04 | Abraham | Phone conf. w/Jones | .25 |
| 9/27/04 | Jones | Phone conf. w/Abraham; Research & prepare response | 2.90 |
| 9/28/04 | Jones | Legal Research; Prepare response | 1.30 |
| 9/28/04 | Abraham | Phone conf. w/Jones, re: Complaint | .25 |
| 9/29/04 | Jones | Prepare response | .10 |
| 10/1/04 | Kenney | Review of Complaint & Rules of Civil Proc; Phone conf. w/Jones; Review Motion; | 1.25 |
| 10/1/04 | Jones | Legal research; Prepare response | .60 |
| 10/4/04 | Kenney | Phone conf w/Jones; Review Civil Procedures; Email, re: Civil Procedures; Discussion of comp. | 1.00 |
| 10/4/04 | Jones | Legal research; Prepare response | .30 |
| 10/5/04 | Jones | Legal research; Prepare response | .70 |
| 10/11/04 | Jones | Legal research; Prepare response | 1.20 |
| 10/11/04 | Kenney | Phone conf's. w/Jones, re: Complaint; Review of Amended Complaint | .75 |
| 10/12/04 | Kenney | Legal research, re: 12(b)(6) Motions & past cases | .75 |
| 10/12/04 | Jones | Legal research; Prepare response | .10 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/13/04 | Kenney | Legal research, re: Fed. Rules; Draft memo to Jones; Phone conf. w/Jones | 2.00 |
| 10/13/04 | Jones | Legal research; Prepare response | .70 |
| 10/15/04 | Jones | Legal research; Prepare response | .40 |
| 10/19/04 | Jones | Legal research; Prepare response | .10 |
| 10/21/04 | Jones | Legal research; Prepare response | .30 |
| 10/21/04 | Kenney | Review of Waiver of Service Agreement | .25 |
| 10/26/04 | Jones | Conference w/Opposing Counsel | 3.00 |
| 11/18/04 | Jones | Phone conf. w/Abraham; Draft response | .90 |
| 11/19/04 | Jones | Prepare and send response; Draft motion; Draft letter to insurer | .80 |
| 11/22/04 | Widoff | Review of Correspondence | .60 |
| 11/22/04 | Abraham | Review of Correspondence | .25 |
| 12/1/04 | Kenney | Legal research, re: Discrimination Claim/DFR/PHRC/EEOC/Federal Claims | 5.25 |
| 12/2/04 | Kenney | Legal research; Draft 12b6 Motion | 6.25 |
| 12/3/04 | Kenney | Legal research; Draft 12b6 Motion | 1.00 |
| 12/5/04 | Kenney | Legal research; Draft 12b6 Motion | 2.00 |
| 12/6/04 | Kenney | Legal research; Revisions to 12b6 Motion | 4.00 |
| 12/6/04 | Kenney | Phone conf. w/Jones, re: Motion & Edits | .75 |
| 12/6/04 | Jones | Prepare Motion | 1.60 |
| 12/7/04 | Kenney | Legal research; Review CBA/Complaint letter; Revise 12b6 Motion | 2.75 |
| 12/7/04 | Jones | Prepare Motion | .10 |
| 12/8/04 | Widoff | Review Correspondence & Complaint | 1.00 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/9/04 | Kenney | Phone conf. w/Jones, re: 12b6 Motion | .25 |
| 12/9/04 | Jones | Prepare Motion | .50 |
| 12/10/04 | Jones | Prepare Motion | .10 |
| 12/13/04 | Kenney | Legal Research; Draft affidavits; Edit 12b6 Motion | 6.00 |
| 12/13/04 | Jones | Prepare Motion | .20 |
| 12/14/04 | Kenney | Review & edit 12b6 Motion, Affidavits; Phone conf's. w/Jones; Review District's Answer to Complaint | 3.50 |
| 12/14/04 | Jones | Prepare Motion | 2.40 |
| 12/14/04 | Abraham | Review 12b6 Motion | .50 |
