## EXHIBIT B

## COSTS

**Stenographer Fees**

| Date | | Amount |
|---|---|---|
| 09/19/05 | Depositions of B. Wagner and F. Wagner | $ 107.20 |
| 10/04/05 | Depositions of G. Wright, A. Baskan, R. Prather and J. Van Tuil | 406.50 |
| 10/13/05 | Deposition of Charles Heller | 593.70 |
| 10/18/05 | Deposition of Suzanne Good | 182.00 |
| 10/19/05 | Deposition of Daniel Hootman | 157.80 |
| 10/20/05 | Depositions of C. Heller & Mike Dolecki | 489.30 |
| 11/07/05 | Depositions of L. McFerrin, J. Pickens, S. Byrd and D. Wigton | 305.35 |
| 11/15/05 | Deposition of Rowena Wagner | 209.95 |
| | | $2,451.80 |

**Postage**

| Date | | Amount |
|---|---|---|
| 2/7/05 | Express Mail Delivery of materials from New Castle Office to Edinboro Office for Federal Court filing | 18.88 |
| 3/16/05 | UPS Overnight Delivery of materials from New Castle Office to Federal Court in Erie, PA | 16.15 |
| 8/12/05 | Answers to Interrogatories sent First Class Mail | 14.25 |
| 11/23/05 | Answers to Requests for Production sent First Class Mail | 6.63 |
| | | $ 55.91 |

**Mileage**

| | | |
|---|---|---:|
| 10/26/04 | Meeting with Caleb Nichols (Jones) | 2.10 |
| 4/19/05 | Meeting with Local Officers (Kenney) | 68.85 |
| 8/30/05 | Depositions (McEwen) | 19.44 |
| 9/27/05 | Depositions (McEwen) | 23.28 |
| 9/29/05 | Depositions (McEwen) | 23.28 |
| 10/13/05 | Depositions (McEwen) | 23.28 |
| 10/20/05 | Depositions (McEwen) | 23.28 |
| 10/31/05 | Depositions (McEwen) | 23.28 |
| 1/12/06 | Oral Argument (McEwen) | 21.36 |
| | | $ 228.15 |

**Copying Fees**

| | | |
|---|---|---:|
| 8/12/05 | Answers to Interrogatories, 950 copies @ .10 | 95.00 |
| 11/23/05 | Answers to Requests for Production, 295 copies @ .10 | 29.50 |
| | | $ 124.50 |

**Total Costs**     **$2,860.36**