

**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Mark J. Kuhar
Direct Dial Number
814-459-9886 Ext. 250
mkuhar@kmgslaw.com

February 2, 2006

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
TRACY L. REINHART
NEAL R. DEVLIN
ANDREW F. GORNALL
NADIA A. HAVARD

OF COUNSEL:
 WILLIAM C. SENNETT
 EDWIN L R. McKEAN

<u>Via Fax No. 454-6247, U.S. Mail and
E-mail at nicholscaleb@hotmail.com</u>

Caleb L. Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE: Wagner v. Crawford Central School District
    C.A. No. 04-264

Dear Mr. Nichols:

I have attempted to contact you to discuss this case but your telephone number appears to be disconnected. Please contact me at your earliest convenience.

Very truly yours,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

Mark J. Kuhar

MJK/hm
# 655551

c:  Michael E. Dolecki, Superintendent
    Crawford Central School District