IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 04-264 ERIE ) |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) ) ) |
| Defendants | ) ) |

## ORDER OF COURT

AND NOW this ____ day of _____, 2006, having reviewed the Petition to Enforce Settlement Agreement and the accompanying brief, Plaintiff's response, and other relevant pleadings and evidence, it is hereby ORDERED, ADJUDGED and DECREED that the settlement agreement between Plaintiff, Rowena Wagner, and Defendants Crawford Central School District, Crawford Central School Board, Michael E. Dolecki, Superintendent, and Charles E. Heller, III, Assistant Superintendent, which was reduced to record by the parties' counsel on January 12, 2006, is valid and binding on all parties. Plaintiff, Rowena Wagner, shall execute the settlement agreement prepared by the District Defendants and shall thereafter file an appropriate voluntary discontinuance, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

_____
Sean J. McLaughlin
United States District Judge

# 658728