IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ROWENA WAGNER**
**Plaintiff**

**CIVIL ACTION NO.: 04-264 ERIE**

vs.                                                                    Judge Sean J. McLaughlin

**CRAWFORD CENTRAL SCHOOL DISTRICT,**          ELECTRONICALLY FILED
**et. al.**
**Defendants**

## ENTRY OF APPEARANCE

**TO:** Clerk of Court

Please enter my appearance as co-counsel on behalf of Plaintiff Rowena Wagner. My attorney identification number and contacting information is stated below.

        Edith Benson, Esquire
        PA. Atty. No.: 33510
        Benson Law Office
        4683 Budd Drive
        Erie, PA 16506
        814-838-3670
        bensonnvmbr@peoplepc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**James C. Sherrod**
**Plaintiff**

                              **CIVIL ACTION NO.: 04-208 ERIE**
                            Judge Sean J. McLaughlin/Magistrate Susan Paradise Baxter

       **vs.**

**Booker T. Washington Center**
**Defendant**

### CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the within Pre-Trial Statement was served on Defendant's Attorney, Arthur D. Martinucci, by first class mail on February 6, 2006 at Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., 2222 West Grandview Boulevard, Erie, PA 16506-4509.

_____
Edith Benson, Esquire