# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Rowena Wagner )
_____ )
Plaintiff )
)
vs. ) No. CA 04-264 E
)
Crawford Central School )
District, et al., )
_____ )
Defendant )

HEARING ON __Argument on Motions__

Held on __Mon. 3-27-06 @ 2 pm__

Before Judge __Sean J. McLaughlin__

__Edith Bensen, Esq__        __Mark Kuhar, Esq__
__Caleb Nichols, Esq__       _____
Appear for Plaintiff         Appear for Defendant

Hearing begun __3-27-06 2:00 pm__  Hearing adjourned to _____
                __4:20 pm__
Hearing concluded C.A.V. _____  Stenographer __Ron Bench__
                                  Clerk __RL Humphrey__

### WITNESSES:

For Plaintiff                 For Defendant

Witnesses:
π - Rowena Wagner
✓ π's Exh 1  12-29-05 demand letter
  π's Exh 2  Consent decree (proposed)    } Same document
  π's Exh 3  Proposed draft dated 1-31-06
  Δ's Exh A  1-4-06 response to demand letter
Δ - Caleb Nichols
  Δ's Exh B  2-2-06 letter to Judge McLaughlin from Caleb Nichols

① Mtn for Attorney Fees - DENIED for reasons set forth on the record
② Mtn to Enforce Settlement Agmt - DENIED for the reasons set forth on the record