IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, )<br>     Plaintiff, )<br>     )<br>    Vs. )<br>     )<br>CRAWFORD CETNRAL SCHOOL DISTRICT, )<br>et. al., )<br>     Defendants. ) | Civil Action No. 04-264 Erie |

**O R D E R**

AND NOW, to with, this 3rd day of April, 2006,

IT IS HEREBY ORDERED that this case be re-opened

IT IS FURTHER ORDERED that a status conference is scheduled for Monday, April 10, 2006, at 1:30 PM.


    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record