## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, ) | Civil Action No. 04-264 ERIE |
| ) | Judge Sean J. McLaughlin |
| Plaintiff ) | |
| ) | |
| v. ) | ELECTRONICALLY FILED |
| ) | |
| CRAWFORD CENTRAL SCHOOL ) | |
| DISTRICT, et al. ) | |
| ) | |
| Defendants ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, this matter coming before the Court upon Defendants' Motion to Extend Deadlines for Filing Dispositive Motions, it is hereby ORDERED that the May 30, 2006 deadline for filing dispositive motions is lifted and a new deadline will be scheduled for two (2) weeks following the cessation of Judge Susan Paradise Baxter's efforts to mediate a resolution of this case, if necessary.

_____
Sean J. McLaughlin,
United States District Judge

# 672326