# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Rowena Wagner )
)
)
Plaintiff )
vs. )       No.        CA 04-264 Erie
Crawford Central School District, et al )
)
)
Defendants )

HEARING ON   May 30, 2006    Settlement Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Caleb L. Nichols, Esq.                        Mark J. Kuhar, Esq.
Edith Benson, Esq.                            ~~Richard S. McEwen, Esq.~~

Appear for Plaintiff                          Appear for Defendant

Hearing Begun  1:00 pm.                       Hearing Adjourned to

Hearing concluded C.A.V.  3:05 pm            Stenographer
                                              CD:          Index:

**WITNESSES**

For Plaintiff                                 For Defendant

No Settlement reached.