**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROWENA WAGNER, | ) Civil Action No. 04-264 ERIE |
| Plaintiff | ) Judge Sean J. McLaughlin |
| v. | ) ELECTRONICALLY FILED |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) |
| Defendants | ) |

### ORDER

AND NOW, this _____ day of June, 2006, this matter coming before the Court upon the parties' Joint Motion to Extend Deadlines for Filing Dispositive Motions, it is hereby ORDERED that the deadline for Defendants' Motion for Summary Judgment is extended to June 26, 2006, with Plaintiff's reply to be filed on or before July 14, 2006.

_____
Sean J. McLaughlin,
United States District Judge

# 674425