**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROWENA WAGNER, ) | Civil Action No. 04-264 ERIE |
| ) | Judge Sean J. McLaughlin |
| Plaintiff ) | |
| ) | |
| v. ) | ELECTRONICALLY FILED |
| ) | |
| CRAWFORD CENTRAL SCHOOL ) | |
| DISTRICT, et al. ) | |
| ) | |
| Defendants ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon reviewing the Motion for Summary Judgment and accompanying memorandum filed by Defendants, and after reviewing the evidence and relevant pleadings, it is hereby ORDERED, ADJUDGED and DECREED that the Defendants' Motion for Summary Judgment is hereby GRANTED in its entirety.

_____
Sean J. McLaughlin, U.S. District Judge

# 671521