IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, | ) Civil Action No. 04-264 ERIE |
| Plaintiff | ) Judge Sean J. McLaughlin |
| v. | ) ELECTRONICALLY FILED |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) |
| Defendants | ) |

## AFFIDAVIT OF MICHAEL E. DOLECKI

1.   I have been the Superintendent of Crawford Central School District from 2001 through the current date. From approximately November 1994 through 2001, I was the District's Assistant Superintendent.

2.   Since at least November 1994, District teachers have not been permitted to select their own long-term substitutes. Teacher recommendations are taken into consideration, but have been only one factor in the District's selection of replacements during leaves of absence of permanent teachers.

3.   Permanent teachers have very seldomly recommended their replacements during leaves of absence, but when they do, because of the significant length of time of such assignments, candidates for long-term substitute positions (including any candidate whom may be suggested by a teacher) undergo interviews and a candidate is selected based upon relative merit.

4.   Administrators who interview candidates for long-term substitute and permanent positions compile a list of suggested hirees which is subject to my review and approval and then forwarded to the Board for final review and approval.

_Michael E. Dolecki_
Michael E. Dolecki
Superintendent of
Crawford Central School District

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS: |
| COUNTY OF CRAWFORD | ) |

BEFORE ME, the undersigned notary public, personally appeared Michael E. Dolecki, who being duly sworn according to law depose and say that he is Superintendent of Crawford Central School District and as such does further certify that the facts set forth in the foregoing Affidavit of Michael E. Dolecki are true and correct to the best of his knowledge, information and belief.

_Lisa L. Pittner_
Notary Public

Notarial Seal
Lisa L. Pittner, Notary Public
Pine Twp., Crawford County
My Commission Expires June 16, 2007

# 677015