117

1      Q.   Yes, sir.

2           MR. KUHAR:  If you recall.

3      A.   I can recall that off the top of my head.

4      Q.   Fine.

5      A.   She had previous experience as a teacher in Ohio,

6 with gifted programs and that's what we hired her for,

7 gifted education, not elementary ed, gifted ed.

8      Q.   Marcie Pifer, P-I-F-E-R.

9           MR. KUHAR:  Hamilton Pifer.

10          MR. NICHOLS:  That's her name.

11          MR. KUHAR:  That's what she calls herself.

12          MR. NICHOLS:  Marcie Pifer.

13          MR. KUHAR:  All I have is something that says,

14          Marcie A. Hamilton Pifer.  Is that whom you're

15          talking about?

16          MR. NICHOLS:  I think that's close enough.

17          MR. KUHAR:  And your question again is?

18 BY MR. NICHOLS:

19     Q.   And the question is, Miss Pifer, based upon her

20 record has less practical experience than the plaintiff,

21 only one recommendation supported her application, and a

22 very limited background materials, what justified you hiring

23 her rather than Miss Wagner?

24     A.   Because we thought she was a fantastic candidate.

25     Q.   Based upon what?

1      A.    Based upon the committee.

2      Q.    The interview?

3      A.    The previous experience --

4      Q.    The interview you say?

5            MR. KUHAR:  Let him finish.

6      A.    Based upon many of the things I had mentioned

7  before on how we select people, what we take into

8  consideration.

9            MR. KUHAR:  You can keep going.

10     Q.    Do you want the elaborate --

11     A.    I think I've covered that before and I don't

12  think I need to be redundant to be honest with you.

13     Q.    -- With regard to Miss Pifer?

14     A.    I said in the process --

15     Q.    I'm talking about individuals.

16     A.    You didn't ask me to individualize.

17     Q.    I'm naming her.  That's why I named her.  I

18  called her Marcie Pifer.  For each of these people I asked

19  that you be responsive if you will.

20            MR. KUHAR:  You give a name and you did -- What

21            is your question?

22  BY MR. NICHOLS:

23     Q.    My question again is why did you hire this person

24  over Miss Wagner?

25            MR. KUHAR:  And he said basically they thought

1    she was a great candidate based on the procedure

2    he previously described.

3    THE WITNESS:  Right.

4    MR. NICHOLS:  All right.

5    MR. KUHAR:  I need a two minute break.

6    MR. NICHOLS:  Okay, take a five minute break.

7    (At 2:25 p.m. a recess was taken and the
     deposition resumed at 2:30 p.m.)

8

9    MR. KUHAR:  To be clear, Mr. Nichols --

10   MR. NICHOLS:  We're back on the record, are we?

11   MR. KUHAR:  To be clear, the plaintiff is

12   entitled to ask us, ask the witnesses what they

13   remember about each hiring decision that we've

14   made, okay.  So we're not disputing that.  But

15   it's just a matter of the most efficient way of

16   doing that.

17       Now we are going to get you all of the

18   employee interview analysis forms that we still

19   retain.  And I'm just proposing, does it make

20   sense for you to defer asking Mr. Heller or the

21   other people on the committee that you're going

22   to depose or Mr. Dolecki, who actually doesn't

23   have a lot of firsthand knowledge about a lot of

24   these, but if you're going to ask him, fine.

25       But my point is, does it make sense to defer

1    that effort until you have the employee analysis

2    interview forms?  Number one, it's going to be

3    real choppy if you don't.  And number two, the

4    deponent is not going to have remember anything

5    and he's going probably to be hedging and

6    probably say if I had the interview analysis

7    form I could tell you more.  And aren't we going

8    to do it again --

9    MR. NICHOLS:  Mr. Kuhar, I really prefer your

10    first proposal that was yesterday that you left

11    on my telephone line.  And that was what you

12    suggested, you said that we could go forward

13    today, and that because we did not have the

14    benefit of the interview forms, at that time if

15    it's necessary to repeat, recall, I much prefer

16    to do that.

17    MR. KUHAR:  Okay.

18    MR. NICHOLS:  And the reason I prefer to do that

19    and that we've already engaged in this, I will

20    continue this line of inquiry with Mr. Heller.

21    And to the extent that he can testify on his

22    knowledge, of course, and facts, fine.  If he

23    doesn't know, he can say so for the record.

24    That's all.

25    MR. KUHAR:  Or if he knows part of the reason.

121

1          MR. NICHOLS:  Yeah, to the extent that he can

2          testify factually.

3          MR. KUHAR:  Fine.  But to be clear, in my phone

4          message did I not advocate one versus the other.

5          I said you have two options.  Don't misrepresent

6          my message.

7          MR. NICHOLS:  And, you said, too, if it was

8          necessary after you had opportunity the review

9          the forthcoming analysis -- interview analysis

10         forms that we could repeat.  You used the term

11         repeat, I remember.

12         MR. KUHAR:  Yeah, I just said that again here

13         today.

14         MR. NICHOLS:  I just want to be clear for the

15         record I'm not misrepresenting you.  You know

16         what you said, okay.  I'm not misrepresenting

17         you, am I?

18         MR. KUHAR:  The first time you said it to be

19         technical, you misrepresented it because you said

20         that I suggested one route versus the other,

21         which I did not do.  But to be totally clear,

22         what I think you seem to want is a concession

23         that we will agree to a second deposition of Mr.

24         Heller after you have --

25         MR. NICHOLS:  But you suggested repeat --

122

1     MR. KUHAR:  I'm trying to --

2     MR. NICHOLS:  You said repeat.

3     MR. KUHAR:  I'll work my way to the word repeat.

4     MR. NICHOLS:  Okay.

5     MR. KUHAR:  Okay.  I hope you don't mean repeat

6     in the sense that you're going to ask the same

7     questions.  That's why I say a second deposition.

8     MR. NICHOLS:  When you said repeat, I understood

9     it to be the same person not the same question.

10    MR. KUHAR:  Whatever.  I mean the short of it is,

11    we'll agree to participate, we'll agree to have

12    Mr. Heller undergo another deposition so that you

13    can ask him questions related to the employee

14    interview forms after you have get them.

15    MR. NICHOLS:  Okay.

16    MR. KUHAR:  Is that what you want?

17    MR. NICHOLS:  Right, that's what you said.

18    MR. KUHAR:  Okay.

19    BY MR. NICHOLS:

20    Q.   All right, continuing back on the record, Mr.

21    Heller, continuing -- And understand, Mr. Heller, my line of

22    inquiry is this, to the extent that you have factual

23    knowledge, I ask that you be responsive.  To the extent you

24    don't, simply say you don't, you don't know.

25    A.   Sure.

1       Q.    Is that fair enough?

2       A.    Sure, that's fair.

3       Q.    Okay.  Let's see I've covered two of these people

4    and I'm asking also to the extent that you can or able to be

5    responsive to the individual's name I'm calling, all right?

6       A.    Yes.

7       Q.    And the standing question, the inquiry at the end

8    of each one of these names and synopsis I give of their

9    background is why did you hire them rather than Miss Wagner,

10   okay?  That's the question that would follow each one of

11   these that we would follow?

12      A.    Sure.

13      Q.    Okay.  We covered Miss Jensen.

14            BERNARD WAGNER:  No, restart back with her.

15            MR. NICHOLS:  Jensen?  Leslie Jensen?

16            MR. KUHAR:  Hold on.

17            MR. NICHOLS:  Okay.

18            MR. KUHAR:  Did I miss that?

19            MR. MC EWEN:  That was the first one.

20            MR. KUHAR:  I have Hamilton.  Do you have another

21            one?

22            THE WITNESS:  No, I don't have another one.

23            BERNARD WAGNER:  Just do Jensen and go down the

24            line.

25            MR. NICHOLS:  Leslie Joan Jensen.

1              MR. KUHAR:  All right, I have it.

2    BY MR. NICHOLS:

3         Q.   All right, for the sake of the record, I simply

4    said with respect to her application she was hired outside

5    the school district and there was no recommendation

6    supporting her application.

7              MR. KUHAR:  And I'm going to note an objection

8              that you don't know whether in fact that is

9              correct.

10             MR. NICHOLS:  Her record reflects that, what I

11             have.

12             MR. KUHAR:  You don't --

13             MR. NICHOLS:  What I have reflects that.

14             MR. KUHAR:  Exactly what you've been given does

15             not include letters of recommendation.

16             MR. NICHOLS:  But let the record reflect what I

17             have here, all of which you gave to me.

18             MR. KUHAR:  Right.

19             MR. NICHOLS:  Right.

20             MR. KUHAR:  And I think I've advised you --

21             MR. NICHOLS:  So you're saying what you gave me

22             is not -- is not to be accepted as accurate?

23             MR. KUHAR:  I'm sure I didn't say that.

24             MR. NICHOLS:  The documentation --

25             MR. KUHAR:  I'm sure I didn't say that.

125

1          MR. NICHOLS:  What are you saying, counsel?

2          MR. KUHAR:  If they were provided, which they

3          likely were and destroyed, which they likely were

4          as indicated in my responses to your discovery,

5          then you wouldn't have them.  It does not

6          automatically follow that they never once

7          existed.  I told you --

8          MR. NICHOLS:  The only thing I can operate on is

9          what was given us or was not given us.

10         MR. KUHAR:  I told you -- That's what I --

11         MR. NICHOLS:  That's what I'm saying, what was

12         given us, that's the only record I have to

13         operate on, assumptions, whatever.

14         MR. KUHAR:  Okay, you load up the question by

15         saying she had no letters of support --

16         MR. NICHOLS:  Based upon what I have here, based

17         upon the record.

18         MR. KUHAR:  Do you understand that just because

19         he says she had no letters of support doesn't

20         mean that she had no letters of support, it means

21         just he hasn't been given any.  Do you

22         understand that?

23         THE WITNESS:  I do now.

24         MR. NICHOLS:  Okay.

25         THE WITNESS:  Yeah.

1          MR. NICHOLS:  Okay.

2     A.    We don't put everything in their file.  When they

3 apply for a position, in their personnel file, their file,

4 we keep their certificate, Act 34, 151 physical and

5 documents that they receive as employees of this district

6 during employment years.

7     You know a lot of things that they come to the table

8 with we don't put in their personnel file due to space.

9     Q.    All right.

10    A.    Mainly that we don't need like letters of

11 reference --

12    Q.    What do you do with those that you don't keep in

13 the file?

14    A.    We either discard them or, you know, we will tell

15 them that they can come pick them up, whatever.

16    Q.    I see.  Okay, Marcie Pifer again.

17         BERNARD WAGNER:  Caleb, ask him why she was hired

18         over her.

19 BY MR. NICHOLS:

20    Q.    You understand, you're giving me the reason --

21 Did you give -- Again, I ask to respond to my question again

22 and understand the question after each one of these names

23 and after I give a recitation of the synopsis of their --

24 what our file reflects is why you didn't hire Miss Wagner as

25 opposed to this person who was hired, okay?

```
 1        And Leslie Jensen, I don't think I heard your reason
 2   why you hired her?
 3             MR. KUHAR:  Can I ask him -- Just so I don't have
 4             to ask 50 questions at the end, can I also ask
 5             him to tell us when it happened?  Because I think
 6             it would also help us, in June of '04.
 7                  Can you ask him to say when it
 8             happened in answer the your question, too?
 9   BY MR. NICHOLS:
10        Q.   Well, these names are not new -- novel to you,
11   are they, Mr. Heller?
12             MR. KUHAR:  You've only asked him two.
13             MR. NICHOLS:  What?
14             MR. KUHAR:  He doesn't know, you only asked him
15             two.  But as a convenience to me, can't I ask
16             you, in his answer, to give you the date?
17             MR. NICHOLS:  Fine.
18             MR. KUHAR:  That's all I'm asking.
19        A.   June of '04.  Probably May or June of '04 is when
20   she was hired officially.
21        Q.   Why was she hired?  Again, can you give us --
22        A.   She was hired as a gifted education teacher
23   because she had background in gifted education where she had
24   previously been an educator in Ohio, I think.
25        Q.   I notice in the area -- It seems her area of
```

1    specialty concentration being the area of music?

2         A.   That's correct, K to 12. And gifted is gifted

3    and talented. And music can be considered a talent and

4    there's many students that are in that. Yeah, she worked --

5         Q.   When you say gifted, was she nationally

6    recognized --

7         A.   No, no.

8         Q.   -- In this area?

9         A.   I didn't say she was gifted, I said she had

10   experience in gifted education.

11        Q.   In teaching gifted children?

12        A.   That's correct.

13        Q.   I see. And that was based upon that work in

14   Ohio?

15        A.   In the state of Ohio public school system.

16        Q.   Mr. Heller, once again, with Miss Jensen, the

17   one, was she also observed before you hired her?

18        A.   She was on the substitute list, and I can't tell

19   you, I don't know at this point unless -- I need more

20   information I guess. I'm not --

21        Q.   You say she was on the substitute list here?

22        A.   Yes.

23        Q.   At the district?

24        A.   Yes.

25        Q.   I thought she taught on Ohio?

129

1    A.    She was on the -- She was on our substitute list.

2    Q.    Which jurisdiction -- Oh, yours.

3    A.    Ours.  She had previous teaching experience.

4    Q.    What are we talking about for the year?

5    A.    2003-2004 school year.

6    Q.    Did she hold an emergency permit?

7    A.    She had an out of state, which she had to take a

8  practice and then she received her permanent instructional.

9  It was a 61, type 61.

10    Q.    What is a type 61?

11    A.    It's an instructional certificate.  You have to

12  have three years.

13    Q.    Is it obtained through the state education

14  department?

15    A.    Yeah, PDE.

16    Q.    Is that the same as an emergency certificate?

17    A.    It's a temporary certificate.

18    Q.    Is that essentially the same as an emergency

19  permit when you say temporary certification?

20    A.    No, its different, it's a type 61.

21    Q.    I understand that.  I don't understand all the

22  jargon.  You're the expert in the area, in the

23  administrators and hiring the people with the certification,

24  that's what I'm asking you for illumination.  You know, you

25  said type 61.  Then I am -- I am familiar with the policy

1    dealing with the hiring of emergency substitutes, but I'm

2    not with the type 61.  I'm not sure.  That's what I'm

3    asking, I'm probing you.

4         A.    Type 61 is what people receive when they graduate

5    from college as a -- with a certification of teaching in

6    Pennsylvania.  Okay, once employed they have six years to

7    take -- to complete 24 credits and six years of satisfactory

8    teaching and then they can apply and must apply for the

9    instructional, too, which is a type 62, I believe.

10        Q.    That -- And people that go to college are

11   eligible to receive that particular classification, right,

12   the type 61?

13        A.    With a teaching certificate?

14        Q.    With a teaching certificate.

15        A.    With a -- They have to have a teaching

16   certificate not just a diploma.  It's different than an

17   emergency.

18        Q.    All right, let's turn to Marcie Pifer.  Again,

19   her record reflects that she had -- At the time she was

20   hired she had less experience teaching than Miss Wagner --

21   That is as a substitute teacher and only one recommendation

22   I found in her record.  And I looked at her evaluative

23   background materials, it's very sparse.  What justified you

24   to hire her rather than Miss Wagner?

25        A.    To be honest with you, I don't really feel that I

1    can answer that question with any of these people that

2    you're going to ask me until I'm able to see the rating

3    form.

4         The only thing I can assume is they had a higher

5    rating than Mrs. Wagner.

6         Q.   Now you said rating form?

7         A.   I think -- The rating scale that we use for the

8    interview process.

9         Q.   Okay.  Well let's go forward as best we can to

10   the extent you can answer, please do, all right?

11        A.   Sure.

12        Q.   If you don't know, just say I don't know, I can't

13   answer, all right?

14             MR. KUHAR:  I think he just did.

15        Q.   Okay, let's go forward then.  I understand Miss

16   Jamison did not undergo the interview from a long term

17   substitute position that she held 2001 -- in the school year

18   2001-2002.

19        A.   I don't know.

20        Q.   Don't know, okay.  Erin Bourkaman (sic)?

21        A.   Bourquin.

22        Q.   Bourquin.  I saw no practical teaching experience

23   except substitute teaching in her background?

24        A.   She was a substitute.

25        Q.   What year?

1        A.    '04.  She was hired for the '04-'05.

2        Q.    And at that juncture Miss Wagner had three years,

3    substitute practice, how could you hire someone --

4        A.    All I can say, Mr. Nichols, is -- And I think

5    that anybody that is in the -- that is part of this process,

6    is that just because you're a substitute in the district

7    doesn't mean that you're going to be offered a permanent

8    position.  That doesn't qualify you or -- You know, if

9    you're a substitute in this district it doesn't mean that

10   you can expect to be hired permanently some day or very

11   soon.  That's all I can say about that.

12       Q.    All right.

13       A.    Substituting, if you -- If you're doing a great

14   job and it's recognized, then there's a good chance it's

15   going to work.

16       Q.    Okay.  Jennifer Stefanucci, no prior teaching

17   experience, only one recommendation.

18       A.    I --

19            MR. KUHAR:  Hold on.

20       Q.    Would you please, Jennifer Stefanucci?

21       A.    Jennifer Stefanucci went through the interview

22   process.  Jennifer Stefanucci had a background in early

23   childhood education.  We were looking for a kindergarten

24   teacher with an emphasis in early childhood.

25            If you want to know why she got to job over Mrs.

1    Wagner, Mrs. Wagner does not have an emphasis in early

2    childhood.  She has a teaching certificate in elementary

3    education.

4        Q.    Kristen Bazylak?

5        A.    Kristen Bazylak is a guidance counselor and Mrs.

6    Wagner is not certified to be in that position.

7        Q.    The record should reflect she was hired from

8    outside the school district.

9        A.    Excuse me?

10        Q.    Outside the school district.

11        A.    Many people are.

12            MR. KUHAR:  What's your question?

13            MR. NICHOLS:  All right, I note for the record

14            and I note it in light of Article 11 of the

15            collective bargaining agreement --

16            MR. KUHAR:  You don't know -- How can you quote

17            it?  You don't know it to be true.

18            MR. NICHOLS:  I said -- I'm reciting Article 11

19            as part of the bargaining agreement.  You can

20            read it if you wish to.  Read it.  Fine, that's

21            all I have to say --

22            MR. KUHAR:  You're giving us facts about the

23            particular person.

24            MR. NICHOLS:  But I noted, and my basis for my

25            notation for the record was that outside the

1        school district, the person was hired not from
2        within the school district.  And the reference to
3        Article 11, I think, in the bargaining agreement
4        is pretty clear.
5        MR. MC EWEN:  For the record, I'd like to say
6        from the Association's perspective that I do not
7        believe Mr. Nichols interpretation of the
8        bargaining agreement are correct --
9        MR. NICHOLS:  I would like you to state what your
10       version is, the correct version.  Counsel, you
11       have now -- you have now refuted my
12       interpretation, please, state your correct
13       version, what you view as the correct version.
14       MR. MC EWEN:  Frankly, I'm not entirely clear
15       what you're basing this assumption on.
16       MR. KUHAR:  Article 11, vacancies.
17       MR. MC EWEN:  Okay.  And Article 11(b) sets out a
18       rather comprehensive point system --
19       MR. NICHOLS:  Not the point system, I know what
20       the point system is.
21       MR. MC EWEN:  That's my objection, you're taking
22       one thing out of many, one sentence out of the
23       article.
24       MR. NICHOLS:  Not of the point system.
25       MR. MC EWEN:  The point system is an intrinsic

1    part of Article 11 and the system in the

2    collective bargaining agreement for filling

3    vacant positions, so you can't just ignore that

4    and say that your -- what the district is doing

5    does or does not follow the contract --

6    MR. NICHOLS:  No, wait a minute, wait a minute,

7    hold on.  I'm going to read the contract copy.

8    Who has a copy of the collective bargaining

9    agreement?

10   MR. KUHAR:  You know, I'm reluctant to even give

11   it to you, because it has no relevancy to the

12   deposition.

13   MR. NICHOLS:  Okay.

14   MR. KUHAR:  You're suppose to be --

15   MR. NICHOLS:  This is my view and I'm not going

16   to belabor it because it's just a version.  But

17   11(b) says, and this is what I'm referring to,

18   vacancies.  Captioned, vacancies, the board

19   declares its policy of filling vacancies from

20   within its own teaching staff, period.

21       That's all I want to say about that.  I'm

22   moving forward because this is the version of

23   that.

24   MR. MC EWEN:  Well, I'd still like to complete

25   my objection for the record that Mr. Nichols

136

1          interpretation of the collective bargaining

2          agreement is not necessarily the interpretation

3          by either the Association or the district or the

4          courts or anyone else who has the actual legal

5          authority to interpret the collective bargaining

6          agreement.

7          MR. KUHAR:  And I'll refrain from offering my

8          interpretation of the contract, because this is a

9          deposition where such opinions are not relevant.

10         MR. NICHOLS:  It's a diversion.  Let's continue.

11         MR. KUHAR:  Stop diverting us.

12         MR. NICHOLS:  Stop that.  I have a right to ask

13         my question, all right.

14   BY MR. NICHOLS:

15         Q.   Continue, Mr. Heller.  Megan Porter, any comments

16   on her hiring?

17         MR. KUHAR:  Wait a minute, these are like in

18         reverse order I think.  Megan Porter.  Porter

19         with a "P".  Take a look at that (indicating) and

20         remember we were going to be giving dates when

21         hiring decision were made, if we remember them.

22         A.   Megan an was hired in '04 in a one year temporary

23   position.

24         Q.   And the reason --

25         A.   Last year she was hired permanently.

1    Q.    But the rationale for hiring her rather than Miss

2    Wagner?

3    A.    I'm going to say it one more time, I don't know

4    that I can respond 100 percent --

5    Q.    You just don't know?

6    A.    The rating form, I'd like to see the rating form

7    before I make a comment.

8                MR. KUHAR:  It's not a matter that he doesn't

9                know.  You told him to tell you if he can't

10               answer and why, and he's trying to and you cut

11               him off.

12               MR. NICHOLS:  No, it's not like that.  You said

13               you don't have a comment.  You either have a

14               comment or you don't.

15               MR. KUHAR:  No, it's not like that and I'm going

16               to pull him out of the deposition if you don't

17               let him finish his answers.

18               MR. NICHOLS:  Please, don't make a threat like

19               that.  You know where that leads to.

20               MR. KUHAR:  Call it what you want.

21               MR. NICHOLS:  It leads to the judge.  We have the

22               right to depose witnesses.  You know where that

23               leads so don't be irresponsible and force me to

24               go to the judge, all right.

25               MR. KUHAR:  Go to the judge whenever you feel

138

1          like it.

2          MR. NICHOLS:  All right.

3          MR. KUHAR:  I'm going to pull this person out of

4          this deposition if you don't allow him to finish

5          his answer.

6          MR. NICHOLS:  Please, please --

7          MR. KUHAR:  That's --

8          MR. NICHOLS:  Go right ahead, Mr. Heller.

9      A.   I already answered Megan Porter.  I'm done.  I

10     said I have to look at the valuation form, the rating forms

11     before I'd want to respond to that.

12         Q.   All right.  Okay.

13         A.   And all the others.

14         Q.   Okay.  We'll do it this way, Mr. Heller -- For

15     the record, let the record reflect that the -- Mr. Heller

16     has expressed a desire to look at the rating forms before he

17     be responsive to the remainder of the applicants contained

18     in this batch, which I have denoted as Exhibit 19.

19         For the record I'm going forward and read into the

20     record the remaining of these, what I have.

21         MR. KUHAR:  Fine.

22         Q.   Mr. Heller, understand that once I receive the

23     interview analysis forms, review those, I may recall you,

24     all right?

25         A.   Sure, I expect that.

1      Q.    For further questions.

2      A.    All right.

3      Q.    Mark S. Weathers, no prior teaching experience,

4  no letters of recommendation.

5      Laurie Carr.    Laurie Carr worked outside of Crawford

6  Central School District and as a substitute teacher in the

7  other school Districts when hired by Crawford Central School

8  District.

9      Danielle Morris, no prior teaching experience in

10  Crawford Central School District when hired in 2004.

11  Rehired in 2005 for a full-time position in the Cochranton

12  Elementary School.

13      Brian Mahoney, known as the son-in-law of Douglas

14  Stanton, an official in the Crawford Central School

15  District, hired as a full-time teacher July, 2002.    No

16  documented record that Mr. Mahoney was hired in compliance

17  with Pennsylvania anti-nepotism law, a policy.  He taught as

18  a substitute teacher during the fall of 2000, and then hired

19  as a permanent substitute teacher spring 2001.

20      Cheryl Krachkowski, K-R-A-C-H-K-O-W-S-K-I, first name

21  Cheryl, C-H-E-R-Y-L, hired from outside Crawford Central

22  School District.  Hired as a permanent substitute teacher

23  effective September, 2004 for the 2004-2005 school year.

24      Tammy Foster.  Tammy Foster, no particular commentary

25  at this point except for the fact as a true comment to all

140

1  the others I expect to receive an employment interview

2  analysis.

3       A couple matters with respect to Miss Foster's

4  application that she is a minority.  And two, it is my

5  general understanding that she has been trying to obtain a

6  teaching position for which she recently was hired.  It took

7  her nine years to obtain that job.

8       Nikki Shearer.  Nikki Shearer, no practical teaching

9  experience.  And two, there is reason to believe that Miss

10 Shearer is related either by blood or marriage to someone on

11 the board or administration or possibly principal or teacher

12 or those individuals who are noted -- who are indicated in

13 the anti-nepotism policy; and therefore, reason to believe

14 that the anti-nepotism policy was not complied with at the

15 time that she was hired.

16      Marie Ann McElwain.  Marie Ann McElwain was hired

17 right out of college, no practical teaching experience.

18      Chad DuPont, hired from outside the school district.

19 Very limited teaching experience.

20      Rebecca Resinger Kelly.  Rebecca Resinger,

21 R-E-S-I-N-G-E-R, Kelly, hired from outside Crawford Central

22 School District.

23      Lisa Taormina, and spelled, T-A-R -- T-A-O-R-M-I-N-A.

24 No notable commentary.

25      Okay, those I would offer as Exhibit 19.  Exhibit 19.

1    Okay, Amy Lawrence.  We had Amy Lawrence.

2        Exhibit 20.  Okay, Exhibit 20 is a statement of policy

3    promulgated by Equal Employment Opportunity Commission,

4    requires the record keeping and filing of EEO data by school

5    districts.  Exhibit 20.

6        Exhibit 21 in particular is a regulation, PA code, 22

7    PA code, section 49 point 31 statement of the policy which

8    has already been reiterated this morning into the record,

9    speaking to the conditions under which teachers have and

10   hold special permits would be allowed to teach.  Exhibit 21.

11       Exhibit 22 -- I'd like, Mr. Heller, to call your

12   attention to Exhibit 22, please.  If you have a copy, I'd

13   like you to turn to page two and the answer, the last answer

14   shown on page two in there.  It says that EEO reports were

15   discarded by a former clerk, by a former clerical employee.

16       Initially, I asked -- In the course of discovery I

17   asked Mr. Kuhar to provide me with EEO form fives beginning

18   with 1990 and coming forward to the most current.  He sent

19   me the forms for 1996 coming forward and he also indicated

20   -- This is the answer with respect to those forms for the

21   year 1990 through 1995, they were lost.

22       One, you were aware of this, of course, that these

23   particular documents have been lost?

24                   (Heller Deposition Exhibits 20, 21 & 22 were
                       marked.)
25

142

1           MR. KUHAR:  I object in that that's not what I

2           said.  I said we believe that they were destroyed

3           by a former clerical employee.  We did not say

4           they were lost.

5      Q.   Based upon what it said here, Mr. Heller, were

6  you aware of that?

7      A.   Aware of that statement?

8      Q.   That they had been discarded, may have been

9  discarded, were you aware of that?

10     A.   I was aware of it at that time, yes.

11     Q.   And this occurred when?  Are we talking about

12  1990 through 1995?

13          MR. KUHAR:  The statement or the discarding?

14          MR. NICHOLS:  The discarding.

15     A.   I can't answer that.  I don't know.

16     Q.   You don't know?

17     A.   No.

18     Q.   Well, when did it first come to your attention

19  this -- what this refers to?

20     A.   When we were --

21     Q.   When did it first come to your attention?

22     A.   When we were asked to supply them.

23     Q.   So that would have been -- to supply for this?

24     A.   With your request of us to supply them.

25     Q.   You didn't know that before?

143

1      A.    No, I didn't.

2      Q.    The maintenance of EEO-5 records, is that a part

3   of your responsibility?

4      A.    Yeah, EEO-5.

5      Q.    Right?

6      A.    Out of my office.

7      Q.    Your office?

8      A.    Correct.

9      Q.    Okay.  I looked at the work description of Miss

10  Good and she deals with federal programs.  Is she more

11  intimately involved in this than you, the maintaining of

12  these records, these are federal programs, the EEO?  Would

13  that be part of her responsibility?

14     A.    No.

15     Q.    Would not?

16     A.    Not EEO-5, no.

17     Q.    That's your responsibility?

18     A.    My responsibility.

19     Q.    And these are provided biennially, right?

20     A.    Correct.

21     Q.    To the Equal Employment Opportunity Commission,

22  right?

23     A.    Correct.

24     Q.    You gather this material -- You are therefore

25  charged with gathering this material.  How do you obtain

1   this data which goes in the preparation of these reports?

2        A.    Files, mainly.  Personnel files.

3        Q.    Personnel files?

4        A.    Personnel files of our listed employees.

5        Q.    And these come from application?

6        A.    We look at records from year to year, from every

7   other year, you know, we examine and then we check new

8   employees and that kind of thing.

9        Q.    On the files that you now refer to, from which

10  you culled this information, these files -- on these files,

11  obviously it would be indicated the employee's ethnicity,

12  race, right, gender, would it not?

13       A.    Yes.

14       Q.    Okay.  All right.  Now once you found out these

15  files may have been discarded, you say of late here you

16  found that out, did you initiate an investigation?

17       A.    Yeah, the answer is on that -- on page two.

18       Q.    Well, no, not concerning this question.  I'm

19  asking you now -- After reasonable investigation, okay,

20  after reasonable investigation, tell me how did you go about

21  it?  What did you do?

22       You call it a reasonable investigation, could you tell

23  me what did you do in terms of investigation, that you

24  conducted an investigation?

25       A.    My secretary is in her second year, so I know it

1    wasn't her that discarded them, okay.  And I believe that it

2    had been the previous secretary.

3        Q.   Okay.  So you base this upon your investigation

4    that you conducted, right?

5        A.   Yes.

6        Q.   Okay.

7        A.   And I haven't been able to complete it yet, but

8    potentially we may only have to keep those records for seven

9    years.

10        Q.   Yeah, but the question still --

11        A.   So, we're past the seven years.

12        Q.   I'm though now in the investigation.  Once you

13    found out about -- Did you report it to the federal agency

14    --

15        A.   No, I didn't.

16        Q.   Didn't report it?

17        A.   No.

18        Q.   How about the State Department of Education?

19        A.   Why would I?

20        Q.   I'm asking you.

21        A.   Tell me why I should.

22        Q.   I don't know.  I'm not in a position to.  I ask

23    the questions.

24        A.   I explained, I said no.

25        Q.   You give the answers, please, I asked the

1    question of you.

2        A.    And I answered your question.  I answered it but

3    you're not listening.

4        Q.    All right, I'll listen.

5        A.    I said, no, I didn't.

6        Q.    Didn't report it to any agency?

7        A.    Yes.

8        Q.    All right, fine.  Turn over to the next page.

9    Turn to the next page and that is the -- in particular, that

10   is looking at the answer.  That would be the third answer

11   shown on that page.  And that also -- That answer refers to

12   document or data having been lost.

13       And in particular it refers to substitute teaching

14   lists for the school year 2002 and 2003.  Likewise, is that

15   an area that would fall within your purview, these

16   particular data, and you note that they are electronically

17   stored or maintained?

18       A.    We contract these through Communication Centers,

19   Incorporated, a contract service.  A disk went bad and it

20   was their responsibility to keep the records.  And that's

21   part of the contract and --

22       Q.    When did that first come to your attention?

23       A.    When we needed the list probably --

24       Q.    When did that --

25       A.    First within the past year.

147

1      Q.   Okay.  What contract service are you talking

2  about, referring to?

3      A.   Communication Centers, Incorporated.

4      Q.   Okay.

5      A.   Is who we contract through.

6      Q.   And likewise did you conduct an investigation

7  once you found this out, that this data was missing?

8      A.   Well, you know, I explained that.  They explained

9  it to us why they couldn't come up with the lists, didn't I?

10     Q.   Why didn't they -- Why couldn't they come up with

11  the list?

12          MR. KUHAR:  He already answered that.

13     A.   I answered the question.

14     Q.   No, I fail to understand.

15     A.   The file went bad.

16     Q.   The file went bad, okay.

17     A.   On the disk, okay.

18     Q.   All right.

19     A.   For that year.

20     Q.   Okay.

21     A.   They lost it.  They had the other ones but

22  something happened to the disk.

23     Q.   Okay.  So all the substitute lists, the teacher

24  substitute lists was missing, forever discarded or lost for

25  that particular period for that school year?

148

1        A.    Yes, the --

2        Q.    No way of retrieving it otherwise?

3        A.    I can't think of another at this point.

4        Q.    Okay, Exhibit 22.  Exhibit 23.  Mr. Heller, look

5    at seven -- paragraph seven on Exhibit 23.

6        (Heller Deposition Exhibit 23 was marked.)

7        A.    On page four?

8        Q.    Yeah.

9        A.    Okay.

10       Q.    Notice that it reads whenever a professional

11   teaching vacancy arose or anticipated in the Crawford

12   Central School Strict the current members of the teaching

13   staff have the first opportunity to bid on the vacancy.

14   Okay, clear enough.  Member of the union, that's what --

15   that's what bargaining rights are all about, right?

16       A.    Yes.

17       Q.    All right.  I understand.  But what I don't

18   understand is looking at Exhibit 24, Exhibit 24 --

19       (Heller Deposition Exhibit 24 was marked.)

20            MR. KUHAR:  What part of it?

21            MR. NICHOLS:  All of it.  All of it, 24.

22   BY MR. NICHOLS:

23       Q.    There are several letters of rejection, and of

24   course, Mr. Heller, your name is shown, rejected to Miss

25   Wagner.  Several letters.  And I notice in several of these

149

1   letters it says that -- says that none of the postings seem

2   to be received from members of the union, from members of

3   the union.

4        My question is this, if no members of the union in

5   these particular instances when these vacancies occurred, if

6   no member of the union applied, why wasn't Miss Wagner

7   considered?

8        A.   Because it's part of the selection process.  We

9   just don't -- don't do it on an individual basis.  You apply

10  for the position, we interview candidates.

11       Q.   Right.

12       A.   And the committee selects the person that we --

13       Q.   I mean in this case no member of the union

14  applied?

15       A.   Yeah.

16            MR. KUHAR:  Which case?  Can you direct us to

17            one?

18            MR. NICHOLS:  All of these.  These are letters of

19            rejection.  You say that in all of these letters.

20            MR. KUHAR:  Okay.

21            MR. NICHOLS:  That's why I included them.

22            MR. KUHAR:  All of --

23            MR. NICHOLS:  Except for one or two.

24            MR. KUHAR:  I'm looking at the first one, which

25            doesn't say anything about nobody in the union

150

1    applying.

2    MR. NICHOLS:  Let's look.  What date --

3    MR. KUHAR:  How about pointing out one that does?

4    May 20th.

5    MR. NICHOLS:  I'm looking at April 19th.  April

6    19th to say and I'm not -- the posting, did not

7    receive any bid from Crawford Central Education

8    Association.

9         One, May 10th, same.

10   MR. KUHAR:  We're looking at April 19th.  We can

11   only look at one at a time.

12   MR. NICHOLS:  I'm going to read with specificity

13   to answer your question.  May 10th, same letter,

14   posting, did not receive a bid from member of the

15   Crawford Central --

16   MR. KUHAR:  I asked to identified one.

17   MR. NICHOLS:  I'm going to do that for the

18   record.

19   MR. KUHAR:  Aren't you going to put them in the

20   record?

21   MR. NICHOLS:  Posted May 10th, June 3rd, February

22   -- Well, this is quite a little different.  But

23   I'm going to -- It's in there.  These are the --

24   These are in the records.  You will see for

25   yourself, Exhibit 24, no bid type situation.

151

1           MR. KUHAR:  What's the question?

2    BY MR. MC EWEN:

3        Q.    My question simply to Mr. Heller, why was Miss

4    Wagner not even afforded the decency of an interview?  No

5    members of the union stood in the line, why?

6        A.    For these positions?

7        Q.    Uh-huh.

8        A.    We did interview for these positions.

9        Q.    You didn't interview her?

10       A.    Yes, we did.

11       Q.    Which one?

12       A.    We --

13       Q.    Because over the -- I have here -- Let me tell

14   you, Mr. Heller, I have Exhibit 25 which is well over 100

15   applications that she has applied for over the span of four,

16   five years.  She has been interviewed only twice.

17           MR. KUHAR:  Do you want his answer or not?

18   BY MR. NICHOLS:

19       Q.    That's what I'm asking, your answer.  Go ahead,

20   please.

21       A.    You sure?

22       Q.    Please.  Please.

23       A.    Sure.  We began -- We anticipated a large number

24   of vacancies at the elementary level for the 2004-2005

25   school year, which is what you're referring to here in these

152

1    letters, okay.  We interviewed approximately 40 people for

2    those elementary positions.  All right, we started in March.

3    All right, they went through a two prong interview.  They

4    interviewed with four people for 30 minutes and they turned

5    right around and interviewed with four more people for 30

6    more minutes.  Eight questions in each group.

7        Okay, we compiled a composite on the teacher analysis

8    form, if you will, and as these positions became available

9    as vacancies.  As a selection committee, the eight of us,

10   the eight people who were involved in that process, we

11   placed or offered these positions to the people that we

12   interviewed.

13       Mrs. Wagner was one of the 40 people that we

14   interviewed that took that -- That was the only time we

15   interviewed for that year was in -- We started in March

16   because we wanted to get a jump, so we felt that we could

17   get --

18       Q.   Do you know --

19       A.   Hold on, I'm not finished.

20       Q.   Go ahead.

21       A.   So that we could get the best candidates for the

22   positions and so we're a little bit ahead of our neighboring

23   school districts.  That's what we did.

24       Q.   Can you take a moment there and tell me which one

25   -- which one Miss Wagner was interviewed for?

153

1    A.    I can tell you right now the --

2    Q.    Take a moment.

3    A.    The April 19th one, if that was a vacancy.

4    Q.    Yeah, April, 2004.

5    A.    May 10th.

6    Q.    Wait a minute, now you said April 19th.  Did you

7  interview her for April 19th?

8         MR. KUHAR:  He described the interview process

9              that took place.

10         MR. NICHOLS:  I know the process.  I'm asking

11              which one he said he did.

12         MR. KUHAR:  He interviewed her for all at the

13              same time.  They did one batch of interviews of

14              40 people for a number of positions.

15    A.    Here, Mr. Nichols --

16         (Off-the-record discussion.)

17    Q.    Okay, Mrs. Wagner tells me with respect to

18  February 19th --

19    A.    Right, here, look at that.  That will explain the

20  process.

21    Q.    Okay.  She said she remembered, all right.

22    A.    All right.

23    Q.    With respect to the 2004 and 2005, she was not

24  called for an interview?

25    A.    That covered -- That was the interview process

154

1    that we set up for the vacancies for the 2004-2005 school

2    year.

3        Q.    Yeah, this school year?

4        A.    No, no, this is 2005-2006 school year.

5        Q.    But Miss Wagner's question is 2004 and 2005

6    school year she was not interviewed --

7        A.    Yes, she was.

8        Q.    Okay.  Well, correction, 2005-2006 school year,

9    none of those positions she received an interview for?

10            MR. KUHAR:  Do you understand the question?

11            That's a straight question.  It's probably --

12       A.    2005-2006 school year?

13       Q.    Right.

14       A.    Why we haven't interviewed her for the 2005-2006,

15   school year?

16       Q.    Right.

17       A.    It will take me awhile to explain this, so hang

18   tight.

19       Q    Okay.

20       A.    In 2002, November 22nd as I recall was when I did

21   the observation form, okay.  The observation, I did a

22   post-conference with Mrs. Wagner and I had made suggestions

23   to her on what I felt that she needed to do to strengthen

24   her knowledge base and skills in order to attain a position

25   here in Crawford Central School Strict.

1    At the same time I made a recommendation or

2    recommendations or suggestion that she receive advice,

3    suggestions or use the Title 1 reading teacher as a resource

4    to help her along with the process.  I also explained to her

5    that she needed to make contact with Suzanne Good, the

6    director of elementary curriculum, and she could help her in

7    some staff development which would put her in a position to

8    have a better chance of achieving a position.

9    And then this past -- She, to my knowledge, she made

10   one contact with the Title 1 reading teacher, and to my

11   knowledge she made zero contacts with Mrs. Good our director

12   of elementary curriculum and federal programs.  And this

13   past summer I met with Mrs. Wagner and Mrs. Good was also

14   present --

15   MR. KUHAR:  Which summer just to clarify?

16   A.    The summer of 2005.  And Mrs. Wagner, one of the

17   first questions that came out of her mouth was, do I ever

18   have a chance of getting a job in this school district?  And

19   we said, yes, you do, but these are some of the things you

20   need to work on.  And we went through a whole litany of

21   things that she needed to do.  When she got to that point,

22   she needed to call us back and we would go over these

23   things.

24   We never heard back from Mrs. Wagner, and I just

25   assumed that she really wasn't interested in making the

156

1   necessary progress that we felt she needed to have in order

2   to be considered as a top candidate for a teaching position.

3       Q.   Okay.  Now, Mr. Heller --

4       A.   No, it was 2004, I'm sorry.  I'm sorry, 2004.  To

5   correct that it was 2004.

6       Q.   When you met with her --

7       A.   The summer of 2004.

8       Q.   You're referring to the time you met with her?

9       A.   Yes.

10      Q.   Uh-huh.

11      A.   I retract that.

12      Q.   And she asked you for a copy of her evaluation

13  and she was told that you were -- analysis and you told her

14  you would not make it available to her?

15      A.   That's right, I didn't make them available to

16  anybody.

17      Q.   As a matter of policy or what is it?

18      A.   Procedure protocol.

19      Q.   Why would you withhold it if she wanted to see

20  and to work on it, and to obviously be informed?  It was her

21  concern.  It was her evaluation.

22      A.   It's just a decision I made at that particular

23  time, that's the only thing I can say about it.

24      Q.   But it is a fact though, Mr. Heller, isn't it,

25  that what I have here, Exhibit 25, which is 100 plus

1    applications that Mrs. Wagner has filed during the span of

2    the last four or five years, and she, during that period,

3    she has received only two interviews.  One of which you just

4    referred to and the other one was Miss Pickens, the

5    replacement for Miss Pickens.  Only two out of 100 and some

6    applications.

7         For the life of me, could you tell me why?

8         (Heller Deposition Exhibit 25 was marked.)

9              MR. KUHAR:  I object to the question two ways.

10             Number one, it's in bad faith because you know as

11             a matter of union contract she was not entitled

12             to most of those positions.  And number two, his

13             prior testimony was that she was interviewed for

14             20 positions at one time in the spring of '04.

15             Do your best to answer the question.

16    A.    We interviewed her for every vacant elementary

17    position since I have been at Crawford Central School

18    District through the 2005 school year, other than I guess

19    you could say the kindergarten position at east end

20    elementary school last fall.

21    Q.    Now, you indicated in your testimony just

22    momentarily ago that you thought that Miss -- You had

23    concluded that Miss Wagner was no longer interested in the

24    job, right?  That's what you testified to, fair?  Fair

25    characterization of your testimony?

1          A.    Yes, that's right, that's correct.

2          Q.    Why would she then continue to send you

3     applications?  Why?  Is that not indicative of interest?

4          A.    I guess it shows me that she's interested in a

5     position, but I guess not interested at being at the level

6     that we would like her to be at in order to be offered that

7     position.

8          Q.    And Exhibit 26, I show you (indicating).  You

9     will notice emblazoned across the top caption, District

10    Hires 58 new teachers.  Fifty-eight new teachers.  Miss

11    Wagner applied for 37 of these positions.

12         (Heller Deposition Exhibit 26 was marked.)

13         A.    No, she didn't.  She's not certified for all

14    those positions.

15         Q.    She applied for 37 of them, didn't you?

16              MR. KUHAR:  What's your question?  Do you want

17              him to assume that she applied for 37?

18              MR. NICHOLS:  It's a fact, you don't have to

19              assume she applied.

20              MR. KUHAR:  He disagreed.  So do you have a

21              question or not?

22    BY MR. NICHOLS:

23         Q.    You're saying, Mr. Heller, you didn't receive an

24    application from her for these -- for 37 of these 58

25    positions or you don't know?

159

1      A.   We receive a lot of applications, but the

2   applications -- Let's put it this way, they aren't

3   applications.   Most often they're letters of interest.

4      Q.   Right.

5      A.   We receive letters of interest for every posted

6   vacancy in the district.   But we don't always have a

7   vacancy, okay.

8      So she may have applied for 37 positions, but we

9   certainly didn't have 37 positions in this year that she was

10  certified to be in the position for, because they were

11  filled through the bidding process.

12     As I explained to you a long time ago, we haven't had

13  that many elementary ed positions open through like 2000

14  through 2003 school year.   We only had like -- We only

15  filled like 10 positions because --

16     Q.   But this is 2004-2005 school year?

17     A.   We didn't fill a whole lot more on top of that

18  either.   I can tell you.   There's probably not more than 10

19  positions on here that Mrs. Wagner is certified for.

20          MR. KUHAR:   Did you catch that?

21     Q.   But she did apply for other than the fact --

22     A.   Did you hear what I said?

23     Q.   I heard --

24     A.   Out of 58 positions there's only about 10 she's

25  certified for, not 37.

160

1        Q.   But she was not even interviewed for any of those

2   even after four years of teaching?

3            MR. KUHAR:  He already testified about that.  You

4               asked him why he didn't and he answered.

5            MR. NICHOLS:  All right, okay.

6        Q.   All right, Exhibit 27.  Exhibit 27 is one item

7   I'd like to direct your attention.  Mr. Heller, Exhibit 27,

8   do you have access to it?

9        (Heller Deposition Exhibit 27 was marked.)

10       A.   All right.

11       Q.   The third person whose name appears on the left,

12   Lisa Shuffstall, she was hired May, 2004 but not certified

13   until August, 2004.  Meaning she was --

14            MR. KUHAR:  What's your question?

15       Q.   She was uncertified -- an unqualified person was

16   hired.

17       A.   What's the question?

18       Q.   The question -- It's obvious that that's a

19   violation of the policies.

20       A.   Why is it?

21       Q.   That person was not certified when hired.

22       A.   She's --

23       Q.   The policies state clearly that people have to be

24   certified when they're hired.

25       A.   What --

1          Q.    The dates suggest otherwise.

2          A.    She received her certification -- She received

3    her official certification from PD, August 1st of, I believe

4    2004.  All right, we don't start the school year until the

5    end of August.

6          Secondly, what the colleges and universities have done

7    to kind of assist their candidates and graduates as far as

8    attaining a position in the springtime is they will give

9    them a letter stating that they've completed all the

10   requirements towards their permanent certification, and the

11   process when they send it to Harrisburg is long, and they

12   get flooded at that time of the year and it just extends the

13   process.

14         So I'm sure that this was sent in May and it just --

15   Most normal time you send for one now it takes six weeks.

16   In the summertime it could take 12 because they're

17   overwhelmed with the number of applications that are sent

18   in.  And we have a letter and we can do that.

19         Q.    But the irrefutable fact is that a person was

20   hired long before they were certified, the dates.

21               MR. KUHAR:  He answered the question.

22         A.    We're totally in compliance.

23         Q.    Moving forward, Exhibit 27.  Moving forward.

24   Exhibit 28, Mr. Heller?

25               (Heller Deposition Exhibit 28 was marked.)

162

1    A.    Yeah.

2    Q.    I'm direct your attention to the fourth

3    paragraph?

4    A.    Fourth paragraph on the first page?

5    Q.    Yeah.  The first page I view as the anti-nepotism

6    policy and I'm asking -- The first question is, explain --

7    state for the record how you implement this policy?

8    A.    The fourth paragraph?

9    Q.    Uh-huh, no teacher shall be employed who is

10   related?

11   A.    I don't think that we've ever recommended anybody

12   to the board that's related to the board --

13   Q.    Okay.

14   A.    -- Since I've been here at Crawford Central

15   School District or before.  I don't know.  I can't speak to

16   before --

17   Q.    I understand --

18         MR. KUHAR:  He's not done answering.

19   Q.    Go ahead.

20   A.    I'm not aware that anybody is related to these

21   people that we've hired that's related to the board.  And I

22   assume that if they were, then the board member would have

23   to abstain from the vote.

24   Q.    Okay.  My question is, still stands though, there

25   is a more extensive statement of this policy, this is just a

1    part of the policy?

2        MR. KUHAR:   That's the part you had him looking

3        at.

4    Q.   True, but there's a more extensive -- which

5    defines nepotism and the range of people, a class of

6    individuals it applies to, including members of the board,

7    members of the administration, principals, I believe

8    teachers who are related to the applicant or candidate by

9    blood or marriage.

10       My question is this -- I think you misunderstood my

11   question and I would pose it again.  What system or

12   procedures do you have in place to -- for each personnel

13   transaction to discern or determine whether someone is

14   related by blood or marriage?

15       Do you have a system in place by which you screen

16   applicants that discloses that, that reveals that, discloses

17   that?

18   A.   I can't say that I have a procedure in place for

19   screening applicants to assist us in the nepotism policy,

20   no, I don't.

21   Q.   And I'm substituting -- Incidentally, I'm not

22   substituting I'm just changing, I have -- I have a more

23   complete statement of the policy.  This is an abbreviated

24   one, which I'm not going to offer, I'm going to offer this

25   other one as Exhibit 28.

1      And the definition, they define nepotism as "No blood

2  relatives or relatives by marriage or any member of the

3  Crawford Central School District or of the Superintendent or

4  of his administrative staff, including principals, shall be

5  employed by the district in any capacity, unless the

6  applicant so are related is interviewed by the personnel

7  committee."

8            MR. KUHAR:  I'd like to see what you're looking

9            at when you're done.

10            MR. NICHOLS:  Yeah, Exhibit 28.

11      Q.    And "to the full board.  If such circumstances

12  --" "In such circumstances the personnel committee reserves

13  the right to interview all final candidates, including the

14  candidate, for the open position."

15      I'm simply asking -- You said that you haven't -- You

16  don't have a policy to comply with this policy, to implement

17  this policy, you don't?

18            MR. KUHAR:  It's the same thing.

19            MR. MC EWEN:  Just note for the record my copy of

20            Exhibit 28 is missing page two, which I believe

21            is what you just read from; is that correct?

22            MR. NICHOLS:  You have the abbreviated one.

23            MR. MC EWEN:  I have page three, I don't have

24            page two.

25            MR. KUHAR:  There is no abbreviated versus long

165

1           version.  The one you just read from and the one

2           he's looking at are the same.

3               MR. NICHOLS:  All right.

4    BY MR. NICHOLS:

5        Q.  But you gave me your answer, you don't have such

6    as in terms of implementing this policy, of screening

7    candidates?

8        A.  Not really, no, not a procedural type of

9    screening in place.

10       Q.  Do you know whether the board has any mechanism,

11   in place, policies in place by which they screen candidates

12   when they give their approval I should say, to applicants

13   recommended by the administration for hiring?  Do you know

14   whether the board has a procedure?

15       A.  I don't know that answer.

16       Q.  You don't know?

17       A.  I couldn't answer that.

18       Q.  Okay, Exhibit 29,  You have a copy of that?

19       A.  Yes, I have it.

20       (Heller Deposition Exhibit 29 was marked.)

21       Q.  I point specifically to the -- to Susan Ford and

22   there was a problem here dealing -- compliance with the

23   anti-nepotism policy.  Miss Ford was hired as a kindergarten

24   teacher, Cochranton Elementary School.

25       There is commentary here on Exhibit 29 that shows that

1   Miss Ford is related to Shawn Ford, who was the dean of

2   students at the Cochranton at that time, and was since moved

3   to assistant principal. And that specifically was that --

4   And as you have answered, that there was no compliance

5   because you don't have any policy, you don't recall any

6   situation where she's in compliance with the anti-nepotism

7   policy?

8        A.    What was that again?

9        Q.    To Miss Ford, no compliance with the

10  anti-nepotism as I see, because you -- And you said you

11  don't recall any compliance, the screening of applicants?

12            MR. KUHAR:  He didn't say that.

13            MR. NICHOLS:  That's what I understood you said.

14            MR. KUHAR:  He said there was no procedure.

15            MR. NICHOLS:  No procedure in place.

16            THE WITNESS:  Okay.

17            MR. KUHAR:  He wasn't talking about a specific

18            case.

19            MR. NICHOLS:  Now I'm directing you to Exhibit

20            29, Miss Ford.

21            MR. KUHAR:  He's looking at it.  What's the

22            question?

23  BY MR. NICHOLS:

24        Q.    I'm saying that it appears to me that there is a

25  possible relationship here --

1          MR. KUHAR:  Are you asking?

2     Q.   Either by marriage.  It appears the me and I'm

3  asking, do you recall whether there was any screening by the

4  personnel committee or the committee who hired her or

5  recommended her for hiring?

6          MR. KUHAR:  What's the date of that?

7     Q.   For compliance with the anti-nepotism law?

8          MR. KUHAR:  What's the date of her hire?

9          THE WITNESS:  Her hire was probably 2-03.

10         MR. KUHAR:  Okay.  What's the question?

11         Whether there was compliance?

12         MR. NICHOLS:  Yeah.

13    A.   I think there was compliance to the anti-nepotism

14  law, yes.

15    Q.   How would that have been done?  How would that

16  have been accomplished?

17    A.   I think at the time she wasn't hired -- I have to

18  correct you on fact.  She wasn't hired for kindergarten

19  teacher at Cochranton Elementary School, she was hired as

20  social studies teacher at Meadville Middle School.  She bid

21  into a position at Cochranton Elementary School in

22  kindergarten and at the time --

23    Q.   You said it was a mistake?

24    A.   Well, mistake on your statement.

25    Q.   Here?  On here?  This is where I get my statement

168

1    from, Exhibit 28.  It shows Cochranton, she was hired at

2    Cochranton.  And you will notice --

3         A.    She was new at Cochranton.

4         Q.    And also here that she is related to Shawn, that

5    they're -- Read that.  That's 29.

6         A.    Right, okay.

7         Q.    I'm mistaken you're saying?

8         A.    She was new at Cochranton Elementary.  She wasn't

9    a new employee within the district is what I'm saying.  We

10   didn't hire her -- We didn't hire her for the kindergarten

11   position --

12        Q.    But if it caption is 58 new teachers and she was

13   included --

14             MR. KUHAR:  That's his answer.

15        A.    That's my response.  You can argue all you want,

16   but I'm telling you that's a fact.  That's a fact, we hired

17   her as a social studies teacher at the Meadville Middle

18   School the year before that.  She bid into that position and

19   then I guess she was put --

20        Q.    She was transferred?

21        A.    She transferred.

22        Q.    To Cochranton?

23        A.    Yeah, which is contractual and we have nothing to

24   do with.  And at the time her husband was not an

25   administrator.

1                BERNARD WAGNER:  He was a teacher.

2        A.    And within this nepotism it says administrative

3    staff or school board --

4        Q.    But it says teachers also, doesn't it?

5        A.    I don't know if it says teachers.

6        Q.    Teacher.  Look at the definition of nepotism,

7    it's inclusive of teacher.  I thought it was.  The

8    definition of nepotism.

9                MR. KUHAR:  Where does it say teachers?  Where

10               does it say teachers?  It's your question, you

11               wanted him to look at the part that says

12               teachers.

13       Q.    Well, look at -- It's blood or family.  That's

14   the definition, by blood of family, blood or marriage.  I

15   should say relationships.

16               MR. KUHAR:  It has a long list the of things,

17               administrator, principals . . . And do we see

18               teachers?  No, we don't.

19       Q.     But here (indicating), it shows here and I'm

20   showing this to you that he became -- He's an Assistant

21   Principal, Assistant Principal's position there.  That's

22   what it says?

23       A.    That's correct.

24       Q.    Right there (indicating)?

25       A.    I'm not arguing that point.  What I'm arguing is

1    when we hired her her husband was not a principal.

2          MR. KUHAR:  You got that?  This is the answer to

3          your question.

4    A.    You need to listen, please.

5    Q.    In --

6    A.    He wasn't a principal when we hired her.

7    Q.    He was a teacher at the time you say?

8    A.    Correct.

9    Q.    And what about then on, continuing on page three,

10   the last paragraph, all right, family relationships?

11         MR. KUHAR:  What about it?

12         MR. NICHOLS:  Yeah.

13         MR. KUHAR:  What's the question?

14   Q.    Doesn't that also -- Doesn't that -- The policy

15   apply to these incestuous family relationships?

16         MR. KUHAR:  I don't know what you're talking

17         about.  Incestuous?  I don't know where that word

18         comes in.

19         MR. NICHOLS:  What?

20         MR. KUHAR:  I don't understand the question.

21         You've asked him 20 questions.  He has given his

22         testimony.

23         MR. NICHOLS:  All right, Exhibit 29 speaks for

24         itself, and 28 of course is included.

25         MR. NICHOLS:  All right, exhibit 30.

171

```
 1              (Off-the-record discussion.)
 2    BY MR. NICHOLS:
 3         Q.   I also understand there is a relationship between
 4    Brian Mahoney and Mr. Stanton?
 5         A.   That's correct.
 6         Q.   At the time he was hired?
 7         A.   That's correct.
 8         Q.   It was son-in-law relationship?
 9         A.   Son-in-law.
10         Q.   Right?
11         A.   That's right.
12         Q.   That relationship is obviously not acceptable,
13    unacceptable, isn't it, for purposes of the anti-nepotism
14    law?
15         A.   That's correct.
16         Q.   How was that addressed by the committee?
17         A.   How was that addressed by the committee?
18         Q.   Right.
19         A.   I'm going to take responsibility for it.
20         Q.   Uh-huh.
21         A.   I was in this position for three or four months,
22    I was unaware of the policy at the time and the
23    administration, naturally the selection committee was
24    formulated and Mr. Stanton was part of that process.  And
25    after we concluded I was made aware.
```

172

1    We had informed the board that prior to that, prior to

2  the hiring that, you know, this was a policy that we needed

3  -- we should have had a board member present and we didn't,

4  and it was explained to them.

5    And it was for a special ed position, it wasn't for an

6  elementary ed position.  And --

7    Q.   What period are we talking about, Mr. Heller?

8    A.   We're talking about --

9    Q.   You said four months after you were hired?

10   A.   It was June of 2002.

11   Q.   Okay.

12   A.   So we're aware of it now.

13   Q.   Okay.  This was brought to the attention of the

14  board?

15   A.   Yeah, yes, it was.

16   Q.   Subsequently?

17   A.   Excuse me?

18   Q.   Subsequent, after it came -- You brought it to

19  the attention of the board, you brought it to the attention

20  of the board?

21   A.   Yes.

22   Q.   In concert, did the board set in bank or was the

23  board together or was that individually?

24   A.   I think we talked to them in an executive

25  sessions.

173

1    Q.  Do you recall -- I know this is stepping back, do

2  you recall what if anything the board did, you know, once

3  you brought that to their attention?

4         MR. KUHAR:  He already testified that they made

5            the hire.

6    Q.  The hiring hadn't been made I understand, right?

7         MR. KUHAR:  They advised -- He advised the board

8            prior to the hire.

9    A.  Yeah.

10   Q.  And the board hired him, that's the action it

11 took?

12   I thought you said it was a snafu on your part, on the

13 part of the committee?  I thought you said it was a snafu

14 because it --

15         MR. KUHAR:  He didn't use that word, but

16            essentially he said, yeah, they made a mistake

17            and told the board will about it and the board

18            hired him anyway.

19   Q.  And the mistake was?

20         MR. KUHAR:  Tell him again.

21   A.  That we didn't include a board member.

22   Q.  Because there requires a vote, right?

23         MR. KUHAR:  If a vote happened.

24   A.  If a vote happened, it requires participation of

25 a board member involved in the interview process.

174

1    Q.    Okay.  Now tell me, because as I read the policy

2  there, this anti-nepotism policy in this application, at the

3  personnel committee level, when the person is screened or

4  interviewed there's a board member who sits you say, right?

5    A.    Yeah.

6    Q.    Now does the board member have a vote at that

7  level or does the board member vote on that issue when --

8  when it comes before the board, when he or she sets with the

9  board?

10    A.    Are you talking about when we have to be aware of

11  the anti-nepotism?

12    Q.    Right, right.  That's right.

13    A.    I haven't experienced that so I -- The board

14  member would be a part of the process.

15    Q.    At that time, level, the personnel committee?

16    A.    No, at the interviewing committee.

17    Q.    Interviewing committee?

18    A.    Yes.

19    Q.    And the vote, have a right to vote, too?

20    A.    Give their opinion anyway.

21    Q.    Well, the policy speaks of voting --

22    A.    Vote at the board level.

23    Q.    What?

24    A.    They vote at the board level

25         MR. KUHAR:  The policy says the board has to vote

1           to hire anybody.

2           MR. NICHOLS:  Yeah.

3           MR. KUHAR:  There's no testimony so far that the

4           personnel committee votes.  There's no testimony

5           that anybody votes.  There's no testimony that

6           anybody on the personnel committee votes

7      Q.   But trying to understanding that, you stated

8  about the snafu -- And you have stated of the policy shortly

9  after you here -- here you stepped up to the plate for that

10 snafu shortly after you came into this position?

11     A.   Correct, I made a mistake, right.

12     Q.   All right, Exhibit 30.  Exhibit 30.  Now Exhibit

13 30 --

14          MR. KUHAR:  It's her statement.

15          MR. NICHOLS:  Yeah.

16          MR. KUHAR:  I mean, I'll give him one, I'll give

17          him this one.

18          MR. NICHOLS:  No, but -- Wait a minute, there's

19          an attachment here.  Here it is.  Here it is, I'm

20          sorry.

21          (Heller Deposition Exhibit 30 was marked.)

22     Q.   Mr. Heller, Exhibit 30 is the affidavit by Miss

23 Wagner and it speaks to this, that she -- this occurred

24 after the lawsuit was filed, September, 2004.  It was filed

25 against the school district and she went to Miss Darling and

1    asked her to apply for a position.  And Miss Darling told

2    her she could not apply to the position because of the fact

3    that she had brought a lawsuit against the school district.

4    You don't agree with that, do you?

5         A.   I think you know how I feel about that.  I

6    explained to you that that -- No, I know nothing about that

7    nor do I agree with that.

8         Q.   You don't agree with what Miss Darling instructed

9    -- told -- said to Miss Wagner, do you?  You don't agree

10   with that, that she couldn't apply for --

11        A.   No, I don't agree with that.

12        Q.   You don't agree with that, do you?

13        A.   No.

14             MR. NICHOLS:  That's Exhibit 30.  And I'm adding

15             31.  Exhibit 31 is to be read in conjunction --

16             in conjunction with that because Mr. Kuhar has

17             corrected, the letter of Mr. Kuhar to me dated

18             July 20th, 2005 indicating that in his earlier

19             communication there was a mistake and he wanted

20             to set the record straight.  Which he seeks to do

21             here, that Brenda Schoonover, the then principal

22             of the secondary elementary and Miss Darling,

23             then principal of Cochranton Elementary, along

24             with her, was then included in the defendants

25             responses as I understand it in the context of

1    having had some kind of involvement in the hiring

2    or decision not to hire Miss Wagner.

3        Mr. Kuhar, am I stating your statement

4    correctly?

5    MR. KUHAR:  I'm not being deposed.

6    MR. NICHOLS:  Okay.  This is Exhibit 30.

7    MR. KUHAR:  Thirty-one.

8    MR. NICHOLS:  Thirty-one, okay.

9    (Heller Deposition Exhibit 31 was marked.)

10   MR. KUHAR:  Mr. Nichols, after this one are you

11   going to be done because we need to break really

12   at four.

13   MR. NICHOLS:  Let's take a break.

14   MR. KUHAR:  No, we need to take a break for the

15   day at four.

16   MR. NICHOLS:  At four?

17   MR. KUHAR:  Yeah, and I can --

18   MR. NICHOLS:  Thirty-one, okay.

19   MR. KUHAR:  I can get my questions completed in

20   about three minutes or I can save them until next

21   time.

22   MR. NICHOLS:  Do you have a lot of questions?

23   MR. MC EWEN:  I have a lot of questions.  I would

24   probably prefer to do them the next time.

25   MR. NICHOLS:  You want to stop at four?

```
 1           MR. KUHAR:  Do you feel you can finish in a few
 2       minutes?
 3       BERNARD WAGNER:  We can't finish in five minutes
 4       MR. NICHOLS:  We can't finish in five minutes.
 5       MR. KUHAR:  Do you want to stop now?
 6       MR. NICHOLS:  We can stop now.
 7       MR. KUHAR:  You want to note that we're concluded
 8       for the day?
 9       MR. NICHOLS:  Yeah, it is approximately now 3:55
10       p.m., September 27th, 2005.
11       MR. KUHAR:  Okay.
12       MR. NICHOLS:  With the understanding and the
13       concurrence of all parties here, including
14       counsel, we have decided to go off the --
15       conclude and go off the record at this time.
16       (At 3:55 p.m., the deposition was concluded.)
17
18
19
20
21
22
23
24
25
```

179

1

2

3                          C E R T I F I C A T I O N

4

5          I,  Denice A. Grill, RMR, a Court Reporter and

6    Notary Public in and for the Commonwealth of Pennsylvania,

7    do hereby certify that the foregoing is a true and accurate

8    transcript of my stenographic notes in the above-captioned

9    matter.

10

11

12          _____

13                Denice A. Grill, RMR
                  Registered Merit Reporter
14

15

16          DATED:  _____10-11-05_____

17

18

19

20

21

22

23

24

25

- ' -


'02-'03 [1] 107:17
'04 [6] 127:6, 19;
132:1; 136:22; 157:14
'04-'05 [1] 132:1
'82 [2] 6:17; 7:2
'84 [3] 6:17; 7:2, 4
'85 [2] 6:25; 7:4
'86 [2] 6:25; 7:6

- - -


-vs- [1] 1:5

- 0 -


04-262 [1] 1:5
06 [1] 87:15

- 1 -


1 [8] 2:8; 5:19, 24;
89:17, 20, 23; 155:3,
10
10 [11] 1:14; 2:17;
60:15, 16, 22, 23;
61:18; 159:15, 18, 24
100 [6] 27:22; 53:10;
137:4; 151:14; 156:25;
157:5
109 [1] 3:5
10th [6] 1:19; 9:10;
150:9, 13, 21; 153:5
11 [19] 2:18; 51:12, 16;
61:20; 62:3; 67:21;
106:9, 15, 23, 24;
133:14, 18; 134:3, 16,
17; 135:1, 17
11280 [1] 1:13
12 [7] 2:19; 62:12, 17,
19; 89:20; 128:2;
161:16
120 [1] 1:19
13 [18] 2:10, 20; 63:13,
16, 17, 24; 64:5, 25;
65:12, 13, 16, 17;
66:8; 67:9, 12; 72:17,
19; 75:11
14 [10] 2:21; 63:13, 16,
20, 24; 64:16; 65:2,
12; 66:10; 75:11
141 [3] 3:6, 7, 8
148 [2] 3:9, 10
15 [10] 2:11, 22; 75:15,
16, 18; 76:3, 11, 17;
81:23; 84:12
151 [1] 126:4
157 [1] 3:11
158 [1] 3:12
1585 [1] 1:16
15th [3] 20:7; 69:18;

70:24
16 [4] 2:23; 81:24;
82:3; 83:18
160 [1] 3:13
161 [1] 3:14
16335 [1] 1:13
16412 [1] 1:22
165 [1] 3:15
16501 [1] 1:19
16507 [1] 1:16
17 [6] 2:24; 44:25;
83:25; 84:1, 4; 99:9
175 [1] 3:16
177 [1] 3:17
17th [1] 28:8
18 [13] 3:4; 90:6;
92:13, 18; 94:16;
96:23; 99:9, 15; 105:7,
13, 22; 109:19
18th [6] 6:3; 22:24;
23:1, 3; 31:12, 13
19 [10] 3:5; 109:19, 25;
110:2, 23; 111:21;
138:18; 140:25
1986 [3] 6:10, 11, 14
1990 [3] 141:18, 21;
142:12
1995 [2] 141:21; 142:12
1996 [1] 141:19
1999 [1] 56:12
19th [7] 150:5, 6, 10;
153:3, 6, 7, 18
1st [1] 161:3

- 2 -


2 [8] 2:9; 5:21, 24;
9:21; 11:25; 12:16;
119:7
2-03 [1] 167:9
20 [14] 1:14; 2:12; 3:6;
11:24, 25; 46:21;
51:12; 60:19; 141:2, 5,
24; 157:14; 170:21
200 [1] 112:12
2000 [6] 6:11; 23:1;
31:11; 53:9; 139:18;
159:13
2000-2001 [1] 103:20
2001 [6] 13:1; 47:16;
103:18, 20; 131:17;
139:19
2001-2002 [3] 82:21;
105:8; 131:18
2002 [25] 6:3, 13;
22:24; 23:2, 3; 28:8;
31:12, 13; 44:21; 45:4,
5; 47:15; 51:21; 64:23;
71:24; 95:16; 103:16,
18; 104:2, 7; 139:15;
146:14; 154:20; 172:10
2002-2003 [5] 30:17;
53:12; 86:12; 103:6;
104:1
2003 [12] 20:21; 21:3;

22:23; 27:16; 62:15;
63:19; 64:23; 104:4,
11; 146:14; 159:14
2003-2004 [1] 129:5
2004 [14] 23:4; 139:10,
23; 153:4, 23; 154:5;
156:4, 5, 7; 160:12,
13; 161:4; 175:24
2004-2005 [4] 139:23;
151:24; 154:1; 159:16
2005 [10] 1:12; 20:7;
89:24; 139:11; 153:23;
154:5; 155:16; 157:18;
176:18; 178:10
2005-2006 [4] 154:4, 8,
12, 14
20th [4] 62:15; 104:7;
150:4; 176:18
21 [4] 3:7; 141:6, 10,
24
22 [6] 3:8; 141:6, 11,
12, 24; 148:4
22nd [2] 96:1; 154:20
23 [6] 3:9; 10:17;
12:10; 148:4, 5, 6
24 [7] 3:10; 130:7;
148:18, 19, 21; 150:25
25 [7] 3:11; 91:12, 22;
119:7; 151:14; 156:25;
157:8
26 [5] 2:13; 3:12; 17:9;
158:8, 12
27 [7] 1:12; 3:13;
160:6, 7, 9; 161:23
27th [3] 51:16; 89:23;
178:10
28 [9] 2:14; 3:14;
161:24, 25; 163:25;
164:10, 20; 168:1;
170:24
29 [7] 3:15; 165:18, 20,
25; 166:20; 168:5;
170:23

- 3 -


3 [9] 1:14; 2:10; 13:21,
23; 14:24; 15:7, 10;
178:9, 16
30 [20] 3:16; 45:24;
46:19, 20; 47:5; 51:12,
16; 89:17, 20; 119:7;
152:4, 5; 170:25;
175:12, 13, 21, 22;
176:14; 177:6
300 [2] 112:12; 113:25
31 [5] 3:17; 141:7;
176:15; 177:9
34 [1] 126:4
37 [7] 158:11, 15, 17,
24; 159:8, 9, 25
39 [2] 46:8, 14
3rd [1] 150:21

- 4 -

4 [12] 2:3, 11; 15:12,
15, 18, 21; 16:17, 25;
17:22; 18:17; 19:6
40 [3] 152:1, 13; 153:14
4250 [1] 1:21
44 [1] 2:15
45 [4] 45:24; 46:19;
89:20, 23
49 [1] 141:7

- 5 -


5 [9] 2:8, 9, 12; 19:20,
21, 24, 25; 20:17, 18
50 [1] 127:4
55 [3] 1:14; 178:9, 16
56 [2] 114:5, 9
57 [1] 2:16
58 [4] 158:10, 24;
159:24; 168:12

- 6 -


6 [7] 2:13; 20:19;
26:14, 16, 19, 22; 27:1
60 [1] 2:17
61 [8] 129:9, 10, 20,
25; 130:2, 4, 12
62 [3] 2:18, 19; 130:9
63 [2] 2:20, 21
6n [1] 1:21

- 7 -


7 [6] 2:14; 28:4, 6, 7;
29:23; 104:7
75 [3] 2:22; 31:1; 46:10
7th [5] 9:10; 45:4;
56:12; 63:19; 95:16

- 8 -


8 [7] 2:15; 44:15, 16,
18; 47:20; 56:25
82 [1] 2:23
84 [1] 2:24

- 9 -


9 [3] 2:16; 56:10; 57:3
90 [14] 38:15, 17, 23;
39:4, 5, 9, 25; 40:1,
4, 9, 15; 41:17; 56:13
92 [1] 3:4

- A -


abbreviated [3] 163:23;
164:22, 25

able [9] 10:21; 27:10;
39:23; 42:17; 44:2, 6;
123:4; 131:2; 145:7
above [1] 94:14
above-captioned [1] 179:8
absence [4] 28:12; 30:9;
60:7; 103:8
absolutely [1] 80:22
abstain [1] 162:23
acceptable [1] 171:12
accepted [1] 124:22
access [1] 160:8
accommodate [1] 4:24
accomplished [1] 167:16
according [4] 69:17, 18;
71:17; 99:14
accrue [3] 39:5, 10;
40:5
accurate [2] 124:22;
179:7
accurately [6] 11:4;
61:10, 15; 88:2, 18;
89:11
achievement [1] 50:19
achieving [1] 155:8
across [1] 158:9
act [1] 126:4
acted [1] 85:18
acting [1] 57:17
action [3] 1:5; 38:15;
173:10
actual [1] 136:4
actually [2] 104:4;
119:22
adding [1] 176:14
addition [2] 8:23;
110:16
addressed [2] 171:16, 17
administration [9] 34:13;
39:6, 8; 64:8; 66:12;
140:11; 163:7; 165:13;
171:23
administrative [5] 8:8,
18; 62:14; 164:4; 169:2
administrator [5] 83:5;
89:2, 3; 168:25; 169:17
administrators [3] 94:9,
10; 129:23
advice [1] 155:2
advised [3] 124:20;
173:7
advocate [1] 121:4
affidavit [1] 175:22
affidavits [1] 113:16
affirmatively [3] 7:17;
51:25; 90:12
afforded [1] 151:4
after [27] 25:5, 6, 15;
36:13; 39:25; 69:18;
70:24, 25; 84:11;
88:12; 91:10; 121:8,
24; 122:14; 126:22, 23;
144:19, 20; 160:2;
171:25; 172:9, 18;
175:9, 10, 24; 177:10
afterwards [1] 19:3

again [27] 20:5; 41:16;
42:4; 66:3, 6; 73:12,
25; 80:13, 19; 87:1;
108:6, 7; 116:19;
117:17; 118:23; 120:8;
121:12; 126:16, 21;
127:21; 128:16; 130:18;
163:11; 166:8; 173:20
against [3] 5:3; 175:25;
176:3
agency [2] 145:13; 146:6
ago [8] 33:5; 41:16;
44:5; 77:10; 100:22;
103:1; 157:22; 159:12
agree [19] 72:24; 73:7,
12; 74:5, 7, 9, 10, 16,
17; 109:14; 121:23;
122:11; 176:4, 7, 8, 9,
11, 12
agreement [23] 28:16,
19, 21; 39:18; 41:8,
12; 42:21; 43:15;
67:14, 21, 22; 106:10,
19, 20, 22; 133:15, 19;
134:3, 8; 135:2, 9;
136:2, 6
ahead [13] 34:7; 43:25;
58:7; 72:7; 78:2;
105:1; 138:8; 151:19;
152:20, 22; 162:19
al [2] 1:7; 4:14
alder [1] 63:19
alert [1] 75:6
alerted [1] 75:10
alicia [1] 97:14
allegations [1] 5:2
allegheny [1] 101:3
allow [1] 138:4
allowed [5] 28:17;
56:16; 60:6; 76:17;
141:10
allows [2] 114:5, 9
alluded [4] 12:11;
36:15; 72:3, 5
allusion [1] 54:5
almost [2] 24:21; 42:19
alone [1] 37:8
along [3] 29:8; 155:4;
176:23
already [16] 11:23;
17:9, 17, 19; 34:6;
62:22; 80:15; 83:14;
104:10; 107:15; 120:19;
138:9; 141:8; 147:12;
160:3; 173:4
although [3] 64:6; 66:1;
110:19
always [3] 37:20, 24;
159:6
amount [1] 16:24
amy [5] 79:4; 105:18;
141:1
analysis [17] 74:24;
94:23; 97:10, 16;
109:20; 110:17, 21;
115:22; 119:18; 120:1,

6; 121:9; 138:23;
140:2; 152:7; 156:13
analyzing [1] 112:12
ann [2] 140:16
announced [2] 68:20;
114:25
annual [1] 9:23
another [8] 19:15; 47:5;
59:20; 79:7; 122:12;
123:20, 22; 148:3
answer [4] 5:10, 13;
10:7; 11:14; 27:9;
34:8; 35:3, 5; 41:13,
16; 42:4; 53:8; 58:6;
59:3; 60:18; 64:17;
72:6; 73:19; 74:14;
78:7; 83:16, 17; 86:22;
89:6; 127:8, 16; 131:1,
10, 13; 137:10; 138:5;
141:13, 20; 142:15;
144:17; 146:10, 11;
150:13; 151:17, 19;
157:15; 165:5, 15, 17;
168:14; 170:2
answered [11] 11:23;
34:6; 42:3; 138:9;
146:2; 147:12, 13;
160:4; 161:21; 166:4
answering [4] 37:25;
41:15; 78:12; 162:18
answers [3] 15:20;
137:17; 145:25
anti-nepotism [12]
139:17; 140:13, 14;
162:5; 165:23; 166:6,
10; 167:7, 13; 171:13;
174:2, 11
anticipated [2] 148:11;
151:23
anybody [9] 34:13; 40:9;
132:5; 156:16; 162:11,
20; 175:1, 5, 6
anyone [1] 136:4
anything [5] 31:25;
107:5; 120:4; 149:25;
173:2
anyway [2] 173:18;
174:20
apparent [1] 67:5
apparently [3] 26:12;
64:6; 82:19
appear [1] 60:24
appearing [1] 5:17
appears [7] 47:23; 67:4;
97:22; 98:4; 160:11;
166:24; 167:2
applicable [2] 49:17, 23
applicant [6] 54:12;
59:7; 94:25; 101:24;
163:8; 164:6
applicants [24] 51:23;
54:18; 55:9, 11; 57:6;
59:1, 4, 10; 75:21, 25;
90:10, 20; 92:4; 94:24;
95:4; 99:9; 100:10;
101:21; 107:8; 138:17;

163:16, 19; 165:12;
166:11
application [19] 13:17;
15:7; 16:9; 58:17;
94:25; 97:23; 102:1;
103:23, 24; 108:9;
115:19; 116:22; 117:21;
124:4, 6; 140:4; 144:5;
158:24; 174:2
applications [14] 13:5,
9, 12; 15:17; 16:7;
64:11; 151:15; 157:1,
6; 158:3; 159:1, 2, 3;
161:17
applied [9] 77:15;
149:6, 14; 151:15;
158:11, 15, 17, 19;
159:8
applies [1] 163:6
apply [9] 126:3; 130:8;
149:9; 159:21; 170:15;
176:1, 2, 10
applying [1] 150:1
appreciation [1] 20:12
appropriate [2] 64:12;
68:7
approval [1] 165:12
approved [2] 11:25;
31:22
approving [1] 25:4
approximately [6] 64:23;
89:23; 95:16; 96:3;
152:1; 178:9
april [11] 20:21; 21:3;
56:12; 63:19; 150:5,
10; 153:3, 4, 6, 7
arbitration [1] 56:11
arbitrator [1] 56:11
area [11] 6:6; 7:22;
8:5, 17; 10:14; 127:25;
128:1, 8; 129:22;
146:15
areas [5] 48:19, 20;
49:20, 22; 50:22
aren't [2] 120:7;
150:19; 159:2
argue [2] 114:6; 168:15
arguing [1] 169:25
argument [1] 33:17
argumentative [1] 33:17
arise [1] 39:20
arisen [1] 26:1
arises [1] 67:20
arnold [3] 77:3, 18;
81:12
arose [2] 71:4; 148:11
around [1] 152:5
arrange [1] 18:14
article [12] 67:21;
106:9, 15, 23, 24;
133:14, 18; 134:3, 16,
17, 23; 135:1
arts [1] 101:7
aside [2] 19:1, 21
ask [43] 4:15, 19, 23;
25; 5:16, 18; 9:21;

10:17; 15:19; 33:15;
43:6; 60:21; 66:3;
67:9; 74:19, 25; 77:14;
82:9; 84:19; 88:20;
94:16; 105:20; 107:18;
114:17; 115:14, 15;
118:16; 119:12, 24;
122:6, 13, 23; 126:17,
21; 127:3, 4, 7, 15;
131:2; 136:12; 145:22
asked [17] 34:6; 43:21;
54:22; 88:17; 110:16;
118:18; 127:12, 14;
141:16, 17; 142:22;
145:25; 150:16; 156:12;
160:4; 170:21; 176:1
asking [56] 10:15;
15:24; 22:8; 32:5;
33:19; 34:23; 38:7;
39:7, 8, 14, 15; 40:4;
41:22; 48:10; 49:10;
50:10; 53:24; 54:3;
58:14; 66:16; 67:4;
70:16; 73:7, 12; 74:5;
76:12, 13; 77:17; 78:2,
5; 82:10; 84:25; 85:2;
86:19; 87:4; 88:16, 18,
22; 108:5, 6, 24;
112:25; 116:25; 119:20;
123:4; 127:18; 129:24;
130:3; 144:19; 145:20;
151:19; 153:10; 162:6;
164:15; 167:1, 3
asks [1] 22:3
assess [2] 50:16; 112:22
assign [1] 25:13
assigned [2] 12:5; 25:14
assignment [10] 24:25;
25:1, 3, 4, 5, 6, 12,
16; 84:12
assist [3] 9:22; 161:7;
163:19
assistant [16] 5:23;
6:1, 19; 12:6; 23:2;
31:4, 8; 33:13; 35:10;
37:8; 48:1; 71:23;
83:5; 166:3; 169:20, 21
associated [1] 41:20
association [6] 1:20;
63:21; 67:15; 68:13;
136:3; 150:8
association's [2] 111:9;
134:6
assume [4] 131:4;
158:17, 19; 162:22
assumed [1] 155:25
assumption [1] 134:15
assumptions [1] 125:13
assured [2] 110:20, 23
assuring [1] 4:20
asterisk [1] 49:24
asterisks [1] 50:23
attached [2] 44:21;
74:23
attachment [1] 175:19
attain [1] 154:24

attained [1] 40:6
attaining [1] 161:8
attempted [1] 69:9
attention [21] 9:18;
24:5; 25:25; 26:6;
28:3; 47:3, 6; 69:11,
24; 72:18; 84:2;
141:12; 142:18, 21;
146:22; 160:7; 162:2;
172:13, 19; 173:3
attest [1] 77:8
attorney [1] 5:8
audible [2] 27:9; 59:3
august [6] 69:18; 70:24;
103:16; 160:13; 161:3,
5
authentic [1] 18:4
authentication [1] 18:5
authenticity [1] 94:19
author [2] 20:11; 88:19
authority [2] 64:9;
136:5
automatically [1] 125:6
available [5] 17:14;
111:5; 152:8; 156:14,
15
average [1] 46:18
award [2] 56:10, 11
aware [16] 13:4, 7;
22:8, 12; 83:1; 141:22;
142:6, 7, 9, 10;
162:20; 171:25; 172:12;
174:10
away [1] 69:20
awhile [1] 154:17

- B -

b [2] 134:17; 135:17
b-e-e-r-s [1] 97:10
b-o-u-r-q-u-i-n [1] 97:8
back [24] 32:25; 44:14,
24; 48:13; 51:15, 16;
57:4; 80:5, 13; 81:5;
89:17, 22, 25; 90:1, 6;
102:17; 107:7; 108:23;
119:10; 122:20; 123:14;
155:22, 24; 173:1
background [9] 13:14;
105:5, 6; 117:22;
123:9; 127:23; 130:23;
131:23; 132:22
bad [4] 146:19; 147:15,
16; 157:10
bainbridge [5] 77:21;
78:2, 9; 84:1; 86:9
ball [3] 72:2, 3, 4
bank [2] 102:11; 172:22
bargaining [23] 39:7,
18; 41:7, 11; 42:21;
43:14; 67:14, 21, 22;
68:13; 106:9, 19, 20,
22; 133:15, 19; 134:3,
8; 135:2, 8; 136:1, 5;
148:15

base [2] 145:3; 154:24
based [16] 45:15, 16;
51:1; 56:15; 99:23;
111:10, 24; 117:19, 25;
118:1, 6; 119:1;
125:16; 128:13; 142:5
basically [2] 42:16;
118:25
basing [1] 134:15
basis [11] 11:1, 6;
22:18; 23:21; 41:19;
64:22; 65:5; 66:13;
102:16; 133:24; 149:9
batch [3] 109:20;
138:18; 153:13
bazylak [7] 55:17; 79:7,
8; 100:13, 21; 133:4, 5
became [3] 71:23; 152:8;
169:20
become [4] 84:17;
105:22, 25; 112:15
beers [1] 97:9
before [34] 1:9; 15:20;
21:17; 27:4, 6, 8;
37:9; 42:17; 55:22;
59:17, 19; 72:17; 78:7;
82:8, 12, 20; 85:15;
90:5; 97:14; 104:11;
110:2; 112:17; 118:7,
11; 128:17; 137:7;
138:11, 16; 142:25;
161:20; 162:15, 16;
168:18; 174:8
began [3] 6:2; 101:17;
151:23
beginning [2] 72:15;
141:17
belabor [1] 135:16
believe [27] 22:5; 26:7;
29:2, 5, 18; 44:20;
45:4; 52:19, 21; 74:25;
91:15; 92:1; 93:5;
96:24; 104:20; 106:13;
108:12; 111:15; 130:9;
134:7; 140:9, 13;
142:2; 145:1; 161:3;
163:7; 164:20
believes [1] 104:25
below [3] 49:18, 24;
64:20
benefit [1] 120:14
benefits [8] 39:12, 13,
15, 20; 40:5, 9; 41:10,
20
bernard [7] 1:23;
108:15; 123:14, 23;
126:17; 169:1; 178:3
beside [1] 33:16
best [10] 10:1; 11:3;
34:8; 54:10; 56:15;
61:20; 74:14; 131:9;
152:21; 157:15
better [2] 71:17; 155:8
between [12] 14:17;
28:25; 29:1; 35:9;
39:24; 43:9, 11; 57:23;

58:2; 65:11; 171:3
beyond [3] 23:17; 26:5;
42:1
bid [11] 42:15, 17, 18;
44:2, 6; 148:13; 150:7,
14, 25; 167:20; 168:18
bidding [19] 38:24;
40:13, 14, 15, 16, 17,
21, 25; 41:6, 10; 42:2,
13, 20; 43:11, 15;
44:8; 56:24; 72:9;
159:11
biennially [1] 143:19
binding [1] 56:19
bit [5] 31:3; 46:23;
47:1; 72:15; 152:22
black [1] 50:3
blair [1] 97:15
blood [7] 140:10; 163:9,
14; 164:1; 169:13, 14
board [35] 38:15;
135:18; 140:11; 162:12,
21, 22; 163:6; 164:11;
165:10, 14; 169:3;
172:1, 3, 14, 19, 20,
22, 23; 173:2, 7, 10,
17, 21, 25; 174:4, 6,
7, 8, 9, 13, 22, 24, 25
boca [5] 78:17; 81:14,
15; 97:15
boss [1] 85:25
both [10] 23:9, 12;
58:18, 24; 59:4, 11;
61:24; 63:16, 23
bottom [1] 72:18
bourkaman [1] 131:20
bourquin [2] 131:21, 22
box [1] 1:16
break [9] 51:9; 83:20;
89:14, 24; 119:5, 6;
177:11, 13, 14
brenda [3] 20:20, 21;
176:21
brian [2] 139:13; 171:4
brief [1] 114:9
bring [1] 58:12
broken [1] 41:18
brought [10] 24:5;
25:25; 26:6; 69:11, 23;
172:13, 18, 19; 173:3;
176:3
bucknell [6] 6:16, 18;
7:2, 14, 15, 18
budget [4] 9:23; 10:1,
2, 3
building [6] 24:10;
34:16, 17; 36:3, 5, 6
buildings [3] 16:4;
68:8; 99:23
business [1] 33:16

- C -

c [4] 4:2, 4; 179:3
c-h-e-r-y-l [1] 139:21

caleb [3] 1:15; 26:11;
126:17
call [5] 92:25; 137:20;
141:11; 144:22; 155:22
called [4] 14:9; 29:16;
118:18; 153:24
calling [1] 123:5
calls [1] 117:11
came [7] 6:11; 23:2;
52:15; 102:14; 155:17;
172:18; 175:10
candidate [8] 54:12;
58:12, 14; 117:24;
119:1; 156:2; 163:8;
164:14
candidates [15] 11:1;
29:6; 32:4; 52:6; 56:6,
9; 90:8; 92:15; 100:9;
149:10; 152:21; 161:7;
164:13; 165:7, 11
cannot [1] 79:10
capacity [3] 6:18, 23;
164:5
caption [2] 158:9;
168:12
captioned [2] 15:7;
135:18
care [1] 116:11
career [1] 8:19
carefully [1] 115:5
carolyn [1] 97:9
carr [2] 139:5
carry [1] 38:23
carrying [1] 10:23
cases [5] 31:21; 32:9;
34:1; 57:14, 15
catch [1] 159:20
categories [1] 68:11
catholic [3] 52:24;
53:3; 102:23
ccea [3] 69:11, 24;
70:25
centers [2] 146:18;
147:3
central [24] 1:6, 12,
20; 4:14; 12:25; 63:21;
87:16; 102:14, 21, 22;
107:13; 139:6, 7, 10,
14, 21; 140:21; 148:12;
150:7, 15; 154:25;
157:17; 162:14; 164:3
certain [4] 27:19;
43:20; 99:25; 113:1
certainly [2] 70:9;
159:9
certainty [1] 27:23
certificate [16] 8:9,
10, 11; 86:25; 87:2,
10; 100:24; 103:10;
126:4; 129:11, 16, 17;
130:13, 14, 16; 133:2
certificates [1] 101:16
certification [10] 78:1;
87:3, 13; 101:6;
129:19, 23; 130:5;
161:2, 3, 10

certified [17] 77:22;
86:10, 14, 18, 20, 24;
87:5; 88:13; 133:6;
158:13; 159:10, 19, 25;
160:12, 21, 24; 161:20
certify [1] 179:7
chad [2] 97:13; 140:18
chain [2] 34:21; 35:8
chairman [3] 93:21; 94:1
chance [3] 132:14;
155:8, 18
changing [1] 163:22
characterization [1]
157:25
characterize [1] 66:21
charge [2] 9:14; 10:18
charged [3] 12:13; 68:1;
143:25
charles [2] 1:9; 2:2
chart [1] 94:13
check [2] 71:17; 144:7
checked [1] 71:18
checking [2] 63:3; 106:6
cheryl [2] 139:20, 21
childhood [3] 132:23,
24; 133:2
children [1] 128:11
choppy [1] 120:3
chronology [1] 7:13
circumstances [3] 27:7;
164:11, 12
city [2] 6:23; 7:7
civil [1] 1:5
claim [1] 17:3
clarification [2] 16:23;
41:2
clarify [9] 32:14;
33:15, 23; 43:24;
108:6; 111:9; 113:4, 8;
155:15
clarion [7] 6:17, 22;
7:3, 4, 13, 21
clarity [1] 16:22
class [8] 45:5; 46:16,
22; 47:1; 95:23; 96:4;
103:18; 163:5
classification [1] 130:11
classroom [6] 44:19;
45:18, 22; 52:9; 58:11;
103:19
classrooms [1] 46:12
clear [17] 32:12; 35:8;
42:5; 50:4; 80:21, 22;
103:2; 108:19, 21;
119:9, 11; 121:3, 14,
21; 134:4, 14; 148:14
clearer [1] 4:20
clearly [3] 4:25; 88:10;
160:23
clerical [2] 141:15;
142:3
clerk [1] 141:15
client's [1] 5:5
clients [1] 111:17
close [3] 20:8; 113:14;
117:16

coach [2] 6:19; 7:11
cochranton [13] 29:7;
30:20; 139:11; 165:24;
166:2; 167:19, 21;
168:1, 2, 3, 8, 22;
176:23
code [2] 141:6, 7
collect [1] 96:11
collective [17] 39:7,
18; 41:7, 11; 42:21;
43:14; 67:14, 20, 21;
68:13; 106:9, 19;
133:15; 135:2, 8;
136:1, 5
college [8] 7:19, 20;
100:10, 19; 101:4;
130:5, 10; 140:17
colleges [1] 161:6
combination [1] 9:10
come [20] 11:19; 12:22,
23; 35:17, 18, 19;
36:16; 44:14; 48:8;
60:5; 71:20; 89:17;
126:7, 15; 142:18, 21;
144:5; 146:22; 147:9,
10
comes [3] 36:23; 170:18;
174:8
coming [4] 74:20;
108:23; 141:18, 19
command [2] 34:21; 35:9
commands [1] 95:15
commence [1] 45:3
commenced [1] 95:17
commencing [1] 1:14
comment [15] 49:18, 24;
67:5, 7; 98:6, 10, 13,
15, 17; 112:3; 116:20;
137:7, 13, 14; 139:25
commentary [6] 74:24;
75:1; 97:21; 139:24;
140:24; 165:25
comments [2] 115:6;
136:15
commission [3] 63:18;
141:3; 143:21
committed [1] 11:2
committee [47] 54:9, 17;
58:14; 59:9; 76:2;
92:14, 17, 20, 24;
93:6, 9, 10, 11, 12,
16, 19, 24; 94:3;
96:10, 16, 19; 97:2;
99:21; 100:1, 4; 102:3,
4, 9; 108:14; 118:1;
119:21; 149:12; 152:9;
164:7, 12; 167:4;
171:16, 17, 23; 173:13;
174:3, 15, 16, 17;
175:4
common [1] 34:3
commonwealth [2] 1:11;
179:6
communicated [1] 29:16
communicating [1] 93:4
communication [7] 20:20;

22:1, 2; 27:4; 146:18;
147:3; 176:19
communications [1] 23:22
compelling [1] 99:12
compilation [1] 92:13
compiled [1] 152:7
complainant [1] 64:7
complained [1] 71:11
complaining [1] 71:21
complaint [7] 27:17;
62:13, 14, 16; 63:1;
71:14, 15
complaints [1] 72:11
complete [5] 8:14;
130:7; 135:24; 145:7;
163:23
completed [5] 8:12, 15;
13:17; 161:9; 177:19
completing [1] 100:24
compliance [10] 139:16;
161:22; 165:22; 166:4,
6, 9, 11; 167:7, 11, 13
complied [1] 140:14
complimentary [1] 19:23;
20:9
comply [1] 164:16
component [1] 103:16
composed [1] 113:23
composite [1] 152:7
comprehensive [2] 8:12;
134:18
concentration [2] 7:22;
128:1
concern [1] 156:21
concerning [12] 5:3;
20:3, 6; 22:10; 26:1,
7; 29:16, 20, 22;
71:12; 74:3; 144:18
concerns [1] 22:4
concert [1] 172:22
concession [1] 121:22
conclude [1] 178:15
concluded [4] 157:23;
171:25; 178:7, 16
concluding [1] 1:14
conclusion [4] 48:8;
96:10; 99:17; 113:14
concurrence [1] 178:13
conditions [1] 141:9
conduct [7] 52:4, 12,
17; 53:17; 57:12, 22;
147:6
conducted [14] 32:2, 3;
44:22; 47:17; 51:22;
54:11; 55:8; 56:7;
57:20; 90:11; 95:22;
96:4; 144:24; 145:4
confuse [1] 41:1
confused [1] 19:6
conjunction [2] 176:15,
16
connection [2] 28:10;
108:9
consecutive [2] 56:13;
84:12
consensus [3] 99:25;

100:1; 102:9
consequence [1] 40:3
consider [4] 33:22, 24;
38:14; 100:1
consideration [2] 98:23;
118:8
considered [5] 31:25;
38:21; 128:3; 149:7;
156:2
considering [1] 98:20
consist [3] 15:12;
33:20; 58:4
consisted [1] 29:13
consists [2] 14:23; 15:9
constitutes [1] 58:2
contact [2] 155:5, 10
contacts [1] 155:11
contained [1] 138:17
contemplate [1] 34:2
content [3] 15:6; 19:12;
67:23
contents [3] 14:22;
15:9; 21:24
context [1] 176:25
continually [1] 67:13
continue [8] 37:25;
67:9; 77:13; 90:3;
120:20; 136:10, 15;
158:2
continued [1] 87:16
continues [1] 65:20
continuing [10] 19:14,
20; 51:19; 65:24; 66:8;
67:8, 9; 122:20, 21;
170:9
contract [13] 40:8;
69:17, 18; 106:16;
135:5, 7; 136:8;
146:18, 19, 21; 147:1,
5; 157:11
contractual [2] 70:22;
168:23
contrary [1] 34:6
convenience [1] 127:15
conversation [9] 28:25;
29:2, 4, 5, 13, 19, 21;
30:4; 60:11
conversed [2] 24:13
convey [1] 24:11
conveyed [1] 37:8
copies [4] 14:1, 20;
15:4; 18:8
copy [32] 5:22; 14:3, 6,
12, 13, 18; 16:16;
26:19; 28:13, 14;
44:19; 60:25; 62:13,
15, 22, 23; 64:14;
76:4, 6; 91:2, 8, 13,
15, 23, 25; 135:7, 8;
141:12; 156:12; 164:19;
165:18
correct [95] 7:13; 9:24,
25; 13:2, 3, 6; 14:6;
16:22; 20:15, 16;
21:22; 23:10; 24:24;
27:17; 30:2; 33:9;

34:4, 19; 35:12; 40:24;
42:24; 43:16, 18; 45:6,
8; 47:10, 22; 49:1, 7;
54:15, 19; 57:9, 15;
58:23; 59:9; 60:1;
62:5, 10; 67:18, 19,
24, 25; 68:12, 17;
69:2, 7; 70:6, 11;
72:23; 74:22; 75:23,
24; 76:2, 22; 79:17;
86:18; 90:11; 92:5, 11;
93:7, 17; 95:1, 14, 17,
25; 96:5, 6, 20; 97:13;
98:14; 100:11; 102:7;
109:5; 110:25; 124:9;
128:2, 12; 134:8, 10,
12, 13; 143:8, 20, 23;
156:5; 158:1; 164:21;
167:18; 169:23; 170:8;
171:5, 7, 15; 175:11
corrected [1] 176:17
correction [3] 69:5;
102:2; 154:8
correctly [4] 25:19;
43:19; 53:1; 177:4
correspondence [1] 30:23
costello [1] 59:22
couldn't [4] 147:9, 10;
165:17; 176:10
counsel [15] 5:11;
60:19; 63:17; 66:10;
72:24; 73:22; 75:7;
76:6; 87:22; 93:1;
94:21; 109:22; 125:1;
134:10; 178:14
counsel's [1] 74:1
counselor [1] 133:5
counting [1] 57:10
county [3] 1:17; 6:2;
67:15
couple [3] 52:22; 69:25;
140:3
course [25] 5:1, 8;
8:12; 13:8, 11; 15:17;
16:7; 17:23; 18:22;
20:1; 43:14; 45:16;
56:4; 72:21; 74:2;
79:4; 90:18; 96:7, 20;
115:21; 120:22; 141:16,
22; 148:24; 170:24
court [5] 1:1; 4:24;
5:16; 112:18; 179:5
courts [1] 136:4
cover [3] 14:11; 74:20;
83:22
covered [7] 41:7, 11;
43:14; 118:11; 123:3,
13; 153:25
covers [1] 14:18
crawford [27] 1:6, 12,
17, 20; 4:13; 6:2;
12:25; 63:21; 67:15;
87:16; 102:14, 22;
107:13; 139:5, 7, 10,
14, 21; 140:21; 148:11;
150:7, 15; 154:25;

157:17; 162:14; 164:3
create [1] 68:7
credits [1] 130:7
critically [1] 112:11
critique [2] 111:24;
114:25
crystallized [1] 75:19
culled [1] 144:10
current [3] 22:24;
141:18; 148:12
currently [1] 88:24
curriculum [3] 77:6;
155:6, 12
curve [2] 71:24; 72:5
cut [1] 137:10
cv [1] 14:16

- D -

d [2] 2:1; 4:2
daily [2] 10:24; 41:18
danielle [1] 139:9
darling [4] 175:25;
176:1, 8, 22
data [5] 141:4; 144:1;
146:12, 16; 147:7
date [11] 6:8; 26:6;
28:2; 31:11; 71:1;
96:1; 115:21; 127:16;
150:2; 167:6, 8
dated [7] 20:21; 21:4;
28:8; 56:12; 63:19;
176:17; 179:16
dates [3] 136:20; 161:1,
20
david [1] 97:15
day [8] 11:19, 20;
38:23; 45:23; 132:10;
177:15; 178:8
day-to-day [4] 22:18;
23:21; 104:13; 107:17
days [21] 38:16, 17, 19;
39:4, 5, 9, 15, 25;
40:1, 4, 10, 12, 15;
41:17; 48:1; 56:13;
84:12; 96:3
deal [2] 23:18; 24:23
dealing [5] 47:2; 59:18,
20; 130:1; 165:22
deals [1] 143:10
dealt [1] 26:7
dean [1] 166:1
december [1] 104:7
decency [1] 151:4
decide [1] 73:19
decided [2] 103:8;
178:14
deciding [1] 73:18
decipher [2] 50:7, 8
decision [5] 64:21;
119:13; 136:21; 156:22;
177:2
declares [1] 135:19
defendant [1] 63:20
defendants [5] 1:8;

60:16; 63:20; 64:18;
176:24
defer [2] 119:20, 25
deficiencies [2] 111:25;
112:23
deficient [1] 97:17
define [2] 33:4; 164:1
defines [2] 56:13; 163:5
defining [1] 61:13
definition [5] 40:2;
164:1; 169:6, 8, 14
degree [5] 101:2, 3, 7,
12
denominated [1] 14:11
denoted [1] 138:18
dental [2] 40:10; 41:19
department [3] 84:18;
129:14; 145:18
depends [6] 23:14;
46:16, 22; 68:18; 85:13
depo [2] 105:3; 114:22
deponent [1] 120:4
depose [2] 119:22;
137:22
deposed [1] 177:5
deposition [46] 1:9;
2:7; 3:3; 4:15; 5:1,
24; 14:23; 15:18;
20:18; 26:22; 28:6;
44:16; 51:12; 57:3;
60:23; 62:3, 17; 63:13;
75:16; 82:3; 84:4;
89:20; 92:18; 109:25;
112:13, 16; 113:25;
119:7; 121:23; 122:7,
12; 135:12; 136:9;
137:16; 138:4; 141:24;
148:6, 19; 157:8;
158:12; 160:9; 161:25;
165:20; 175:21; 177:9;
178:16
depositions [2] 112:7;
113:17
described [3] 77:15;
119:2; 153:8
description [10] 5:22;
9:13; 24:23; 25:9;
61:21, 22, 24; 62:2;
67:23; 143:9
desire [1] 138:16
desired [1] 64:6
destroyed [2] 125:3;
142:2
determine [4] 48:18;
64:11; 68:18; 163:13
determines [1] 100:4
determining [1] 100:7
developed [1] 102:12
development [1] 155:7
deviation [3] 77:24;
78:4; 83:12
devote [2] 10:13; 11:21
devoted [1] 10:3
diem [4] 38:16; 40:8;
61:7, 8
difference [5] 45:13,

14, 15; 48:1; 58:16
different [19] 13:12;
37:4; 42:8; 47:3; 48:8;
62:1; 66:17; 82:18;
83:10; 101:21, 24;
102:5; 107:20; 112:18,
19; 129:20; 130:16;
150:22
difficult [3] 11:10, 16;
102:19
difficulty [3] 11:11,
14; 50:2
diploma [1] 130:16
direct [7] 2:3; 4:7;
9:18; 84:2; 149:16;
160:7; 162:2
directing [2] 72:17;
166:19
directly [1] 22:16
director [3] 77:6;
155:6, 11
disagree [1] 114:5
disagreed [1] 158:20
discard [1] 126:14
discarded [6] 141:15;
142:8, 9; 144:15;
145:1; 147:24
discarding [2] 142:13,
14
discern [1] 163:13
discerning [1] 50:3
discloses [2] 163:16
disclosing [1] 110:5
disclosures [2] 17:10;
94:21
discovery [3] 113:14;
125:4; 141:16
discrimination [1] 5:4
discussion [10] 18:19;
26:21; 28:25; 56:1;
59:16; 98:19; 99:18;
109:18; 153:16; 171:1
disk [3] 146:19; 147:17,
22
disown [1] 75:2
dispositive [1] 113:13;
114:11
disputing [1] 119:14
dissertation [1] 8:15
distinction [8] 39:24;
42:10; 43:8, 10; 57:23;
58:1, 2; 61:25
distinguish [1] 58:9
distinguishes [1] 38:12
distribute [1] 68:7
district [84] 1:1, 7,
13, 17; 4:14; 5:3, 6;
6:3, 6, 9; 7:7; 10:5,
17; 12:25; 17:22; 21:1,
5, 21; 23:8; 24:12;
25:14; 29:7, 9; 30:22;
31:8, 9; 38:6; 47:17;
52:25; 53:3, 22; 56:20;
59:25; 61:11, 16; 64:8,
10; 66:12; 67:14, 17;
72:22; 73:9; 74:3;

79:15; 83:6; 85:1;
87:17; 94:21; 102:15,
22; 104:19; 107:13;
111:15; 115:19; 116:21;
124:5; 126:5; 128:23;
132:6, 9; 133:8, 10;
134:1, 2; 135:4; 136:3;
139:6, 8, 10, 15, 22;
140:18, 22; 155:18;
157:18; 158:9; 159:6;
162:15; 164:3, 5;
168:9; 175:25; 176:3
district's [1] 10:3
districts [3] 139:7;
141:5; 152:23
diversify [1] 10:4
diversion [1] 136:10
diverting [1] 136:11
division [1] 1:2
divulging [1] 110:5
doctorate [3] 8:13, 14,
17
document [9] 14:23;
15:6, 10; 21:17; 51:1;
67:1; 87:21; 113:24;
146:12
documentation [1] 124:24
documented [2] 113:16;
139:16
documents [23] 15:1;
17:21, 25; 18:1; 26:12;
63:15, 23; 64:2; 66:16;
94:18; 110:2, 9, 20,
22; 111:3, 24; 112:13;
113:9, 25; 116:2, 4;
126:5; 141:23
doesn't [21] 44:4; 48:7;
67:21; 86:3; 87:9;
88:2; 103:25; 104:16;
112:19; 119:22; 120:23;
125:19; 127:14; 132:7,
8, 9; 137:8; 149:25;
169:4; 170:14
doing [9] 24:10, 14;
54:6; 101:5, 6; 113:3;
119:16; 132:13; 135:4
dolecki [15] 1:23;
22:17; 23:9; 34:11, 21;
35:1, 10; 36:17; 76:25;
77:1; 85:25; 88:10, 19;
89:4; 119:22
dolecki's [1] 88:1
domains [1] 49:21
done [15] 22:4; 54:7,
15; 66:3; 70:21; 85:15,
21; 108:5; 138:9;
161:6; 162:18; 164:9;
167:15; 177:11
douglas [1] 139:13
down [12] 15:3; 29:25;
41:18; 56:6; 76:12;
77:11, 12, 14; 78:3;
81:15; 116:9; 123:23
dr [2] 77:17; 81:12
draw [1] 32:4
dropped [2] 72:2, 3

dropping [1] 72:4
due [2] 72:10; 126:8
duly [1] 4:4
duplicate [2] 18:22, 24
dupont [2] 97:13; 140:18
during [5] 5:7; 20:14;
21:2; 28:12, 18; 30:9;
60:7; 69:6; 103:7;
104:12; 107:17; 112:13;
126:6; 139:18; 157:1, 2
duties [2] 20:10; 95:15

- E -

e-r-i-n [1] 97:9
each [14] 90:10; 91:6;
101:24; 102:1, 2;
110:22; 111:23; 118:18;
119:13; 123:8, 10;
126:22; 152:6; 163:12
earlier [8] 26:13; 40:7;
56:23; 81:10; 96:2;
104:1; 108:13; 176:18
early [5] 111:5; 132:22,
24; 133:1
earned [3] 8:8, 9, 11
easily [1] 112:12
east [1] 157:19
ed [5] 117:7; 159:13;
172:5, 6
edinboro [1] 1:22
education [16] 1:20;
8:6; 63:21; 67:15;
84:18; 105:6; 117:7;
127:22, 23; 128:10;
129:13; 132:23; 133:3;
145:18; 150:7
educator [1] 127:24
eeo [4] 141:4, 14, 17;
143:12
eeo-5 [3] 143:2, 4, 16
effective [1] 139:23
efficient [1] 119:15
effort [2] 10:13; 120:1
efforts [2] 5:5; 10:3
eight [5] 77:22; 99:14;
152:6, 9, 10
eighth [1] 16:17
elaborate [2] 70:18;
118:10
electronically [1] 146:16
elementary [29] 8:10;
21:5; 23:8; 24:11;
29:8, 10; 30:21, 22;
46:24; 47:4; 59:25;
100:2; 117:7; 133:2;
139:12; 151:24; 152:2;
155:6, 12; 157:16, 20;
159:13; 165:24; 167:19,
21; 168:8; 172:6;
176:22, 23
eligible [1] 130:11
elliot [1] 56:11
ellwood [2] 6:23; 7:7
else [4] 8:23; 34:13;

54:6; 136:4
emblazoned [1] 158:9
emergency [12] 84:13,
16, 24; 85:9; 86:25;
87:2; 88:12; 129:6, 16,
18; 130:1, 17
emphasis [2] 132:24;
133:1
employed [18] 6:9, 14,
15, 16; 42:11, 13;
79:15; 80:24; 81:3, 6,
16, 20; 91:10; 103:11,
12; 130:6; 162:9; 164:5
employee [7] 44:7;
119:18; 120:1; 122:13;
141:15; 142:3; 168:9
employee's [1] 144:11
employees [3] 126:5;
144:4, 8
employer [2] 17:16; 18:8
employment [9] 5:5; 6:2;
21:2; 94:23; 97:16;
126:6; 140:1; 141:3;
143:21
encourage [1] 10:4
end [7] 30:21; 98:19,
21; 123:7; 127:4;
157:19; 161:5
engaged [1] 120:19
english's [2] 55:4;
109:2
enough [4] 78:13;
117:16; 123:1; 148:14
ensure [1] 68:2
entire [1] 111:12
entirely [1] 134:14
entitled [3] 110:8;
119:12; 157:11
entity [2] 84:13; 92:24
enunciated [1] 84:18
equal [3] 46:11; 141:3;
143:21
erie [4] 1:2, 5, 16, 19
erin [2] 97:8; 131:20
errors [1] 72:14
escapes [1] 69:22
esquire [3] 1:15, 18, 21
essentially [2] 129:18;
173:16
establishing [1] 17:7
estimate [6] 10:1, 10,
21; 11:3, 4; 31:19
et [2] 1:7; 4:14
ethnicity [2] 75:9;
144:11
evaluated [2] 74:23;
97:23
evaluation [13] 44:18,
19, 22; 45:6, 11, 15;
47:20; 48:14, 24; 51:7;
97:3; 156:12, 21
evaluative [1] 130:22
evaluator [2] 97:18;
98:4
evaluators [1] 96:21
even [10] 11:6; 37:12;

72:24; 85:12; 103:10;
115:23; 135:10; 151:4;
160:1, 2
event [4] 17:10, 12;
29:20; 114:16
ever [5] 28:23; 72:3;
84:23; 155:17; 162:11
every [8] 11:19; 15:23;
34:22, 23; 59:7; 144:6;
157:16; 159:5
everybody [3] 53:23;
96:14, 16
everything [3] 70:21;
72:16; 126:2
ewen [24] 1:21; 16:19;
18:16; 19:18; 26:11,
16, 20; 60:24; 61:4;
62:20; 63:2; 111:8;
116:9; 123:19; 134:5,
14, 17, 21, 25; 135:24;
151:2; 164:19, 23;
177:23
exact [1] 103:5
exactly [7] 27:12, 24;
55:24; 56:22; 67:2;
87:19; 124:14
examination [2] 2:3; 4:7
examine [1] 144:7
example [2] 30:15; 69:17
examples [1] 46:7
exams [1] 8:12
exceed [1] 84:12
except [3] 131:23;
139:25; 149:23
exclusive [1] 39:17
excuse [7] 55:25; 59:15;
65:10; 83:19; 133:9;
172:17
executive [1] 172:24
exhausted [1] 88:14
exhibit [189] 2:8, 9,
10, 11, 12, 13, 14, 15,
16, 17, 18, 19, 20, 21,
22, 23, 24; 3:4, 5, 6,
7, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17;
5:19, 21; 9:21; 11:25;
12:16; 13:21, 23; 14:5,
24; 15:7, 10, 12, 15,
18, 21; 16:17, 25;
17:22; 18:17, 20, 21;
19:6, 20, 21, 24, 25;
20:17, 18, 19; 26:14,
16, 19, 22; 27:1; 28:4,
6, 7; 29:23; 44:15, 16,
18; 47:20; 48:10;
56:10, 25; 57:3; 60:15,
16, 21, 23; 61:18, 20;
62:3, 12, 17; 63:16,
20, 24; 64:5, 16, 25;
65:2, 11, 16, 17; 66:8,
10, 24; 67:8, 12;
72:17, 19; 75:11, 16,
18; 76:3, 11, 17;
81:23, 24; 82:3; 83:18,
22, 25; 84:1, 4; 90:6;

92:13, 18; 94:16;
96:23; 99:15; 105:7,
13, 22; 109:19, 25;
110:2, 23; 111:21;
114:1; 138:18; 140:25;
141:2, 5, 6, 10, 11,
12; 148:4, 5, 6, 18,
19; 150:25; 151:14;
156:25; 157:8; 158:8,
12; 160:6, 7, 9;
161:23, 24, 25; 163:25;
164:10, 20; 165:18, 20,
25; 166:19; 168:1;
170:23, 25; 175:12, 21,
22; 176:14, 15; 177:6,
9
exhibits [6] 2:6; 3:2;
5:24; 63:13; 105:25;
141:24
existed [1] 125:7
existing [2] 106:11;
107:2
exists [1] 88:24
expect [4] 5:11; 132:10;
138:25; 140:1
experience [22] 22:6, 7;
69:23; 70:16, 23;
100:17; 101:1, 10;
103:16; 117:5, 20;
118:3; 128:10; 129:3;
130:20; 131:22; 132:17;
139:3, 9; 140:9, 17, 19
experienced [1] 174:13
expert [1] 129:22
expire [1] 44:8
explain [6] 27:7; 58:1;
65:6; 153:19; 154:17;
162:6
explained [10] 41:17;
102:25; 104:1; 145:24;
147:8; 155:4; 159:12;
172:4; 176:6
explanation [2] 19:7;
87:20
express [2] 20:3, 9
expressed [3] 20:7;
110:4; 138:16
expressing [2] 20:12, 13
extends [1] 161:12
extensive [2] 162:25;
163:4
extent [7] 93:2; 120:21;
121:1; 122:22, 23;
123:4; 131:10
extra [1] 26:19

- F -

f [1] 179:3
facilitator [3] 93:25;
94:2; 96:9
fact [27] 35:7; 68:15,
17; 75:6; 94:25; 99:13;
100:15; 104:15, 16;
106:8; 107:12, 19;

109:6, 11, 12, 13;
111:11; 124:8; 139:25;
156:24; 158:18; 159:21;
161:19; 167:18; 168:16;
176:2
factor [1] 100:7
facts [2] 120:22; 133:22
factual [1] 122:22
factually [1] 121:2
faculty [1] 10:4
fail [2] 51:2; 147:14
failure [2] 69:15; 71:21
fair [10] 20:4, 13, 15;
23:11; 89:3; 93:21;
123:1, 2; 157:24
faith [1] 157:10
fall [4] 47:16; 139:18;
146:15; 157:20
false [5] 31:23, 24;
34:9; 45:7
familiar [4] 27:3, 5;
106:24; 129:25
family [4] 169:13, 14;
170:10, 15
fantastic [1] 117:24
far [5] 5:14; 56:23;
112:25; 161:7; 175:3
fashion [1] 111:4
february [10] 6:3;
22:24; 23:1, 3; 31:12,
13; 62:15; 71:24;
150:21; 153:18
federal [4] 143:10, 12;
145:13; 155:12
feel [6] 11:14; 100:5;
130:25; 137:25; 176:5;
178:1
feisty [1] 89:25
felt [7] 24:9, 10;
48:19; 50:22; 152:16;
154:23; 156:1
ferguson [1] 1:24
few [6] 29:8; 49:22, 23,
24; 78:7; 178:1
field [2] 22:6, 7
fifty-eight [1] 158:10
file [33] 90:13, 16, 18,
19, 22, 23; 91:1, 2, 9,
14, 15, 20, 21, 23, 24;
92:2, 6; 102:11;
103:15; 111:12; 113:13,
15; 115:18; 116:12;
126:2, 3, 8, 13, 24;
147:15, 16
filed [5] 62:14; 157:1;
175:24
files [9] 111:14; 144:2,
3, 4, 9, 10, 15
filing [2] 114:2; 141:4
fill [13] 29:6; 30:18,
25; 32:4; 36:21; 54:23;
64:25; 65:4; 66:12;
70:21; 75:20; 107:3;
159:17
filled [5] 70:9, 10;
109:6; 159:11, 15

filling [2] 135:2, 19
filter [1] 35:14
filtered [1] 35:21
final [1] 164:13
finding [1] 116:14
fine [10] 80:24; 83:23;
117:4; 119:24; 120:22;
121:3; 127:17; 133:20;
138:21; 146:8
finish [13] 21:14;
32:15; 34:24; 35:3;
72:6; 113:6; 118:5;
137:17; 138:4; 178:1,
3, 4
finished [2] 113:4;
152:19
finishing [2] 100:16;
101:9
first [48] 4:4, 17;
7:14, 16; 9:20; 24:16;
29:15; 32:6; 38:16;
40:7; 41:18; 47:11, 12;
48:13; 59:24; 60:17;
63:21, 25; 66:15;
71:23; 82:1, 4, 6, 22;
84:3, 8, 9; 94:17, 18,
24; 97:9; 103:19;
106:10; 120:10; 121:18;
123:19; 139:20; 142:18,
21; 146:22, 25; 148:13;
149:24; 155:17; 162:4,
5, 6
firsthand [1] 119:23
five [14] 5:7; 9:2, 3,
7; 13:13; 49:21; 51:11;
69:6, 13; 119:6;
151:16; 157:2; 178:3, 4
fives [1] 141:17
flooded [1] 161:12
flow [1] 94:13
flows [1] 72:16
focusing [2] 64:4; 84:10
follow [8] 44:24; 56:20;
64:10, 14; 123:10, 11;
125:6; 135:5
followed [1] 76:15
following [2] 64:18, 19
follows [1] 4:5
force [1] 137:23
ford [6] 165:21, 23;
166:1, 9, 20
foregoing [1] 179:7
forever [1] 147:24
form [20] 37:14; 56:9;
74:24; 90:21; 91:3;
96:2; 97:3, 20; 102:9;
110:21; 112:3; 120:7;
131:3, 6; 137:6;
138:10; 141:17; 152:8;
154:21
former [3] 141:15; 142:3
forms [22] 90:10, 17;
94:24; 96:8, 11, 17,
21; 97:16; 109:20;
110:5, 17; 115:22;
119:18; 120:2, 14;

121:10; 122:14; 138:10,
16, 23; 141:19, 20
formulated [1] 171:24
forthcoming [2] 110:24;
121:9
forward [23] 4:17; 5:16;
59:18; 61:20; 64:16;
75:15, 18; 77:19; 86:5;
92:12, 13; 111:20, 22,
23; 120:12; 131:9, 15;
135:22; 138:19; 141:18,
19; 161:23
foster [2] 139:24
foster's [1] 140:3
foulk [1] 97:14
found [5] 130:22;
144:14, 16; 145:13;
147:7
four [37] 5:7; 13:13;
25:13; 30:18; 47:25;
52:6, 7; 54:18, 21, 23,
25; 55:12; 57:7, 8, 10,
18; 68:17; 69:6, 13;
71:10; 96:3; 98:23;
109:4; 148:7; 151:15;
152:4, 5; 157:2; 160:2;
171:21; 172:9; 177:12,
15, 16, 25
fourth [5] 41:5; 116:9;
162:2, 4, 8
frankly [1] 134:14
free [2] 11:15; 18:21
frivolous [1] 114:19
full [4] 13:14; 76:17;
82:20; 164:11
full-time [18] 5:6;
13:6; 41:21; 42:7, 8,
20; 43:10, 13; 61:24;
62:7; 68:21, 23; 69:6,
10; 105:8; 139:11, 15
fulsome [1] 89:25
function [3] 38:2; 54:6;
68:1
further [3] 42:1; 72:18;
139:1

- G -

g [1] 4:2
gannon [4] 7:25; 8:2, 3,
4
gather [1] 143:24
gathering [1] 143:25
gave [12] 17:18, 19;
19:6; 47:24; 91:2, 6,
25; 105:24; 124:17, 21;
165:5
gears [1] 47:5
gender [1] 144:12
general [1] 140:5
gesture [1] 114:19
getting [4] 102:17;
107:7; 108:18; 155:18
gifted [11] 117:6, 7;
127:22, 23; 128:2, 5,

9, 10, 11
giving [3] 126:20;
133:22; 136:20
goes [6] 23:17; 26:5;
35:25; 58:10; 72:16;
144:1
gone [2] 79:24; 86:13
good [6] 4:10; 132:14;
143:10; 155:5, 11, 13
gornall [1] 1:18
gotten [1] 17:9
grade [6] 9:10, 11;
29:7; 30:20; 59:24;
103:19
graduate [8] 7:24;
53:14; 100:21; 101:5;
103:8, 9, 14; 130:4
graduates [1] 161:7
great [3] 36:1; 119:1;
132:13
grill [4] 1:10, 24;
179:5, 13
group [8] 12:11; 58:13;
59:12; 98:7, 8; 99:25;
107:23; 152:6
groups [1] 10:19
guess [12] 23:11; 37:13;
49:21; 93:20; 94:13;
95:2, 4; 128:20;
157:18; 158:4, 5;
168:19
guidance [1] 133:5

- H -

h [2] 4:4
hadn't [2] 103:11; 173:6
half [2] 9:6; 84:11
hamilton [3] 117:9, 14;
123:20
hand [2] 64:9, 25
handwriting [2] 97:22;
98:2
hang [1] 154:17
happen [2] 42:19; 107:3
happened [13] 37:9, 10,
11, 13; 70:13, 14, 16;
112:15; 127:5, 8;
147:22; 173:23, 24
happens [1] 42:14
happy [1] 61:1
hard [1] 41:14
harriet [2] 20:22; 21:7
harrisburg [1] 161:11
hasn't [1] 125:21
haven't [8] 88:17;
91:18; 112:9; 145:7;
154:14; 159:12; 164:15;
174:13
having [15] 4:4; 20:1;
23:16; 24:15; 28:14;
29:18; 40:4; 41:14;
43:9; 54:5; 75:8;
85:15; 110:8; 146:12;
177:1

head [6] 7:11, 17; 26:9;
51:25; 90:12; 117:3
health [1] 39:15
hear [4] 5:1; 23:25;
32:16; 159:22
heard [4] 112:5; 127:1;
155:24; 159:23
heather [2] 79:2; 81:19
hedging [1] 120:5
held [3] 27:16; 100:11;
131:17
heller [92] 1:9; 2:2, 7;
3:3; 4:10; 5:24; 13:23;
15:12, 18; 19:20;
20:18, 19; 26:22, 25;
28:3, 6; 32:25; 33:10;
35:5; 42:4; 44:16, 18;
49:8; 51:19; 57:3, 4;
60:23; 61:23; 62:3, 13,
17; 63:13, 15; 73:3;
74:9; 75:16, 18; 77:14;
78:11; 82:3; 84:4;
85:3; 86:18; 89:2;
90:3; 92:16, 18; 95:17;
97:20; 106:12; 109:25;
112:2, 25; 115:5, 12;
116:19; 119:20; 120:20;
121:24; 122:12, 21;
127:11; 128:16; 136:15;
138:8, 14, 15, 22;
141:11, 24; 142:5;
148:4, 6, 19, 24;
151:3, 14; 156:3, 24;
157:8; 158:12, 23;
160:7, 9; 161:24, 25;
165:20; 172:7; 175:21,
22; 177:9
help [5] 50:6; 56:16;
127:6; 155:4, 6
helpful [1] 44:12
her [167] 13:13, 18;
14:12, 13, 18; 15:17;
16:7, 9; 17:7; 20:3, 6,
12, 14; 21:8, 9, 11,
18; 22:10; 23:18, 22;
24:4, 10; 25:22; 28:10,
11, 12, 18; 29:2, 6,
11; 30:7; 36:16; 39:5;
45:2, 5, 15, 18, 22;
47:24, 25; 48:18;
52:12, 13, 18; 53:17,
21, 22; 54:9; 55:20;
58:17; 60:7, 11, 12;
64:7, 9; 73:10; 75:9;
87:4, 14, 15; 90:18,
22, 23; 91:14, 15, 19,
21, 23, 24; 92:2;
95:23; 99:12; 101:9,
11; 103:14, 15, 20, 23,
24; 104:17, 18; 105:5,
19; 106:8, 9; 107:4,
14; 108:9, 12, 14, 15,
16; 115:18; 116:22, 23;
117:6, 10, 19, 21, 23;
118:17, 18; 123:14;
124:4, 6, 10; 126:18;

127:2, 25; 128:17;
129:8; 130:19, 22, 24;
131:23; 136:16; 137:1;
140:7; 143:13; 144:25;
145:1; 151:9; 153:7,
12; 154:13, 23, 24;
155:4, 6, 7, 17; 156:6,
8, 12, 13, 14, 20, 21;
157:16; 158:6, 24;
161:2, 3; 167:4, 5, 8,
9; 168:10, 17, 24;
170:1, 6; 175:14;
176:1, 2, 24
hereby [1] 179:7
herself [3] 57:10; 59:5;
117:11
hierarchy [1] 94:14
high [3] 6:5; 102:23
higher [2] 99:14; 131:4
himself [2] 66:17; 73:17
hire [14] 88:11; 118:23;
123:9; 126:24; 130:24;
132:3; 167:8, 9;
168:10; 173:5, 8;
175:1; 177:2
hired [63] 40:18; 42:6;
82:12, 16, 20; 104:17,
18; 106:8; 113:1;
115:7, 9, 19, 20;
116:21; 117:6; 124:4;
126:17, 25; 127:2, 20,
21, 22; 128:17; 130:20;
132:1, 10; 133:7;
134:1; 136:22, 25;
139:7, 10, 15, 16, 18,
21, 22; 140:6, 15, 16,
18, 21; 160:12, 16, 21,
24; 161:20; 162:21;
165:23; 167:4, 17, 18,
19; 168:1, 16; 170:1,
6; 171:6; 172:9;
173:10, 18
hires [1] 158:10
hiring [16] 83:12;
111:15; 112:4; 116:23;
117:22; 119:13; 129:23;
130:1; 136:16, 21;
137:1; 165:13; 167:5;
172:2; 173:6; 177:1
hold [6] 123:16; 129:6;
132:19; 135:7; 141:10;
152:19
holdnack [1] 1:24
honest [4] 27:11; 88:22;
118:12; 130:25
hood [2] 79:2; 81:19
hope [3] 5:12; 78:17;
122:5
hopefully [1] 77:1
hour [1] 89:15
hours [3] 10:14; 102:25;
112:21
however [1] 84:11
hughes [4] 97:5, 6, 14,
23
hughes's [1] 97:20

huh-uh [2] 11:7; 89:9
human [1] 63:18
husband [2] 168:24;
170:1

- I -

identification [2] 2:7;
3:3
identified [1] 150:16
identify [2] 27:10;
74:25
ignore [1] 135:3
illegible [1] 50:2
illumination [1] 129:24
implement [2] 162:7;
164:16
implementing [1] 165:6
implicates [1] 25:22
improve [1] 50:17
improvement [4] 48:21;
49:17, 22; 50:22
improving [1] 50:18
inc [1] 1:24
incestuous [2] 170:15,
17
inch [1] 16:17
inches [1] 16:21
incidentally [1] 163:21
include [3] 105:12;
124:15; 173:21
included [9] 87:9;
90:19; 94:3; 98:6, 7;
149:21; 168:13; 170:24;
176:24
includes [1] 96:19
including [6] 113:8, 9;
163:6; 164:4, 13;
178:13
inclusive [5] 55:2, 3,
7; 57:9; 169:7
inconsistency [6] 64:24;
65:5, 6, 9, 11; 67:5
inconsistent [3] 66:2, 9
incorporated [2] 146:19;
147:3
increase [1] 50:18
indicated [5] 125:4;
140:12; 141:19; 144:11;
157:21
indicating [19] 12:17;
15:15; 18:18; 19:25;
25:10; 26:20; 28:4;
44:15; 60:22; 66:2;
75:4, 12; 97:24;
107:11; 136:19; 158:8;
169:19, 24; 176:18
indicative [1] 158:3
individual [1] 149:9
individual's [1] 123:5
individualize [1] 118:16
individually [1] 172:23
individuals [6] 20:22;
64:20; 98:7; 118:15;
140:12; 163:6

information [10] 64:21;
78:13; 83:3; 84:9;
99:19, 22, 23, 24;
128:20; 144:10
informed [3] 64:8;
156:20; 172:1
initial [2] 17:9; 94:20
initially [1] 141:16
initiate [1] 144:16
input [4] 34:15; 35:7;
36:12; 37:7
inputs [1] 35:24
inquire [1] 5:2
inquiries [1] 22:9
inquiry [5] 22:8;
116:20; 120:20; 122:22;
123:7
inside [2] 14:12; 84:6
instance [2] 71:8, 9
instances [4] 70:5, 19;
97:18; 149:5
instruct [2] 5:12;
115:11
instructed [1] 176:8
instruction [2] 50:17,
18
instructional [3] 129:8,
11; 130:9
instructs [1] 5:10
insurance [2] 41:19, 20
intelligible [1] 4:21
intend [1] 17:4
intent [3] 50:15; 51:6;
106:1
intention [3] 65:3, 4;
66:11
interest [4] 47:6;
158:3; 159:3, 5
interested [4] 155:25;
157:23; 158:4, 5
interests [1] 4:20
intermediate [2] 100:3,
6
interpose [1] 59:20
interpret [3] 50:11;
74:15; 136:5
interpretation [5] 134:7,
12; 136:1, 2, 8
interrogatories [2]
60:17; 63:22
interview [59] 58:4, 11,
21; 59:8, 11, 18;
74:21, 24; 75:22;
76:18; 78:18, 19; 79:9;
92:21; 93:12; 94:23;
96:10; 97:3, 10, 16;
98:20; 100:11, 20;
107:10; 108:14, 19;
109:20; 110:17, 21;
115:21; 118:2, 4;
119:18; 120:2, 6, 14;
121:9; 122:14; 131:8,
16; 132:21; 138:23;
140:1; 149:10; 151:4,
8, 9; 152:3; 153:7, 8,
24, 25; 154:9; 164:13;

173:25
interviewed [30] 54:25;
55:8, 12; 57:8; 59:7;
82:16, 20; 92:14;
100:18; 103:14; 108:3,
12, 14; 151:16; 152:1,
4, 5, 12, 14, 15, 25;
153:12; 154:6, 14;
157:13, 16; 160:1;
164:6; 174:4
interviewing [5] 29:6;
64:11; 90:8; 174:16, 17
interviews [14] 32:2, 3;
57:12, 13, 15, 18, 20,
22, 24, 25; 99:18;
108:13; 153:13; 157:3
intimately [1] 143:11
into [14] 5:2; 42:15,
17, 18; 44:6; 58:12;
112:8; 114:1; 118:7;
138:19; 141:8; 167:21;
168:18; 175:10
intrinsic [1] 134:25
investigation [9]
144:16, 19, 20, 22, 23,
24; 145:3, 12; 147:6
invite [2] 112:2; 115:8
involve [3] 25:15;
57:21, 22
involved [11] 24:20;
38:5; 78:21; 79:11, 12;
86:1, 3; 143:11;
152:10; 173:25
involvement [3] 25:6,
15; 177:1
involves [1] 81:25
involving [1] 27:17
irrefutable [1] 161:19
irresponsible [1] 137:23
issue [3] 107:7; 108:7;
174:7
issued [3] 5:18; 110:8,
13
item [1] 160:6
itself [7] 67:1; 87:18,
21; 105:11; 107:1;
170:24

- J -

j-a-m-i-s-o-n [1] 97:13
jamison [9] 76:16; 81:6;
82:1, 11, 16; 83:12;
97:12, 13; 131:16
jamison's [1] 82:17
janeson [1] 97:11
january [2] 101:16;
104:4
jargon [1] 129:22
jennifer [4] 132:16, 20,
21, 22
jensen [11] 115:18, 23;
116:13, 21; 123:13, 15,
23, 25; 127:1; 128:16
jensen's [1] 116:16

joan [1] 123:25
job [25] 5:22; 9:12;
12:11; 24:10, 23; 25:9;
58:18; 61:21, 23; 62:2;
68:11; 92:15; 95:1, 5,
10, 11; 102:20; 107:9;
132:14, 25; 140:7;
155:18; 157:24
jobs [1] 59:11
jog [1] 27:18
joseph [1] 63:19
joye [1] 28:8
judge [14] 113:15;
137:21, 24, 25
judgment [2] 114:3, 11
july [2] 139:15; 176:18
jump [1] 152:16
juncture [2] 5:2; 132:2
june [8] 20:7; 23:4;
64:23; 127:6, 19;
150:21; 172:10
jurisdiction [1] 129:2
justification [3] 76:13;
112:4; 115:9
justified [3] 116:23;
117:22; 130:23
justify [3] 76:19; 78:5,
20
juxtapose [1] 63:23

- K -

k [2] 100:2; 128:2
k-r-a-c-h-k-o-w-s-k-i [1]
139:20
karen [2] 76:16; 97:11
keep [11] 47:6; 53:8;
63:7; 91:19; 101:16;
108:23; 118:9; 126:4,
12; 145:8; 146:20
keeping [1] 141:4
keeps [1] 41:15
kelly [2] 140:20, 21
kept [1] 16:4
kick [1] 40:16
kind [6] 39:13; 47:7;
86:4; 144:8; 161:7;
177:1
kindergarten [7] 103:18;
132:23; 157:19; 165:23;
167:18, 22; 168:10
kinds [1] 5:9
knew [1] 82:23
knowing [2] 85:22, 23
knowledge [6] 119:23;
120:22; 122:23; 154:24;
155:9, 11
knows [3] 73:16; 86:19;
120:25
knox [1] 1:18
krachkowski [1] 139:20
kristen [2] 133:4, 5
kuhar [309] 1:18; 5:8;
11:13; 13:24; 14:1, 6,
8, 15, 25; 15:2, 19,

22; 16:2, 16, 20; 17:3, 8, 12, 21; 18:6, 10, 12, 23; 19:1, 5, 11, 13, 15, 16; 21:14; 23:25; 24:2; 25:22, 24; 27:13; 32:12, 15, 20; 33:4, 12, 18; 34:5, 24; 35:3, 15; 36:24; 37:25; 38:7, 10; 39:17, 20; 41:13; 43:1, 6; 44:8, 11; 48:4; 49:4, 6; 51:9, 14; 52:1; 53:3; 55:13; 56:15; 57:2; 58:5; 60:19; 62:19, 24; 63:4, 7, 10, 23; 64:1; 65:22; 66:1, 15, 19, 23; 67:2; 70:12; 71:3; 72:6; 73:2, 5, 11, 14, 18, 23; 74:7, 12; 75:10, 13, 15; 76:7, 9; 77:9, 13, 17, 23; 78:12; 79:20, 24; 80:2, 10, 13, 15, 18; 81:9, 12, 15; 82:4, 8, 12, 22; 83:14, 23; 84:25; 85:2; 86:15, 19, 22; 87:8, 20; 88:3, 7, 15, 21, 24; 89:5, 16, 19; 94:20, 21; 98:25; 99:3; 104:8, 24; 105:12, 15, 17, 20, 24; 106:3, 6, 15; 107:15, 24; 108:1; 109:22; 110:12, 19, 23, 25; 111:1, 19; 112:5, 7; 113:4, 5, 7, 12, 18, 20, 24; 114:7, 13, 16, 20, 24; 115:3, 23; 116:3, 6, 13, 16, 24; 117:2, 9, 11, 13, 17; 118:5, 9, 20, 25; 119:5, 9, 11; 120:9, 17, 25; 121:3, 12, 18; 122:1, 3, 5, 10, 16, 18; 123:16, 18, 20; 124:1, 7, 12, 14, 18, 20, 23, 25; 125:2, 10, 14, 18; 127:3, 12, 14, 18; 131:14; 132:19; 133:12, 16, 22; 134:16; 135:10, 14; 136:7, 11, 17; 137:8, 15, 20, 25; 138:3, 7, 21; 141:17; 142:1, 13; 147:12; 148:20; 149:16, 20, 22, 24; 150:3, 10, 16, 19; 151:1, 17; 153:8, 12; 154:10; 155:15; 157:9; 158:16, 20; 159:20; 160:3, 14; 161:21; 162:18; 163:2; 164:8, 18, 25; 166:12, 14, 17, 21; 167:1, 6, 8, 10; 168:14; 169:9, 16; 170:2, 11, 13, 16, 20; 173:4, 7, 15, 20, 23; 174:25; 175:3, 14, 16;

176:16, 17; 177:3, 5, 7, 10, 14, 17, 19; 178:1, 5, 7, 11

- L -

l [3] 4:4
labeled [1] 14:15
lagging [1] 72:10
large [1] 151:23
last [31] 13:13; 26:25; 35:3, 5; 38:1; 46:10, 12; 51:1; 65:20, 24; 66:7; 69:12; 71:10; 72:18; 82:1, 2, 4, 5, 6; 84:10; 87:25; 88:1; 97:8, 10; 100:17; 105:24; 136:25; 141:13; 157:2, 20; 170:10
late [2] 70:6; 144:15
later [3] 96:3, 4; 104:25
latter [3] 44:20; 45:4; 51:21
laurie [2] 139:5
law [4] 139:17; 167:7, 14; 171:14
lawrence [6] 97:15; 105:18, 19; 141:1
lawsuit [3] 4:13; 175:24; 176:3
lawyer [3] 68:10; 110:3, 14
lawyer's [1] 74:1
lawyers [1] 66:17
leads [3] 137:19, 21, 23
learn [1] 72:12
learned [1] 72:12
learning [2] 71:24; 72:5
least [2] 86:3; 97:18
leave [20] 18:12; 28:10; 29:17, 20; 30:6; 31:1, 15; 32:7; 34:2; 35:25; 36:22; 45:1; 60:3, 5; 72:17; 78:18; 103:7; 105:10
left [2] 120:10; 160:11
legal [1] 136:4
legible [2] 4:21; 46:1
length [2] 46:5; 85:8
leslie [7] 115:18, 23; 116:13, 16; 123:15, 25; 127:1
less [7] 32:7; 33:2, 5, 21, 24; 117:20; 130:20
lesson [1] 46:21
letter [29] 19:22; 20:7, 11, 19; 21:4, 24, 25; 26:16; 28:9, 13, 14, 24; 30:13; 31:4; 44:25; 63:17; 64:5; 74:1; 86:6; 88:1, 8, 16; 89:7, 8; 90:9; 150:13; 161:9, 18; 176:17
letters [15] 14:21;

124:15; 125:15, 19, 20; 126:10; 139:4; 148:23, 25; 149:1, 18, 19; 152:1; 159:3, 5
level [15] 6:20; 9:9; 29:10; 47:4; 100:2, 3, 5, 6; 151:24; 158:5; 174:3, 7, 15, 22, 24
levels [1] 100:1
liberal [1] 101:7
lies [1] 113:11
life [2] 41:19; 157:7
light [7] 10:17; 74:19; 75:6, 7; 78:5, 20; 133:14
likely [2] 125:3
likewise [4] 92:3; 97:7; 146:14; 147:6
limited [2] 117:22; 140:19
line [6] 72:19; 120:11, 20; 122:21; 123:24; 151:5
lisa [2] 140:23; 160:12
list [23] 11:25; 12:3, 4; 32:3; 39:16; 64:20; 76:12; 77:11, 12, 14; 78:3; 86:13; 87:5; 104:20, 21; 128:18, 21; 129:1; 146:23; 147:11; 169:16
listed [1] 144:4
listen [2] 146:4; 170:4
listening [1] 146:3
lists [4] 146:14; 147:9, 23, 24
litany [1] 155:20
litigation [1] 17:23
little [8] 14:4; 31:3; 46:23; 47:1; 72:15; 82:18; 150:22; 152:22
load [1] 125:14
long [65] 5:6; 6:1, 7; 7:9; 9:1, 5; 13:5; 30:18; 31:6, 25; 37:3; 38:12, 14, 21; 39:9, 10, 24, 25; 40:1, 2, 3, 21, 24; 41:12; 42:9, 12, 23; 43:3, 9, 12, 17; 44:7; 45:21; 46:13; 56:13, 23; 61:14, 24; 62:7; 64:12, 22; 65:1, 4; 66:13; 68:21, 24; 69:1, 5, 21; 75:20, 21, 25; 84:14, 17; 85:11; 100:21; 102:13; 131:16; 159:12; 161:11, 20; 164:25; 169:16
longer [6] 46:6, 23; 47:1, 2; 85:12; 157:23
looking [18] 8:19; 9:12; 14:8; 25:9; 76:3; 103:15; 115:24; 116:16; 132:23; 146:10; 148:18; 149:24; 150:5, 10; 163:2; 164:8; 165:2;

166:21
looks [1] 16:20
lost [6] 141:21, 23; 142:4; 146:12; 147:21, 24
lot [10] 20:4; 99:18, 19; 119:23; 126:7; 159:1, 17; 177:22, 23
lower [1] 98:21
lunch [3] 83:21; 89:14, 24

- M -

mahoney [3] 139:13, 16; 171:4
mainly [2] 126:10; 144:2
maintain [5] 11:25; 12:4; 18:7, 8; 91:8
maintained [4] 90:25; 91:13; 92:12; 146:17
maintaining [2] 40:23; 143:11
maintenance [1] 143:2
making [5] 22:8; 30:24; 57:23; 66:23; 155:25
manifest [2] 64:24; 65:12
manifestly [1] 66:9
manner [1] 20:9
march [2] 152:2, 15
marcie [9] 79:8, 10; 81:23; 117:8, 12, 14; 118:18; 126:16; 130:18
marie [2] 140:16
mark [7] 1:18; 5:19; 60:15; 83:19; 97:8; 116:10; 139:3
marked [31] 2:7; 3:3; 5:24; 9:21; 13:23; 15:18; 20:18; 26:22; 28:6; 44:16; 49:16; 57:3; 60:23; 62:3, 17; 63:13; 75:16; 82:3; 84:4; 92:18; 109:25; 141:24; 148:6, 19; 157:8; 158:12; 160:9; 161:25; 165:20; 175:21; 177:9
marriage [7] 105:19; 140:10; 163:9, 14; 164:2; 167:2; 169:14
master's [2] 8:4, 6
material [3] 84:9; 143:24, 25
materials [2] 117:22; 130:23
maternity [3] 60:3, 5; 78:18
matter [15] 24:4; 29:1; 32:17; 47:25; 75:22; 79:8; 83:20; 105:21; 112:20; 116:14; 119:15; 137:8; 156:17; 157:11; 179:9

matters [1] 140:3
mc [24] 1:21; 16:19;
18:16; 19:18; 26:11,
16, 20; 60:24; 61:4;
62:20; 63:2; 111:8;
116:9; 123:19; 134:5,
14, 17, 21, 25; 135:24;
151:2; 164:19, 23;
177:23
mcelwain [3] 97:10;
140:16
mcewen [9] 15:2; 16:18;
18:14; 19:9, 17; 110:4,
13; 112:9; 113:12
mclaughlin [1] 1:18
meader [4] 44:22; 47:23,
24; 96:4
meadville [4] 1:13;
52:24; 167:20; 168:17
mean [28] 22:22; 23:15;
31:7, 19; 48:6, 9;
49:7; 68:20; 69:14;
70:9; 73:21; 85:12;
87:9; 104:6, 25; 107:1;
112:13, 17, 19; 113:21;
114:8; 122:5, 10;
125:20; 132:7; 149:13;
175:16
meaning [1] 160:13
means [2] 42:7; 125:20
meant [1] 70:19
measure [1] 4:18
mechanics [1] 33:15
mechanism [1] 165:10
medical [3] 28:10, 18;
40:10
meet [1] 62:8
meeting [1] 27:16
megan [4] 136:15, 18,
22; 138:9
member [16] 74:21;
92:16, 19; 148:14;
149:6, 13; 150:14;
162:22; 164:2; 172:3;
173:21, 25; 174:4, 7,
14
members [17] 12:11;
54:17; 59:8; 76:2;
93:18; 96:25; 97:2;
102:2, 8; 148:12;
149:2, 4; 151:5; 163:6,
7
memorialized [2] 29:25;
56:6
memory [3] 27:18; 31:6,
10
mention [1] 49:22
mentioned [5] 39:25;
40:1; 97:14; 115:13;
118:6
mercer [1] 1:13
merit [1] 179:13
message [3] 24:11;
121:4, 6
met [3] 155:13; 156:6, 8
method [1] 30:5

michael [1] 1:23
middle [3] 67:13;
167:20; 168:17
mind [1] 101:16
mine [1] 75:13
minimum [1] 46:20
minorities [2] 10:16;
94:3
minority [3] 10:18;
12:11; 140:4
minute [15] 33:5; 36:24;
46:21; 51:9; 77:10;
87:1; 104:23; 119:5, 6;
135:6; 136:17; 153:6;
175:18
minutes [18] 44:5;
45:25; 46:2, 3, 8, 11,
14, 19, 20; 47:5;
51:11; 152:4, 6;
177:20; 178:2, 3, 4
misreading [1] 87:8
misrepresent [1] 121:5
misrepresented [1] 121:19
misrepresenting [2]
121:15, 16
miss [156] 4:12; 12:18,
23; 15:14; 16:4; 19:22;
20:1, 11, 20, 21, 22,
24; 21:7, 10; 22:1, 2,
3, 4, 7, 9, 10, 14;
27:17; 28:8, 11, 17,
25; 29:1, 15, 19; 30:5;
44:20, 24; 45:1, 3;
47:12; 48:9; 51:2, 22,
23; 53:19; 54:12, 19;
55:2, 3, 4, 7, 18;
56:4; 57:6, 9; 58:3,
17, 18; 59:11, 19, 21;
60:6; 62:15; 64:6, 21;
65:4; 66:12; 73:9;
74:4, 23; 75:8; 76:18;
77:21; 78:2, 17, 18;
81:6, 14, 25; 82:11,
15; 83:12, 25; 90:8,
17; 91:12; 92:15, 21;
94:24; 95:6, 7, 9, 10;
96:5, 23; 97:3, 5, 10;
98:8; 99:5; 102:17, 19,
20; 104:6; 107:9, 12;
108:8, 9; 109:6, 7;
115:7; 116:20, 23;
117:19, 23; 118:13, 24;
123:9, 13, 18; 126:24;
128:16; 130:20, 24;
131:15; 132:2; 137:1;
140:3, 9; 143:9;
148:24; 149:6; 151:3;
152:25; 154:5; 157:4,
5, 22, 23; 158:10;
165:23; 166:1, 9, 20;
175:22, 25; 176:1, 8,
9, 22; 177:2
missing [3] 147:7, 24;
164:20
misstated [2] 32:22;
43:2

mistake [7] 71:19;
167:23, 24; 173:16, 19;
175:11; 176:19
mistaken [1] 168:7
misunderstood [1] 163:10
moment [3] 42:23; 44:24;
57:4; 64:3; 81:25;
86:6; 90:7; 152:24;
153:2
momentarily [1] 157:22
monthly [1] 10:22
months [3] 85:11;
171:21; 172:9
mood [2] 89:25
morning [10] 4:10, 11;
90:5, 9; 93:2; 107:8,
11; 108:22; 109:3;
141:8
morris [1] 139:9
most [22] 23:16, 21;
24:15; 31:21; 32:1;
34:16; 35:23, 25; 36:2,
8; 38:2; 46:12, 20;
56:8; 64:11; 85:13;
96:22; 119:15; 141:18;
157:12; 159:3; 161:15
motion [4] 113:13;
114:2, 10, 11
mouth [1] 155:17
move [6] 4:17; 42:15;
51:8; 64:16; 77:19;
86:5
moved [1] 166:2
moving [9] 5:16; 61:20;
75:15, 18; 92:12;
135:22; 161:23
much [9] 10:22; 11:21;
14:5; 29:13; 56:22;
75:19; 106:3; 112:10;
120:15
music [2] 128:1, 3
must [6] 62:6, 8; 67:18,
23; 68:11; 130:8

- N -

name [18] 21:11, 13;
64:20; 87:9; 93:13;
97:8, 9, 10; 98:4, 8;
102:19; 105:19; 117:10;
118:20; 123:5; 139:20;
148:24; 160:11
named [1] 118:17
names [5] 100:12;
115:13; 123:8; 126:22;
127:10
naming [1] 118:17
national [5] 5:4; 73:9;
74:4; 75:9
nationally [1] 128:5
naturally [1] 171:23
nature [4] 4:15; 29:4;
71:14; 116:20
necessarily [2] 16:10;
136:2

necessary [3] 120:15;
121:8; 156:1
needed [12] 48:21;
49:17, 23; 50:22;
87:17; 146:23; 154:23;
155:5, 21, 22; 156:1;
172:2
negatively [1] 24:9
neighboring [1] 152:22
neither [1] 62:20
nepotism [6] 163:5, 19;
164:1; 169:2, 6, 8
never [16] 11:16; 24:21;
28:21; 29:3; 35:21;
60:10; 65:2, 3; 66:11;
72:3, 11; 89:7, 8;
125:6; 155:24
new [9] 72:10; 127:10;
144:7; 158:10; 168:3,
8, 9, 12
newman [1] 56:11
next [8] 4:22, 25;
81:22; 86:5; 146:8, 9;
177:20, 24
nichols [284] 1:15; 2:3;
4:8, 11; 13:21, 24, 25;
14:3, 7, 10, 17; 15:1,
5, 11, 21, 24; 16:6,
16, 22; 17:6, 11, 14,
19, 25; 18:7, 11, 17,
20, 25; 19:4, 10, 12,
14, 17, 19; 21:15, 16;
24:1, 3; 26:15, 18, 23,
24; 32:14, 16, 24;
33:7, 8, 12; 34:24;
35:16; 37:2; 38:9;
39:19, 22; 41:25; 43:7;
44:14, 17; 48:5; 51:10,
15, 18; 52:2; 53:6;
55:25; 56:2, 18; 58:8;
59:15; 60:24; 61:3, 5;
62:21; 63:11, 14; 64:3;
66:5, 18, 22, 25; 67:3;
70:15; 71:7; 72:7;
73:3, 17, 21, 24;
75:11, 14, 17; 76:7,
10; 77:12, 16, 19, 20;
78:16; 79:25; 80:3, 4,
7, 12, 14, 17, 20;
81:11, 13; 82:6, 10,
14, 24; 83:18, 24;
86:16, 21; 87:11, 21,
24; 88:6, 9, 18, 22,
25; 89:1, 14, 17, 22;
90:2, 4; 99:4; 104:9;
105:4, 14, 16, 18, 23;
106:2, 5, 7, 17, 18;
107:21, 25; 108:2, 4;
109:19; 110:1; 111:7,
18, 20; 112:6; 113:3,
6, 8, 19, 21; 114:4, 8,
14, 17, 23; 115:2, 4,
11, 16, 17, 25; 116:5,
7, 11, 15, 18; 117:10,
12, 16, 18; 118:22;
119:4, 6, 9, 10; 120:9,

18; 121:1, 7, 14, 25;
122:2, 4, 8, 15, 17,
19; 123:15, 17, 25;
124:2, 10, 13, 16, 19,
21, 24; 125:1, 8, 11,
16, 24; 126:1, 19;
127:9, 13, 17; 132:4;
133:13, 18, 24; 134:7,
9, 19, 24; 135:6, 13,
15, 25; 136:10, 12, 14;
137:12, 18, 21; 138:2,
6, 8; 142:14; 148:21,
22; 149:18, 21, 23;
150:2, 5, 12, 17, 21;
151:18; 153:10, 15;
158:18, 22; 160:5;
164:10, 22; 165:3, 4;
166:13, 15, 19, 23;
167:12; 170:12, 19, 23,
25; 171:2; 175:2, 15,
18; 176:14; 177:6, 8,
10, 13, 16, 18, 22, 25;
178:4, 6, 9, 12
nikki [6] 97:6; 100:13;
101:8, 9; 140:8
nine [13] 9:20, 22;
57:2; 79:22, 23, 25;
80:8, 9; 99:9, 10, 13;
140:7
ninety [1] 38:18
nobody [2] 42:17; 149:25
nodding [3] 7:17; 51:25;
90:12
none [2] 149:1; 154:9
nor [1] 176:7
normal [3] 64:10; 65:1;
161:15
normally [1] 32:13
notable [1] 140:24
notary [2] 1:10; 179:6
notation [1] 133:25
notch [2] 24:10, 14
note [19] 5:11, 17;
21:23; 22:2; 26:11;
28:7; 64:17; 84:9;
98:6; 105:4; 109:21;
110:1; 111:23; 124:7;
133:13, 14; 146:16;
164:19; 178:7
noted [5] 5:21; 19:24;
111:25; 133:24; 140:12
notes [1] 179:8
nothing [2] 168:23;
176:6
notice [19] 9:13, 20;
72:19; 77:8; 82:16;
93:1; 94:17; 96:20;
97:20; 98:1; 99:8;
101:20; 115:4; 127:25;
148:10, 25; 158:9;
168:2
noticed [2] 11:24; 46:1
notifying [2] 44:25
novel [1] 127:10
november [14] 28:8;
44:20, 21, 25; 45:4, 5;

47:15; 51:21; 64:23;
95:16, 21; 96:1; 104:7;
154:20
number [23] 9:20, 22;
10:17; 25:13; 31:18;
46:11; 55:20; 60:19;
78:9; 79:22, 23, 25;
80:6, 8; 99:9, 10;
120:2, 3; 151:23;
153:14; 157:10, 12;
161:17
numerous [1] 13:5

- O -

oath [1] 69:4
object [14] 5:9; 34:5;
43:1; 58:5; 66:15;
70:12; 73:14; 77:9;
88:3, 15; 107:15;
114:20; 142:1; 157:9
objected [1] 111:13
objecting [2] 32:21;
73:18
objection [7] 5:12;
11:13; 64:18; 74:12;
124:7; 134:21; 135:25
objections [1] 111:10
observation [55] 45:9,
10, 12, 16, 17, 19;
46:5, 6; 47:8, 9, 18,
21; 48:6, 15, 16, 18,
24, 25; 50:16, 17;
51:2, 3, 22; 52:4, 12,
18; 53:17; 54:11; 55:9;
56:5; 57:12, 14, 23,
24, 25; 58:3, 10, 18;
59:12; 90:10, 11, 17,
21; 91:3, 16, 25;
95:23; 96:4, 7; 107:7,
9; 154:21
observations [9] 46:10;
49:12; 56:3, 4; 57:8,
21; 76:1; 90:7; 99:24
observe [7] 53:21, 23;
54:22; 55:13; 56:8;
107:14; 108:8
observed [21] 45:21;
47:12; 52:7, 13; 53:22;
54:9, 16, 18; 55:14,
15, 16, 17, 20; 59:8;
108:3, 12, 15, 16;
128:17
observer [1] 48:20
observes [1] 58:11
obtain [4] 5:5; 140:5,
7; 143:25
obtained [1] 129:13
obvious [1] 160:18
obviously [4] 99:14;
144:11; 156:20; 171:12
occasion [8] 22:15;
29:17; 51:21; 52:11;
55:21; 85:5, 7
occasional [1] 69:10

occasions [2] 71:20;
85:7
occupation [1] 6:4
occupied [1] 104:12
occupies [1] 40:5
occupy [1] 20:25
occupying [1] 79:13
occur [1] 42:17
occurred [5] 85:7;
103:12; 142:11; 149:5;
175:23
off-the-record [7] 18:19;
26:21; 56:1; 59:16;
109:18; 153:16; 171:1
offensive [1] 33:15
offer [8] 5:22; 13:21;
15:14; 19:24; 115:12;
140:25; 163:24
offered [4] 38:6; 132:7;
152:11; 158:6
offering [6] 18:20;
48:10; 110:23; 111:21;
136:7
office [5] 12:3; 68:4,
6; 143:6, 7
official [2] 139:14;
161:3
officially [1] 127:20
often [19] 23:16, 21;
25:17, 18; 32:1; 34:16;
35:23, 25; 36:8; 37:11,
19; 38:2; 46:20; 56:8;
85:5, 13; 86:4; 96:22;
159:3
ohio [5] 117:5; 127:24;
128:14, 15, 25
okayed [1] 31:22
older [1] 47:2
once [12] 28:24; 35:25;
41:17; 43:2; 125:6;
128:16; 130:6; 138:22;
144:14; 145:12; 147:7;
173:2
ones [5] 19:8, 9; 52:8;
62:7; 147:21
open [3] 55:6; 159:13;
164:14
openings [1] 29:8
opens [1] 44:3
operate [2] 125:8, 13
opinion [1] 174:20
opinions [1] 136:9
opportunity [12] 13:8;
15:16, 24; 20:9; 77:2;
96:13, 16, 18; 121:8;
141:3; 143:21; 148:13
opposed [1] 126:25
opposition [1] 114:9
options [1] 121:5
order [7] 44:2, 6; 47:6;
136:18; 154:24; 156:1;
158:6
organize [4] 92:20;
93:16; 111:3; 116:5
origin [5] 5:4; 72:20;
73:10; 74:4; 75:9

original [4] 60:25;
61:2; 111:10, 11
others [7] 55:3; 79:23;
80:5; 92:7, 21; 138:13;
140:1
otherwise [6] 70:3;
71:1; 72:15; 115:14;
148:2; 161:1
ought [1] 83:20
ours [1] 129:3
outside [11] 52:15;
115:19; 116:21; 124:4;
133:8, 10, 25; 139:5,
21; 140:18, 21
over [18] 8:19; 13:12;
20:21; 41:16; 44:9;
45:16; 62:25; 99:14;
102:12; 118:24; 126:18;
132:25; 146:8; 151:13,
14, 15; 155:22
overall [1] 16:9
oversight [7] 69:10, 14,
15; 70:4, 18, 19, 20
overwhelmed [1] 161:17
own [1] 135:20

- P -

p-i-f-e-r [1] 117:8
pa [5] 1:13, 19, 22;
141:6, 7
packet [1] 26:13
page [33] 60:18; 63:4;
64:5, 16; 65:13, 14,
15, 16, 17, 20, 24;
66:8, 10; 67:9; 72:18,
19; 97:22; 141:13, 14;
144:17; 146:8, 9, 11;
148:7; 162:4, 5;
164:20, 23, 24; 170:9
pages [1] 112:12
paid [4] 38:16; 40:7;
91:12, 22
palpable [2] 64:24; 65:5
panel [5] 92:20, 24;
93:5; 94:7; 101:20
paper [1] 15:23
paperwork [1] 85:24
paragraph [24] 11:24,
25; 12:10; 25:13;
63:22; 65:15, 19, 24;
66:7, 8; 67:12, 13;
82:1, 2, 5, 7; 87:25;
88:1; 148:5; 162:3, 8;
170:10
paragraphs [1] 84:10
parameters [1] 70:22
paraprofessional [1]
10:19
part [60] 5:19; 9:13;
16:9; 17:1, 3; 21:25;
22:1; 29:12; 36:9;
44:20; 45:5; 51:21;
52:25; 53:2; 61:5;
71:25; 72:1; 90:13, 15;

91:8; 94:16, 20; 96:8,
19; 99:16, 20; 102:21;
104:18; 105:6, 12, 14,
22, 25; 106:20, 22;
107:23; 110:22; 111:2;
112:15; 113:9, 10;
114:18, 21; 120:25;
132:5; 133:19; 135:1;
143:2, 13; 146:21;
148:20; 149:8; 163:1,
2; 169:11; 171:24;
173:12, 13; 174:14
partial [2] 16:24
participate [2] 92:16;
122:11
participated [1] 99:20
participation [1] 173:24
particular [28] 10:13;
14:4, 22; 25:15, 21;
27:4; 29:23; 45:17;
46:22; 48:6; 51:21;
56:20; 63:18; 66:6;
71:10; 90:18; 96:15;
130:11; 133:23; 139:24;
141:6, 23; 146:9, 13,
16; 147:25; 149:5;
156:22
particularly [2] 19:3;
21:24
parties [1] 178:13
pass [1] 51:2
past [7] 5:7; 68:17;
69:6; 145:11; 146:25;
155:9, 13
pay [1] 41:18
pd [1] 161:3
pde [1] 129:15
pennsylvania [10] 1:1,
11, 16; 15:8; 63:18;
84:18; 87:13; 130:6;
139:17; 179:6
people [39] 42:20;
43:10, 11, 13; 53:23;
58:13; 59:12; 65:3;
77:15; 80:23; 81:1;
85:8; 91:2; 98:21, 23;
99:20, 25; 113:1;
115:6; 118:7, 18;
119:21; 123:3; 129:23;
130:4, 10; 131:1;
133:11; 152:1, 5, 10,
11, 13; 153:14; 160:23;
162:21; 163:5
peoples [1] 115:13
per [4] 38:16; 40:8;
61:7, 8
percent [4] 27:23; 31:2;
53:10; 137:4
perfect [2] 42:18; 44:6
perfectly [1] 116:5
perform [1] 20:10
performance [3] 45:16;
58:11; 68:2
performances [1] 99:23
performed [1] 103:17
performing [2] 9:15;

12:14
perhaps [11] 63:17;
64:5, 25; 66:7; 67:13;
68:10; 72:20; 73:8;
74:1; 75:8; 82:17
perhaps [2] 27:18; 85:12
period [19] 22:21;
29:21; 33:1, 20; 40:9;
45:17, 20, 21; 46:23;
85:8; 104:12; 105:8;
135:20; 147:25; 157:2;
172:7
periods [2] 47:1; 79:1
permanent [8] 42:8;
43:10, 13; 129:8;
132:7; 139:19, 22;
161:10
permanently [5] 40:18;
42:6; 91:10; 132:10;
136:25
permissible [1] 115:15
permit [7] 84:13, 16,
24; 85:9; 88:12; 129:6,
19
permits [1] 141:10
person [19] 29:3; 38:15;
39:10; 59:20; 64:12;
82:8, 12; 118:23;
122:9; 126:25; 133:23;
134:1; 138:3; 149:12;
160:11, 15, 21; 161:19;
174:3
person's [1] 38:16
personal [1] 40:12
personally [7] 17:24;
21:9, 11, 18; 57:16;
85:2, 3
personnel [27] 79:18;
80:23; 86:4; 90:13, 19;
91:1, 9, 20, 21, 23;
92:2; 93:8; 111:12, 14;
126:3, 8; 144:2, 3, 4;
163:12; 164:6, 12;
167:4; 174:3, 15;
175:4, 6
perspective [1] 134:6
pertinent [2] 105:7;
110:21
philippines [1] 75:2
phone [2] 29:3; 121:3
phrc [3] 27:16; 62:14;
74:2
physical [1] 126:4
pick [2] 64:9; 126:15
pickens [27] 28:9, 17,
19, 21; 29:1, 15, 19;
30:5; 44:24; 51:23;
55:2, 3; 57:7, 9;
58:18; 59:11, 19; 64:6;
95:6, 8, 9; 102:20;
107:9; 109:7; 157:4, 5
pickens's [15] 30:13;
53:19; 54:13, 19; 55:4,
8; 64:22; 65:4; 66:12;
90:8; 92:15; 108:9, 20,
25; 109:1

piece [1] 15:23
pifer [12] 79:8, 10;
81:23; 117:8, 9, 12,
14, 19; 118:13, 18;
126:16; 130:18
pike [1] 1:13
pile [5] 113:24; 115:24;
116:1, 8, 10
pittsburgh [1] 8:13
place [17] 10:25; 42:14;
44:4; 78:8; 79:19;
80:23; 99:18; 102:13,
14; 153:9; 163:12, 15,
18; 165:9, 11; 166:15
placed [2] 95:10; 152:11
plaintiff [5] 1:4, 15;
5:19; 117:20; 119:11
plaintiff's [2] 60:17;
72:20
plate [1] 175:9
please [27] 5:19; 8:1;
12:16; 28:7; 44:15;
45:8; 52:2; 56:25;
60:16; 62:13; 72:8, 20;
81:24; 86:7; 111:8;
131:10; 132:20; 134:12;
137:18; 138:6; 141:12;
145:25; 151:20, 22;
170:4
plus [4] 38:16, 18;
40:10; 156:25
point [23] 8:16; 33:16;
39:6; 42:1; 43:20;
69:20; 73:15; 74:13;
78:24; 112:11; 119:25;
128:19; 134:18, 19, 20,
24, 25; 139:25; 141:7;
148:3; 155:21; 165:21;
169:25
pointing [1] 150:3
policies [6] 68:10;
83:7, 9; 160:19, 23;
165:11
policy [55] 56:19;
61:10, 15, 16; 67:17,
20; 75:19, 22; 76:15,
19; 77:14, 25; 78:4, 5,
6, 20; 83:13; 84:17;
88:2, 4, 6, 7, 19, 23;
89:11; 129:25; 135:19;
139:17; 140:13, 14;
141:2, 7; 156:17;
162:6, 7, 25; 163:1,
19, 23; 164:16, 17;
165:6, 23; 166:5, 7;
170:14; 171:22; 172:2;
174:1, 2, 21, 25; 175:8
policy's [1] 76:14
pool [4] 100:10; 107:25;
108:2
porter [4] 136:15, 18;
138:9
portfolio [4] 13:16;
14:9, 12, 18
portions [1] 111:14
pose [3] 51:20; 52:17;

163:11
posed [3] 51:19; 101:21,
25
posing [1] 114:2
position [106] 6:7; 7:6;
13:6; 20:25; 29:6;
30:20, 21; 31:1; 36:18,
20; 38:6; 40:20, 21,
22, 23; 42:8, 9, 15,
18; 44:3, 7, 9; 51:23;
53:19, 20; 54:13, 19;
55:4, 5, 7, 8; 57:7;
60:12; 64:22; 65:1, 4;
66:13; 69:15, 19, 22,
24; 70:9, 21, 24, 25;
71:16; 72:10; 76:11,
23; 78:4; 79:13; 81:2;
90:8; 95:15; 99:6, 13;
104:2, 4, 7, 10, 11;
108:9, 20, 25; 109:1,
2, 7, 9; 110:7; 114:4;
126:3; 131:17; 132:8;
133:6; 136:23; 139:11;
140:6; 145:22; 149:10;
154:24; 155:7, 8;
156:2; 157:17, 19;
158:5, 7; 159:10;
161:8; 164:14; 167:21;
168:11, 18; 169:21;
171:21; 172:5, 6;
175:10; 176:1, 2
positions [53] 10:19;
13:12; 15:8; 30:18, 19,
20; 32:4; 37:1; 42:12;
54:23, 25; 57:18;
67:18, 23; 68:11, 16,
19, 22, 23; 69:2, 6,
10, 12, 25; 70:1;
71:22; 75:20, 25;
98:24; 101:15; 115:8;
135:3; 151:6, 8; 152:2,
8, 11, 22; 153:14;
154:9; 157:12, 14;
158:11, 14, 25; 159:8,
9, 13, 15, 19, 24
positive [1] 60:14
positively [1] 24:8
possession [1] 17:17
possible [7] 4:21, 25;
54:6, 14; 84:15, 21;
166:25
possibly [4] 26:3;
97:18; 99:9; 140:11
post [12] 68:16, 23;
69:9, 15, 19, 20, 22;
70:23, 25; 71:16, 21
post-conference [2] 92:1;
154:22
post-dated [1] 111:14
post-it [3] 86:6; 87:25;
88:1
posted [17] 67:18, 24;
68:3, 11; 69:1, 5, 12,
15, 24; 70:1, 2, 3;
71:2, 4; 150:21; 159:5
postgraduate [1] 8:7

posting [9] 67:16, 22; 68:3; 70:6, 10; 71:12; 150:6, 14

postings [3] 67:24; 68:7; 149:1

potentially [2] 111:16; 145:8

powell [8] 20:22; 21:7, 10; 22:1, 3, 7, 9

practical [5] 105:21; 117:20; 131:22; 140:8, 17

practice [4] 64:10; 65:1; 129:8; 132:3

precise [2] 93:2, 3

prefer [4] 120:9, 15, 18; 177:24

preference [2] 106:10; 107:2

prejudicial [1] 111:17

preliminary [1] 4:18

preparation [2] 9:22; 144:1

prepared [9] 15:13; 19:22; 28:8, 9; 63:17; 66:17; 74:25; 90:9

prerogative [1] 73:21

present [6] 1:23; 79:13; 81:2; 103:17; 155:14; 172:3

presupposing [1] 34:7

pretty [5] 29:12; 56:22; 75:19; 104:22; 134:4

previous [6] 48:14; 103:13; 117:5; 118:3; 129:3; 145:2

previously [4] 77:5, 15; 119:2; 127:24

primary [2] 100:2, 5

principal [32] 6:5; 21:5; 23:7, 8, 17; 25:21, 23; 34:16, 18, 20; 35:17, 18, 19; 36:3, 6, 14, 16; 37:22; 38:5; 44:22; 48:1, 8; 54:7, 14, 15; 140:11; 166:3; 169:21; 170:1, 6; 176:21, 23

principal's [1] 169:21

principals [10] 24:12; 35:4, 7, 9; 53:22; 54:5, 8; 163:7; 164:4; 169:17

prior [26] 6:4, 14; 7:13, 18; 29:20; 32:2, 22; 52:8, 22; 53:9, 11; 60:5; 82:16; 91:11; 95:9, 10; 102:20; 108:12; 132:16; 139:3, 9; 157:13; 172:1; 173:8

probably [13] 17:8; 23:3; 45:24; 62:22; 120:5, 6; 127:19; 146:23; 154:11; 159:18; 167:9; 177:24

probing [2] 53:8; 130:3

problem [9] 23:17, 20; 24:15, 21; 26:7; 50:9; 112:23; 113:2; 165:22

problems [1] 25:25

procedural [1] 165:8

procedure [8] 89:12, 13; 119:1; 156:18; 163:18; 165:14; 166:14, 15

procedures [4] 10:25; 83:8, 9; 163:12

proceed [1] 90:6

proceedings [1] 5:10

process [34] 29:12; 36:9, 10, 15; 38:3; 40:22; 42:13; 58:22; 59:11, 18; 72:10, 14; 75:22; 98:20; 99:17, 20; 100:8; 118:14; 131:8; 132:5, 22; 149:8; 152:10; 153:8, 10, 20, 25; 155:4; 159:11; 161:11, 13; 171:24; 173:25; 174:14

product [1] 92:14

professional [3] 10:16, 19; 148:10

programs [4] 117:6; 143:10, 12; 155:12

progress [1] 156:1

promptly [1] 64:7

promulgated [1] 141:3

prong [1] 152:3

proper [1] 92:23

properly [2] 68:2; 97:9

proposal [1] 120:10

proposing [1] 119:19

protocol [1] 156:18

prove [1] 105:1

provide [1] 141:17

provided [7] 94:20; 109:22; 110:18; 116:1; 125:2; 143:19

provides [1] 106:23

psea [1] 1:20

public [5] 1:10; 15:8; 84:13; 128:15; 179:6

pull [2] 137:16; 138:3

pulled [2] 19:21, 23

purpose [4] 23:13; 43:11; 94:19; 114:17

purposes [6] 16:23; 17:6; 105:2; 114:2; 171:13

pursuant [1] 5:18

pursuing [1] 8:17

purview [1] 146:15

put [14] 28:2; 44:13; 50:12; 96:9; 112:14, 17; 113:18; 114:1; 126:2, 8; 150:19; 155:7; 159:2; 168:19

putting [5] 111:20, 22; 112:8, 20

- Q -

qualifications [3] 17:7; 62:6, 10

qualified [1] 88:13

qualify [2] 42:2; 132:8

quality [3] 19:10; 22:10; 48:9

questioning [2] 5:9; 90:5

questions [25] 4:14, 19; 5:14; 19:17; 33:13; 51:20; 58:14; 78:8; 101:20, 21; 102:9, 11; 112:25; 115:14; 122:7, 13; 127:4; 139:1; 145:23; 152:6; 155:17; 170:21; 177:19, 22, 23

quibble [1] 83:11

quickly [1] 72:12

quite [3] 27:11; 88:10; 150:22

quote [1] 133:16

- R -

r-e-s-i-n-g-e-r [1] 140:21

race [5] 72:21; 73:10; 74:4; 75:9; 144:12

racial [1] 5:4

random [1] 115:12

range [1] 163:5

rate [1] 97:5

rather [6] 75:15; 117:23; 123:9; 130:24; 134:18; 137:1

rating [12] 98:20, 22; 100:6; 131:2, 5, 6, 7; 137:6; 138:10, 16

rationale [1] 137:1

reacted [1] 112:10

read [17] 21:23; 56:24; 61:6; 72:20; 73:1, 25; 86:6; 133:20; 135:7; 138:19; 150:12; 164:21; 165:1; 168:5; 174:1; 176:15

reading [6] 65:14; 66:14, 19; 88:23; 155:3, 10

reads [1] 148:10

ready [2] 51:14; 73:2

real [1] 120:3

really [8] 48:22; 50:11; 112:9; 120:9; 130:25; 155:25; 165:8; 177:11

reapply [2] 87:6, 17

reason [9] 39:22; 90:18; 120:18, 25; 126:20; 127:1; 136:24; 140:9, 13

reasonable [3] 144:19, 20, 22

reasons [2] 24:8; 31:16

rebecca [2] 140:20

recall [17] 20:1; 28:14, 15; 55:10; 60:9, 10; 85:15; 117:2, 3; 120:15; 138:23; 154:20; 166:5, 11; 167:3; 173:1, 2

receipt [3] 36:5, 13; 110:9

receive [18] 18:6; 30:23; 31:4; 35:2, 24; 40:8; 126:5; 130:4, 11; 138:22; 140:1; 150:7, 14; 155:2; 158:23; 159:1, 5

received [16] 8:4; 17:22, 25; 18:2; 28:14, 24; 31:14; 91:13; 101:11; 129:8; 149:2; 154:9; 157:3; 161:2

recently [2] 60:3; 140:6

recess [3] 51:12; 89:20; 119:7

recitation [1] 126:23

recited [1] 56:23

reciting [1] 133:18

recognition [1] 20:12

recognize [1] 56:21

recognized [2] 128:6; 132:14

recollection [1] 54:10

recommend [5] 30:8; 34:3, 9, 11, 14

recommendation [15] 29:11; 30:24; 35:2, 13; 36:6, 14, 16; 37:7; 117:21; 124:5, 15; 130:21; 132:17; 139:4; 155:1

recommendations [9] 13:18; 14:21; 34:15; 35:24; 36:3; 50:21; 115:20; 116:22; 155:2

recommended [4] 60:11; 162:11; 165:13; 167:5

reconsider [1] 74:19

record [82] 4:18, 20, 23, 24; 5:12, 17, 20, 22; 7:12; 9:21; 12:16; 13:22; 15:6, 15; 18:17, 21; 26:18, 23; 28:7; 51:10, 16, 17; 53:7, 21; 57:1; 58:1; 60:16; 62:12; 69:8, 9; 73:4; 80:21; 81:24; 89:22; 90:1; 94:17, 19; 96:8; 105:5, 10; 108:7; 109:21; 111:9; 112:1, 9, 14; 113:10, 18; 114:1, 18, 21; 116:19; 117:20; 119:10; 120:23; 121:15; 122:20; 124:3, 10, 16; 125:12, 17; 130:19, 22; 133:7, 13, 25; 134:5; 135:25; 138:15, 19, 20; 139:16; 141:4, 8; 150:18, 20;

162:7; 164:19; 176:20;
178:15
records [14] 71:17;
78:10, 11; 87:12; 92:6,
10; 113:22; 143:2, 12;
144:6; 145:8; 146:20;
150:24
recruit [2] 10:4; 12:11
recruiting [3] 10:16,
18; 11:1
recruitment [1] 10:3
redundant [1] 118:12
refer [2] 98:10; 144:9
reference [5] 92:23;
98:18, 22; 126:11;
134:2
referenced [1] 26:13
referred [1] 157:4
referring [9] 64:19;
73:15; 88:5; 110:11,
12; 135:17; 147:2;
151:25; 156:8
refers [3] 142:19;
146:11, 13
reflect [6] 14:10; 53:7;
62:1; 124:16; 133:7;
138:15
reflects [6] 61:10, 15;
124:10, 13; 126:24;
130:19
refrain [1] 136:7
refresh [2] 31:6, 10
refuted [1] 134:11
regarding [7] 19:8;
48:9; 64:21; 72:11;
74:12; 83:3; 110:4
registered [1] 179:13
regulation [1] 141:6
rehired [1] 139:11
reissuance [3] 84:19,
23; 85:9
reissue [1] 84:19
reiterated [1] 141:8
rejected [1] 148:24
rejection [2] 148:23;
149:19
related [11] 122:13;
140:10; 162:10, 12, 20,
21; 163:8, 14; 164:6;
166:1; 168:4
relates [4] 10:1; 35:9;
61:13; 75:19
relation [1] 27:16
relations [1] 63:18
relationship [4] 166:25;
171:3, 8, 12
relationships [3]
169:15; 170:10, 15
relatives [2] 164:2
relay [2] 34:20, 22
release [1] 111:13
relevance [1] 113:11
relevancy [1] 135:11
relevant [2] 111:16;
136:9
reluctant [1] 135:10

remainder [4] 29:9;
30:19; 85:10; 138:17
remaining [1] 138:20
remember [17] 6:8;
27:24; 28:1; 29:18, 24;
53:1; 55:11, 22; 56:16;
70:23; 81:17; 119:13;
120:4; 121:11; 136:20,
21
remembered [1] 153:21
reminded [2] 70:25;
71:13
reminding [2] 87:14, 15
rendered [1] 56:11
renew [1] 84:19
repeat [9] 20:5; 120:15;
121:10, 11, 25; 122:2,
3, 5, 8
replace [8] 28:11; 30:9;
32:10; 34:4; 45:2;
60:7; 95:6, 7
replaced [1] 31:16
replacement [3] 29:17;
64:9; 157:5
replacements [1] 30:8
report [12] 14:20;
22:14, 19, 23; 23:13;
24:16; 94:11, 12, 14;
145:13, 16; 146:6
reported [2] 1:24; 23:9
reporter [4] 4:24; 5:17;
179:5, 13
reporting [1] 1:24
reports [6] 15:13; 16:1;
22:16; 23:11; 141:14;
144:1
represent [2] 18:3;
50:23
represented [1] 74:2
representing [2] 4:12;
65:2
represents [2] 66:11;
68:10
request [5] 60:6; 84:13;
111:10, 11; 142:24
requested [4] 36:21;
84:23; 85:8, 9
requesting [2] 28:11;
31:16
requests [2] 31:14;
35:13
require [1] 67:22
required [2] 78:19;
113:13
requirements [1] 161:10
requires [4] 67:15;
141:4; 173:22, 24
rescinded [1] 70:2
reservation [1] 110:4
reserve [1] 17:4
reserves [1] 164:12
resinger [2] 140:20
resource [1] 155:3
respect [23] 5:4; 20:14;
27:1; 29:11; 57:6;
76:16; 78:2, 9; 80:5,

22, 25; 81:5; 82:15;
83:12, 25; 90:7; 93:3;
111:23; 124:4; 140:3;
141:20; 153:17, 23
respective [1] 92:3
respond [4] 79:10;
126:21; 137:4; 138:11
responded [1] 73:8
respondent [3] 72:21,
22; 74:3
response [3] 72:9;
86:23; 168:15
responses [4] 60:16;
63:20; 125:4; 176:25
responsibilities [5]
10:23; 11:3; 12:8, 9;
103:18
responsibility [14] 9:14;
12:1, 4, 6, 13; 68:5,
6; 143:3, 13, 17, 18;
146:20; 171:19
responsive [4] 118:19;
122:23; 123:5; 138:17
restart [1] 123:14
results [2] 47:21; 96:8
resume [6] 13:18; 14:13,
14, 16, 19; 116:17
resumed [3] 51:12;
89:20; 119:7
retain [2] 61:1; 119:19
retired [3] 21:21;
22:25; 23:4
retirement [2] 40:11, 12
retract [1] 156:11
retrieving [1] 148:2
returned [1] 91:4
reveals [1] 163:16
reverse [1] 136:18
review [8] 13:9; 15:16,
25; 18:23; 96:13, 17;
121:8; 138:23
reviewed [9] 13:13, 19;
16:8, 11, 12; 21:24;
61:7; 94:23; 110:10
reviewing [2] 13:11;
16:7
revise [1] 102:15
richard [2] 1:21; 77:3
right [218] 6:21; 7:5;
8:21; 9:12; 11:24;
12:10; 13:11; 14:10,
13; 15:12, 21; 17:4;
18:23, 25; 19:4; 21:23;
25:5; 26:8; 28:16;
30:22; 31:22; 33:12;
34:1; 35:8, 18, 20;
36:14; 37:6; 38:4;
39:23; 40:1, 3, 8, 19;
41:3; 42:10; 43:5, 15,
19, 25; 44:4, 10, 14;
48:17; 49:3, 15, 19,
20, 25; 50:1, 20; 51:8,
10, 15; 53:5, 7; 54:24;
55:25; 56:10, 25;
57:11; 59:2, 17, 21;
61:18; 63:11; 66:18;

67:8; 68:15; 69:8, 20;
71:11, 12, 18; 72:7;
74:23; 76:3; 77:18;
80:12, 14; 81:7, 9, 11,
21, 23; 82:25; 83:7, 9,
11, 18, 21; 84:19, 20;
85:12, 16; 86:5, 21;
89:14, 15, 17, 19;
91:20; 92:4, 8; 94:22;
95:11, 23; 96:7, 25;
98:7, 13; 100:10, 15,
20; 101:13, 20; 102:6,
22; 103:4, 6; 104:14;
105:23; 106:4, 5, 11,
17; 107:6, 10; 108:21;
109:5, 11, 12, 13, 15,
16, 19; 111:7; 114:23;
119:3, 4; 122:17, 20;
123:5; 124:1, 3, 18,
19; 126:9; 130:11, 18;
131:10, 13; 132:12;
133:13; 136:12, 13;
137:22, 24; 138:2, 8,
12, 24; 139:2; 140:17;
143:5, 19, 22; 144:12,
14; 145:4; 146:4, 8;
147:18; 148:15, 17;
149:11; 152:2, 3, 5;
153:1, 19, 21, 22;
154:13, 16; 156:15;
157:24; 158:1; 159:4;
160:5, 6, 10; 161:4;
164:13; 165:3; 168:6;
169:24; 170:10, 23, 25;
171:10, 11, 18; 173:6,
22; 174:4, 12, 19;
175:11, 12
rights [20] 38:24; 39:3,
5, 10; 40:13, 14, 15,
16, 17, 25; 41:6, 10;
42:2, 21; 43:11, 15,
18; 44:8; 56:24; 148:15
robert [3] 79:7; 100:13,
21
room [1] 58:12
rose's [2] 55:5; 109:1
route [1] 121:20
rowena [9] 1:3, 23;
4:12, 13; 17:18; 22:5;
55:19; 60:11; 97:6
rt [1] 1:21
rule [3] 17:9; 114:5, 9
ruling [1] 56:20
run [4] 33:14, 17; 89:3,
4
runs [1] 89:5

- S -

sabbatical [5] 28:10,
11, 18; 30:6; 45:1
sake [1] 124:3
sampson's [1] 55:5
sat [5] 74:21; 92:14,
21; 93:18; 100:20

satisfactory [7] 47:25;
49:3, 7, 17, 22;
110:15; 130:7
satisfy [1] 62:6
save [1] 177:20
saw [9] 24:22; 25:12;
27:12, 14, 23, 24;
96:1; 131:22
saying [34] 14:17; 32:6,
20; 34:23; 35:1; 39:17,
19; 49:2; 64:25; 65:8;
69:16; 71:11; 72:2;
76:14, 16; 78:12, 13;
79:13; 80:17, 25;
85:12; 87:14; 99:16;
100:23; 104:19; 116:3;
124:21; 125:1, 11, 15;
158:23; 166:24; 168:7,
9
says [32] 9:22; 10:18;
49:18; 64:5, 17; 66:23,
24, 25; 67:13; 72:20;
77:8; 82:17; 87:6, 8;
88:10; 106:10; 107:1;
117:13; 125:19; 135:17;
141:14; 149:1; 169:2,
4, 5, 11, 22; 174:25
scale [2] 98:22; 131:7
school [110] 1:6, 12,
17; 4:14; 5:3, 5; 6:2,
5, 6, 9, 15; 7:7;
12:25; 20:8, 14, 25;
21:6, 21; 23:21; 24:12;
25:14; 29:8, 9; 30:17,
21, 22; 32:3; 44:1, 4,
23; 52:24; 53:3, 12,
14; 59:25; 61:15;
82:21; 83:6; 84:13;
86:12; 87:16; 101:7;
102:14, 21, 22, 24;
103:3, 6, 9, 14, 16,
19, 20; 104:19; 105:9;
107:13, 17; 115:19;
116:21; 124:5; 128:15;
129:5; 131:17; 133:8,
10; 134:1, 2; 139:6, 7,
10, 12, 14, 22, 23;
140:18, 22; 141:4;
146:14; 147:25; 148:12;
151:25; 152:23; 154:1,
3, 4, 6, 8, 12, 15, 25;
155:18; 157:17, 18, 20;
159:14, 16; 161:4;
162:15; 164:3; 165:24;
167:19, 20, 21; 168:18;
169:3; 175:25; 176:3
schools [2] 15:9; 53:4
schoonover [14] 20:20,
21, 23, 24; 22:1, 2, 8,
9, 14; 23:6; 25:21, 23;
176:21
score [5] 49:12; 50:11,
15; 51:4, 5
scored [3] 99:8, 10, 14
scores [1] 98:20
scoring [5] 47:24;

50:10, 11, 13; 99:8
screen [2] 163:15;
165:11
screened [1] 174:3
screening [8] 36:9, 15;
163:19; 165:6, 9;
166:11; 167:3
search [1] 93:8
second [20] 21:5; 23:8;
29:7; 30:17, 20, 22;
41:14; 59:24; 65:14,
15; 67:12; 86:6; 87:12,
25; 88:1; 97:21;
121:23; 122:7; 144:25
secondaries [1] 46:23
secondary [4] 7:23; 8:8;
9:9; 176:22
secondly [2] 66:19;
161:6
seconds [1] 41:16
secretary [3] 85:20;
144:25; 145:2
section [1] 141:7
see [34] 15:3; 16:1;
18:13; 33:13; 44:5;
49:16, 17, 18, 24;
61:3, 25; 63:5; 65:9,
11; 75:3; 85:25; 88:7;
91:12; 97:6; 103:22;
112:10, 11; 123:3;
126:16; 128:13; 131:2;
137:6; 150:24; 156:19;
164:8; 166:10; 169:17
seeing [1] 28:1
seeking [1] 81:4
seeks [1] 176:20
seem [2] 121:22; 149:1
seems [2] 66:9; 127:25
seen [14] 15:22; 16:2,
3, 8; 21:17; 27:4, 6,
8, 15; 62:15; 88:17;
89:7, 8; 91:18
seldom [5] 24:19; 34:10;
35:23; 46:21; 85:6
select [3] 30:25; 93:18;
118:7
selected [6] 19:8; 52:6;
95:7; 109:8, 10
selection [15] 29:12;
36:9; 38:3; 54:9, 17;
58:13; 93:8, 10, 11;
99:17, 20; 100:8;
149:8; 152:9; 171:23
selects [1] 149:12
self-contained [1] 103:19
semester [10] 30:17;
32:7; 33:2, 5, 21, 25;
42:13; 85:12
semesters [6] 40:21;
42:11; 43:3, 9, 18, 19
semicolon [1] 84:11
send [3] 158:2; 161:11,
15
senior [1] 6:5
seniority [2] 40:12;
42:16

sennett [1] 1:18
sense [4] 97:17; 119:20,
25; 122:6
sent [7] 20:1; 28:13;
115:25; 141:18; 161:14,
17
sentence [8] 82:1, 4, 5,
6; 84:10, 11; 87:12;
134:22
sentiments [2] 20:3, 7
separately [1] 102:10
september [6] 1:12;
51:16; 89:23; 139:23;
175:24; 178:10
serve [3] 43:17; 64:7,
12
service [3] 43:3;
146:19; 147:1
serving [2] 96:9; 107:16
session [1] 44:2
sessions [1] 172:25
set [8] 19:1; 29:25;
56:6; 60:17; 63:21;
154:1; 172:22; 176:20
seton [12] 52:22, 23;
53:11, 13; 102:23;
103:3, 8, 12, 16, 25;
105:9
sets [2] 134:17; 174:8
setting [1] 52:9
seven [7] 60:18; 64:17;
66:10; 145:8, 11; 148:5
several [9] 9:14, 15;
31:20, 21; 96:21; 97:6;
148:23, 25
shall [2] 162:9; 164:4
share [1] 76:7
shared [3] 99:19, 22, 24
shawn [2] 166:1; 168:4
she [226] 5:19; 13:4,
17; 20:25; 21:5, 12,
20; 22:2, 14, 16, 18,
20, 23, 24; 23:4, 7, 8,
9, 11, 13; 24:8, 9, 10,
15; 28:13; 29:17; 34:3;
44:25; 45:1; 47:15, 16;
52:14, 15, 16, 21;
53:9, 11, 12; 54:16;
58:18, 24; 60:2, 5, 10,
11; 64:7, 8; 75:1;
76:17; 77:21; 78:17,
18; 82:16, 19, 20;
85:21, 24; 86:12, 20,
23, 24; 87:2, 3, 6, 15,
16, 17; 91:12, 13, 22;
94:25; 95:3, 4, 15, 16;
99:6, 8, 9, 13; 101:11;
102:20, 22; 103:3, 6,
7, 8, 9, 11, 12, 13,
17, 25; 104:10, 12, 18,
20, 21; 105:8; 107:16,
23, 24; 109:8, 10;
115:9, 19, 20; 117:5,
11, 24; 119:1; 124:4;
125:15, 19, 20; 126:17;
127:20, 21, 22, 23;

128:4, 5, 9, 17, 18,
21, 25; 129:1, 3, 6, 7,
8; 130:19, 20; 131:17,
24; 132:1, 25; 133:2,
7; 136:25; 140:4, 5, 6,
15; 143:10; 151:15, 16;
153:21, 23; 154:6, 7,
9, 23; 155:2, 5, 6, 9,
11, 21, 22, 25; 156:1,
12, 13, 19; 157:2, 3,
11, 13; 158:2, 13, 15,
17, 19; 159:8, 9, 21;
160:1, 12, 13, 15;
161:2; 167:17, 18, 19,
20; 168:1, 3, 4, 8, 12,
18, 19, 20, 21; 174:8;
175:23, 25; 176:2, 3,
10
she's [19] 12:24; 13:1;
21:21; 23:16; 29:11;
52:20; 59:24; 60:2;
78:3; 86:13, 17; 95:7;
158:4, 13; 159:24;
160:22; 166:6
shear [1] 55:17
shearer [7] 97:7;
100:13; 101:8, 9;
140:8, 10
sheet [1] 45:24
shift [1] 47:5
shooting [1] 111:6
short [22] 8:20; 32:6,
7, 18, 25; 33:1, 3, 9,
11, 19, 24; 34:2;
36:25; 37:3, 4, 5;
38:8, 12; 39:24; 61:13;
122:10
shorter [1] 46:6
shortly [2] 175:8, 10
shoulder [1] 62:25
show [14] 19:25; 33:14,
17; 63:16, 24; 64:4;
75:4; 87:13; 89:3, 4,
5; 96:23; 97:24; 158:8
showed [1] 96:2
showing [2] 64:17;
169:20
shown [9] 60:18; 64:20;
99:15; 103:20, 23;
105:5; 141:14; 146:11;
148:24
shows [7] 103:16; 105:7;
115:19; 158:4; 165:25;
168:1; 169:19
shuffstall [1] 160:12
sic [3] 55:18; 97:11;
131:20
sick [2] 39:15; 40:10
sign [1] 97:3
signed [4] 96:21; 97:7,
9, 17
significant [1] 100:7
similar [1] 58:12
simply [9] 41:12; 67:4;
74:5; 88:22; 113:24;
122:24; 124:3; 151:3;

164:15
since [10] 6:9; 13:1;
31:9, 11, 13, 14;
157:17; 162:14; 166:2
single [1] 84:12
sits [1] 174:4
situation [7] 23:14;
24:20; 82:17; 85:14;
86:9; 150:25; 166:6
situations [1] 37:4
six [8] 85:11; 96:25;
97:2; 100:3; 130:6, 7;
161:15
skills [1] 154:24
skip [2] 80:18; 81:12
skipped [1] 81:22
skipping [1] 81:15
slow [1] 72:15
smalowitz [2] 55:18;
102:17
snafu [4] 173:12, 13;
175:8, 10
social [3] 7:23; 167:20;
168:17
soliciting [1] 64:10
some [41] 4:14; 15:3,
25; 16:2, 3, 11, 12,
13; 18:1, 6; 23:20;
28:10; 31:16; 46:7;
48:6, 19, 20, 21;
50:21, 22; 51:20;
54:15, 16; 57:11, 14;
69:20, 25; 70:5; 74:24;
76:2; 80:22; 90:18;
99:22; 110:4; 132:10;
155:7, 19; 157:5; 177:1
somebody [2] 41:17;
58:10
someone [7] 34:3; 54:6;
57:17; 108:13; 132:3;
140:10; 163:13
something [13] 10:24;
14:9; 17:15, 16; 19:21;
25:12; 38:14; 72:12;
102:13; 107:20; 112:21;
117:13; 147:22
sometime [2] 45:4; 95:20
sometimes [2] 46:20;
47:4
somewhere [1] 24:22
son-in-law [3] 139:13;
171:8, 9
soon [1] 132:11
sorry [5] 23:25; 52:3;
156:4; 175:20
sort [1] 23:20
space [1] 126:8
span [3] 13:12; 151:15;
157:1
spans [1] 47:3
sparse [1] 130:23
speak [7] 4:25; 39:23;
73:17; 77:2; 105:10;
108:7; 162:15
speaking [1] 141:9
speaks [8] 67:1; 87:18,

21; 107:1; 170:23;
174:21; 175:23
special [2] 141:10;
172:5
specialty [1] 128:1
specific [19] 16:4;
24:19; 26:5; 29:14;
31:18; 32:1; 34:16;
35:25; 36:4, 19; 48:20;
53:10; 73:15; 80:1, 3,
7; 83:3; 85:14; 166:17
specifically [4] 24:6;
27:14; 165:21; 166:3
specificity [1] 150:12
specify [1] 88:4
spelled [2] 97:8; 140:23
spend [3] 10:14, 22;
112:21
spent [4] 46:11; 52:22;
53:10, 11
spring [2] 139:19;
157:14
springtime [1] 161:8
stacie [2] 78:17; 81:14
stacy [1] 97:14
staff [11] 10:16; 64:21;
68:1; 85:18; 106:11;
107:2; 135:20; 148:13;
155:7; 164:4; 169:3
stand [2] 17:15; 36:21
standard [3] 13:16;
15:7; 93:13
standing [1] 123:7
stands [4] 89:10;
104:16; 162:24
stanton [3] 139:14;
171:4, 24
start [5] 32:2; 37:3;
101:15; 115:18; 161:4
started [6] 6:8; 47:16;
104:6, 10; 152:2, 15
starting [5] 61:7, 8;
65:22, 23; 66:1
state [15] 4:18; 8:9,
10, 11; 88:23; 114:8;
115:5; 128:15; 129:7,
13; 134:9, 12; 145:18;
160:23; 162:7
stated [8] 75:1; 81:10;
88:6; 89:11; 90:9;
108:13; 175:7, 8
statement [30] 20:4, 6,
15; 23:11; 27:18; 66:6,
10; 72:23, 24; 73:8,
13; 74:1, 6, 7, 9, 10,
16; 75:7; 77:9; 107:6;
141:2, 7; 142:7, 13;
162:25; 163:23; 167:24,
25; 175:14; 177:3
states [3] 1:1; 88:2, 18
stating [2] 161:9; 177:3
status [2] 40:6
stearns [1] 97:15
stefanucci [4] 132:16,
20, 21, 22
stenographic [1] 179:8

step [6] 38:16; 40:7;
41:18; 44:24; 57:4;
90:6
stephanie [3] 97:14, 20,
23
stepped [1] 175:9
stepping [1] 173:1
sticker [2] 84:3, 8
still [11] 26:23; 38:7;
73:3; 89:10; 100:19;
104:15, 16; 119:18;
135:24; 145:10; 162:24
stood [1] 151:5
stop [5] 136:11, 12;
177:25; 178:5, 6
stored [1] 146:17
straight [2] 154:11;
176:20
street [1] 1:19
strengthen [1] 154:23
strict [2] 148:12;
154:25
stronger [1] 100:5
student [18] 22:4;
23:23; 24:1, 6, 9, 20,
23; 25:7, 12, 14, 16;
26:1, 8; 50:18; 100:16,
25; 101:1, 9
students [5] 9:11;
23:17; 47:2; 128:4;
166:2
studies [5] 7:23; 8:7,
18; 167:20; 168:17
stuff [1] 86:4
styled [1] 4:13
sub [11] 7:9; 8:20; 9:5;
38:12, 21; 39:9, 10;
40:1, 2, 4; 107:17
subbing [1] 8:23
subject [2] 47:4, 6
subjected [6] 58:3, 18;
75:22; 76:1, 18; 107:9
submission [2] 16:25;
110:14
submitted [3] 60:19;
110:3, 10
subpoena [4] 5:18;
109:23; 110:8, 13
subs [4] 39:24, 25;
56:23
subsequent [1] 172:18
subsequently [4] 71:3,
5; 95:22; 172:16
substitute [71] 5:6;
12:1, 25; 13:5; 14:20;
20:14, 16; 22:5; 28:12,
17; 31:17; 32:1, 10;
33:1, 10, 19; 36:20;
39:4; 41:12; 43:3, 9;
45:2, 3; 52:14, 20, 21;
56:13; 61:14, 25; 62:6,
7; 64:7, 12, 22; 66:13;
68:21, 24; 69:1, 5;
75:20, 21, 25; 84:14,
17; 87:16; 95:12, 13;
99:24; 103:7; 104:13,

20, 21; 128:18, 21;
129:1; 130:21; 131:17,
23, 24; 132:3, 6, 9;
139:6, 18, 19, 22;
146:13; 147:23, 24
substituted [3] 16:5;
78:17; 103:13
substitutes [9] 30:8;
40:25; 42:23; 43:17;
61:8; 75:21; 88:11, 13;
130:1
substituting [5] 13:1;
53:13; 132:13; 163:21,
22
suggest [1] 161:1
suggested [3] 120:12;
121:20, 25
suggesting [1] 70:13
suggestion [1] 155:2
suggestions [5] 34:15;
35:24; 50:21; 154:22;
155:3
summaries [2] 15:13;
17:1
summary [4] 14:20;
15:25; 114:2, 10
summer [4] 155:13, 15,
16; 156:7
summertime [2] 44:3;
161:16
superintendent [17] 5:23;
6:1; 8:11; 12:6; 22:16;
23:3; 31:4; 33:14;
35:10, 11; 37:8; 48:2;
71:23; 76:25; 83:6;
164:3
supervision [1] 24:4
supervisor [3] 24:18,
19; 26:5
supply [3] 142:22, 23,
24
support [3] 125:15, 19,
20
supported [3] 113:15,
16; 117:21
supporting [3] 114:10;
116:22; 124:6
suppose [1] 135:14
sure [42] 7:12; 9:19;
13:19; 15:5, 16; 16:2;
27:12; 30:16; 34:22;
53:10, 24, 25; 54:3, 4,
11, 14; 60:13; 63:2;
64:15; 76:9; 78:21;
89:18; 90:4; 91:17;
95:18; 103:10; 104:21,
22; 109:24; 114:13;
122:25; 123:2, 12;
124:23, 25; 130:2;
131:11; 138:25; 151:21,
23; 161:14
susan [1] 165:21
suzanne [1] 155:5
swap [1] 61:1
sworn [1] 4:5
synopsis [2] 123:8;

126:23
system [17] 50:11;
52:14, 15; 102:21;
104:18; 106:11; 107:13;
128:15; 134:18, 19, 20,
24, 25; 135:1; 163:11,
15
szalewicz [18] 52:11;
54:12; 55:19; 79:4;
94:25; 95:10; 96:24;
97:3; 99:5; 102:17, 18,
19; 104:15, 17; 107:12;
108:8; 109:6

- T -

t-a-o-r-m-i-n-a [1]
140:23
t-a-r [1] 140:23
table [1] 126:7
taken [6] 1:9; 31:15;
51:12; 89:20; 103:7;
119:7
takes [3] 36:21; 99:18;
161:15
taking [4] 28:10; 42:14;
45:1; 134:21
talent [1] 128:3
talented [1] 128:3
talk [1] 20:4
talked [5] 29:16; 78:1;
79:4; 112:8; 172:24
talking [28] 6:24;
22:21, 22; 29:22; 30:3;
33:1, 3, 21; 36:25;
45:20, 21; 57:16; 71:8;
93:15; 96:15; 104:2;
106:15; 112:20; 117:15;
118:15; 129:4; 142:11;
147:1; 166:17; 170:16;
172:7, 8; 174:10
tammy [3] 59:21; 139:24
taormina [1] 140:23
taught [12] 8:19, 24,
25; 9:10; 15:14; 77:21;
85:1; 103:3; 105:8;
128:25; 139:17
teach [3] 10:16; 76:17;
141:10
teacher [54] 5:6; 20:15,
16; 21:20; 24:9; 26:1;
28:12; 29:7; 30:6;
32:9; 34:1, 3; 35:25;
36:4, 12, 21; 39:4;
41:21; 45:3; 52:14;
59:24; 61:21, 22; 62:6,
8; 84:16; 87:13; 99:24;
100:16; 101:6; 117:5;
127:22; 130:21; 132:24;
139:6, 15, 18, 19, 22;
140:11; 147:23; 152:7;
155:3, 10; 162:9;
165:24; 167:19, 20;
168:17; 169:1, 6, 7;
170:7

teachers [37] 12:1, 5;
14:20; 15:13; 23:23;
24:1, 6, 20; 25:7, 13,
14, 16; 30:7, 23, 24;
31:15; 32:13; 56:9;
57:8; 61:25; 62:1;
69:5; 84:24; 94:5;
109:4; 111:13; 141:9;
158:10; 163:8; 168:12;
169:4, 5, 9, 10, 12, 18
teaches [1] 84:16
teaching [47] 10:4;
13:6, 17; 15:8; 22:4;
24:23; 31:7; 47:16;
48:9; 53:12; 56:9;
67:18; 68:16, 18, 20,
21; 69:6; 71:21;
100:24, 25; 101:1, 9;
103:17; 128:11; 129:3;
130:5, 13, 14, 15, 20;
131:22, 23; 132:16;
133:2; 135:20; 139:3,
9; 140:6, 17, 19;
146:13; 148:11, 12;
156:2; 160:2
team [1] 38:3
technical [2] 32:20;
121:19
technically [2] 32:21;
104:11
telephone [1] 120:11
tell [21] 27:13; 46:8;
61:21; 78:24; 81:1;
103:5; 120:7; 126:14;
127:5; 128:18; 137:9;
144:20, 22; 145:21;
151:13; 152:24; 153:1;
157:7; 159:18; 173:20;
174:1
telling [7] 17:21;
44:11; 69:4, 7; 87:4;
91:19; 168:16
tells [2] 91:12; 153:17
temporal [1] 22:22
temporary [6] 7:6; 8:21;
44:7; 129:17, 19;
136:22
tend [1] 46:23
term [73] 5:6; 7:9;
13:5; 30:18; 31:25;
32:6, 7, 18, 25; 33:1,
3, 6, 7, 9, 11, 19, 24;
34:2; 36:25; 37:3, 4,
5; 38:8, 12, 13, 14,
21; 39:9, 10, 24, 25;
40:1, 2, 3, 21, 24;
41:12; 42:9, 12, 23;
43:3, 9, 13, 17; 44:7;
56:13, 23; 61:13, 14,
24; 62:7; 64:12, 22;
65:1, 4; 66:13; 68:21,
24; 69:1, 5; 70:4;
75:20, 21, 25; 84:14,
17; 121:10; 131:16
terms [17] 10:12, 15,
22; 11:1, 2; 14:4;

15:6; 18:5; 22:22;
32:18; 39:23; 50:10;
107:3; 114:10; 115:8;
144:23; 165:6
testified [10] 4:5;
49:4; 83:14; 107:11,
16, 22; 108:6; 157:24;
160:3; 173:4
testify [3] 81:3;
120:21; 121:2
testimony [23] 2:2;
25:19, 20; 26:2; 32:12,
17, 22; 43:2, 4, 12;
59:10, 13; 70:14;
104:24; 105:2; 107:18;
157:13, 21, 25; 170:22;
175:3, 4, 5
textual [1] 84:9
thank [7] 26:20; 61:4,
18; 62:12; 63:11;
87:22; 99:5
themselves [1] 102:8
theory [2] 76:14
therefore [4] 18:11;
84:15; 140:13; 143:24
thereof [1] 84:10
they've [2] 71:2; 161:9
thick [2] 16:18, 21
thing [11] 4:22; 11:20;
18:3; 47:7; 108:18;
125:8; 131:4; 134:22;
144:8; 156:23; 164:18
things [13] 9:14, 15,
17; 47:3; 110:16;
112:8, 14; 118:6;
126:7; 155:19, 21, 23;
169:16
think [61] 18:13; 19:18;
26:8; 27:11; 41:14, 22;
48:19, 23; 53:9, 11,
18, 21; 54:3; 56:22;
58:6; 65:22; 71:1, 9,
16; 72:14; 78:7; 79:1;
81:17; 83:20; 86:2;
88:10; 91:21; 92:25;
93:12, 15; 94:1; 97:1;
98:5, 19; 100:17;
102:12; 106:13; 112:23;
113:22; 116:13; 117:16;
118:11, 12; 121:22;
124:20; 127:1, 5, 24;
131:7, 14; 132:4;
134:3; 136:18; 148:3;
162:11; 163:10; 167:13,
17; 172:24; 176:5
thinking [1] 30:25
thinks [1] 66:1
third [8] 42:13; 65:15,
17, 20; 66:7; 146:10;
160:11
thirty [1] 41:16
thirty-nine [4] 46:2, 3,
14, 15
thirty-one [3] 177:7, 8,
18
though [16] 34:23; 35:1;

37:1; 38:1; 40:3;
49:10; 53:24; 72:24;
89:10; 95:6; 100:23;
104:16; 145:12; 156:24;
162:24
thought [11] 24:22;
36:25; 54:21; 107:16;
117:24; 118:25; 128:25;
157:22; 169:7; 173:12,
13
thoughts [1] 115:12
threat [1] 137:18
three [30] 9:17; 16:21;
30:24; 31:1; 40:21;
42:11; 43:3, 9, 18, 19;
44:5; 55:3; 65:21, 25;
66:8; 72:18, 19; 96:24;
97:2, 7, 18; 100:3;
102:25; 129:12; 132:2;
164:23; 170:9; 171:21;
177:20
throughout [1] 112:7
tight [1] 154:18
time [85] 4:23; 8:20;
10:12, 22; 11:2, 21;
13:4; 15:3; 21:1, 3;
22:22; 29:15; 31:13,
14; 32:1; 33:20; 36:2,
13; 40:9; 41:5, 14;
45:16, 17; 47:11, 12,
17; 48:20; 51:12;
52:15; 53:13; 55:6;
57:9; 69:21, 22; 71:10;
72:9; 73:15; 74:13;
76:25; 78:2; 79:1;
81:6; 85:17, 18;
100:10, 19, 21, 23;
101:18; 103:11; 105:24;
110:1, 19; 112:19;
113:20, 21; 115:20;
120:14; 121:18; 130:19;
137:3; 140:15; 142:10;
150:11; 152:14; 153:13;
155:1; 156:8, 23;
157:14; 159:12; 161:12,
15; 166:2; 167:17, 22;
168:24; 170:7; 171:6,
22; 174:15; 177:21, 24;
178:15
timely [3] 70:7, 8, 10
times [5] 16:8; 24:15;
37:13; 55:20; 100:4
timing [2] 42:19; 44:6
title [2] 155:3, 10
titusville [6] 6:6, 9;
8:25; 9:3, 7, 11
today [6] 4:15; 17:12;
89:23; 106:1; 120:13;
121:13
today's [1] 5:1
together [2] 63:16;
172:23
told [17] 21:20; 41:23;
51:4; 70:22; 80:15, 16,
18; 81:12; 107:7;
125:7, 10; 137:9;

156:13; 173:17; 176:1,
9
too [6] 18:15; 58:22;
121:7; 127:8; 130:9;
174:19
took [9] 29:17; 79:18;
80:23; 89:24; 110:7;
140:6; 152:14; 153:9;
173:11
top [10] 24:10, 14;
26:8; 49:16; 84:6;
115:24; 117:3; 156:2;
158:9; 159:17
total [2] 16:25; 57:10
totally [2] 121:21;
161:22
toward [1] 8:13
towards [1] 161:10
track [5] 10:24; 11:5,
11, 17
tracking [1] 11:12
transaction [3] 80:23,
24; 163:13
transactions [1] 79:18
transcript [4] 105:25;
112:16; 113:11; 179:8
transcripts [1] 113:23
transferred [2] 168:20,
21
trial [1] 17:5
trigger [1] 38:24
trouble [1] 48:7
true [8] 59:1, 6; 64:6;
104:25; 133:17; 139:25;
163:4; 179:7
truth [2] 68:15, 17
try [5] 11:15; 34:7;
41:13; 58:6; 74:13
trying [10] 32:14; 41:1,
2; 43:24; 44:12; 73:19;
122:1; 137:10; 140:5;
175:7
tuesday [1] 1:11
turn [8] 28:3; 34:20;
63:4; 112:2; 130:18;
141:13; 146:8, 9
turned [1] 152:4
turns [1] 116:6
twice [1] 151:16
two [51] 6:16; 9:17;
15:1; 16:20; 19:2;
24:8; 30:19, 20; 51:9;
53:11; 58:9; 63:15, 23;
64:5; 65:22, 23, 24;
66:8, 16, 17; 67:10;
81:22; 84:9; 96:24;
97:7, 18; 100:1, 2, 9;
103:3, 12; 107:10;
119:5; 120:3; 121:5;
123:3; 127:12, 15;
140:4, 9; 141:13, 14;
144:17; 149:23; 152:3;
157:3, 5, 9, 12;
164:20, 24
type [12] 11:2; 87:15;
129:9, 10, 20, 25;

130:2, 4, 9, 12;
150:25; 165:8
types [1] 62:1
typical [3] 46:5, 6, 9
typically [3] 5:9;
23:15, 16


- U -


uh-huh [37] 4:16; 5:25;
9:16; 11:18; 12:20;
20:2; 22:18; 23:19;
24:7; 25:11; 28:5;
32:8; 37:21; 38:22;
42:22; 47:13, 19; 48:3;
57:19, 20; 58:20;
60:20; 61:12; 63:12;
65:18; 74:18; 79:6;
86:11; 91:7; 98:9, 16;
99:7, 11; 151:7;
156:10; 162:9; 171:20
unacceptable [1] 171:13
unaware [1] 171:22
uncertified [1] 160:15
uncommon [5] 30:7, 10,
12, 13; 31:3
under [12] 24:4; 39:7;
42:21; 43:14; 69:4;
76:19; 84:17; 86:24;
87:2, 3, 15; 141:9
undergo [2] 122:12;
131:16
undergraduate [1] 101:12
understand [46] 10:15;
13:2; 19:13, 18; 25:19,
20; 32:5; 33:14; 39:11;
43:12, 24; 45:2; 50:16;
56:12; 57:7; 65:7, 8;
67:22; 68:9; 70:5;
73:1; 77:5, 25; 82:19;
99:16; 107:6; 109:3;
122:21; 125:18, 22;
126:20, 22; 129:21;
131:15; 138:22; 147:14;
148:17, 18; 154:10;
162:17; 170:20; 171:3;
173:6; 176:25
understanding [6] 28:20;
43:19; 107:22; 140:5;
175:7; 178:12
understood [2] 122:8;
166:13
union [15] 39:8; 71:11,
20; 72:11; 110:3, 14;
148:14; 149:2, 4, 6,
13, 25; 151:5; 157:11
unit [1] 39:7
united [1] 1:1
universities [1] 161:6
university [13] 6:16,
17, 19, 22; 7:1, 2, 4,
21; 8:2, 4; 24:18, 19;
26:6
unknown [2] 72:21
unless [3] 5:10; 128:19;

164:5
unqualified [1] 160:15
unsatisfactory [5] 47:24;
48:19, 23; 49:5, 11
until [10] 6:11; 22:24;
23:3; 101:15; 120:1;
131:2; 160:13; 161:4;
177:20
up [15] 34:21; 35:14,
21; 44:3; 74:20; 78:1;
88:9, 20; 100:16;
125:14; 126:15; 147:9,
10; 154:1; 175:9
up-to-date [1] 71:18
updated [1] 12:3
upon [14] 36:5; 51:2;
110:9; 111:11, 24;
117:19, 25; 118:1, 6;
125:16, 17; 128:13;
142:5; 145:3
us [25] 17:18, 20;
18:12; 19:6, 7; 23:12;
27:7; 81:1; 110:5, 10;
119:12; 125:9, 12;
127:5, 6, 21; 133:22;
136:11; 142:24; 147:9;
149:16; 152:9; 155:22;
163:19
use [9] 17:4; 33:6, 11;
36:9; 56:9; 70:4;
131:7; 155:3; 173:15
used [4] 33:7; 61:24;
93:5; 121:10
using [1] 50:13
usually [2] 56:8; 85:10
utilize [1] 10:25


- V -


vacancies [15] 67:16,
17; 68:2; 71:21;
103:12; 107:3; 134:16;
135:18, 19; 149:5;
151:24; 152:9; 154:1
vacancy [7] 42:14, 16;
148:11, 13; 153:3;
159:6, 7
vacant [5] 104:4, 11;
135:3; 157:16
vague [1] 58:6
valuation [1] 138:10
vantage [1] 39:6
varied [1] 16:8
various [2] 31:16;
111:12
verbal [4] 37:17, 18,
19; 52:1
verbalize [2] 4:19; 52:2
version [7] 134:10, 13;
135:16, 22; 165:1
versus [7] 4:13; 19:9;
37:3; 100:5; 121:4, 20;
164:25
very [21] 19:23; 24:19;
25:17, 18; 34:2, 9;

35:23; 46:21; 48:8;
58:12; 65:12; 80:7;
85:6; 86:4; 89:25;
93:2; 117:22; 130:23;
132:10; 140:19
view [5] 114:14, 15;
134:13; 135:15; 162:5
violate [1] 107:5
violation [3] 106:9, 13;
160:19
virtue [1] 84:16
vis-a-vis [2] 58:3;
61:14
vision [1] 40:10
visit [1] 45:5
vitae [2] 13:18; 14:13
voluminous [1] 15:13
vote [1] 162:23;
173:22, 23, 24; 174:6,
7, 19, 22, 24, 25
votes [3] 175:4, 5, 6
voting [1] 174:21
vouch [1] 65:3


- W -


w [1] 1:19
wagner [79] 1:3, 23;
4:12, 13; 12:18, 20,
23, 24; 15:14; 16:5;
17:18; 19:22; 20:1, 11;
22:3, 4, 5; 28:11, 17;
44:20; 45:1, 3; 47:12;
51:2, 22; 55:19; 56:4;
58:3; 60:6, 11; 62:15;
74:23; 76:18; 78:19;
90:17, 21; 91:12, 25;
92:21; 95:11; 96:5;
104:6; 108:15; 115:7;
116:23; 117:23; 118:24;
123:9, 14, 23; 126:17,
24; 130:20, 24; 131:5;
132:2; 133:1, 6; 137:2;
148:25; 149:6; 151:4;
152:13, 25; 153:17;
154:22; 155:13, 16, 24;
157:1, 23; 158:11;
159:19; 169:1; 175:23;
176:9; 177:2; 178:3
wagner's [9] 22:10;
27:17; 48:9; 58:17;
73:9; 74:4; 75:8; 98:8;
154:5
wait [9] 36:24; 87:1;
104:23; 135:6; 136:17;
153:6; 175:18
waiving [1] 64:18
wanted [6] 53:7; 63:7;
152:16; 156:19; 169:11;
176:19
wasn't [21] 22:11;
58:22; 71:15; 76:20;
79:10, 14; 81:8, 20;
83:14, 16; 104:11;
145:1; 149:6; 155:25;

Elite Concordia Utility - CONCORD3

166:17; 167:17, 18;
168:8; 170:6; 172:5
wavelength [1] 93:3
way [12] 34:7; 38:11;
66:20; 74:15; 82:19;
98:10; 112:18; 119:15;
122:3; 138:14; 148:2;
159:2
ways [1] 157:9
weathers [2] 97:8; 139:3
wednesday [2] 110:24;
111:6
week [2] 10:14; 100:17
weekly [3] 10:22, 24;
11:6
weeks [2] 77:22; 161:15
west [1] 30:21
western [1] 1:1
what's [27] 24:2; 30:3;
31:10; 33:14; 46:22;
48:4; 50:3; 56:17;
73:5, 11, 23; 77:23;
86:15; 104:8; 106:4;
111:19; 133:12; 151:1;
158:16; 160:14, 17;
166:21; 167:6, 8, 10;
170:13
whatever [5] 49:18;
114:21; 122:10; 125:13;
126:15
when [77] 23:2, 4;
27:12, 14, 19, 23, 24;
29:17; 33:19; 39:8;
40:16; 44:8; 51:22;
55:24; 56:8, 23; 57:21;
58:10, 12; 64:19;
68:20; 69:14; 70:18;
71:4, 23; 79:12, 18;
85:7; 88:20; 96:1;
98:17; 100:11, 18, 19;
101:16; 102:14; 104:17;
106:8; 112:13, 20;
115:4; 122:8; 126:2;
127:5, 7, 19; 128:5;
129:19; 130:4; 136:20;
139:7, 10; 142:11, 18,
20, 21, 22; 146:22, 23,
24; 149:5; 154:20;
155:21; 156:6; 160:21,
24; 161:11; 164:9;
165:12; 170:1, 6;
174:3, 7, 8, 10
whenever [2] 137:25;
148:10
where [29] 7:20; 8:1,
23; 24:20; 34:1; 36:4;
38:14, 15; 39:20;
42:11; 60:11; 66:10;
67:24; 70:5, 19, 23;
84:3; 86:9; 90:25;
97:23; 127:23; 136:9;
137:19, 22; 166:6;
167:25; 169:9; 170:17
whether [16] 15:22;
18:2, 13; 22:3; 46:8;
73:16, 19; 82:22;

86:19; 110:14; 124:8;
163:13; 165:10, 14;
167:3, 11
while [4] 31:1; 36:1;
40:22; 86:24
who [45] 20:24; 30:6;
31:15; 36:21; 38:6;
39:4; 40:5, 6; 43:13,
17; 54:12; 58:13;
61:13; 68:1; 76:23, 24;
82:8, 12; 84:16; 85:18;
89:5; 93:18; 95:1;
99:14; 100:4; 102:19,
20; 108:2; 115:6;
119:22; 126:25; 135:8;
136:4; 140:12; 147:5;
152:10; 162:9; 163:8;
166:1; 167:4; 174:4
who's [1] 30:25
whole [2] 155:20; 159:17
whom [3] 15:14; 110:12;
117:14
whose [3] 64:20; 68:1;
160:11
why [37] 11:10; 15:2;
31:24; 63:2; 65:5;
90:18; 99:12; 113:1, 8;
114:17; 115:9; 118:17,
23; 122:7; 123:9;
126:17, 24; 127:2, 21;
132:25; 137:10; 145:19,
21; 147:9, 10; 149:6,
21; 151:3, 5; 154:14;
156:19; 157:7; 158:2,
3; 160:4, 20
wish [9] 4:22; 18:9, 11;
67:5; 76:13; 112:3;
115:5; 116:19; 133:20
wished [1] 30:9
wishing [1] 45:1
withhold [1] 156:19
within [21] 23:20;
24:12; 40:8, 20; 45:18;
47:25; 49:20; 54:9;
68:13, 16; 70:22; 71:6;
99:23; 106:11; 107:12;
134:2; 135:20; 146:15,
25; 168:9; 169:2
without [11] 64:18;
76:17; 77:22; 85:22,
23; 86:10, 12, 17, 20;
87:10; 89:5
witness [25] 15:19;
16:3; 32:19, 23; 43:5;
44:10, 13; 53:5; 63:6,
9, 12; 66:4; 71:6;
78:15; 81:10; 87:23;
89:18; 99:2; 109:24;
119:3; 123:22; 125:23,
25; 166:16; 167:9
witnesses [2] 119:12;
137:22
won't [1] 83:11
wondered [1] 105:21
word [9] 48:23; 66:14,
20; 93:5; 122:3;

170:17; 173:15
words [1] 17:23
work [21] 7:20, 24;
8:12, 23; 20:4, 6, 12,
14; 22:10; 39:9; 56:14;
92:14; 101:5; 106:11;
122:3; 128:13; 132:15;
143:9; 155:20; 156:20
worked [15] 22:4; 39:4,
5; 40:4; 77:5; 82:20;
86:10, 12, 17, 20, 24;
87:2; 103:25; 128:4;
139:5
working [7] 36:4; 43:22;
44:1; 87:10, 15;
102:21, 23
works [3] 38:11; 41:17;
87:3
worry [1] 106:3
wouldn't [7] 37:12;
48:18; 86:1; 98:23;
99:1; 125:5
wrestling [2] 6:19; 7:11
write [1] 30:8
writes [1] 32:9
writing [5] 30:1, 3;
56:6; 98:12, 15
written [6] 20:19;
21:25; 27:4; 37:14;
49:18
wrong [2] 81:8; 105:1

- X -

x [2] 2:1; 32:10

- Y -

year [59] 6:23; 9:6;
20:8, 14; 22:22; 29:9;
30:17, 19; 31:10;
46:10, 12; 47:17;
53:12, 16; 69:21; 71:6;
76:17; 78:8; 82:21;
85:10; 86:12; 103:6, 7,
19, 20; 107:17; 129:4,
5; 131:17, 25; 136:22,
25; 139:23; 141:21;
144:6, 7, 25; 146:14,
25; 147:19, 25; 151:25;
152:15; 154:2, 3, 4, 6,
8, 12, 15; 157:18;
159:9, 14, 16; 161:4,
12; 168:18
yearly [3] 10:25; 11:1;
102:15
years [28] 5:7; 6:17,
24; 9:2, 3, 7; 13:13;
52:22; 53:11; 68:17;
69:7, 13; 71:10;
102:12; 103:3, 5, 13;
126:6; 129:12; 130:6,
7; 132:2; 140:7; 145:9,
11; 151:16; 157:2;

160:2
yellow [2] 84:3, 8
yep [2] 61:19; 89:16
yesterday [1] 120:10
yet [4] 101:11; 105:15,
17; 145:7
youngstown [3] 8:9, 10,
11
yours [2] 75:14; 129:2
yourself [2] 54:11;
150:25

- Z -

zero [2] 42:16; 155:11

Elite Concordia Utility - CONCORD3

 1                  UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF PENNSYLVANIA
 2
ROWENA WAGNER                    )
 3                   Plaintiff   )
                                 )
 4            vs.                ) NO. 04-264 Erie
                                 )
 5  CRAWFORD CENTRAL SCHOOL       )
    DISTRICT, et al              )
 6                   Defendants. )

 7

 8          Deposition of CHARLES HELLER, taken on Thursday,

 9      October 20, 2005, at the Crawford Central School

10      District, 11280 Mercer Pike, Meadville, Pennsylvania,

11      commencing at 9:00 a.m., before Linda K. Rogers,

12      Shorthand Reporter and Commissioner of Deeds in the

13      Commonwealth of Pennsylvania.

14  For the Plaintiff:

15          Caleb L. Nichols, Esquire
            Law Office of Caleb Nichols
16          P.O. Box 1585
            Erie, Pennsylvania 16507

17

18  For the Defendant Crawford County School District:

19          Mark J. Kuhar, Esquire
            Knox McLaughlin Gornall & Sennett
20          120 West Tenth Street
            Erie, Pennsylvania 16501

21

22  For the Defendant PSEA:

23          Richard S. McEwen, Esquire
            4250 Route 6N
24          Edinboro, Pennsylvania 16412

25                          *   *   *

1    C H A R L E S   H E L L E R, having been

2    previously duly sworn, testified as follows:

3

4         MR. NICHOLS:  Mr. Heller, it's approximately 9:15.

5         The date is October 20, 2005, and we are resuming

6         the deposition of Mr. Charles Heller, III.

7              Mr. Heller, you are already under oath, so we

8         can just continue with the questioning where we

9         left off from.

10

11              DIRECT EXAMINATION CONT'D

12   BY MR. NICHOLS:

13

14   Q.   I believe that the point of departure where we

15   stopped dealt with what I have labeled as Exhibit 1.  I am

16   not sure whether this was put into the record or not.  What

17   it is is a batch of employment interview analyses of

18   candidates for a teacher position in 2004.

19        Ms. Wagner was an applicant in that pool of

20   candidates.  These were provided by Mr. Kuhar, on the

21   opposite team, which I issued.  The names of these

22   individuals are all here on the interview analyses.  I would

23   just -- I don't think they have been made a part of the

24   record.

25        MR. NICHOLS:  I'd ask you mark these.

1              (EX. 32 - INTERVIEW ANALYSES,

2                marked for identification.)

3        Q.    Mr. Heller, in referring to Exhibit 32 I reviewed

4    those very closely and I did not see any classroom

5    observation summary results.  I do recall what you said in

6    my earlier question that you returned those, you did not

7    maintain them as a part of the personnel files.  You

8    returned them to the applicants or as I read the transcript,

9    I believe Mr. Kuhar said on some occasions they were

10   discarded.

11       A.    Um-hmm.

12       Q.    With respect to these batches of applications, the

13   interview analyses, what would be the case?  What happened

14   to the observation results, summary results, were they all

15   returned to the applicants?

16       A.    I think that, best of my memory, some of them were

17   returned and if we do not have them on file then they were

18   discarded.

19       Q.    You made the point earlier that they were not

20   maintained as a part of the personnel file of the

21   applicants; is that correct?

22       A.    I believe most of them aren't, that's correct.

23       Q.    These would be maintained -- the ones that you did

24   keep, how would you have maintained those?

25       A.    I'm not sure of your question.  Can you clarify

1    that, the ones that we have maintained?

2         Q.   Okay.  Except the ones that you returned, of

3    course, as I understand you returned to the applicants, and

4    then the ones that you discarded, they were physically

5    disposed of, right?

6         A.   Um-hmm.

7         Q.   Were there others that you maintain in some file

8    other than the personnel file of the applicants?

9         A.   I do not have any in any file that I can

10   recollect.

11             MR. KUHAR:  And to be clear, you're asking about

12             observation reports for the people who are in --

13             MR. NICHOLS:  That's right.

14             MR. KUHAR:  -- Exhibit 32.  Which, if you need to,

15             you certainly can look at that to see who is in

16             there.  It's up to you if you recall it from

17             before.  You can flip through them if you want to

18             see who the names are.  Right, he can look through

19             them?

20             MR. NICHOLS:  Sure.

21        Q.   To help you, this is a list of the names of the

22   individuals that the applications appear.

23             MR. KUHAR:  Let's make that list part of the

24             exhibit then too if we are going to use that in

25             lieu of him flipping through it.  Make a copy if

4

1              we need to.

2         A.   I don't recall that we have any observations on

3    any of these people in their personnel file that are on this

4    list.

5         Q.   Can you testify today whether those observation

6    summaries were prepared for each of the individuals whose

7    name is shown in Exhibit 32?

8         A.   I can testify that these people have been observed

9    in some capacity by some administrator who is made up of the

10   selection committee, that's all I can testify.

11        Q.   But would they have prepared in each case, in each

12   instance, a written observation summary for each individual?

13        A.   I can't say for certain that they all have been,

14   no, not a formal observation summary.

15        Q.   Okay.

16             MR. NICHOLS:  I ask that this be marked Exhibit

17             33.

18             (EX. 33 - LIST,

19              marked for identification.)

20        Q.   Mr. Heller, I'll show it to you, Exhibit 33.  When

21   you prepared that and submitted it to Mr. Kuhar, in turn

22   Mr. Kuhar submitted it to me, is that -- that's not a

23   conclusive list of all the hirings is it?  I notice you

24   indicated that it showed hirings.

25        A.   That's a conclusive list of the people that were

1    hired to assume elementary education, elementary ed teaching

2    assignments, yes.

3         Q.   Would that list also include individuals who were

4    hired as long-term substitutes?

5         A.   That doesn't include the long-term substitutes.

6         Q.   Nor does it include those who were transferred,

7    moved to different positions already in the system, they

8    transferred to new positions, right?

9         A.   That's correct.  When you say transfer, they

10   transferred on their own, their ability to be able to

11   transfer through the bargaining unit agreement.

12        Q.   Right.

13        A.   We don't have anything to do with that.

14        Q.   I understand.  I understand.  A transfer, what you

15   say, a teacher who is already in the system and transfers to

16   one position to another, that is not considered a new hire;

17   is that right?

18        A.   That's correct.

19        Q.   Therefore, that would not be shown on that list,

20   right?

21        A.   That's correct.

22        Q.   Are there other instances with which applicants,

23   teachers I'm referring to, enter the system and would not

24   have been accounted for on this list?

25        A.   Would you repeat that question?

1       Q.    Are there other means by which teachers have

2  entered the system, become teachers in the Crawford Central

3  School District and would not be shown here?  I just noted

4  two members.  One is they already, by transfer, that's not

5  considered hiring as you report here.  The other would be

6  long-term substitutes, they would not be shown here as a new

7  hire?

8       A.    Right.

9       Q.    I'm asking, are there other -- what about teachers

10  who operate under emergency permits, they would not be shown

11  on this, would they?

12      A.    No, no.

13      Q.    I would like to step back to January 2003.  I

14  understand -- I should ask you:  Did you attend a meeting

15  with Bernard and Fred Wagner?  Do you recall ever doing

16  that?

17      A.    I recall being in a meeting but I don't recall

18  when it was, but I remember being in a meeting with Bernard

19  and Fred Wagner, yes.

20      Q.    What was the purpose of the meeting?

21      A.    I think that both Mr. Wagners wanted to talk with

22  Mr. Dolecki and myself about the employment of Bernie's wife

23  Rowena.

24      Q.    How long did the meeting last?

25      A.    I don't remember.

1    Q.  You recall specifically Mr. Wagner's concern that

2   he expressed?

3    A.  Not specifically I can't, you know, quote the

4   concerns specifically.

5    Q.  During the course of the meeting do you recall

6   having heard Mr. Wagner refer to remarks that were

7   attributed to George Wright?  Specifically the remarks were,

8   quote, and this is Mr. Wright speaking to Mr. Wagner, said,

9   Bernie, what you have to realize is that generally speaking

10   black and brown's are not as smart as white applicants,

11   close quotes.  Do you recall --

12    A.  I remember --

13    Q.  -- that statement, having Mr. Wagner having made

14   that statement during the course of your discussion with him

15   in the presence of his brother Fred Wagner?

16    A.  I remember Mr. Bernie Wagner making a remark like

17   that.  I don't remember if it was at that meeting or some

18   other time we had a conversation, but I remember him making

19   that remark at some point.

20    Q.  And having heard that remark having been made by

21   Mr. Wagner, attributed to Mr. Wright, George Wright, did you

22   express any view either agree or disagree with the remarks

23   attributed to Mr. Wright?

24    A.  Are you asking me if I agreed with Bernie that

25   Mr. Wright made that statement?

1    Q.   No.  I'm asking you:  Did you agree or disagree

2    with the remarks that were made by Mr. Wright?

3    A.   What you're asking me, the alleged remarks by

4    Mr. Wright, do I agree with those alleged remarks?

5    Q.   That's right.

6    A.   I don't agree with those alleged remarks in any

7    way.

8    Q.   Do you know what Mr.Wright was referring to?  You

9    say you heard the remarks, do you know --

10   A.   I didn't hear the remarks from Mr. Wright.

11   Q.   I understand.  Mr. Wagner was repeating the

12   remarks which were made by Mr. Wright to him during the

13   course of a telephone conversation.  I'm asking, do you know

14   or would you have any idea what was the source of his

15   authority for those remarks?

16          MR. KUHAR:  I object to the question.  I think

17          it's vague.  If you want to try to answer it, you

18          can.  Specifically the use of the word authority.

19   A.   I wasn't there.

20   Q.   You were not there.

21   A.   I wasn't part of the conversation.

22   Q.   Okay.  Moving forward, you know Lee McFerren,

23   don't you?

24   A.   Yes, I do.

25   Q.   He is a teacher here in the school district?

1     A.    When I came to Crawford Central School District in

2    2002, he was a teacher in this school district.

3     Q.    Social studies teacher?

4     A.    No.  He was an elementary teacher in the sixth

5    grade when I first came here in February of 2002.

6     Q.    Did he also work with you, perform duties for you

7    or tasks, like recruitment?

8     A.    Lee went on a -- I guess you could call it

9    recruitment.  He went on, what do you want to say, went to

10   Edinboro University on a teacher recruitment day, yes.

11    Q.    And the purpose was to recruit -- what type of

12   personnel were you seeking to recruit?

13    A.    Perspective applicants, teaching applicants for

14   the Crawford Central School District for all positions K to

15   12, all different types of certifications.

16    Q.    With the emphasis on recruiting minority teachers?

17    A.    I would say that was part of the reason for Lee

18   going, yes.  I don't normally go by myself when I go, when I

19   attend these.

20    Q.    How about professional staff?

21    A.    Excuse me?

22    Q.    Professional staff as well, recruitment of

23   professional staff?

24    A.    Yeah, that was the only purpose, professional

25   staff recruitment.

1       Q.    But when I say professional staff, I'm also

2    including teaching staff.

3       A.    We consider the teaching staff as professional

4    staff.

5       Q.    Right.  And he went, accompanied you on that trip?

6       A.    He accompanied me on that trip, yes.

7       Q.    Was that the first occasion he had gone with you

8    recruiting?

9       A.    First and only.

10      Q.    First and only?

11      A.    Yes.

12      Q.    Tell me what would be the nature of the

13   presentation you would make or you made to applicants?

14      A.    Well, normal procedure by the school districts

15   that attend the job fairs are that there are tables set up

16   by the host university and they have, you know, we have to

17   sign up prior to the job fair and then the tables are

18   listed.

19           There are many different school districts that

20   attend and they had a table there that says Crawford Central

21   School District, Millcreek School District.  There's school

22   districts that attend from out of state, Virginia, North

23   Carolina, South Carolina, so forth.

24           What we try to do is we take applications,

25   perspective candidates.  We try to post projected vacancies

1    that we may have in the district at that time, usually it's

2    in the springtime, early spring is when these fairs are held

3    so we're not exactly sure at that point what vacancies we

4    may have, how many vacancies in that subject area we may

5    have.  So, you know, we take -- usually take a resume or

6    names of people who have an interest in our district.  We

7    encourage them to submit an application to us then once they

8    have their portfolio complete.

9         Q.    Did you receive applications?

10        A.    We received applications based on job fairs, yes.

11        Q.    On that particular job fair?

12        A.    Most likely.

13        Q.    Did you extend job offers to any of the applicants

14   from that job fair?

15        A.    We may have, I don't know that.  I can't remember,

16   to be honest with you.  I usually go to the job fair every

17   spring and we may have, we may not have.

18        Q.    You didn't follow up on how many applications you

19   received from that particular --

20        A.    We received numerous applications from candidates

21   throughout the State of Pennsylvania in all subject areas,

22   we have many of them.  We have different positions that

23   require different certifications.  I don't personally look

24   at the applications when they come in immediately.

25        Q.    Whose job would that be?

1    A.    Normally what happens is they are sent to our

2    office.  Our secretary, my secretary, puts them in the

3    application file according to their certification.

4    Q.    Did Mr. McFerren have further involvement in the

5    recruitment efforts after this particular fair?

6    A.    No.  I don't think Mr. McFerren was around long

7    after he went to that fair.  He left our district shortly

8    after that.

9    Q.    Did Mr. McFerren during the course of his

10   employment here with the district apply for a promotion or a

11   position other than what he had?

12   A.    When I came here, Mr. McFerren was a sixth grade

13   teacher at East End Elementary School.  At the time through

14   up until, I think June of 2005 you could hold a middle

15   school core subject teaching position with an elementary

16   certification because at the time the certifications were K

17   to eight.  Mr. McFerren bid into a vacancy at the middle

18   school, and he was a social studies teacher.  He bid into a

19   social studies position at the middle school.  I believe

20   that was shortly after I came here.  Probably I am thinking

21   he probably bid into that position in the spring of 2003,

22   bid into -- and he was in that position at the middle school

23   in the 2003-2004 school year as a social studies teacher,

24   eighth grade middle school.  And at that time Mr. McFerren

25   was completing his administrative certification to become a

13

1   principal.  And he had completed his internship, I'm not

2   sure whether it was in the fall or the springtime of that

3   year at the middle school.

4        Q.   So he got the position you're saying?

5        A.   He bid into the eighth grade position.

6        Q.   He didn't get the position?

7        A.   He got it, yeah.  He got the eighth grade position

8   because he had seniority and it was awarded to him, yes.

9        Q.   Was there any occasion he came to you and

10  indicated that he felt he had applied for some position and

11  did not get it and felt he had been mistreated?

12       A.   Well, we had some administrative positions that

13  were interim positions, I guess you could say, at the time.

14  We had one principal's position that was an interim

15  position.

16       Q.   Where was that?

17       A.   That was at Meadville Area Senior High School.

18       Q.   He applied for that, that position?

19       A.   I think he sent a letter of interest, I believe.

20       Q.   He did not get it, though, did he?

21       A.   No.

22       Q.   As a consequence of that did he come to you at any

23  subsequent time and say he felt mistreated, that he was

24  not -- in terms of his application for that position should

25  have got the job and did not get it?

1       A.    I think what had happened is that Mr. McFerren had

2   voiced his concern that he was not considered for that

3   interim position at MASH, and had expressed that concern and

4   we became aware of it.  And I believe Mr. Dolecki had

5   contacted me personally to come in and speak with

6   Mr. Dolecki and myself.

7       Q.    So he came in and talked to you-all?

8       A.    He came in and talked to Mr. Dolecki, but it

9   was -- the meeting happened because Mr. Dolecki initiated

10  it, I believe is what happened.

11      Q.    May I ask you what was the nature of the

12  discussion when he met with you and Mr. Dolecki?

13      A.    I can't remember all the details.  Lee had

14  expressed his concerns that he was not considered for that

15  position and was upset.

16      Q.    He was upset?

17      A.    Yes.

18      Q.    What was your reaction and Mr. Dolecki's reaction

19  to his being upset?

20      A.    I believe, first of all, that we sat there and we

21  listened to Lee, what he had to say.  It was in

22  Mr. Dolecki's office.  I can't remember exactly what I said,

23  I think Mr. Dolecki did most of the conversation.  As far as

24  coming from the school district it came from Mr. Dolecki.

25  That one of the things that was conveyed to Lee, I am not

1    sure whether Mr. Dolecki said it or I said it, was that he

2    was still in our minds a consideration for a position in the

3    Crawford Central School District, and that this was not a

4    permanent position and there were going to be other

5    positions.

6        Q.    What did he say?

7        A.    And he wasn't being ruled out as an administrator

8    in Crawford Central School District.

9            MR. KUHAR:  You said he was or wasn't?

10           THE WITNESS:  He was not being ruled out.

11       A.    I don't remember what he said.

12       Q.    Did he leave shortly thereafter, did he leave the

13   school district shortly thereafter?

14       A.    Lee was offered a position as an elementary

15   principal at Franklin shortly -- yeah, very shortly after.

16   I believe, don't quote me on this, but we had the

17   conversation in the summertime, but he accepted the position

18   at Franklin.  He spent one day here, it was an in-service

19   day of that following year.  It would have been the --

20   probably he spent one day in 2003-2004 school year maybe.

21   I'm not sure, but he spent one day and then -- yeah, shortly

22   thereafter, I can't give you the details, specific details.

23       Q.    In leaving did he indicate that -- that was a part

24   of the reason why he was leaving because he didn't get the

25   job?  Did he make that known to you and Mr. Dolecki?

16

1      A.    I don't remember Lee saying he is leaving here --

2   he is leaving here just because he didn't receive that -- or

3   wasn't offered that interim position at MASH, no.  I don't

4   remember him saying that.  He left here because he had the

5   goal of becoming an administrator, and the opportunity was

6   presented to him at Franklin and he wanted to take advantage

7   of it.

8      Q.    And that opportunity was not available to him here

9   at Crawford Central School District?

10     A.    At that time we didn't have a vacancy, no.

11     Q.    Did he also seek a deanship here in this school

12  district, dean of students?

13     A.    We had a position available for one year at

14  Cochranton Junior-Senior High School that we were looking

15  at.  It was a vacant position that we were looking for a

16  combination of athletic director and dean of students.

17     Q.    He applied for that also?

18     A.    I think he submitted a letter of interest to that,

19  yes, I believe he did.

20     Q.    But he obviously did not get that job because he

21  left?

22     A.    Yes.

23     Q.    That's correct?

24     A.    Yeah, he left.

25     Q.    Was his application --

1      A.    I would rather say that he accepted another job in

2    another district as an administrator.

3      Q.    But his application for the deanship was rejected,

4    right?

5      A.    We offered that position to another person, yes.

6      Q.    Now, you mentioned and there was a Meadville

7    Senior High School, I believe, position he had applied for

8    also and someone else got that job?

9      A.    Correct.

10      Q.    Who was that person?

11      A.    Pat Dudenhoefer.

12      Q.    Mr. Dudenhoefer, okay.  Mr. McFerren is an

13    African-American?

14      A.    That's correct.

15      Q.    Did you know him prior to his coming to work for

16    the school district?

17      A.    Prior to, not really.  Personally, no.  I knew of

18    him.

19      Q.    How did he come into the system, do you know?

20      A.    Actually I knew Lee, and I talked to Lee probably

21    prior to me having a job at Crawford Central School

22    District.  Our connection was through -- he was an assistant

23    wrestling coach at Meadville Area Senior High School and one

24    of my -- it wasn't a volunteer, but one of my

25    responsibilities in the past was that I was director of

 1    district ten wrestling tournament in Meadville. He was

 2    coaching at Meadville at the time and I had an opportunity

 3    to talk with Lee once in a while. But as far as knowing

 4    him, I didn't know him very well, no, at that time. And I

 5    wasn't here when Lee accepted a teaching position in the

 6    school district. I wouldn't know what date that would have

 7    been when he came here.

 8        Q.    You came in 2002.

 9        A.    He was here before I came here.

10        Q.    You also mentioned that there was a time in which

11    a teacher having an elementary certification was allowed to

12    teach at middle school?

13        A.    Um-hmm.

14        Q.    Is that correct?

15        A.    That's correct.

16        Q.    When did that exist, what period are we talking

17    about?

18        A.    Up through 2005, I think was the cutoff.

19        Q.    What official authority allowed that, do you know?

20        A.    Who made those decisions?

21        Q.    Right, allowed that.

22        A.    Pennsylvania Department of Education.

23        Q.    Do you -- if I were to ask you for a citation,

24    could you be responsive? What was the nature of it, was it

25    by the secretary of the department of education or was it by

1    some other kind of promulgation?

2        A.    It probably came about through -- probably

3    originated, and I don't know this for a fact, but No Child

4    Left Behind, came from there and then it came to the

5    Department of Pennsylvania -- Pennsylvania Department of

6    Education and from there there was a committee that

7    established this on certifications.

8        Q.    No Child Left Behind, you say?

9        A.    Could have been.  I am just editorializing now.  I

10   don't know where it came from.  It was an edict delivered by

11   the Department of -- Pennsylvania Department of Education.

12       Q.    It was in effect until 2005.

13       A.    Where people who had an elementary certificate, K

14   to eight, could teach in a middle school setting in a core

15   subject area.

16       Q.    With an elementary certification?

17       A.    That's correct.

18       Q.    Only?

19       A.    Only, yes, like math, science, social studies, I

20   think computer science fell under that, yes.

21       Q.    It was discontinued in 2005?

22       A.    Yeah.

23       Q.    And the authority which brought the cessation to

24   that policy, do you know what authority?

25       A.    Following, like I said, it was edict from

1    Pennsylvania Department of Education.  I don't know how they

2    came about, I'm not part of that.  We just have to follow

3    those mandates.

4         MR. KUHAR:  And the PDE allowed it and then they

5         stopped allowing it?

6    A.    Well, up until that point, yeah.  That's when it

7    was over.  We couldn't use those K to eight certificates.

8    They weren't considered K to eight, they were considered K

9    to six.  And then there were also other little twists in it

10   like if, for example, Cochranton Junior-Senior High School

11   they are a seven to twelve building.  If you -- you could

12   not teach in a core area permanently with an elementary

13   certificate in a junior-senior high setting, seven and eight

14   setting, it had to in a middle school.  Even though they had

15   specific teachers that might do seventh grade and only

16   eighth grade, it doesn't work that way.  I don't know who

17   came up with it, but that's what we have to follow.

18   Q.    Do you know David Dickson?

19   A.    Yes, I know Dave Dickson.

20   Q.    He was recently hired as a teacher in Cochranton

21   High School I understand.

22   A.    That's correct.

23   Q.    Did he also undergo interview and an observation

24   for this position?

25   A.    Yes, he did.

1      Q.   Do you know who conducted the classroom

2  observation?

3      A.   I think that Mr. Higgins had observed him when he

4  was student teaching.  I think that Mr. Morgan had,

5  Mr. Higgins, Mrs. Guldon, myself, and maybe Miss James.

6           MR. NICHOLS:  I will ask to mark this, Exhibit 34.

7           (PLAINTIFF'S EX. 34 - DOCUMENT,

8            marked for identification.)

9      Q.   Mr. Heller, I show you what has been marked

10  Exhibit 34.  And looking at the last David Dickson and no

11  certification is shown for him.

12      A.   He has a certification, technology education.

13      Q.   So that's just an oversight in that the records

14  don't reflect that there is no certification shown?

15      A.   All three of those gentlemen are, Christopher

16  Condon, Nicholas Krasa, Dave Dickson all had a certification

17  in technology education from California State University.

18      Q.   I noted that he was hired May 23, 2005.  Did he

19  have the certification at that time, do you know?

20      A.   He had fulfilled all the requirements for the

21  certification at that time.

22      Q.   Did he have a certification in hand?

23      A.   He had fulfilled all the requirements.  We had a

24  letter from California State University that he had

25  fulfilled all the requirements.  He was hired on that date

1    but his starting date for that position was the first day of

2    the school, 2005-2006 school year.

3            MR. KUHAR:  Do you know when he actually got his

4            certificate?

5            THE WITNESS:  I don't know when it came in the

6            mail, no.

7        Q.   But we are talking about some day after May 23,

8    right --

9        A.   Yeah.

10       Q.   -- 2005.  Some date after May 23rd, 2005?

11       A.   Um-hmm.

12       Q.   Is that correct?

13       A.   Till he got his official certification from the

14   state, yes.

15       Q.   Did he previously work for the school district

16   before he was employed full-time?

17       A.   Not that I'm aware of.

18       Q.   Do you know where -- did he come from outside of

19   the Cochranton Central -- not Cochranton, correction,

20   Crawford Central School district?

21       A.   Does he live or does he come?

22       Q.   At the time prior to his employment with the

23   school district, did he come from outside of the school

24   district?

25       A.   Yeah, he was a contractor.

1      Q.    He was a contractor?

2      A.    Yes.

3      Q.    In this area or outside of this area?

4      A.    In this area.

5      Q.    Did you know him personally --

6      A.    The first time --

7      Q.    -- before he started working?

8      A.    The first time I ever met him was when he was

9  student teaching at Cochranton Junior-Senior -- excuse me,

10  when he was student teaching at Meadville Area High School,

11  I think is the first time I ever met him.  I may have met

12  him before that, I meet a lot of people.  Did I know him,

13  no, not really.

14      Q.    Okay.  I want to direct your attention to Page 157

15  of your deposition -- transcript of your deposition.  And on

16  Page 157 Mr. Kuhar speaks, Page 157.  And he says in the

17  course of his statement, number two, his prior testimony,

18  referring to your testimony, was that she was interviewed,

19  referring to Miss Wagner, for 20 positions at one time in

20  the spring of 2004.  How do you interview an applicant for

21  20 positions in the course of one day?  How is that

22  accomplished?

23      A.    Restate that question.

24      Q.    I will let you read it, Page 157 of your

25  deposition.

1          A.    What we do is we have an elementary education

2     teaching certificate qualifies you to teach K to six, okay.

3     We have six elementary schools within the Crawford Central

4     School District.  And we have vacancies that could occur in

5     any one of those positions which they are qualified or

6     certified, better put certified, to teach in.  And so we

7     conduct the process and from there as a vacancy occurs then

8     our committee appoints, and then actually we offer the

9     position to that selected candidate for any number of those

10    positions, yes, that is the way it is done.

11         Q.    Now --

12         A.    It's a broad field.

13         Q.    How long does the interview last for any one

14    applicant?

15         A.    Twenty minutes to a half hour.

16         Q.    How many people would sit on the interview

17    committee?

18         A.    We have eight total involved, if you're referring

19    to the elementary.

20         Q.    Right.

21         A.    Yeah.

22         Q.    And each would have an opportunity to pose a

23    question to the applicant within the framework or span of 30

24    minutes you are telling me?

25         A.    Yes, yes.  For the 2000 when we interviewed for

1     those positions, I believe, I believe, that each candidate

2     went through two interviews and there were four people in

3     each committee and they went through one interview, and then

4     they would go through another interview.  Each committee

5     member asked each candidate two questions.

6          Q.   All of this was accomplished in 30 minutes?

7          A.   Total between two interviews we had built in an

8     hour.

9          Q.   Each of the --

10         A.   Candidates.

11         Q.   No, I'm referring to the members who sat in the

12    committee.  You said there were eight of them, right?

13         A.   Yeah.  Four on one committee, four on the other.

14         Q.   Each would pose two questions?

15         A.   I believe that's the way it was.

16         Q.   Sixteen questions?

17         A.   Correct.

18         Q.   Within the span of an hour?

19         A.   That's correct.

20         Q.   More recently -- we'll move to another matter --

21    more recently Mrs. Wagner has sent you copies of a letter

22    for a position, a vacancy in a fifth grade teaching position

23    in Cochranton Elementary School.  A letter dated

24    October 18th.  Do you recall having received it?

25         A.   Um-hmm.

1       Q.    You did receive it?

2       A.    Yeah.

3             MR. NICHOLS:  Exhibit 35.

4             (PLAINTIFF'S EX. 35 - LETTER,

5              marked for identification.)

6       Q.    You intend to give her application consideration

7    for this position?

8       A.    It's already been filled.  No, we don't.  I have

9    no control over that because it was a position that someone

10   else bid into.

11      Q.    Member of the union?

12      A.    That's correct.

13            MR. KUHAR:  Caleb, could we take a five-minute

14            break?

15            (Brief recess.)

16            MR. NICHOLS:  Back on the record.  It is 10:10

17            approximately, October 20th, 2005.  Few more

18            questions, Mr. Heller, and then we will conclude

19            this with you.

20   BY MR. NICHOLS

21      Q.    You maintain your office -- you maintain an

22   interoffice memorandum, don't you, as a form of

23   communication?

24      A.    Yeah.  Yes, I do.

25      Q.    Do you know during the course of the last three or

1     four years that communications, interoffice memorandum, have

2     contained information relating to Mr. and Mrs. Wagner?

3          A.   I am not sure what you are getting at here.

4          Q.   As best as you can recall, do you know of any

5     communications contained in your interoffice memorandum,

6     that you have communicated with others by interoffice

7     memorandum, relating to Mr. Bernard Wagner and Mrs. Rowena

8     Wagner?

9          A.   No.

10              MR. KUHAR:  Objecting to the question as I think

11              it's vague.  And I'll ask you, do you mean inter

12              or extra?

13              MR. NICHOLS:  Inter, interoffice.

14              MR. KUHAR:  If you want to try and answer that, go

15              ahead.

16         A.   No, I don't recall any of that.

17         Q.   Next question.  With respect to the systems in

18    your office by which you maintain personnel data, could you

19    specify for the record what those systems are?  Would that

20    include, for example, e-mail?

21         A.   I have e-mail on my computer, yes.

22         Q.   Did you have other electronic means of maintaining

23    personnel data other than e-mail?

24         A.   I don't maintain personnel data with e-mail.

25         Q.   How about transmitted data?

1      A.    No, none.

2      Q.    Give us a specification of other means of --

3    electronic means by which you maintain the personnel data

4    and/or transmit such data?

5      A.    Maybe I'm not clear on the question you're asking.

6    We don't do anything at all electronically through personnel

7    data other than we can get like Act 34 clearances.  I don't

8    know, that's all we can do.

9      Q.    What would that consist of, the Act 34?

10     A.    My secretary does that.  She submits a name, I

11   think a Social Security number to get an Act 34, but

12   otherwise we don't do anything electronically.  I've talked

13   to people about doing all of our total application process

14   over electronic -- electronically, but we are still paper.

15   We are all paper.

16     Q.    You testified early on that, it may have been

17   Miss Good that testified -- that you suggested or instructed

18   Mrs. Wagner to go seek a job outside of Crawford Central

19   School District; is that correct?

20     A.    I believe that's taken out of context.

21     Q.    What would be the context in which -- your

22   understanding?

23     A.    I know exactly what I said.

24     Q.    State it for the record.

25     A.    That's correct.  In my conversation with

1    Mrs. Wagner, and Mrs. Good was also part of that
2    conversation, and she had asked about her chances of getting
3    in a position -- being offered a position in the school
4    district, I explained to her that these are the things that
5    we feel you need to do.  And I also, like any other
6    perspective candidate seeking a teaching position, suggested
7    that it's not wise to keep all your eggs in one basket.  You
8    need to submit applications elsewhere.  I do that, and I
9    suggest that, I recommend that to everybody that is in the
10   area, that you need to take a look and submit applications.
11   Everybody has done that, I think.  When I first was looking
12   for a teaching position, I did the same thing.  I didn't
13   rely just on one district, I submitted applications all over
14   the place.  That was the purpose behind there, there's no
15   suggestion that she had no chance of being offered a
16   position here, it's just that it's not a good idea just to
17   focus on one district, there are many districts.  And I
18   think that most of our candidates follow that same procedure
19   as well.
20       Q.   In the course of, I believe you testified after
21   the interview of 2004, your secretary, I believe you said
22   you were involved in suggesting to Mrs. Wagner that there
23   was some instructions or remedial material that she should
24   consult and this would enhance her opportunity for obtaining
25   the full-time position; is that correct?

1    A.    I wouldn't call it remedial material. There was

2  some suggestions that were provided that would update her in

3  some areas that could help her in the future, that's it.  It

4  wasn't remedial; I wouldn't say it was remedial.

5    Q.    As I understand it there were only one or two

6  other people to whom you had made such suggestions; is that

7  correct?

8    A.    I said that I have made those suggestions to

9  anybody that has made an appointment and has come into my

10 office and I had spoke with and they were asking more or

11 less, not necessarily in these words, what can I do to get a

12 job in this school district.  And I said, these are our

13 standards and this is what you have to do to meet those

14 standards.  And so anybody, like Mrs. Wagner, same thing was

15 shared with them.  I wouldn't say one or two people.

16   Q.    Do you know on how many occasions apart from

17 Mrs. Wagner you had made these suggestions?

18   A.    I don't keep track of them but --

19   Q.    Best estimate?

20   A.    -- several.

21   Q.    And did any of those people follow your

22 suggestions?

23   A.    Yes.

24   Q.    Did they get jobs?

25   A.    Yes.

1    Q.    They did?

2    A.    Um-hmm, yes.

3    Q.    What percentage of them got jobs?

4    A.    I can't tell you the exact percentage because I

5    said I don't keep track of them, but some of them have.  Not

6    all.

7    Q.    And this course of instruction that you had

8    proposed, what specifically did that entail?  I know you

9    alluded to it earlier but you were not specific, could you

10   be more specific?

11   A.    Yeah.  What we had suggested that -- and one of

12   the reasons why I suggest this is because it's very

13   accessible, it doesn't take a lot of work to get a hold of

14   the information, is to get on the PDE web site and pull off

15   the -- one of the PDE forms.  It either could be 426, 427 or

16   428.  And within those PDE forms there is four domains.  I

17   think one of them is preparation and planning.  The other

18   one is classroom environment, one is instructional delivery

19   and other one is professionalism.  They have, I guess you

20   can call them rubrics.  If you go through and familiarize

21   yourself with those rubrics, you would be very well prepared

22   in an interview process at Crawford Central School District

23   because much of it relates to the standards.

24        And the suggestion was to pull that off and go

25   through it and any bullet or rubric that you had questions

1    with, you know, call in, we will make an appointment and

2    Mrs. Good and I will sit down and we'll go over this with

3    you, and that's the extent of it.

4         There are some things on -- I can't remember

5    exactly -- but there are some things that can be discussed

6    with Mrs. Good on things like balanced literacy and that

7    kind of stuff.  She has a large library that she lends out

8    materials, resource materials, all the time for teachers or

9    perspective teachers to keep themselves current in education

10   because education is changing rapidly, more so than it ever

11   has.  So it's important that people stay current.

12        Q.   So is it fair to say that this proposed course of

13   instructions of which you speak that that is not job-related

14   information but it relates to how one can better conduct an

15   interview or present him or herself during the course of an

16   interview; is that a fair characterization of the

17   instructions?

18        A.   I would say it is the necessary knowledge that a

19   teacher has to have in order to be successful in the

20   classroom.

21        Q.   The term role model is booted about a lot in the

22   academic circles.  You have heard it several times I'm sure.

23        A.   Yes, I have.

24        Q.   You have heard that?

25        A.   Role model, sure.

1      Q.    What do you consider the essential attributes or
2   characteristics or qualities that a teacher who aspires to
3   be a role model should have?
4      A.    Basically somebody who has all the
5   characteristics, all the positive characteristics that
6   students would look up to.
7      Q.    To look up to?
8      A.    Yeah.
9      Q.    To be specific, in terms of numeration of them,
10  what would you say in terms of one through five in
11  qualities?
12     A.    I would say, number one, I think it has to be
13  someone that's genuine.  Someone that is respectful.
14  Someone who has interest, caring and kind.  That's five, I
15  believe.  Not necessarily in that order but they are all
16  close.
17     Q.    Um-hmm.  That kind of person you would like to
18  interview, wouldn't you, for a job, wouldn't you?  Wouldn't
19  you like to attract that style of person at Crawford Central
20  School District as a teacher?
21     A.    Yes.
22     Q.    Those qualities that you just specified you
23  wouldn't say -- would you say -- if I were to ask you and
24  reflected on Mrs. Wagner, you have seen her application many
25  times, her background, is she without any of those

1   qualities?

2       A.    She has --

3       Q.    Is she without any of those qualities?

4       A.    Is she without any of those qualities?

5       Q.    Um-hmm.

6       A.    No.

7       Q.    So logically speaking, why hasn't she been

8   extended the courtesy of interviews since 2004?

9       A.    To my knowledge Mrs. Wagner has not made any

10  attempt to take advantage of the suggestions that we have

11  offered her on two separate occasions actually.

12      Q.    Well, she has continued to submit letters, which I

13  just showed you, indicating her interest in positions,

14  right?

15      A.    Yeah.

16      Q.    And this has -- she had been persistent in

17  submitting these applications at least four years now; is

18  that correct?

19      A.    Yes, that's correct.

20      Q.    Okay.

21            (Discussion held off the record.)

22            MR. NICHOLS:  All right.  Mr. Heller, I don't have

23            anymore questions myself.  I thank you for coming.

24            THE WITNESS:  Thank you.

25            MR. NICHOLS:  It's approximately 10:30.

1            THE COURT:  I have a few questions.

2

3                    CROSS-EXAMINATION

4    BY MR. McEWEN:

5

6        Q.    In the course of your testimony you had mentioned

7    that some vacant positions are filled through the bidding

8    process.  I just want to clarify, only certain teachers have

9    the right to bid into positions; isn't that true?

10       A.    That's correct.

11       Q.    And those individuals are the teachers who are

12   members of the bargaining unit; is that correct?

13       A.    That's correct.

14       Q.    Day-to-day substitute teachers are not part of the

15   bargaining unit, are they?

16       A.    No.

17       Q.    And before an individual is able to obtain these

18   bidding rights isn't it true that the person must be

19   selected by the district for employment and placed into one

20   those bargaining unit positions?

21       A.    Correct.

22       Q.    Does the association play any formal role in the

23   district's hiring process for the selection of new teachers

24   for newly vacant positions?

25       A.    No.

1    Q.    So, for example, earlier today you were shown

2  Exhibit 33, which was a list of elementary teachers that had

3  been hired over the last several years.  Did the association

4  have any role in the selection of any of those individuals

5  for those positions?

6    A.    No.

7    Q.    You also described the interview committee that

8  the district utilizes in their selection process, you

9  indicated that there were at least eight people involved in

10  the elementary teacher selection process, none of these

11  eight committee members represent the association, do they?

12    A.    No.

13    Q.    They were all administrators?

14    A.    All administrators.

15    Q.    In your experience with the district, has the

16  association ever made any attempt to influence the

17  district's decision not to hire perspective teaching

18  candidates on the basis of their race, national origin or

19  gender?

20    A.    No.

21        That's all I have thanks

22        MR. KUHAR:  I just have a few.

23

24

25

```
 1                      CROSS-EXAMINATION
 2    BY MR. KUHAR:
 3
 4        Q.   Mr. Heller, do you know what a reasonable
 5    assurance letter is?
 6        A.   Yes.
 7        Q.   Do you recall being asked to look at an exhibit,
 8    which I think was Exhibit 5, which was a letter to
 9    Ms. Wagner at the end of the school year referencing the
10    likelihood that she would be employed in the following
11    school year?
12        A.   Um-hmm.
13        Q.   Was that a reasonable assurance letter?
14        A.   That's reasonable assurance letter.
15        Q.   Was she the only one that got that?
16        A.   No, every substitute in the school district
17    received one.
18        Q.   At any point did you suggest that Ms. Wagner apply
19    for employment in the district's Stars Program?
20        A.   I had made that suggestion.
21        Q.   When?
22        A.   Summer -- the conversation that we had with
23    Mrs. Good, Mrs. Wagner and myself.
24        Q.   Was that one of the suggestions?
25        A.   That was one of the suggestions.
```

1      Q.    To make --

2      A.    After school program actually, not necessarily the

3   Stars Program, after school program, tutoring programs.

4      Q.    To make her a stronger candidate?

5      A.    It would help to refine some of the areas that we

6   felt needed to be updated, yes.

7      Q.    And describe the after school programs so we know

8   what we are talking about.

9      A.    Okay.  We have the Stars Program in the second

10   district elementary school, which is a program that there's

11   about 60 students and there's also teachers that work in

12   that building as well after school.  And they work with

13   students who have a deficiency in math and reading.  Many

14   times they can be good models for perspective teachers.

15      Q.    Okay.

16      A.    We encourage people to participate if they would

17   like, they do not have to, that's just one of the

18   recommendations that we make.  We have people who express

19   interest in improving themselves professionally.

20      Q.    Would they be shadowing a person or would that be

21   a paid position?

22      A.    It would be a paid position.

23      Q.    Would they be able to work side by side with an

24   experienced teacher?

25      A.    Yes, yes.

```
1          Q.    Do you know what the position would have paid?

2          A.    It goes up every year, 19, 20 an hour.

3          Q.    How many hours a week?

4          A.    It depends.  It depends on the number of people

5     who are interested, could be anywhere from three to maybe

6     fifteen.

7          Q.    Did Ms. Wagner ever pursue that or any of the

8     after school programs?

9          A.    Not to my knowledge.

10         Q.    Do you recall being asked some questions about

11    whether the qualifications for regular full-time positions

12    are comparable to those for day to day and long-term sub

13    positions; do you recall being asked about that by

14    Mr. Nichols?

15         A.    Um-hmm.

16         Q.    And are all teachers, subs, long-term subs and

17    regular teachers, are they all required to have a

18    certificate --

19         A.    Yes.

20         Q.    -- of some type?

21         A.    Some type.

22         Q.    In accordance with PDE regs?

23         A.    Yes.

24         Q.    Is merely possessing a certificate from the PDE,

25    does that necessarily mean that a candidate meets the
```

1    standards for a full-time position in this district?

2        A.    No.

3        Q.    Can you explain what you mean?

4        A.    Anybody who is on our substitute list must

5    maintain a teacher certification or have an approved

6    emergency certificate through the PDE, and that would

7    qualify you as a substitute teacher in the Crawford Central

8    School District.  To be offered a permanent teaching

9    position you must have a Pennsylvania teaching certificate,

10   and you must demonstrate knowledge in specific areas within

11   the curriculum which would include standards, assessments,

12   classroom management, areas of -- which we talked about

13   earlier -- under professionalism.

14       Q.    Let me give you a hypothetical.  Let's say that

15   you have a 150 applications from certificated people, but

16   for one elementary position that is open.  And let's say you

17   interviewed ten of them, and let's say that all ten of them

18   their interview suggest that they have some level of

19   knowledge about those things that you just mentioned but the

20   interviews indicate some have more than others, would you

21   randomly choose among them or would you choose the one that

22   basically was the strongest?

23       A.    As a committee we would determine who the

24   strongest candidates are and offer them a position.

25       Q.    What if some of the candidates who scored lower,

1    let's say in the bottom quarter, what if they interviewed

2    over and over and over again and each time that they did

3    that they continually ranked near the bottom of the list,

4    would the fact that they had interviewed over and over again

5    increase their standing for a full-time position?

6        A.    No.

7        Q.    Do you recall seeing Ms. Wagner after you and

8    Ms. Good spoke to her in the summer of '04?

9        A.    Um-hmm, yes.

10       Q.    Where was that and what do you recall of that?

11       A.    I remember right before school started in the

12   summer of '04 Mrs. Wagner came into the office, I'm not sure

13   what reason she came into the office, but it was the first

14   time I had seen her since Mrs. Good, Mrs. Wagner and I had

15   met.

16       Q.    What do you recall of that?

17       A.    Well, I walked in my office, she was standing

18   behind the counter in my secretary's office area.  I said

19   hello to her, and I just asked her if she was planning on

20   coming back in to discuss what we had talked about earlier.

21       Q.    You're referencing the prior meeting that you

22   talked about in your depo?

23       A.    Correct.

24       Q.    How did she react?

25       A.    She really didn't say much at all.

```
 1          Q.   Did she confirm that she was?
 2          A.   She didn't confirm either that she was or wasn't.
 3          Q.   Did she ever come back in to discuss those things?
 4          A.   No, she never came back in.
 5          Q.   Did she give you any reason to think that she had
 6     done anything that had been suggested to her?
 7          A.   I didn't have any reason to suggest that she had
 8     completed any suggestions, no.
 9          Q.   You had no reason to think that?
10          A.   No.
11               MR. KUHAR:  Thank you.  I have no further
12               questions.
13
14                         REDIRECT EXAMINATION
15     BY MR. NICHOLS:
16
17          Q.   Mr. Heller, I do have one other question.
18               (EX. 36 - DOCUMENT,
19                marked for identification.)
20          Q.   I forgot to document here Exhibit 36.  I show you
21     this referring to Mr. John Stegkamper.  What is not clear to
22     me, and maybe you can clarify it for me, under the sick
23     leave there.
24          A.   Yeah.
25          Q.   For June 30, 2003 is shown 22, that's 22 days, 22
```

1    hours; what is that?

2        A.    Twenty-two days.

3        Q.    Twenty-two days.

4        A.    Yes.

5        Q.    That would be reflective of the school year of

6    2002, slash, 2003 school year, wouldn't it?

7        A.    Um-hmm.

8        Q.    That he took 22 sick days during that school year?

9        A.    No, that's how many he has remaining.

10       Q.    Sick days remaining?

11       A.    That's how many he has remaining.

12       Q.    How many --

13       A.    You get ten a year.  He had 19 at the end of 2002

14   and then he was given -- you are supposed to get ten, I

15   believe.  It should be 19 plus he may have had some -- yeah,

16   he did, 3 personal days.  If you don't use them they turn

17   into sick days, so that comes out right.

18       Q.    During that 2002, slash, 2003 school year he used

19   nine?

20       A.    No, that's how many he had remaining.

21       Q.    Oh, I thought here 22 that's remaining at the end

22   of the school year.

23       A.    Yeah, see this is the end of the this year.  This

24   is how many days he had remaining at the end of 2002, this

25   is how many sick days he had remaining at the end of 2003.

1       Q.   They get 30 (sic) days sick leave per year?

2       A.   They get ten sick days and three personal days.

3  The personal days at that time if you didn't use them, you

4  lose them.  In other words they turn into sick days.

5  That's -- he had nine and then he had his three days would

6  have transferred over into sick days because these are the

7  personal emergency days he hadn't used because the end of

8  the year was over.  So that makes 12 and then he got 10 more

9  sick days that following year and that gives him 22.  So he

10  didn't use any in the 2002-2003 school year, he used no sick

11  days.  He used personal days.

12      Q.   Personal days.

13      A.   That's it.

14      Q.   And the vacation days, that would not be shown?

15      A.   They don't get vacations.  Teachers do not get

16  vacation days.  I mean their vacation days are built in, you

17  know, around Easter, Christmas, summertime.  They don't

18  consider them vacation days but they are days off, I guess

19  you would say.  Administrators have vacation days.

20          MR. NICHOLS:  Okay.  All right.  Thank you.  We

21          can go off the record now.  It's 10:40 a.m.  We

22          are concluding the deposition of Mr. Heller.

23          MR. KUHAR:  We will review.

24          MR. NICHOLS:  We will take a short break.

25          (Examination concluded at 10:40 a.m.)

```
 1                    C E R T I F I C A T I O N

 2

 3

 4          I, Linda K. Rogers, Shorthand Reporter and

 5   Commissioner of Deeds in and for the Commonwealth of

 6   Pennsylvania, do hereby certify that I recorded

 7   stenographically the proceedings herein at the time and

 8   place noted in the heading hereof, and that the foregoing is

 9   an accurate and complete transcript of same to the best of

10   my knowledge and belief.

11

12

13

14

15

16

17

18   _____

19              Linda K. Rogers

20

21                                    Linda K. Rogers
                                 Comonwealth Of Pennsylvania
                                   Commissioner Of Deeds
22   Dated:   November 3, 2005       My Commission Expires ___11/1/06
```

```
 1                              INDEX

 2                           EXAMINATION

 3    WITNESS NAME                                    PAGE   LINE

 4      CHARLES HELLER.................................  2     1

 5      Direct By Mr. Nichols.........................  2    12
        Cross By Mr. McEwen...........................  36    4
 6      Cross By Mr. Kuhar............................  38    1
        Redirect By Mr. Nichols.......................  43   15
 7

 8


 9                           EXHIBITS

10                         DESCRIPTION               PAGE   LINE

11    EX. 32        INTERVIEW ANALYSES.................  3     1
      EX. 33        LIST...............................  5    18
12    EX. 34        DOCUMENTS..........................  22    7
      EX. 35        LETTER.............................  27    4
13    EX. 36        DOCUMENT...........................  43   18

14

15

16

17

18

19                          *    *    *

20

21

22

23

24

25
```

Rowena Wagner vs Crawford School    Multi-Page™    '04 - classroom
Charles Heller

**_'_**

**'04** [2]    42:8    42:12

**-1-**

**1** [3]    47:4    47:6
47:11
**10** [1]    45:8
**10:10** [1]    27:16
**10:30** [1]    35:25
**10:40** [2]    45:21
45:25
**12** [3]    10:15    45:8
47:5
**15** [1]    47:6
**150** [1]    41:15
**157** [4]    24:14    24:16
24:16    24:24
**18** [2]    47:11    47:13
**18th** [1]    26:24
**19** [3]    40:2    44:13
44:15

**-2-**

**2** [2]    47:4    47:5
**20** [3]    24:19    24:21
40:2
**2000** [1] 25:25
**2002** [7] 10:2    10:5
19:8    44:6    44:13
44:18    44:24
**2002-2003** [1] 45:10
**2003** [6] 7:13    13:21
43:25    44:6    44:18
44:25
**2003-2004** [2] 13:23
16:20
**2004** [3] 24:20    30:21
35:8
**2005** [9] 13:14    19:18
20:12    20:21    22:18
23:10    23:10    27:17
46:22
**2005-2006** [1] 23:2
**20th** [1] 27:17
**22** [7]    43:25    43:25
43:25    44:8    44:21
45:9    47:12
**23** [2]    22:18    23:7
**23rd** [1]    23:10
**27** [1]    47:12

**-3-**

**3** [3]    44:16    46:22
47:11
**30** [4]    25:23    26:6
43:25    45:1
**32** [5]    3:1    3:3
4:14    5:7    47:11
**33** [5]    5:17    5:18
5:20    47:2    47:11

**34** [7]    22:6    22:7
22:10    29:7    29:9
29:11    47:12
35:3    27:3    27:4
47:12
**36** [4]    43:18    43:20
47:5    47:13
**38** [1]    47:6

**-4-**

**4** [3]    47:5    47:12
**426** [1]    32:15
**427** [1]    32:15
**428** [1]    32:16
**43** [2]    47:6    47:13

**-5-**

**5** [2]    38:8    47:11

**-6-**

**60** [1]    39:11

**-7-**

**7** [1]    47:12

**-A-**

**a.m** [2]    45:21    45:25
**ability** [1]    6:10
**able** [3]    6:10    36:17
39:23
**academic** [1]    33:22
**accepted** [3]    16:17
18:1    19:6
**accessible** [1]    32:13
**accompanied** [2]
11:5    11:6
**accomplished** [2]
24:22    26:6
**accordance** [1]    40:22
**according** [1]    13:3
**accounted** [1]    6:24
**accurate** [1]    46:9
**Act** [3]    29:7    29:9
29:11
**administrative** [2]
13:25    14:12
**administrator** [4]
5:9    16:7    17:5
18:2
**administrators** [3]
37:13    37:14    45:19
**advantage** [2]    17:6
35:10
**African-American** [1]
18:13
**again** [2]    42:2
42:4
**agree** [4] 8:22    9:1
9:4    9:6
**agreed** [2]    8:24

**agreement** [1]    6:11
**ahead** [1]    28:15
**alleged** [1]    9:3
9:4    9:6
**allowed** [4]    19:11
19:19    19:21    21:4
**allowing** [1]    21:5
**alluded** [1]    32:9
**among** [1]    41:21
**analyses** [3]    3:1
3:13    47:11
**answer** [2]    9:17
28:14
**apart** [1] 31:16
**appear** [1]    4:22
**applicant** [3]    24:20
25:14    25:23
**applicants** [11] 3:8
3:15    3:21    4:3
4:8    6:22    8:10
10:13    10:13    11:13
12:13
**application** [8] 12:7
13:3    14:24    17:25
18:3    27:6    29:13
34:24
**applications** [13]
3:12    4:22    11:24
12:9    12:10    12:18
12:20    12:22    30:4
30:10    30:13    35:17
41:15
**applied** [4]    14:10
14:18    17:17    18:7
**apply** [2]    13:10
38:18
**appointment** [1]
31:9    31:11
**appoints** [1]    25:8
**approved** [1]    4:15
**area** [11] 12:4    14:17
18:23    20:15    21:12
24:3    24:3    24:4
24:10    30:10    42:18
**areas** [5] 12:21    31:3
39:5    41:10    41:12
**aspires** [1]    34:2
**assessments** [1]
41:11
**assignments** [1]
6:2
**assistant** [1]    18:22
**association** [4] 36:22
37:3    37:11    37:16
**assume** [1]    6:1
**assurance** [3]    38:5
38:13    38:14
**athletic** [1]    17:16
**attempt** [1]    35:10
37:16
**attend** [5]    7:14
10:19    11:15    11:20
11:22
**attention** [1]    24:14

**attract** [1]    34:19
**attributed** [3]    8:7
8:21    8:23
**attributes** [1]    34:1
**authority** [5]    9:15
9:18    19:19    20:23
20:24
**available** [2]    17:8
17:13
**awarded** [1]    14:8
**aware** [2]    15:4
23:17

**-B-**

**background** [1] 34:25
**balanced** [1]    33:6
**bargaining** [4]    6:11
36:12    36:15    36:20
**based** [1]    12:10
**basis** [1] 37:18
**basket** [1]    30:7
**batches** [1]    3:12
**became** [1]    15:4
**become** [2]    7:2
13:25
**becoming** [1]    17:5
**behind** [4]    20:4
20:8    30:14    42:18
**belief** [1]    46:10
**Bernard** [3]    7:15
7:18    28:7
**Bernie** [3]    8:9
8:16    8:24
**Bernie's** [1]    7:22
**best** [4]    3:16    28:4
31:19    46:9
**better** [2]    25:6
33:14
**between** [1]    26:7
**bid** [7]    13:17    13:18
13:21    13:22    14:5
27:10    36:9
**bidding** [2]    36:7
36:18
**black** [1]    8:10
**booted** [1]    33:21
**bottom** [2]    42:1
42:3
**break** [2]    27:14
45:24
**Brief** [1] 27:15
**broad** [1]    25:12
**brother** [1]    8:15
**brought** [1]    20:23
**brown's** [1]    8:10
**building** [1]    21:11
39:12
**built** [2] 26:7    45:16
**bullet** [1]    32:25

**-C-**

**C** [2]    46:1    46:1
**Caleb** [1]    27:13
**California** [2]    22:17
22:24
**candidate** [6]    25:9
26:1    26:5    30:6
39:4    40:25
**candidates** [7]    11:25
12:20    26:10    30:18
37:18    41:24    41:25
**capacity** [1]    5:9
**caring** [1]    34:14
**Carolina** [1]    11:23
11:23
**case** [2]    3:13    5:11
**Central** [15]    7:2
10:1    10:14    11:20
16:3    16:8    17:9
18:21    23:19    23:20
25:3    29:18    33:22
34:19    41:7
**certain** [2]    5:13
36:8
**certainly** [1]    4:15
**certificate** [8]    20:13
21:13    23:4    25:2
40:18    40:24    41:6
41:9
**certificated** [1] 41:15
**certificates** [1]  21:7
**certification** [14]
13:3    13:16    13:25
19:11    20:16    22:11
22:12    22:14    22:16
22:19    22:21    22:22
23:13    41:5
**certifications** [4]
10:15    12:23    13:16
20:7
**certified** [2]    25:6
25:6
**certify** [1]    46:6
**cessation** [1]    20:23
**chance** [1]    30:15
**chances** [1]    30:2
**changing** [1]    33:10
**characteristics** [3]
34:2    34:5    34:15
**characterization** [1]
33:16
**CHARLES** [1]    47:4
**Child** [2]    20:3
20:8
**choose** [2]    41:21
41:21
**Christmas** [1]    45:17
**Christopher** [1] 22:15
**circles** [1]    33:22
**citation** [1]    19:23
**clarify** [3]    3:25
36:8    43:23
**classroom** [5]    3:4
22:1    32:18    33:20

Rowena Wagner vs Crawford School    **Multi-Page**    clear - express
Charles Heller

41:12
clear [3] 4:11  29:5
43:21
clearances [1]  29:7
close [2] 8:11  34:16
closely [1]  3:4
coach [1]  18:23
coaching [1]  19:2
Cochranton [7] 17:14
21:10  21:20  23:19
23:19  24:9  26:23
combination [1]
17:16
coming [4]  15:24
18:15  35:23  42:20
Commissioner [1]
46:5
committee [11] 5:10
20:6  25:8  25:17
26:3  26:4  26:12
26:13  37:7  37:11
41:23
Commonwealth [1]
46:5
communicated [1]
28:6
communication [1]
27:23
communications [2]
28:1  28:5
comparable [1] 40:12
complete [2]  12:8
46:9
completed [2]  14:1
43:8
completing [1] 13:25
computer [2]  20:20
28:21
concern [3]  8:1
15:2  15:3
concerns [2]  8:4
15:14
conclude [1]  27:18
concluded [1]  45:25
concluding [1]  45:22
conclusive [2]  5:23
5:25
Condon [1]  22:16
conduct [2]  25:7
33:14
conducted [1]  22:1
confirm [2]  43:1
43:2
connection [1]  18:22
consequence [1]
14:22
consider [3]  11:3
34:1  45:18
consideration [2]
16:2  27:6
considered [6]  6:16
7:5  15:2  15:14
21:8  21:8

consist [1]  29:9
consult [1]  30:24
contacted [1]  15:5
contained [1]  28:2
28:5
context [2]  29:20
29:21
continually [1] 42:3
continued [1]  35:12
contractor [2]  23:25
24:1
control [1]  27:9
conversation [8]
8:18  9:13  9:21
15:23  16:17  29:25
30:2  38:22
conveyed [1]  15:25
copies [1]  26:21
copy [1] 4:25
core [3]  13:15  20:14
21:12
correct [27]  3:21
3:22  6:9  6:18
6:21  17:23  18:9
18:14  19:14  19:15
20:17  21:22  23:12
26:17  26:19  27:12
29:19  29:25  30:25
31:7  35:18  35:19
36:10  36:12  36:13
36:21  42:23
correction [1]  23:19
counter [1]  42:18
course [13]  4:3
8:5  8:14  9:13
13:9  24:17  24:21
27:25  30:20  32:7
33:12  33:15  36:6
COURT [1]  36:1
courtesy [1]  35:8
Crawford [14]  7:2
10:1  10:14  11:20
16:3  16:8  17:9
18:21  23:20  25:3
29:18  32:22  34:19
41:7
Cross [2]  47:5
47:6
CROSS-EXAMINATION [2]
36:3  38:1
current [1]  33:9
33:11
curriculum [1] 41:11
cutoff [1]  19:18

-D-

data [7]  28:18  28:23
28:24  28:25  29:3
29:4  29:7
date [4]  19:6  22:25
23:1  23:10
dated [2]  26:23
46:22
Dave [2] 21:19  22:16

David [2]  21:18
22:10
Day-to-day [1] 36:14
days [27]  43:25
44:2  44:3  44:8
44:10  44:16  44:17
44:24  44:25  45:1
45:2  45:2  45:3
45:4  45:5  45:6
45:7  45:9  45:11
45:11  45:12  45:14
45:16  45:16  45:18
45:18  45:19
dean [2] 17:12  17:16
deanship [2]  17:11
18:3
decision [1]  37:17
decisions [1]  19:20
Deeds [1]  46:5
deficiency [1]  39:13
delivered [1]  20:10
delivery [1]  32:18
demonstrate [1]
41:10
department [7] 19:22
19:25  20:5  20:5
20:11  20:11  21:1
depo [1] 42:22
deposition [4]  24:15
24:15  24:25  45:22
describe [1]  39:7
described [1]  37:7
DESCRIPTION [1]
47:10
details [3]  15:13
16:22  16:22
determine [1]  41:23
Dickson [4]  21:18
21:19  22:10  22:16
different [5]  6:7
10:15  11:19  12:22
12:23
direct [2]  24:14
47:5
director [2]  17:16
18:25
disagree [2]  8:22
9:1
discarded [3]  3:10
3:18  4:4
discontinued [1]
20:21
discuss [2]  42:20
43:3
discussed [1]  33:5
discussion [3]  8:14
15:12  35:21
disposed [1]  4:5
district [41]  7:3
9:25  10:1  10:2
10:14  11:21  11:21
12:1  12:6  13:7
13:10  15:24  16:3
16:8  16:13  17:9

17:12  18:2  18:16
18:22  19:1  19:6
23:15  23:20  23:23
23:24  25:4  29:19
30:4  30:13  30:17
31:12  32:22  34:20
36:19  37:8  37:15
38:16  39:10  41:1
41:8
district's [3]  36:23
37:17  38:19
districts [4]  11:14
11:19  11:22  30:17
document [1]  22:7
43:18  43:20  47:13
DOCUMENTS [1]
47:12
doesn't [3]  6:5
21:16  32:13
Dolecki [10]  7:22
15:4  15:6  15:8
15:9  15:12  15:23
15:24  16:1  16:25
Dolecki's [2]  15:18
15:22
domains [1]  32:16
done [2] 25:10  30:11
43:6
down [1]  33:2
Dudenhoefer [2]
18:11  18:12
during [8]  8:5
8:14  9:12  13:9
27:25  33:15  44:8
44:18
duties [1]  10:6

-E-

E [1]  46:1
e-mail [4]  28:20
28:21  28:23  28:24
early [2] 12:2  29:16
East [1] 13:13
Easter [1]  45:17
ed [1]  6:1
edict [2] 20:10  20:25
Edinboro [1]  10:10
editorializing [1]
20:9
education [11]  6:1
19:22  19:25  20:6
20:11  21:1  22:12
22:17  25:1  33:9
33:10
effect [1]  20:12
efforts [1]  13:5
eggs [1] 30:7
eight [9] 13:17  20:14
21:7  21:8  21:13
25:18  26:12  37:9
37:11
eighth [4]  13:24
14:5  14:7  21:16
either [3]  8:22

32:15  43:2
electronic [3]  28:22
29:3  29:14
electronically [3]
29:6  29:12  29:14
elementary [18] 6:1
6:1  10:4  13:13
13:15  16:14  19:11
20:13  20:16  21:12
25:1  25:3  25:19
26:23  37:2  37:10
39:10  41:16
elsewhere [1]  30:8
emergency [3]  7:10
41:6  45:7
emphasis [1]  10:16
employed [3]  23:16
38:10
employment [5]
7:22  13:10  23:22
36:19  38:19
encourage [2]  12:7
39:16
end [8]  13:13  38:9
44:13  44:21  44:23
44:24  44:25  45:7
enhance [1]  30:24
entail [1]  32:8
enter [1] 6:23
entered [1]  7:2
environment [1]
32:18
essential [1]  34:1
established [1]  20:7
estimate [1]  31:19
everybody [2]  30:9
30:11
EX [10]  3:1  5:18
22:7  27:4  43:18
47:11  47:11  47:12
47:12  47:12
exact [1]  32:4
exactly [4]  12:3
15:22  29:23  33:5
Examination [5]
43:14  45:25  47:2
example [3]  21:10
28:20  37:1
Except [1]  4:2
excuse [2]  10:21
24:9
exhibit [13]  3:3
4:14  4:24  5:7
5:16  5:20  22:6
22:10  27:3  37:2
38:7  38:8  43:20
EXHIBITS [1] 47:9
exist [1] 19:16
experience [1] 37:15
experienced [1] 39:24
explain [1]  41:3
explained [1]  30:4
express [2]  8:22

Rowena Wagner vs Crawford School          Multi-Page          expressed - maintaining
Charles Heller

39:18
expressed [3]        8:2
    15:3    15:14
extend [1]        12:13
extended [1]        35:8
extent [1]        33:3
extra [1] 28:12

—F—

F [1]        46:1
fact [2]    20:3    42:4
fair [8]    11:17    12:11
    12:14    12:16    13:5
    13:7    33:12    33:16
fairs [3]    11:15    12:2
    12:10
fall [1]    14:2
familiarize [1] 32:20
far [2]    15:23    19:3
February [1]        10:5
fell [1]    20:20
felt [4]    14:10    14:11
    14:23    19:6
few [3]    27:17    36:1
    37:22
field [1] 25:12
fifteen [1]        40:6
fifth [1] 26:22
file [7]    3:17    3:20
    4:7    4:8    4:9
    5:3    13:3
files [1]    3:7
filled [2]        27:8
    36:7
first [11] 10:5    11:7
    11:9    11:10    15:20
    23:1    24:6    24:8
    24:11    30:11    42:13
five [2]    34:10    34:14
five-minute [1] 27:13
flip [1]    4:17
flipping [1]        4:25
focus [1]        30:17
follow [5]        17:12
    21:2    21:17    30:18
    31:21
following [4]        16:19
    20:25    38:10    45:9
foregoing [1]        46:8
forgot [1]        43:20
form [1] 27:22
formal [2]        5:14
    36:22
forms [2]        32:15
    32:16
forth [1] 11:23
forward [1]        9:22
four [6]    26:2    26:13
    26:13    28:1    32:16
    35:17
framework [1] 25:23

Franklin [3]    16:15
    16:18    17:6
Fred [2] 7:15    7:19
    8:15
fulfilled [2]        22:20
    22:23    22:25
full-time [5]    23:16
    30:25    40:11    41:1
    42:5
future [1]        31:3

—G—

gender [1]        37:19
generally [1]        8:9
gentlemen [1]    22:15
genuine [1]        34:13
George [2]        8:7
    8:21
given [1]        44:14
goal [1]    17:5
goes [1]    40:2
gone [1]    11:7
good [9]    29:17    30:1
    30:16    33:2    33:6
    38:23    39:14    42:8
    42:14
grade [8]        10:5
    13:12    13:24    14:5
    14:7    21:15    21:16
    26:22
guess [4]        10:8
    14:13    32:19    45:18
Guldon [1]        22:5

—H—

half [1]    25:15
hand [1] 22:22
heading [1]        46:8
hear [1]    9:10
heard [5]        8:6
    8:20    9:9    33:22
    33:24
held [2]    12:2    35:21
Heller [9]        3:3
    5:20    22:9    27:18
    35:22    38:4    43:17
    45:22    47:4
hello [1] 42:19
help [3]    4:21    31:3
    39:5
hereby [1]        46:6
herein [1]        46:7
hereof [1]        46:8
herself [1]        33:15
Higgins [2]        22:3
    22:5
high [8]    14:17    17:14
    18:7    18:23    21:10
    21:13    21:21    24:10
hire [3]    6:16    7:7
    37:17
hired [6] 6:1    6:4

21:20    22:18    22:25
    37:3
hiring [2]        7:5
    36:23
hirings [2]        5:23
    5:24
hold [2]    13:14    32:13
honest [1]        12:16
host [1]    11:16
hour [4]    25:15    26:8
    26:18    40:2
hours [2]        40:3
    44:1
hypothetical [1]
    41:14

—I—

idea [2]    9:14    30:16
identification [5]
    3:2    5:19    22:8
    27:5    43:19
immediately [1]
    12:24
important [1]    33:11
improving [1]    39:19
in-service [1]    16:18
include [5]        6:3
    6:5    6:6    28:20
    41:11
including [1]    11:2
increase [1]        42:5
INDEX [1]        47:1
indicate [2]        16:23
    41:20
indicated [3]    5:24
    14:10    37:9
indicating [1]    35:13
individual [2]    5:12
    36:17
individuals [5] 4:22
    5:6    6:3    36:11
    37:4
influence [1]    37:16
information [3] 28:2
    32:14    33:14
initiated [1]    15:9
instance [1]    5:12
instances [1]    6:22
instructed [1]    29:17
instruction [1] 32:7
instructional [1]
    32:18
instructions [3] 30:23
    33:13    33:17
intend [1]        27:6
inter [2] 28:11    28:13
interest [6]        12:6
    14:19    17:18    34:14
    35:13    39:19
interested [1]    40:5
interim [4]        14:13
    14:14    15:3    17:3

internship [1]    14:1
interoffice [5]    27:22
    28:1    28:5    28:6
    28:13
interview [16]    3:1
    3:13    21:23    24:20
    25:13    25:16    26:3
    26:4    30:21    32:22
    33:15    33:16    34:18
    37:7    41:18    47:11
interviewed [5] 24:18
    25:25    41:17    42:1
    42:4
interviews [4]    26:2
    26:7    35:8    41:20
involved [3]        25:18
    30:22    37:9
involvement [1]
    13:4

—J—

James [1]        22:5
January [1]        7:13
job [17]    11:15    11:17
    12:10    12:11    12:13
    12:14    12:16    12:25
    14:25    16:25    17:20
    18:1    18:8    18:21
    29:18    31:12    34:18
job-related [1]    14:24
jobs [2]    31:24    32:3
John [1] 43:21
June [2] 13:14    43:25
junior-senior [4]
    17:14    21:10    21:13
    24:9

—K—

K [9]        10:14    13:16
    20:13    21:7    21:8
    21:8    25:2    46:4
    46:19
keep [5] 3:24    30:7
    31:18    32:5    33:9
kind [4]    20:1    33:7
    34:14    34:17
knew [2]        18:17
    18:20
knowing [1]    19:3
knowledge [6]    33:18
    35:9    40:3    41:10
    41:19    46:10
known [1]        16:25
Krasa [1]        22:16
Kuhar [19]        3:9
    4:11    4:14    4:23
    5:21    5:22    9:16
    16:9    21:4    23:20
    24:16    27:13    28:10
    28:14    37:22    38:2
    43:11    45:23    47:6

large [1] 33:7
last [5]    7:24    22:10
    25:13    27:25    37:3
least [2] 35:17    37:9
leave [4] 16:12    16:12
    43:23    45:1
leaving [4]        16:23
    16:24    17:1    17:2
Lee [12]    9:22    10:8
    10:17    15:13    15:21
    15:25    16:14    17:1
    18:20    18:20    19:3
    19:5
left [6]    13:7    17:4
    17:21    17:24    20:4
    20:8
lends [1]        33:7
less [1]    31:11
letter [11]        14:19
    17:18    22:24    26:21
    26:23    27:4    38:5
    38:8    38:13    38:14
    47:12
letters [1]        35:12
level [1] 41:18
library [1]        33:7
lieu [1]    4:25
likelihood [1]    38:10
likely [1]        12:12
Linda [2]        46:4
    46:19
LINE [2]        47:3
    47:10
list [13]    4:21    4:23
    5:4    5:18    5:23
    5:25    6:3    6:19
    6:24    37:2    41:4
    42:3    47:11
listed [1]        11:18
listened [1]    15:21
literacy [1]    33:6
live [1]    23:21
logically [1]    35:7
long-term [5]    6:4
    6:5    7:6    40:12
    40:16
look [7]    4:15    4:18
    12:23    30:10    34:6
    34:7    38:7
looking [4]        17:14
    17:15    22:10    30:11
lose [1]    45:4
lower [1]        41:25

—M—

mail [1] 23:6
maintain [8]        3:7
    4:7    27:21    27:21
    28:18    28:24    29:3
    41:5
maintained [4]    3:20
    3:23    3:24    4:1
maintaining [1] 28:22

Case 1:04-cv-00264-SJM    Document 61-2    Filed 06/26/2006    Page 134 of 136
Rowena Wagner vs Crawford School      Multi-Page      makes - proceedings
Charles Heller

**makes** [1]      45:8
**management** [1]
41:12
**mandates** [1]     21:3
**mark** [1] 22:6
**marked** [7]       3:2
5:16     5:19     22:8
22:9     27:5     43:19
**MASH** [2]        15:3
17:3
**material** [2]     30:23
31:1
**materials** [2]    33:8
33:8
**math** [2] 20:19   39:13
**matter** [1]       26:20
**may** [13] 12:1    12:4
12:4     12:15    12:17
12:17    15:11    22:18
23:7     23:10    24:11
29:16    44:15
**McEwen** [2]      36:4
47:5
**McFerren** [9]     9:22
13:4     13:6     13:9
13:12    13:17    13:24
15:1     18:12
**Meadville** [6]    14:17
18:6     18:23    19:1
19:2     24:10
**mean** [4]        28:11
40:25    41:3     45:16
**means** [4]        7:1
28:22    29:2     29:3
**met** [2] 24:12    31:13
**meeting** [9]      7:14
7:17     7:18     7:20
7:24     8:5      8:17
15:9     42:21
**meets** [1]        40:25
**member** [2]      26:5
27:11
**members** [4]     7:4
26:11    36:12    37:11
**memorandum** [4]
27:22    28:1     28:5
28:7
**memory** [1]      3:16
**mentioned** [4]    18:6
19:10    36:6     41:19
**merely** [1]       40:24
**met** [5]  15:12   24:8
24:11    24:11    42:15
**middle** [9]       13:14
13:17    13:19    13:22
13:24    14:3     19:12
20:14    21:14
**might** [1]        21:15
**Millcreek** [1]    11:21
**minds** [1]        16:2
**minority** [1]     10:16
**minutes** [3]      25:15
25:24    26:6
**Miss** [3] 22:5    24:19

29:17
**mistreated** [2]   14:11
14:23
**model** [3]        33:21
33:25    34:3
**models** [1]       39:14
**Morgan** [1]       22:4
**most** [4] 3:22    12:12
15:23    30:13
**move** [1]         26:20
**moved** [1]        6:7
**Moving** [1]       9:22
**Mr.Wright** [1]    9:8
**Mrs** [19] 22:5    26:21
28:2     28:7     29:18
30:1     30:1     30:22
31:14    31:17    33:2
33:6     34:24    35:9
38:23    38:23    42:12
42:14    42:14
**Ms** [5]   38:9    38:18
40:7     42:7     42:8
**must** [4] 36:18   41:4
41:9     41:10

**–N–**

**N** [1]    46:1
**name** [3]        5:7
29:10    47:3
**names** [3]       4:18
4:21     12:6
**national** [1]     37:18
**nature** [3]       11:12
15:11    19:24
**near** [1] 42:3
**necessarily** [4]  31:11
34:15    39:2     40:25
**necessary** [1]    33:18
**need** [5] 4:14    5:1
30:5     30:8     30:10
**needed** [1]       39:6
**never** [1]        43:4
**new** [4] 6:8      6:16
7:6      36:23
**newly** [1]        36:24
**Next** [1] 28:17
**Nicholas** [1]     22:16
**Nichols** [16]     4:13
4:20     5:16     22:6
27:3     27:16    27:20
28:13    35:22    35:25
40:14    43:15    45:20
45:24    47:5     47:6
**nine** [2] 44:19   45:5
**none** [2] 29:1    37:10
**Nor** [1] 6:6
**normal** [1]       11:14
**normally** [1]     10:18
13:1
**North** [1]        11:22
**noted** [3]        7:3
22:18    46:8

**notice** [1]       5:23
**November** [1]     46:22
**now** [5] 18:6     20:9
25:11    35:17    45:21
**number** [5]       24:17
25:9     29:11    34:13
40:4
**numeration** [1] 34:9
**numerous** [1]     12:20

_____

**–O–**

**O** [1]    46:1
**object** [1]       9:16
**Objecting** [1]    28:10
**observation** [8] 3:5
3:14     4:12     5:5
5:12     5:14     21:23
22:2
**observations** [1]
5:2
**observed** [2]     5:8
22:3
**obtain** [1]       36:17
**obtaining** [1]    30:24
**obviously** [1]    17:20
**occasion** [2]     11:7
14:9
**occasions** [3]    3:9
31:16    35:11
**occur** [1]        25:4
**occurs** [1]       25:7
**October** [2]      26:24
27:17
**off** [5]  32:14   32:24
35:21    45:18    45:21
**offer** [2] 25:8   41:24
**offered** [7]      16:14
17:3     18:5     30:3
30:15    35:11    41:8
**offers** [1]       12:13
**office** [9]       13:2
15:22    27:21    28:18
31:10    42:12    42:13
42:17    42:18
**official** [2]     19:19
23:13
**once** [2] 12:7    19:3
**one** [39] 6:16    7:4
14:14    15:25    16:18
16:20    16:21    17:23
18:23    18:24    24:19
24:21    25:5     25:13
26:3     26:13    30:7
30:13    30:17    31:5
31:15    32:11    32:15
32:17    32:18    32:18
32:19    33:14    34:10
34:12    36:19    38:15
38:17    38:24    38:25
39:17    41:16    41:21
43:17
**ones** [4] 3:23    4:1
4:2      4:4
**open** [1] 41:16

**operate** [1]      7:10
**opportunity** [5] 17:5
17:8     19:2     25:22
30:24
**order** [2] 33:19  34:15
**origin** [1]       37:18
**originated** [1]   20:3
**otherwise** [1]    29:12
**outside** [4]      23:18
23:23    24:3     29:18
**oversight** [1]    22:13
**own** [1] 6:10

_____

**–P–**

**Page** [6] 24:14   24:16
24:16    24:24    47:3
47:10
**paid** [3] 39:21   39:22
40:1
**paper** [2]        29:14
29:15
**part** [9]  3:7    3:20
4:23     9:21     10:17
16:23    21:2     30:1
36:14
**participate** [1] 39:16
**particular** [3]   12:11
12:19    13:5
**past** [1] 18:25
**Pat** [1]  18:11
**PDE** [7] 21:4     32:14
32:15    32:16    40:22
40:24    41:6
**Pennsylvania** [8]
12:21    19:22    20:5
20:5     20:11    21:1
41:9     46:6
**people** [19]      4:12
5:3      5:8      5:25
12:6     20:13    24:12
25:16    26:2     29:13
31:6     31:15    31:21
33:11    37:9     39:16
39:18    40:4     41:15
**per** [1]  45:1
**percentage** [2]   32:3
32:4
**perform** [1]      10:6
**period** [1]       19:16
**permanent** [2]    16:4
41:8
**permanently** [1]
21:12
**permits** [1]      7:10
**persistent** [1]   35:16
**person** [6]       18:5
18:10    34:17    34:19
36:18    39:20
**personal** [6]     44:16
45:2     45:3     45:7
45:11    45:12
**personally** [4]   12:23
15:5     18:17    24:5

**personnel** [10]   3:7
3:20     4:8      5:3
10:12    18:8     28:23
28:24    29:3     29:6
**perspective** [6] 10:13
11:25    30:6     33:9
37:17    39:14
**physically** [1]   4:4
**place** [2]        30:14
46:8
**placed** [1]       36:19
**PLAINTIFF'S** [2]
22:7     27:4
**planning** [2]     32:17
42:19
**play** [1] 36:22
**plus** [1] 44:15
**point** [5] 3:19   8:19
12:3     21:6     38:18
**policy** [1]       20:24
**portfolio** [1]    12:8
**pose** [2] 25:22   26:14
**position** [48]    6:16
13:11    13:13    13:19
13:21    13:22    14:4
14:5     14:6     14:7
14:10    14:14    14:15
14:18    14:24    15:3
15:15    16:2     16:4
16:14    16:17    17:3
17:13    17:15    18:5
18:7     19:5     21:24
23:1     25:9     26:22
26:22    27:7     27:9
30:3     30:3     30:6
30:12    30:16    30:25
39:21    39:22    40:1
41:1     41:9     41:16
41:24    42:5
**positions** [20]   6:7
6:8      10:14    12:22
14:12    14:13    16:5
24:19    24:21    25:5
25:10    26:1     35:13
36:7     36:9     36:20
36:24    37:5     40:11
40:13
**positive** [1]     34:5
**possessing** [1]   40:24
**post** [1] 11:25
**preparation** [1] 32:17
**prepared** [4]     5:6
5:11     5:21     32:21
**presence** [1]     8:15
**present** [1]      33:15
**presentation** [1]
11:13
**presented** [1]    17:6
**previously** [1]   23:15
**principal** [2]    14:1
16:15
**principal's** [1]  14:14
**procedure** [2]    11:14
30:18
**proceedings** [1] 46:7

Rowena Wagner vs Crawford School    Multi-Page    process - started
Charles Heller

| | | | | |
|---|---|---|---|---|

process [7]           25:7
29:13  32:22  36:8
36:23  37:8   37:10
professional [6]
10:20  10:22  10:23
10:24  11:1   11:3
professionalism [2]
32:19  41:13
professionally [1]
39:19
program [6]           38:19
39:2   39:3   39:3
39:9   39:10
programs [3]          39:3
39:7   40:8
projected [1]         11:25
promotion [1]         13:10
promulgation [1]
20:1
proposed [2]          32:8
33:12
provided [1]          31:2
pull [2]  32:14  32:24
purpose [4]           7:20
10:11  10:24  30:14
pursue [1]            40:7
put [1]  25:6
puts [1]  13:2

-Q-

qualifications [1]
40:11
qualified [1]         25:5
qualifies [1]         25:2
qualify [1]           41:7
qualities [6]         34:2
34:11  34:22  35:1
35:3   35:4
quarter [1]           42:1
questions [9]         26:5
26:14  26:16  27:18
32:25  35:23  36:1
40:10  43:12
quote [3]             8:3
8:8    16:16
quotes [1]            8:11

-R-

R [1]    46:1
race [1]  37:18
randomly [1]          41:21
ranked [1]            42:3
rapidly [1]           33:10
rather [1]            18:1
react [1]  42:24
reaction [2]          15:18
15:18
read [2]  3:8   24:24
reading [1]           39:13
realize [1]           8:9
really [3]            18:17

24:13  42:25
reason [6]            10:17
16:24  42:13  43:5
43:7   43:9
reasonable [3]        38:4
38:13  38:14
reasons [1]           32:12
receive [1]           12:9
17:2   27:1
received [5]          12:10
12:19  12:20  26:24
38:17
recently [3]          21:20
26:20  26:21
recess [1]            27:15
recollect [1]         4:10
recommend [1] 30:9
recommendations [2]
39:18
record [5]            27:16
28:19  29:24  35:21
45:21
recorded [1]          46:6
records [1]           22:13
recruit [1]           10:11
10:12
recruiting [2]        10:16
11:8
recruitment [6] 10:7
10:9   10:10  10:22
10:25  13:5
Redirect [2]          43:14
47:6
refer [1]  8:6
referencing [2] 38:9
42:21
referring [8]         3:3
6:23   9:8    24:18
24:19  25:18  26:11
43:21
refine [1]            39:5
reflect [1]           22:14
reflected [1]         34:24
reflective [1]        44:5
regs [1]  40:22
regular [2]           40:11
40:17
rejected [1]          18:3
relates [2]           32:23
33:14
relating [2]          28:2
28:7
rely [1]  30:13
remaining [7]         44:9
44:10  44:11  44:20
44:21  44:24  44:25
remark [3]            8:16
8:19   8:20
remarks [11]          8:5
8:7    8:22   9:2
9:3    9:4    9:6
9:9    9:10   9:12
9:15

remedial [4]          30:23
31:1   31:4   31:4
remember [14]         7:18
7:25   8:12   8:16
8:17   8:18   12:15
15:13  15:22  16:11
17:1   17:4   33:4
42:11
repeat [1]            6:25
repeating [1]         9:11
report [1]            7:5
Reporter [1]          46:4
reports [1]           4:12
represent [1]         37:11
require [1]           12:23
required [1]          40:17
requirements [3]
22:20  22:23  22:25
resource [1]          33:8
respect [2]           3:12
28:17
respectful [1]        34:13
responsibilities [1]
18:25
responsive [1]  19:24
Restate [1]           24:23
results [3]           3:5
3:14   3:14
resume [1]            12:5
returned [6]          3:6
3:8    3:15   3:17
4:2    4:3
review [1]            45:23
reviewed [1]          3:3
right [21]            4:5
4:13   4:18   6:8
6:12   6:17   6:20
7:8    9:5    11:5
18:4   19:21  23:8
25:20  26:12  35:14
35:22  36:9   42:11
44:17  45:20
rights [1]            36:18
Rogers [2]            46:4
46:19
role [5]  33:21  33:25
34:3   36:22  37:4
Rowena [2]            7:23
28:7
rubric [1]            32:25
rubrics [2]           32:20
32:21
ruled [2] 16:7   16:10

-S-

sat [2]  15:20  26:11
says [2]  11:20  24:16
school [68]           7:3
9:25   10:1   10:2
10:14  11:14  11:19
11:21  11:21  11:21
13:13  13:15  13:18
13:19  13:22  13:23

13:24  14:3   14:17
15:24  16:3   16:8
16:13  16:20  17:9
17:11  17:14  18:7
18:16  18:21  18:23
19:6   19:12  20:14
21:10  21:14  21:21
23:2   23:2   23:15
23:20  23:23  23:23
24:10  25:4   26:23
29:19  30:3   31:12
32:22  34:20  38:9
38:11  38:16  39:2
39:3   39:7   39:10
39:12  40:8   41:8
42:11  44:5   44:6
44:8   44:18  44:22
45:10
schools [1]           25:3
science [2]           20:19
20:20
scored [1]            41:25
second [1]            39:9
secretary [5]         13:2
13:2   19:25  29:10
30:21
secretary's [1]  42:18
Security [1]          29:11
see [4]  3:4    4:15
4:18   44:23
seeing [1]            42:7
seek [2]  17:11  29:18
seeking [2]           10:12
30:6
selected [2]          25:9
36:19
selection [5]         5:10
36:23  37:4   37:8
37:10
Senior [3]            14:17
18:7   18:23
seniority [1]         14:8
sent [3]  13:1   14:19
26:21
separate [1]          35:11
set [1]  11:15
setting [3]           20:14
21:13  21:14
seven [1]             21:11
21:13
seventh [1]           21:15
several [3]           31:20
33:22  37:3
shadowing [1]         39:20
shared [1]            31:15
short [1] 45:24
Shorthand [1]         46:4
shortly [7]           13:7
13:20  16:12  16:13
16:15  16:15  16:21
show [3] 5:20   22:9
43:20
showed [2]            5:24
35:13

shown [10]            5:7
6:19   7:3    7:6
7:10   22:11  22:14
37:1   43:25  45:14
sic [1]  45:1
sick [11] 43:22  44:8
44:10  44:17  44:25
45:1   45:2   45:4
45:6   45:9   45:10
side [2] 39:23  39:23
sign [1]  11:17
sit [2]  25:16  33:2
site [1]  32:14
six [3]  21:9   25:2
25:3
Sixteen [1]           26:16
sixth [2] 10:4   13:12
slash [2] 44:6   44:18
smart [1]             8:10
social [1]            10:3
13:18  13:19  13:23
20:19  29:11
someone [1]           18:8
27:9   34:13  34:13
34:14
source [1]            9:14
South [1]             11:23
span [2] 25:23  26:18
speak [2]             15:5
33:13
speaking [3]          8:8
8:9    35:7
speaks [1]            24:16
specific [6]          16:22
21:15  32:9   32:10
34:9   41:10
specifically [6] 8:1
8:3    8:4    8:7
9:18   32:8
specification [1]
29:2
specified [1]         34:22
specify [1]           28:19
spent [3]             16:18
16:20  16:21
spoke [1]             31:10
42:8
spring [4]            12:2
12:17  13:21  24:20
springtime [2]        12:2
14:2
staff [8] 10:20  10:20
10:23  10:25  11:1
11:2   11:3   11:4
standards [5]         31:13
31:14  32:23  41:1
41:11
standing [2]          42:5
42:17
Stars [3] 38:19  39:3
39:9
started [2]           24:7
42:11

Case 1:04-cv-00264-SJM    Document 61-2    Filed 06/26/2006    Page 136 of 136
Rowena Wagner vs Crawford School    Multi-Page™    starting - yourself
Charles Heller

**starting** [1]    23:1

**state** [6] 11:22    12:21
22:17    22:24    23:14
29:24

**statement** [4]    8:13
8:14    8:25    24:17

**stay** [1]    33:11

**Stegkamper** [1] 43:21

**stenographically** [1]
46:7

**step** [1]    7:13

**still** [2]    16:2    29:14

**stopped** [1]    21:5

**stronger** [1]    39:4

**strongest** [2]    41:22
41:24

**student** [3]    22:4
24:9    24:10

**students** [5]    17:12
17:16    34:6    39:11
39:13

**studies** [5]    10:3
13:18    13:19    13:23
20:19

**stuff** [1] 33:7

**style** [1] 34:19

**sub** [1]    40:12

**subject** [4]    12:4
12:21    13:15    20:15

**submit** [4]    12:7
30:8    30:10    35:12

**submits** [1]    29:10

**submitted** [4]    5:21
5:22    17:18    30:13

**submitting** [1] 35:17

**subs** [2] 40:16    40:16

**subsequent** [1] 14:23

**substitute** [4]    36:14
38:16    41:4    41:7

**substitutes** [3] 6:4
6:5    7:6

**successful** [1]    33:19

**such** [2] 29:4    31:6

**suggest** [5]    30:9
32:12    38:18    41:18
43:7

**suggested** [4]    29:17
30:6    32:11    43:6

**suggesting** [1] 30:22

**suggestion** [3] 30:15
32:24    38:20

**suggestions** [9] 31:2
31:6    31:8    31:17
31:22    35:10    38:24
38:25    43:8

**summaries** [1] 5:6

**summary** [3] 3:5
3:14    5:12    5:14

**summer** [3]    38:22
42:8    42:12

**summertime** [2]
16:17    45:17

**supposed** [1]    44:14

**system** [5]    6:7
6:15    6:23    7:2
18:19

**systems** [2]    28:17
28:19

-T-

**T** [2]    46:1    46:1

**table** [1] 11:20

**tables** [2]    11:15
11:17

**tasks** [1] 10:7

**teach** [5] 19:12    20:14
21:12    25:2    25:6

**teacher** [18]    6:15
9:25    10:2    10:3
10:4    10:10    13:13
13:18    13:23    19:11
21:20    33:19    34:2
34:20    37:10    39:24
41:5    41:7

**teachers** [18]    6:23
7:1    7:2    7:9
10:16    21:15    33:8
33:9    36:8    36:11
36:14    36:23    37:2
39:11    39:14    40:16
40:17    45:15

**teaching** [16]    6:1
10:13    11:2    11:3
13:15    19:5    22:4
24:9    24:10    25:2
26:22    30:6    30:12
37:17    41:8    41:9

**technology** [2] 22:12
22:17

**telephone** [1]    9:13

**telling** [1]    25:24

**ten** [6]    19:1    41:17
41:17    44:13    44:14
45:2

**term** [1] 33:21

**terms** [2]    14:24
34:9    34:10

**testified** [3]    29:16
29:17    30:20

**testify** [3]    5:5
5:8    5:10

**testimony** [3]    24:17
24:18    36:6

**thank** [4]    35:23
35:24    43:11    45:20

**thanks** [1]    37:21

**themselves** [2] 33:9
39:19

**thereafter** [3]    16:12
16:13    16:22

**Therefore** [1]    6:19

**thinking** [1]    13:20

**thought** [1]    44:21

**three** [5] 22:15    27:25
40:5    45:2    45:5

**through** [17]    4:17

**4:18    4:25    6:11**
13:13    18:22    19:18
20:2    26:2    26:3
26:4    29:6    32:20
32:25    34:10    36:7
41:6

**throughout** [1] 12:21

**times** [3]    33:22
34:25    39:14

**today** [2]    5:5
37:1

**too** [1]    4:24

**took** [1]    44:8

**total** [3] 25:18    26:7
29:13

**tournament** [1] 19:1

**track** [2] 31:18    32:5

**transcript** [3]    3:8
24:15    46:9

**transfer** [4]    6:9
6:11    6:14    7:4

**transferred** [4]    6:6
6:8    6:10    45:6

**transfers** [1]    6:15

**transmit** [1]    29:4

**transmitted** [1] 28:25

**trip** [2]    11:5    11:6

**true** [2]    36:9    36:18

**try** [4]    9:17    11:24
11:25    28:14

**turn** [3]    5:21    44:16
45:4

**tutoring** [1]    39:3

**twelve** [1]    21:11

**Twenty** [1]    25:15

**Twenty-two** [2]
44:2    44:3

**twists** [1]    21:9

**two** [9]    7:4    24:17
26:2    26:5    26:7
26:14    31:5    31:15
35:11

**type** [3]    10:11    40:20
40:21

**types** [1]    10:15

-U-

**Um-hmm** [12]    3:11
4:6    19:13    23:11
26:25    32:2    34:17
35:5    38:12    40:15
42:9    44:7

**under** [4]    7:10
20:20    41:13    43:22

**undergo** [1]    21:23

**understand** [7]    4:3
6:14    6:14    7:14
9:11    21:21    31:5

**union** [1]    27:11

**unit** [4]    6:11    36:12
36:15    36:20

**university** [4]    10:10
11:16    22:17    22:24

**up** [12]    4:16    5:9
11:15    11:17    12:18
13:14    19:18    21:6
21:17    34:6    34:7
40:2

**update** [1]    31:2

**updated** [1]    39:6

**upset** [3]    15:15
15:16    15:19

**used** [4] 44:18    45:7
45:10    45:11

**usually** [3]    12:1
12:5    12:16

**utilizes** [1]    37:8

-V-

**vacancies** [4]    11:25
12:3    12:4    25:4

**vacancy** [3]    13:17
17:10    25:7    26:22

**vacant** [3]    17:15
36:7    36:24

**vacation** [5]    45:14
45:16    45:16    45:18
45:19

**vacations** [1]    45:15

**vague** [2]    9:17
28:11

**view** [1] 8:22

**Virginia** [1]    11:22

**voiced** [1]    15:2

**volunteer** [1]    18:24

-W-

**Wagner** [28]    7:15
7:19    8:6    8:8
8:13    8:15    8:16
8:21    9:11    24:19
26:21    28:2    28:7
28:8    29:18    30:1
30:22    31:14    31:17
34:24    35:9    38:9
38:18    38:23    40:7
42:7    42:12    42:14

**Wagner's** [1]    8:1

**Wagners** [1]    7:21

**walked** [1]    42:17

**web** [1] 32:14

**week** [1] 40:3

**white** [1]    8:10

**wife** [1] 7:22

**wise** [1] 30:7

**within** [5]    25:3
25:23    26:18    32:16
41:10

**without** [3]    34:25
35:3    35:4

**WITNESS** [4]    16:10
23:5    35:24    47:3

**word** [1] 9:18

**words** [2]    31:11
45:4

**wrestling** [1]    18:23
19:1

**Wright** [10]    8:7
8:8    8:21    8:21
8:23    8:25    9:2
9:4    9:10    9:12

**written** [1]    5:12

-Y-

**year** [20] 13:23    14:3
16:19    16:20    17:13
23:2    38:9    38:11
40:2    44:5    44:6
44:8    44:13    44:18
44:22    44:23    45:1
45:8    45:9    45:10

**years** [3]    28:1
35:17    37:3

**you-all** [1]    15:7

**yourself** [1]    32:21