# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address |
| --- |
| Telephone Number |
| Name of Interviewer |
| Dates of any Previous Interview — Date of this Interview *12-19-02* |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Stacy Bocc*
Name of Applicant

*Elem*
Position Applied for

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | 5 CLEARLY OUTSTANDING | INSERT RATING |
| --- | --- | --- | --- | --- | --- | --- |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our requirements for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experience. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experience in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICATION ABILITY | Could not communicate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely motivated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, maintained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and underlying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

41

45

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address: Blair Lawrence

Telephone Number

Name of Interviewer

Dates of any Previous Interview

Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

42
45

- just completed spec. ed. position. - feels he is ready for a classroom.

1. curriculum needs to be designed to meet the needs Centers — adaptations, cooperative learning situation.

2. Newsletter every week — open house on his own,

3. Preventive discipline, consistent fair, token system. have students take responsibility, positive rather than negative.

4. assesses self as well as students, variety

5.

6. - Try to get them to calm down yet stay strong on the matter.
   - No problem w/ criticism grow from it.

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

Name of Interviewer

Dates of any Previous Interview

Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Blair Lawrence*

Name of Applicant

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 3 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest.. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

*Spec. Ed. Cert. - Long term G.3.*      *Self-assessment*

*Weekly newsletter - My own open houses*

40

45

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
| Telephone Number : | It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |
| Name of Interviewer | *Blair Lawrence* |
| Dates of any Previous Interview — Date of this Interview | Name of Applicant — Position Applied for |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | 5 CLEARLY OUTSTANDING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our requirements for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experience. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experience in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICATION ABILITY | Could not communicate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely motivated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, maintained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and underlying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

39/45

Spec ed. curt.
E.S. permanent sub

1. curric designed to individual/centers cooperative learning

2. newsletter / open houses / take home books.

3. use standards / integrate into every lesson.

4. preventive -. lay out ground/rules, be fair, token sys.
   positive reinforcement.

5.

6. diffuse, stay strong in the court
   no problem if criticism - alot to learn
   ask why - I'm young

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

**Kurt Meader**
Name of Interviewer

Dates of any Previous Interview

Date of this Interview: **12-19-02**

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

**Blair Lawrence**
Name of Applicant

**Elem + Spec. Ed.**
Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 42 |
| | | | | | | 45 |

Diverse experience
1. well planned, centers, cooperative lrng.

2. Newsletter weekly, open houses on own.

3. ser _____ used in every lesson. Comprehen lang

Pos. reinforcement
4. Preventative discipline, assisted, fair, discuss w/ students.
Token rewards - student involved

5.

6. Stay calm. Calm them down, get pt. of view

- Crits to learn
- No, ask w _____

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Applicant's Address _____ _____ Telephone Number _____ _~~_ Name of Interviewer _____ _12/19_ Dates of any    Date of this Previous         Interview Interview | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. _Blair Lawrence_ Name of Applicant         Position Applied for |

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| **TRAITS** | **UNSATIS-FACTORY** | **SOME DEFICIENCIES EVIDENT** | **SATISFAC-TORY** | **EXCEP-TIONAL** | **CLEARLY OUTSTAND-ING** | **INSERT RATING** |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 37 |
| | | | | | | /45 |

Nho: Edinburo grad elen/early childhood   2½ yr sub.
          just finished Spec ed certificated — St. tught c/ ED Copeela.
   1½ months at ES @ EE
   next step to own classroom.

1) Curr. designed to meet ind. needs - planed + organized -
        Centers — Cooperative leaming

2) Weekly newsletter — open house - avail for contact
     + gr. daily assignment books

3) use standards + then 4 every lesson -
        C. l. + circlm

4) preventative — ground rules - fair + consistent
        discuss w/ students
     ES token system  scale 1-5 - buy store + buc hw
   Positive reinfrce.

