EXHIBIT 19

## CRAWFORD CENTRAL SCHOOL DI[STRICT]
Observation Summary

REPORT OF CLASSROOM VISITATION

Teacher's Name: Roweena Wagner    Date: 11/22/02
School: Cochranton Elem.    Grade/Subject: Language Arts 2nd grade
Length of Observation: From 9:15 To 9:51    Period 2    Visit # 1
Substitute Mrs. Pickens

KEY:    S - Satisfactory    IN - Improvement Needed
        NA - Not Applicable    * - See Written Comment

Preparation - Planning
(NA) Lesson plans evident. Didn't see lesson plans
(NA) Planning reflects lesson objectives and activities
(IN) Aim or purpose - Clear and attainable.
(IN) Provisions for different ability levels.
(NA) Instructional materials readily available.
(S) Materials reflect creativity and resourcefulness
(S) Teacher's knowledge of lesson content.

Instructional Technique/Effectiveness
(S) Command of written and spoken English
(*) Introduction and motivation. No introduction or real intro
(?) Teaching strategies appropriate to lesson/objective.
( ) Provisions for: S auditory, * visual, * and tactile instruction * No provisions
(*) Illustrates/models the concept or skill Show the students what you want.
(S) Vocabulary appropriate to group.
(J) Questions stimulate thought.
(NA) Learning experience consistent with purpose/planning And puts kids plus
(*) Students encouraged with appropriate reinforcement Commend for correct responses
(*) Teacher awareness of student understanding of lesson objectives. Didn't include many students
(*) Time on task. Students were very restless, seated on the floor for so long.
( ) Summary and closure.
(NA) Assignment/Homework - applicable and clearly stated.

Teacher - Student Interaction
(*) Demonstrates courtesy and tact ./
(S) Maintains consistency when working with students
(*) Encourages student interaction. Attempt to include all students.
(S) Students' involvement - participate actively Students read out loud
(S) Encourages good work/study habits.

Personal Characteristics
(*) Demonstrates sound instructional judgment. Suggestion #4
(S) Gives attention to personal grooming and dress
( ) Exhibits: S poise, S composure, * enthusiasm, * and sense of humor Appeared very nervous - relax more

Management and Organization
(S) Control and discipline - firm, fair, and sympathetic
(S) Establishes/follows classroom routines and procedures. Instructions very clear
(S) Attention to health and safety needs of students
(S) General order and cleanliness of room.
(S) Effectiveness of seating & furniture
(S) Use of bulletin boards and/or displays
(NA) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS: Mrs. Wagner led the class move to the front of the room, sit on the floor and read outloud (9:15-9:50)
Suggestions: (1) Prepare a introduction that will get students excited about reading.
(2) Involve more students in discussion - How do you assess for understanding?
(3) Positively reinforce correct responders and then elaborate in detail so the entire class benefits from the correct answers.
(4) Students sat in one place for a long time - They became very restless. A activity that is structured but requires undivided attention maybe needs to be in their seats.
Mrs. Braden (Title 2) reading specialist could share some strategies that can be very helpful.

Observer's Signature: Chris Hill III    Title: Asst. Supt.
                                        Conference Date: 12-6-02
*Teacher's Signature: Roweena Wagner    Enclosure: Yes___ No___

1. White copy remains with teacher.    *Indicates copy has been received; not
2. Yellow copy to principal.    necessarily in agreement with observer.
3. Pink copy to personnel file.    Written response may be attached.

## Definitions

### Preparation - Planning

A. Lesson plans - Classroom presentation reflects planned: introduction, objectives, activities, materials, and closure. Formal written lesson plans may be requested.
B. Lesson Objective - Presentation of the lesson indicates definite planning of objectives. Objectives are clear, realistic, and can be reached.
C. Provisions for different ability levels - Lesson includes a variety of techniques and activities to meet the abilities of all the students.
D. Materials - Materials prepared relate directly to the subject and abilities of the students and provide meaningful learning experiences. The teacher adds innovative ideas to the selection of materials and demonstrates flexibility in their use. Instructional materials are prepared in advance and are in hand.

### Instructional Techniques/Effectiveness

A. Command of written and spoken English - Attention is given to spelling, grammar, usage, intonation, and punctuation.
B. Introduction - Initially, a learning atmosphere is created which motivates the student.
C. Provisions for instruction - The instructional process is multi-modal with special emphasis placed on the auditory, visual, and tactile. Progression of the events within the lesson is in logical sequence and is appropriate to the interests and abilities of the students.
D. Illustration and modeling - The proper application of a concept or skill is demonstrated as often as possible.
E. Vocabulary - Vocabulary clarifies, challenges, enriches, and is appropriate to the group.
F. Questions - Questioning is designed to promote problem solving, decision making, and critical and creative thinking. Teacher avoids limiting questions to the cognitive areas.
G. Learning experience - Lesson is well organized and presented in an effective, logical, and developmental manner that reaches to the original planned objectives.
H. Reinforcement - Professional judgment is used in choosing methods which are positive and appropriate.
I. Awareness - Teacher is aware throughout the lesson whether students are understanding the lesson as presented.
J. Time on task - Time allotment is used completely for classroom management and teaching to the objectives.
K. A definite attempt is made to summarize the objectives of the lesson and bring lesson to closure.
L. Assignment - Assignments are made in writing in a clear, concise, and appropriate manner.

### Teacher - Student Interaction

A. Courtesy - Teacher is polite, considerate, and respectful.
B. Consistency - Interaction is fair, unbiased, uniform, and friendly.
C. Student Interaction - A variety of activities and methods is used to stimulate interaction and sustain interest at all learning levels.
D. Lesson Involvement - Students respond freely to class discussion. There is evidence of participation through classroom activities and projects.
E. Study habits - Study skills are promoted through use of good work habits, time management, organization, and SQ3R (Survey, Question, Read, Recite, and Review).

### Personal Characteristics

A. Instructional judgment - Teacher understands and respects differences in abilities, interests, needs of students, and uniquenesses of the classroom settings; exhibits intelligent, mature behavior and conducts oneself in a manner which exhibits professional dignity.
B. Grooming and Dress - Professional standards are maintained.
C. Teacher maintains a calm professional manner in approaching classroom problems while maintaining enthusiasm and a sense of humor.

### Management and Organization

A. Control and Discipline - Classroom control and discipline are essential to quality instruction. Teachers are expected to maintain classroom control which is necessary in facilitating the instructional process. Discipline problems are to be resolved in a realistic and insightful manner.
B. Classroom routine - Establishes procedures in a way in which students can anticipate and feel comfortable.
C. Health and Safety - All instructional strategies must promote the health, safety and physical well being of all students. Emphasis must be placed on supervising students at all times to insure a safe and wholesome school environment.
D. General order - Learning environment is orderly, clean, and appealing.
E. Seating and furniture - Flexibility is encouraged in using existing furnishings to maximize space, facilities, and student achievement.
F. Bulletin Boards - Bulletin boards and classroom displays are relevant, current, attractive, aesthetic, and used as an instructional tool.
G. Records - Record keeping is accurate, timely, and written in a clear manner.