CRAWFORD CENTRAL SCHOOL DIST.
Observation Summary                    EXHIBIT 70

REPORT OF CLASSROOM VISITATION

Teacher's Name _Mrs. Rowena Wagner_ Date _11-26-02_

School _Cochranta Elem._ Grade/Subject _2nd grade Social Studies_

Length of Observation: From _1:30_ To _2:05_ Period ___ Visit # _1_

KEY:                S - Satisfactory        IN - Improvement Needed
                    NA - Not Applicable      * - See Written Comment

Preparation - Planning
(NA) Lesson plans evident . . . . . . . . . . . . . . . . . . . . . . . .
(NA) Planning reflects lesson objectives and activities . . . . . . . . .
(NA) Aim or purpose - Clear and attainable. . . . . . . _Concepts of Family_
(NA) Provisions for different ability levels. . . . . . . . . . . . . . .
(S) Instructional materials readily available. . . . . . _and Ancestors_
(NA) Materials reflect creativity and resourcefulness . . . . . . . . . .
(S) Teacher's knowledge of lesson content. . . . . . . . . . . . . . . .

Instructional Technique/Effectiveness
(S) Command of written and spoken English. . . . . . . . . . . . . . . .
(S) Introduction and motivation. . . . . . . . . . . . . . . . . . . . .
(S) Teaching strategies appropriate to lesson/objective. . . . . . . . .
(S) Provisions for: __auditory, __visual, __and tactile instruction . . . . . .
(S) Illustrates/models the concept or skill . . . . . . . . . . . . . . .
(S) Vocabulary appropriate to group. . . . . . . . . . . . . . . . . . .
(S) Questions stimulate thought. . . . . . . . . . . . . . . . . . . . .
(S) Learning experience consistent with purpose/planning . . . . . . . .
(S) Students encouraged with appropriate reinforcement . . . . . . . . .
(S) Teacher awareness of student understanding of lesson objectives. . . . . . .
(S) Time on task . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(S) Summary and closure. . . . . . . . . . . . . . . . . . . . . . . . .
(S) Assignment/Homework - applicable and clearly stated. . . . . . . . .

Teacher - Student Interaction
(S) Demonstrates courtesy and tact . . . . . . . . . . . . . . . . . . .
(S) Maintains consistency when working with students . . . . . . . . . .
(S) Encourages student interaction . . . . . . . . . . . . . . . . . . .
(S) Students' involvement - participate actively . . . . . . . . . . . .
(S) Encourages good work/study habits. . . . . . . . . . . . . . . . . .

Personal Characteristics
(S) Demonstrates sound instructional judgment. . . . . . . . . . . . . .
(S) Gives attention to personal grooming and dress . . . . . . . . . . .
(S) Exhibits: __poise, __composure, __enthusiasm, __and sense of humor . . . . . .

Management and Organization
(S) Control and discipline - firm, fair, and sympathetic . . . . . . . .
(S) Establishes/follows classroom routines and procedures. . . . . . . .
(S) Attention to health and safety needs of students . . . . . . . . . .
(S) General order and cleanliness of room. . . . . . . . . . . . . . . .
(NA) Effectiveness of seating & furniture . . . . . . . . . . . . . . . .
(NA) Use of bulletin boards and/or displays . . . . . . . . . . . . . . .
(NA) Maintains accurate records . . . . . . . . . . . . . . . . . . . . .

COMMENDATIONS & RECOMMENDATIONS. _Students took turns reading and discussing_
_family + ancestors in Social studies chapter. Then and folk_
_Strategy used - "What does ancestor mean?" Students were redirected after_
_getting off the subject of the discussion. Good job sharing own_
_cultural experiences from another country. Upcoming lesson were previewed._
_Suggestions: 1. Be aware of calling on the same few students (Cashin and Shawn)._
_2. Limit student responses to 2 or 3._
_3. Use the turn and talk strategy for higher level questions such as_
_"why" or for making predictions._

Observer's Signature _Kurt O. Meade_ Title _Principal_
                                    Conference Date _12-3-02_
*Teacher's Signature _Rowena V Wagner_ Enclosure: Yes_____ No_____

1. White copy remains with teacher.      *Indicates copy has been received; not
2. Yellow copy to principal.              necessarily in agreement with observer.
3. Pink copy to personnel file.           Written response may be attached.