1           IN THE UNITED STATES DISTRICT COURT
2         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

     ROWENA WAGNER,                      :
3            Plaintiff                   :
                                         :
4            v.                          : Case No. 04-264 Erie
                                         :
5    CRAWFORD CENTRAL SCHOOL DISTRICT;   :
     CRAWFORD CENTRAL SCHOOL BOARD;      :
6    MICHAEL E. DOLECKI, SUPERINTENDENT; :
     CHARLES E. HELLER, III, ASSISTANT   :
7    SUPERINTENDENT,                     :
             Defendants                  :
8                                        :
             and                         :
9                                        :
     THE CRAWFORD CENTRAL EDUCATION      :
10   ASSOCIATION,                        :
             Defendant                   :
11

12

13

14

15         Deposition of ROWENA WAGNER, taken before

16     and by Sondra A. Black, Notary Public in and for the

17     Commonwealth of Pennsylvania, on Monday, October 31,

18     2005, commencing at 9:41 a.m., at the offices of

19     Crawford Central School District, 11280 Mercer Pike,

20     Meadville, Pennsylvania 16335.

21

22

23

24

25                Reported by Sondra A. Black
                  Ferguson & Holdnack Reporting, Inc.

```
 1                       A P P E A R A N C E S

 2

 3     For the Plaintiff:

 4          Caleb L. Nichols, Esquire
            P.O. Box 1585
 5          Erie, PA 16507

 6     For Crawford Central School District; Crawford Central School
       Board; Michael E. Dolecki, Superintendent; Charles E. Heller,
 7     III, Assistant Superintendent:

 8          Mark J. Kuhar, Esquire
            Knox McLaughlin Gornall & Sennett, PC
 9          120 West Tenth Street
            Erie, PA 16501
10
       For The Crawford Central Education Association:
11
            Richard S. McEwen, Esquire
12          4250 Route 6N
            Edinboro, PA 16412
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               I N D E X

2

3    ROWENA WAGNER

4        Direct Examination by Mr. Kuhar.........................4

5        Cross-Examination by Mr. McEwen........................85

6        Cross-Examination by Mr. Nichols......................119

7        Recross-Examination by Mr. McEwen.....................123

8

9    EXHIBITS

10       Wagner Deposition Exhibit No. A1......................108

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            R O W E N A   W A G N E R, first having

2            been duly sworn, testified as follows:

3

4                        DIRECT EXAMINATION

5    BY MR. KUHAR:

6

7        Q.    Good morning, Ms. Wagner.

8        A.    Morning.

9        Q.    My name is Mark Kuhar.  As you know, I represent all

10   the Defendants except the Crawford Education Association.

11       A.    Yes.

12       Q.    We have here Dick McEwen and Shannon Wagner on

13   behalf of the Association; Defendant Mike Dolecki and Charlie

14   Heller; as well as your attorney and your husband.  We're

15   here for your deposition.

16            I'm going to go through the rules even though I know

17   you've heard them several times.  If I ask a question which

18   is difficult to answer because it's grammatically deficient

19   or it's a compound question, or for any other reason if you

20   have difficulty answering a question, please tell me that.

21   Same rules apply if you're being asked questions of the other

22   attorneys, too.  We'll try to rephrase the question.

23            You have to give verbal responses.  The ventilation

24   and the heating system is a little bit on the loud side, so

25   we're both going to have to yell a little bit.  I won't be

1    insulted, and please don't be insulted if I'm speaking loudly

2    to you.  Do you have any questions?

3         A.    No.

4         Q.    As you know, if you need to take a break at any

5    time, we can certainly do that.  Okay?

6         A.    Okay.

7         Q.    State your full name and your address, please.

8         A.    Rowena Wagner, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10        Q.    In your Complaint you allege that you were born in

11   the Philippines; is that true?

12        A.    Yes.

13        Q.    When and where?

14        A.    December 12, 1972, Manila, Philippines.

15        Q.    How long did you live in the Philippines?

16        A.    21 years.

17        Q.    So '93 or '92?

18        A.    Yes.  '93.

19        Q.    Did you move from the Philippines to the United

20   States?

21        A.    Yes.

22        Q.    Have you lived here since?

23        A.    I'm sorry?

24        Q.    Have you lived in the United States --

25        A.    Yes.

1       Q.    -- since?

2       A.    Yes.

3       Q.    Was that '93?

4       A.    Yes.

5       Q.    Did you move here because of a job or family or

6   what?

7       A.    I got married.  I married my husband.

8       Q.    What is your educational background?

9       A.    Graduated May 2000 in -- Edinboro University,

10  elementary education.

11      Q.    Bachelor's degree?

12      A.    Yes.

13      Q.    Do you have any other degrees?

14      A.    No.

15      Q.    Did you have any formal education in the Philippines

16  beyond high school?

17      A.    Yes.  I went for three years Philippine Christian

18  University, Bachelor of Arts mass communication, major in

19  journalism, and I didn't finish because of financial

20  difficulties.

21      Q.    So you did not finish any degrees --

22      A.    No, I did not finish.

23      Q.    It's not always apparent when my question is done,

24  and I apologize for that in advance, but for this really to

25  go quickly and to look good as a transcript we do need to

1    take turns.

2        A.    Okay.

3        Q.    So the answer -- you were giving the answer to the

4    question, you didn't finish any degrees there, right?

5        A.    No, I did not.

6        Q.    So the only degree you have is the one from

7    Edinboro?

8        A.    Yes.

9        Q.    Which was awarded in 2000?

10       A.    Yes.

11       Q.    In elementary education?

12       A.    That's correct.

13       Q.    Are you certificated to teach in the State of

14   Pennsylvania?

15       A.    Yes.

16       Q.    In what area?

17       A.    Elementary education.

18       Q.    Only?

19       A.    Only.

20       Q.    Now, as far as your degree, did you have any

21   concentrations or -- it wasn't a dual degree, was it?

22       A.    No.

23       Q.    No concentration --

24       A.    No.

25       Q.    -- or focus or anything else like that?

1        A.    No.  Just elementary education.

2        Q.    You began working for this District when?

3        A.    In 2001, August.

4        Q.    That's because you applied?

5        A.    Yes.

6        Q.    To be what?

7        A.    A substitute teacher.

8        Q.    When you submitted your initial application, was it

9    for a substitute?  Was it for substituting?

10       A.    Well, actually, just I filled it out as a teacher.

11   I didn't really -- I guess you have -- before you start

12   working the District as a teacher, you have to be a sub

13   first.  That's what I've understood, so --

14       Q.    How did you come to understand that?

15       A.    Well, actually, Mr. LaScola, who interviewed me, had

16   told me that you have to sub first to get a permanent

17   teaching job.

18       Q.    That's what he told you?

19       A.    Yes.

20       Q.    When?

21       A.    On that interview.  I'm not sure.  It's in 2001.

22       Q.    Did anyone else tell you that?

23       A.    No.

24       Q.    At any time?

25       A.    At any time.

1     Q.   Just to see if I have it right, you filled out an

2   application to be a teacher --

3     A.   Yes.

4     Q.   -- and the assignments you got were substitute?

5     A.   Yes.

6     Q.   You didn't ask to be a substitute teacher, per se,

7   you just filed a teacher application and other supporting

8   material?

9     A.   That's correct.

10    Q.   But the assignments you were given were substitute?

11    A.   That's correct.

12    Q.   You recall a long-term absence that Joye Pickens had

13   during the '02/'03 school year, right?

14    A.   Yes.

15    Q.   What do you recall of that in terms of, you know,

16   what school was it at?

17    A.   Cochranton Elementary, Grade 2.

18    Q.   Do you know when it started?  When was she no longer

19   able to teach her position?

20    A.   I am not sure the exact date.  I think it's in

21   November.

22    Q.   If your Complaint said November 15th, would that

23   sound about right?

24    A.   Yes.

25    Q.   Now, had you subbed for Ms. Pickens prior to her

1    absence?  I'm going to keep referring to her absence, and we

2    both understand that I mean the one that started in November

3    of '02 and ran through the remainder of the year, right?

4        A.    Yes.

5        Q.    Had you subbed for her prior to that absence?

6        A.    Yes.

7        Q.    How many times?

8        A.    I can't recall.  A lot of times.

9        Q.    More than 50?

10       A.    Less than 50 I would say.

11       Q.    More than 10?

12       A.    Yes.

13       Q.    Fewer than 20?

14       A.    More than 20.

15             Can we take a break for a second?

16       Q.    Sure.

17             (Discussion held off the record.)

18       Q.    In your Complaint you do complain that you were not

19    able -- or not asked to replace Ms. Pickens during her entire

20    leave, right?

21       A.    Could you say that again, please.

22       Q.    In your Complaint you complain about not being

23    chosen to fill in for Ms. Pickens during her entire leave?

24       A.    That's correct.

25       Q.    You say that you were in that position for some

1    period of time, right?

2         A.    Yes.

3         Q.    Does November 15th through December 15th --

4         A.    That's correct.

5         Q.    -- sound right?

6         A.    That's correct.

7         Q.    We have to take turns.

8              Now, tell me everything you recall about your being

9    chosen for some of that leave but not the rest.  Basically

10   walk me through it, what you remember.

11        A.    Okay.  Right around October Ms. Pickens had told me

12   that she wanted me to replace her for her medical leave

13   because she's going on -- for a hip surgery.  So I said,

14   okay.  Since I know the kids and I know the routine, so I

15   would be happy to replace you.  So anyway, I've been going in

16   and out for her, she's been using her sick leaves, I guess,

17   every day.  It's like a week -- like there's two days that

18   she would take off.  So finally that one time she said she's

19   in a lot of pain and she would like me to say.  So I stayed.

20   And I talked to Mr. Meader, and Mr. Meader said it's okay for

21   me to stay.

22        Q.    I'm going to interrupt you a few times.  What day

23   was that?

24        A.    I can't really recall the day -- exact day, but it's

25   sometime in November then.

1    Q.    It's in November?

2    A.    Yes.

3    Q.    You say you decided to stay or you were asked to

4    stay.

5    A.    Yes.

6    Q.    What do you mean you were going to leave?  How was

7    it that you were going to leave?

8    A.    What do you mean "leave"?  Well, I mean as a

9    substitute teacher -- I'm talking about being a substitute

10   teacher.  Like she asked me to be her sub for her sick leave,

11   so I said it's okay.

12   Q.    For the hip replacement?

13   A.    Yes.  It's okay, I accept the job.  So I had

14   confirmed to Mr. Meader about the job, and he said it's okay

15   for me to be her replacement.

16   Q.    When did Mr. Meader say that?

17   A.    It's in November.  I'm not really sure.

18   Q.    You can't be anymore certain than that?

19   A.    No.

20   Q.    Did you take any notes of it?

21   A.    No, I did not.

22   Q.    Did you make a note in a day planner or anything

23   like that?

24   A.    I'm not sure.

25   Q.    Was it before or after you started filling in for

1    Ms. Pickens during her long leave?

2        A.   Probably before.  I'm not sure.  I can't really tell

3    you.

4        Q.   If you're not sure, that's a good way to answer

5    that.

6        A.   Okay.

7        Q.   So you're not sure whether it was before your

8    filling in started or after it had started?

9        A.   I would say it's before.

10       Q.   Are you sure now?

11       A.   I'm not sure, but it -- I'm not sure.  Let's just

12   put it that way.

13       Q.   Okay.  You're not sure.  And where were you when you

14   had this conversation with Mr. Meader?

15       A.   Cochranton.  I went to his office.

16       Q.   In his office?

17       A.   Yes.

18       Q.   Why did you go to his office?

19       A.   Just to -- to confirm about my job -- my subbing

20   job.

21       Q.   Was that because Ms. Pickens had already said

22   something?

23       A.   I had -- I understand that Ms. Pickens had already

24   talked to Mr. Meader about it.

25       Q.   Because Ms. Pickens told you so?

1          A.    No, I did -- no, I'm not sure about that.

2          Q.    So you went to him to confirm your working in that

3    position?

4          A.    Yes.

5          Q.    I'm asking you why you did that, and you're saying

6    you had the impression that Ms. Pickens had talked to

7    Mr. Meader?

8          A.    That's correct.

9          Q.    But you're not sure how you had that impression?

10         A.    No, I'm not sure.

11         Q.    So when you were going to talk to him to confirm the

12   assignment, was it for the entire period of the leave?

13         A.    For the medical leave?

14         Q.    Yes.

15         A.    Yes.

16         Q.    Yes?

17         A.    Yes.

18         Q.    As opposed to a week or two, you were in there

19   talking about the entire long-term absence?

20         A.    That's correct.  That's correct.

21         Q.    What do you recall actually being said by you and by

22   Mr. Meader?  Best you can recall.

23         A.    The only thing that I could recall is he agreed that

24   I would be her replacement.

25         Q.    That's all you can recall --

1      A.    Yes.

2      Q.    -- of the meeting?

3      A.    Yes.

4      Q.    And so, therefore, you don't recall the exact

5   words --

6      A.    No.

7      Q.    -- that either of you used?

8      A.    No.  Do you want me to continue?

9      Q.    Sure.  If there's more to it.

10      A.    Okay.  And I been -- since then I started making

11   lesson plans and checking papers and entering the grades in

12   her grade book and attending faculty meetings.  And

13   Ms. Pickens had called me on the phone and told me that

14   Mr. -- she had talked to Mr. Heller and Mr. Meader about my

15   job for the whole medical leave, which is the end of the

16   semester --

17      Q.    What do you mean "which is the end of the semester"?

18      A.    Yes.  Through the end of the semester.

19      Q.    Through the end of the semester?

20      A.    Yes.

21      Q.    This would have been in what month?

22      A.    January would be the end of the semester.

23      Q.    Go ahead with what she was telling you.

24      A.    And she told me that Mr. Heller and Mr. Meader

25   agreed for me to be her substitute for the whole semester for

1      that end of the semester -- until the end of the semester, I

2      should say.

3          Q.    When did that conversation happen?

4          A.    Sometime in November.

5          Q.    Was that before or after you started actually

6      teaching?

7          A.    That was after.

8          Q.    So Ms. Pickens asked you if you would fill in, and

9      that's where you had said that she asked you to stay?

10         A.    Yes.

11         Q.    And at that point it was not a long leave?

12         A.    She -- yes.  I agree.  Yeah.

13         Q.    Her hip hadn't been replaced yet?

14         A.    No.  Hadn't been replaced.

15         Q.    So this --

16         A.    Because she wasn't sure about when she going to get

17     the hip replacement.

18         Q.    So then you had this conversation with Mr. Meader,

19     and then you had another conversation with Ms. Pickens?

20         A.    Yes.

21         Q.    Who said that -- or who told you that Charlie Heller

22     and --

23         A.    Mr. Meader.

24         Q.    -- Curt Meader had said it would be okay for you to

25     fill in for the remainder of the semester?

1        A.    That's correct.

2        Q.    And that would have been until mid January?

3        A.    Yes.

4        Q.    Did anyone else tell you that?

5        A.    No.

6        Q.    Go ahead.  I think you were telling me what you

7    recall of that, right?

8        A.    Yes.

9        Q.    Of what you recall about you being used for some of

10    that -- to replace Ms. Pickens for some of the days.

11        A.    That's correct.

12        Q.    Okay.  Go ahead.

13        A.    I want to say that mid of November Mr. Heller came

14    during my planning period and told me that I -- that I don't

15    have the right to play politics with Ms. Pickens.

16        Q.    Now, this is after -- again, I know I'm asking the

17    question slowly, but that's in hopes that I won't have to ask

18    it a couple times.  So just bear with me, please.

19        A.    Okay.

20        Q.    So this would have been after Ms. Pickens talked to

21    you the second time?

22        A.    That's correct.

23        Q.    So Mr. Heller came to you?

24        A.    Yes.

25        Q.    Where?

1      A.    In her -- Ms. Pickens' room.

2      Q.    You were actually in there teaching a lesson or

3   what?

4      A.    It's my planning time.  It was my planning time.

5      Q.    What do you recall of that conversation?

6      A.    He came in the room and told me that Ms. Pickens and

7   I are playing politics.  That I should not be -- well, that

8   Ms. Pickens don't have the right to appoint me as her sub.

9      Q.    Was that what he said in --

10     A.    Yes.

11     Q.    I think a couple minutes ago you said you don't have

12  the right to play politics.

13     A.    That's -- yes.  I'm sorry, I'm nervous.

14     Q.    It's okay.  I'm trying to be as reasonable as

15  possible with this, but we need to know what you remember.

16     A.    Okay.

17     Q.    So what do you recall of the exact words that

18  Mr. Heller used?

19     A.    It's -- I can't really tell you the exact words, but

20  it's -- he accused me of playing politics, and he accused

21  Ms. Pickens of playing politics.

22     Q.    Was she there?

23     A.    No.

24     Q.    You don't recall exactly what words he used, but it

25  was to the effect of the two of you are playing politics?

1          A.    Yes.

2          Q.    Don't let me put words in your mouth.  I'm just

3    trying --

4          A.    That's correct.

5          Q.    But that's as specific as you can be because you

6    don't recall the exact words?

7          A.    That's correct.

8          Q.    What else do you recall of that conversation?

9          A.    I told him -- I didn't say anything when he accused

10   me of playing politics.  So I said, well, I would still want

11   to be considered for the job if you could come in and observe

12   me, and -- I would like to -- you to come in to observe me.

13   So he said he will do that and he left.

14               And I can't recall the exact date, sometime in

15   December, I guess -- the first week of December he came and

16   told me he wanted to observe me.  So I showed him my lesson

17   plan, and I told him what I'm going to do.  And he asked me

18   about certain time, I said right around 9:00 or 10:00, and I

19   told him what I was going to do for that day when he comes

20   in.  So he said, it's okay.

21               So he came in, and he apologized for such short time

22   of informing me of when he wants to come in to observe me.

23   So -- I can't really recall the exact date of when he came in

24   and observed me.

25         Q.    I'm sorry, but all of what you've just discussed,

1    that was in that same conversation where politics was

2    mentioned?

3        A.    No.

4        Q.    There's another --

5        A.    No.  I said, December -- first week of December he

6    came again and talked to me.

7        Q.    I want to finish that other conversation, though,

8    first.

9        A.    Okay.

10       Q.    I know he said something about the two of you

11   playing politics.

12       A.    That's correct.

13       Q.    What else did he say?  Did he say, and, therefore,

14   we won't be using you as a substitute teacher or what --

15       A.    No.  He said he's going to conduct interviews for

16   the job.

17       Q.    Ms. Pickens' temporary replacement?

18       A.    Yes.

19       Q.    Do you recall anything else of that conversation?

20       A.    No.  That's it.  It was such a short time that he

21   stopped by.

22       Q.    How long was the whole conversation?

23       A.    Four minutes -- three, four minutes.

24       Q.    And then you were -- a minute ago you were telling

25   me about a conversation that he had had with you in

1    conjunction with a classroom observation?

2        A.    That's correct.

3        Q.    And this was in December?

4        A.    That's correct.

5        Q.    But you can't recall when in December?

6        A.    No, I can't recall.

7        Q.    If your Complaint says that you were removed on the

8    15th of December --

9        A.    The 20th of December.

10        Q.    The 20th of December?

11        A.    Yes.

12        Q.    Does that help you remember when Mr. Heller came in?

13        A.    I would say the last of November -- last week of

14    November or first week of December.

15        Q.    So you said, I think, that he apologized for the

16    short notice.

17        A.    Yes.

18        Q.    And then go ahead.  I think we're back -- we're

19    current, right?  We're back to what you're talking about?

20        A.    That's correct.  He came in and observed me.  He

21    didn't finish the lesson --

22        Q.    What do you mean?

23        A.    He left before I ended my lesson.

24        Q.    How long was he in there?

25        A.    34, 35 minutes.

1      Q.   How long was the lesson?

2      A.   45 minutes.

3      Q.   Is that the entire class period?  Or at elementary

4  you have them all day?

5      A.   I have them all day, but that lesson that I had is

6  specific for that observation I had, approximately 45

7  minutes.

8      Q.   And he was only there for 34 or 35 minutes?

9      A.   Yes, that's correct.

10      Q.   That would be for the first 34 or 35 minutes?

11      A.   That's correct.

12      Q.   Do you know why he left when he did?

13      A.   No.

14      Q.   Did he say?

15      A.   No.

16      Q.   How'd the lesson go?

17      A.   I think it went well.

18      Q.   Did Mr. Heller tell you what he thought about it?

19      A.   No.

20      Q.   Ever?

21      A.   Not that day.

22      Q.   When?

23      A.   He came in again to show me the observation

24  evaluation.

25      Q.   The form?

1       A.   Yes.   That's correct.   And explain me about what he

2   thought about the lesson.

3       Q.   Do you recall what he said?

4       A.   There's -- no, not really.   Because there's a lot of

5   things that's written on that observation form, so I can't

6   really recall everything that he said.

7       Q.   My question, though, really is, do you recall

8   anything of what he said not everything?

9       A.   Well, he said at first he didn't see my lesson plan.

10  And I didn't object because I was afraid that if I object,

11  then I get blackballed.

12      Q.   Why would you have objected?   Because he was in --

13      A.   Because he saw my lesson plan.

14      Q.   So he was incorrect about that?

15      A.   Yes.

16      Q.   But you didn't object for that reason?

17      A.   I did not object for that reason.

18      Q.   Was there any specific reason that you thought you'd

19  be blackballed if you objected?   In other words, had

20  Mr. Heller done anything specific or was it just sort of

21  generally the fear of being a person trying to get a job?

22      A.   That's correct.

23      Q.   Which one?

24      A.   The last one you said.

25      Q.   So you did not object.

1       A.    There's a lot of things that he said about his

2   comments that I did not like or it wasn't accurate because he

3   did not finish the whole plan -- the whole lesson that I did

4   that day.

5       Q.    Do you recall any of those things that you did not

6   like for that reason?

7       A.    First he said I didn't have introduction.

8       Q.    He was there for the beginning part, right?

9       A.    That's correct.  Well, I have to have the list in

10  front of me.  I can't really tell you everything.  I have to

11  have that evaluation form in front of me, then I'll explain

12  it to you.

13      Q.    I may choose to do that, but right now I'm asking

14  you what you can remember.  And if the answer is you can't

15  remember without that, you can say that.  But I'm wanting to

16  see what you remember without that right now.

17      A.    I can't remember.  That -- he said I didn't have

18  introduction in my lesson, and the kids were restless.  And I

19  really -- I didn't -- again, I did not object to everything

20  he said because I was afraid that he would not consider me

21  for the job.

22      Q.    For the same reason we talked about a minute ago?

23      A.    That's correct.

24      Q.    Was it --

25      A.    So he asked me -- I'm sorry.

1      Q.   I was just going to ask whether everything he said

2   was wrong?  He said you had no introduction when you did, and

3   that was wrong.

4      A.   Yes.

5      Q.   And then you said that there were other things that

6   you did not object to.  So did he get any of it right?

7      A.   I'm sorry, what --

8      Q.   Was any of his evaluation of your classroom teaching

9   that day --

10     A.   Well, he didn't really give me --

11     Q.   -- correct?

12     A.   I'm sorry.

13     Q.   That's okay.

14     A.   Well, there some points that he said that I need --

15   I needed improvement for some points, and some of them are --

16   most of them are satisfactory.  So I definitely agree with

17   the satisfactory comments that he gave me for the other part

18   of the lesson.

19     Q.   Did he overrate you in any areas?  Did you think

20   that maybe you thought you could improve in a certain area

21   but he thought it was perfect?  Did that happen at all?

22     A.   I don't remember that.

23     Q.   Do you recall any of other areas where he found

24   deficiencies that you disagreed with?

25     A.   Deficiencies?

 1     Q.   Yes.

 2     A.   I can't really recall.

 3     Q.   How long after the actual classroom observation did

 4     he come in and review it with you?

 5     A.   I would say close to two weeks.

 6     Q.   So about what date?

 7     A.   I can't recall.  I don't remember the exact date.

 8     Q.   But just to sort of think it through, you think he

 9     observed you towards the end of November, beginning of

10     December; is that right?

11     A.   That's correct.

12     Q.   And you think it was about two weeks that he came

13     in --

14     A.   That's correct.

15     Q.   -- thereafter to explain it to you?

16     A.   Yes.

17     Q.   So it would have been, can we say, a week to two

18     weeks before you stopped working that assignment?

19     A.   That's correct.

20     Q.   But that's as specific as we can be?

21     A.   Yes.

22     Q.   Do you recall anything else that was said between

23     you and Mr. Heller regarding his observation of you?

24     A.   No.

25     Q.   Were you observed by Mr. Meader, too?

```
 1        A.   Yes.

 2        Q.   And his position --

 3        A.   Yes, I was.

 4        Q.   I'm sorry, his position at the time?

 5        A.   Principal of Cochranton Elementary School.

 6        Q.   Thank you.  Do you recall when he observed you?

 7        A.   He observed me after Mr. Heller observed me.  I

 8   can't really give you the exact date, I'm sorry, but it must

 9   have been the first week of December.

10        Q.   Did he fill out a form?

11        A.   Yes.

12        Q.   Was he there for the entire lesson?

13        A.   Yes.

14        Q.   What was the lesson on when he observed you?

15        A.   On social studies.

16        Q.   So he filled out a form -- when did he review the

17   form with you?

