1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROWENA WAGNER,                          :
3           Plaintiff                   :
                                        :
4           v.                          : Case No. 04-264 Erie
                                        :
5    CRAWFORD CENTRAL SCHOOL DISTRICT;   :
     CRAWFORD CENTRAL SCHOOL BOARD;      :
6    MICHAEL E. DOLECKI, SUPERINTENDENT; :
     CHARLES E. HELLER, III, ASSISTANT   :
7    SUPERINTENDENT,                     :
            Defendants                  :
8                                       :
            and                         :
9                                       :
     THE CRAWFORD CENTRAL EDUCATION      :
10   ASSOCIATION,                        :
            Defendant                   :
11

12

13

14

15          Deposition of JOYE PICKENS, taken before

16     and by Sondra A. Black, Notary Public in and for the

17     Commonwealth of Pennsylvania, on Tuesday, October 25,

18     2005, commencing at 10:58 a.m., at the Crawford County

19     Courthouse, Meadville, Pennsylvania 16335.

20

21

22

23

24
                    Reported by Sondra A. Black
25              Ferguson & Holdnack Reporting, Inc.

1                    A P P E A R A N C E S

2

3      For the Plaintiff:

4          Caleb L. Nichols, Esquire
           P.O. Box 1585
5          Erie, PA 16507

6      For Crawford Central School District; Crawford Central School
       Board; Michael E. Dolecki, Superintendent; Charles E. Heller,
7      III, Assistant Superintendent:

8          Mark J. Kuhar, Esquire
           Knox McLaughlin Gornall & Sennett, PC
9          120 West Tenth Street
           Erie, PA 16501
10
       For The Crawford Central Education Association:
11
           Shannon McCune Wagner, Esquire
12         10 South 19th Street
           Pittsburgh, PA 15203
13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3    JOYE PICKENS

4        Direct Examination by Mr. Nichols......................4

5        Cross-Examination by Ms. Wagner......................23

6        Cross-Examination by Mr. Kuhar.......................25

7        Redirect Examination by Mr. Nichols..................38

8

9    EXHIBIT

10       Pickens Deposition Exhibit A...........................8

11       Pickens Deposition Exhibit B...........................8

12       Pickens Deposition Exhibit C...........................9

13

14

15

16

17

18

19

20

21

22

23

24

25

1          J O Y E   P I C K E N S, first having been

2              duly sworn, testified as follows:

3

4                      DIRECT EXAMINATION

5     BY MS. PICKENS:

6

7        Q.   Ms. Pickens, I'm Caleb Nichols, and thank you for

8     coming today to be deposed in this lawsuit.  Ms. Wagner, is

9     suing the Crawford Central School District.  I understand you

10    were previously employed with the School District.

11       A.   Um-hum.

12       Q.   And you're now retired.

13       A.   Right.

14       Q.   Enjoying your retirement?

15       A.   Absolutely.

16       Q.   I have just a few preliminary remarks I'd like to

17    make of an instructional nature during the course of this

18    deposition.  First I would ask that you verbalize all of your

19    responses, and that is because the record we seek to have

20    transcribed here, and -- we hope that that be as clear and

21    understandable as possible.  If at any time you don't

22    understand my Virginia voice, then please let me know and

23    I'll try to clear it up and make it as understandable as

24    possible.  Okay.  If at any time you wish to go off the

25    record, let me know, and we will go off the record, okay, to

1    oblige you in any way you wish.

2                MR. KUHAR:  He means to take a break.  When he says

3                "go off the record," he means to take a break.

4                THE WITNESS:  I was wondering "go off the record."

5                Restroom, drink.

6        Q.   Right.  I have some questions I'd like to pose, then

7    after which my colleagues, Mr. Kuhar, who represents the

8    School District, and Ms. Wagner, who represents the

9    Association, the Union, may have some questions.  Okay.

10   That's how we would like to proceed.

11               Are there any questions you have before we get

12   started?

13       A.   Not yet.

14       Q.   For the record, will you state your full name.

15       A.   Joye Louise Pickens.

16       Q.   Where do you reside, Ms. Pickens?

17       A.   ̶1̶1̶2̶ ̶T̶h̶i̶r̶d̶ ̶S̶t̶r̶e̶e̶t̶,̶ ̶C̶o̶c̶h̶r̶a̶n̶t̶o̶n̶,̶ ̶P̶e̶n̶n̶s̶y̶l̶v̶a̶n̶i̶a̶.̶

18       Q.   Bring us -- if we might start with your

19   undergraduate background and come forward.

20       A.   I graduated from Edinboro State University with a

21   Bachelor's in '69 and with a Master's in '72.  And I was

22   employed by Crawford County for two years, and then they

23   bought my special education room and I've been employed by

24   Crawford Central since then.  Is that what you mean?

25       Q.   And you started with Crawford Central when?

1          A.    Crawford County in '69.

2          Q.    And that was as a teacher?

3          A.    Yeah.  In special education.  And at that time the

4     County owned the classroom.  And then the District bought it,

5     and I continued in the room.

6          Q.    And you retired for the Crawford --

7          A.    This is my second year.

8          Q.    And your tenure with the Crawford Central School

9     District from '69 until your most recent retirement was

10    uninterrupted you're telling us?  There was no interruption?

11         A.    No.  I have always worked in that building.

12         Q.    As a teacher?

13         A.    Right.

14         Q.    Do you know Ms. Wagner, of course.

15         A.    Um-hum.

16         Q.    How did you come to know Ms. Wagner?

17         A.    She student taught in our building a couple doors

18    down from me.

19         Q.    What years are we talking about?

20         A.    I don't know.

21         Q.    Estimate.  I mean, approximate the year.  Do you

22    know?  Was it 2000?  Before --

23         A.    I don't know.

24         Q.    Did she student teach for you?

25         A.    No.  Two doors down from --

1      Q.   And your colleague that she taught -- student taught

2    under one of your colleagues?

3      A.   Right.  First grade.  Right down the hall.

4      Q.   At that time, before she started substituting, of

5    course, she was in college, of course, at that time?

6      A.   Um-hum.

7      Q.   Did you have an opportunity to talk to your

8    colleagues about her?

9      A.   Yeah.  When she was student teaching.  We do that,

10   you know, how are they doing.  You know, we observe, try to

11   help out when we can.

12     Q.   What was the -- in terms of her student teaching,

13   how well --

14     A.   She did a good job.

15     Q.   She did a good job?

16     A.   Yeah.  I didn't observe her in the classroom, but I

17   talked to her teacher, and -- just the way we do with student

18   teachers, you know.

19     Q.   When she started to teach as a substitute in 2001 at

20   Crawford Central School District, did -- I know that you

21   asked her, are you -- she was to substitute for you in 2002,

22   I believe, when you went on sabbatical; is that correct?

23     A.   Well, yeah.  I requested her -- initially I thought

24   I could request her for the whole time, but then I had a

25   discussion in the office and it was brought to my attention

1    that I couldn't formally request --

2        Q.    Let me approach it this way, and -- let me just stop

3    here, if I might, because I want, just for the record, mark

4    this Exhibit A.  Exhibit A shows that you're appearing here

5    today pursuant to a subpoena which you received, of course.

6            And then there is Exhibit B.  Exhibit B is the

7    Defendants' responses to the Plaintiff's First Request for

8    Admissions, which were directed to Defendants Crawford

9    Central School District; Crawford Central School Board;

10   Michael Dolecki, superintendent; Charles Heller, III,

11   assistant superintendent.

12           Part of Exhibit B I want to focus on has to do --

13   this is Page 2, Paragraph No. 2, Request for Admissions, and

14   the answer that was given by the Defendant, states -- in

15   Paragraph 2, Page 2, says, "The Plaintiff's request for

16   admission No. 2 is vague in that it does not specify a date

17   for a letter drafted by Ms. Pickens.  Without waiving their

18   objection, the Defendants admit that the District received a

19   letter attached hereto as Exhibit A."

20           (Pickens Deposition Exhibits A and B marked for

21            identification.)

22           MS. WAGNER:  Mr. Nichols, do you have a copy of

23           that for us?  Do you have a copy?

24           MR. NICHOLS:  No.  I didn't get a chance to make a

25           copy.

1          MS. WAGNER:  I'd like to see it.

2          MR. NICHOLS:  Paragraph 2.

3          MS. WAGNER:  Are you going to be questioning

4          Ms. Pickens on this paragraph?

5          MR. NICHOLS:  No.  My question is for the record.

6          I was stating as background information to my

7          question.

8     Q.    Paragraph 2 is, the Defendant acknowledged receipt

9     of a letter, which I would now have it marked as Exhibit C, a

10    letter prepared by Ms. Pickens.  And the letter marked

11    Exhibit C I show now to Ms. Pickens.  Ms. Pickens, your name

12    appears at the bottom there.  Do you recognize that letter?

13          (Pickens Deposition Exhibit C marked for

14           identification.)

15    A.    Yeah.

16    Q.    You prepared the letter?

17    A.    Right.

18    Q.    The letter was sent to whom?  Do you remember?

19    A.    Pardon?

20    Q.    The letter was sent to whom?  To whom was the letter

21    sent?

22    A.    Well, Dr. Heller -- some -- I don't know.  "To whom

23    it may concern."  I sent it to the board, basically.  To

24    whomever it was --

25    Q.    The School District?

1    A.    Right.  Yeah.

2    Q.    Okay.  All right.  Well, anyway, Exhibit A

3    acknowledges that the Defendant did receive it.  So let's

4    not -- okay.  And you recognize it as the letter that you

5    composed, right?

6    A.    Yeah.

7    Q.    All right.  Fine.

8    A.    I just haven't seen it for a while.

9         MS. WAGNER:  May I see that exhibit also?

10        MR. NICHOLS:  Sure.

11        MS. WAGNER:  Thank you.

12   Q.    Now, based on having read the letter, tell us, why

13   did you ask that Ms. Wagner substitute for you during the

14   course of your sabbatical?  This was a medical sabbatical, I

15   understand.

16   A.    Um-hum.  You want all the reasons why you request a

17   sub?