| 12/15/04 | Jones | Prepare Motion to Dismiss | .20 |
| 12/16/04 | Kenney | Review documents | .25 |
| 1/3/05 | Kenney | Review of Court Order/Motion to Dismiss; Email Brace; Prepare Brief in Support of Motion | 4.00 |
| 1/3/05 | Abraham | Review Motion to Dismiss | .25 |
| 1/4/05 | Kenney | Prepare 12b6 Brief | 4.00 |
| 1/5/05 | Kenney | Prepare 12b6 Brief; Legal research, re: discrimination & 1981 burden of proof | 2.00 |
| 1/5/05 | Kenney | Legal research, re: Discrimination & 1981 burden of proof | 1.75 |
| 1/6/05 | Kenney | Prepare Brief; legal research | 2.00 |
| 1/7/05 | Kenney | Prepare Brief | 3.00 |
| 1/7/05 | Jones | Prepare Brief | 2.80 |
| 1/9/05 | Kenney | Legal research, re: 12b6 Motion; Phone conf's. w/Jones; Emails to Jones | 4.00 |
| 1/10/05 | Jones | Prepare brief & file | 3.70 |
| 1/12/05 | Abraham | Review brief | .25 |

iii

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 1/18/05 | Abraham | Review Correspondence | .25 |
| 1/26/05 | Jones | Prepare for oral argument | .20 |
| 2/1/05 | Jones | Prepare for oral argument | .10 |
| 2/2/05 | Kenney | Phone conf. w/Brace, re: Motion for Summary Judgment; Review Brief in Opposition to Motion | 1.25 |
| 2/2/05 | Jones | Prepare for oral argument | .20 |
| 2/3/05 | Kenney | Phone conf. w/Brace, re: hearing schedule | .25 |
| 2/3/05 | Abraham | Meet w/Kenney | 2.00 |
| 2/3/05 | Jones | Prepare for oral argument | .80 |
| 2/4/05 | Jones | Prepare for oral argument | .20 |
| 2/7/05 | Kenney | Prepare for Federal Court/ Phone conf. w/Jones; Review of brief | 1.00 |
| 2/7/05 | Kenney | Prepare for oral argument | .90 |
| 2/8/05 | Kenney | Prepare for and conduct conf. call w/Judge/Jones/Nichols | 1.25 |
| 2/8/05 | Jones | Prepare for and conduct conf. call w/Judge/Kenney/Nichols | 1.30 |
| 2/9/05 | Jones | Prepare for oral argument | .30 |
| 2/10/05 | Kenney | Legal research, re: Discrimination, 1981 and 1983 claims | .50 |
| 2/11/05 | Kenney | Legal research, re: Discrimination and 1981 claim | 4.00 |
| 2/11/05 | Abraham | Review of Correspondence | .25 |
| 2/11/05 | Jones | Legal Research, re: Rule 11 | .20 |
| 2/14/05 | Kenney | Phone conf. w/Jones, re: Rule 11 violations; phone conf. w/Mehok, re: Plaintiff's brief & hiring practices | 1.00 |
| 2/14/05 | Jones | Prepare for oral argument | .30 |
| 2/24/05 | Kenney | Phone conf. w/Jones, Park; Review of Amended brief; Prepare for oral argument | 6.00 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 2/24/05 | Jones | Prepare for oral argument | .50 |
| 2/25/05 | Kenney | Federal Court argument | 7.00 |
| 2/28/05 | Kenney | Phone conf. w/Jones, re: Motion | .50 |
| 2/28/05 | Jones | Update on argument | .30 |
| 3/10/05 | Kenney | Prepare Answer | 4.00 |
| 3/10/05 | Abraham | Phone conf. w/Kenney, re: status | .25 |
| 3/15/05 | Kenney | Review Answer; Prep for filing; Phone conf. w/Hootman | 1.50 |
| 3/16/05 | Kenney | Prepare Answer for filing | .50 |
| 3/22/05 | Kenney | Phone conf. w/Brace, re: Discovery | .25 |
| 3/23/05 | Kenney | Review of Rules; Research | 1.00 |