5) assess all time  beg - end  cycle -
        plan your next lesson
        variety — not just pap/pencil       rubric
                                            song

6. - get parent to calm down - stay strong but not just
                                        give in to parent.
   - no problem - but I need to lem
   - ask why - make sense after explanec
             limited experience

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*S. Good*

Name of Interviewer

*12-19-02*

Dates of any Previous Interview    Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Blair Lawrence*

Name of Applicant              Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 5 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

42
45

Klein & Early Ch. completed So Ed.

ES long term sub

1. be planned and organized
   centers meet indiv.
   cooperative learning to foster dev.

2. wkly newsletter
   open house on own
   signed assignments

3. used in every lesson

4. Preventive disciplince
          ground rules, consistent, fair
          token — self assess
          positive reinforcement

5. self assessment
   continuous cycle
   variety — p/pen, perf. use rubric

6. ° calm discussion
        stay strong
   ° willing to learn
   ° makes sense

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address
_____

Telephone Number
*Heller*

Name of Interviewer
_____
*12-19-02*

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Blair Lawrence*                    *Elem*
Name of Applicant                  Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

41                                                              45

— East End — long term —

— Ed Cappello —

— Short Answers —

— Parental Involvement newsletter — Log

— Positive Reinforcement not Negative
        Reinforcement —

— Variety of Assessment —

# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
|---|---|
| Telephone Number | It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |
| Name of Interviewer | *Stephanie Hughes* |
| Dates of any Previous Interview | Date of this Interview | Name of Applicant     Position Applied for |

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

*Computer Savy –*
*Latin*

42
45

# EMPLOYMENT INTERVIEW ANALYSIS

Stephanie Hughes

Applicant's Address

Telephone Number

Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant                    Position Applied for

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| TRAITS | UNSATIS-FACTORY | SOME DEFICIENCIES EVIDENT | SATISFAC-TORY | EXCEP-TIONAL | CLEARLY OUTSTAND-ING | INSERT RATING |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 5 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

45

— Claim — duel major —

1. different leaving groups. — flex

2. Write a letter of intro to steel out with form the get go. Communicated w/ parents each night (aunt) not afraid to talk w/ parents.

3.

4. Teking attitude very important — taken to help w/ behavior.

5.

6. A.

   B.

   C.

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

Name of Interviewer

Dates of any Previous Interview

Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Stephanie Hughes*

Name of Applicant

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

40

45

E.S. / Autistic
3rd gr.

1. learning centers / computer / learning groups
2. letter to parents, journal, daily report, as needed, welcome
3. integrate all areas
4. greeting students is important    token economy, consequences
5. informal / formal assess. assess (on going)
6. listen to parent first
   open for opinions / criticism
   you listen to them

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*Kurt Meader*
Name of Interviewer

*12-19-02*

Dates of any Previous Interview | Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Stephanie Hughes*          *Elem / Special Ed*
Name of Applicant              Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

*42 / 45*

*1. Tch. 3rd grade + autistic*

*2. Write letters to parents*

*3. General group of ...*

*4. Positive rapport + atmosphere Token system.*

*5.*

*6. Listen first. If needed, involve*

*Improve thru criticism Respect No-Listen*

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*AK*

Name of Interviewer

*12/19*

Dates of any Previous Interview

Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Stephanie Hughes*

Name of Applicant

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 44 |
| | | | | | | 45 |

Intro  NH/MASH 98 — always liked to work w/ kids —    Out# St. teacher

Claim dsn't mgm elem+ Sped.

St.t.  gd 2 DuBois        ES 8+9         K-3 authentic
         LSS K-6              gd 3 Rloomtwell

gve evaluate wide perspective of all types of lrn

1) learn centers — independent grns — grpstures —
          small gp w/ teacher  —

2) letter to intro self  — daily comm w/ authty promots —

3)

4) prs feelg weekly into class——
          token economy — consequences

5) formal ⟶ never
          assess thought unit — not just chpr test

6.) listen to prnt — if needed involve principal
          Critical wree ingm m——
          situat — princ runs school  — call to resolve
                                          conflict