18        A.   Less than a week.

19        Q.   Thereafter?

20        A.   Yes.

21        Q.   What do you recall of that conversation where

22   Mr. Meader reviewed the form with you?

23        A.   I guess he had the same thing that -- he wrote down

24   he did not see the lesson plan, and I said, well -- I showed

25   him the lesson plan, and I said, you know, why would you
```

 1    think that I wasn't the one who's making the lesson plan.

 2    And he said he thought it was Joye Pickens who's still making

 3    the lesson plan for me.  And I said that's incorrect.  So I

 4    showed him the lesson plan that I had for that day.

 5        Q.    Had he seen that when he actually observed you?

 6        A.    Not on the day that he observed me, but before --

 7    before the observation he's been coming in -- in the room,

 8    and I been -- I showed him the lesson plan one time before.

 9        Q.    So after the time he observed you, but before he

10    reviewed the form with you?

11        A.    Yes.

12        Q.    What was that lesson on?

13        A.    Social studies.

14        Q.    Thank you.  What else do you recall of the

15    conversation between you and Mr. Meader?

16        A.    That's about it.  He just showed me that I did a

17    good job on that day that he observed me, and he asked me to

18    sign the paper -- the observation form.

19        Q.    Did you have any conversations with Mr. Meader about

20    you filling in for Ms. Pickens?

21        A.    No.

22        Q.    Never at any time?

23        A.    No.  One time I ask him, that was before Ms. --

24    Mr. Heller came to me and accused me of playing politics, but

25    before then he told me that I could be Ms. Pickens'

1  replacement.

2      Q.  Did he say for how long?

3      A.  No.

4      Q.  Did anyone else observe your teaching while you were

5  filling in for Ms. Pickens?

6      A.  No.

7      Q.  Do you recall what you were paid when you were

8  filling in for her?

9      A.  I think $85 a day.

10     Q.  It was definitely the per-day sub rate?

11     A.  That's correct.

12     Q.  Do you have any reason to think that the board ever

13  voted to assign you to be Ms. Pickens' long-term replacement?

14     A.  Could you repeat that again, please.

15     Q.  Do you have any reason to think that the school

16  board ever voted to use you to be Ms. Pickens' long-term

17  replacement?

18     A.  I wasn't aware of that.

19     Q.  So if they did, you don't know about it?

20     A.  No.

21     Q.  So there -- I'll withdraw that question.  Was there

22  a time when you thought that you were going to be filling in

23  for Ms. Pickens' entire absence?

24     A.  That's what I've understood, yes.

25     Q.  From Ms. Pickens?

1      A.    Yes.  And Mr. Meader for telling me.

2      Q.    But I thought you said a minute ago he didn't say

3   how long you would be in there.

4      A.    I would imagine the entire sick -- medical leave.

5      Q.    That was your assumption?

6      A.    Yes.

7      Q.    When was it clear to you that you would not -- that

8   you would not fill in for the entire leave?

9      A.    Ms. Pickens called me.

10     Q.    When was that?

11     A.    I can't really recall when, but that was -- second

12  week of December she called me and told me that -- do you

13  want me to use her exact word?

14     Q.    Yes.  Are you reluctant because it's vulgar or --

15     A.    She said, we got screwed.  That's what she told me,

16  we got screwed.

17     Q.    We got screwed?

18     A.    Yes.

19     Q.    Referring to you and her?

20     A.    Yes.

21     Q.    Okay.

22     A.    And she said that Mr. Heller and Mr. Meader agreed

23  that I would stay for the entire medical leave -- I'm not

24  sure who inform her that I'm not going to be her replacement,

25  but that's what she told me.  So I -- the following day,

1    after she talk to me that night --

2        Q.    Can we finish that, though.

3        A.    Sure.

4        Q.    So she said, we've been screwed or we got screwed.

5        A.    Yes.

6        Q.    What else do you recall of that conversation?

7        A.    She said that she thought Mr. Heller and Mr. Meader

8    agreed that I would be her replacement.  And that's all I

9    remember in that conversation.

10       Q.    Did she say, but, in fact, that's not going to

11   happen?

12       A.    No.  I don't recall her saying that.

13       Q.    It was sort of implied when she said, we got

14   screwed?

15       A.    That's what she said.

16       Q.    I'm trying to just see if I've got it right.  Do you

17   recall saying anything during that conversation?

18       A.    No.  I don't recall.

19       Q.    Do you recall anything else being said by

20   Ms. Pickens during that conversation?

21       A.    No.  No.

22       Q.    Then you were starting to tell us what you did the

23   next day, right?

24       A.    The following day I went to Mr. Meader and asked him

25   what happened.  And he said, well, that's the first time that

1    it happened that a sub would be -- no.  Let me -- let me

2    change that.

3        Q.   Take your time.  Start over if you want.

4        A.   Mr. Meader told me that that's the first time that

5    it happened.  Usually when a sub that fills in for a

6    long-term position -- a teacher that's taking that medical

7    leave would be requesting that teacher, and that would be the

8    replacement for that medical leave.  And he said, I don't

9    know what happened.

10       Q.   Do you recall anything else?

11       A.   No.

12       Q.   Did you say anything?

13       A.   Well, I was emotional that day, and I didn't really

14   stay for a long time in his office.  I just talked to him

15   about that and left.

16       Q.   So you don't recall anything else being said?

17       A.   No.

18       Q.   Was it your expectation that you would be paid a

19   higher rate once Ms. Pickens actually had the hip surgery?

20       A.   No.  I didn't really care about how much I got paid,

21   I guess.  I don't know.

22       Q.   Did anybody else say anything to you at any time

23   about the situation we've been discussing?  You know, you

24   filling in for Ms. Pickens for part of the time but not all

25   of the time.  Did anybody else on behalf of the District say

1  anything to you about that ever?

2      A.    Including the teachers you mean?

3      Q.    Yes.  But let's say the nonteachers first.  Any

4  other nonteachers?

5      A.    No.

6      Q.    Which teacher said what?

7      A.    Well, I can't really point to who said it, but they

8  were like -- a few teachers that came to me and expressed,

9  you know, that I was wronged.

10      Q.    You don't recall who they were?

11      A.    No.

12      Q.    Is Ms. Pickens your neighbor?

13      A.    Yes.

14      Q.    How long have you known her?

15      A.    Since I started working for Crawford Central.

16      Q.    Would that be August of '01?

17      A.    2001, yes.

18      Q.    Is that when you met her?

19      A.    Yes.

20      Q.    So even though she had been your neighbor you

21  hadn't --

22      A.    No.

23      Q.    Again, I have to finish the question.

24      A.    Sorry.

25      Q.    No.  I appreciate you trying to be cooperative and

1    answer the questions quickly, but I do have to get the whole

2    question out.

3            In the house that you currently live in, had you

4    lived in that from the time that you moved to this Country --

5        A.    That's -- yes.

6        Q.    -- in '93?

7        A.    Yes.

8        Q.    And had Ms. Pickens lived in the house that she

9    lived in from '93 through 2002?

10       A.    I guess.  I'm not sure.

11       Q.    You don't know?

12       A.    No, I don't know.

13       Q.    But to be clear, from 1993 until August of 2001,

14    when you started subbing here, you never talked with

15    Ms. Pickens?

16       A.    No.

17       Q.    Do you recall how many times you submitted your

18    application to the District?

19       A.    A lot of times.

20       Q.    Let's be clear that we're talking, first, about the

21    formal application.  Do you know what I mean when I say "the

22    formal teaching application"?

23       A.    Just one time.

24       Q.    Just one time?

25       A.    Yes.

1     Q.   In August of 2001?

2     A.   That's correct.

3     Q.   Thereafter did you make it known to the District

4     that you were interested in being considered for numerous

5     positions?

6     A.   Yes.

7     Q.   But it wouldn't really be submitting an application

8     per se, right?

9     A.   That's correct.

10     Q.   How did you notify the District that you were

11     interested in other positions?

12     A.   Through letter of interest.

13     Q.   Letters of interest?

14     A.   Yes.

15     Q.   Do you recall how many you sent?

16     A.   80, 50.  I'm not sure.  More than 50 I would say.

17          MR. NICHOLS:  What span of time, Counsel, are you

18          talking about?

19          MR. KUHAR:  Pardon me?

20          MR. NICHOLS:  What span of time are you talking

21          about?

22          MR. KUHAR:  From August '01 through the current

23          date.

24     Q.   I realize you're approximating, right?

25     A.   Yes.

1      Q.   Paragraph 12 of your Complaint --

2      A.   I'm sorry.  I have to take the phone call.

3      Q.   Feel free.

4           (Pause in the proceedings.)

5      Q.   Paragraph 12 of the Complaint says that the District

6    had a practice of customarily filling vacancies upon the

7    recommendation of the teacher to be replaced.  You talked

8    about that a little bit.  You said that Mr. LaScola told you

9    that.

10     A.   Yes.

11     Q.   And I think you said that he was the only person

12   that told you that; is that right?

13     A.   Yes.

14     Q.   Now, you also have mentioned in your filings the

15   Niessen Hill Elementary School November 12, '02 posting.

16   Does that sound right?

17     A.   Yes.

18     Q.   So that would have been right before this situation

19   with Ms. Pickens?

20     A.   That's correct.

21     Q.   What do you know about that position?  Basically,

22   everything you can remember about that situation.

23     A.   Could you repeat that posting again.

24     Q.   Niessen Hill Elementary School.

25     A.   I don't recall what grade.  I just know it's at

1    Niessen Hill.

2        Q.   So you don't recall what grade it was, but there was

3    a position posted?

4        A.   Yes.

5        Q.   Did you express interest in that?

6        A.   That's correct.

7        Q.   Was that posting rescinded?

8        A.   I guess.

9        Q.   You don't know what happened?

10       A.   No.  I don't know what happened.

11       Q.   That's because it was the district administration

12   who was handling that, right?

13       A.   Yes.

14       Q.   But do you recall whether an actual piece of paper

15   went up saying posting rescinded or anything like that --

16       A.   No.

17       Q.   -- cancelling the posting?

18       A.   No.

19       Q.   You're telling me it didn't go up, or you don't

20   recall?

21       A.   I don't recall.

22       Q.   Do you know whether the District actually filled

23   that position that was posted at Niessen Hill?

24       A.   No.

25       Q.   Do you have any reason to think that they posted a

 1    position and then took the position down to disadvantage you

 2    personally?

 3        A.    No.

 4        Q.    Now, in your Complaint, you do allege that you

 5    applied for a lot of positions -- that you expressed interest

 6    in a lot of positions.

 7        A.    That's correct.

 8        Q.    As you said so here today, too.

 9        A.    Yes.

10        Q.    But in Paragraph 15 in your Complaint it says that

11    the District did not receive bids from members of the

12    Crawford Central Education Association for seven of the

13    positions that you expressed interest in in '02, '03, and

14    '04.  Does that sound right?

15        A.    I'm sorry, are you talking about the Federal

16    Complaint or the PHRC Complaint?

17        Q.    Thanks for asking.  The Federal Complaint.

18        A.    That's correct.

19        Q.    Now, you did distinguish between all of the

20    positions that you expressed interest in from these seven.

21    Is that because you know that if internal candidates bid on a

22    position the District has to award the position to the

23    internal candidate?

24        A.    Yes.

25        Q.    And that's because of the collective bargaining

1    agreement?

2        A.   That's correct.

3        Q.   So is it fair to say that you don't feel that you

4    even could have been chosen for the positions where there was

5    an internal bidder?  Is that fair?

6        A.   Yes.  That's fair.

7        Q.   So, really, your Federal lawsuit is about the

8    positions that the District could have awarded to you because

9    there was no internal bidder, plus --

10               MR. NICHOLS:  But --

11               MR. KUHAR:  Let me finish the question.

12       Q.   Plus the long-term sub position?

13               MR. NICHOLS:  Counsel, I object to that question.

14               One, with respect to Paragraph 16, in particular --

15               MR. KUHAR:  I didn't mention 16.

16               MR. NICHOLS:  Yeah, but you said -- you're

17               referring to those positions which were not bid on

18               by members of the Union, that's 16.  And it says

19               clearly, if you look at 16, the posting of seven of

20               the teaching positions did not receive a bid from

21               members of the Union.

22               MR. KUHAR:  So you're correcting the paragraph

23               reference?

24               MR. NICHOLS:  That is, in fact, what you're asking,

25               and maybe the numbering sequence here -- I don't

1          know.  I'm looking at the amended -- first Amended
2          Complaint.  And what I'm saying is that you notice
3          the emphasis is at least seven.
4               MR. KUHAR:  Okay.  I understand.  Let's tidy this
5          up then a little bit.
6     Q.   So whether it's six, seven, or 10 -- I want to
7     clarify not the number.  I want to clarify whether you
8     acknowledge that the District could only choose you --
9               MR. NICHOLS:  No.  No.  I object to that.
10              MR. KUHAR:  Well, go ahead and object, but let me
11         finish the question.
12              MR. NICHOLS:  I object to that.
13              MR. KUHAR:  Go ahead.  What's your objection?
14              MR. NICHOLS:  My objection is that you are asking
15         her to cede, make a concession here, that any
16         application she made to a position on which a
17         member of the Union bid that she necessarily had no
18         claim to that position.  That's really what you're
19         asking.  And I'm saying we're not making concession
20         of that here today.
21              MR. MCEWEN:  I would just like to object to the
22         objection then because that's not an objection that
23         I understand to be proper.  I think counsel is
24         entitled to test the witness' understanding of the
25         Complaint that is filed on her behalf.  So I don't

1        understand the objection.

2        MR. NICHOLS:  The objection is to what he's asking.

3        The question goes to, really, asking for an

4        admission.  And you're really asking that one --

5        now, all of the -- you have to keep this in

6        context, and I don't want you to be confused -- I

7        don't want my client to be confused in answering

8        you.  The context is that all of the letters of

9        rejection she received from Mr. Heller -- most of

10       them said -- included a statement, no members of

11       the Union bid.  And those -- that's what Paragraph

12       16 referred to, from Mr. Heller's letter of

13       rejection.  That's where it came from.  Okay.  And

14       it's at least seven of those letters.  All right.

15       Now, as to where members of the Union bid, that was

16       also clear in his letter of rejection that he sent

17       to my client.

18           Now you are asking, as I understand it,

19       Mr. Kuhar, is that you are -- you're asking her is

20       that -- in those situations where members of the

21       Union did bid on a position it's -- is she then --

22       is my client then acknowledging, I think the term

23       you used -- I'll use the word conceded -- that her

24       application would have to necessarily take second

25       place to the person who got the job -- a member of

1            the Union who got the job or that her

2            application -- her claim to that position was not

3            as strong as a member of the Union who got the job.

4            And I already made it clear, we know in those

5            instances where the member of the Union got the job

6            because your letter of rejection you said so.  I'm

7            pointing to Mr. Heller.

8            MR. KUHAR:  I don't have any idea what your

9            objection is.  Let me sort of tidy it up this way.

10           Five minutes ago the witness acknowledged that the

11           District lacked the ability to choose external

12           applicants when an internal applicant bid on a

13           position, and I'm just going to run with that.

14              I was just trying to summarize what we had said

15           a minute ago to keep us on track for the next

16           questions.  I wasn't even asking another question.

17           That had already been asked and answered.  So to

18           the extent there's a question hanging out there,

19           I'll withdraw it.

20    Q.   Is it fair to say -- now, I'm asking you questions

21   about what you know and don't know, not to concede something

22   from a legal standpoint.  I'm just asking what you know and

23   don't know.

24       You don't know -- you personally don't know which

25   positions were bid on by internal applicants and which were

1    not, do you?

2        A.    That's correct, I don't know.

3        Q.    What you know about that is what was told to you by

4    the administration?

5        A.    Yes.

6        Q.    Now, regarding the positions, and this would be --

7    right now I'm asking about regular full-time positions not

8    sub positions.  Do you understand what I mean?

9        A.    Yes.

10        Q.    Regarding those regular vacancies, which, again, the

11    Complaint says were at least seven -- those are the ones that

12    I'm referring to.  Regarding those, do you know which

13    positions in particular your Complaint is referring to?  In

14    other words, sitting here today can you tell me that there

15    was a position at this school at this time and a different

16    position at a different school at a different time?  Can you

17    tell me what specific jobs were not bid upon by internal

18    applicants that you think you should have gotten?

19                MR. NICHOLS:  Mr. Kuhar, in this situation we have

20                the letter of rejection.  I doubt my client, you

21                know, can recite to you the specific position.  But

22                I can -- for edification purposes, we have the

23                letters of rejection from Mr. Heller.

24                MR. KUHAR:  Mr. Nichols, I don't know what kind of

25                objection that is, but it can't be something

1          designed to increase the efficiency because all

2          it's doing is slowing us down.  If she doesn't

3          know, she's going to say she doesn't know and we're

4          going to move on.  I'm allowed to ask that

5          question.

6          MR. NICHOLS:  All right.  Go ahead.

7     A.   I'm not sure.

8     Q.   Because there was some exchange there, I want to be

9     clear that you understand the question that I'm asking.  And

10    I'm going to try to make it easier by saying the following

11    things:  I know that you applied for a large number of

12    positions since you started working here in '01, some sub

13    positions and some regular positions, right?

14    A.   That's correct.

15    Q.   A lot of those positions were bid upon by internal

16    bidders, right?

17    A.   Yes.

18    Q.   But some were not?

19    A.   Yes.

20    Q.   And those that were not were filled with external

21    applicants, fair?

22    A.   Yes.

23    Q.   I'm saying, sitting here today -- knowing that you

24    don't have the records at your disposal right now, but

25    sitting here today do you recall any specific positions that

1    you expressed interest in, which you felt you were qualified

2    for, but which were not bid upon by internal bidders?

3         A.   Fifth grade, Cochranton Elementary School.

4         Q.   Do you remember what year?

5         A.   No.

6         Q.   Pardon me?

7         A.   No.

8         Q.   Any others?

9         A.   First grade, Cochranton.

10        Q.   Do you remember what year?

11        A.   No.

12        Q.   Any others?

13        A.   Yes.  Just a minute.

14        Q.   Take your time.

15        A.   Fifth grade, First District.

16        Q.   Elementary?

17        A.   Yes.

18        Q.   What year?

19        A.   I'm not sure.  Second grade, First District.

20        Q.   Do you recall the year?

21        A.   No.  First grade, First District.

22        Q.   The year?

23        A.   No.

24        Q.   I'm sorry?

25        A.   I don't remember the year.  Kindergarten,

1    Elementary -- I mean, East Elementary.

2        Q.    Don't recall the year?

3        A.    No.  I don't recall the year.  Fifth grade, East

4    End.

5        Q.    I'm sorry, fifth grade, East End?

6        A.    Yes.

7        Q.    The year?

8        A.    Don't remember.  Kindergarten, West End.

9        Q.    The year?

10       A.    Don't remember.  That's all I could think of right

11   now.

12       Q.    Thank you.  Do you know who was chosen for each of

13   those positions?

14       A.    Could you give me the first one that I mentioned.

15       Q.    Fifth grade, Cochranton Elementary.

16       A.    Lorie Carr.

17       Q.    I am going to ask you about the other ones in a

18   minute.

19       A.    Okay.

20       Q.    But with respect to Lorie Carr, do you know what her

21   credentials and qualifications are?

22       A.    No.  Well, I might have seen it, but I don't recall

23   everything that was on the file.

24       Q.    And then, first grade, Cochranton?

25       A.    Yes.

1    Q.   Who was that?

2    A.   Danielle Morris.

3    Q.   Danielle Morris.  Do you know anything about her

4    qualifications?

5    A.   No.

6    Q.   Let me ask it this way:  Do you know anything about

7    the qualifications of any of the people who got these

8    positions?

9    A.   I am not really sure unless I have the papers in

10   front of me.

11   Q.   Have you thought of any other positions while we've

12   been --

13   A.   No.

14   Q.   Are you aware of anything, any occurrences that you

15   either heard about or you saw or you heard, things said --

16   are you aware of anything that would tend to establish that

17   these people were chosen over you because of your country of

18   national origin or your race?

19   A.   No.

20   Q.   What about any of the others that you can't

21   remember?  I mean, are there any positions that --

22   A.   I have a question.  Are we talking about the

23   permanent teaching position here or the long-term subbing,

24   too?

25   Q.   Permanent for now.

1          A.    That's all I could remember right now.

2          Q.    Are there any other permanent positions where you

3     are aware of anything that would tend to establish that you

4     were chosen -- I'm sorry, that external applicants, other

5     than you, were chosen instead of you because of your country

6     of national origin or your race?

7                MR. NICHOLS:  Mr. Kuhar, the Complaint speaks for

8                itself.

9                MR. KUHAR:  I'm asking her about whether she has

10               any information that would tend to support the

11               Complaint.  That is classic deposition questioning.

12               That's what we're here for, for me to find out what

13               facts she knows, if any, that tend to support her

14               Complaint.

15               MR. NICHOLS:  Well, as I say, the allegation

16               states it for itself.  It's clear, the allegations,

17               and what is stated, the PHRC Complaint, and also

18               stated here, the Federal Complaint speaks for

19               itself.

20               MR. MCEWEN:  Mr. Nichols, the allegations don't

21               speak for themselves.  And as Mr. Kuhar has

22               indicated, the whole purpose of us being here today

23               is to try to determine what information your client

24               may or may not have that supports the allegations

25               that are made in the Complaint.

| | |
|---|---|
| 1 | MR. KUHAR:  I'll try to be as efficient as possible |
| 2 | with my questioning to get through this, but I'm |
| 3 | entitled to know what she knows. |
| 4 | MR. NICHOLS:  The Complaint speaks for itself.  The |
| 5 | allegations are the national origin and |
| 6 | discrimination and racial discrimination. |
| 7 | MR. MCEWEN:  We need to know what the basis for |
| 8 | those allegations are.  We may understand what the |
| 9 | allegations are, but the purpose is to find out the |
| 10 | basis for them. |
| 11 | MR. NICHOLS:  We know what the basis is because we |
| 12 | read the allegations.  Our position's stated -- |
| 13 | MR. MCEWEN:  We know what you told us the basis is. |
| 14 | We don't know what she thinks that basis is, and |
| 15 | she's the Complainant. |
| 16 | MR. NICHOLS:  First of all, I represent her. |
| 17 | MR. KUHAR:  We know that. |
| 18 | MR. NICHOLS:  I represent her, and the basis is |
| 19 | what this case is all about. |
| 20 | MR. MCEWEN:  That's why we need to ask her about |
| 21 | it. |
| 22 | MR. NICHOLS:  So the allegations, we know the |
| 23 | nature of them, national origin and racial. |
| 24 | MR. KUHAR:  And I didn't ask her that.  I asked her |
| 25 | whether she was aware of any occurrences.  And she |

1       understood the question.

2       MR. NICHOLS:  I think you -- she doesn't

3       understand -- it's not clear here when you say what

4       tends to establish that.

5       MR. KUHAR:  It requires the use of some judgment on

6       her part.  Most questions do.

7       MR. NICHOLS:  I want to be absolutely clear here,

8       though, that she understand your question.

9       MR. KUHAR:  Well, I'll ask her.

10      MR. NICHOLS:  I think you need to rephrase the

11      question, Mr. Kuhar, because it could be --

12      MR. KUHAR:  You know what, I instructed the witness

13      to tell me if she has questions.  If she doesn't

14      understand what I'm asking, she will tell me, and

15      she's done that a few times.  Which I appreciate.

16      When I asked her this question, she had no problem

17      understanding it.  And what you're doing is

18      obstructing me, and we're in about the fifth minute

19      of it right now, and I just need to hear the answer

20      to the question.

21      MR. NICHOLS:  It's more important that what is said

22      and what is it asked be clear.  That's very

23      important.

24      MR. KUHAR:  I'll do my best to be clear.

25      MR. NICHOLS:  All right.  That's what I wanted.

1    A.   Could you please rephrase the question.

2         MR. KUHAR:  Can you reference it.

3         (Record read back.)

4    A.   Could rephrase that question.

5    Q.   Sure.  If I'm given the opportunity.  You had gone

6    through a number of specific positions, fifth grade,

7    Cochranton Elementary, Lorie Carr, and -- you had given me

8    that list.  And then I had asked you at the end of that list,

9    are you aware of any occurrences, anything that you had heard

10   or seen, any facts, any things that had happened -- I'm

11   trying my best to explain it -- which would tend to suggest

12   that those decisions to choose those people instead of you --

13   A.   Are we talking about since I got hired as a

14   substitute teacher?

15   Q.   Yes.

16   A.   From August of 2001 --

17   Q.   Right.

18   A.   -- until the present?

19   Q.   Yes.

20   A.   If there's any occurrences.

21   Q.   Yes.  Can I finish the question, though?  You wanted

22   me to clarify it.

23   A.   Go ahead.  I'm sorry.

24   Q.   So you had given the answer to the specific

25   positions -- regarding those specific positions that you were

1     not aware of any facts that tended to suggest that those were

2     because of your national origin or your race, and then I had

3     just said, can you think of any regular full-time

4     positions -- in other words, in addition to the ones that you

5     could remember that we wrote down on the list, can you think

6     of any other full-time positions where you're aware of

7     circumstances that would tend to suggest that those decisions

8     were made because of your race or national origin?  Do you

9     understand the question?

10         A.    Yes.

11         Q.    Thank you.  What's the answer?

12         A.    First of all, I was mislead by Mr. LaScola when he

13     said you have to sub first in order to get a permanent job.

14     Okay.  This is my fifth year as a substitute teacher, and I

15     could not even secure a long-term subbing.  There's a lot

16     of -- there's a lot of times I was requested by other

17     teachers for three weeks and was denied of that opportunity.

18         Q.    I am going to ask you about long-term sub positions

19     that you feel that you would have been a suitable choice for.

20     We can talk about those in a minute.  I'm trying to divide it

21     up so that it's easier for you to answer questions about

22     them.  If you want to answer that now -- if you want to talk

23     about that now, you can.

24         A.    Yes.  I would like to.

25         Q.    Go ahead.  So Mr. LaScola misled you you were

1    saying.

2        A.    That's correct.  Ms. Pickens had told me that it's a

3    practice of the District if somebody's going on a medical

4    sabbatical leave they would -- actually, even Mr. LaScola had

5    told me that.  He actually gave me an example of my operating

6    teacher, who's Mr. McCullough, he said if Mr. McCullough gets

7    sick and chose not to return to his job, then that's your

8    opportunity to get a permanent job.  Okay.  Other teachers in

9    different schools have told me that -- the practice of the

10   District of employing long-term subs and then they became

11   full-time teachers.

12       Q.    They hold you that that had happened?

13       A.    Yes.  That had happened.  And before -- after I

14   filed the Complaint at PHRC, I went to Edinboro and talked to

15   my advisor and told her my situation about Ms. Pickens'

16   incident, and she had told me to talk to Dr. Arnold, Equal

17   Services and --

18       Q.    Who was your advisor?

19       A.    Dr. Melvin.

20       Q.    Who told you to see Dr. Richard Arnold?

21       A.    Yes.  So I went to Dr. Arnold and told me that he

22   was surprised that I had to undergo interviews for a

23   long-term subbing because he was the curriculum administrator

24   before here in Crawford Central and he told me the practice

25   is, the teachers request and that's who they put in for that

1   position.  So he advised me to go see Dr. Armedia Dixson.

2       Q.   Yes.  Go ahead.  Did you?

3       A.   Yes.

4       Q.   What did she tell you?

5       A.   She had told me about the practice, too, and she had

6   told me about her case.

7       Q.   Do you recall when she last worked for the District?

8       A.   No.

9       Q.   Do you know if it was in the '90s?

10      A.   I'm not sure, no.

11      Q.   Go ahead.  She had told you what?

12      A.   About the practice of hiring long-term substitute

13  teachers.

14      Q.   What did she say?

15      A.   She said that teachers request for them.

16      Q.   And what?

17      A.   And that's where --

18      Q.   And the request is often honored?

19      A.   Yes.

20      Q.   Okay.

21           MR. NICHOLS:  Take your time.

22      Q.   Take your time.

23      A.   And the incident of George Wright telling my husband

24  that blacks and browns are not as smart as white people.

25      Q.   Did you hear that yourself?

1      A.    No, I did not.

2      Q.    I understand.  Go ahead.  If there's anything else.

3            MR. NICHOLS:  Counsel, what is the question?

4            MR. KUHAR:  She told me she understood the

5            question, and she's continuing with her answer.

6            MR. NICHOLS:  Do you understand the question that

7            he asked you?  Because there were two or three

8            questions.

9      A.    You're asking me if there are any occurrences that

10     would make me believe that I am being discriminated against.

11     Q.    With respect to the full-time positions first, and

12     then in a minute I'm going to ask about the part-time

13     positions, but, yes, that's exactly right.

14     A.    Knowing the practices of hiring substitute teachers,

15     putting long-time -- to be a long-time teacher -- I'm sorry,

16     let me say that again.

17     Q.    Sure.

18     A.    Knowing the practice that the District have of

19     filling in long-term position, okay, requesting a substitute

20     teacher and then becomes a permanent teacher, I guess.

21     Mr. Heller terminating me for that long-term job,

22     Ms. Pickens'.

23     Q.    We already talked about that, right?

24     A.    Yes.  And Mr. Meader telling me that that's the

25     first time that it happened.  Usually, when a teacher

1    requests for a sub, that that sub usually takes over.  That's

2    all I could think of right now.

3        Q.    Thank you.  You applied for a number of long-term

4    substitute positions as well as those permanent positions

5    that we talked about, right?

6        A.    Yes.

7        Q.    Is that the right way for me to say it, that you

8    applied for long-term sub positions or just that you had told

9    the District you were very interested in them generally?

10       A.    That's correct.

11       Q.    Which one?

12       A.    Actually, you don't really apply for the long-term

13   subbing position because it's not really posted.

14       Q.    So it's just a matter of letting the District know

15   you're interested?

16       A.    That's correct.

17       Q.    Which you did?

18       A.    Yes.  Do you want me to tell you --

19       Q.    Which positions you can remember?

20       A.    Yes.

21       Q.    Exactly.

22       A.    Ms. Pickens' job.  Okay.  I forgot to tell you that

23   I wasn't going to be out -- Mr. Heller wasn't even going to

24   consider me for interview on that job.

25       Q.    In late '02?

1      A.    Yes.  Ms. Pickens' job.

2      Q.    How do you know that?

3      A.    Because it was like the second week of December, and

4  I still haven't got a letter to confirm that I'm going on an

5  interview, and I had to see Mr. Meader and bugged him about

6  considering me.  And he said they will let -- he will let

7  them know.

8      Q.    How long after the other people were interviewed

9  were you interviewed?

10     A.    I'm not sure.

11     Q.    Is it possible it was the same day?

12     A.    I am not sure.

13     Q.    You were telling me about that, and then you were

14  going to -- I think you were about to give me some long-term

15  sub positions.

16     A.    Yes.

17     Q.    And I think I was trying to make it clear that, and

18  to check with you to see if I got it right, you don't apply

19  formally for long-term sub positions?  It's just a matter of

20  letting the District know that you're interested in them --

21     A.    That's correct.

22     Q.    -- and then you hope you're chosen for them?

23     A.    That's correct.

24     Q.    So you're going to give me some long-term sub

25  positions?

1      A.    Short-term, actually.

2      Q.    Thanks for correcting me, but let me finish it.

3   You're going to tell me some short-term --

4      A.    And long-term.

5      Q.    -- and long-term sub positions which you would have

6   liked to have had --

7      A.    Yes.

8      Q.    -- from August '01 through the current date, right?

9      A.    That's correct.

10     Q.    Very good.  Go ahead.

11     A.    There's a couple of times that Ms. Marusca,

12  Cochranton Elementary kindergarten, had asked me if I could

13  fill in for three weeks.

14     Q.    So there were two times when that happened?

15     A.    Yes.

16     Q.    What year?

17     A.    I can't really tell you.

18     Q.    Do you know who was chosen?

19     A.    Well, the first one is Erin Morgan, and the second

20  one is Ms. Adams.  I'm not sure about her first name.

21     Q.    Ms. Adams?

22     A.    Yes.

23     Q.    Erin's a female, too?

24     A.    Yes.

25     Q.    So these ladies were chosen instead of you?

1      A.   That's correct.

2      Q.   Do you have anything that would tend to establish

3  that they were chosen rather than you because of your country

4  of national origin or race?

5      A.   Well, first of all, Ms. Marusca had been asking me

6  to be her substitute.  I know the routine and I know the

7  kids, and some of the parents, too.  The students -- I mean,

8  I just can't see any reason for three weeks why couldn't they

9  give me the three-week job.

10     Q.   So you're inferring that it was discrimination?

11     A.   That's correct.

12     Q.   Any other reason to think that?

13     A.   I would say part of that is retaliation because of

14 the PHRC case that I filed.  Fourth grade, Cochranton

15 Elementary --

16     Q.   Why do you think it's discrimination?  The timing?

17     A.   That's correct.

18     Q.   Any other reason to think it's retaliation?

19     A.   Yes.

20     Q.   What?

21     A.   That's it.

22     Q.   No other reason beyond the timing?

23     A.   Yes.

24     Q.   Go ahead.  Fourth grade?

25     A.   Fourth grade, Cochranton Elementary, I heard that

1    Mr. Erdley was going back to the high school and that
2    position will be open.  So I went to Ms. Darling in her
3    office and talked to her about my interest in that job.
4        Q.   Do you recall what year?
5        A.   That was -- I'm sorry, I can't really recall what --
6    2003/2004, just right after I filed that Federal suit.
7        Q.   Okay.
8        A.   I told her I would -- to consider me for that job.
9    And she said, you know, your case hitting the radio and the
10   newspaper today, she said, I can't help you.
11       Q.   What do you recall of that conversation when she
12   said that?  What do you recall you saying, and what do you
13   recall she said?
14       A.   I just said, I heard that Mr. Erdley is leaving, and
15   I would like to be considered for that job.  And she said,
16   Rowena, with your case hitting the newspaper and the radio
17   this morning, I can't help you.  That's it.
18       Q.   That's all that you can remember?
19       A.   Yes.  I left because I was embarrassed and hurt.  I
20   didn't speak to her after that.
21       Q.   You consider that an occurrence which would tend to
22   suggest it was retaliation?
23       A.   That's correct.
24       Q.   You definitely do understand my question.  I mean,
25   go ahead.  Are there other positions?

1        A.    Second grade, First District.

2        Q.    Do you recall the year?

3        A.    2005/'06 school year.

4        Q.    What position?

5        A.    Second grade.

6        Q.    I'm sorry, the name of the person who's out?

7        A.    Ms. Costello.

8        Q.    And you weren't chosen for that.  Who was?

9        A.    I don't know.  Ms. Costello talked to me and said, I

10   talked to Charlie and requested you for my sub, and he said

11   I'm going to see what -- she's -- well, I'm not exactly sure

12   what he told her, but she had told Mr. Heller that she wanted

13   me to replace her for her maternity leave.

14       Q.    At least that's what she told you she did?

15       A.    Yes.

16       Q.    You weren't there when it actually happened?

17       A.    No.

18       Q.    And then you weren't chosen, someone else was

19   chosen?

20       A.    That's correct.

21       Q.    You think that that was because of your having filed

22   the PHRC charge or your race or your country of national

23   origin?

24       A.    That's correct.

25       Q.    And the reason you think that -- is there anything

1   more to it than the timing?

2       A.   It was just a pattern.  I mean, I can't get a

3   short-term job, long-term job, so why would they give me a

4   permanent position.  It's just a pattern.

5       Q.   I understand.  Anything specific to that situation?

6       A.   That's all I can remember.

7       Q.   Any other positions?

8       A.   That's all I could remember.

9       Q.   Do you know who was chosen -- if I asked you this

10  already, I apologize.  I think maybe you told me.  You don't

11  know who was chosen to replace Ms. Costello?

12      A.   I don't know.

13      Q.   Now, when you said -- you referenced a pattern.  Is

14  it fair to say that these things that you've identified,

15  these occurrences which tend to suggest discrimination or

16  retaliation --

17      A.   That's correct.

18      Q.   -- that they apply to both the decisions not to

19  employ you on a regular basis as well as the decisions not to

20  choose you for long-term subs?

21      A.   That's correct.

22      Q.   And that sitting here today those are the things you

23  can think of?

24      A.   Yes.

25      Q.   Now, in your Complaint it indicates that you think

1   that you were wrongfully interviewed.  You know, that you

2   were interviewed when you should not have been.  Do you feel

3   that you were interviewed when you should not have been?

4        A.   That's correct.

5        Q.   When?

6        A.   For Ms. Pickens' job.

7        Q.   Because it was not necessary?

8        A.   That's correct.

9        Q.   Do you know whether the successful candidate -- I'm

10  sorry, the person chosen for that long-term vacancy was

11  interviewed?

12       A.   No.

13       Q.   Who was it?

14       A.   Ms. Sallowics, Amy Sallowics.

15       Q.   Do you think the District has unfairly conducted job

16  postings?  You reference that in your Complaint.

17       A.   I'm not sure.  Could you say that again, please.

18       Q.   Sure.  Is the District doing anything in terms of

19  the way it posts its positions which is disadvantaging you

20  because you filed a PHRC charge or because of your national

21  origin or your race?

22       A.   I'm not sure how to answer that question.

23       Q.   Well, let me try to make it easier, clearer.  You've

24  already talked about the pattern, as you referred to it, and

25  that you had been recommended for some positions that you did