18   Q.    Well, why did you request Ms. Wagner for this

19   occasion to substitute for you?

20   A.    Okay.  Well, I'd observed her subbing, and she had

21   subbed the year before for me off and on, and it's been my

22   habit to evaluate the class every year and start training a

23   sub for my sick days and stuff because, you know, things come

24   up.  You have to have a sub, and I never know when I'm going

25   to have to take an extended leave.  So I like to train

1    somebody.  And I was satisfied with everything she was doing,

2    and I observed her with other classes and everything, so I

3    started training her in my room -- in 2001 I think we

4    started, you know, working with her.  And I -- you know, you

5    go in and you know when you've had a good sub because you --

6        Q.   Was this the first time she had subbed for you or

7    she had subbed for --

8        A.   No.  She'd been subbing.

9        Q.   For you?

10       A.   Yeah.

11       Q.   Before November 2002?

12       A.   Yeah.  Off and on she subbed for me.  You know,

13   sometimes you can't always get who you ask for through the

14   sub service, but I requested her, and she does a lot of work

15   in our building.  And I was really satisfied.  I could come

16   in the next day and quiz the kids on the lesson she was

17   supposed to do -- I was just satisfied, very much so.

18       Q.   How many times, approximately, had she subbed for

19   you prior to November 2002?  Your best estimate.

20       A.   I don't know.

21       Q.   Would it have been four or five times?

22       A.   I didn't check my records on that.  Frequently.

23       Q.   But it would have been more than certainly two or

24   three, right, occasions?

25       A.   Yeah.  I'm sure there's a record of it.

```
 1        Q.    Now, you have taught, you say, 35 years at the
 2   School District.
 3        A.    Yeah.  At the end, yeah.  I went back and --
 4        Q.    And during the course of 35 years, you've had
 5   opportunity to evaluate a lot of student teachers, have you
 6   not?
 7        A.    Yeah.
 8        Q.    And substitute teachers?
 9        A.    Mostly substitute teachers.
10        Q.    And based upon that life experience of teaching,
11   what are the qualities of a good teacher?
12        A.    To maintain discipline, to have a pleasant
13   mannerism, get your message across, keep going over it till
14   it gets across, and the kids have to like you, too.  You
15   know, you have to be personable, caring.
16        Q.    Did you observe those qualities?
17        A.    Well, I wasn't there the day she was there.
18        Q.    But my --
19              MR. KUHAR:  She needs to be able to finish it.  And
20              then you can ask whatever follow-up you want.
21        A.    Like when you come back the next day, you look for
22   how was the room left, first of all.  Were they able to
23   maintain order in the room, accomplish the work in an orderly
24   fashion.  And you can tell.  I've come back in and sometimes
25   it's like, who was in my room.  I can't find a thing.  But
```

1    when she did it, everything was in order, the games were put

2    away, my desk was better than I left it.  You know, she'd

3    neat up things.  And the work was always corrected and --

4    notes.  She was good on leaving notes.  Like this person

5    needs help with this or -- I was just impressed.  She took

6    the job as seriously as I did from what I could, you know --

7        Q.   When you drafted this letter, which has now been

8    Exhibit C, you had that in mind; didn't you?

9        A.   Oh, yeah.  Because I'd be working, you know, to get

10   her -- it was pretty clear that I probably was going to take

11   some time off that year because I was having a lot of

12   trouble.

13       Q.   Now, when you wrote this letter to whomever it may

14   concern, the administration, on November 17, 2002, you

15   mentioned -- and then, did you have subsequent conversations

16   with Mr. Heller or Mr. Dolecki concerning Ms. Wagner's

17   replacement?

18       A.   Yeah.  I don't know how the timing went on that.  If

19   I wrote the letter before or after I had a discussion in the

20   office.

21       Q.   With Mr. Heller or Mr. Dolecki?

22       A.   Heller.

23       Q.   Mr. Heller?

24       A.   Yeah.  In the office, in our building.

25       Q.   What was the nature of the discussion, as best you

1    recollect when you --

2        A.    Well, that I was going to use my sick days until

3    semesters, and at semesters, it came up -- it would come up

4    for bid for a sub.  I was using my sick days until semesters,

5    and then I would take an official leave.

6        Q.    Now, the time frame here we're talking about --

7    Ms. Wagner, I think, began in your position, replacing you,

8    on or about November 7, 2002; is that correct?  I think

9    that's correct, 2002.

10       A.    I wish I could be more precise, but --

11       Q.    It was on --

12       A.    -- when I quit teaching, she was in the room.

13       Q.    Right.

14       A.    I'm not sure of the date.

15       Q.    Now, when you met with Mr. Heller to discuss, as

16   best you can remember, you tell us what was the general --

17   your general understanding as to how long Ms. Wagner would

18   replace you as a substitute.

19       A.    Well, I was surprised about the conversation because

20   I'd taken sabbaticals before, and I just talked to the

21   principal and my request had been honored for that.  So the

22   conversation was --

23       Q.    Excuse me.  You say you asked the principal

24   before --

25       A.    This was my second sabbatical.

1        Q.    And before --

2              MR. KUHAR:  Can she finish her last answer.

3        Q.    Did you finish your last answer?

4        A.    Well, this was my second sabbatical, and before I

5    had requested a teacher and it was just okay.  So -- but he

6    was explaining that that wasn't going to be the policy.

7    That -- and I could use my sick days up until sabbatical.

8    And I said, well, then is there a problem requesting for

9    then.  And he said he didn't think there would be a problem

10   up until semesters.  And we got that clear that at semesters

11   it was going to come up for bid.

12       Q.    And by "semesters" we're talking about January?

13       A.    I don't know.  Whenever semesters changed.

14       Q.    What is the sequence then of --

15       A.    Sometime in January.

16       Q.    So it would have been January --

17       A.    I don't know when semesters end and begin.  I've

18   been out of the loop too long, I guess.  I'm enjoying

19   retirement.  But I was surprised.  And so I made clear that I

20   understood that so I could relay it to Rowena because we

21   thought it would be the whole time.  But there had been a

22   change.  So until semesters, since I was using my sick days,

23   at that day it was my understanding there wouldn't be a

24   problem with her being in my room.

25              So that's why I went and -- I don't know if I talked

1    to you that day or whatever, but we had been talking about

2    what was going to happen, and so we started establishing -- I

3    think even Thanksgiving -- what I wanted for Thanksgiving,

4    and then in December I do holidays around the world.  And so

5    I -- we just lined up everything until semesters because we

6    didn't know what would happen after semesters.  But we lined

7    up everything until semesters.  Is that answering --

8        Q.    Yeah.  Now, during your conversation with

9    Mr. Heller, you said that there was a change.

10       A.    Probably not in policy, but in practice.

11       Q.    Speak to that, please, Ms. Pickens.

12       A.    The policy I don't think says you can request one.

13   But it's been the practice, over my leaves and, you know,

14   times, that I would talk to the principal -- I'm pretty sure,

15   yeah, just the principal.  And they'd say, well, is there

16   somebody you want to continue in your room.  And I would name

17   somebody, and if they were available, then they were in

18   there.  To me, it had never been an issue before --

19       Q.    Now, you said --

20       A.    -- so I was kind of surprised.

21       Q.    Now, you're speaking on the basis of 35 years of

22   experience, that's a long time, as to a practice you say.

23   Now you say --

24       A.    Yeah.  I guess --

25       Q.    -- in 2002 that was a change -- Mr. Heller's telling

1    you now this is going to change.

2         A.    Well, things change.  I just --

3         Q.    But that's what he told you, right?

4         A.    Yeah.  There had been some administrative changes

5    and stuff, I just -- there had been a change.  So we talked

6    about it.

7         Q.    Were you surprised, then, to find out that, one, on

8    or about November -- at about November, I think -- on or

9    about November 27, 2002 Mr. Heller had made a classroom

10   observation of Ms. Wagner --

11        A.    I wasn't aware of --

12        Q.    -- and then, subsequently, four days later Mr. Meter

13   conducted a classroom observation of Ms. Wagner, and then she

14   was subsequently dismissed?  Were you surprised to find out

15   she was no longer in your classroom?

16        A.    Um-hum.  Yeah.

17        Q.    You were surprised?

18        A.    Yeah.

19        Q.    Why were you surprised?

20        A.    Well, I had the conversation with Dr. Heller, and I

21   thought my sick days, up until semesters, were going to be --

22   she would be in my room till then, as I said, and then the

23   room went up for bid.  Because I was using sick days, and

24   usually you can request the sub for your sick days.  See what

25   I'm --

1          Q.   Um-hum.  I understand.

2          A.   So I thought that's just the way it was going to be.

3     So before my sick days were over, I was surprised that they

4     had changed the sub.

5          Q.   When you and Mr. Heller had this discussion based

6     upon your letter here requesting Ms. Wagner to substitute or

7     replace you during your sabbatical during this period, was

8     Mr. Meter privy to that conversation?  It occurred in

9     Mr. Heller's office; didn't it?

10         A.   No.  It was in the off -- the secretary's office.

11    The -- not a private office.  It was just by the counter --

12         Q.   All right.  Was Mr. Meter also privy to that

13    conversation between you and Mr. Heller?

14         A.   I honestly don't remember who was there because I

15    was having the conversation with him.  I don't know.  I don't

16    remember.  To the best of my memory, I don't think so.  But

17    I -- you know how you're just standing around having a

18    conversation.

19         Q.   I understand.

20         A.   My conversation was with him.  I don't remember.

21         Q.   The conversation you had with Mr. Heller on that

22    occasion, was that reduced to writing or -- did he send you a

23    letter which would set down in writing his understanding of

24    the conversation with him, or was it just simply verbal?

25         A.   You know, I don't remember that.  I could check my

 1    files.  I just didn't think about that.  I don't --

 2        Q.   I want to turn again, now, to your observation of

 3    Ms. Wagner's teaching.  What would you say, based upon your

 4    observation or the times she substituted for you, which was

 5    more than one or two you say -- what were her strengths?