| 3/24/05 | Kenney | Legal research, re: Federal Rules; Phone conf. w/Kuhar | .75 |
| 3/29/05 | Kenney | Phone conf. w/Brace, Kuhar, re: Scheduling conf. | .75 |
| 3/30/05 | Kenney | Phone conf. w/Kuhar, Nichols, re: 26f meeting | 1.50 |
| 4/4/05 | Kenney | Review of pleadings; Prepare for discovery | 1.50 |
| 4/6/05 | Kenney | Prepare discovery materials | .50 |
| 4/7/05 | Kenney | Prepare letter to Lewis, Cartmel & Brace | 1.50 |
| 4/8/05 | Kenney | Prepare discovery materials | 1.50 |
| 4/12/05 | Kenney | Review of Rule 26f Report; Email to Kuhar; Review Document lists; Conf. w/Cartmel; CCEA Meeting | 1.00 |
| 4/14/05 | Kenney | Review CCEA Financial documents | 1.50 |
| 4/18/05 | Kenney | Phone conf. w/Brace, re: Discovery; Calls to Judge McLaughlin re: scheduling hearing | .50 |
| 4/19/05 | Kenney | Phone conf. w/Kuhar | .25 |
| 4/19/05 | Kenney | Review of discovery docs, Ins. Liability coverages, membership rosters | 1.75 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 4/19/05 | Kenney | Conf. w/CCEA Officers & UniServ Rep | 5.25 |
| 4/20/05 | Kenney | Phone conf. w/Kuhar/Nichols/Judge's Office, re: Scheduling Conference; Review of Local Rules & docs Provided by Association | 2.50 |
| 4/21/05 | Kenney | Phone conf. w/Judge's Chambers/Kuhar/Nichols, re: schedule changes | .50 |
| 4/27/05 | Kenney | Prepare initial disclosures for discovery | 4.00 |
| 5/9/05 | Kenney | Review initial disclosures; Prepare for discovery conf. | .75 |
| 5/10/05 | Kenney | Attend pre-discovery conf. w/Judge/Nichols/Kuhar; Draft Letter to ins. Carrier; Review charge; Investigation; Phone Conf. w/Kuhar | 5.75 |
| 5/11/05 | Kenney | Review of Scheduling Order | .25 |
| 5/12/05 | Kenney | Review of District discovery docs, initial disclosures | 1.50 |
| 5/16/05 | Kenney | Prepare discovery documents; Draft letters to opposing counsel, Letter to ins. Carrier | 4.00 |
| 5/23/05 | Kenney | Prepare interrogatories, production of documents, Admissions for Plaintiff | 5.50 |
| 5/24/05 | Kenney | Prepare discovery matl's. for Plaintiff and Defendant; Review District's Answer to Complaint, initial Disclosures | 4.25 |
| 5/31/05 | Kenney | Review discovery from Defendants to Plaintiffs; Prepare discovery docs. for Defendant District; Status conf. w/McEwen | 3.00 |
| 5/31/05 | Abraham | Review discovery requests | .25 |
| 5/31/05 | McEwen | Conference w/Kenney | 1.00 |
| 6/1/05 | Kenney | Prepare discovery documents for District; Withdrawal Letters | 2.50 |
| 6/8/05 | Abraham | Prepare correspondence | .25 |
| 7/14/05 | McEwen | Conference w/Lewis | .25 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 7/21/05 | McEwen | Prepare letter to Nichols | .75 |
| 7/22/05 | McEwen | Review discovery request | 3.50 |
| 8/1/05 | McEwen | Phone conf. w/Nichols, Court | .75 |
| 8/3/05 | Abraham | Review of correspondence | .25 |
| 8/9/05 | McEwen | Draft answers to interrogatories | 2.00 |
| 8/11/05 | McEwen | Review of file; Draft discovery responses | 4.50 |
| 8/12/05 | McEwen | Draft Discovery | 8.00 |
| 8/19/05 | Abraham | Review of Answers to discovery | .50 |