————————————————

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address _____

Telephone Number
S. Goad
Name of Interviewer

Dates of any        Date of this        12-19-02
Previous            Interview
Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Stephanie Hughes
Name of Applicant                    Position Applied for

| TRAITS | 1<br>UNSATIS-<br>FACTORY | 2<br>SOME<br>DEFICIENCIES<br>EVIDENT | 3<br>SATISFAC-<br>TORY | 4<br>EXCEP-<br>TIONAL | 5<br>CLEARLY<br>OUTSTAND-<br>ING | INSERT<br>RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our requirements for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experience. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experience in related areas. | Totally experienced in job. Has strong experience in related areas. | 5 |
| COMMUNICATION ABILITY | Could not communicate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely motivated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, maintained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and underlying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5<br>4D<br>45 |

dual major ele/sp ed

field { gr 2
life skills   K-6
emotion support   K-8

st. tch. { gr. 3
K-3 autistic

1. learning centers
2. letter to parents to intro. self
       nightly communication - rec. need for
                              autistic
3. gave example of lessons - using powerpt?
4. positive feeling
       token / consequences
5. weak answer on assess.
       Sp. Ed assess. imp
6. • listen
   • imp. tchg.
   • resolve conflict in anyway


               nervous laugh

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*Heller*

Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |
|---|---|
| | *12-19-72* |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Steph Hughes*

Name of Applicant

*Elem*

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

41

45

- grad. of Meadville    Elem/Spec. Ed. -

- 2nd grade - Life Skills,

- 3rd grade - Autivism

- Stephanie Hughes
- Erin Bourgoin
- Amber Nolan
[5] - Nikki Sloan
- Robert Bazlak
- Jennifer Tworek

6  Student Teachers
No Way        Carolyn Beers
CD, DS, R.W., M.W.    David Stearns
Rowena Wagner
Mark Weathers
K. Jamison

A. McElwain
A. Foulk
A. Szalewicz
S. Boca
B. Lawrence
C. Dupont

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address
_____

Telephone Number
_____

Name of Interviewer
_____

Dates of any          Date of this
Previous              Interview
Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Erin Bourquin*

Name of Applicant          Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 3 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 3 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 3 |

32
45

worked retail in California / supervised staff

1. Balanced literacy (bolit) give individ attention.
   proficiency. Guided reading worked great, running record
2. volunteer - home - school connection
3. Balanced literacy approach - graphic organizers
4. posted rules of consequence - progressive
5. at all levels / at all times - authentic - paper pencil
6. listen to facts / gather info /

# EMPLOYMENT INTERVIEW ANALYSIS

Erin Bourguin
Applicant's Address

Telephone Number

Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant _____     Position Applied for _____

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
|  |  |  |  |  |  | 37 |
|  |  |  |  |  |  | 45 |

— Began in medical field — customer service,

1. Proponent of balanced literacy

2.

3. All should be incorporated into everything!

4. Margaret is preventive. Rules, notes w/
   Consequences. — Did not mention points as
   part of plan — Do not very from the
   plan.

5.

6. — Listen to facts.
   — understands chain of command.

   —

   only one to appreciate the chief for this interview.
   Made great eye contact.

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
| Telephone Number | It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |
| Name of Interviewer | *Erin Burraun* |
| Dates of any Previous Interview     Date of this Interview | Name of Applicant          Position Applied for |

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 34 |
| | | | | | | 45 |

*Customer Service / Organized / Positive personality*
*Likes Balanced List.*

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address
_____

Telephone Number
_____

*Kurt Meader*

Name of Interviewer
_____

12-19-02

| Dates of any Previous Interview | Date of this Interview |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Erin Bourquin*

Name of Applicant                     Position Applied for

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| TRAITS | UNSATIS-FACTORY | SOME DEFICIENCIES EVIDENT | SATISFAC-TORY | EXCEP-TIONAL | CLEARLY OUTSTAND-ING | INSERT RATING |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 40 |
| | | | | | | 45 |

Experience outside of ed.