```
 1    not get, and so you are, you know, suspicious of those
 2    decisions.  And I'm not asking you to cancel that testimony,
 3    but I'm just saying, when it comes to job postings in
 4    particular, so far in your deposition you haven't really
 5    complained about any job postings that were put up in the
 6    wrong fashion, maybe taken down too soon, or maybe they were
 7    hidden from you -- you know, I'm making things up trying to
 8    jog your memory.  Can you think of anything that the District
 9    has done wrong which has disadvantaged you because of your
10    filing that PHRC charge and your status when it comes to
11    postings, if anything?
12              MR. NICHOLS:  Counsel, you did make one statement
13              which stands to be corrected.
14              MR. KUHAR:  What's that?
15              MR. NICHOLS:  You said that the Complaint -- she
16              has not made any complaint regarding the postings
17              being put up wrong or not being properly complied
18              with.  Postings --
19              MR. KUHAR:  That she didn't say that here today.
20              MR. NICHOLS:  No, but through her Complaint.
21              MR. KUHAR:  I know.  I'm just trying to help her
22              out.
23              MR. NICHOLS:  The Niessen School --
24              MR. KUHAR:  Right.  Is in her Complaint.
25              MR. NICHOLS:  In her Complaint.
```

1           MR. KUHAR:  And when I said she hadn't complained

2      about it, I meant so far today in her deposition.

3           MR. NICHOLS:  Well, speaking through her Complaint,

4      to be accurate.

5      Q.   Let's be clear, I'm not asking you to waive any part

6  of your Complaint.  Your Complaint references the Niessen

7  Hill position, and I'm not asking you to ignore that or

8  cancel that or anything like that.  I'm just asking you, what

9  has the District done wrong when it comes to posting that has

10 disadvantaged you because of your status, if anything?

11          MR. NICHOLS:  Counsel, I think that's a confusing

12     question.  Let me suggest, if you asked her, has

13     she been disadvantaged because the District has

14     failed to post positions on a timely basis, I think

15     that would be more accurate.  Has she been --

16     because the District has failed to post positions

17     on a timely basis.

18          MR. KUHAR:  This lawsuit isn't about what's timely

19     and isn't timely.

20          MR. NICHOLS:  Let me put it this way:  In

21     situations where the position is already filled and

22     then the posting comes up, I don't think you can

23     call the posting timely or helpful, you know, in

24     that kind of situation

25          MR. KUHAR:  But, see, my question includes that but

1          is broader.

2          MR. NICHOLS:  You need to clarify that.  It's

3          ambiguous.

4          MR. KUHAR:  Okay.  I'll clarify this.  It's not

5          ambiguous.

6          MR. NICHOLS:  You understand what I'm saying?

7          MR. KUHAR:  No, I don't, but I'm going to try to

8          satisfy you.

9          MR. NICHOLS:  Let me say this again:  With this

10         posting, if there's a situation where the posting

11         has been failed to put up on a timely basis, the

12         position's filled, and then the posting goes up --

13         MR. KUHAR:  Apparently that's something --

14         MR. NICHOLS:  -- certainly she's disadvantaged

15         because she hasn't been apprised of the opportunity

16         to apply.

17         MR. KUHAR:  Apparently that's something you want

18         her to say that's why you're saying it.

19         MR. NICHOLS:  No.  I just want the facts to be

20         clear.  I want the record to be clear.  I don't

21         want her to be blindsided so she can intelligently

22         respond to your questions.  But if you ask the

23         question in an ambiguous fashion, she can't

24         respond, and then the truth cannot be gotten at.

25     Q.  Do you understand, Ms. Wagner, that if you don't

1    understand my question you're supposed to tell me that you

2    don't understand the question?

3        A.   Yes.

4        Q.   I think you do because you've done that a number of

5    times, right?

6        A.   Yes.

7        Q.   My question is designed to be as easy to answer as

8    possible because I'm not limiting it.  I'm saying, tell me

9    everything that the District has done wrong when it comes to

10   postings that -- everything that you can think of that has

11   disadvantaged you because you filed a Complaint, because

12   you're Filipino-born, or because you're Asian, if any.

13            MR. NICHOLS:  You don't know, do you?

14       A.   I'm not sure how to answer it.

15            MR. MCEWEN:  I object to counsel suggesting answers

16            to the witness.

17       A.   I just don't know how to answer it.  That's what I

18   said earlier, I just don't know how to answer it.

19            MR. NICHOLS:  She doesn't know how to answer it.

20            That's her answer.

21       Q.   Now, you did not ask me to clarify the question.  I

22   mean, it's obvious Mr. Nichols has something in mind, and

23   maybe that's confusing you.  But my question isn't confusing

24   you or you would have told me to rephrase the question.

25       A.   I don't know how to answer the question.

1          Q.   You don't know how to answer it?

2          A.   Yes.

3          Q.   But it's not because you don't understand the

4     question?

5               MR. NICHOLS:  Counsel, I don't think she has the

6               basis to answer it, and that's what she's saying.

7               I don't know she said --

8               MR. MCEWEN:  If she doesn't have the basis to

9               answer the question, then why are we here?

10              MR. KUHAR:  Yes.  Why do we have a lawsuit?

11              MR. NICHOLS:  If you had responded to my questions

12              during the interrogatories or depositions, we would

13              know that -- she would know, and we would know,

14              more.  But for us to -- you to -- when I pose

15              questions going to that, about the posting policy,

16              you come back with some nonresponsive.  Then you

17              ask her to come in here and set us up.

18              MR. KUHAR:  Mr. Nichols, first --

19              MR. NICHOLS:  Set us up whether the District is

20              complying.  How do we know whether you post it when

21              you wouldn't respond to my question regarding the

22              posting.  That's the question I want to put on the

23              record.  And she said -- no wonder we can't

24              respond.  We don't have the information -- all the

25              information.  That's what discovery's about.  We

1    don't have all the information about the posting

2    policy, and to date you have not responded

3    forthrightly to my questions about posting.

4    And it's strange that the counsel of the Union

5    sets over there obsequiously with respect to the

6    questions asked about the manner of the School

7    District and has said nothing about that.  The

8    kinds of responses you have sent me --

9    MR. MCEWEN:  I object to the ad hominem personal

10    attack.

11    MR. NICHOLS:  I don't recant it.  I tell you that.

12    MR. KUHAR:  I don't understand what the objection

13    is.  If we have to put this issue before the

14    Court --

15    MR. NICHOLS:  We'll put it before the Court.

16    MR. KUHAR:  No, we won't.  Unless we have to.

17    MR. NICHOLS:  Because you haven't been responsive

18    to my question.  And I'll take all of those

19    answers -- those half-baked answers you have sent

20    me, halfhearted, no way -- nonresponsive to my

21    interrogatories, my depositions, admissions --

22    MR. KUHAR:  What are we doing?  What are we doing

23    here?

24    MR. NICHOLS:  I'd like to take those to the Court

25    and show it to the Court.

1              MR. KUHAR:  Do that.  We're here for Ms. Wagner's

2         deposition, which was delayed by eight weeks.

3         Which I understand because of your pregnancy and

4         childbirth.  We only have a month left of

5         deposition, Mr. Nichols.

6              MR. NICHOLS:  It don't matter.  The timing doesn't

7         matter to me.  The truth matters, Mr. Kuhar.

8              MR. KUHAR:  Are you going to --

9              MR. NICHOLS:  If I have to go to the Court and say

10        let's have another six months -- the truth, her

11        future, is that important?

12             MR. KUHAR:  Are you telling me that she cannot

13        answer the question?  You're telling her not to

14        answer the question?

15             MR. NICHOLS:  What she said this morning, it's

16        based upon what we have -- she said, I can't answer

17        the question.  I believe that's accepted as an

18        answer.

19    Q.   Will you tell me why you can't answer the question.

20             MR. NICHOLS:  Let me say this, Mr. Kuhar --

21             MR. KUHAR:  Will you let her answer.

22             MR. NICHOLS:  Let me say this about the timing,

23        though.  If I have to go and ask the Judge for

24        another six months, I'll do it.

25             MR. KUHAR:  Fine.

1          MR. NICHOLS:  We're not going to be railroaded.

2          MR. KUHAR:  The deadline that I have to work with

3          is the one that the Judge has given me.

4          MR. NICHOLS:  I will ask him to change it.

5          MR. KUHAR:  Great.  And you can guarantee me --

6          MR. NICHOLS:  I will ask him to change it.  We

7          won't be railroaded.  Her future is on the stake.

8          I'll ask the Judge -- I'll say to the Judge --

9          we're not going to be railroaded.

10          MR. KUHAR:  We're taking a five-minute break.  This

11          is bizarre.  We're taking a five-minute break.  I

12          don't know what else to do.

13          (Pause in the proceedings.)

14          MR. KUHAR:  We're back, it's about 11:20.  Let's

15          see how we can make this go.

16     Q.   Do you have any urge to clarify anything?  I realize

17     it was kind of a heated exchange there towards the end.  Do

18     you want to say anything before we proceed in terms of

19     supplementing an answer or anything?

20     A.   No.

21     Q.   Now, the lawsuit actually names not just the School

22     District.  Do you know that it names the school board and the

23     individuals --

24     A.   Yes.

25     Q.   -- Mr. Heller and Mr. Dolecki?

1      A.    Yes.

2      Q.    Since they are Defendants, I want to ask you

3  whether, in addition to anything we've already talked about,

4  whether -- let's ask about Mr. Dolecki first.  Whether

5  Mr. Dolecki ever wronged you in any way in addition to what

6  we've already talked about?

7      A.    No.

8      Q.    What about Mr. Heller?

9      A.    I don't know.

10     Q.    None that you know of?

11     A.    Could you repeat that question again?

12     Q.    Sure.  Since he's a Defendant, Mr. Heller, I'm

13  asking whether -- I'm asking you to tell me any and all ways

14  in which he has wronged you, other than what we've already

15  talked about.

16     A.    Other than what we have already talked about?

17     Q.    Correct.

18     A.    I don't know.

19     Q.    What about the board?  I mean, you did -- your

20  lawsuit is -- and I realize you were referring on your lawyer

21  for legal advise regarding how to structure the lawsuit, so

22  I'm not trying to ask a trick question here.  But the lawsuit

23  does mention the board itself, in addition to the School

24  District.  So I'm wondering whether any of the school board

25  members did anything that you thought was unfair to you?  And

1    you did reference a conversation that you said your husband

2    reported with Mr. Wright, so I would say anything in addition

3    to that.

4        A.    I don't know.

5        Q.    Now, there was a conversation between your husband

6    and his brother and Mr. Dolecki and Mr. Heller.  You heard

7    that talked about at least, right?

8        A.    Yes.

9        Q.    Were you at that?

10       A.    No.

11       Q.    Were you here for Mr. Heller's deposition?

12       A.    Yes.

13       Q.    It was two parts, right?

14       A.    Yes.

15       Q.    And you were here for both parts?

16       A.    That's correct.

17       Q.    Did you hear him testify that at the time of your

18   observation, the one he did in 2002, that he gave you some

19   suggestions to make you a more viable candidate?  Do you

20   recall him saying that he did that?

21       A.    No, I don't.

22       Q.    Well, regardless of what --

23       A.    Maybe he said it, but I don't recall it.

24       Q.    I understand.  And those are two separate ideas,

25   right?  Whether he said it in his depo, and you don't recall

1    that he did?

2        A.   Yes.

3        Q.   And then, in reality, did it happen?  That would be

4    the second question.  Did he, at that time, give you

5    suggestions to make you a more viable candidate for teaching

6    positions?  In November or December of 2002.

7        A.   That's correct.  Yes.

8        Q.   Did he do so?

9        A.   Yes.

10       Q.   How many times did you talk to him where he did

11   that?

12       A.   Just on that one time that he had wrote that

13   evaluation form.

14       Q.   Where you --

15       A.   He explained me about the suggestions that he had.

16   That's it.

17       Q.   Do you recall anything more about that?  His

18   suggestions to make you a more viable candidate?

19       A.   On that specific day?

20       Q.   Yes.

21       A.   No.

22       Q.   You just don't remember anything else that was or

23   wasn't said?

24       A.   That's correct.

25       Q.   Did you meet with Mr. Heller in the summer of 2004?

1    A.    Yes.

2    Q.    Where was that?

3    A.    In his office.

4    Q.    Do you recall when?

5    A.    No.

6    Q.    But it was the summer?

7    A.    Yes.

8    Q.    What do you recall of that meeting?  Can we start

9    with who was there?

10    A.    Suzanne Good, Mr. Heller.

11    Q.    So just the three of you?

12    A.    Yes.

13    Q.    What do you recall being said by those three people?

14    A.    Well, the purpose of that meeting was to ask him why

15    I wasn't selected for the permanent teaching positions.

16    Q.    At any time or in particular on the -- in the spring

17    of '04?

18    A.    Yes.  For 2004/2005 position.

19    Q.    Because the District did hire a number of elementary

20    teachers then, right?

21    A.    That's correct.

22    Q.    And you were not among them?

23    A.    That's correct.

24    Q.    So are you telling me that's the reason you asked to

25    have the meeting?

1      A.    That's correct.

2      Q.    Go ahead.

3      A.    I asked him why I wasn't selected, and -- well,

4   that's not the first question I ask him.  I ask him, you

5   know, he send me letters of rejections and told me that these

6   people had been hired for the 2004/2005 and they are highly

7   qualified teachers.  So I ask him if I am highly qualified,

8   and he said I am highly qualified according to PDE.  So I

9   said, well, where did I go wrong.  I wanted to see my

10  interview analysis, and he says he's not allowed to show them

11  to me.  So he suggested for me to go to PDE web site and look

12  for the evaluation form.  I'm not exactly sure what was

13  for -- for something.  Anyway, he told me if I have any

14  questions, come back and talk to him.  That's it.

15     Q.    At any time did he encourage you to contact Suzanne

16  Good?

17     A.    No.  He said if I have any questions, contact him.

18     Q.    Contact him?

19     A.    Yes.

20     Q.    You mean Mr. Heller?

21     A.    Yes.

22     Q.    Now, Suzanne Good was there.

23     A.    Yes.

24     Q.    Did she make any offers or suggestions to make you a

25  more viable candidate?

1    A.    No.

2    Q.    She never said you can call me later and we can work

3    on something together?

4    A.    No.

5    Q.    Did she reference that PDE web site?

6    A.    I'm sorry?

7    Q.    Did Ms. Good reference the PDE web site?

8    A.    I am not sure who suggested to search the site, if

9    Mr. Heller or Ms. Good.

10    Q.    But one of them?

11    A.    Yes.

12    Q.    At any time were you ever encouraged to attempt to

13    work in an after-school program the District runs?

14    A.    No.

15    Q.    And you were never encouraged to teach in the STARS

16    program in particular?

17    A.    No.

18    Q.    By anyone?

19    A.    No.

20    Q.    If someone says the PDE curriculum standards, would

21    you know what they meant?

22    A.    Of course.

23    Q.    Well, I'm just trying to make sure I use the best

24    term.  Is there a more proper term than the one I just used?

25    A.    No.

1      Q.   I mean, I have something in mind that I want to ask

2  you questions about, and I'm just wondering what the best way

3  to identify that is.  You know what I mean when I say that?

4      A.   Yes.

5      Q.   Just to check, what do you --

6      A.   It's posted in every room.

7      Q.   Pardon me?

8      A.   It's posted in every room -- classroom.

9      Q.   For each subject?

10     A.   For language arts and mathematics.

11     Q.   Were those part of your education at Edinboro?

12     A.   Yes.

13     Q.   Do you remember if you had a specific course on it?

14     A.   No, I don't.

15     Q.   Do you recall whether the standards, as you were

16  taught them in your degree program that ended in 2000 -- do

17  you recall whether those were the same as the ones that are

18  in place now?

19     A.   I don't know.

20     Q.   You were interviewed by this District twice, right?

21     A.   That's correct.

22     Q.   We've talked about the one in November or December

23  of '02, right?

24     A.   That's correct.

25     Q.   The other one would be when?

1      A.   For 2004/2005.

2      Q.   The interviews that were conducted for that school

3   year?

4      A.   That's correct.

5      Q.   Did they occur in the spring of '04?

6      A.   February, I think, of 2004.

7      Q.   Is when you think you were interviewed?

8      A.   Yes.

9      Q.   Do you recall the interview?

10     A.   Yes.

11     Q.   Do you recall who interviewed you?

12     A.   Mr. Heller was there, the principals, Suzanne Good.

13     Q.   Do you recall whether there were about six or --

14     A.   There's two groups I know.  The first group was with

15   Mr. Heller and some principals, and the second -- second

16   group was with Ms. Good and principals.

17     Q.   About eight people total?

18     A.   I can't really tell you.

19     Q.   Fair enough.  At the time you were interviewed --

20   each of those times, what was your sense of how you'd been

21   treated during the interview?  Did you think those interviews

22   were unfair in any way?

23     A.   During the interview?

24     Q.   Well, during and maybe immediately after the

25   interview.  Did you have any sense of I have just been

1    treated unfairly, or did you have a sense of seemed like a

2    fair interview or -- did you have any assessment of that?

3        A.    I thought I did very well.

4        Q.    And that's a comment about how you thought you did

5    during the interview.

6        A.    That's correct.

7        Q.    My question, though, is actually focussed on how the

8    interview was conducted by the people who were actually

9    running the interview.  Did you have any reaction in terms of

10   whether it had been a fair or unfair interview of you?

11       A.    I don't remember.

12       Q.    Either time?

13       A.    No.  I don't remember.

14       Q.    Did anyone say anything to you during either of the

15   interviews that you thought was inappropriate?

16       A.    I'm not sure.

17       Q.    From the time that you graduated through the current

18   date, have you taken any additional classes?  Act 48 or

19   college classes or --

20       A.    Act 48.

21       Q.    How many Act 48?

22       A.    I have 30 right now, and I'm still working on it.

23       Q.    I imagine those are from multiple providers, or were

24   they all here at the District?

25       A.    PDE.

1      Q.    PDE?

2      A.    Yes.

3      Q.    Are they actually put on by the PDE or sponsored by

4      PDE?

5      A.    I think sponsored by PDE.  It's called OPEN.

6      Q.    Pardon me?

7      A.    OPEN, Online Professional Education Network.

8      Q.    So it was all online?

9      A.    Yes.  I got it through PDE.

10     Q.    What about other types of education since you

11     graduated, any formal college classes, online or otherwise?

12     A.    No.

13     Q.    Have any of these -- did you say 30 or 31?

14     A.    30.

15     Q.    Did any of those credits deal with Pennsylvania

16     standards?

17     A.    Yes.

18     Q.    Do you recall how many?

19     A.    No.

20     Q.    Have you done anything else -- and this is an

21     open-ended question.  Have you done anything else in terms of

22     reading magazines, going to seminars, anything -- have you

23     done anything else in terms of sort of bolstering or

24     maintaining your education since you graduated beyond what

25     you've already told me about?

1      A.   Well, I could recall right now is just PDE web site,

2    and I can't recall the name of the book that I just

3    purchased.

4      Q.   When did you --

5      A.   Books and magazines.  I just can't recall their --

6    the title of the books right now.