 6    Where do her strengths lie in the classroom as a teacher?

 7        A.   Organization, discipline.  She accomplished the task

 8    for the day, you know, whatever lesson, and if she couldn't

 9    accomplish something, she always left very clear notes, which

10    not all subs do.  You know, like, I don't think this concept

11    was as clear as it could have been or this went over well,

12    you may want to stress this with whoever, this kid had -- I

13    mean, very good notes, and they don't all do that.  I'd

14    always come in a little early after I was out and go through

15    the material, and I always knew where I stood.  And I really

16    appreciated that.

17        Q.   Did the children like her?

18        A.   Yeah.

19        Q.   You could tell that?

20        A.   Yeah.  You get a feeling, you know, because most of

21    the time I'd know who was going to be off, and I would say

22    who was going to come in if I was pretty sure or -- I'd give

23    feelers out.  Who do you want in today or different things.

24    And you don't want the one that's totally, wow, because

25    usually games happened all day.  But, no, they had a good

1    response to her.

2        Q.    Also, based upon your observations of Ms. Wagner's

3    teaching, did you observe anything which would disqualify her

4    from becoming a full-time teacher?  Anything that would have

5    disqualified her from becoming a full-time teacher?

6        A.    No.  Not that I can -- no.

7        Q.    Let me ask you this:  Do you recall an occasion

8    which Mr. Heller accused you and Ms. Wagner of "playing

9    politics" to obtain a teaching position for Ms. Wagner?

10       A.    With me?  A conversation between us?

11       Q.    When Mr. Heller accused you and Ms. Wagner of

12   playing politics.

13       A.    No.  I think I would remember if someone accused me

14   of playing politics.  To my face?  A conversation?

15       Q.    Well, I mean, it -- anything which approached that?

16   Approximate that?

17             MR. KUHAR:  I just note an objection.  I think the

18             question is pretty vague at this point.  You were

19             asking her whether she had a conversation which

20             that was said by Mr. Heller; wasn't that the

21             question?

22             MR. NICHOLS:  Or she understood or overheard him to

23             say, direct a remark that she and Ms. Wagner

24             playing politics --

25             MS. WAGNER:  I'm confused also.

 1      A.   I don't play politics, so I don't understand --
 2      Q.   I'm simply saying -- not you.  Understand, I'm
 3   saying the remark directed at you, that you and Ms. Wagner
 4   playing politics to have Ms. Wagner get a long-term teaching
 5   position.
 6           MR. KUHAR:  He's asking whether that was said to
 7           you by Mr. Heller.
 8      Q.   By Mr. Heller.
 9           MS. WAGNER:  To the best of your recollection.
10      A.   I'm searching.  I have retirement brain right now.
11           MR. KUHAR:  Take your time.
12      A.   I think my immediate response to that would have
13   been of frustration and denial, and a few other things, and I
14   don't remember those feelings, because I don't do that.  I
15   don't play games.  I'm not a game player.
16      Q.   I'm not saying you're guilty of that.
17      A.   No.  I -- I think I would have been upset if
18   someone --
19      Q.   That you heard the remark --
20      A.   To my face -- I may have heard rumors or something,
21   I don't remember.  But to my face, I don't recall an
22   interaction in which I was accused of trying to get a
23   position for her through politics.  I tried to get the
24   position for her because I thought she was the best sub for
25   that class that year.

1      Q.    Okay.  Fine.

2      A.    That's all I can say about that.

3      Q.    Did Ms. Wagner ever express to you frustrations or

4    difficulties she was having in obtaining a long-term teaching

5    position?

6      A.    Well, yeah.  I mean, that's a complaint for all

7    subs, but it seemed like it was a -- for as good as she was,

8    I really didn't understand, and nor did a lot of the other

9    teachers, why she hadn't obtained a position when the

10   openings were coming, you know.

11     Q.    Do you know of other substitute teachers who have

12   filed grievances against the administration --

13     A.    No.

14     Q.    -- or the School District for alleged

15   discrimination?

16     A.    No.

17     Q.    Sexual harassment?

18     A.    I don't follow those things.

19     Q.    Have you recommended potential candidates or

20   applicants to the administration for teaching positions

21   during the course of your tenure?

22     A.    Could -- I could.  I do a lot of recommendations for

23   different things.  I would have to go to the records of the

24   School District on that.

25          MR. KUHAR:  I think he means, sitting here today,

```
 1              can you remember doing so?
 2              THE WITNESS:  I could have written one for --
 3              MR. KUHAR:  If you can't remember --
 4              THE WITNESS:  I don't remember.
 5              MS. WAGNER:  Only if you remember.
 6              THE WITNESS:  I don't remember.
 7         Q.   Do you know of other teachers or Union officials who
 8    have recommended -- Union officials, members of the Union,
 9    recommended applicants or candidates for teaching positions?
10         A.   No.  I just don't get involved in things.  That's
11    probably not good, but -- I just go and teach and --
12              MR. NICHOLS:  Excuse me one moment.  We don't -- I
13              don't have any more questions.  Mr. Kuhar?
14              Ms. Wagner?
15
16                          CROSS-EXAMINATION
17    BY MS. WAGNER:
18
19         Q.   Ms. Pickens, I have some questions for you, and I'm
20    representing the Education Association here today.  The prior
21    leaves that you took, did they occur over a semester break as
22    this last one did?
23         A.   Well, I took some -- I took a semester, it was never
24    a whole year.  I don't -- I should have gone over my records.
25         Q.   That's all right.  What I'm asking about, you were
```

1    talking about being able to recommend a substitute while you

2    were taking sick leave; is that correct?

3         A.   Um-hum.

4         Q.   But then, if your sick leave extended over a

5    semester break at the end of the semesters, how did that

6    affect selecting a -- your input on selecting someone?

7         A.   I don't know as there was -- it -- the sub just

8    stayed there.  I didn't -- I wasn't ever aware of it going up

9    for bid, that kind of thing.  But, you know, things change

10   administratively, and I just thought that was --

11        Q.   At the time when Ms. Wagner was subbing for you,

12   there was a change in policy that you're aware of?

13        A.   Well, that was the first time I was aware of it,

14   yeah.

15        Q.   When did you actually observe Ms. Wagner in a

16   classroom situation?

17        A.   Maybe I was vague about that.  I didn't observe her

18   in a classroom situation.  I observed the results of her

19   being in a classroom situation.  I discussed it with her

20   cooperating teacher when she student taught, and the results

21   of her being my sub, and the results of her subbing with

22   other people.  You can observe them, you go to assemblies,

23   you notice how they handle the discipline during the

24   assembly.  There's -- but in the actual classroom, teaching a

25   lesson, I never observed her.  Just how she handled students

1    in the cafeteria, hallway, you know, different things like

2    that.  Professional discussions about different things.

3              MS. WAGNER:  No further questions right now.

4

5                          CROSS-EXAMINATION

6    BY MR. KUHAR:

7

8         Q.   I have a few.  I represent the other Defendants,

9    which are the School Board, the District, Mr. Heller, and

10   Mr. Dolecki.  You said that you, and I think you said some of

11   the other teachers, were sort of surprised that Ms. Wagner

12   had not gotten a permanent position because you had this good

13   view of her --

14        A.   Yeah.

15        Q.   -- is that right?

16        A.   Basically, yeah.

17        Q.   You're aware that teachers have bidding rights?

18        A.   Right.

19        Q.   You had them?

20        A.   Yeah.

21        Q.   Do you know how many elementary positions were

22   filled from the time that Ms. Wagner started subbing in

23   August of -- and you have to let me finish the whole

24   question.  It may be long, but they're designed to actually

25   be efficient.

1          A.    I was shaking.

2          Q.    Do you know how many elementary positions were

3    filled with outside candidates -- in other words, people who

4    had no bidding rights -- from the time that Ms. Wagner began

5    subbing in approximately August of 2001 until your leave

6    began?  Do you know how many elementary positions became open

7    and then were not filled by people with bidding rights?  Do

8    you understand the question?

9          A.    I think I do.  But that was not a concern of mine,

10   so that information wouldn't have been -- no.

11         Q.    So you don't know?

12         A.    No.

13         Q.    You didn't track the information at that time?  You

14   had no reason to?

15         A.    No.

16         Q.    What if I told you that there were none?  What if I

17   told you that not a single elementary teacher was hired from

18   the outside during that period?  Do you have any reason to

19   think that that's false?

20         A.    No.  Because -- no.  There are records of all this,

21   so if you're saying it, I assume it's true.

22         Q.    Okay.  If there were some filled with external

23   candidates during that period, do you have any reason to

24   think that the District did not choose the most qualified

25   people?

1      A.    I hope they do.  I have --

2      Q.    You really don't know?

3      A.    No.

4      Q.    Because you weren't involved in the interviews --

5      A.    No.

6      Q.    -- if there even were any?

7      A.    No.

8      Q.    If you don't know the answers, you don't know.  I'm

9  not trying to ask trick questions.  I'm just trying to

10  confirm what you remember, what you don't remember, and maybe

11  even what you never knew or did know at some point, so please

12  bear with me.  I'm not trying to frustrate you.

13      A.    No.  I'm just nervous.

14      Q.    Do you recall when Mr. Charlie Heller joined the

15  District as an administrator?

16      A.    Um-hum.  I was teaching then.

17      Q.    Do you recall whether it was February of 2002?

18      A.    No.

19            MS. WAGNER:  Was that a yes?

20            THE WITNESS:  I just -- when I was teaching, there

21            was a change.

22      Q.    You were describing Ms. Wagner's strengths as a

23  substitute, and you clarified that most of -- most of the

24  reason that you feel that way is because you could tell

25  whether an effective sub had been in or not when you

1    returned; is that right?

2       A.   That's true.

3       Q.   You had also clarified that you had not actually

4    observed her teaching performance.  You did that towards the

5    end of Mr. Nichols' questions, right?  I'm sorry, no,

6    Ms. Wagner's questions.  You did that towards the end of

7    Ms. Wagner's questions.

8       A.   Not classroom, but there are plenty of

9    opportunities, if you're looking for it, to observe a sub's

10   strengths.  And I do that.

11      Q.   I think you listed some --

12      A.   Right.

13      Q.   -- interacting with students in the lunchroom, in

14   the halls?