| 8/24/05 | McEwen | Draft verification; Meeting w/Association; Review file | 4.00 |
| 8/29/05 | McEwen | Attend depositions | .50 |
| 8/30/05 | Wagner | Phone conf. w/McEwen | .50 |
| 8/30/05 | McEwen | Prepare for depositions; Attend depositions | 5.00 |
| 8/31/05 | McEwen | Phone conf's. w/Brace, Kuhar, Nichols; Legal Research | 4.00 |
| 9/1/05 | McEwen | Collect and review docs.; Phone conf. w/Brace; Meeting w/Wagner | 2.00 |
| 9/6/05 | Wagner | Phone conf. w/McEwen; Review files; Attend depositions of Wright, Basran, Prather; Prepare confidentiality agreement | 11.00 |
| 9/6/05 | McEwen | Phone conf. w/Wagner; Review Agreement | 2.50 |
| 9/7/05 | Wagner | Attend deposition; Conf. w/Kuhar | 7.00 |
| 9/7/05 | McEwen | Communicate w/Wagner | .25 |
| 9/8/05 | Wagner | Prepare deposition notes; Communicate w/McEwen | 2.25 |
| 9/13/05 | McEwen | Phone conf. w/Brace | .50 |
| 9/19/05 | Abraham | Review of Correspondence | .25 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 9/19/05 | McEwen | Phone conf's. w/Nichols, Hootman | .75 |
| 9/26/05 | McEwen | Prepare for depositions | 1.00 |
| 9/27/05 | McEwen | Attend depositions | 8.00 |
| 9/28/05 | McEwen | Attend depositions | 7.50 |
| 9/29/05 | McEwen | Attend depositions | 5.00 |
| 10/13/05 | McEwen | Attend depositions; Meeting w/Local Officers | 3.50 |
| 10/20/05 | McEwen | Attend depositions; Phone conf. w/Brace | 7.50 |
| 10/21/05 | Wagner | Phone conf. w/McEwen, re: depositions | .50 |
| 10/25/05 | Wagner | Attend depositions of McFarren, Pickens, Byrd, Wigton | 8.00 |
| 10/26/05 | McEwen | Review notes; Communicate w/Wagner, Brace | 1.00 |
| 10/26/05 | Wagner | Summarize depositions | 2.50 |
| 10/27/05 | McEwen | Phone conf. w/Wagner | .50 |
| 10/27/05 | Abraham | Conference w/Wagner, re: depositions | .25 |
| 10/30/05 | McEwen | Prepare for depositions | 3.00 |
| 10/31/05 | Wagner | Conference w/McEwen; Attend depositions | 10.00 |
| 10/31/05 | McEwen | Prepare for depositions; Attend deposition of Plaintiff; Conference w/Wagner | 8.00 |
| 11/1/05 | Wagner | Prepare notes from Wagner Plaintiff deposition | 1.00 |
| 11/10/05 | McEwen | Communicate w/Kenney; Phone conf. w/Insurance carrier | 1.00 |
| 11/17/05 | McEwen | Phone conf's. w/Kuhar, Nichols; Prepare response | 2.75 |
| 11/18/05 | McEwen | Prepare document response; Phone conf's. w/Kuhar, Nichols; Communicate w/Lewis | 4.75 |
| 11/21/05 | McEwen | Review discovery response | .50 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/22/05 | McEwen | Conf. w/Lewis | .50 |
| 11/23/05 | McEwen | Review discovery response ; Discuss w/Lewis | .75 |
| 11/29/05 | McEwen | Legal Research; review file; Review Motion to Amend | 8.00 |
| 11/30/05 | Abraham | Phone conf. w/McEwen | .50 |
| 11/30/05 | McEwen | Review of Court Order; phone conf. w/Kuhar; Review File; Legal research | 6.50 |
| 12/2/05 | McEwen | Legal Research | 1.00 |
| 12/5/05 | McEwen | Legal Research | .75 |
| 12/6/05 | McEwen | Prepare for phone conf.; Phone conf. w/Kuhar; Phone conf. w/Court | 2.00 |
| 12/7/05 | McEwen | Phone conf. w/General Counsel | .75 |