1. Bah. Literacy, understanding of reading levels and guided readings.

2. Invite parents to come in.

4. Preventative thing - consequences - progressive.

5. Assessment at all levels. Informal - authentic.

6. Listen to facts. Get all information.

Crit - hierarchy, understand why.

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

Name of Interviewer _____ *BS*

Dates of any | Date of this
Previous | Interview
Interview | *12/17*

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Erin Bringman*

Name of Applicant _____   Position Applied for _____

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5/4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5/4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

38
45

Intro  Started in medical field - science oriented
retail management 4½ yr in Calif.  Customer service
personnel

organizational skills

personality + rapport

1. even B2 ; GR enforced ; RR.j Cap-colum
   big idea to A-lack-student on own level

2. Impact move

3. incorporate in content - graphic organizer
   Can't achieve in content if can't read

4. preventative - day 1    pour-down away no rules
   rules w/ consequences    large impact to principal

5. at all level + time - comprehensive
   observation - authentic
   + paper/pencil tests  ;  experiments

6 listen to facts - keep an eye on it + watch
   thats the hierarchy - my boss    Chain of command
   want to know why - situational
   find middle ground

No questions    thanks for interviewing me
                good people -

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address _____

Telephone Number _____

S. Good

Name of Interviewer 12-19-9~

~D~Good~

Dates of any          Date of this
Previous              Interview
Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Erin Bourquin

Name of Applicant _____     Position Applied for _____

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 38 |
| | | | | | | 45 |

Science concentration
management experience - customer service
retail sales, organizational skills

1. Bal. Lit. exposure with Jami
   small group
   mad minute idea - leveled by student
                                    perf.

   Guided rdg with RR
2. Come in as volunteers

3. specific info. graphic org. for S.S.

4. set classroom up right
   stated rules posted with consequences.

5. at all times
   observation - authentic?
   p. pen test
   task
                   what use it for?
                   look at prior knowledge

6. • listen to facts
     will watch relationship if no factual eye-
                                        witness

   • boss is principal
     take in stride - react accordingly

   • want to know why - look for middle ground

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

Heller

Name of Interviewer

12-19-02

| Dates of any Previous Interview | Date of this Interview |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Erin Bourguin _____    Elem _____
Name of Applicant                           Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 3 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

37

45

- Balanced Literacy -
    - Running Records -

- Says alot about little -

# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address |
| --- |
| Telephone Number |
| Name of Interviewer |
| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Carolyn Beirs*

Name of Applicant                    Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
| --- | --- | --- | --- | --- | --- | --- |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 3 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

*Early Childhd./Sp. Ed.—     written/oral assessments     Listen first*
*not big on standardized testing     Learn from criticism*
*Recognize authority*

39
45

# EMPLOYMENT INTERVIEW ANALYSIS

*Carolyn Beers*
Applicant's Address

Telephone Number

Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant _____     Position Applied for _____

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our requirements for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experience. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experience in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICATION ABILITY | Could not communicate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely motivated. Has very strong ambition to succeed. | 3 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, maintained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and underlying motives. Quick grasp of ideas. | 3 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 3 |

31
45

— Early childhood/Special Ed. — began in Radiology
Stud. tchng @ Cambridge Elem.  Saxgerstown — 4 Block, in
on & on & on & on ...........................

1. would like to spend much time on manipulating

2. "Collaboration between all  very important !

3. integrate all in all subjects recognized the
need for modification & adaptation.

4. allow students to help make classroom rules
use behavior mod plan if needed.

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address
_____

Telephone Number
_____

Name of Interviewer
_____

| Dates of any Previous Interview | Date of this Interview |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Carolyn Brown*

Name of Applicant _____     Position Applied for _____

| TRAITS | 1 UNSATIS-FACTORY - | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 3 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 3 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 3 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 3 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 3 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 3 |

28

45

Early childhood / Spec Ed. Clrt.
not much reg. ed experience – likes one on one

1.