7      Q.   Or the magazines?

8      A.   Yeah.  Yeah.  Instructor Magazine.

9      Q.   Instructor Magazine, that's the name of a magazine?

10     A.   Yes.

11     Q.   And you've read that?

12     A.   Yes.

13     Q.   How frequently?

14     A.   Not very frequent.  Whenever I had a chance.

15     Q.   You said you just purchased a book.

16     A.   Yeah.

17     Q.   But you can't recall the title?

18     A.   No.  I can't right now, I'm sorry.

19     Q.   That's all right.  Have you had a chance to start

20   that yet?

21     A.   Yes.

22     Q.   What's the nature of that book?

23     A.   I'm sorry, I just can't recall.

24     Q.   It's okay.

25     A.   It's for beginning teachers.

1      Q.    Where'd you get that book?

2      A.    The bookstore here in Meadville.

3      Q.    I think you've already told me that nobody

4    encouraged you to meet with Suzanne Good, right?

5      A.    No.

6      Q.    Regardless of whether anybody encouraged you or not,

7    did you ever actually meet with Suzanne Good, other than that

8    one time in '04 where Mr. Heller was also there?

9      A.    No.

10      Q.    From August '01 through the current date do you know

11    if anyone -- anyone else who is Filipino-born or Asian, or

12    both -- do you know if anyone else has applied for long-term

13    sub positions or regular positions with the District?

14      A.    I don't know.

15      Q.    Have you applied anywhere else?

16      A.    No.

17      Q.    Why not?

18      A.    I just chose not to.

19      Q.    Do you know whether anyone who is neither

20    Filipino-born nor Asian and who also has not filed a PHRC

21    charge -- do you know any people like that who have subbed as

22    long as you have?

23      A.    I don't know.

24      Q.    There may be or maybe there aren't, you're not sure?

25      A.    I said I don't know.

1      Q.   Did anyone employed by the District ever make any

2   inappropriate remarks to you at any time?  Beyond anything

3   you've already told us about.

4      A.   Inappropriate remarks?

5      Q.   Yes.

6      A.   I don't know.

7      Q.   Well, to be specific, since you kind of hesitated

8   there, has any employee of the District -- since August of

9   '01 through today, has any employee of the District ever said

10  anything that suggested a bias against Filipino-born people,

11  Asian people, or people who had filed PHRC charges?

12     A.   George Wright.

13     Q.   Through your husband?

14     A.   Yes.

15     Q.   That is the kind of remark I'm asking about.  Anyone

16  else say things like that?

17     A.   Not directly to me or -- I don't know.

18     Q.   Is this the first lawsuit that you've filed against

19  an employer?

20     A.   Yes.

21     Q.   I just have a few more -- very few more, actually,

22  and then I want to meet with my client for a second.  And you

23  may not know the answers to these, but I just want to check.

24  Do you know how many Filipino-born or Asian people are

25  certificated to teach elementary school in Pennsylvania?

1          A.    I don't know.

2          Q.    Do you know how many Filipino-born or Asian people

3     are members of the PSEA or any other association of educating

4     professionals?

5          A.    I don't know.

6                MR. KUHAR:   If we could break for a minute so I

7                could talk to my client.

8                MR. NICHOLS:   Okay.

9                (Pause in the proceedings.)

10         Q.    We've taken a break here, so I just wondered whether

11    you had any corrections or whether you wanted to supplement

12    any of your answers?  Otherwise, I'm done.

13         A.    No.   I'm fine.

14               MR. KUHAR:   Okay.

15

16                         CROSS-EXAMINATION

17    BY MR. MCEWEN:

18

19         Q.    I have a few questions.  As Mr. Kuhar indicated at

20    the beginning, I'm Richard McEwen, the attorney for the

21    Crawford Education Association.  Certainly I would ask that

22    the same instructions that Mr. Kuhar gave apply here.  If the

23    question is unclear to you, you don't understand it, please

24    let me know, and I'll try to restate the question.

25               Just to go back over a few things.  At the beginning

1   of your testimony you had indicated that you were born in the

2   Philippines.  Just a couple follow-up questions on that.  Is

3   your mother Filipino?

4       A.   Yes.

5       Q.   And your father?

6       A.   Yes.

7       Q.   Now, one of the issues as I understand it revolves

8   around your assignment to replace Ms. Pickens when she went

9   on some kind of medical leave.  And is my understanding

10  correct that, as it turned out, you began working for her on

11  November 15th of '02 and that ended December 20th of '02?

12      A.   Something like that, yes.

13      Q.   Part of the basis of your Complaint is that you

14  believed at the time you began working for her you would be

15  permitted to work through the rest of the school year or the

16  rest of the semester?

17      A.   The school year.  Because she wasn't sure yet when

18  she's going to get her hips done.

19      Q.   The assignment that you had filling in for

20  Ms. Pickens, was that the longest substitute assignment

21  filling in for one teacher that you've had since you've been

22  employed at Crawford Central School District?

23      A.   Yes.

24      Q.   When did you first become aware that the teachers at

25  Crawford Central had a union?

1      A.   I guess when I became a member.

2      Q.   When did you first become a member?

3      A.   I can't really tell you.  I'm not sure if it's in

4   2001 -- before that, when I did my student teaching, I was a

5   member of the PSEA and the NEA.

6      Q.   Was that as a student member?

7      A.   Yes.

8      Q.   After you graduated, no longer a student, and began

9   substituting -- did you ever substitute anywhere other than

10  Crawford Central?

11     A.   No.

12     Q.   So once you began substituting at Crawford

13  Central -- that would have been the fall of 2001; is that

14  correct?

15     A.   That's correct.

16     Q.   Do you recall at what point in time after that you

17  joined the Union?

18     A.   No.  I can't recall.

19     Q.   As a substitute teacher, you didn't have any Union

20  dues deducted from your pay, did you?

21     A.   No.

22     Q.   Do you recall the first time you paid any dues to

23  the Union?

24     A.   I'm sorry?

25     Q.   Do you recall the first time you paid any dues to

1   the Union after you began working here?

2      A.   No, I don't.

3      Q.   But at some point during your employment you paid

4   dues to join the Union; is that right?

5      A.   That's correct.

6      Q.   Do you recall whether you made your payment to the

7   PSEA or the Crawford Education Association?

8      A.   Crawford Central Education.

9      Q.   Now, since you first began working -- let me start

10  over.  You first began working with the Crawford Central

11  School District in August of 2001; is that correct?

12     A.   That's correct.

13     Q.   Have you continued to work on a substitute basis

14  from that time forward?

15     A.   Yes.

16     Q.   Has all of the service that you've actually

17  performed been on an as-needed basis?

18     A.   Could you repeat the question again.

19     Q.   Has all the service that you've performed for the

20  District been on an as-needed basis?

21     A.   Yes.

22          MR. NICHOLS:  What do you mean by "as-needed"?

23     Q.   To the extent that you would only work if the

24  District contacted you and needed you to work --

25          MR. NICHOLS:  That's your definition --

1       Q.   -- for a particular assignment?

2            MR. NICHOLS:  That's your definition of --

3            MR. MCEWEN:  Yes.

4            MR. NICHOLS:  Well, she worked as a substitute.

5            That's clear for the record.

6            MR. MCEWEN:  I'm not asking you the questions; I'm

7            asking her the question.

8            MR. NICHOLS:  Wait just a moment, though.

9            MR. MCEWEN:  I would appreciate if you would allow

10           your client --

11           MR. NICHOLS:  I'm not going to allow --

12           (Proceedings interrupted by reporter.)

13           MR. NICHOLS:  Go ahead, Rich.

14           MR. MCEWEN:  I believe she already answered the

15           question to my satisfaction.

16           MR. NICHOLS:  The need for clarification I think

17           here -- I think there's a need for clarification in

18           the question you posed.

19           MR. KUHAR:  Can we ask the witness if she

20           understands the question?

21      A.   Could you repeat the question, please.

22      Q.   I asked if, since you began working for the District

23      in August of 2001, all your work has been done on an

24      as-needed basis?  By which I mean that you only worked when

25      the District had a particular assignment for you to do?

1          MR. NICHOLS:  I interjected -- my concern was that

2          you worked as a substitute.  This "as-needed" is

3          something -- is an add on that Mr. McEwen has

4          added.  It's something that you -- okay --

5          MR. MCEWEN:  I'm trying to determine the parameters

6          of her employment.

7          MR. NICHOLS:  Wait a minute.  This is very

8          important.  And the contract she signed defines

9          that.  But on an as-needed basis I don't think

10         applies to the contract.

11         MR. MCEWEN:  I'm not talking about the contract.

12         I'm talking about how she actually performed her

13         work.

14         MR. NICHOLS:  I'm talking about what governed her

15         relationship.

16         MR. KUHAR:  You'll have a chance to ask her

17         questions when he's done.

18         MR. NICHOLS:  I want to clarify that now, though --

19         MR. MCEWEN:  No.

20         MR. NICHOLS:  -- because it's an add on.

21         MR. MCEWEN:  You will have an opportunity in court

22         to make your arguments, Mr. Nichols.  I'm just

23         trying to ask some questions and find out some

24         facts.  I understand what's in your Complaint.  I

25         don't necessarily understand what your position is,

 1              and that's what I'm trying to clarify.  At this
 2              point I'm just trying to find out what the
 3              parameters of her employment are.
 4              MR. NICHOLS:  I'm going to advise my client to
 5              this, on the question of as is --
 6              MR. MCEWEN:  I object.  If you're going to tell her
 7              how to answer the question, I object.
 8              MR. NICHOLS:  Wait a minute.  I have a right to
 9              advise my client here.
10              MR. MCEWEN:  Not to tell her how to answer the
11              question.
12              MR. NICHOLS:  Hold on.  Based on what you asked, on
13              this question, on as-needed basis, if you
14              understand what that means, then I think you can
15              answer it.  Okay.  But if you don't understand "on
16              as-needed basis," then I would suggest you tell him
17              so.  You don't understand what that means.
18         A.   Can I ask you again to repeat the question, please.
19         Q.   I believe the question was that since the time of
20    your employment with Crawford Central School District in
21    August of 2001, whether all of the work that you have
22    performed for them has been on an as-needed basis?  By which
23    I mean that you will only work when the District has a
24    particular assignment -- limited assignment for you.
25         A.   Yes and no.  What do you mean the District has a

1    particular work for me?

2        Q.    As opposed to a situation where you are -- you enter

3    into an employment relationship where you know you're going

4    to have -- you're going to be in a particular classroom,

5    teaching a particular grade, teaching particular students for

6    some particular period of time every day over some length of

7    time, no less than 90 days let's say.  I guess that's what I

8    mean.

9            MR. NICHOLS:  Are you asking her to -- what about

10           the Pickens' situation.

11       A.    That's where I was like confused.  That's why I said

12   yes and no.

13           MR. NICHOLS:  How do you answer a question like

14           that?

15           MR. KUHAR:  Well, is yes the Ms. Pickens part?  You

16           can explain it.

17       A.    Well, yes and no.  Yes for the part that sub service

18   calls me whenever they need a teacher.  And no, there's a

19   couple -- or three or four teachers that had asked me to work

20   for certain days and I was denied for that job.  That's why

21   my answer was yes and no.

22       Q.    Well, I -- I'm not asking about times when you're

23   denied.  I'm asking what you actually did.

24       A.    That's my answer, yes and no.

25       Q.    In all of the assignments that you've actually

1    worked for the Crawford Central School District, you've been

2    paid on a daily basis, correct?

3        A.    That's correct.

4        Q.    Now, after your assignment filling in for

5    Ms. Pickens ended in December of 2002, did you speak to

6    anyone affiliated with the Association regarding that

7    situation?

8        A.    Yes.

9        Q.    When was that?

10       A.    Can't recall the date.  I think it's in 2003.

11       Q.    Let me try to clarify.  We'll work up.  I understand

12   you had a meeting at some point, and I have some questions

13   for you about that, immediately or shortly after the incident

14   happened December 20th of 2002 -- let's say by January of

15   2003, did you contact anyone from the Association regarding

16   that situation?

17       A.    I had talked with Ms. Merkatory (phonetic), who was

18   the union rep for Cochranton Elementary.

19       Q.    What was that name again?  I'm sorry.

20       A.    I'm sorry?

21       Q.    What was that name again?

22       A.    Ms. Merkatory.

23       Q.    She was a teacher at Cochranton Elementary?

24       A.    That's correct.

25       Q.    And the rep for that building?

1       A.   Yes.

2       Q.   What did she tell you?

3       A.   She told me about the practice -- she's been a

4    teacher for 30-some years, and she told me about the

5    practice, but that's about it.  I told her I was upset.

6       Q.   Did you intend to complain about the practice at

7    that time?

8       A.   About the practice --

9       Q.   I guess, the -- let me clarify that.  Did you intend

10   to complain about the District's apparent failure to follow

11   what you were told was the practice at that time?

12      A.   Yes.

13      Q.   How did you -- or did you communicate that to

14   Ms. Merkatory?

15      A.   I just told her I was upset, and then she told me

16   about the practice.  I didn't really know about the practice

17   until some people told me, and she had confirmed it.

18      Q.   I guess just so I'm clear, when you say "about the

19   practice," you're referring to your understanding that there

20   was a practice that regular teachers could recommend a

21   substitute to fill in for them during the course of their

22   extended leaves?

23      A.   And usually they are honored, yes.

24      Q.   Did you ask Ms. Merkatory if you could file a

25   grievance?

1       A.   No, I did not.

2       Q.   Did you ask her if there was any way to complain to

3   the District -- about the District?

4       A.   I just -- as a union rep, I just told her how I

5   felt.  And if -- if you're asking me if she did anything

6   about it, I am not sure.

7       Q.   Well, I'm not really asking whether she did

8   anything.  I'm asking whether you asked her to do anything

9   about it.

10      A.   No.  I -- well, I don't know.  I don't remember

11  exact -- what exact word I said, but probably because why

12  would I talk to her for.

13      Q.   Well, I'm not sure.  That's partly why --

14      A.   I don't recall about the entire conversation.  I

15  just know that I went to her and told her how upset I was.

16      Q.   Now, in your testimony here today, you testified

17  that Ms. Pickens had recommended you to fill in for her

18  during her leave, correct?

19      A.   Yes.

20      Q.   And I believe you mentioned at least two other

21  teachers subsequent to that time who also -- your

22  understanding was that they recommended that you fill in for

23  them during their leaves as well?

24      A.   That's correct.

25      Q.   Are you aware of any other situations where teachers

1    recommended you to fill in for them during their leaves?

2        A.    Say that again, I'm sorry.

3        Q.    Are you aware of any other situations, other than

4    Ms. Pickens and the two other teachers you testified to here

5    earlier, where a teacher recommended that you be the

6    substitute teacher assigned to fill in for them while they

7    were off or on leave?

8        A.    Other than I mentioned earlier?

9        Q.    Right.

10       A.    That's all I know of.

11       Q.    I just wanted to clarify, I believe you testified

12   that Ms. Costello was one of the teachers, right?

13       A.    Yes.

14       Q.    And that was just during this last school year?

15       A.    This school year.

16       Q.    You've also mentioned Ms. Marusca.

17       A.    Marusca.

18       Q.    Marusca, excuse me.  Do you remember when that was?

19       A.    I think the first one is in 2003, and then the last

20   one was in 2004.

21       Q.    To your knowledge, has any teacher ever spoken with

22   district administrators and asked that you not be selected to

23   fill in for them?

24       A.    I don't know.

25       Q.    The situations that you cited with Ms. Marusca and

1    Ms. Costello, did these occur after you filed your initial

2    Complaint with the PHRC?

3        A.    Yes.

4        Q.    Do you believe that the Association has prevented

5    you from obtaining employment with the Crawford Central

6    School District?

7               MR. NICHOLS:   The Complaint speaks for itself,

8               Counsel.

9               MR. MCEWEN:   No, the Complaint does not speak for

10              itself.   I would like an answer to the question

11              because, frankly, the Association is very confused

12              over what exactly the allegations are, and I'd like

13              to be able to try to clarify them so we know how to

14              proceed.

15       A.    I'm not sure how to answer that question.

16       Q.    To your knowledge, has anyone in the Association

17   interfered with your obtaining employment with the School

18   District?

19       A.    I don't know.

20       Q.    What do you believe is the basis for your allegation

21   that the Association has interfered with your right to make

22   an enforced contract?

23       A.    Could you rephrase that question, please.

24       Q.    In your Complaint, you make an allegation that, to

25   my understanding, encompasses the Association.   To the extent

1    that there's been an interference with your right to make an

2    enforced contract or enjoy the benefits of contract, and I'm

3    just asking what's the basis of -- let me try to rephrase

4    that.  I guess what I'm asking you is, why do you believe

5    that the Association has interfered with your ability to

6    enter into a contract, I assume, with the School District?

7            MR. NICHOLS:  Counsel, I feel it's incumbent that I

8            speak here because that particular allegation

9            against the Union my client relied upon me,

10           understandably, to place it and state it.  It's

11           more in the nature of a legal relationship.

12           Something to which she should not be expected to

13           respond to.  Factual matters, yes, but this is a

14           cause for a legal conclusion that you are posing to

15           which she should not be asked -- called upon to

16           respond to.

17           MR. KUHAR:  He had asked why does she believe.

18           Would it be better if he said what facts make her

19           believe that or what facts make her think that?  To

20           me it seemed like he was clearly asking for facts.

21           I don't mean to speak out of order.

22           MR. MCEWEN:  That was certainly my intention.  I'll

23           certainly rephrase the question again.

24           MR. NICHOLS:  Again, the nature of the situation is

25           largely -- is legal in nature in terms of whether

1          or not -- well, you're named, the Union, and to
2          which the possible liability rests upon the Union,
3          as well as the School District, is really a
4          legal -- at this juncture.
5               Obviously she would not be in a position to
6          know -- to be responsive to you at this juncture
7          because discovery is still ongoing.  And
8          particularly with the -- to the extent that we have
9          less discovery from the Union than we received from
10         the School District, I don't think she can be
11         responsive.  I think to put her in the position
12         where naturally, at this juncture, you know
13         yourself she wouldn't have that information, and to
14         set her up on the record like that -- and I'm not
15         ascribing bad motives.  I'm just simply at this
16         point saying, as a precautionary matter, that
17         question is improper and should not be posed to
18         her.
19         MR. MCEWEN:  I'd like to note for the record this