15      A.   Yes.  And I had also discussed her student teaching

16   with her cooperating teacher.  Which I do with all the ones

17   that come through because there you have an opportunity to

18   discuss their teaching skills with another professional.  And

19   if I respected their opinion, then I would go and discuss it

20   with them.

21      Q.   I understand.  But those things that you just

22   described, the things which put you in a position to write

23   that letter and to have a high opinion of her as a sub, those

24   things really didn't allow you to evaluate some basic aspects

25   of Ms. Wagner as a teacher such as whether she knew what the

1    current Pennsylvania standards were?  You really couldn't

2    tell that, could you?

3        A.   No.  I'm not sure I would want to be quizzed on a

4    lot of the legal things either, but I was a pretty good

5    teacher.

6        Q.   I'm certainly not suggesting you weren't.

7        A.   No.  But I mean -- okay.  Go ahead.  If that's

8    important, no, I don't know if she was a real expert on that.

9        Q.   Is it fair to say that they have been changing a lot

10   over the last few years?

11       A.   Absolutely.

12       Q.   I'm not expecting you to change the way you feel

13   about her as a substitute.

14       A.   I'm not.

15       Q.   But I sense that you're a little defensive, and I'm

16   not attacking you.

17       A.   It's my personality.  It comes off that way, but I

18   really don't mean it to be.

19       Q.   Are you aware of any people who subbed for a lot of

20   years, you know, before becoming a full-time teacher?

21       A.   I know of some.  One in particular that subbed for

22   years, became frustrated, and went with another position out

23   of the District.

24       Q.   Can you approximate how many years?

25       A.   No.  Just a lot.

1    Q.    More than five?

2    A.    Oh, yeah.

3    Q.    More than 10?

4    A.    No.  She -- no.

5    Q.    In that range?

6    A.    I don't know.  Just a long time.  And I could feel

7    her -- that person's frustrations, and they went with another

8    position.

9    Q.    With another District?

10   A.    Yeah.

11   Q.    Was she Caucasian?

12   A.    No.

13   Q.    What was her race?

14   A.    Yeah.  Caucasian.

15   Q.    Okay.  Was she born in this Country, to your

16   knowledge?

17   A.    Yeah.

18   Q.    What was her name?

19   A.    Nickie Stockton.  Nicole Stockton.

20   Q.    Is that the only other -- I'll withdraw that

21   question.  If I ask you to assume for a minute that

22   Ms. Wagner began subbing in around August of 2001 and your

23   long-term vacancy came up around November of 2002, that would

24   mean that she was subbing for a little over one full year,

25   right?  A year and a few months.  Is that fair?  I mean, is

1    my math right?

2        A.    Sounds right.

3        Q.    Is she the only sub that you can think of who subbed

4    that long without getting a long-term vacancy, a long-term

5    substitute position, or have other subs subbed that long or

6    longer?  Other than the one you just mentioned.

7        A.    You know, I really just don't keep track of that

8    stuff.

9        Q.    Sure.  I understand.  Let me ask it this way then:

10   Does every sub who subs for a year and a half get a full-time

11   job?

12       A.    I assume not.  They'd have to be good.

13       Q.    The service in and of itself doesn't get you in?

14   You might sub for five years, but --

15       A.    If you're not good, you wouldn't get asked to be in

16   the room.  You know, you have to build a reputation.  Not

17   every sub that comes in -- I don't care if they sub for 30

18   years, I wouldn't ask them to come and be my sub on a

19   permanent basis.

20       Q.    Is it fair to say that you were never in a position

21   where you would have evaluated candidates for full-time

22   positions with the District?  It was not part of your job; is

23   that fair?

24       A.    No.  I'm a teacher.

25       Q.    Well, meaning, you were not in the personnel office

1    and you were not a principal?

2         A.   No.  I'm just a teacher.

3         Q.   In this lawsuit, the District is defending itself on

4    the basis that it chose the most qualified applicant during

5    the relevant years.  You don't know who the successful

6    candidates were when Ms. Wagner didn't get jobs, do you?  You

7    don't even know who they are?

8         A.   No.

9         Q.   So, therefore, you can't assess whether the

10   District's defense is believable or not, can you?

11        A.   I suppose not.

12        Q.   In other words, you don't know who Ms. Wagner was

13   competing with for all these jobs, right?

14        A.   No.

15        Q.   When you were talking about successful substitutes,

16   you focussed on whether they got done what you needed them to

17   get done, and if not, whether they left you meaningful notes

18   describing what they didn't get done; is that fair?

19        A.   Yeah.

20        Q.   Is it fair to say that a good substitute is somebody

21   who does that?  Basically follows the instructions left for

22   them by the teacher who's not there, you know, follows the

23   orders, executes the orders, and then apprises the regular

24   teacher of what happened during her absence?  Is that fair?

25        A.   Well, to be honest, your best teachers look at

1    what's outlined, evaluate what's happening during the day,

2    and can make adjustments because things come up.  So to say

3    that they go in and regimentally follow what was prescribed,

4    no, that is not your best teacher.

5        Q.    Okay.

6        A.    But to note the changes during the day and why they

7    were made and stuff like that, that's the sign of a good

8    teacher because you have to bend and -- you know, you have to

9    go with the situations as they happen.  And she does that.

10       Q.    In a substitute capacity?

11       A.    Yeah.

12       Q.    That's not something a regular teacher would have to

13   do is leave good notes about what happened for somebody else?

14   They wouldn't do that, right?

15       A.    I don't know.  I did it all the time for myself.

16       Q.    Well, there would be notes for yourself, but not

17   notes for somebody else?

18       A.    Right.  I just think you develop that habit, but

19   anyway.

20       Q.    Did you retire, then, at the end of the '02/'03

21   school year?

22       A.    Yeah.  This is my second year.

23       Q.    So the '03/'04 year you were retired and then the

24   '04/'05?

25       A.    Right.

1      Q.   So this is the third then?

2      A.   No.  This is my second year.

3      Q.   So you did come back after the leave that we've been

4    talking about?

5      A.   Yeah.

6      Q.   And worked a full year?

7      A.   Yeah.

8      Q.   So then that meant you would have worked the '03/'04

9    and retired at the end of '04?

10     A.   Yeah.  You think I would have that down, but I'm

11   just a little too nervous.

12     Q.   You have said a few times that you're nervous, and

13   we've all tried to alleviate that.

14     A.   I've been out of the situation.

15     Q.   But, for the record, your nervousness hasn't made

16   you give wrong answers, has it?

17     A.   I hope not.

18     Q.   To your knowledge?

19     A.   I'm doing my best.

20     Q.   Certainly you're trying your best to be truthful

21   here today, right?

22     A.   Yep.  I'm honest to a fault I've been told.

23     Q.   Do you live near the Wagners?

24     A.   We're both from Cochranton, yeah.  Same side of

25   town.

```
 1        Q.   Small town; isn't it?
 2        A.   Yeah.
 3        Q.   How many people?
 4        A.   I don't know.  It's a borough.
 5        Q.   I understand.
 6        A.   It's a -- not big, it's a borough.
 7        Q.   Meadville's not big compared to Chicago.  Do you
 8   know how many people are in it or not?
 9        A.   Nope.
10        Q.   How many streets away is your house from the
11   Wagners' house?  Or distance, can you approximate the
12   distance?
13        A.   If I tried, and projected, I could say hello to her
14   from the end of my street probably.  It's catty-cornered.
15   They're on Franklin, I'm on Third.
16        Q.   Okay.  And you said, "projected" --
17        A.   Well, it's not -- it's not like we're neighbors.
18   It's like you're -- I can look and see the backyard of their
19   house from my front yard.
20        Q.   Does your husband golf?
21        A.   Yeah.
22        Q.   Think he could hit a golf shot into their yard?
23        A.   On a good day maybe.
24        Q.   You said a few minutes ago that -- well, I withdraw
25   that.  Are your families just friendly or are you actual
```

1   friends?

2       A.   Professional.

3       Q.   Professional.  When you see them, you waive and

4   smile?

5       A.   Yeah.  I had her son, and so if I -- you know, if

6   you -- you just acknowledge people.

7       Q.   And they do it to you?

8       A.   Yeah.

9       Q.   But you don't socialize with them?

10      A.   No.

11           MR. KUHAR:  I need a minute, please.

12           (Pause in the proceedings.)

13           MR. NICHOLS:  We're back on the record, it's now 10

14           of 12:00.  Do you have any more questions,

15           Mr. Kuhar?

16           MR. KUHAR:  Yes.

17      Q.   In the prior situations, when you had recommended

18  substitutes -- I think I got your testimony right on this,

19  but I'm not sure -- you had recommended someone to be your

20  replacement, but it was approved by the administration,

21  right?

22      A.   I assume so.  All I did was, like the principal

23  would ask me, is there anybody in particular you'd like to

24  have in your room, and I would say somebody.  Because I was

25  always pretty much ready for that.

1          Q.   Then the administration recommended to the board,

2    and the board acted upon it?

3          A.   I'm telling you what I witnessed.  I would just say

4    something to the principal, and it happened.

5          Q.   So you don't know whether the administration --

6          A.   I assume that you have to go through a procedure of

7    some sort.

8          Q.   When you say "you have to go through," you mean the

9    administration would have to go through a procedure?

10         A.   Yeah.

11         Q.   Let's put it this way:  You're not saying that you

12   had the authority to actually make the definitive decision

13   that such and such would be the sub?

14         A.   I never thought that was the official policy, but it

15   was, to best of my knowledge, the practice.

16         Q.   And a pattern maybe would be a good way of saying

17   it?

18         A.   It's just, that's what happened to me.

19         Q.   Right.  You --

20         A.   For all the times up to this I just talked to the

21   principal, and then that's who was in the room.

22         Q.   You don't know what happened after you talked to the

23   principal, except that that person ended up in your room?

24   But in between you don't know what did or didn't happen?

25         A.   No.  I never --

1       Q.   You weren't telling the principal, hey, this is who

2    I've chosen, this is who it's going to be, and insisting upon

3    it, right?  You just told him what your thoughts were?