| 12/12/05 | McEwen | Legal Research | .75 |
| 12/13/05 | Abraham | Review of Correspondence | .25 |
| 12/13/05 | Wagner | Review of Motion for 2nd Amended Complaint | 2.00 |
| 12/13/05 | McEwen | Phone conf. w/Wagner; Communicate w/Brace | 1.00 |
| 12/14/05 | McEwen | Legal research | 4.00 |
| 12/14/05 | Wagner | Review pleadings, chart comparison; Phone conf. w/McEwen, re: Amended pleading & strategy | 5.50 |
| 12/15/05 | McEwen | Review of response | .50 |
| 12/15/05 | Wagner | Review pleadings, chart comparison | 5.50 |
| 12/16/05 | Abraham | Conf. w/Wagner, re: Changes in Amended Complaint | .25 |
| 12/16/05 | Wagner | Legal research, re: employment issues, civil procedure | 3.50 |
| 12/16/05 | McEwen | Revise Brief | 8.00 |
| 12/19/05 | Wagner | Revise Response to Motion for Leave to Amend | 3.00 |
| 12/19/05 | McEwen | Revise Brief; Legal Research | 6.50 |

ix

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/19/05 | Wagner | Communicate w/McEwen, re: Response; Legal Research, re: Amendment of Pleadings | 1.75 |
| 12/20/05 | Abraham | Review of Correspondence | .25 |
| 12/20/05 | Wagner | Legal Research Procedure & substantive issues; Revise Response to Motion for Leave to Amend | 6.00 |
| 12/20/05 | McEwen | Legal Research; Draft brief; Phone conf. w/Kuhar; Discuss w/Brace | 6.00 |
| 12/21/05 | Wagner | Revision of Response to Motion for Leave to Amend | 5.50 |
| 12/21/05 | McEwen | Revise Brief; Communicate w/Wagner | 4.50 |
| 12/22/05 | McEwen | Revise Brief | 1.75 |
| 12/23/05 | Wagner | Phone conf. w/Brace; Revise brief | 1.25 |
| 1/3/06 | McEwen | Review of correspondence from Wagner re: Pleadings; Discuss w/Brace; Review letter; Message for Kuhar | 1.50 |
| 1/4/06 | McEwen | Conference w/Association; Review letter from Nichols; Communicate w/Debbie | 1.50 |
| 1/9/06 | Abraham | Phone conf. w/McEwen, re: Settlement | .50 |
| 1/9/06 | McEwen | Phone conf. w/Judge; Review faxes; Legal research | 3.25 |
| 1/10/06 | Wagner | Phone conf. w/McEwen; Review Nichols' brief re: Motion to amend | 1.50 |
| 1/10/06 | McEwen | Revise letter to judge; Hearing preparation | 6.50 |
| 1/12/06 | Wagner | Attend USDC Hearing | 7.00 |
| 1/12/06 | McEwen | Prepare for and Attend USDC Hearing | 6.75 |
| 1/13/06 | McEwen | Communicate w/Staff attorneys | .25 |
| 1/17/06 | McEwen | Communicate w/Staff attorneys | .25 |
| 1/18/06 | Abraham | Review and revise brief | .25 |
| | | Total Hours | 437.6 |

x

## Summary of Attorney Hours

| Attorney | School Year | Hours | Rate | Total Billing |
|---|---|---|---|---|
| Mark Widoff | 2004-2005 | 1.6 | $183.64 | $   293.82 |
| Robert J. Abraham | 2004-2005 | 8 | 144.58 | 1,156.64 |
|  | 2005-2006 | 3.25 | 148.92 | 483.99 |
| Richard S. McEwen | 2004-2005 | 1 | 101.39 | 101.39 |
|  | 2005-2006 | 166.5 | 104.43 | 17,387.60 |
| John Paul Jones | 2004-2005 | 30.5 | 133.90 | 4,083.95 |
| Owen Kenney | 2004-2005 | 141.5 | 49.44 | 6,995.76 |
| Shannon M. Wagner | 2005-2006 | 85.25 | 48.61 | 4,144.00 |
|  |  | **Total Attorney Fees:** |  | **$34,647.15** |

xi