2. collaboration – send home letter / phone calls / volunteers

3. different modes of student learning styles

4. Classroom rules / w students / behavior mod. The rone

5. Oral / Written assess. – standardized tests are frustrating for kids &
need the scores but it is intimidating – whole grp. assess! teachers

6. research at facts / listen / suggestions
prefer to be critized then to let it keep going
depending on what is wrong – accept authority

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*Kurt Meader*
Name of Interviewer

Dates of any Previous Interview

Date of this Interview: 12-19-02

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Carolyn Brown*
Name of Applicant

Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4½ 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

Early Childhood / Special Ed. Intend to get Elem. Ed. (4 Block) Bal. Lit. (mastery) Reading

45

1. Hands on
2. Collaboration w/ parents - Send Happy Grams.
   Invite in
4. Rules - student driven.
5. Assessment - various knts used
6. Find facts - listen to pt. of view

Respect authority

45

# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address |
| Telephone Number |
| _A3_ |
| Name of Interviewer |
| _12/17_ |
| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

_Carolyn Beers Brown_

Name of Applicant                Position Applied for

| TRAITS | 1<br>UNSATIS-<br>FACTORY | 2<br>SOME<br>DEFICIENCIES<br>EVIDENT | 3<br>SATISFAC-<br>TORY | 4<br>EXCEP-<br>TIONAL | 5<br>CLEARLY<br>OUTSTAND-<br>ING | INSERT<br>RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 3 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 3 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 3 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 32<br>45 |

Intro   MASH 97   German - Radiology      moved into ed - 2 yr Assoc.
                    turn in ed - △
               got 4 yr      early Childhood / special ed
          6 classes short of Elem cert.

               goal → Major                          st taught Sg + CS.
          German requires in 3 wk protein                  1    5-6 CS
                                                        93.
          4 block - BL - reading mastery            K + higher
     at SD; partic  SS / math - Science              4 blocks
①    more involved w/ special ed —              also subbed @ ES
          likes small groups + 1 on 1 -

① know reading levels  — whole gp - centers - sm gp.
          manipulatives
② key to success; to communicate; happy group
③ integrate in all subjects - reading in all ;
          speaking - presentation; shy kids
④ Classroom rules - involve students in making them -
          beh. mod plan.
⑤ many kids - Written + oral recall
          Std tests are frustrating for student + teacher
          but scores are needed.
⑥ reserved first - be listener 1st
          - prefer to be told a better way to do it
          - authority w/ reason behind it - Change 1st, dir

# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address |
| --- |
| |
| Telephone Number |
| S. Good |
| Name of Interviewer |
| 12-19-02 |
| Dates of any    Date of this |
| Previous         Interview |
| Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Carolyn Beers
Name of Applicant                                Position Applied for

| | 1 | 2 | 3 | 4 | 5 | |
| --- | --- | --- | --- | --- | --- | --- |
| TRAITS | UNSATIS-FACTORY | SOME DEFICIENCIES EVIDENT | SATISFAC-TORY | EXCEP-TIONAL | CLEARLY OUTSTAND-ING | INSERT RATING |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 3 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 2 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 3 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 3 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 3 |
| | | | | | | 30 |
| | | | | | | 45 |

Early Childhood /Sp. Ed
   K-3

                            Limited exp in reg ed

Gannon
     4 -3 wk field prac.

  St. Tchr   Gr. 5 & 6 LS
           gr 3 — used 4 blocks
  Sec. Dist. — Bal. Lit.
  First Dist. — Mastery Rdg

1. not as much experience with reg. ed. — only
   experience in small groups. (learning centers,
      manipulatives,) break-down large tasks

2. collaboration between parents, tchrs, students
         key to success
   obs, involvedment,

3. spoke about modifications — never discussed
   children doing anything but what wanted
      (not comfortable with speaking)
4. behavior mod.
  write goals together

5. many kinds- oral, written, projects (group)
     standardized tests are frustrating
          Student & tchr

      (limited expectations
       intimidating
6. • listen, research
   • prefer told directly, used for imp.
   • accept authority & change idea

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address _____

Telephone Number _____

*Heller*

Name of Interviewer

*12-19-02*

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Carolyn Beers*                    *Elen*

Name of Applicant              Position Applied for

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 45 |

38

Meadville = Grad =

Cannon = ⊕ / Spec. Ed.
          Early childhood Ed.