20         is at least the second occasion today that Counsel
21         seems to be saying that they filed a Complaint
22         based on no facts whatsoever --
23         MR. NICHOLS:  I didn't say that at all.
24         MR. MCEWEN:  -- in the hopes that they would find
25         some facts during discovery.

1          MR. NICHOLS:  I didn't say that at all.  But let me
2          just tell you this:  If you're going to say that,
3          then you tell it to Judge McLaughlin who has passed
4          upon it and rejected your argument and didn't
5          dismiss you.  You tell that to him.
6          MR. KUHAR:  I'm sure Judge McLaughlin anticipated
7          that discovery would occur following his
8          nondismissal.
9          MR. NICHOLS:  Right.  But you ascribing to me that
10         when I wrote this Complaint I had no basis to do
11         so.  You tell Judge McLaughlin that.
12         MR. MCEWEN:  Because whenever we ask your client
13         for what the factual basis is, you object and
14         you --
15         MR. NICHOLS:  No.  I'm saying --
16         (Proceedings interrupted by court reporter.)
17         MR. MCEWEN:  I am not asking your client for any
18         legal conclusions.  I understand that you have a
19         legal argument to make, and you'll have an
20         opportunity to make it I'm sure.  But the whole
21         purpose -- my understanding of why we're here is to
22         discover the factual basis for the legal
23         allegations made in the Complaint, and that is what
24         I am attempting to do.  We have been faced with a
25         vague and general allegation that we have somehow

 1        interfered with your client's constitutional rights
 2        to contract, and frankly, I have no idea what we're
 3        supposed to have done.  And I'm trying to find out,
 4        by asking your client, how she feels the
 5        Association wronged her.
 6        MR. NICHOLS:  Let me just say, I think I am duty
 7        bound to speak now because, one, we at the stage of
 8        discovery.  With respect to the Union, we have very
 9        little.
10            But you started off ascribing to me that when I
11        wrote this Complaint that I had no basis to do so.
12        My rejoinder to you was, okay, if that's so, why is
13        it that Judge McLaughlin has turned you down twice.
14        If it was frivolous, if I had no basis to complain,
15        why is it he said -- and you asked to be -- the
16        Union asked to be dismissed and he said, twice, no.
17        MR. KUHAR:  Mr. Nichols --
18        MR. MCEWEN:  We're not here to argue.
19        MR. NICHOLS:  Why would you ascribe that to me,
20        though?  Why would you ascribe when I wrote the
21        Complaint I had no basis to do so?
22        MR. MCEWEN:  All I said earlier was that based on
23        your statements here today that is the conclusion
24        that I'm forced to reach.
25            And you might want to remember that I was not

1    previously involved in this case when those other
2    motions were heard and argued, and I'm fully aware
3    of the outcome of those, and that's why we're here
4    today.  But I think all of this is beside the
5    point.
6    MR. KUHAR:  May I be heard for a second.
7    MR. NICHOLS:  Yes.
8    MR. KUHAR:  All he wants to know is what the
9    Association did wrong.  If she doesn't say in this
10   deposition what the Association did wrong, I think
11   there's a chance that she might not be able to say
12   at trial what the Association did wrong.  That's
13   the Judge's call.  But my point is, why won't you
14   let her say what the Association did wrong?
15   MR. NICHOLS:  Because we don't yet -- we're still
16   conducting discovery.  Okay.  But we have enough to
17   say they -- in the Complaint -- and the Complaint
18   speaks for itself.  We stand on what's in the
19   Complaint.
20   MR. MCEWEN:  You know full well Federal Complaints
21   don't have to be fact complaints, and there's a
22   distinct lack of facts regarding the Association in
23   this Complaint.  And if you feel that our discovery
24   responses have been inadequate, it's partly because
25   we don't know why we're in this lawsuit and what

1       the allegations are so that we can perhaps make

2       more relevant disclosures to you.

3               MR. NICHOLS:  You will have an opportunity very

4       soon to do that.

5               MR. MCEWEN:  And I believe we have provided

6       everything that you've asked to the best of our

7       ability and the best of our understanding of the

8       Complaint.  And the purpose in deposing the

9       Plaintiff in this type of Complaint is to find out

10      the underlying factual basis of the situation.  And

11      the fact that you've alleged something in your

12      Complaint -- I'm not trying to deny that, but it's

13      irrelevant.  So when you say the Complaint speaks

14      for itself, that is not responsive to the question.

15              MR. NICHOLS:  In part what you're asking -- I think

16      it's responsive to what you're asking.  To ask her

17      now to give you a full answer beyond what is in the

18      Complaint and what you already know -- because you

19      all have the records.  You have the records -- it

20      seems to me to be really overreaching, overbearing

21      at this point.

22              MR. KUHAR:  Mr. Nichols, you might discover

23      something tomorrow or Ms. Wagner might discover

24      something tomorrow or next month, I think all he's

25      asking, as of right now -- this is her deposition,

1       she's sitting there, as of this moment in time,

2       what does she think that the Association has done

3       wrong so far.  If you learn something next month in

4       more discovery --

5       MR. NICHOLS:  Well, what I'm saying is, that's why

6       we careful how we speak now for fear that

7       interrogatories -- interrogatories and other

8       questions I've posed to the Union in the near

9       future may be totally contradictory.  You see what

10      I'm saying.

11      MR. KUHAR:  It goes without saying that you might

12      discover something in the future.  If you want to

13      clarify that and have her say as of right now this

14      is what she knows, I bet that would be okay.  But

15      he wants to know as of right now what does she --

16      MR. NICHOLS:  As of right now you can tell him the

17      basis why we have named the Union.

18      MR. KUHAR:  I don't mean to change your question.

19      MR. MCEWEN:  I believe I started out asking, to

20      your knowledge.  And by that I infer, to your

21      knowledge, as we sit here today, what you believe

22      the Union did to harm you.

23      MR. NICHOLS:  Wouldn't it be better still, and if I

24      may be -- wouldn't it be better still to ask her

25      about what you say you will come to, that she --

1          when she went to your union representative -- she

2          told you that when she went to her union

3          representative -- she told you she went to her

4          union representative,certainly you will cover that,

5          Mr. Mehok, Mr. Hootman.

6          MR. MCEWEN:  I'm working my way up to that.

7          MR. NICHOLS:  That's why she went to them -- went

8          to the Union.

9          MR. MCEWEN:  That's not at all responsive to the

10         question I asked.  I fully intend to give her an

11         opportunity to discuss the meeting with Mr. Hootman

12         and Mr. Mehok, but that's not what I'm asking here.

13    Q.   I asked, to the best of your knowledge, as you sit

14    here today, what has the Association done to harm you in your

15    employment with the Crawford Central School District?

16         MR. NICHOLS:  If you don't know, you don't have to

17         answer.  You don't know.  At this time -- if you

18         don't know at this time, just say you don't know at

19         this time.  You can't be responsive.

20    A.   I choose not to answer it right now.

21         MR. KUHAR:  Well, I represent some Defendants, too,

22         and I want to know what she means by that answer.

23         Unless you're going to inquire.

24         MR. NICHOLS:  She meant what she said.  That's what

25         you meant, what you said; isn't it?

1            THE WITNESS:  Yes.

2            MR. MCEWEN:  I would like to know that, and I'd

3        also like to put an objection on the record for the

4        Counsel's coaching of the witness to basically give

5        a nonresponsive response to the question.

6            MR. NICHOLS:  You can put whatever you want on the

7        record, that's your prerogative.  Don't badger the

8        witness, though.  Don't continue to ask her the

9        same question.  She gave you her answer, that's for

10       the record.  Please don't badger her beyond that.

11           MR. KUHAR:  And the answer for my benefit was, I

12       choose not to answer that question?

13           THE WITNESS:  Yes.

14    Q.   Why is that?

15           MR. NICHOLS:  She told you.

16           MR. KUHAR:  No, she didn't.

17           MR. NICHOLS:  She said, I'm not going to answer it.

18       She's not going to answer it.  Okay.

19           MR. KUHAR:  Can we -- it's your thing, but can we

20       take a break?

21           MR. MCEWEN:  Yes.  I'm about ready to say we'll

22       come back when you can answer it because that's the

23       gist of the whole thing.

24           (Pause in the proceedings.)

25    Q.   I just want to clarify what exactly the answer to

1    the questions were here in the last exchange.  I believe that

2    I asked you, to your knowledge, what has the Association done

3    to prevent you from obtaining employment with the School

4    District, and if I understood you correctly, your answer was

5    that you did not want to answer that question; is that --

6        A.   Well, first of all, I paid my $40 dues to the Union

7    hoping that I'm protected for -- for what, I'm not sure.  I

8    mean, I went to Ms. Merkatory and told her about my -- about

9    me being upset, and talked to Mr. Mehok and Mr. Hootman, and

10   still didn't get any help from the Union.  I mean, what do I

11   get for my $40 membership?  Just an ID card and magazine?  I

12   mean, that's all -- if you're asking me about the facts and

13   the documents, I just can't answer that right now.

14       Q.   Well, I'm not necessarily asking about any facts or

15   documents, other than what you can recall.

16       A.   That's all I can say right now.

17       Q.   What did you expect that the Union would be able to

18   do for you in your situation?

19       A.   I'm not sure.

20       Q.   So if I understand your answer correctly, your

21   dissatisfaction with the Association's behavior in this

22   matter is based upon the fact that you went to the building

23   representative, Ms. Merkatory, and you went to -- and some

24   time later on you went to Mr. Hootman, the president, and Mr.

25   Mehok, one of the officers, and you didn't see any tangible

1    result from those discussions?

2        A.    That's correct.

3        Q.    I've shown you what I have marked as Exhibit A1.

4    And it's my understanding that this is a letter that you

5    provided to Mr. Dan Hootman, who's the president of Crawford

6    Education Association.  Does this appear to be a true and

7    correct copy of the letter?

8            (Wagner Deposition Exhibit A1 marked for

9             identification.)

10       A.    Yes.

11       Q.    What was your purpose in writing this letter to

12   Mr. Hootman?

13       A.    Before I wrote this letter, I had called PSEA --

14   there's a number on the back of my membership card to reach

15   PSEA.  So I called them and wanted to let (sic) them know

16   what they could do for me because of this PHRC case.  They

17   told me to contact the Uniserve rep.  I -- I'm not sure

18   what's his name.  And I spoke to the guy, the Uniserve rep,

19   and he told me to contact Mr. Hootman because he's the

20   president of the Union.  So I called Mr. Hootman, and didn't

21   reach him.  I left a message, and he called me back.  He

22   told -- I told him about my concerns and about the PHRC case,

23   and I told him I wanted to meet with him to see what the

24   Union could do for me.

25           So he said he wanted it all in writing.  So call him

1   back when I wrote it down on a piece of paper and he'll set a

2   meeting.  So I did that, and that same day I typed it all up

3   and I called him back and said, I got the letter wrote.  And

4   I said, I really need to talk to you this afternoon.  So he

5   was nice enough to accommodate that.

6           So I went there right after school, at the Meadville

7   High School, and he said he wanted Mr. Mehok to be there when

8   he speak to me.  So they read the letter, and I asked them

9   what the Union could do for me.  And he said, well, he

10  doesn't really know.  That's about the conversation that I

11  could recall took place.

12      Q.   From what you just said there, the fact that the

13  date on the letter is September 7, 2004, does that indicate,

14  then, that's also the date you met with Mr. Hootman and

15  Mr. Mehok?

16      A.   That's correct.

17      Q.   Now, you stated that someone at the meeting told you

18  that they didn't know what the Union could do for you.  Do

19  you recall whether that was Mr. Hootman or Mr. --

20      A.   I'm not sure.

21      Q.   Did either Mr. Hootman or Mr. Mehok, at the meeting,

22  indicate that they would take any further steps to try to get

23  an answer for you?

24      A.   Yes.

25      Q.   Do you recall what they told you to do or what they

1    told you they would do?

2        A.    They said they would contact a lawyer.

3        Q.    Do you know whether they did that?

4        A.    I don't know.

5        Q.    Did you have any further conversations with either

6    Mr. Hootman or Mr. Mehok before you filed the Complaint in

7    Federal Court in this case?

8        A.    That's the only one.

9        Q.    At the time of your meeting, did you indicate that

10   you were contemplating filing a Federal lawsuit regarding --

11       A.    Say that again.

12       Q.    At the time of your meeting on September 7th, did

13   you indicate to Mr. Hootman or Mr. Mehok that you were

14   contemplating filing a Federal lawsuit?

15       A.    I'm not sure if I had told him that.

16       Q.    Do you recall whether, either on September 7th or

17   any time between September 7th and when the Complaint was

18   actually filed, that you notified Mr. Hootman, Mr. Mehok, or

19   anyone from the Association that you were considering

20   including the Association in any lawsuit that you planned to

21   file regarding your employment at Crawford Central?

22       A.    No.

23       Q.    You presented the letter that I just showed you to

24   Mr. Hootman and Mr. Mehok at that meeting; is that correct?

25       A.    That's correct.

1    Q.   Did you present any other letters to them at that

2    time?

3    A.   I've been sending Mr. Hootman letter of interest --

4    my letters of interest.

5    Q.   Prior to that time --

6    A.   No.  Not prior to that time.

7    Q.   Since that time?

8    A.   Since that time.

9    Q.   After Mr. Hootman and Mr. Mehok reviewed your

10   letter, did they give you any indication whether or not they

11   had been aware of any of the circumstances that you described

12   prior to your meeting?

13   A.   I'm not sure who said it, but one of them said that

14   there's an incident that it happened to another substitute a

15   long time ago.  I'm not sure who said it.

16   Q.   Did they give you any further information about

17   that?

18   A.   No.

19   Q.   Did they tell you anything about specifically what

20   that incident dealt with?

21   A.   No.

22   Q.   Do you recall whether they asked you anything about

23   your membership status at the meeting?

24   A.   Yeah.  At first he couldn't find my form.  He said I

25   wasn't a member.  Mr. Mehok -- I'm talking about Mr. Mehok.

1    He said I wasn't a member.  I said, you cashed my check.  He

2    said, well, why don't you fill out another form.  So I did

3    that, and I gave him another check for 40 bucks.  That's --

4        Q.   But your recollection was that you had already

5    filled out paperwork and paid to join the Association prior

6    to that time?

7        A.   That's correct.

8        Q.   Was it in the prior school year?

9        A.   I believe so.

10       Q.   Did Mr. Hootman and Mr. Mehok mention anything about

11   the fact that your status as a day-to-day substitute might

12   impact the Association's ability to do anything for you?

13       A.   No.

14       Q.   Did either Mr. Hootman or Mr. Mehok indicate to you

15   that the Crawford Education Association was unable to force

16   the District to hire any particular person?

17       A.   No.

18       Q.   At that point, September 7th, had the 2004/2005

19   school year started?

20       A.   I believe so.

21       Q.   Had you been employed at all as a substitute during

22   that year prior to the meeting?

23       A.   Yes.

24       Q.   Do you recall how many days prior to that that you

25   were employed?

1      A.   No, I don't.

2      Q.   Had you been employed every day from the beginning

3  of the 2004 school year up until the time that you met with

4  Mr. Hootman?

5      A.   I don't know.

6      Q.   You hadn't worked 90 consecutive days prior to your

7  meeting with Mr. Hootman and Mr. Mehok --

8      A.   Could you repeat that again, please.

9      Q.   You had not worked 90 consecutive days for the

10  School District prior to your September 7, 2004 meeting with

11  Mr. Hootman and Mr. Mehok, had you?

12      A.   No.

13      Q.   During your employment had you ever received a copy

14  of the collective bargaining agreement between the District

15  and the Crawford Education Association?

16      A.   No.

17      Q.   Was there a reason that you waited until September

18  of '04 to ask for a meeting with Mr. Hootman, or anyone from

19  the Association, as opposed to asking for the meeting at some

20  earlier time?

21      A.   I'm not sure.  Probably because of -- I got the

22  letter of the right to sue from PHRC.

23      Q.   When did you first file your Complaint with the

24  PHRC?  Do you remember?

25      A.   2003.  I'm not sure about what -- what month.

1     Q.   I'm not either.  My recollection, it was February of

2     2003.  Does that sound right?

3          A.   Something like that.

4          Q.   Now, prior to filing your Complaint with the PHRC,

5     did you ask the Association for any assistance with that?

6          A.   Could you repeat that question again, please.

7          Q.   Let me try to make it a little clearer.  Did you ask

8     the Association for any assistance in filing a Complaint with

9     the PHRC?

10         A.   No, I did not.

11         Q.   Did you do anything to notify the Association that

12    you had filed a Complaint with the PHRC at the time you filed

13    it early in 2003?

14         A.   No.

15         Q.   One of the allegations in the Complaint is that you

16    were denied the opportunity to become a full-fledged member

17    of the CCEA, and my question is merely, what does

18    "full-fledged member" mean to you?  What did you mean by

19    that?  If you know.

20         A.   I don't know.

21         Q.   When you filed your Complaint with the PHRC, you

22    didn't name the Crawford Education Association as one of the

23    people you were complaining against at that time, correct?

24         A.   That's correct.

25         Q.   It's my understanding that when you join PSEA as a

1    substitute member, which I believe is what you did, that you

2    can ask for your status to be considered one of two ways,

3    either as a member of the local association and the district

4    where you're working or as a member at large.  Do you

5    remember, did you make a decision at the time you applied to

6    join PSEA which category you preferred to be considered?

7         A.    I'm not sure.

8               MR. MCEWEN:  If I could just take a brief break

9               with my co-counsel.

10              (Pause in the proceedings.)

11        Q.    I have one other area I want to ask about.  This

12   again involves an allegation of the Complaint, and I'm not

13   asking to try to trip you up on any kind of legal grounds.

14   Frankly this is another area that the Association is very

15   confused about what exactly we're being accused of here.  In

16   Paragraph 35 of the Complaint it states that the Defendants,

17   plural, and in other filings with the court your counsel has

18   indicated that we're included in that, approved of,

19   acquiesced in a long-standing custom, policy, or tradition of

20   denying Plaintiff, that's you, and minorities equal

21   employment opportunities and engaged in unlawful employment

22   practices that exclude minority group members.  I guess I

23   first, at least, just want to focus on the beginning of that.

24   Is your understanding that the Association approved of some

25   policy that denies equal employment opportunities?

1          MR. NICHOLS:  Counsel, are you asking a legal
2          question?
3          MR. MCEWEN:  No.  I asked, is it her understanding
4          that the Association approved -- I'm trying to
5          narrow down --
6          MR. NICHOLS:  Approved what?
7          MR. MCEWEN:  Approved of policies or customs that
8          intended to deny minorities of equal employment
9          opportunities.
10         MR. NICHOLS:  That's a legal -- in the cover of a