4       A.   I'm a teacher, I'm not administration.

5       Q.   And basically you don't have the authority that he

6    or she would have, right?  The principal?

7       A.   No.  I'm a teacher, and I was asked for my

8    professional opinion, I would offer it, and most of the time,

9    except for this, it was honored.

10             MR. KUHAR:  Okay.

11             MR. NICHOLS:  Ms. Wagner?

12             MS. WAGNER:  No further questions.

13

14                     REDIRECT EXAMINATION

15   BY MR. NICHOLS:

16

17      Q.   Ms. Pickens, just one final question, and then I'll

18   let you go.  That is, when you went on your medical

19   sabbatical in November 2002, when did you return to the

20   classroom?  Do you remember?

21      A.   The fall of the next year.

22             MR. NICHOLS:  Fall of the next year.

23             I want to thank you very much for coming and

24             participating.  Thank you very much.

25             THE WITNESS:  That's it, huh?

1          MR. KUHAR:  You have a decision to make.  The court
2          reporter does her best to get this all down
3          correctly, but, of course, sometimes there are
4          mistakes.  You have the right to have the court
5          reporter mail a draft transcript to you --
6          THE WITNESS:  I would appreciate it.
7          MR. KUHAR:  -- or you can waive it and just rely
8          upon her best efforts.  Those are your choices.
9          THE WITNESS:  I would just like a record of it.
10         MR. KUHAR:  Do you want it to be sent to you so you
11         can look for corrections, or do you just want a
12         copy --
13         THE WITNESS:  Just a copy of what occurred.
14         MR. KUHAR:  So she's waiving her right -- is that
15         how you interpret that?  She's waiving her right to
16         review it?  It doesn't matter to me.
17         MR. NICHOLS:  You don't wish to review it, that's
18         fine.
19         MS. WAGNER:  Ms. Pickens, you can review it, and
20         you have an opportunity to correct an error in
21         transcription.  So that if a word is something
22         like -- of course, I can't think of a word.  But
23         some word that sounds like another word is
24         substituted and you meant a different word, you can
25         correct that.

1            THE WITNESS:  I think maybe I better.

2            MS. WAGNER:  It's a good idea to review it.

3

4            (Deposition concluded at 11:59 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'02/'03
[1] 33:20
'03/'04
[2] 33:23 34:8
'04
[1] 34:9
'04/'05
[1] 33:24
'69
[3] 5:21 6:1 6:9
'72
[1] 5:21

**0**

04-264
[1] 1:4

**1**

10
[3] 2:12 30:3 34:13
10:58
[1] 1:18
112
[1] 5:17
11:59
[1] 40:4
120
[1] 2:9
12:00
[1] 36:14
15203
[1] 2:12
1585
[1] 2:4
16335
[1] 1:19
16501
[1] 2:9
16507
[1] 2:5
17
[1] 13:14
19th
[1] 2:12

**2**

2
[7] 8:13 8:13 8:15 8:15 8:
16:9 2:9:8
2000
[1] 6:22
2001
[4] 7:19 11:3 26:5 30:22
2002
[11] 7:21 11:11 11:19 13:
14 14:8 14:9 16:25 17:9 27:
17 30:23 38:19
2005
[1] 1:18
25
[1] 1:17
27
[1] 17:9

**3**

30
[1] 31:17
36
[3] 12:1 12:4 16:21

**7**

7
[1] 14:8

**A**

A. . . . . . . . . . . . . . . . . . . . . .8
[1] 3:10
Able

Absence
[1] 32:24
Absolutely
[2] 4:15 29:11
Accomplish
[2] 12:23 19:9
Accomplished
[1] 19:7
Accused
[4] 20:8 20:11 20:13 21:22
Acknowledge
[1] 36:6
Acknowledged
[1] 9:8
Acknowledges
[1] 10:3
Acted
[1] 37:2
Actual
[2] 24:24 35:25
Adjustments
[1] 33:2
Administration
[8] 13:14 22:12 22:20 36:
20 37:1 37:5 37:9 38:4
Administrative
[1] 17:4
Administratively
[1] 24:10
Administrator
[1] 27:15
Admission
[1] 8:16
Admissions
[2] 8:8 8:13
Admit
[1] 8:18
Affect
[1] 24:6
Ago
[1] 35:24
Ahead
[1] 29:7
Alleged
[1] 22:14
Alleviate
[1] 34:13
Allow
[1] 28:24
Answer
[3] 8:14 15:2 15:3
Answering
[1] 16:7
Answers
[2] 27:8 34:16
Anyway
[2] 10:2 33:19
Appearing
[1] 8:4
Applicant
[1] 32:4
Applicants
[2] 22:20 23:9
Appreciate
[1] 39:6
Appreciated
[1] 19:16
Apprises
[1] 32:23
Approach
[1] 8:2
Approached
[1] 20:15
Approved
[1] 36:20
Approximate
[4] 6:21 20:16 29:24 35:11
Aspects
[1] 28:24

Assurances
[1] 24:22
Assembly
[1] 24:24
Assess
[1] 32:9
Assistant
[3] 1:6 2:7 8:11
Association
[4] 1:10 2:10 9:9 23:20
Assume
[5] 26:21 30:21 31:12 36:
22 37:6
Attached
[1] 8:19
Attacking
[1] 29:16
Attention
[1] 7:25
August
[3] 25:23 26:5 30:22
Authority
[2] 37:12 38:5
Available
[1] 16:17
Aware
[6] 17:11 24:8 24:12 24:13
25:17 29:19

**B**

B. . . . . . . . . . . . . . . . . . . . . .8
[1] 3:11
Bachelor's
[1] 5:21
Background
[2] 5:19 9:6
Backyard
[1] 35:18
Based
[5] 10:2 12:10 19:5 19:3
20:2
Basic
[1] 28:24
Basis
[3] 16:21 31:19 32:4
Bear
[1] 27:12
Became
[2] 26:6 28:22
Becoming
[3] 20:4 20:5 28:20
Began
[4] 14:7 26:4 26:6 30:22
Begin
[1] 15:17
Believable
[1] 30:10
Bend
[1] 33:8
Best
[13] 11:19 13:25 14:16 18:
16 21:9 21:24 30:25 33:4
34:19 34:20 37:15 39:2 39:8
Better
[2] 13:2 40:1
Between
[3] 18:13 30:10 37:24
Bid
[4] 16:4 15:11 17:23 24:9
Bidding
[3] 25:17 26:4 26:7
Big
[2] 35:6 35:7
Black
[2] 1:16 1:25
Board
[7] 1:5 2:6 8:9 9:23 25:9
37:1 37:2
Born
[1] 30:15
Borough

Assemblies
Bottom
[1] 9:12
Bought
[2] 5:23 6:4
Box
[1] 2:4
Brain
[1] 21:10
Break
[4] 5:2 5:3 23:21 24:5
Bring
[1] 5:18
Brought
[1] 7:25
Build
[1] 31:16
Building
[4] 6:11 6:17 11:15 13:24

**C**

C. . . . . . . . . . . . . . . . . . . . . .9
[1] 3:12
Cafeteria
[1] 25:1
Caleb
[2] 2:4 4:7
Candidates
[4] 22:19 23:9 26:3 26:23
31:21 32:6
Capacity
[1] 33:10
Care
[1] 31:17
Caring
[1] 12:15
Case
[1] 1:4
Catty
[1] 35:14
Catty-cornered
[1] 35:14
Caucasian
[2] 30:11 30:14
Central
[13] 1:5 1:5 1:9 2:6 2:6 2:
10 4:9 5:21 5:25 6:8 7:20
8:9 8:9
Certainly
[3] 11:23 29:6 34:20
Chance
[1] 8:24
Change
[10] 15:22 16:9 16:25 17:1
17:2 17:5 24:9 24:12 27:21
29:12
Changed
[2] 15:13 18:4
Changes
[2] 17:4 33:6
Changing
[1] 39:9
Charles
[3] 1:6 2:6 8:10
Charlie
[1] 27:14
Check
[2] 11:22 18:25
Chicago
[1] 35:7
Children
[1] 19:17
Choices
[1] 39:8
Choose
[1] 26:21
Chose
[1] 32:4
Chosen
[1] 36:2
Clarified

[2] 27:21 28:1
**Class**
[2] 10:22 21:25
**Classes**
[1] 11:2
**Classroom**
[12] 6:4 7:16 17:9 17:13 17:15 19:6 24:16 24:18 24: 19 24:24 28:8 38:20
**Clear**
[7] 4:20 4:23 13:10 15:10 15:19 19:9 19:11
**Cochranton**
[2] 5:17 34:24
**Colleague**
[1] 7:1
**Colleagues**
[3] 5:7 7:2 7:8
**College**
[1] 7:5
**Coming**
[3] 4:8 22:10 38:23
**Commencing**
[1] 1:18
**Commonwealth**
[1] 1:17
**Compared**
[1] 35:7
**Competing**
[1] 32:13
**Complaint**
[1] 22:6
**Composed**
[1] 10:5
**Concept**
[1] 19:10
**Concern**
[3] 9:23 13:14 26:9
**Concerning**
[1] 13:16
**Concluded**
[1] 40:4
**Conducted**
[1] 17:13
**Confirm**
[1] 27:10
**Confused**
[1] 20:25
**Continue**
[1] 16:10
**Continued**
[1] 6:5
**Conversation**
[14] 14:19 14:22 16:8 17: 20 18:8 18:13 18:15 18:18 18:20 18:21 18:24 20:10 20: 14 20:19
**Conversations**
[1] 13:15
**Cooperating**
[2] 24:20 28:16
**Copy**
[5] 8:22 8:23 8:25 39:12 39:13
**Cornered**
[1] 35:14
**Correct**
[6] 7:22 14:8 14:9 24:2 39: 20 39:25
**Corrected**
[1] 13:3
**Corrections**
[1] 39:11
**Correctly**
[1] 39:3
**Counter**
[1] 18:11
**Country**
[1] 30:15
**County**
[4] 1:18 5:22 6:1 6:4