6 - 3 wk Practicum -

. St. Teach  Saegertown / Cambridge
            5 7/6 " Cambridge,   3rd grade

             Reading —
Zil Dist, = 1/2 yr. exp., mistery List -

Dres not Answer question -

II.

# EMPLOYMENT INTERVIEW ANALYSIS  247

| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
|---|---|
| Telephone Number | |
| *Kurt Meader* | It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |
| Name of Interviewer | |

*Amber Nolan*
Name of Applicant                         Position Applied for

| | 12-9-02 |
|---|---|
| Dates of any Previous Interview | Date of this Interview |

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 43 |
| | | | | | | 45 |

1. Organized/prepared - no down time management
   Volunteer/outside school. Continued ed.
2. Student centered.
3. Find parents form of communication. Positive comm.
4. College assignment involving integration.
5. Actively engaged/on task. Nonverbal, verbal/Plans.

Neutral w/ pace
seek input.
Ask ?,

# EMPLOYMENT INTERVIEW ANALYSIS

47

**Amber Nolan**

Applicant's Address

Telephone Number

Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

_____     _____
Name of Applicant                    Position Applied for

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. . | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 42 |
| | | | | | | 45 |

*organized + prepared —*
*enthus. + energetic —*
*unlimited fireperson - scale*

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*He/lce*

Name of Interviewer

*12-9-02*

Dates of any Previous Interview | Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Ander Nolan*
Name of Applicant

*Elem. Ed.*
Position Applied for

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |
| | | | | | | 4b |
| | | | | | | 45 |

Enthusiasm —    Involved in community Activity
        ⇒  Activities

        ⇒  Continue her Education

— Formation - Summative Assessment —

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address _____

Telephone Number _____
*BS*

Name of Interviewer _____
*12/9/0~*

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Amber Nolen* _____
Name of Applicant          Position Applied for

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 42 |
| | | | | | | 45 |

*Notes in left margin:* 1,2,3 / 1,5 ; open ; per

of  organized + prepared  — actively engaged students
      energetic

      volunteer — WMI Vol Firedept
                  Scaba diving

      autism classes
      want to enhance ed.

① student centered learning -
      individual objectives

② survey parents for comm. needs @ beg of yr
      + follow + high
      Call for good things too

3. integrate class — Science integrate
      R,A — math prob — sci — hist

4. high expectation
      no need if students are actively engaged

5. daily assessment — observation — every subject
      neg way to know objectives are met
      variety of assess.

6. listen to pa

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

_J. Kazns_
Name of Interviewer

| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

_Amber  Nolan_
Name of Applicant

_Elementary_
Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. X | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. X | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. Good info! X | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. X | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. X | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. X | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. X | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. X | 5 |
| | | | | | | 37 / 45 |

_Student Centered Learning._

Class on integration —

High expectations — Don't allow down time.
- No verbal techniques
- Token economy

Assessment daily — formative
summative.
— only way a teacher
can evaluate

#6 — open, honest, give parent a chance to,
- Like criticism (constructive)
- No — From a student not accepted.
No - From a professional

Done much work in The District

very well informed.

# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address | |
|---|---|
| Telephone Number | |
| **S. Good** | |
| Name of Interviewer | |
| **12-09-02** | |
| Dates of any Previous Interview | Date of this Interview |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

**Amber Nolan**
Name of Applicant                     Position Applied for

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| TRAITS | UNSATIS-FACTORY | SOME DEFICIENCIES EVIDENT | SATISFAC-TORY | EXCEP-TIONAL | CLEARLY OUTSTAND-ING | INSERT RATING |
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 43 |
| | | | | | | 45 |