11         legal conclusion, doesn't it?
12         MR. MCEWEN:  Well, as I tried to explain, this
13         question is so broad I don't know what we're being
14         accused of.  Are we being accused of approving of
15         these policies, are we being accused of acquiescing
16         in these policy, are we being accused of both, or
17         are we being accused of nothing.  I don't really
18         know.
19         MR. NICHOLS:  What I'm saying --
20         MR. MCEWEN:  I'm trying to narrow down her
21         understanding of it.
22         MR. NICHOLS:  It's unfair to beat her over the head
23         when this same thing has been before Judge
24         McLaughlin twice.  And he understood enough not to
25         dismiss the Union.  Now you come in and beat her

1        over the head repeatedly.  I don't understand it,

2        what does this mean.  Judge McLaughlin understood,

3        otherwise he would have dismissed this a long time

4        ago.  Don't continue to beat her over the head

5        when, obviously, you put her in a position -- she

6        wouldn't be able to respond to that question, and

7        shouldn't be.

8        MR. MCEWEN:  Why not?

9        MR. NICHOLS:  For the reason I just stated for the

10       record.  Judge McLaughlin has already answered

11       that.

12       MR. MCEWEN:  He hasn't answered a thing.  He ruled

13       on a motion.  He denied a motion, that's all.

14       MR. NICHOLS:  So by doing that twice --

15       MR. MCEWEN:  He denied a motion that we're allowed

16       to renew at the end of discovery --

17       MR. NICHOLS:  Right.

18       MR. MCEWEN:  So we need to determine --

19       MR. NICHOLS:  Don't beat her over the head.  Judge

20       McLaughlin said you stay in.

21       MR. MCEWEN:  I'm the only person getting beat over

22       the head here.  I'm asking a simple question of

23       what her understanding is.  I told her I'm not

24       trying to ask for a legal conclusion.  I'm asking

25       what her understanding is.

1              MR. NICHOLS:  You don't have to respond to that.

2         Q.   I'll restate the question.  Do you know of any

3    policies that the Association has endorsed and approved that

4    deny minorities equal employment opportunities in the

5    Crawford Central School District?

6         A.   I don't know.

7         Q.   Do you believe that the Association has acquiesced

8    in any existing customs or policies or traditions that deny

9    minorities equal employment opportunities in the Crawford

10   Central School District?

11        A.   I don't know.

12             MR. MCEWEN:  I'll end here, but we reserve the

13                  right to re-call this witness, and we also reserve

14                  the right to ask -- I'd like to note an objection

15                  on the record that I believe that the witness

16                  has -- ever since the break earlier in today's

17                  deposition, the witness' number of I-don't-know

18                  type answers has markedly increased, and I object

19                  to the conduct of the Plaintiff and her

20                  representatives in this deposition, and I reserve

21                  the right to take this to the Judge.

22

23

24

25

1                        CROSS-EXAMINATION

2   BY MR. NICHOLS:

3

4       Q.   A few questions, Ms. Wagner.  When you talked with

5   Mr. LaScola in 2001 at the time when you commenced your

6   employment with the School District -- I believe you

7   testified that Mr. LaScola advised you as to how you could

8   become a long-term -- obtain a full -- permanent teaching

9   position with the District --

10      A.   That's correct.

11      Q.   -- is that correct?

12      A.   Yes.

13      Q.   In the course of that discussion with him, did he

14  advise you concerning obtaining additional degrees or post

15  graduate work?

16      A.   You mean like Master's?

17      Q.   Yeah.  Like a Master's or Ph.D. or whatever.

18      A.   He said it's not in the best of my interests to get

19  a Master's because it's more likely that I won't get a job in

20  the District because of, if I get a Master's, they have to

21  pay me more.

22      Q.   In 2004, Mr. -- Mr. Kuhar asked you this morning --

23  in the course of his questions he asked you whether you

24  looked outside the District for employment as a teacher.  I

25  believe you told him, no.  In 2004, though, you did meet with

1    Mr. Heller, did you not?

2        A.    Yes.

3        Q.    During the course of your meeting with Mr. Heller,

4    did Mr. Heller also instruct you to go outside the District

5    to look for a job?

6        A.    That's correct.

7        Q.    And on that particular occasion, that meeting, 2004,

8    with Mr. Heller, I believe that you referred -- that that

9    was -- that Mr. -- as I understand it correctly, Mr. Heller

10   advised you how you could become a more viable candidate for

11   a teacher position; is that correct?

12       A.    That's correct.

13       Q.    What, specifically, was the nature of the advice

14   Mr. Heller gave you?

15       A.    He told me to check PDE web site for evaluation

16   forms for teachers.

17       Q.    That was the extent of the advice that he gave you?

18       A.    That's correct.

19       Q.    And that was the only occasion which he gave you

20   that type of advice?

21       A.    That's correct.

22       Q.    Since your interview in 2004 for a teaching

23   position -- have you had an interview with the District since

24   that time?

25       A.    No.

1    Q.    No interview whatsoever?

2    A.    No.

3    Q.    Any written invitation to be interviewed?

4    A.    No.

5    Q.    Any written or verbal discussion from any member of

6    the administration inviting you to come in to discuss your

7    interest in becoming a teacher or what you could do in terms

8    of trying to obtain a teaching position?

9    A.    No.

10   Q.    You met with Mr. Hootman, Mr. Mehok, both of whom

11   were Union officials, September 7th of 2004, I believe, and

12   you said that since that time you have sent them a letter of

13   interest.  What does that consist of?  The letter of

14   interest.

15   A.    Just my interest of obtaining a job in the District.

16   There is like postings, and then I sent letters of interest

17   to Mr. Heller, and then I made copies for Mr. Hootman.

18   Q.    Each time you sent a letter to Mr. Heller indicating

19   your -- that you wish to be considered for a teaching

20   position you also sent a copy --

21   A.    That's correct.

22   Q.    -- to Hootman and Mr. Mehok?

23   A.    Just Mr. Hootman.

24   Q.    And that has been true since your meeting with

25   them -- and I'm saying "them" I'm referring to Mr. Hootman,

1   Mr. Mehok -- September 2004?

2       A.   That's correct.

3       Q.   And you went to Ms. Merkatory -- you first went to

4   Ms. Merkatory -- and you said that she was a union

5   representative at the time you went to her?

6       A.   Of Cochranton Elementary, that's correct.

7       Q.   Just for the record again state the nature of your

8   discussions with her.

9       A.   After my dismissal from Ms. Pickens' job, I went to

10  Ms. Merkatory and told her I was very upset of what the

11  District did to me, and she had told me to -- about the

12  practice of hiring long-term substitute teachers, that

13  teachers request for them and they honor the request.

14      Q.   What was her reaction, if any?

15      A.   I'm sorry?

16      Q.   What was her reaction, if any, to what you -- to

17  what you stated?

18      A.   Well, she was -- she was surprised that the District

19  dismissed me.

20      Q.   Did she say anything she would do for you?

21      A.   She didn't really say anything that -- what she

22  could do for me.  I don't remember of her promising me

23  anything.  I told her that I was very upset, and I don't

24  remember --

25      Q.   You knew she was a member -- a union representative

1  at that time?

2      A.   That's correct.

3           MR. NICHOLS:  All right.  Okay.  I don't have any

4           further questions.

5           MR. MCEWEN:  I just have a couple other briefly.

6

7                      RECROSS-EXAMINATION

8  BY MR. MCEWEN:

9

10     Q.   Now, in terms of the letters of interest that you've

11 sent to Mr. Hootman since your meeting in September 2004 -- I

12 believe you said this, but I just want to be clear on this --

13 those are copies of letters that are directed to Mr. Heller

14 and the administration, right?

15     A.   That's correct.

16     Q.   One more question on Exhibit A1, the letter that you

17 wrote.  Is the letter an accurate representation of your view

18 of the events that occurred -- of what happened to you?

19     A.   The important events I would say, yes.

20          MR. MCEWEN:  Thank you.

21          MR. KUHAR:  I have no further questions.  Thank

22          you, Ms. Wagner.

23

24          (Deposition concluded at 1:14 p.m.)

25

**$**

$40
[2] 107:6 107:11
$85
[1] 29:9

**'**

'01
[6] 33:16 35:22 44:12 58:8 83:10 84:9
'02
[7] 10:3 36:15 38:13 56:25 78:23 86:11 86:11
'02/'03
[1] 9:13
'03
[1] 38:13
'04
[5] 38:14 75:17 79:5 83:8 113:18
'90s
[1] 54:9
'92
[1] 5:17
'93
[5] 5:17 5:18 6:3 34:6 34:9

**0**

04-264
[1] 1:4

**1**

10
[2] 10:11 40:6
10:00
[1] 19:18
11280
[1] 1:19
11:20
[1] 71:14
12
[4] 5:14 36:1 36:5 36:15
120
[1] 2:9
15
[1] 38:10
1585
[1] 2:4
15th
[5] 9:22 11:3 11:3 21:8 86:11
16
[5] 39:14 39:15 39:18 39:19 41:12
16314
[1] 5:9
16335
[1] 1:20
16412
[1] 2:12
16501
[1] 2:9
16507
[1] 2:5
166
[1] 5:8
1972
[1] 5:14
1993
[1] 34:13
1:14
[1] 123:24

**2**

2
[1] 9:17
20
[2] 10:13 10:14
2000

2001
[12] 8:3 8:21 33:17 34:13 35:1 51:16 87:4 87:13 88:11 89:23 91:21 119:5
2002
[5] 34:9 73:18 74:6 93:5 93:14
2003
[6] 93:10 93:15 96:19 113:25 114:2 114:13
2003/2004
[1] 60:6
2004
[13] 74:25 79:6 96:20 109:13 113:3 113:10 119:22 119:25 120:7 120:22 121:11 122:1 123:11
2004/2005
[4] 75:18 76:6 79:1 112:18
2005
[1] 1:18
2005/'06
[1] 61:3
20th
[4] 21:9 21:10 86:11 93:14
21
[1] 5:16

**3**

30
[3] 80:22 81:13 81:14
30-some
[1] 94:4
31
[2] 1:17 81:13
34
[3] 21:25 22:8 22:10
35
[4] 21:25 22:8 22:10 115:16

**4**

40
[1] 112:3
4250
[1] 2:12
45
[2] 22:2 22:6
48
[3] 80:18 80:20 80:21

**5**

50
[4] 10:9 10:10 35:16 35:16

**6**

6N
[1] 2:12

**7**

7
[2] 109:13 113:10
7th
[5] 110:12 110:16 110:17 112:18 121:11

**8**

80
[1] 35:16

**9**

90
[3] 92:7 113:6 113:9
9:00
[1] 19:18
9:41
[1] 1:18

**A**

A1

A1.....................108
[1] 3:10
Ability
[4] 42:11 98:5 103:7 112:12
Able
[6] 9:19 10:19 97:13 102:11 107:17 117:6
Absence
[8] 9:12 10:1 10:1 10:5 14:19 29:23
Absolutely
[1] 50:7
Accept
[1] 12:13
Accepted
[1] 70:17
Accommodate
[1] 109:5
According
[1] 76:8
Accurate
[4] 24:2 65:4 65:15 123:17
Accused
[10] 18:20 18:20 19:9 23:14 115:15 116:14 116:14 116:15 116:16 116:17
Acknowledge
[1] 40:8
Acknowledged
[1] 42:10
Acknowledging
[1] 41:22
Acquiesced
[2] 115:19 118:7
Acquiescing
[1] 116:15
Act
[3] 80:18 80:20 80:21
Actual
[2] 26:3 37:14
Ad
[1] 69:9
Adams
[2] 58:20 58:21
Add
[2] 90:3 90:20
Added
[1] 90:4
Addition
[5] 52:4 72:3 72:5 72:23 73:2
Additional
[2] 80:18 119:14
Address
[1] 5:7
Administration
[4] 37:11 43:4 121:6 123:14
Administrator
[1] 53:23
Administrators
[1] 96:22
Admission
[1] 41:4
Admissions
[1] 69:21
Advance
[1] 6:24
Advice
[3] 120:13 120:17 120:20
Advise
[4] 72:21 91:4 91:9 119:14
Advised
[3] 54:1 119:7 120:10
Advisor
[2] 53:15 53:18
Affiliated
[1] 93:6
Afraid
[2] 23:10 24:20
After-school

Afternoon
[1] 109:4
Ago
[8] 18:11 20:24 24:22 30:2 42:10 42:15 111:15 117:4
Agree
[2] 16:12 25:16
Agreed
[4] 14:23 15:25 30:22 31:8
Agreement
[2] 39:1 113:14
Ahead
[17] 15:23 17:6 17:12 21:18 40:10 40:13 44:6 51:23 52:25 54:2 54:11 55:2 58:10 59:24 60:25 76:2 89:13
Allegation
[6] 48:15 97:20 97:24 98:8 100:25 115:12
Allegations
[12] 48:16 48:20 48:24 49:5 49:8 49:9 49:12 49:22 97:12 100:23 103:1 114:15
Allege
[2] 5:10 38:4
Alleged
[1] 103:11
Allow
[2] 89:9 89:11
Allowed
[3] 44:4 76:10 117:15
Ambiguous
[3] 66:3 66:5 66:23
Amended
[2] 40:1 40:1
Amy
[1] 63:14
Analysis
[1] 76:10
Answer
[54] 4:18 7:3 7:3 13:4 24:14 34:1 50:19 51:24 52:11 52:21 52:22 59:5 63:22 67:7 67:14 67:17 67:18 67:19 67:20 67:25 68:1 68:6 68:9 70:13 70:14 70:16 70:18 70:19 70:21 71:19 91:7 91:10 91:15 92:13 92:21 92:24 97:10 97:15 103:17 105:17 105:20 105:22 106:9 106:11 106:12 106:17 106:18 106:22 106:25 107:4 107:5 107:13 107:20 109:23
Answered
[4] 42:17 89:14 117:10 117:12
Answering
[2] 4:20 41:7
Answers
[6] 67:15 69:19 69:19 84:23 85:12 118:18
Anticipated
[1] 100:6
Anyway
[2] 11:15 76:13
Apologize
[2] 6:24 62:10
Apologized
[2] 19:21 21:15
Apparent
[2] 6:23 94:10
Appear
[1] 108:6
Applicant
[1] 42:12
Applicants
[5] 42:12 42:25 43:18 44:21 48:4
Application
[10] 8:8 9:2 9:7 34:18 34:21 34:22 35:7 40:16 41:24 42:2
Applied

[8] 8:4 38:5 44:11 56:3 56:
8 83:12 83:15 115:5

**Applies**
[1] 90:10

**Apply**
[6] 4:21 56:12 57:18 62:18
66:16 85:22

**Appoint**
[1] 18:8

**Appreciate**
[3] 33:25 50:15 89:9

**Apprised**
[1] 66:15

**Approved**
[6] 115:18 115:24 116:4
116:6 116:7 118:3

**Approving**
[1] 116:14

**Approximating**
[1] 35:24

**Area**
[4] 7:16 25:20 115:11 115:
14

**Areas**
[2] 25:19 25:23

**Argue**
[1] 101:18

**Argued**
[1] 102:2

**Argument**
[2] 100:4 100:19

**Arguments**
[1] 90:22

**Armedia**
[1] 54:1

**Arnold**
[3] 53:16 53:20 53:21

**Arts**
[2] 6:18 78:10

**As-needed**
[9] 88:17 88:20 86:22 89:
24 90:2 90:9 91:13 91:16
91:22

**Ascribe**
[2] 101:19 101:20

**Ascribing**
[3] 99:15 100:9 101:10

**Asian**
[6] 67:12 83:11 83:20 84:
11 84:24 85:2

**Assessment**
[1] 80:2

**Assign**
[1] 29:13

**Assigned**
[1] 96:6

**Assignment**
[10] 14:12 26:18 86:8 86:
19 86:20 89:1 89:25 91:24
91:24 93:4

**Assignments**
[3] 9:4 9:10 92:25

**Assistance**
[2] 114:5 114:8

**Assistant**
[2] 1:6 2:7

**Association**
[42] 1:10 2:10 4:10 4:13
38:12 85:3 85:21 93:6 93:6
93:15 97:4 97:11 97:16 97:
21 97:25 98:5 101:5 102:9
102:10 102:12 102:14 102:
22 104:2 105:14 107:2 108:
6 110:10 112:20 112:5 112:
15 113:15 113:19 114:5 114:
8 114:11 114:22 115:3 115:
14 115:24 116:4 118:3 118:7

**Association's**
[2] 107:21 112:12

**Assume**
[1] 98:6

**Assumption**
[1] 30:5

**Attack**
[1] 69:10

**Attempt**
[1] 77:12

**Attempting**
[1] 100:24

**Attending**
[1] 15:12

**Attorney**
[2] 4:14 85:16

**Attorneys**
[1] 4:22

**August**
[12] 8:3 33:16 34:13 35:1
35:22 51:16 58:8 83:10 84:
8 88:11 89:23 91:21

**Award**
[1] 38:22

**Awarded**
[2] 7:9 39:8

**Aware**
[13] 39:18 47:14 47:16 48:
3 49:25 51:9 52:1 52:6 86:
24 95:25 96:3 102:2 111:11

## B

**Bachelor**
[1] 6:18

**Bachelor's**
[1] 6:11

**Background**
[1] 6:8

**Bad**
[1] 99:15

**Badger**
[2] 106:7 106:10

**Baked**
[1] 69:14

**Bargaining**
[2] 38:25 113:14

**Based**
[5] 70:16 91:12 99:22 101:
22 107:22

**Basis**
[32] 49:7 49:10 49:11 49:
13 49:14 49:18 62:19 65:14
65:17 66:11 68:6 68:8 86:
13 88:13 88:17 88:20 89:24
90:9 91:13 91:16 91:22 93:
2 97:20 98:3 100:10 100:13
100:22 101:11 101:14 101:
21 103:10 104:17

**Bear**
[1] 17:18

**Beat**
[5] 116:22 116:25 117:4
117:19 117:21

**Became**
[2] 53:10 87:1

**Become**
[5] 86:24 87:2 114:16 119:
8 120:10

**Becomes**
[1] 55:20

**Becoming**
[1] 121:7

**Began**
[9] 8:2 86:10 86:14 87:8
87:12 88:1 88:9 88:10 89:22

**Beginning**
[7] 24:8 26:9 82:25 85:20
85:25 113:2 115:23

**Behalf**
[3] 4:13 32:25 40:25

**Behavior**
[1] 107:21

**Benefit**
[1] 106:11

**Benefits**
[1] 98:2

**Beside**
[1] 102:4

**Best**
[9] 14:22 50:24 51:11 77:
23 78:2 103:6 103:7 105:13
119:18

**Bet**
[1] 104:14

**Better**
[3] 98:18 104:23 104:24

**Between**
[6] 26:22 28:15 38:19 73:5
110:17 113:14

**Beyond**
[6] 6:16 59:22 81:24 84:2
103:17 106:10

**Bias**
[1] 84:10

**Bid**
[12] 38:21 39:17 39:20 40:
17 41:11 41:15 41:21 42:12
42:25 43:17 44:15 45:2

**Bidder**
[2] 39:5 39:9

**Bidders**
[2] 44:16 45:2

**Bids**
[1] 38:11

**Bit**
[4] 4:24 4:25 36:8 40:5

**Bizarre**
[1] 71:11

**Black**
[2] 1:16 1:25

**Blackballed**
[2] 23:11 23:19

**Blacks**
[1] 54:24

**Blindsided**
[1] 66:21

**Board**
[8] 1:5 2:6 29:12 29:16 71:
22 72:19 72:23 72:24

**Bolstering**
[1] 81:23

**Book**
[5] 15:12 82:2 82:15 82:22
83:1

**Books**
[2] 82:5 82:6

**Bookstore**
[1] 83:2

**Born**
[8] 5:10 67:12 83:11 83:20
84:10 84:24 85:2 86:1

**Bound**
[1] 101:7

**Box**
[1] 2:4

**Break**
[9] 5:4 10:15 71:10 71:11
85:6 85:10 106:20 115:8
118:16

**Brief**
[1] 115:8

**Briefly**
[1] 123:5

**Broad**
[1] 116:13

**Broader**
[1] 66:1

**Brother**
[1] 73:6

**Browns**
[1] 54:24

**Bucks**
[1] 12:3

**Bugged**
[1] 57:5

**Building**
[2] 93:25 107:22

## C

**Caleb**

**Cancel**
[2] 64:2 65:8

**Cancelling**
[1] 37:17

**Candidate**
[7] 38:23 63:9 73:19 74:5
74:18 76:25 120:10

**Candidates**
[1] 38:21

**Cannot**
[2] 66:24 70:12

**Card**
[2] 107:11 108:14

**Care**
[1] 32:20

**Careful**
[1] 104:6

**Carr**
[3] 46:16 46:20 51:7

**Case**
[10] 1:4 49:19 54:6 59:14
60:9 60:16 102:1 108:16
108:22 110:7

**Cashed**
[1] 112:1

**Category**
[1] 115:6

**CCEA**
[1] 114:17

**Cede**
[1] 40:15

**Central**
[23] 1:5 1:5 1:9 1:19 2:6
2:6 2:19 33:15 38:12 53:24
86:22 86:25 87:10 87:13 88:
8 88:10 91:20 93:1 97:5
105:15 110:21 118:5 118:10

**Certain**
[4] 12:18 19:18 25:20 92:20

**Certainly**
[5] 5:5 66:14 85:21 98:22
98:23

**Certificated**
[2] 7:13 84:25

**Chance**
[4] 82:14 82:19 90:16 102:
11

**Change**
[4] 32:2 71:4 71:6 104:18

**Charge**
[4] 61:22 63:20 64:10 83:21

**Charges**
[1] 84:11

**Charles**
[2] 1:6 2:7

**Charlie**
[3] 4:13 16:21 61:10

**Check**
[6] 57:18 78:5 84:23 112:1
112:3 120:15

**Checking**
[1] 15:12

**Childbirth**
[1] 70:4

**Choice**
[1] 52:19

**Choose**
[7] 24:13 40:8 42:11 51:12
62:20 105:20 106:12

**Chose**
[2] 53:7 83:18

**Chosen**
[17] 10:23 11:9 39:4 46:12
47:17 48:4 48:5 57:22 58:
18 58:25 59:3 61:8 61:18
61:19 62:9 62:11 63:10

**Christian**
[1] 6:17

**Circumstances**
[2] 52:7 111:11

**Cited**

**Claim**
[2] 40:18 42:2

**Clarification**
[2] 89:16 89:17

**Clarify**
[15] 40:7 40:7 51:22 66:2
66:4 67:21 71:16 90:18 91:
1 93:11 94:9 96:11 97:13
104:13 106:25

**Class**
[1] 22:3

**Classes**
[3] 80:18 80:19 81:11

**Classic**
[1] 48:11

**Classroom**
[5] 21:1 25:8 26:3 78:8 92:
4

**Clear**
[18] 30:7 34:13 34:20 41:
16 42:4 44:9 48:16 50:3 50:
7 50:22 50:24 57:17 65:5
66:20 66:20 89:5 94:18 123:
12

**Clearer**
[2] 63:23 114:7

**Clearly**
[2] 39:19 98:20

**Client**
[14] 41:7 41:17 41:22 43:
20 48:23 84:22 85:7 89:10
91:4 91:9 98:9 100:12 100:
17 101:4

**Client's**
[1] 101:1

**Close**
[1] 26:5

**Co**
[1] 115:9

**Co-counsel**
[1] 115:9

**Coaching**
[1] 106:4

**Cochranton**
[15] 5:9 9:17 13:15 27:5
45:3 45:9 46:15 46:24 51:7
58:12 59:14 59:25 93:18 93:
23 122:6

**Collective**
[2] 38:25 113:14

**College**
[2] 80:19 81:11

**Coming**
[1] 28:7

**Commenced**
[1] 119:5

**Commencing**
[1] 1:18

**Comment**
[1] 80:4

**Comments**
[2] 24:2 25:17

**Commonwealth**
[1] 1:17

**Communicate**
[1] 94:13

**Communication**
[1] 6:18

**Complain**
[6] 10:18 10:22 94:6 94:10
95:2 101:14

**Complainant**
[1] 49:15

**Complained**
[2] 64:5 65:1

**Complaining**
[1] 114:23

**Complaint**
[65] 5:10 9:22 10:18 10:22
21:7 36:1 36:5 38:4 38:10
38:16 38:16 38:17 40:2 40:
25 43:11 43:13 48:7 48:11

**CLAIM** 48:24 49:10 49:18 49:
4 53:14 62:25 63:16 64:15
64:16 64:20 64:24 64:25 65:
3 65:6 65:6 67:11 86:13 90:
24 97:2 97:7 97:9 97:22 99:
21 100:10 100:23 101:11
101:21 102:17 102:17 102:
19 102:23 103:8 103:9 103:
12 103:13 103:18 110:6 110:
17 113:23 114:4 114:8 114:
12 114:15 114:21 115:12
115:16

**Complaints**
[2] 102:20 102:21

**Complied**
[1] 64:17

**Complying**
[1] 68:20

**Compound**
[1] 4:19

**Concede**
[1] 42:21

**Conceded**
[1] 41:23

**Concentration**
[1] 7:23

**Concentrations**
[1] 7:21

**Concern**
[1] 90:1

**Concerning**
[1] 119:14

**Concerns**
[1] 108:22

**Concession**
[2] 40:15 40:19

**Concluded**
[1] 123:24

**Conclusion**
[4] 98:14 101:23 116:11
117:24

**Conclusions**
[1] 100:18

**Conduct**
[2] 20:15 118:19

**Conducted**
[3] 63:15 79:2 80:8

**Conducting**
[1] 102:16

**Confirm**
[4] 13:19 14:2 14:11 57:4

**Confirmed**
[2] 12:14 94:17

**Confused**
[5] 41:6 41:7 92:11 97:11
115:15

**Confusing**
[3] 65:11 67:23 67:23

**Conjunction**
[1] 21:1

**Consecutive**
[2] 113:6 113:9

**Consider**
[4] 24:20 56:24 60:8 60:21

**Considered**
[6] 19:11 35:4 60:15 115:2
115:6 121:19

**Considering**
[2] 57:6 110:19

**Consist**
[1] 121:13

**Constitutional**
[1] 101:1

**Contact**
[7] 76:15 76:17 76:18 93:
15 108:17 108:19 110:2

**Contacted**
[1] 88:24

**Contemplating**
[2] 110:10 110:14

**Context**
[2] 41:6 41:8

**Continue**
[3] 15:8 106:8 117:4

**Continued**
[1] 88:13

**Continuing**
[1] 55:5

**Contract**
[8] 90:8 90:10 90:11 97:22
98:2 98:2 98:6 101:2

**Contradictory**
[1] 104:9

**Conversation**
[22] 13:14 16:3 16:18 16:
19 18:5 19:8 20:1 20:7 20:
19 20:22 20:25 27:21 28:15
31:6 31:9 31:17 31:20 60:
11 73:1 73:5 95:14 109:10

**Conversations**
[2] 28:19 110:5

**Cooperative**
[1] 33:25

**Copies**
[2] 121:17 123:13

**Copy**
[3] 108:7 113:13 121:20

**Correct**
[96] 7:12 9:9 9:11 10:24
11:4 11:6 14:8 14:20 14:20
17:1 17:11 17:22 19:4 19:7
20:12 21:2 21:4 21:20 22:9
22:11 23:1 23:22 24:9 24:
23 25:11 26:11 26:14 26:19
29:11 35:2 35:9 36:20 37:6
38:7 38:18 39:2 43:2 44:14
53:2 56:10 56:16 57:21 57:
23 58:9 59:1 59:11 59:17
60:23 61:20 61:24 62:17 62:
21 63:4 63:8 72:17 73:16
74:7 74:24 75:21 75:23 76:
1 78:21 78:24 79:4 80:6 86:
10 87:14 87:15 88:5 88:11
88:12 93:2 93:3 93:24 95:
18 95:24 108:2 108:7 109:
16 110:24 110:25 112:7 114:
23 114:24 119:10 119:11
120:6 120:11 120:12 120:18
120:21 121:21 122:2 122:6
123:2 123:15

**Corrected**
[1] 64:13

**Correcting**
[2] 39:22 58:2

**Corrections**
[1] 85:11

**Correctly**
[3] 107:4 107:20 120:9

**Costello**
[5] 61:7 61:9 62:11 96:12
97:1

**Counsel**
[15] 35:17 39:13 40:23 55:
3 64:12 65:11 67:15 68:5
69:4 97:8 98:7 99:20 115:9
115:17 116:1

**Counsel's**
[1] 106:4

**Country**
[5] 34:4 47:17 48:5 59:3
61:22

**Couple**
[6] 17:18 18:11 58:11 86:2