**Couple**
[1] 6:17
**Course**
[10] 4:17 6:14 7:5 7:5 8:5 10:14 12:4 22:21 39:3 39:22
**Court**
[3] 1:1 39:1 39:4
**Courthouse**
[1] 1:19
**Crawford**
[11] 1:5 1:5 1:9 1:18 2:6 2:6 2:10 4:9 5:22 5:24 5: 25 6:1 6:6 6:8 7:20 8:8 8:9
**Cross-Examination**
[4] 3:5 3:6 23:16 25:5
**Current**
[1] 29:1

---

### D

**Date**
[2] 8:16 14:14
**Days**
[10] 10:23 14:2 14:4 15:7 15:22 17:12 17:21 17:23 17: 24 18:3
**December**
[1] 16:4
**Decision**
[2] 37:12 39:1
**Defendant**
[4] 1:10 8:14 9:8 10:3
**Defendants**
[4] 1:7 8:8 8:18 25:8
**Defendants'**
[1] 8:7
**Defending**
[1] 32:3
**Defense**
[1] 32:10
**Defensive**
[1] 29:15
**Definitive**
[1] 37:12
**Denial**
[1] 21:13
**Deposed**
[1] 4:8
**Deposition**
[8] 1:15 3:10 3:11 3:12 4: 10 8:20 9:13 40:4
**Described**
[1] 28:22
**Describing**
[2] 27:22 32:18
**Designed**
[1] 25:24
**Desk**
[1] 13:2
**Develop**
[1] 33:18
**Different**
[5] 19:23 22:23 25:1 25:2 39:24
**Difficulties**
[1] 22:4
**Direct**
[3] 3:4 4:4 20:23
**Directed**
[2] 8:8 21:3
**Discipline**
[3] 12:12 19:7 24:23
**Discrimination**
[1] 22:15
**Discuss**
[3] 14:15 28:18 28:19
**Discussed**
[2] 24:19 28:15
**Discussion**
[4] 7:25 13:19 13:25 18:5
**Discussions**
[1] 25:2

**Dismissal**
[1] 17:14
**Disqualified**
[1] 20:5
**Disqualify**
[1] 20:3
**Distance**
[2] 35:11 35:12
**District**
[23] 1:1 1:1 1:5 2:6 4:9 4: 10 5:8 6:4 6:9 7:20 8:9 8: 10 9:25 12:2 22:14 22:24 25:9 26:24 27:15 29:23 30: 9 31:22 32:3
**District's**
[1] 32:10
**Dolecki**
[6] 1:6 2:6 8:10 13:16 13: 21 25:10
**Done**
[3] 32:16 32:17 32:18
**Doors**
[2] 6:17 6:25
**Down**
[6] 6:18 6:25 7:3 18:23 34: 10 39:2
**Dr**
[2] 9:22 17:20
**Draft**
[1] 39:5
**Drafted**
[2] 8:17 13:7
**Drink**
[1] 5:5
**Duly**
[1] 4:2
**During**
[14] 4:17 10:13 12:4 16:8 18:7 18:7 22:21 24:23 26: 10 26:23 32:4 32:24 33:1 33:6

---

### E

**Early**
[1] 19:14
**Edinboro**
[1] 5:20
**Education**
[5] 1:9 2:10 5:23 6:3 23:20
**Effective**
[1] 27:25
**Efficient**
[1] 25:25
**Efforts**
[1] 39:8
**Either**
[1] 29:4
**Elementary**
[4] 25:21 26:2 26:6 26:17
**Employed**
[3] 4:10 5:22 5:23
**End**
[8] 12:3 15:17 24:5 28:5 28:6 33:20 34:9 35:14
**Ended**
[1] 37:23
**Enjoying**
[2] 4:14 15:18
**Erie**
[3] 1:4 2:5 2:9
**Error**
[1] 39:20
**Esquire**
[3] 2:4 2:8 2:11
**Establishing**
[1] 16:2
**Estimate**
[2] 6:21 11:19
**Evaluate**
[4] 10:22 12:5 28:24 33:1
**Evaluated**

**Examination**
[4] 3:4 3:7 4:4 38:14
**Except**
[2] 37:23 38:9
**Excuse**
[2] 14:23 23:12
**Executes**
[1] 32:23
**Exhibit**
[1] 8:20
**Exhibits**
[1] 8:20
**Expecting**
[1] 29:12
**Experience**
[2] 12:10 16:22
**Expert**
[1] 29:8
**Explaining**
[1] 15:6
**Express**
[1] 22:3
**Extended**
[2] 10:25 24:4
**External**
[1] 26:22

---

### F

**Face**
[3] 20:14 21:20 21:21
**Fair**
[7] 29:9 30:25 31:20 31:23 32:18 32:20 32:24
**Fall**
[2] 38:21 38:22
**False**
[1] 26:19
**Families**
[1] 35:25
**Fashion**
[1] 12:24
**Fault**
[1] 34:22
**February**
[1] 27:17
**Feelers**
[1] 19:23
**Feelings**
[1] 21:14
**Ferguson**
[1] 1:25
**Few**
[7] 4:16 21:13 25:8 29:10 30:25 34:12 35:24
**Filed**
[1] 22:12
**Files**
[1] 19:1
**Filled**
[4] 25:22 26:3 26:7 26:22
**Final**
[1] 38:17
**Fine**
[3] 10:7 22:1 39:18
**Finish**
[4] 12:19 15:2 15:3 25:23
**First**
[7] 4:1 4:18 7:3 8:7 11:6 12:22 24:13
**Five**
[3] 11:21 30:1 31:14
**Focus**
[1] 8:12
**Focussed**
[1] 32:16
**Follow**
[3] 12:20 22:10 33:3
**Follow-up**

**Follows**
[3] 4:2 32:21 32:22
**Formally**
[1] 8:1
**Forward**
[1] 5:19
**Four**
[2] 11:21 17:12
**Frame**
[1] 14:6
**Franklin**
[1] 35:15
**Frequently**
[1] 11:22
**Friendly**
[1] 35:25
**Friends**
[1] 36:1
**Front**
[1] 35:19
**Frustrate**
[1] 27:12
**Frustrated**
[1] 29:22
**Frustration**
[1] 21:13
**Frustrations**
[2] 22:3 30:7
**Full**
[8] 5:14 20:4 20:5 29:20
30:24 31:10 31:21 34:6
**Full-time**
[5] 20:4 20:5 29:20 31:10
31:21

### G

**Game**
[1] 21:15
**Games**
[3] 13:1 19:25 21:15
**General**
[2] 14:16 14:17
**Given**
[1] 8:14
**Golf**
[2] 35:20 35:22
**Gornall**
[1] 2:8
**Grade**
[1] 7:3
**Graduated**
[1] 5:20
**Grievances**
[1] 22:12
**Guess**
[2] 15:18 16:24
**Guilty**
[1] 21:16

### H

**Habit**
[2] 10:22 33:18
**Half**
[1] 31:10
**Hall**
[1] 7:3
**Halls**
[1] 28:14
**Hallway**
[1] 25:1
**Handle**
[1] 24:23
**Handled**
[1] 24:25
**Harassment**
[1] 22:17
**Heard**
[2] 21:19 21:20
**Heller**

16 13:21 13:22 13:23 14:15
16:9 17:9 17:20 18:5 18:13
18:21 20:8 20:11 20:20 21:
7 21:8 25:9 27:14
**Heller's**
[2] 16:25 18:9
**Hello**
[1] 35:13
**Help**
[2] 7:11 13:5
**Hereto**
[1] 8:19
**High**
[1] 28:23
**Hired**
[1] 26:17
**Hit**
[1] 35:22
**Holdnack**
[1] 1:25
**Holidays**
[1] 16:4
**Honest**
[2] 32:25 34:22
**Honestly**
[1] 18:14
**Honored**
[2] 14:21 38:9
**Hope**
[3] 4:20 27:1 34:17
**House**
[3] 35:10 35:11 35:19
**Hum**
[4] 10:16 17:16 18:1 27:16
**Husband**
[1] 35:20

### I

**Idea**
[1] 40:2
**Identification**
[2] 8:21 9:14
**III**
[3] 1:6 2:7 8:10
**Immediate**
[1] 21:12
**Important**
[1] 29:8
**Impressed**
[1] 13:5
**Inc**
[1] 1:25
**Information**
[3] 9:6 26:10 26:13
**Input**
[1] 24:6
**Insisting**
[1] 38:2
**Instructional**
[1] 4:17
**Instructions**
[1] 32:21
**Interacting**
[1] 28:13
**Interaction**
[1] 21:22
**Interpret**
[1] 39:15
**Interruption**
[1] 6:10
**Interviews**
[1] 27:4
**Involved**
[2] 23:10 27:4
**Issue**
[1] 16:18
**Itself**
[2] 31:13 32:3

### J

**January**
[3] 15:12 15:15 15:16
**Job**
[5] 7:14 7:15 13:6 31:11
31:22
**Jobs**
[2] 32:6 32:13
**Joined**
[1] 27:14
**Joye**
[3] 1:15 33:15 35

### K

**Keep**
[2] 12:13 31:7
**Kid**
[1] 19:12
**Kids**
[2] 11:16 12:14
**Kind**
[2] 16:20 24:9
**Knowledge**
[3] 30:16 34:18 37:15
**Knox**
[1] 2:8
**Kiser**
[30] 1:28:5 2:5 7:12 19:15-
2:10 17:2 6:21 11:22 25
23:3 23:13 25:6 36:11 36:
15 36:16 38:10 39:1 39:7
39:10 39:14
**Kiser..........................25**
[1] 36

### L

**Last**
[4] 15:2 15:3 23:22 29:10
**Lawsuit**
[2] 4:8 32:3
**Leave**
[7] 10:25 14:5 24:12 24:4
36:5 33:13 34:3
**Leaves**
[2] 16:13 23:21
**Leaving**
[1] 13:4
**Left**
[5] 12:22 13:2 19:9 31:17
32:21
**Legal**
[1] 19:4
**Lesson**
[3] 11:16 19:8 31:15
**Letter**
[18] 8:17 8:19 9:9 9:9 10:9:
10:9 12:9 16:9 18:9 20:9:
20:10 4:10:12 13:7 13:13
13:19 19:6 19:23 23:23
**Lie**
[1] 19:6
**Life**
[1] 12:10
**Lined**
[2] 16:5 16:6
**Listed**
[1] 29:11
**Live**
[1] 31:23
**Long-term**
[5] 21:4 22:4 30:23 31:4
31:4
**Lock**
[4] 12:21 32:15 25:18 19:11
**Locking**
[1] 13:9
**Loop**
[1] 15:18
**Louise**
[1] 5:15