92:19 123:5

**Course**
[6] 77:22 78:13 94:21 119:
13 119:23 120:3

**Court**
[10] 1:1 69:14 69:15 69:24
69:25 70:9 90:21 100:16
110:7 115:17

**Cover**
[2] 105:4 116:10

**Crawford**
[30] 1:5 1:5 1:9 1:19 2:6
2:6 2:10 4:10 33:15 38:12
53:24 85:21 86:22 86:25 87:
10 87:12 88:7 88:8 88:10

**63:9** 97:5 105:15 108:
5 110:21 112:15 113:15 114:
22 118:5 118:9

**Credentials**
[1] 46:21

**Credits**
[1] 81:15

**Cross-Examination**
[4] 3:5 3:6 85:16 119:1

**Current**
[5] 21:19 35:22 58:8 80:17
83:10

**Curriculum**
[2] 53:23 77:20

**Curt**
[1] 16:24

**Custom**
[1] 115:19

**Customarily**
[1] 36:6

**Customs**
[2] 116:7 118:8

**D**

**Daily**
[1] 93:2

**Dan**
[1] 108:5

**Danielle**
[2] 47:2 47:3

**Darling**
[1] 60:2

**Date**
[14] 9:20 19:14 19:23 26:6
26:7 27:8 35:23 58:8 69:2
80:18 83:10 93:10 109:13
109:14

**Day-to-day**
[1] 112:11

**Days**
[7] 11:17 17:10 92:7 92:20
112:24 113:6 113:9

**Deadline**
[1] 71:2

**Deal**
[1] 81:15

**Dealt**
[1] 111:20

**December**
[21] 5:14 11:3 19:15 19:15
20:5 20:5 21:3 21:5 21:8
21:9 21:10 21:14 26:10 27:
9 30:12 57:3 74:6 78:22 86:
11 93:5 93:14

**Decided**
[1] 12:3

**Decision**
[1] 115:5

**Decisions**
[5] 51:12 52:7 62:18 62:19
64:2

**Deducted**
[1] 87:20

**Defendant**
[3] 1:10 4:13 72:12

**Defendants**
[5] 1:7 4:10 72:2 105:21
115:16

**Deficiencies**
[2] 25:24 25:25

**Deficient**
[1] 4:18

**Defines**
[1] 90:8

**Definitely**
[3] 25:16 29:10 60:24

**Definition**
[2] 88:25 89:2

**Degree**
[5] 6:11 7:6 7:20 7:21 78:
16

**Degrees**

**[4]** ... 1:4 119:14

**Delayed**
[1] 70:2
**Denied**
[6] 52:17 92:20 92:23 114:16 117:13 117:15
**Denies**
[1] 115:25
**Deny**
[4] 103:12 116:8 118:4 118:8
**Denying**
[1] 115:20
**Depo**
[1] 73:25
**Deposing**
[1] 103:8
**Deposition**
[15] 1:15 3:10 4:15 48:11 64:4 65:2 70:2 70:5 73:11 102:10 103:25 108:8 118:17 118:20 123:24
**Depositions**
[2] 68:12 69:21
**Described**
[1] 111:11
**Designed**
[2] 44:1 67:7
**Determine**
[3] 48:23 90:5 117:18
**Dick**
[1] 4:12
**Different**
[4] 43:15 43:16 43:16 53:9
**Difficult**
[1] 4:18
**Difficulties**
[1] 6:20
**Difficulty**
[1] 4:20
**Direct**
[2] 3:4 4:4
**Directed**
[1] 123:13
**Directly**
[1] 84:17
**Disadvantage**
[1] 38:1
**Disadvantaged**
[5] 64:9 65:10 65:13 66:14 67:11
**Disadvantaging**
[1] 63:19
**Disagreed**
[1] 25:24
**Disclosures**
[1] 103:2
**Discover**
[4] 100:22 103:22 103:23 104:12
**Discovery**
[9] 99:7 99:9 99:25 100:7 101:8 102:16 102:23 104:4 117:16
**Discovery's**
[1] 68:25
**Discriminated**
[1] 55:10
**Discrimination**
[5] 49:6 49:6 59:10 59:16 62:15
**Discuss**
[2] 105:11 121:6
**Discussed**
[1] 19:25
**Discussing**
[1] 32:23
**Discussion**
[3] 10:17 119:13 121:5
**Discussions**
[2] 108:1 122:8
**Dismiss**

**[2]** 100:5 ...

**Dismissal**
[1] 122:9
**Dismissed**
[3] 101:16 117:3 122:19
**Disposal**
[1] 44:24
**Dissatisfaction**
[1] 107:21
**Distinct**
[1] 102:22
**Distinguish**
[1] 38:19
**District**
[84] 1:1 1:1 1:5 1:19 2:6 8:2 8:12 32:25 34:18 35:3 35:10 36:5 37:11 37:22 38:11 38:22 39:8 40:8 42:11 45:15 45:19 45:21 53:3 53:10 54:7 55:18 56:9 56:14 57:20 61:1 63:15 63:18 64:8 65:9 65:13 65:16 67:9 68:19 69:7 71:22 72:24 75:19 77:13 78:20 80:24 83:13 84:1 84:8 84:9 86:22 88:11 88:20 88:24 89:22 89:25 91:20 91:23 91:25 93:1 95:3 95:3 96:22 97:6 97:18 98:6 99:3 99:10 105:15 107:4 112:16 113:10 113:14 115:3 118:5 118:10 119:6 119:9 119:20 119:24 120:4 120:23 121:15 122:11 122:18
**District's**
[1] 94:10
**Divide**
[1] 52:20
**Dixson**
[1] 54:1
**Documents**
[2] 107:13 107:15
**Dolecki**
[7] 1:6 2:6 4:13 71:25 72:4 72:5 73:6
**Done**
[18] 6:23 23:20 50:15 64:9 65:9 67:4 67:9 81:20 81:21 81:23 85:12 86:18 89:23 90:17 101:3 104:2 105:14 107:2
**Doubt**
[1] 43:20
**Down**
[9] 27:23 38:1 44:2 52:5 64:6 101:13 109:1 116:5 116:20
**Dr**
[5] 53:16 53:19 53:20 53:21 54:1
**Dual**
[1] 7:21
**Dues**
[5] 87:20 87:22 87:25 88:4 107:6
**Duly**
[1] 4:2
**During**
[23] 9:13 10:19 10:23 13:1 17:14 31:17 31:20 68:12 79:21 79:23 79:24 80:5 80:14 80:3 94:21 95:18 95:23 96:1 96:14 99:25 112:21 113:13 120:3
**Duty**
[1] 101:6

## E

**Early**
[1] 114:13
**Easier**
[3] 44:10 52:21 63:23
**East**
[3] 46:1 46:3 46:5
**Easy**
[1] 67:7
**Edification**

**[4]** ... 30:6 ...

**Edinboro**
[5] 2:12 6:9 7:7 53:14 78:11
**Educating**
[1] 85:3
**Education**
[20] 1:9 2:10 4:10 6:10 6:15 7:11 7:17 8:1 38:12 78:11 81:7 81:10 81:24 85:21 88:7 88:8 108:6 112:15 113:15 114:22
**Educational**
[1] 6:8
**Effect**
[1] 18:25
**Efficiency**
[1] 44:1
**Efficient**
[1] 49:1
**Eight**
[2] 70:2 79:17
**Either**
[10] 15:7 47:15 80:12 80:14 109:21 110:5 110:16 112:14 114:1 115:3
**Elementary**
[23] 6:10 7:11 7:17 8:1 9:17 22:3 27:5 36:15 36:24 45:3 45:16 46:1 46:1 46:15 51:7 58:12 59:15 59:25 75:19 84:25 93:18 93:23 122:6
**Embarrassed**
[1] 60:19
**Emotional**
[1] 32:13
**Emphasis**
[1] 40:3
**Employ**
[1] 62:19
**Employed**
[5] 84:1 86:22 112:21 112:25 113:2
**Employee**
[2] 84:8 84:9
**Employer**
[1] 84:19
**Employing**
[1] 53:10
**Employment**
[19] 88:3 90:6 91:3 91:20 92:3 97:5 97:17 105:15 107:3 110:21 113:13 115:21 115:21 115:25 116:8 118:4 118:9 119:6 119:24
**Encompasses**
[1] 97:25
**Encourage**
[1] 76:15
**Encouraged**
[4] 77:12 77:15 83:4 83:6
**End**
[15] 15:15 15:17 15:18 15:4 46:5 46:8 51:8 71:17 117:16 118:12
**Ended**
[5] 21:23 78:16 81:21 86:11 93:5
**Endorsed**
[1] 118:3
**Enforced**
[2] 97:22 98:2
**Engaged**
[1] 115:21
**Enjoy**
[1] 98:2
**Enter**
[2] 92:2 98:6
**Entering**
[1] 15:11
**Entire**
[11] 10:19 10:23 14:12 14:...

**[6]** ... 29:23 30:4 30:8 30:23 95:14

**Entitled**
[2] 40:24 49:3
**Equal**
[6] 53:16 115:20 115:25 116:8 118:4 118:9
**Erdley**
[2] 60:1 60:14
**Erie**
[3] 1:4 2:5 2:9
**Erin**
[1] 58:19
**Erin's**
[1] 58:23
**Esquire**
[3] 2:4 2:8 2:11
**Establish**
[4] 47:16 48:3 50:4 59:2
**Evaluation**
[6] 22:24 24:11 25:8 74:13 76:12 120:15
**Events**
[2] 123:18 123:19
**Exact**
[13] 9:20 11:24 15:4 10:17 18:19 19:6 19:14 19:23 26:7 27:8 30:13 95:11 95:11
**Exactly**
[8] 18:24 55:13 56:21 61:11 76:12 97:12 106:25 115:15
**Examination**
[2] 3:4 4:4
**Example**
[1] 53:5
**Except**
[1] 4:10
**Exchange**
[3] 44:8 71:17 107:1
**Exclude**
[1] 115:22
**Excuse**
[1] 96:18
**Exhibit**
[4] 3:10 108:3 108:8 123:16
**EXHIBITS**
[1] 3:9
**Existing**
[1] 118:8
**Expect**
[1] 107:17
**Expectation**
[1] 32:18
**Expected**
[1] 98:12
**Explain**
[6] 23:1 24:11 26:15 51:11 92:16 116:12
**Explained**
[1] 74:15
**Express**
[1] 37:5
**Expressed**
[5] 33:8 38:5 38:13 38:20 45:1
**Extended**
[1] 94:22
**Extent**
[5] 42:18 88:23 97:25 99:8 120:17
**External**
[3] 42:11 44:20 48:4

## F

**Faced**
[1] 100:24
**Fact**
[7] 31:10 39:24 102:21 103:11 107:22 109:12 112:11
**Facts**
[13] 48:13 51:10 52:1 66:...

19 90: 99:10 99:15 99:21
99:22 99:25 102:22 107:12
107:14

**Factual**
[4] 98:13 100:13 100:22
103:10

**Faculty**
[1] 15:12

**Failed**
[3] 65:14 65:16 66:11

**Failure**
[1] 94:10

**Fair**
[9] 39:3 39:5 39:6 42:20
44:21 62:14 79:19 80:2 80:
10

**Fall**
[1] 87:13

**Family**
[1] 6:5

**Far**
[4] 7:20 64:4 65:2 104:3

**Fashion**
[2] 64:6 66:23

**Father**
[1] 86:5

**Fear**
[2] 23:21 104:6

**February**
[2] 79:6 114:1

**Federal**
[9] 38:15 38:17 39:7 48:18
60:6 102:20 110:7 110:10
110:14

**Felt**
[2] 45:1 95:5

**Female**
[1] 58:23

**Ferguson**
[1] 1:26

**Few**
[8] 11:22 33:8 50:15 84:21
84:21 85:19 85:25 119:4

**Fewer**
[1] 10:13

**Fifth**
[8] 45:3 45:15 46:3 46:5
46:15 50:18 51:6 52:14

**File**
[4] 46:23 94:24 110:21 113:
23

**Filed**
[18] 9:7 40:25 53:14 59:14
60:6 61:21 63:20 67:11 83:
20 84:11 84:18 97:1 99:21
110:6 110:18 114:12 114:12
114:21

**Filing**
[5] 64:10 110:10 110:14
114:4 114:8

**Filings**
[2] 36:14 115:17

**Filipino**
[7] 67:12 83:11 83:20 84:
10 84:24 85:2 86:3

**Filipino-born**
[6] 67:12 83:11 83:20 84:
10 84:24 85:2

**Fill**
[13] 10:23 16:8 16:25 27:
10 30:8 58:13 94:21 95:17
95:22 96:1 96:6 96:23 112:2

**Filled**
[8] 8:10 9:1 27:16 37:22
44:20 65:21 66:12 112:5

**Filling**
[12] 12:25 13:8 28:20 29:5
29:8 29:22 32:24 36:6 55:
19 86:19 86:21 93:4

**Fills**
[1] 32:5

**Finally**
[1] 11:18

**Financial**
[1] 6:19

**Fine**
[2] 70:25 85:13

**Finish**
[13] 6:19 6:21 6:22 7:4 20:
7 21:21 24:3 31:2 33:23 39:
11 40:11 51:21 58:2

**First**
[49] 4:1 8:13 8:16 19:15
20:5 20:8 21:14 22:10 23:9
24:7 27:9 31:25 32:4 33:3
34:20 40:1 45:9 45:15 45:
19 45:21 45:21 46:14 46:24
49:16 52:12 52:13 55:11 55:
25 58:19 58:20 59:5 61:1
68:18 72:4 76:4 79:14 84:
18 86:24 87:2 87:22 87:25
88:9 88:10 96:19 107:6 111:
24 113:23 115:23 122:3

**Five**
[3] 42:10 71:10 71:11

**Five-minute**
[2] 71:10 71:11

**Fledged**
[2] 114:16 114:18

**Focus**
[2] 7:25 115:23

**Focussed**
[1] 80:7

**Follow**
[2] 86:2 94:10

**Follow-up**
[1] 86:2

**Following**
[4] 30:25 31:24 44:10 100:7

**Follows**
[1] 4:2

**Force**
[1] 112:15

**Forced**
[1] 101:24

**Forgot**
[1] 56:22

**Form**
[13] 22:25 23:5 24:11 27:
10 27:16 27:17 27:22 28:10
28:18 74:13 76:12 111:24
112:2

**Formal**
[4] 6:15 34:21 34:22 81:11

**Formally**
[1] 57:19

**Forms**
[1] 120:16

**Forthrightly**
[1] 69:3

**Forward**
[1] 88:14

**Four**
[3] 20:23 20:23 92:19

**Fourth**
[3] 59:14 59:24 59:25

**Franklin**
[1] 5:8

**Frankly**
[3] 97:11 101:2 115:14

**Free**
[1] 36:3

**Frequent**
[1] 82:14

**Frequently**
[1] 82:13

**Frivolous**
[1] 101:14

**Front**
[3] 24:10 24:11 47:10

**Full**
[11] 5:7 43:7 52:3 52:6 53:
11 55:11 102:20 103:17 114:
16 114:18 119:8

**Full-fledged**

**Full-time**
[5] 43:7 52:3 52:6 53:11
55:11

**Fully**
[2] 102:2 105:10

**Future**
[4] 70:11 71:7 104:9 104:12

## G

**General**
[1] 100:25

**Generally**
[2] 23:21 56:9

**George**
[2] 54:23 84:12

**Gist**
[1] 106:23

**Given**
[5] 9:10 51:5 51:7 51:24
71:3

**Gornall**
[1] 2:8

**Governed**
[1] 90:14

**Grade**
[20] 9:17 15:12 36:25 37:2
45:3 45:9 45:15 45:19 45:
21 46:3 46:5 46:15 46:24
51:6 59:14 59:24 59:25 61:
1 61:5 92:5

**Grades**
[1] 15:11

**Graduate**
[1] 119:15

**Graduated**
[5] 6:9 80:17 81:11 81:24
87:8

**Grammatically**
[1] 4:18

**Great**
[1] 71:5

**Grievance**
[1] 94:25

**Grounds**
[1] 115:13

**Group**
[3] 79:14 79:16 115:22

**Groups**
[1] 79:14

**Guarantee**
[1] 71:5

**Guess**
[14] 8:11 11:16 19:15 27:
23 32:21 34:10 37:8 55:20
87:1 92:7 94:9 94:18 98:4
115:22

**Guy**
[1] 108:18

## H

**Half**
[1] 69:19

**Half-baked**
[1] 69:19

**Halfhearted**
[1] 69:20

**Handling**
[1] 37:12

**Hanging**
[1] 42:18

**Happy**
[1] 11:15

**Harm**
[2] 104:22 105:14

**Head**
[5] 116:22 117:1 117:4 117:
19 117:22

**Hear**
[3] 50:19 54:25 73:17

**Heard**

15 47:15 51:9
59:25 60:14 73:6 102:2 102:
6

**Heated**
[1] 71:17

**Heating**
[1] 4:24

**Held**
[1] 10:17

**Heller**
[43] 1:6 2:6 4:14 15:14 15:
24 16:21 17:13 17:23 18:18
21:12 22:18 23:20 26:23 27:
7 28:24 30:22 31:7 41:9 42:
7 43:23 55:21 56:23 61:12
71:25 72:8 72:12 73:6 74:
25 75:10 76:20 77:9 79:12
79:15 83:8 120:1 120:3 120:
4 120:8 120:9 120:14 121:
17 121:18 121:13 121:13

**Heller's**
[2] 41:12 73:11

**Help**
[5] 21:12 60:10 60:17 64:
21 107:10

**Helpful**
[1] 65:23

**Hesitated**
[1] 84:7

**Hidden**
[1] 64:7

**High**
[3] 6:16 60:1 109:7

**Higher**
[1] 32:19

**Highly**
[3] 76:6 76:7 76:8

**Hill**
[5] 36:15 36:24 37:1 37:23
65:7

**Hip**
[5] 11:13 12:12 16:13 16:
17 32:19

**Hips**
[1] 86:18

**Hire**
[2] 75:19 112:16

**Hired**
[2] 51:13 76:6

**Hiring**
[3] 54:12 55:14 122:12

**Hitting**
[2] 60:9 60:16

**Hold**
[2] 53:12 91:12

**Holdnack**
[1] 1:26

**Hominem**
[1] 69:9

**Honor**
[1] 122:13

**Honored**
[2] 54:18 94:23

**Hootman**
[29] 105:5 105:11 107:9
107:24 108:5 108:12 108:19
108:20 109:14 109:19 109:
21 110:6 110:13 110:18 110:
24 111:3 111:9 112:10 112:
14 113:4 113:7 113:11 113:
18 121:10 121:17 121:22
121:23 121:25 123:11

**Hope**
[1] 57:22

**Hopes**
[2] 17:17 99:24

**Hoping**
[1] 107:7

**House**
[2] 34:3 34:8

**How'd**
[1] 22:16

**Hurt**

[11] 60:5 ...
**Husband**
[6] 4:14 6:7 54:23 73:1 73:5 84:13

## I

**I-don't-know**
[1] 118:17
**ID**
[1] 107:11
**Idea**
[2] 42:8 101:2
**Ideas**
[1] 73:24
**Identification**
[1] 108:9
**Identified**
[1] 62:14
**Identify**
[1] 78:3
**Ignore**
[1] 65:7
**III**
[2] 1:6 2:7
**Imagine**
[2] 30:4 80:23
**Immediately**
[2] 79:24 93:13
**Impact**
[1] 112:12
**Implied**
[1] 31:13
**Important**
[5] 50:21 50:23 70:11 90:8 123:19
**Impression**
[2] 14:6 14:9
**Improper**
[1] 99:17
**Improve**
[1] 25:20
**Improvement**
[1] 25:15
**Inadequate**
[1] 102:24
**Inappropriate**
[3] 80:15 84:2 84:4
**Inc**
[1] 1:26
**Incident**
[5] 53:16 54:23 93:13 111:14 111:20
**Included**
[2] 41:10 115:18
**Includes**
[1] 65:25
**Including**
[2] 33:2 110:20
**Incorrect**
[2] 23:14 28:3
**Increase**
[1] 44:1
**Increased**
[1] 118:10
**Incumbent**
[1] 98:7
**Indicate**
[5] 109:13 109:22 110:9 110:13 112:14
**Indicated**
[4] 48:22 85:19 86:1 115:18
**Indicates**
[1] 62:25
**Indicating**
[1] 121:18
**Indication**
[1] 111:10
**Individuals**
[1] 71:23
**Infer**

[1] 104:23
**Inferring**
[1] 59:10
**Inform**
[1] 30:24
**Information**
[7] 48:10 48:23 68:24 68:25 69:1 99:13 111:16
**Informing**
[1] 19:22
**Initial**
[2] 8:8 97:1
**Inquire**
[1] 105:23
**Instances**
[1] 42:5
**Instead**
[3] 48:5 51:12 58:25
**Instruct**
[1] 120:4
**Instructed**
[1] 50:12
**Instructions**
[1] 85:22
**Instructor**
[2] 82:8 82:9
**Insulted**
[2] 5:1 5:1
**Intelligently**
[1] 66:21
**Intend**
[3] 94:6 94:9 105:10
**Intended**
[1] 116:8
**Intention**
[1] 98:22
**Interest**
[16] 35:12 35:13 37:5 38:5 38:13 38:20 45:1 60:3 111:3 111:4 121:7 121:13 121:14 121:15 121:16 123:10
**Interested**
[5] 35:4 35:11 56:9 56:15 57:20
**Interests**
[1] 119:18
**Interfered**
[4] 97:17 97:21 98:5 101:1
**Interference**
[1] 98:1
**Interjected**
[1] 90:1
**Internal**
[9] 38:21 38:23 39:5 39:9 42:12 42:25 43:17 44:15 45:2
**Interrogatories**
[4] 68:12 69:21 104:7 104:7
**Interrupt**
[1] 11:22
**Interrupted**
[2] 89:12 100:16
**Interview**
[16] 8:21 56:24 57:5 76:10 79:9 79:21 79:23 79:25 80:2 80:5 80:8 80:9 80:10 120:22 120:23 121:1
**Interviewed**
[12] 8:15 57:8 57:9 63:1 63:2 63:3 63:11 78:20 79:7 79:11 79:19 121:3
**Interviews**
[5] 20:15 53:22 79:2 79:21 80:15
**Introduction**
[3] 24:7 24:18 25:2
**Invitation**
[1] 121:3
**Inviting**
[1] 121:6
**Involved**
[1] 102:1

**Involves**
[1] 115:12
**Irrelevant**
[1] 103:13
**Issue**
[1] 69:13
**Issues**
[1] 86:7
**Itself**
[9] 48:8 48:16 48:19 49:4 72:23 97:7 97:10 102:18 103:14

## J

**January**
[3] 15:22 17:2 93:14
**Job**
[38] 6:5 8:17 12:13 12:14 13:19 13:20 15:15 19:11 20:16 23:21 24:21 28:17 41:25 42:1 42:3 42:5 52:13 53:7 53:8 55:21 56:22 56:24 57:1 59:9 60:3 60:8 60:15 62:5 92:20 119:19 120:5 121:15 122:9
**Jobs**
[1] 43:17
**Jog**
[1] 64:8
**Join**
[4] 88:4 112:5 114:25 115:6
**Joined**
[1] 87:17
**Journalism**
[1] 6:19
**Joye**
[2] 9:12 28:2
**Judge**
[13] 70:23 71:3 71:8 71:8 100:3 100:6 100:11 101:13 116:23 117:2 117:10 117:19 118:21
**Judge's**
[1] 102:13
**Judgment**
[1] 50:5
**Juncture**
[3] 99:4 99:6 99:12

## K

**Keep**
[3] 10:1 41:5 42:15
**Kids**
[3] 11:14 24:18 59:7
**Kind**
[7] 43:24 65:24 71:17 84:7 84:15 86:9 115:13
**Kindergarten**
[3] 45:25 46:8 58:12
**Kinds**
[1] 69:8
**Knowing**
[3] 44:23 55:14 55:18
**Knowledge**
[6] 96:21 97:16 104:20 104:21 105:13 107:2
**Known**
[2] 33:14 35:3
**Knows**
[3] 44:13 49:3 104:14
**Knox**
[1] 2:8
**Kuhar**
[76] 2:9 4:5 4:9 35:19 35:22 39:11 39:15 39:22 40:4 40:10 40:13 41:3 41:8 43:1 19 43:24 48:7 48:9 48:21 49:1 49:17 49:24 50:5 50:9 50:11 50:12 50:24 51:2 55:4 64:14 64:19 64:21 64:24 65:1 65:18 65:19 66:1 66:7 66:13 66:17 68:10 68:18 68:24 70:8 70:12 70:20 70:21 72:25 71:5 71:7 71:14 85:6 86:14 85:19 85:22 85:24 19:90 16:95 15:98 17:100 101:17 101:6 102:6 102:7 103:11 11 106:16 106:19 105:22 123:21
**Kuhar** ....................... 4
[1] 3:4

## L

**Lack**
[1] 102:22
**Lacked**
[1] 42:11
**Ladies**
[1] 58:25
**Language**
[1] 78:10
**Large**
[2] 44:11 115:4
**Largely**
[1] 98:25
**LaStola**
[7] 8:15 36:8 52:12 52:25 53:4 119:5 119:7
**Last**
[7] 21:13 21:13 25:3 14:7 98:14 98:19 107:1
**Late**
[1] 55:25
**Lawsuit**
[12] 38:7 42:18 48:10 7:21 72:20 72:21 72:22 84:18 102:25 114:2 10 110:14 110:20
**Lawyer**
[2] 72:20 110:2
**Learn**
[1] 10:3
**Least**
[6] 40:3 41:14 42:11 42:14 72:7 95:20 95:23 115:23
**Leave**
[23] 10:10 10:23 11:9 11: 12 12:6 12:7 12:8 12:10 12: 1 14:12 14:13 15:15 16:11 14:19 16:19 18:18 19:18:7 53:4 43:13 86:9 96:19 96:7
**Leaves**
[4] 11:16 94:22 95:23 96:1
**Leaving**
[1] 60:14
**Left**
[7] 19:13 21:23 22:12 22: 15 60:19 70:4 108:21
**Legal**
[14] 42:22 72:12 98:11 98: 14 98:25 99:4 100:18 100: 19 100:22 113:8 116:1 116: 10 116:11 117:24
**Length**
[1] 95:6
**Less**
[4] 10:10 27:18 55:7 95:9
**Lesson**
[23] 15:11 18:2 19:16 21: 22:3 23:9 23:13 26:3 26:8 25:18 27:2 27:3 28:1 28:7 25:20:1 29:3 29:4 29:9 28:
12
**Letter**
[23] 35:12 41:12 41:16 42: 6 42:20 57:4 108:4 108:7 108:11 108:23 109:8 109:8 110:13 110:23 111:1 110: 113:22 113:12 113:13 121: 18 123:16 123:17
**Letters**
[10] 35:13 41:8 41:14 42: 23 76:5 111:1 111:4 121:16 123:10 123:13
**Letting**

**Liability**
[1] 99:2
**Likely**
[1] 119:19
**Limited**
[1] 91:24
**Limiting**
[1] 67:8
**List**
[4] 24:9 51:8 51:8 52:5
**Live**
[2] 5:15 34:3
**Lived**
[5] 5:22 5:24 34:4 34:8 34:9
**Local**
[1] 115:3
**Long-standing**
[1] 115:19
**Long-term**
[28] 9:12 14:19 29:13 29:16 32:6 39:12 47:23 52:15 52:18 53:10 53:23 54:12 55:19 55:21 56:3 56:8 56:12 57:14 57:19 57:24 58:4 58:5 62:3 62:20 63:10 83:12 119:8 122:12
**Long-time**
[2] 55:15 55:15
**Longest**
[1] 86:20
**Look**
[4] 6:25 39:19 76:11 120:5
**Looked**
[1] 119:24
**Looking**
[1] 40:1
**Lorie**
[3] 46:16 46:20 51:7
**Loud**
[1] 4:24
**Loudly**
[1] 5:1

**M**

**Magazine**
[4] 82:8 82:9 82:9 107:11
**Magazines**
[3] 81:22 82:5 82:7
**Maintaining**
[1] 81:24
**Major**
[1] 6:18
**Manila**
[1] 5:14
**Manner**
[1] 69:6
**Mark**
[2] 2:8 4:9
**Marked**
[2] 108:3 108:8
**Markedly**
[1] 118:18
**Married**
[2] 6:7 6:7
**Marusca**
[6] 58:11 59:5 96:16 96:17 96:18 96:25
**Mass**
[1] 6:18
**Master's**
[4] 119:16 119:17 119:19 119:20
**Material**
[1] 9:8
**Maternity**
[1] 61:13
**Mathematics**
[1] 78:10
**Matter**

**Matters**
[2] 70:19 13
**McCullough**
[2] 93:6 93:6
**McEwan**
[52] 2:11 4:12 4:21 4:8 20 49:7 49:13 49:20 49:7 15:6 8:6 99:6 17:6 20 99:3 8:6 6:8 99:9 14:9 03:0 9:5 20 11:9 09:9 02:3 9:6 9:1 10 97:9 8:2 99:19 9:9 20 11:0 12:10 7:17 10:1 18 10:1 22 12:2 10:8 5:10 4:19 9:5 6 10:5 9 10:6 2 10:6 21 11:5 8 11:6 3 11:6 7 11:6 12 11:6 18 11:7 3 11:7 12 17:16 11:7 21 11:8 12 12:3 5 12:3 8 12:3 20
**McEwan** ......................85
[1] 35
**McEwan** ...................123
[1] 37
**McLaughlin**
[8] 2:8 10:3 10:6 10:0 11 10:1 13 11:6 2 11:7 2 11:7 10 11:7 20
**Meader**
[24] 11:10 11:10 12:14 12:16 13:14 13:24 14:7 14:22 15:14 15:24 16:18 16:22 24 20:15 25:27 27:22 35:15 9 30:1 30:22 31:7 31:24 32:4 53:21 57:5
**Meadville**
[3] 11:0 8:3 21 9:6
**Mean**
[33] 10:21 26 12:8 12:8 15:7 21 21:3 22:3 23:1 24:6 8:4 6:1 47:21 59:7 60:21 6:2 2 6:2 7 12:10 9:9 20 79:20 7:8 1 7:8 3 8:6 22 9:6 2 8:6 5 10:4 18 10:7 8 10:7 10 10:7 21 11:4 11 11:4 18 11:7 2 11:9 16
**Means**
[3] 14:9 14:9 17 10:5 21
**Meant**
[4] 6:5 27 7:21 10:5 24 11:5 25
**Medical**
[6] 11:12 14:13 15:15 30:4 30:23 32:6 23 35:3 36:9
**Meet**
[6] 74:15 8:3 4:8 7:6 12 10:8 23 11:9 25
**Meeting**
[23] 15:2 75:8 75:14 75:3 5 58:12 8:5 11 10:9 2 10:9 17 10:9 21 11:0 9 11:0 12 11:0 34 11:1 12 11:2 11:2 3 12:12 11:3 7 13:10 13:18 13:14 19:13 3 10:7 21 24:13 11
**Meetings**
[1] 15:12
**Mehrk**
[7] 10:5 5 10:5 12 10:7 9 10:7 25 10:9 7 10:9 18 10:9 10 10:9 10 11:9 14 11:15 11:5 24 11:10 2 12:14 13:7 13:11 12:10 12:1 22 12:21
**Melvin**
[1] 53:19
**Merber**
[17] 4:17 41:25 42:3 42:5 67:1 67:2 67:5 87:6 11:25 112:11 14:16 14:14 18 11:5 1 11:5 3 11:5 4 12:5 6 12:10
**Mebers**
[5] 38:11 39:19 39:21 42:1 10:4 15:4 17:07 25:45 3 11:5 22
**Membership**
[3] 10:7 11 10:9 14 11:23
**Memory**

**Mention**
[3] 39:15 72:23 112:10
**Mentioned**
[6] 20:2 36:14 46:14 95:20 96:8 96:16
**Mercer**
[1] 1:19
**Merely**
[1] 114:17
**Merkatory**
[9] 93:17 93:22 94:14 94:24 107:8 107:23 122:3 122:4 122:10
**Message**
[1] 108:21
**Met**
[4] 33:18 109:14 113:3 121:10
**Michael**
[2] 1:6 2:6
**Mid**
[2] 17:2 17:13
**Might**
[7] 46:22 101:25 102:11 103:22 103:23 104:11 112:11
**Mike**
[1] 4:13
**Mind**
[2] 67:22 78:1
**Minorities**
[4] 115:20 116:8 118:4 118:9
**Minority**
[1] 115:22
**Minute**
[14] 20:14 24:22 30:2 42:15 45:13 46:18 50:18 52:20 55:12 71:10 71:11 85:6 90:7 91:8
**Minutes**
[29] 18:11 20:23 20:23 21:25 22:2 22:7 22:8 22:10 42:10
**Mislead**
[1] 52:12
**Misled**
[1] 52:25
**Moment**
[2] 89:8 104:1
**Monday**
[1] 1:17
**Month**
[5] 15:21 70:4 103:24 104:3 113:25
**Months**
[2] 70:10 70:24
**Morgan**
[1] 58:19
**Morning**
[5] 4:7 4:8 60:17 70:15 119:22
**Morris**
[2] 47:2 47:3
**Most**
[3] 25:14 41:9 50:6
**Mother**
[1] 86:3
**Motion**
[3] 117:13 117:13 117:15
**Motions**
[1] 102:2
**Motives**
[1] 99:15
**Mouth**
[1] 19:2
**Move**
[3] 5:19 6:5 44:4
**Moved**
[1] 34:4
**Multiple**
[1] 80:23

**May**
[1] 2:78

**N**

**Name**
[10] 4:9 57:5 12:4 16:8 2:8 2:9 8:19 9:3 21 10:9 18 11:4 22
**Named**
[2] 99:1 10:4 17
**Names**
[2] 71:21 71:22
**Narrow**
[2] 11:6 5 11:6 20
**National**
[8] 47:18 48:6 49:5 49:23 52:25 8:5 9:4 6:22 9:3 20
**Naturally**
[1] 99:12
**Nature**
[7] 4:23 8:22 9:1 19:8 24:9 25:10 13 12:27
**NEA**
[1] 87:5
**Near**
[1] 10:18
**Necessarily**
[4] 4:0 17 4:1 24 9:0 25 10:7 14
**Necessary**
[1] 6:37
**Need**
[14] 5:4 6:25 18 15:25 14 4:7 4:20 4:5 6:20 9:9 9:6 2:8 9:15 6:17 9:2 18 9:4 17:19
**Needed**
[11] 2:5 15 6:8 17 7:0 8:8 2:8 6:24 8:25 24 9:0 25 9:0 9 9:1 3 9:1 6:8 21
**Neighbor**
[2] 3:3 12:3 20
**Nervous**
[1] 18:13
**Network**
[1] 6:7
**Never**
[4] 37:23 14:7 27:7 15
**Newspaper**
[2] 4:0 4:0 16
**Next**
[4] 31:23 42:15 11:23 19:20 3
**Nice**
[1] 10:95
**Nichols**
[119] 2:4 15:17 35:20 10:3 13:19 16:3 9:0 14:0 9:0 17:0 12:0 14:11 4:2 18:19 4:0 3:14 6:4 8:7 48:15 20 4:9 4:9 11:4 19:16 4:9 18:4 22:5 22:5 9 7:5 10:9 50:2 50:2 5:0 12:3 5:16 3:5 8 6:6 17:6 6:4 6:4 7:0 6:4 7:5 6:5 9:6 51:4 6:5 19:6 7:13 6:7 19:7 2:4 1:5 6 19:7 22 19:7 9 19:8 4 19:9 0 0:1 9:7 9:0 14:9 0:18 9:0 23:0 9:1 13:9 7:7 9:7 9:1 24:19 2:10:1 1:10:11 10:1 6:1 10:1 17:10:1 17:20 10:1 25:10:3 21:4 5 10:4 16:10:12 13:10:16 3:10:17 3:10:18 6:10:22 15:11:7 11:4 6:11:6 3:11:6 7:11:6 12:11:6 22:22 11:7 11:11:7 14:11:7 17:11:7 19:11:9 12:12:3 3
**Nichols** .......................119
[1] 36
**Niessen**

64:23 65:6