### M

**Mail**
[1] 39:5
**Maintain**
[2] 12:12 12:23
**Mannerism**
[1] 12:13
**Mark**
[2] 2:8 8:3
**Marked**
[4] 8:20 9:9 9:10 9:13
**Master's**
[1] 5:21
**Material**
[1] 19:15
**Math**
[1] 31:1
**Matter**
[1] 39:16
**McCune**
[1] 2:11
**McLaughlin**
[1] 2:8
**Meadville**
[1] 1:19
**Meadville's**
[1] 35:7
**Mean**
[10] 5:24 6:21 19:13 20:15
22:6 29:7 29:18 30:24 30:
25 37:8
**Meaning**
[1] 31:25
**Meaningful**
[1] 32:17
**Means**
[3] 5:2 5:3 22:25
**Meant**
[2] 34:8 39:24
**Medical**
[2] 10:14 38:18
**Members**
[1] 23:8
**Memory**
[1] 18:16
**Mentioned**
[2] 13:15 31:6
**Message**
[1] 12:13
**Met**
[1] 14:15
**Meter**
[3] 17:12 18:8 18:12
**Michael**
[3] 1:6 2:6 8:10
**Might**
[3] 5:18 8:3 31:14
**Mind**
[1] 13:8
**Mine**
[1] 26:9
**Minute**
[2] 30:21 36:11
**Minutes**
[1] 35:24
**Mistakes**
[1] 39:4
**Moment**
[1] 23:12
**Months**
[1] 30:25
**Most**
[7] 6:9 19:20 26:24 27:23
27:23 32:4 38:8
**Mostly**
[1] 12:9

## N

Name
[4] 5:14 9:11 16:16 30:18
Nature
[2] 4:17 13:25
Near
[1] 34:23
Neat
[1] 13:3
Need
[1] 36:11
Needed
[1] 32:16
Needs
[2] 12:19 13:5
Neighbors
[1] 35:17
Nervous
[3] 27:13 34:11 34:12
Nervousness
[1] 34:15
Never
[8] 10:24 14:18 23:23 24:
25 27:11 31:20 37:14 37:25
Next
[4] 11:16 12:21 19:21 36:22
Nichols
[14] 2:4 4:7 8:22 8:24 9:2
9:5 10:10 20:22 23:12 26:
13 38:11 39:15 39:22 35:17
Nichols'
[1] 28:5
Nichols.........................4
[1] 3:4
Nichols...................38
[1] 3:7
Nickie
[1] 30:19
Nicole
[1] 30:19
None
[1] 26:16
Notary
[1] 1:16
Note
[2] 20:17 35:6
Notes
[8] 13:4 13:4 19:9 19:13
30:17 33:13 35:16 35:17
Notice
[1] 24:23
November
[5] 11:11 11:19 13:14 14:8
17:8 17:8 17:9 30:23 39:19

## O

Objection
[2] 8:18 20:17
Oblige
[1] 5:1
Observation
[4] 17:10 17:13 19:2 19:4
Observations
[1] 20:2
Observe
[8] 7:10 7:16 12:16 20:3
24:15 24:17 34:22 38:9
Observed
[5] 10:10 11:2 24:19 24:25
28:4
Obtain
[1] 13:9
Obtained
[1] 22:9
Obtaining
[1] 22:4
Occasion
[3] 10:19 18:22 20:7
Occasions
[1] 11:24

Occurred
[2] 18:8 39:13
October
[1] 1:17
Offer
[1] 38:8
Office
[7] 7:25 13:20 13:24 18:9
18:10 18:11 31:25
Official
[2] 14:5 37:14
Officials
[2] 23:7 23:8
One
[12] 7:2 16:12 17:7 19:5
19:24 23:2 23:12 23:22 29:
21 30:24 31:6 38:17
Ones
[1] 28:16
Open
[1] 26:6
Openings
[1] 22:10
Opinion
[3] 28:19 28:23 38:8
Opportunities
[1] 28:9
Opportunity
[4] 7:7 12:5 28:17 39:20
Order
[2] 12:23 13:1
Orderly
[1] 12:23
Orders
[2] 32:23 32:23
Organization
[1] 19:7
Outlined
[1] 33:1
Outside
[2] 26:3 26:18
Overheard
[1] 20:22
Owned
[1] 6:4

## P

P.O.
[1] 2:4
Page
[2] 8:13 8:15
Paragraph
[5] 8:13 8:15 9:2 9:4 9:8
Pardon
[1] 9:19
Part
[2] 8:12 31:22
Participating
[1] 38:24
Particular
[2] 29:21 36:23
Pattern
[1] 37:16
Pause
[1] 36:12
PC
[1] 2:8
Pennsylvania
[5] 1:1 1:17 1:19 5:17 29:1
People
[8] 24:22 26:3 26:7 26:25
29:19 35:3 35:8 36:6
Performance
[1] 28:4
Period
[3] 18:7 26:18 26:23
Permanent
[1] 25:12 31:19

Person
[2] 13:4 37:23
Person's
[1] 30:7
Personable
[1] 12:15
Personality
[1] 29:17
Personnel
[1] 31:25
Pickens
[20] 1:15 3:3 3:10 3:11 3:
12 4:5 4:7 5:15 5:16 8:17
8:20 9:4 9:10 9:11 9:11 9:
13 16:11 23:19 38:17 39:19
Pittsburgh
[1] 2:12
Plaintiff
[2] 1:3 2:3
Plaintiff's
[2] 8:7 8:15
Play
[2] 21:1 21:15
Player
[1] 21:15
Playing
[5] 20:8 20:12 20:14 20:24
21:4
Pleasant
[1] 12:15
Plenty
[1] 28:8
Point
[2] 20:18 27:11
Policy
[5] 15:6 16:10 16:12 24:12
37:14
Politics
[7] 20:9 20:12 20:14 20:24
21:1 21:4 21:23
Pose
[1] 5:6
Position
[13] 14:7 20:9 21:5 21:23
21:24 22:5 22:9 25:12 28:
22 29:22 30:11 31:5 31:20
Positions
[6] 22:20 23:9 25:21 26:2
26:6 31:22
Possible
[2] 4:21 4:24
Potential
[1] 22:19
Practice
[4] 16:10 16:13 16:22 37:15
Precise
[1] 14:10
Preliminary
[1] 4:16
Prepared
[2] 9:10 9:16
Prescribed
[1] 33:3
Pretty
[6] 13:10 16:14 19:22 20:
18 29:4 36:25
Previously
[1] 4:10
Principal
[11] 14:21 14:23 16:14 16:
15 32:1 36:22 37:4 37:21
37:23 38:1 38:6
Private
[1] 18:11
Privy
[1] 8:8 18:12
Problem
[3] 15:8 15:9 15:24
Procedure
[2] 37:6 37:9
Proceed
[1] 5:10

Proceedings
[1] 36:12
Professional
[5] 25:2 28:18 36:2 36:3
38:8
Projected
[2] 35:13 35:16
Public
[1] 1:16
Pursuant
[1] 8:5
Put
[3] 13:1 28:22 37:11

## Q

Qualified
[2] 26:24 32:4
Qualities
[2] 12:11 12:16
Questioning
[1] 9:3
Questions
[12] 5:6 5:9 5:11 23:13 23:
19 25:3 27:9 28:5 28:6 28:
7 36:14 38:12
Quit
[1] 14:12
Quiz
[1] 11:16
Quizzed
[1] 29:3

## R

Race
[1] 30:13
Range
[1] 30:5
Read
[1] 10:12
Ready
[1] 36:25
Real
[1] 29:8
Really
[8] 11:15 19:15 22:8 27:2
28:24 29:1 29:18 31:7
Reason
[4] 26:14 26:18 26:23 27:24
Reasons
[1] 10:16
Receipt
[1] 9:8
Receive
[1] 10:3
Received
[2] 8:5 8:18
Recent
[1] 6:9
Recognize
[2] 9:12 10:4
Recollect
[1] 14:1
Recollection
[1] 21:9
Recommend
[1] 24:1
Recommendations
[1] 22:22
Recommended
[6] 22:19 23:8 23:9 36:17
36:19 37:1
Record
[12] 4:19 4:25 4:25 5:3 5:
4 5:14 8:3 9:5 11:25 34:15
36:13 39:9
Records
[4] 11:22 22:23 23:24 26:20
Redirect
[2] 3:7 38:14
Reduced
[1] 18:22

Regimentary
[1] 33:3
Regular
[2] 32:23 33:12
Relay
[1] 15:20
Relevant
[1] 32:5
Rely
[1] 39:7
Remark
[3] 20:23 21:3 21:19
Remarks
[1] 4:16
Remember
[17] 9:18 14:16 18:14 18:
16 18:20 18:25 20:13 21:14
21:21 23:1 23:3 23:4 23:5
23:6 27:10 27:10 38:20
Replace
[2] 14:18 18:7
Replacement
[2] 13:17 36:20
Replacing
[1] 14:7
Reported
[1] 1:25
Reporter
[2] 39:2 39:5
Reporting
[1] 1:25
Represent
[1] 25:8
Representing
[1] 23:20
Represents
[2] 5:7 5:8
Reputation
[1] 31:16
Request
[10] 7:24 8:1 8:7 8:13 8:
15 10:16 10:18 14:21 16:12
17:24
Requested
[3] 7:23 11:14 15:5
Requesting
[2] 15:8 18:6
Reside
[1] 5:16
Respected
[1] 28:19
Response
[2] 20:1 21:12
Responses
[2] 4:19 8:7
Restroom
[1] 5:5
Results
[3] 24:18 24:20 24:21
Retire
[1] 33:20
Retired
[4] 4:12 6:6 33:23 34:9
Retirement
[4] 4:14 6:9 15:19 21:10
Return
[1] 38:19
Returned
[1] 28:1
Review
[4] 39:16 39:17 39:19 40:2
Rights
[3] 25:17 26:4 26:7
Room
[15] 5:23 6:5 11:3 12:22
12:23 12:25 14:12 15:24 16:
16 17:22 17:23 31:16 36:24
37:21 37:23
Rowena
[2] 1:2 15:20
Rumors