**Night**
[1] 31:1
**Nobody**
[1] 83:3
**Nondismissal**
[1] 100:8
**None**
[1] 72:10
**Nonresponsive**
[3] 68:16 69:20 106:5
**Nonteachers**
[2] 33:3 33:4
**North**
[1] 5:8
**Notary**
[1] 1:16
**Note**
[3] 12:22 99:19 118:14
**Notes**
[1] 12:20
**Nothing**
[2] 69:7 116:17
**Notice**
[2] 21:16 40:2
**Notified**
[1] 110:18
**Notify**
[2] 35:10 114:11
**November**
[16] 9:21 9:22 10:2 11:3
11:25 12:1 12:17 16:4 17:
13 21:13 21:14 26:9 36:15
74:6 78:22 86:11
**Number**
[8] 40:7 44:11 51:6 56:3
67:4 75:19 108:14 118:17
**Numbering**
[1] 39:25
**Numerous**
[1] 35:4

**O**

**Object**
[18] 23:10 23:10 23:16 23:
17 23:25 24:19 25:6 39:13
40:9 40:10 40:12 40:21 67:
15 69:9 91:6 91:7 100:13
118:18
**Objected**
[2] 23:12 23:19
**Objection**
[11] 40:13 40:14 40:22 40:
22 41:1 41:2 42:9 43:25 69:
12 106:3 118:14
**Obsequiously**
[1] 69:5
**Observation**
[9] 21:1 22:6 22:23 23:5
26:3 26:23 28:7 28:18 73:18
**Observe**
[5] 19:11 19:12 19:16 19:
22 29:4
**Observed**
[12] 19:24 21:20 26:9 26:
25 27:6 27:7 27:7 27:14 28:
5 28:6 28:9 28:17
**Obstructing**
[1] 50:18
**Obtain**
[2] 119:8 121:8
**Obtaining**
[5] 97:5 97:17 107:3 119:
14 121:15
**Obvious**
[1] 67:22
**Obviously**
[2] 99:5 117:5
**Occasion**
[3] 99:20 120:7 120:19
**Occur**

**Occurred**
[1] 123:18
**Occurrence**
[1] 60:21
**Occurrences**
[6] 47:14 49:25 51:9 51:20
55:9 62:15
**October**
[2] 1:17 11:11
**Offers**
[1] 76:24
**Office**
[6] 13:15 13:16 13:18 32:
14 60:3 75:3
**Officers**
[1] 107:25
**Offices**
[1] 1:18
**Officials**
[1] 121:11
**Often**
[1] 54:18
**Once**
[2] 32:19 87:12
**One**
[39] 7:6 10:2 11:18 23:23
23:24 28:1 28:8 28:23 34:
23 34:24 39:14 41:4 46:14
56:11 58:19 58:20 64:12 71:
3 73:18 74:12 77:10 77:24
78:22 78:25 83:8 86:7 86:
21 96:12 96:19 96:20 101:7
107:25 110:8 111:13 114:15
114:22 115:2 115:11 123:16
**Ones**
[4] 43:11 46:17 52:4 78:17
**Ongoing**
[1] 99:7
**Online**
[3] 81:7 81:8 81:11
**Open**
[4] 60:2 81:5 81:7 81:21
**Open-ended**
[1] 81:21
**Operating**
[1] 53:5
**Opportunities**
[5] 115:21 115:25 116:9
118:4 118:9
**Opportunity**
[9] 51:5 52:17 53:8 66:15
90:21 100:20 103:3 105:11
114:16
**Opposed**
[3] 14:18 92:2 113:19
**Order**
[2] 52:13 98:21
**Origin**
[9] 47:18 48:6 49:5 49:23
52:2 52:8 59:4 61:23 63:21
**Otherwise**
[3] 81:11 85:12 117:3
**Outcome**
[1] 102:3
**Outside**
[2] 119:24 120:4
**Overbearing**
[1] 103:20
**Overrate**
[1] 25:19
**Overreaching**
[1] 103:20

**P**

**P.O.**
[1] 2:4
**Paid**
[9] 29:7 32:18 32:20 87:22
87:25 88:3 93:2 107:6 112:5
**Pain**
[1] 11:19

[3] 28:18 37:14 109:1
**Papers**
[2] 15:11 47:9
**Paperwork**
[1] 112:5
**Paragraph**
[7] 36:1 36:5 38:10 39:14
39:22 41:11 115:16
**Parameters**
[2] 90:5 91:3
**Pardon**
[4] 35:19 45:6 78:7 81:6
**Parents**
[1] 59:7
**Part**
[12] 24:8 25:17 32:24 50:6
55:12 59:13 65:5 78:11 86:
13 92:15 92:17 103:15
**Part-time**
[1] 55:12
**Particular**
[16] 39:14 43:13 64:4 75:
16 77:16 89:1 89:25 91:24
92:1 92:4 92:5 92:5 92:6
98:8 112:16 120:7
**Particularly**
[1] 99:8
**Partly**
[2] 95:13 102:24
**Parts**
[2] 73:13 73:15
**Passed**
[1] 100:3
**Pattern**
[4] 62:2 62:4 62:13 63:24
**Pause**
[5] 36:4 71:13 85:9 106:24
115:10
**Pay**
[2] 87:20 119:21
**Payment**
[1] 88:6
**PC**
[1] 2:8
**PDE**
[13] 76:8 76:11 77:5 77:7
77:20 80:25 81:1 81:3 81:4
81:5 81:9 82:1 120:15
**Pennsylvania**
[6] 1:1 1:17 1:20 7:14 81:
15 84:25
**People**
[17] 47:7 47:17 51:12 54:
24 57:8 75:13 76:6 79:17
80:8 83:21 84:10 84:11 84:
11 84:24 85:2 94:17 114:23
**Per**
[3] 9:6 29:10 35:8
**Per-day**
[1] 29:10
**Perfect**
[1] 25:21
**Performed**
[4] 88:17 88:19 90:12 91:22
**Perhaps**
[1] 103:1
**Period**
[5] 11:1 14:12 17:14 22:3
92:6
**Permanent**
[11] 8:16 47:23 47:25 48:2
52:13 53:8 55:20 56:4 62:4
75:15 119:8
**Permitted**
[1] 86:15
**Person**
[7] 23:21 36:11 41:25 61:6
63:10 112:16 117:21
**Personal**
[1] 69:9
**Personally**

**Ph.D.**
[1] 119:17
**Philippine**
[1] 6:17
**Philippines**
[6] 5:11 5:14 5:15 5:19 6:
15 86:2
**Phone**
[2] 15:13 36:2
**Phonetic**
[1] 93:17
**PHRC**
[18] 38:16 48:17 53:14 59:
14 61:22 63:20 64:10 83:20
84:11 97:2 108:16 108:22
113:22 113:24 114:4 114:9
114:12 114:21
**Pickens**
[38] 9:12 9:25 10:19 10:23
11:11 13:1 13:21 13:23 13:
25 14:6 15:13 16:8 16:19
17:10 17:15 17:20 18:6 18:
8 18:21 28:2 28:20 29:5 29:
25 30:9 31:20 32:19 32:24
33:12 34:8 34:15 36:19 53:
2 86:8 86:20 92:15 93:5 95:
17 96:4
**Pickens'**
[13] 18:1 20:17 28:25 29:
13 29:16 29:23 53:15 55:22
56:22 57:1 63:6 92:10 122:9
**Piece**
[2] 37:14 109:1
**Pike**
[1] 1:19
**Place**
[4] 41:25 78:18 98:10 109:
11
**Plaintiff**
[5] 1:3 2:3 103:9 115:20
118:19
**Plan**
[10] 19:17 23:9 23:13 24:3
27:24 27:25 28:1 28:3 28:4
28:8
**Planned**
[1] 110:20
**Planner**
[1] 12:22
**Planning**
[3] 17:14 18:4 18:4
**Plans**
[1] 15:11
**Play**
[2] 17:15 18:12
**Playing**
[7] 18:7 18:20 18:21 18:25
19:10 20:11 20:24
**Plural**
[1] 115:17
**Plus**
[2] 39:9 39:12
**PM**
[1] 123:24
**Point**
[11] 16:11 33:7 87:16 88:3
91:2 93:12 99:16 102:5 102:
13 103:21 112:18
**Pointing**
[1] 42:7
**Points**
[2] 25:14 25:15
**Policies**
[4] 116:7 116:15 118:3 118:
8
**Policy**
[5] 68:15 69:2 115:19 115:
25 116:16
**Politics**
[10] 17:15 18:7 18:12 18:
20 18:21 18:25 19:10 20:1
20:11 28:24
**Pose**

[1] 68:18

**Posed**
[3] 89:18 99:17 104:8

**Posing**
[1] 98:14

**Position**
[41] 9:19 10:25 14:3 27:2
27:4 32:6 36:21 37:3 37:23
38:1 38:1 38:22 38:22 39:
12 40:16 40:18 41:21 42:2
42:13 43:15 43:16 43:16 47:
23 54:1 55:19 56:13 60:2
61:4 62:4 65:7 65:21 75:18
90:25 99:5 99:11 117:5 119:
9 120:11 120:23 121:8 121:
20

**Position's**
[2] 49:12 66:12

**Positions**
[51] 35:5 35:11 38:5 38:6
38:13 38:20 39:4 39:8 39:
17 39:20 42:25 43:6 43:7
43:8 43:13 44:12 44:13 44:
13 44:15 44:25 46:13 47:8
47:11 47:21 48:2 51:6 51:
25 51:25 52:4 52:6 52:18
55:11 55:13 56:4 56:4 56:8
56:19 57:15 57:19 57:25 58:
5 60:25 62:7 63:19 63:25
65:14 65:16 74:6 75:15 83:
13 83:13

**Possible**
[5] 18:15 49:1 57:11 67:8
99:2

**Post**
[4] 65:14 65:16 68:20 119:
14

**Posted**
[6] 37:3 37:23 37:25 56:13
78:6 78:8

**Posting**
[16] 36:15 36:23 37:7 37:
15 37:17 39:19 65:9 65:22
65:23 66:10 66:10 66:12 68:
15 68:22 69:1 69:3

**Postings**
[8] 63:16 64:3 64:5 64:11
64:16 64:18 67:10 121:16

**Posts**
[1] 63:19

**Practice**
[17] 36:6 53:3 53:9 53:24
54:5 54:12 55:18 94:3 94:5
94:6 94:8 94:11 94:16 94:
16 94:19 94:20 122:12

**Practices**
[2] 55:14 115:22

**Precautionary**
[1] 99:16

**Preferred**
[1] 115:6

**Pregnancy**
[1] 70:3

**Prerogative**
[1] 106:7

**Present**
[2] 51:18 111:1

**Presented**
[1] 110:23

**President**
[3] 107:24 108:5 108:20

**Prevent**
[1] 107:3

**Prevented**
[1] 97:4

**Previously**
[1] 102:1

**Principal**
[1] 27:5

**Principals**
[3] 79:12 79:15 79:16

**Problem**
[1] 50:16

**Proceed**
[2] 71:18 97:14

**Proceedings**
[7] 36:4 71:13 85:9 89:12
100:16 106:24 115:10

**Professional**
[1] 81:7

**Professionals**
[1] 85:4

**Program**
[3] 77:13 77:16 78:16

**Promising**
[1] 122:22

**Proper**
[2] 40:23 77:24

**Properly**
[1] 64:17

**Protected**
[1] 107:7

**Provided**
[2] 103:5 108:5

**Providers**
[1] 80:23

**PSEA**
[7] 85:3 87:5 88:7 108:13
108:15 114:25 115:6

**Public**
[1] 1:16

**Purchased**
[2] 82:3 82:15

**Purpose**
[6] 48:22 49:9 75:14 100:
21 103:8 108:11

**Purposes**
[1] 43:22

**Put**
[15] 13:12 19:2 53:25 64:5
64:17 65:20 66:11 68:22 69:
13 69:15 81:3 99:11 106:3
106:6 117:5

**Putting**
[1] 55:15

**Q**

**Qualifications**
[3] 46:21 47:4 47:7

**Qualified**
[4] 45:1 76:7 76:7 76:8

**Questioning**
[2] 48:11 49:2

**Questions**
[29] 4:21 5:2 34:1 42:16
42:20 50:6 50:13 52:21 55:
8 66:22 68:11 68:15 69:3
69:6 76:14 76:17 78:2 85:
19 86:2 89:6 90:17 90:23
93:12 104:8 107:1 119:4
119:23 123:4 123:21

**Quickly**
[2] 6:25 34:1

**R**

**Race**
[7] 47:18 48:6 52:2 52:8
59:4 61:22 63:21

**Racial**
[2] 49:6 49:23

**Radio**
[2] 60:9 60:16

**Railroaded**
[3] 71:1 71:7 71:9

**Ran**
[1] 10:3

**Rate**
[2] 29:10 32:19

**Rather**
[1] 59:3

**Re**
[1] 118:13

**Re-call**
[1] 118:13

**Reach**
[3] 101:24 108:14 108:21

**Reaction**

[1] 103:16

**Read**
[4] 49:12 51:3 82:11 109:8

**Reading**
[1] 81:22

**Ready**
[1] 106:21

**Reality**
[1] 74:3

**Realize**
[3] 35:24 71:16 72:20

**Really**
[40] 6:24 8:11 11:24 12:17
13:2 18:19 19:23 23:4 23:6
23:7 24:10 24:19 25:10 26:
2 27:8 30:11 32:13 32:20
33:7 35:7 39:7 40:18 41:3
41:4 47:9 56:12 56:13 58:
17 60:5 64:4 79:18 87:3 94:
16 95:7 99:3 103:20 109:4
109:10 116:17 122:21

**Reason**
[17] 4:19 23:16 23:17 23:
18 24:6 24:22 29:12 29:15
37:25 59:8 59:12 59:18 59:
22 61:25 75:24 113:17 117:9

**Reasonable**
[1] 18:14

**Recant**
[1] 69:11

**Receive**
[2] 38:11 39:20

**Received**
[3] 41:9 99:9 113:13

**Recite**
[1] 43:21

**Recollection**
[2] 112:4 114:1

**Recommend**
[1] 94:20

**Recommendation**
[1] 36:7

**Recommended**
[5] 63:25 95:17 95:22 96:1
96:5

**Record**
[13] 10:17 51:3 66:20 68:
23 89:5 99:14 99:19 106:3
106:7 106:10 117:10 118:15
122:7

**Records**
[3] 44:24 103:19 103:19

**Recross-Examination**
[2] 3:7 123:7

**Reference**
[6] 39:23 51:2 63:16 73:1
77:5 77:7

**Referenced**
[1] 62:13

**References**
[1] 65:6

**Referred**
[3] 41:12 63:24 120:8

**Referring**
[8] 10:1 30:19 39:17 43:12
43:13 72:20 94:19 121:25

**Regarding**
[13] 26:23 43:6 43:10 43:
12 51:25 64:16 68:21 72:21
93:6 93:15 102:22 110:10
110:21

**Regardless**
[2] 73:22 83:6

**Regular**
[7] 43:7 43:10 44:13 52:3
62:19 83:13 94:20

**Rejected**
[1] 100:4

**Rejection**
[6] 41:9 41:13 41:16 42:6
43:20 43:23

**Rejections**
[1] 76:5

[1] 103:16

**Reminded**
[1] 101:12

**Relationship**
[3] 90:15 92:3 98:1

**Relevant**
[1], 103:2

**Relied**
[1] 98:9

**Reluctant**
[1] 30:14

**Remainder**
[2] 13:6 13:25

**Remark**
[1] 84:15

**Remarks**
[2] 84:2 84:4

**Remember**
[34] 11:10 18:15 21:12 24:
14 24:15 24:16 24:17 25:22
26:7 31:9 36:22 45:4 45:10
45:25 46:8 46:10 47:21 48:
1 52:5 56:19 60:18 62:6 62:
8 74:22 78:13 80:11 80:13
95:10 98:18 101:25 113:24
115:5 122:22 122:24

**Removed**
[1] 21:7

**Renew**
[1] 117:16

**Rep**
[5] 93:18 93:25 95:4 108:
17 108:18

**Repeat**
[8] 29:14 36:23 72:11 88:
18 89:21 91:18 113:8 114:6

**Repeatedly**
[1] 117:1

**Rephrase**
[8] 4:22 50:10 51:1 51:4
67:24 97:23 98:3 98:23

**Replace**
[7] 10:19 11:12 11:15 17:
10 61:13 62:11 86:8

**Replaced**
[3] 16:13 16:14 36:7

**Replacement**
[11] 12:12 12:15 14:24 16:
17 20:17 29:1 29:13 29:17
30:24 31:8 32:8

**Reported**
[2] 1:25 73:2

**Reporter**
[2] 89:12 100:16

**Reporting**
[1] 1:26

**Represent**
[4] 4:9 49:16 49:18 105:21

**Representation**
[1] 123:17

**Representative**
[5] 105:1 105:3 107:23 122:
5 122:25

**Representative,certainly**
[1] 105:4

**Representatives**
[1] 110:20

**Request**
[5] 53:25 54:15 54:18 122:
13 122:13

**Requested**
[2] 52:16 61:10

**Requesting**
[2] 32:7 55:19

**Requests**
[1] 56:1

**Requires**
[1] 50:5

**Rescinded**
[2] 37:7 37:15

**Reserve**
[3] 118:12 118:13 118:20

**Respect**

**Respond**
[8] 66:22 66:24 68:21 68:24 98:13 98:16 117:6 118:1

**Responded**
[2] 68:11 69:2

**Response**
[1] 106:5

**Responses**
[3] 4:23 69:8 102:24

**Responsive**
[7] 69:17 99:6 99:11 103:14 103:16 105:9 105:19

**Rest**
[3] 11:9 86:15 86:16

**Restate**
[2] 85:24 118:2

**Restless**
[1] 24:16

**Rests**
[1] 99:2

**Result**
[1] 108:1

**Retaliation**
[4] 59:13 59:18 60:22 62:16

**Return**
[1] 53:7

**Review**
[2] 26:4 27:16

**Reviewed**
[3] 27:22 28:10 111:9

**Revolves**
[1] 86:7

**Rich**
[1] 89:13

**Richard**
[3] 2:11 53:20 85:20

**Rights**
[1] 101:1

**Room**
[5] 18:1 18:6 28:7 76:6 78:8

**Route**
[1] 2:12

**Routine**
[2] 11:14 59:6

**Rowena**
[5] 1:2 1:15 3:3 5:8 60:16

**Ruled**
[1] 117:12

**Rules**
[2] 4:16 4:21

**Run**
[1] 42:18

**Running**
[1] 80:9

**Runs**
[1] 77:13

---

**S**

**Sabbatical**
[1] 53:4

**Sallowics**
[2] 63:14 63:14

**Satisfaction**
[1] 89:15

**Satisfactory**
[2] 25:16 25:17

**Satisfy**
[1] 66:8

**Saw**
[2] 23:13 47:15

**School**
[50] 1:5 1:5 1:19 2:6 2:6 6:16 9:13 9:16 27:5 29:15 36:15 36:24 43:15 43:16 45:3 60:1 61:3 64:23 69:6 71:21 71:22 72:23 72:24 77:13 79:2 84:25 86:15 86:17 86:22 88:11 91:20 93:1 96:14 96:15 97:6 97:17 98:6 99:3

**School**
[5] 39:16 46:20 53:22 88:20 101:8

**Schools**
[1] 53:9

**Screwed**
[6] 30:15 30:16 30:17 31:4 31:4 31:14

**Se**
[2] 9:6 35:8

**Search**
[1] 77:18

**Second**
[15] 10:15 17:21 30:11 41:24 45:19 57:3 58:19 61:1 61:5 74:4 79:15 79:15 84:22 99:20 102:6

**Secure**
[1] 52:15

**See**
[17] 9:1 23:9 24:16 27:24 31:16 53:20 54:1 57:5 57:18 59:8 61:11 65:25 71:15 76:9 104:9 107:25 108:23

**Selected**
[3] 75:15 76:3 96:22

**Semester**
[10] 15:16 15:17 15:18 15:19 15:22 15:25 16:1 16:1 16:25 86:16

**Seminars**
[1] 81:22

**Send**
[1] 76:5

**Sending**
[1] 111:3

**Sennett**
[1] 2:8

**Sense**
[3] 79:20 79:25 80:1

**Sent**
[9] 35:15 41:16 69:8 69:19 121:12 121:16 121:18 121:20 123:11

**Separate**
[1] 73:24

**September**
[10] 109:13 110:12 110:16 110:17 112:18 113:10 113:17 121:11 122:1 123:11

**Sequence**
[1] 39:25

**Service**
[3] 88:16 88:19 92:17

**Services**
[1] 53:17

**Set**
[4] 68:17 68:19 99:14 109:1

**Sets**
[1] 69:5

**Seven**
[7] 38:12 38:20 39:19 40:3 40:6 41:14 43:11

**Several**
[1] 4:17

**Shannon**
[1] 4:12

**Short**
[6] 19:21 20:20 21:16 58:1 58:3 62:3

**Short-term**
[3] 58:1 58:3 62:3

**Shortly**
[1] 93:13

**Show**
[3] 22:23 69:25 76:10

**Showed**
[6] 19:16 27:24 28:4 28:8 28:16 110:23

**Shown**
[1] 108:3

**Sic**
[1] 108:15

**Side**
[4] 11:16 12:10 30:4 53:7

**Sign**
[1] 4:24

**Signed**
[1] 28:18

**Signed**
[1] 90:8

**Simple**
[1] 117:21

**Simply**
[1] 99:15

**Sit**
[2] 104:21 105:13

**Site**
[6] 76:11 77:5 77:7 77:8 82:1 120:15

**Sitting**
[5] 43:14 44:23 44:25 62:22 104:1

**Situation**
[15] 32:23 36:18 36:22 43:19 53:15 62:5 65:24 66:10 92:2 92:10 93:7 93:16 98:24 103:10 107:18

**Situations**
[5] 41:20 65:21 95:25 96:3 96:25

**Six**
[4] 40:6 70:10 70:24 79:13

**Slowing**
[1] 44:2

**Slowly**
[1] 17:17

**Smart**
[1] 54:24

**Social**
[2] 27:15 28:13

**Someone**
[3] 61:18 77:20 109:17

**Sometime**
[3] 11:16 16:4 19:14

**Sondra**
[2] 1:16 1:25

**Soon**
[2] 64:6 103:4

**Sorry**
[27] 5:23 18:13 19:25 24:25 25:7 25:12 27:4 27:8 33:24 36:2 38:15 45:24 46:5 48:4 51:23 55:15 60:5 61:6 63:10 77:6 82:18 82:23 87:24 93:19 93:20 96:2 122:15

**Sort**
[5] 23:20 26:8 31:13 42:9 81:23

**Sound**
[5] 9:23 11:5 36:16 38:14 114:2

**Span**
[2] 35:17 35:20

**Speaking**
[2] 5:1 65:3

**Speaks**
[6] 48:7 48:18 49:4 97:7 102:18 103:13

**Specific**
[15] 19:5 22:6 23:18 23:20 26:20 43:17 43:21 44:25 51:6 51:24 51:25 62:5 74:19 78:13 84:7

**Specifically**
[2] 111:19 120:13

**Spoken**
[1] 96:21

**Sponsored**
[2] 81:3 81:5

**Spring**
[2] 75:16 79:5

**Stage**
[1] 101:7

**Stake**

**Stand**
[1] 102:18

**Standards**
[3] 72:10 78:15 81:16

**Standing**
[1] 115:19

**Standpoint**
[1] 42:22

**Stands**
[1] 64:13

**STARS**
[1] 77:15

**Start**
[5] 8:11 32:3 75:8 82:19 88:9

**Started**
[13] 19:10 10:2 12:25 13:8 13:8 15:10 16:5 33:15 34:14 42:12 101:10 104:19 112:19

**Starting**
[1] 31:22

**State**
[4] 5:7 7:13 98:10 122:7

**Statement**
[2] 41:10 64:12

**Statements**
[1] 101:23

**States**
[5] 1:1 5:20 5:24 48:16 115:16

**Status**
[5] 64:10 65:10 111:23 112:11 115:2

**Stay**
[7] 11:21 12:3 12:4 16:9 30:23 32:14 117:20

**Stayed**
[1] 11:19

**Steps**
[1] 109:22

**Still**
[9] 19:10 28:2 57:4 80:22 99:7 102:15 104:23 104:24 107:10

**Stopped**
[2] 20:21 26:18

**Strange**
[1] 69:4

**Street**
[2] 2:9 5:8

**Strong**
[1] 42:3

**Structure**
[1] 72:21

**Student**
[3] 87:4 87:6 87:8

**Students**
[2] 59:7 92:5

**Studies**
[2] 27:15 28:13

**Sub**
[22] 8:12 8:16 12:10 18:8 29:10 32:1 32:5 39:12 43:8 44:12 52:13 52:18 56:1 56:1 56:8 57:15 57:19 57:24 58:5 61:10 83:13 92:17

**Subbed**
[3] 9:25 10:5 83:21

**Subbing**
[6] 11:9 34:14 47:23 52:15 53:23 56:13

**Subject**
[1] 78:9

**Submitted**
[2] 8:8 34:17

**Submitting**
[1] 35:7

**Subs**
[2] 53:10 62:20

**Subsequent**

**Substitute**
[29] 8:7 8:9 9:4 9:6 9:10
12:9 12:9 15:25 20:14 51:
14 52:14 54:12 55:14 55:19
56:4 59:6 86:20 87:9 87:19
88:13 89:4 90:2 94:21 96:6
111:14 112:11 112:21 115:1
122:12
**Substituting**
[3] 8:9 87:9 87:12
**Successful**
[1] 63:9
**Sue**
[1] 113:22
**Suggest**
[7] 51:11 52:1 52:7 60:22
62:15 65:12 91:16
**Suggested**
[3] 76:11 77:8 84:10
**Suggesting**
[1] 67:15
**Suggestions**
[5] 73:19 74:15 74:18
76:24
**Suit**
[1] 60:6
**Suitable**
[1] 52:19
**Summarize**
[1] 42:14
**Summer**
[2] 74:25 75:6
**Superintendent**
[4] 1:6 1:7 2:6 2:7
**Supplement**
[1] 85:11
**Supplementing**
[1] 71:19
**Support**
[2] 48:10 48:13
**Supporting**
[1] 9:7
**Supports**
[1] 48:24
**Supposed**
[2] 67:1 101:3
**Surgery**
[2] 11:13 32:19
**Surprised**
[2] 53:22 122:18
**Suspicious**
[1] 64:1
**Suzanne**
[6] 75:10 76:15 76:22 79:
12 83:4 83:7
**Sworn**
[1] 4:2
**System**
[1] 4:24

**T**

**Tangible**
[1] 107:25
**Taught**
[1] 78:16
**Teach**
[4] 7:13 9:19 77:15 84:25
**Teacher**
[31] 8:7 8:10 8:12 9:2 9:6
9:7 12:9 12:10 20:14 32:6
32:7 33:6 36:7 51:14 52:14
53:6 55:15 55:20 55:20 55:
25 86:21 87:19 92:18 93:23
94:4 96:5 96:6 96:21 119:
24 120:11 121:7
**Teachers**
[22] 33:2 33:8 52:17 53:
53:11 53:25 54:13 54:15 55:
14 75:20 76:7 82:25 86:24
92:19 94:20 95:21 95:25 96:
4 96:12 120:16 122:12 122:
13

**Teaching**
[17] 8:17 16:6 18:2 25:8
29:4 34:22 39:20 47:23 74:
5 75:15 87:4 92:5 92:5 119:
8 120:22 121:8 121:19
**Temporary**
[1] 20:17
**Tend**
[9] 47:16 48:3 48:10 48:13
51:11 52:7 59:2 60:21 62:15
**Tended**
[1] 52:1
**Tends**
[1] 50:4
**Tenth**
[1] 2:9
**Term**
[34] 9:12 14:19 29:13 29:
16 32:6 39:12 41:22 47:23
52:15 52:18 53:10 53:23 54:
12 55:19 55:21 56:3 56:8
56:12 57:14 57:19 57:24 58:
1 58:3 58:4 58:5 62:3 62:3
62:20 63:10 77:24 77:24 83:
12 119:8 122:12
**Terminating**
[1] 55:21
**Terms**
[9] 9:15 63:18 71:18 80:9
81:21 81:23 98:25 121:7
123:10
**Test**
[1] 40:24
**Testified**
[5] 4:2 95:16 96:4 96:11
119:7
**Testify**
[1] 73:17
**Testimony**
[3] 64:2 86:1 95:16
**Themselves**
[1] 48:21
**Thereafter**
[3] 26:15 27:19 35:3
**Therefore**
[2] 15:4 20:13
**Thinks**
[1] 49:14
**Three**
[10] 6:17 20:23 52:17 55:7
58:13 59:8 59:9 75:11 75:
13 92:19
**Three-week**
[1] 59:9
**Tidy**
[2] 40:4 42:9
**Timely**
[6] 65:14 65:17 65:18 65:
19 65:23 66:11
**Timing**
[5] 59:16 59:22 62:1 70:6
70:22
**Title**
[2] 82:6 82:17
**Today**
[17] 38:8 40:20 43:14 44:
23 44:25 48:22 60:10 62:22
64:19 65:2 84:9 95:16 99:
20 101:23 102:4 104:21 105:
14
**Today's**
[1] 118:16
**Together**
[1] 77:3
**Tomorrow**
[2] 103:23 103:24
**Took**
[2] 38:1 109:11
**Total**
[1] 79:17
**Totally**
[1] 104:9
**Towards**

**Track**
[1] 42:15
**Tradition**
[1] 115:19
**Traditions**
[1] 118:8
**Transcript**
[1] 6:25
**Treated**
[2] 79:21 80:1
**Trial**
[1] 102:12
**Trick**
[1] 72:22
**Tried**
[1] 116:12
**Trip**
[1] 115:13
**True**
[3] 5:11 108:6 121:24
**Truth**
[3] 66:24 70:7 70:10
**Try**
[13] 4:22 44:10 48:23 49:1
63:23 66:7 75:23 93:11 97:
13 98:3 109:22 114:7 115:13
**Trying**
[23] 18:14 19:3 23:21 31:
16 33:25 42:14 51:11 52:20
57:17 64:7 64:21 72:22 77:
23 90:5 90:23 91:1 91:2
101:3 103:12 116:4 116:20
117:24 121:8
**Turned**
[2] 86:10 101:13
**Turns**
[2] 7:1 11:7
**Twice**
[5] 78:20 101:13 101:16
116:24 117:14
**Two**
[15] 11:17 14:18 18:25 20:
10 26:5 26:12 26:17 55:7
58:14 73:13 73:24 79:14 95:
20 96:4 115:2
**Type**
[3] 103:9 118:18 120:20
**Typed**
[1] 109:2
**Types**
[1] 81:10

**U**

**Unable**
[1] 112:15
**Unclear**
[1] 85:23
**Undergo**
[1] 53:22
**Underlying**
[1] 103:10
**Understandably**
[1] 98:10
**Understood**
[7] 8:13 29:24 50:1 55:4
107:4 116:24 117:2
**Unfair**
[4] 72:25 79:22 80:10 116:
22
**Unfairly**
[2] 63:15 80:1
**Union**
[42] 39:18 39:21 40:17 41:
11 41:15 41:21 42:1 42:3
42:5 69:4 86:25 87:17 87:
19 87:23 88:1 88:4 93:18
95:4 98:9 99:1 99:2 99:9
101:8 101:16 104:8 104:17
104:22 105:1 105:2 105:4
105:8 107:6 107:10 107:17
108:20 108:24 109:9 109:18
116:25 121:11 122:4 122:25

**Uniserve**
[2] 108:17 108:18
**United**
[3] 1:1 5:19 5:24
**University**
[2] 6:9 6:18
**Unlawful**
[1] 115:21
**Unless**
[3] 47:9 69:16 105:23
**Up**
[20] 37:15 37:19 40:5 42:9
52:21 64:5 64:7 64:17 65:
22 66:11 66:12 68:17 68:19
86:2 93:11 99:14 105:6 109:
2 113:3 115:13
**Upset**
[6] 94:5 94:15 95:15 107:9
122:10 122:23
**Urge**
[1] 71:16

**V**

**Vacancies**
[2] 36:6 43:10
**Vacancy**
[1] 63:10
**Vague**
[1] 100:25
**Ventilation**
[1] 4:23
**Verbal**
[2] 4:23 121:5
**Viable**
[5] 73:19 74:5 74:18 76:25
120:10
**View**
[1] 123:17
**Voted**
[2] 29:13 29:16
**Vulgar**
[1] 30:14

**W**

**Wagner**
[12] 1:2 1:15 3:3 3:10 4:7
4:12 5:8 66:25 103:23 108:
8 119:4 123:22
**Wagner's**
[1] 70:1
**Wait**
[3] 89:8 90:7 91:8
**Waited**
[1] 113:17
**Waive**
[1] 65:5
**Walk**
[1] 11:10
**Wants**
[3] 19:22 102:8 104:15
**Ways**
[2] 72:13 115:2
**Web**
[5] 76:11 77:5 77:7 82:1
120:15
**Week**
[12] 11:17 14:18 19:15 20:
5 21:13 21:14 26:17 27:9
27:18 30:12 57:3 59:9
**Weeks**
[7] 26:5 26:12 26:18 52:17
58:13 59:8 70:2
**West**
[2] 2:9 46:8
**WESTERN**
[1] 1:1
**Whatsoever**
[2] 99:22 121:1
**Where'd**
[1] 83:1
**White**

[1] 54:23

**Whole**
[9] 15:15 15:25 20:22 24:3
24:3 34:1 48:22 100:20 106:
23

**Wish**
[1] 121:19

**Withdraw**
[2] 29:21 42:19

**Witness**
[10] 42:10 50:12 67:16 89:
19 106:1 106:4 106:8 106:
13 118:13 118:15

**Witness'**
[2] 40:24 118:17

**Wonder**
[1] 68:23

**Wondered**
[1] 85:10

**Wondering**
[2] 72:24 78:2

**Word**
[3] 30:13 41:23 95:11

**Words**
[9] 15:5 18:17 18:19 18:24
19:2 19:6 23:19 43:14 52:4

**Wright**
[3] 54:23 73:2 84:12

**Writing**
[2] 108:11 108:25

**Written**
[3] 23:5 121:3 121:5

**Wronged**
[4] 33:9 72:5 72:14 101:5

**Wrongfully**
[1] 63:1

**Wrote**
[10] 27:23 52:5 74:12 100:
10 101:11 101:20 108:13
109:1 109:3 123:17

## Y

**Year**
[26] 9:13 10:3 45:4 45:10
45:18 45:20 45:22 45:25 46:
2 46:3 46:7 46:9 52:14 58:
16 60:4 61:2 61:3 79:3 86:
15 86:17 96:14 96:15 112:8
112:19 112:22 113:3

**Years**
[3] 5:16 6:17 94:4

**Yell**
[1] 4:25

**Yourself**
[2] 54:25 99:13

1                C E R T I F I C A T I O N

2

3      I, Sondra A. Black, a Court Reporter and Notary

4  Public in and for the Commonwealth of Pennsylvania, do

5  hereby certify that the foregoing is a true and accurate

6  transcript of my stenographic notes in the

7  above-captioned matter.

8

9

10

11                      *Sondra A Black*

12

13

14

15          Dated: *November 14, 2005*

16

17

18

19

20

21

22

23

24

25