S

Sabbatical
[8] 7:22 10:14 10:14 14:25
15:4 15:7 18:7 38:19
Sabbaticals
[1] 14:20
Satisfied
[3] 11:1 11:15 11:17
School
[17] 1:5 1:5 2:6 2:6 4:9 4:
10 5:8 6:8 7:20 8:9 8:9 9:
25 12:2 22:14 22:24 25:9
33:21
Searching
[1] 21:10
Second
[5] 6:7 14:25 15:4 33:22
34:2
Secretary's
[1] 18:10
See
[5] 9:1 10:9 17:24 35:18
36:3
Seek
[1] 4:19
Selecting
[2] 24:6 24:6
Semester
[3] 23:21 23:23 24:5
Semesters
[14] 14:3 14:3 14:4 15:10
15:10 15:12 15:13 15:17 15:
22 16:5 16:6 16:7 17:21 24:
5
Send
[1] 18:22
Sennett
[1] 2:8
Sense
[1] 29:15
Sent
[5] 9:18 9:20 9:21 9:23 39:
10
Sequence
[1] 15:14
Seriously
[1] 13:6
Service
[2] 11:14 31:13
Set
[1] 18:23
Sexual
[1] 22:17
Shaking
[1] 26:1
Shannon
[1] 2:11
Shot
[1] 35:22
Show
[1] 9:11
Shows
[1] 8:4
Sick
[11] 10:23 14:2 14:4 15:7
15:22 17:21 17:23 17:24 18:
3 24:2 24:4
Side
[1] 34:24
Sign
[1] 33:7
Simply
[2] 18:24 21:2
Single
[1] 26:17
Sitting
[1] 22:25
Situation
[4] 24:16 24:18 24:19 34:14
Situations

Skills
[1] 28:18
Small
[1] 35:1
Smile
[1] 36:4
Socialize
[1] 36:9
Someone
[4] 20:13 21:18 24:6 36:19
Sometime
[1] 15:15
Sometimes
[3] 11:13 12:24 39:3
Son
[1] 36:5
Sondra
[2] 1:16 1:25
Sorry
[1] 28:5
Sort
[2] 25:11 37:7
Sounds
[2] 31:2 39:23
South
[1] 2:12
Speaking
[1] 16:21
Special
[2] 5:23 6:3
Specify
[1] 8:16
Standards
[1] 29:1
Standing
[1] 18:17
Start
[2] 5:18 10:22
Started
[8] 5:12 5:25 7:4 7:19 11:
3 11:4 16:2 25:22
State
[5] 5:14 5:20
States
[2] 1:1 8:14
Stating
[1] 9:6
Stayed
[1] 24:8
Stockton
[2] 30:19 30:19
Stood
[1] 19:15
Stop
[1] 8:2
Street
[4] 2:9 2:12 5:17 35:14
Streets
[1] 35:10
Strengths
[4] 19:5 19:6 27:22 28:10
Stress
[1] 19:12
Student
[9] 6:17 6:24 7:1 7:9 7:12
7:17 12:5 24:20 28:15
Students
[2] 24:25 28:13
Stuff
[4] 10:23 17:5 31:8 33:7
Sub
[20] 10:17 10:23 10:24 11:
5 11:14 14:4 17:24 18:4 21:
24 24:7 24:21 27:25 28:23
31:3 31:10 31:14 31:17 31:
17 31:18 37:13
Sub's
[1] 28:9
Subbed
[9] 10:21 11:6 11:7 11:12

Subbing
[8] 10:20 11:8 24:11 24:21
25:22 26:5 30:22 30:24
Subpoena
[1] 8:5
Subs
[4] 19:10 22:7 31:5 31:10
Subsequent
[1] 13:15
Subsequently
[2] 17:12 17:14
Substitute
[15] 7:19 7:21 10:13 10:19
12:8 12:9 14:18 18:6 22:11
24:1 27:23 29:13 31:5 32:
20 33:10
Substituted
[2] 19:4 39:24
Substitutes
[2] 32:15 36:18
Substituting
[1] 7:4
Successful
[2] 32:5 32:15
Suggesting
[1] 29:6
Suing
[1] 4:9
Superintendent
[6] 1:6 1:7 2:6 2:7 8:10 8:
11
Suppose
[1] 32:11
Supposed
[1] 11:11
Surprised
[9] 14:19 15:19 16:20 17:7
17:14 17:17 17:19 18:3 25:
11
Sworn
[1] 4:2

T

Task
[1] 19:7
Taught
[5] 6:17 7:1 7:1 12:1 24:20
Teach
[3] 6:2 19:7 23:11
Teacher
[23] 6:2 6:12 7:17 12:11
15:5 19:6 20:4 20:5 24:20
26:17 28:16 28:25 29:5 29:
20 31:24 32:2 32:22 32:24
33:4 33:8 33:12 38:4 38:7
Teachers
[10] 7:18 12:5 12:8 12:9
22:9 22:11 23:7 25:11 25:
17 32:25
Teaching
[17] 7:9 7:12 12:10 14:12
19:3 20:3 20:9 21:4 22:4
22:20 23:9 24:24 27:16 27:
20 28:4 28:15 28:18
Tenth
[1] 2:9
Tenure
[2] 6:8 22:21
Term
[5] 21:4 22:4 30:23 31:4
31:4
Terms
[1] 7:12
Testified
[1] 4:2
Testimony
[1] 36:18
Thanksgiving
[2] 16:3 16:3
Therefore
[1] 32:9
Third

Thoughts
[1] 38:3
Three
[1] 11:24
Timing
[1] 13:18
Today
[6] 4:8 8:5 19:23 22:25 23:
20 34:21
Took
[4] 13:5 23:21 23:23 23:23
Totally
[1] 19:24
Towards
[2] 28:4 28:6
Town
[2] 34:25 35:1
Track
[2] 26:13 31:7
Train
[1] 10:25
Training
[2] 10:22 11:3
Transcribed
[1] 4:20
Transcript
[1] 39:5
Transcription
[1] 39:21
Trick
[1] 27:9
Tried
[3] 21:23 34:13 35:13
Trouble
[1] 13:12
True
[2] 26:21 28:2
Truthful
[1] 34:20
Try
[2] 4:23 7:10
Trying
[5] 21:22 27:9 27:9 27:12
34:20
Tuesday
[1] 1:17
Turn
[1] 19:2
Two
[4] 5:22 6:25 11:23 19:5

U

Um-hum
[8] 4:11 6:15 7:6 10:16 17:
16 18:1 24:3 27:16
Under
[1] 7:2
Undergraduate
[1] 5:19
Understandable
[2] 4:21 4:23
Understood
[2] 15:20 20:22
Uninterrupted
[1] 6:10
Union
[4] 5:9 23:7 23:8 23:8
UNITED
[1] 1:1
University
[1] 5:20
Up
[18] 4:23 10:24 12:20 13:3
14:3 14:3 15:7 15:10 15:11
16:5 16:7 17:21 17:23 24:8
30:23 33:2 37:20 37:23
Upset
[1] 21:17

V

Vacancy
[2] 30:23 31:4
Vague
[3] 8:16 20:18 21:17
Verbal
[1] 18:24
Verbalize
[1] 4:18
View
[1] 25:13
Virginia
[1] 4:22
Voice
[1] 4:22

W

Wagner
[45] 1:22 1:4 8:5 8:6 14:
6 15:8 22:9 19:3 10:9 10:
11 10:13 10:18 14:7 14:17
17:10 17:13 18:6 20:8 20:9
20:11 20:23 20:25 21:3 21:
4 21:9 22:3 23:5 23:14 23:
17 24:11 24:15 25:3 25:11
25:22 26:4 27:19 28:5 30:
22 30:6 32:12 39:11 39:12
35:19 40:2
Wagner's
[6] 13:16 19:3 20:2 27:22
29:6 30:7
Wagner........................23
[1] 35
Wagners
[1] 34:23
Wagners'
[1] 35:11
Waive
[2] 36:3 39:7
Waiving
[3] 8:17 39:14 39:15
West
[1] 2:9
WESTERN
[1] 1:1
Whole
[4] 7:24 15:21 23:24 25:23
Wish
[4] 4:24 5:11 14:10 39:17
Withdraw
[2] 30:20 35:31
WITNESS
[10] 5:4 23:2 23:4 23:6 27:
20 38:5 39:6 39:9 39:13
40:1
Witnessed
[1] 37:3
Wondering
[1] 5:4
Word
[5] 19:21 19:22 19:23 23:
23 39:21
Words
[2] 36:3 32:12
World
[1] 16:4
Wow
[1] 19:21
Write
[1] 28:2
Writing
[2] 18:22 18:23
Written
[1] 23:2
Wrote
[2] 13:13 13:19

Y

Yard
[2] 35:19 35:22
Year

Thoughts
13:11 21:25 23:24 30:24 30:
25 31:10 33:21 33:22 33:23
34:2 34:6 38:21 38:22
Years
[12] 5:22 6:19 12:1 12:4
16:21 29:10 29:20 29:22 29:
24 31:14 31:18 32:5
Yourself
[1] 33:16

```
1                    C E R T I F I C A T I O N
2
3          I, Sondra A. Black, a Court Reporter and Notary
4     Public in and for the Commonwealth of Pennsylvania, do
5     hereby certify that the foregoing is a true and accurate
6     transcript of my stenographic notes in the
7     above-captioned matter.
8
9
10
11                           Sondra A Black
12
13
14
15              Dated: November 4, 2005
16
                             Notarial Seal
17                       dra A. Black, Notary P
                    Waterford Twp., Erie Co
18                      mission Expires Aug
                         nnsyl nia Associat
19
20
21
22
23
24
25
```