1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROWENA WAGNER,                          :
3            Plaintiff                    :
                                         :
4            v.                          : Case No. 04-264 Erie
                                         :
5   CRAWFORD CENTRAL SCHOOL DISTRICT;     :
    CRAWFORD CENTRAL SCHOOL BOARD;        :
6   MICHAEL E. DOLECKI, SUPERINTENDENT;   :
    CHARLES E. HELLER, III, ASSISTANT     :
7   SUPERINTENDENT,                       :
             Defendants                   :
8                                         :
             and                          :
9                                         :
    THE CRAWFORD CENTRAL EDUCATION        :
10  ASSOCIATION,                          :
             Defendant                    :

11

12

13

14

15        Deposition of BERNARD WAGNER, taken before

16   and by Sondra A. Black, Notary Public in and for the

17   Commonwealth of Pennsylvania, on Tuesday, August 30,

18   2005, commencing at 10:22 a.m., at the offices of

19   Knox McLaughlin Gornall & Sennett, PC, 120 West Tenth

20   Street, Erie, Pennsylvania 16501.

21

22

23

24

25            Reported by Sondra A. Black
              Ferguson & Holdnack Reporting, Inc.

```
 1                      A P P E A R A N C E S

 2

 3    For the Plaintiff:

 4         Caleb L. Nichols, Esquire
           P.O. Box 1585
 5         Erie, PA 16507

 6    For Crawford Central School District; Crawford Central School
      Board; Michael E. Dolecki, Superintendent; Charles E. Heller,
 7    III, Assistant Superintendent:

 8         Mark J. Kuhar, Esquire
           Knox McLaughlin Gornall & Sennett, PC
 9         120 West Tenth Street
           Erie, PA 16501
10
      For The Crawford Central Education Association:
11
           Richard S. McEwen, Esquire
12         4250 Route 6N
           Edinboro, PA 16412
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3       BERNARD WAGNER

4           Direct Examination by Mr. Kuhar........................4

5           Cross-Examination by Mr. McEwen.......................47

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              B E R N A R D   W A G N E R, first having
 2              been duly sworn, testified as follows:
 3
 4                        DIRECT EXAMINATION
 5      BY MR. KUHAR:
 6
 7         Q.   Good morning, Mr. Wagner.
 8         A.   Good morning.
 9         Q.   I represent the Crawford Central Education -- I'm
10      sorry, I represent the Crawford Central School District, the
11      School Board, and the other Defendants in this matter, other
12      than the Crawford Central Education Association.  We're here
13      for your deposition.  Have you been deposed before?
14         A.   I think so.
15         Q.   Well, the basic rules for the deposition are pretty
16      simple.  You'll be asked questions by me, and perhaps by the
17      other attorneys.  I don't know, it's up to them.  You will be
18      obligated to answer the questions truthfully, as you've just
19      sworn that you would.  If you are asked questions that you
20      don't understand because they're grammatically improper or
21      confusing, you should tell the attorney who's asking the
22      question that you can't answer it and why, and that attorney
23      should rephrase it.  I certainly will try to do so.
24              Also, because of the way this is recorded, you have
25      to give responses which are verbal.  So as we all tend to
```

```
 1     shrug our shoulders and nod our heads in everyday life, it's
 2     not appropriate to do that here.  If you mean yes, you have
 3     to say yes; if you mean no, you have to say no verbally so
 4     the court reporter can hear us.  Do you understand those
 5     rules?
 6          A.   Yes, sir.
 7          Q.   Are you employed?
 8          A.   Yes, sir.
 9          Q.   What's your full name?
10          A.   Bernard Ralph Wagner.
11          Q.   Where are you employed?
12          A.   Patterson UTI out of Texas.
13          Q.   I'm sorry, what kind of business is that?
14          A.   Oil well and gas well business.
15          Q.   Is that full-time?
16          A.   Yes, sir.
17          Q.   How long have you held that --
18          A.   10 years.
19          Q.   What are your duties you actually perform?  I think
20     you said the company was in Texas.
21          A.   Yeah, but they're located -- they have branches all
22     over the United States.
23          Q.   So they have a branch in Crawford County?
24          A.   Yes, sir.
25          Q.   Where in Crawford County?
```

1          A.    In Meadville, Pennsylvania.  It's under Universal --

2     we run under Universal in Meadville.  That's a -- that's like

3     a subsidiary of Patterson UTI.

4          Q.    What position do you hold there?

5          A.    I'm a dispatcher supervisor right now.  That's what

6     I do now.

7          Q.    So you supervise workmen?

8          A.    Yes.  I call them in, assign jobs to them, stuff

9     like that.  Paperwork.

10         Q.    So you've briefly described your position for us.

11    What's your formal educational background?

12         A.    Just high school.

13         Q.    What high school did you graduate from?

14         A.    Cocurrent High School.

15         Q.    When?

16         A.    '61.

17         Q.    Now, you're married?

18         A.    Yes.

19         Q.    To the Plaintiff in this case?

20         A.    Right.  Rowena Wagner.

21         Q.    How long have you been married?

22         A.    11, going on 12 years.

23         Q.    I heard you recently had a child.

24         A.    Yes, sir.

25         Q.    Congratulations.  How many children do you have?

1        A.    Seven.

2        Q.    Seven?

3        A.    But four to -- four to Rowena and three to my

4    previous marriage.

5        Q.    Do you recall being at a meeting with your brother,

6    Fred -- you have a brother, Fred, right?

7        A.    Yes, sir.

8        Q.    Do you recall being at a meeting with your brother

9    at which there were also Crawford Central School District

10   administrators?

11       A.    Yes, sir.

12       Q.    How many of those meetings do you recall?

13       A.    One -- oh, I been -- I been -- I been a -- I take

14   that back.  I've been to several meetings -- several school

15   board meetings and that.  I don't know what meeting you're

16   referring to anymore.

17       Q.    I was trying to figure out how many there were

18   total.  I do have one that I think occurred that I wanted to

19   ask you about in particular.  But as distinguished from a

20   school board meeting, a sit-down meeting.  How many sit-down

21   meetings do you recall that you've had with Crawford Central

22   administrators at which your brother was also present?

23             MR. NICHOLS:  Objection.  Counsel, clarify or

24             specify what you mean.  It's ambiguous.  I mean, if

25             you have a specific meeting you want to refer to,

```
 1              specify.  Don't wander.

 2              MR. KUHAR:  The nature of this proceeding is that

 3              you can note objections, like I think you are to

 4              this.  I think my question was clear enough that I

 5              want the deponent to answer it.

 6              MR. NICHOLS:  Well, your question is ambiguous, at

 7              least.

 8              MR. KUHAR:  I'm running on the assumption that

 9              we're deferring objections such as that one, to the

10              form of the question -- that you're preserving them

11              to raise later.

12                  Is that your assumption, Mr. McEwen?

13              MR. MCEWEN:  That's normally how it happens in

14              depositions that I've been involved in previously.

15      Q.      Do you understand the question, Mr. Wagner?

16      A.      Yes and no.

17              MR. NICHOLS:  Don't speculate.  Don't speculate.

18      A.      Could I talk to him?

19      Q.      Is he your attorney?

20              MR. NICHOLS:  Yes, I'm his counsel.

21              MR. KUHAR:  Okay.

22              (Discussion held off the record.)

23      Q.      Let me try to rephrase the question.  The only

24      reason I said sit-down meeting, which seemed to be the

25      trigger for this objection -- the only reason I said that was
```

1    to distinguish it from the school board meetings that you

2    referenced.  And I haven't worked up my question yet, which

3    is, I just want to know how many times did you have meetings,

4    whether you want to call them sit-down meetings or

5    face-to-face meetings, where you met with administrators of

6    the Crawford Central School District?  Just you and

7    administrators, or you and your brother and administrators.

8    I just want to know, first of all, how many times do you

9    recall that that happened?

10        A.   Probably three or four.

11        Q.   Now I want you to tell me what you recall of those

12    meetings.  Namely, when were they, who was there, and then

13    I'm going to ask you what was said.  If you can remember them

14    in order, that's fine, but if you can't, that's fine, too.

15        A.   Donald Wigden.

16        Q.   Who's Donald Wigden?

17        A.   He's the principal.

18        Q.   Of which school?

19        A.   Cochranton.

20        Q.   Cochranton Elementary?

21        A.   Senior high.

22        Q.   You had a conversation with him?  Not a board

23    meeting, you had a regular conversation?

24        A.   Yeah, regular, right.

25        Q.   You understand what I mean by the question?

1      A.   Yeah.  I understand.  I understand.  And it was just
2  recently.
3      Q.   You mean in '05?
4      A.   Yes.  Probably two weeks ago, maybe.
5      Q.   What was the subject of that?
6      A.   Steroids.
7      Q.   Did that conversation in any way relate to your
8  wife's employment or efforts to become employed by the
9  District?
10     A.   No.
11     Q.   So then I'm not going to ask you any more questions
12 about that one.
13     A.   Okay.
14     Q.   Give me the next one you can recall.  Whatever order
15 you want.
16     A.   I had about -- probably two weeks ago or so I talked
17 to Mr. Dolecki one day about steroids.  I asked to have a --
18 if I could talk to him face-to-face about the steroid
19 problem, what they was doing about it, if they had a program
20 infulated (sic) about it because it's -- you know, it's one
21 of the top priorities in our school system today all over --
22 with our young people all over America.
23     Q.   So you asked Mr. Dolecki about that?
24     A.   Yes, sir.
25     Q.   When was that?

1       A.   Probably within the last couple weeks.

2       Q.   Where did that conversation take place?

3       A.   At Crawford Central Administration Building.

4       Q.   Was that a scheduled meeting?

5       A.   No.

6       Q.   You just arrived --

7       A.   Well, I -- I took some -- a letter in for my wife,

8  and then I -- then I asked the secretary if I could talk to

9  him.

10      Q.   Then he did agree to talk to you?

11      A.   Yes.

12      Q.   How long did that meeting last?

13      A.   Maybe five minutes.

14      Q.   What was the letter that you were taking in

15  regarding your wife?

16      A.   An application for a job.

17      Q.   With the Crawford Central School District?

18      A.   Yes, sir.

19      Q.   Was there any conversation about that application?

20      A.   No.  Not to my knowledge, no.

21      Q.   Did that meeting that you just talked to me -- that

22  you just discussed a little bit, did that have anything to do

23  with your wife's employment or efforts to gain employment

24  with the District?

25      A.   No.  Just the safety of our students in Crawford

 1   Central School District.

 2        Q.   What about the third one?  I think you said three or

 3   four.

 4        A.   I -- I think I may have met one time privately with

 5   Mr. Heller about my wife's employment.  Probably -- 2003

 6   maybe.  I don't know.  Discussed it -- I don't know.  I can't

 7   put a date on it.  But there was another one where my brother

 8   and myself met with Mr. Dolecki and Mr. Haller.

 9        Q.   So just to be clear on the record, and for everybody

10   here, you just referenced two different conversations, one

11   where Mr. Dolecki was present and one where he was not, and

12   as well where your brother was present and not?

13        A.   Right.

14        Q.   What do you remember, if anything, about the one

15   where neither Mr. Dolecki nor your brother were present?

16        A.   I -- I really can't recall too much about that

17   meeting.

18        Q.   Is it fair to say, sitting here today, you can't

19   recall anything about what was said during that meeting?

20        A.   No.

21        Q.   What can you recall?

22             MR. NICHOLS:  Counsel, he said he didn't recall.

23             MR. KUHAR:  Then I asked whether he could recall

24             nothing, and he said, no.

25             MR. NICHOLS:  Well, he said he couldn't recall.

 1                You have your right to -- don't badger him.  That's

 2                all I'm asking, but please don't badger him.  And

 3                I'll extend the same courtesy to you when I depose

 4                your clients.

 5        Q.    Can you answer the question?

 6        A.    I really can't answer that truthfully because I --

 7    it was -- it was back, I think, in 2002.  But I can't -- I

 8    can't actually -- you know, it was about her employment, I'm

 9    sure, but I can't -- the details of it I can't recall.

10        Q.    So you recall that the subject was, your wife's

11    employment with the District?

12        A.    Right.

13        Q.    But regarding what actual words were used by you or

14    Mr. Dolecki, you don't recall those?

15        A.    No, it wasn't Mr. Dolecki.

16        Q.    I'm sorry, I misspoke.  Mr. Heller.  Thank you.

17        A.    Right.

18        Q.    You don't recall the words that were used?

19        A.    No.  Not really.  Not really.

20        Q.    What about any points that were made?  Do you recall

21    making any points or that Mr. --

22        A.    At that meeting with Mr. --

23        Q.    Or that Mr. Heller made any points?

24                MR. NICHOLS:  What are you referring to "points"?

25                MR. KUHAR:  I'm doing my best to conduct a test of

```
1              his memory, and he's answering the questions.  Let
2              him.
3              MR. NICHOLS:  Do you know what points mean?  What
4              are you talking about?
5     A.       I can't remember --
6              MR. NICHOLS:  Wait a minute.
7              (Discussion held off the record.)
8              MR. NICHOLS:  He said he can't remember.  Do you --
9              don't badger him.  And I'm instructing him not to
10             speculate.  He testified what facts -- but you have
11             no right to insist upon speculation from him.  All
12             right.
13             MR. MCEWEN:  I would like to object for the record
14             on counsel's interruptions here.  I think it's very
15             disruptive to the process.  This is not a hearing.
16             It's a deposition where the purpose is for the
17             Defendants, including the District and the
18             Association, to gain information.  We have to ask
19             questions in order to get information.  And these
20             objections perhaps would be relevant at a hearing,
21             but they're not relevant in a deposition.
22             MR. NICHOLS:  Mr. McEwen, please.  I'm his counsel.
23             I'm not a potted plant here.  I know the ground
24             rules.  Please don't lecture me.
25             MR. MCEWEN:  Well, it doesn't appear that way.
```

1           MR. NICHOLS:  Don't lecture me, please.

2           MR. MCEWEN:  I'm not lecturing you.  I'm stating an

3           objection for the record.

4           MR. NICHOLS:  You'll have your right, your time,

5           counsel.

6           MR. MCEWEN:  Well, you're interfering with our

7           rights as I see it right now.

8           MR. NICHOLS:  Well, then you state your objection

9           for the record, all right, whatever they are.

10          MR. KUHAR:  I want the record to reflect that I

11          have not raised my voice whatsoever when speaking

12          with this deponent, and that I have no idea what

13          Mr. Nichols means when he refers to badgering the

14          witness.  I'm trying to, as courteously as

15          possible, test the memory of the deponent regarding

16          these meetings that he referenced with

17          administrators, which I'm entitled to do.

18     Q.   And I ask you again, as civilly as possible, and in

19  as calm a voice as possible, do you remember anything else

20  about the meeting that you had with Mr. Heller that you

21  referenced a minute ago?

22     A.   No.  I can't really.

23     Q.   Fine.  Thanks.  Now, the other meeting that you

24  referenced where your brother was present and Mr. Dolecki was

25  present, do you recall telling me a few minutes ago that you

1    had such a meeting?

2        A.   Yes, sir.

3        Q.   Now, I want to know all you can remember about that

4    meeting, where it was, how long it lasted.  As best you can

5    recall.  If you can't recall, it's fine to tell me that you

6    can't recall.  But I do want to test your memory about that

7    meeting and find out what happened there.

8        A.   It took place at Crawford Central Administration

9    Building.

10       Q.   Okay.

11       A.   And it was -- the reason -- we went there to discuss

12   a statement made by School Director George Wright.

13       Q.   You and your wife went there?

14       A.   No.  My brother, Fred, and I went there.

15       Q.   I'm sorry.  Okay.  You and your brother, Fred.

16       A.   And, also, to discuss minority hiring.

17       Q.   Generally?

18       A.   Right.

19       Q.   Okay.

20       A.   And, also, we discussed that -- at that meeting

21   Brown versus Brown case from 1954 of -- what's on the books.

22   And, also, funding -- Federal funding and State funding

23   regulations.

24       Q.   Now, is that one -- did you say "funding

25   regulations"?

 1       A.    Yes.

 2       Q.    Go ahead.

 3       A.    That they're supposed to follow.

 4       Q.    Go ahead if there's more.

 5       A.    And that's what -- that's actually what the agenda

 6    was.

 7       Q.    So that's what the agenda was in advance, in your

 8    mind -- I mean, that's why you went there, and, in fact,

 9    that's what you talked about when you went there?

10       A.    Yes, sir.

11       Q.    Were there any subjects that the administrators

12    refused to talk to you about?

13       A.    No, sir.

14       Q.    What do you recall being said by any of those four

15    participants on these subjects?  Do you recall any of what

16    was actually said?

17       A.    Yes, sir.

18       Q.    Please tell us about that.

19       A.    My conversation mostly was with Mr. Heller.  And --

20    and our first thing was, I was very upset, the reason I took

21    my brother along is that -- to make sure everything was

22    civilized, and there was nothing -- if something happened

23    later on, nothing could be denied by one another because it

24    was -- he was there with me.

25       Q.    Nothing could be, did you say, denied?

1          A.    You know what -- what -- yes.

2          Q.    I just wanted to hear your word clearly.

3          A.    And at that time my wife was trying to get a job --

4     full-time job as a teacher through Crawford Central.  And

5     there was a --

6          Q.    I had asked you what you recall of that.  I don't

7     know if that helps.

8          A.    I'm trying to put it in --

9          Q.    Sure.  Just trying to jog your memory.

10         A.    The first thing that come up was that my wife and I

11    had met several times with one of the school directors,

12    George Wright, on his statement.  That, he was on the radio,

13    he had made a couple months earlier about minority hiring in

14    Crawford Central District.  And my wife and I had probably --

15    I'd say several meetings with Mr. Wright on that issue of

16    minority hiring, and the last -- and the reason I wanted to

17    have a meeting with them guys, the administration, was to

18    discuss the statement that he made on our final discussion as

19    between Mr. Wright and myself.

20         Q.    What was that?

21         A.    That statement was, Bernie, you have to understand

22    that it's a proven fact that brown people and black people

23    are not as smart as white people.  And the second statement

24    he said, also, was -- these are the last two, actually,

25    statements I ever -- discussion I ever had with the man.  He

18

1    said, you know, your wife's never going to get a job with
2    Crawford Central because you're a troublemaker, really.
3        Q.   Did you say "really" at the end there? You're a
4    troublemaker, really?
5        A.   Yeah.
6        Q.   Okay.  Go ahead.
7        A.   He said I was a troublemaker, really.  That was his
8    statement.  And so that's what triggered the meeting between
9    Mr. Dolecki and Mr. Haller.  That if a board member had that
10   belief that brown people and black people are not as smart as
11   white people, and it's a proven fact he said, that I needed
12   to talk to the administration and see their feeling about
13   that.
14       Q.   That's what you felt?  If Mr. Wright felt that, you
15   needed to talk to the administration?
16       A.   Right.
17       Q.   Do I have it right?
18       A.   Yes, sir.  And that's what, really, the meeting
19   about -- that was the start of the meeting.
20       Q.   What else do you recall of that meeting?
21       A.   What else was that -- that I checked their hiring of
22   minorities --
23       Q.   You checked their hiring?
24       A.   Yes.  I talked to a lady and -- several people about
25   minority hiring before I went -- before that evening.

1      Q.   Who was the lady, and who were the other people?

2      A.   Mrs. Dickson.

3      Q.   Armidia (phonetic)?

4      A.   You got it.  Armidia Dickson.  Former president of

5   the school board, Jerry Dunn -- Jerry George Dunn.  Sam Byrd,

6   former school director.  Lee McFearon, who was -- he worked

7   with Mr. Heller and the minority -- I think minority --

8   trying to recoup minority hiring.  Dr. Elton Scales from

9   Edinboro University.  Reverend Stanley Smith.

10     Q.   Reverend Stanley Smith?

11     A.   Of the John Baptist Church in Meadville,

12   Pennsylvania.  Reverend Bernadette Newsome.

13     Q.   Bernadette Newsome?

14     A.   Newsome.

15     Q.   What church?

16     A.   I can't tell you.

17     Q.   In Meadville?

18     A.   Meadville.  Reverend Burnett -- Marvin Burnett.  I

19   also talked to the secretary of education and -- at

20   Harrisburg, and she asked me to send a letter to the governor

21   on this matter.

22     Q.   You spoke directly with the secretary of education?

23     A.   I -- I can't -- yes.  But I can't recall her name,

24   and -- she said to send a letter to the governor -- addressed

25   to the governor.  Mr. Moody --

1      Q.    What was the governor at that time?

2      A.    Rendell.

3      Q.    Walter Moody?

4      A.    Yes, sir.

5      Q.    What do you recall of your conversation with him?

6      A.    About his relatives trying to get a job with

7   Crawford Central.  He's an African American.  An attorney in

8   Topeka, Kansas named Attorney Stallard.

9      Q.    Were you talking to Attorney Stallard as a

10   attorney/client?

11     A.    No.  He worked on -- he was -- he worked on the

12   Brown case.

13     Q.    And you're giving me this list of people because

14   these are people you talked to before --

15     A.    Before --

16     Q.    -- talking to the administrators?

17     A.    Right.

18     Q.    Continue with the list, please.

19     A.    And I think that's -- and my brother, Fred Wagner.

20     Q.    I'm going to ask you about those conversations that

21   you had with those people later, but you're giving me this as

22   background now?

23     A.    Right.

24     Q.    And that's fine.  When I say things like that, I'm

25   just trying to check my understanding to see if I got it

1    right.  So you told us about those people that you talked to

2    sort of to set the stage as to why you went to talk to the

3    administration?

4        A.   Yes, sir.

5        Q.   How long did your conversation with the

6    administration last?

7        A.   Probably 15 minutes to half an hour.

8        Q.   Where was it?

9        A.   At the Crawford --

10       Q.   I mean, do you recall who's -- was it Mr. Dolecki's

11   office?

12       A.   I think it was in his office, yes.  I think it was

13   in his office.  I -- I didn't look at the door.

14       Q.   I understand.  I'm entitled to ask, and if you don't

15   know, you don't know.

16       A.   Yeah.  Yeah.

17       Q.   What do you recall of that actual conversation?  You

18   already told me why you wanted to have it, and you told me

19   that that was what was discussed during that meeting, but now

20   I'm just asking you if you have any more detail regarding

21   what was said?

22       A.   Yes.  The Wright situation I addressed -- that was

23   the first thing I addressed to Mr. Heller and Mr. Dolecki.

24       Q.   Let me ask you a question, I don't mean to disrupt

25   you, but did your brother, Fred, say anything during the

1    meeting?

2        A.   Yes.

3        Q.   We'll get to that.  So you told Mr. Heller about

4    Mr. Wright's comment?

5        A.   Yes, sir.

6        Q.   What else do you recall?

7        A.   And Mr. Heller agreed that that is -- that's a

8    proven fact.

9        Q.   He said so?

10       A.   Yes.  He agreed.  He said some university -- I can't

11    tell you -- it was -- a university did a study, or a

12    professor -- I don't know.  I can't actually --

13       Q.   But he cited some source --

14       A.   Right.

15       Q.   -- of a study?

16       A.   Yeah.  I don't -- can't remember -- couldn't recall

17    what it was.

18       Q.   What else do you recall?

19       A.   I said, you know, this meeting is not just because

20    of my wife.  It's to hire all -- to give all minorities a

21    chance because the percentage that we have in the Crawford

22    School District is less than 1 percent of the

23    administration -- teachers that's -- that is employed as

24    teachers.

25       Q.   Who are minorities?

1  A. Right.

2  Q. Okay.

3  A. And we also got into the Brown -- I got into the

4 Brown situation where there's supposed to be a 7 percent

5 minority.

6  Q. I'm sorry, there is supposed to be a 7 percent

7 minority?

8  A. If you read the Brown through.  And that -- and,

9 also, that --

10  Q. I'm sorry, I don't mean to disrupt you, but you seem

11 like you're about to move on to another subject.  So I want

12 to clarify.  You advised them that the Brown decision

13 requires 7 percent what?  7 percent minority teachers?

14  A. Yes.

15  Q. Go ahead.

16  A. And they said, oh, them's just guidelines.  Them's

17 guidelines.  And I also said, the State and Federal finances

18 subsidizes the school district, you know, and they require --

19 you know, it's the law to do that.  It's not guidelines, it's

20 a law.  And Mr. Heller said, no.  That's more just

21 guidelines.

22   And I also, at that meeting, informed them about the

23 nepotism program that they had.  You know, that so many

24 teachers that they hire is through relatives get hired and --

25 you know, it's not how good you are, it's who you know.

1    Q.   You told the administrators that that was your
2    perception of the situation?
3         A.   Yeah.  It is.  It's very true.  I mean, Mr. --
4         Q.   Okay.  But, I mean, did you ask them about that or
5    did you sort of challenge them about that, or how would you
6    describe it?
7         A.   They kind of brushed that aside.  They brushed that
8    aside.  Because Mr. Dunn, the former president, said, that's
9    how my sister-in-law got hired.  It's not -- you know, if it
10   wouldn't have been for him and her brother-in-law being the
11   president of the board, she wouldn't have gotten back into
12   the School District as soon as she did.
13        Q.   Jerry George Dunn told you that?
14        A.   Right.
15        Q.   Go ahead.  What else do you recall of that meeting
16   that you had?
17        A.   The other part was, you know, that I informed them
18   that it wasn't just about my wife's hiring that I was there.
19   I wanted to see changes made, and if changes wasn't made,
20   then we would have to go to another step in the Federal
21   Court.
22        Q.   Do you recall anything else of that conversation?
23        A.   No.  Not really.  Not right now.
24        Q.   You did reference that your brother, Fred, said
25   something.  What did he say?

1      A.    I really --

2      Q.    If you can remember.

3      A.    I can't remember.

4            MR. NICHOLS:  You're going to examine him,

5            counsel --

6      A.    I can't --

7            MR. NICHOLS:  -- why don't you let Fred Wagner

8            speak for himself.

9            MR. KUHAR:  I will let him speak for himself.

10     A.    I know he was concerned about my wife's hiring or he

11     wouldn't have been there.

12     Q.    Support?

13     A.    Right.  And the comment that a school director would

14     make in the 20th century -- in the 21st century.

15     Q.    Right.  Well, you've told us what you recall of that

16     meeting, anyway -- what you can recall sitting here right

17     now, right?

18     A.    Yes, sir.

19     Q.    Do you recall either of the administrators saying

20     anything else that you thought was inappropriate for the 21st

21     century?  You know, the way you described Mr. Heller's

22     alleged affirmation --

23     A.    Conduct or whatever, yeah.  You know, there's very

24     nice -- they just -- that regulations are just guidelines.

25     They're not to be -- they're not to be, you know, whatever --

1    like fundings or just guidelines.  It's not regulations --

2    it's not law or anything.  It's just guidelines.

3        Q.   To be clear, I did hear you tell us about that

4    earlier.  This is my way of basically saying, do you recall

5    anything else that was said, and you've already told me that

6    you don't recall anything else that was said.  But I'm asking

7    it this way:  Do you recall anything else that was said that

8    you consider to be discriminatory or backwards or not part of

9    the 21st century?

10       A.   I would say, I can't remember at this time.

11       Q.   Now, is that the whole list of conversations that

12   you had with administrators that you can remember?

13       A.   About this case or other --

14       Q.   Well, you told me about steroids --

15       A.   Yes.

16       Q.   -- and that didn't have anything to do with this

17   case.

18       A.   Yeah.

19       Q.   So is that the whole list total?

20       A.   I would say -- I would say, yes, sir.

21       Q.   You may have bumped into one at a basketball game or

22   something, but one's of consequence; is that fair?

23       A.   Yes.

24       Q.   Now, you did set the stage for us regarding why you

25   went to the administration by referring to about eight or 10

1    people whom you had talked to previously.

2        A.    Yes.

3        Q.    So now I want to go through those.  And let's start

4    with Mr. Jerry George Dunn, who was a former school board

5    member at the time you talked to him?

6        A.    No.  No.  He was a former board member and president

7    of the board.

8        Q.    So he was a board member at the time you talked to

9    him?

10       A.    No.

11       Q.    Because I had said --

12       A.    He was former.  He was a former member and president

13    of Crawford Central School District.

14       Q.    At the time you talked to him was he -- in other

15    words, is he former now --

16       A.    No.

17       Q.    -- and he was current then?

18       A.    No.  He's my next-door neighbor.

19       Q.    When you were talking to him, was he a board member

20    or not at that time?

21       A.    No.

22       Q.    He was a former at that time?

23       A.    Right.

24       Q.    And he's a former right now?

25       A.    Right.

1    Q.   He's your next-door neighbor you said.  So is it

2    fair to say you had numerous conversations with him?

3        A.   Yes.

4        Q.   Can you approximate the number?  When I say

5    "conversations," at this point I mean conversations about

6    minority hiring or the treatment of minorities by the

7    Crawford Central School District.

8        A.   Several.  I'd say several.

9        Q.   More than 10?  If you can.  If you can't, you can't.

10       A.   I would say more than 10.

11       Q.   Do you recall him ever saying anything that you

12   considered to show a discriminatory view of minority

13   employment on his part?

14       A.   We -- we -- we discussed the Dickson case several

15   times because he was a -- he was on the board at that time.

16       Q.   And you said that when I had asked the question did

17   he ever say anything that showed discriminatory intent on his

18   part.  So is that your way of telling me that when he was

19   talking about the Dickson case he said things that made you

20   think he was discriminatory or --

21       A.   I couldn't -- I can't answer that.

22       Q.   Well, you knew that when Mr. Wright allegedly said

23   what he said -- you knew that that was discriminatory and not

24   part of the 21st century, right?

25       A.   Yes, sir.

1      Q.    So when I use those terms, you know what I'm talking

2   about?

3      A.    Yes, sir, I do.

4      Q.    I mean, if somebody were to refer to an African

5   American with the N word, for example, or otherwise show

6   bias --

7      A.    Yes, sir.

8      Q.    Do you recall any specific comments that showed that

9   kind of bias made by Jerry George Dunn in your conversations

10   with him?

11      A.    I can't recall.

12      Q.    What about these other folks, and I'll just sort of

13   run through the list quickly, and if you want, I'll rename

14   them, but it's your list.  Sam Byrd, Lee McFearon, Elton

15   Scales, Reverend Stanley Smith, Reverend Bernadette Newsome,

16   Marvin --

17      A.    Burnett.  Reverend Marvin Burnett.

18      Q.    Reverend Marvin Burnett?

19      A.    Yes.

20      Q.    The secretary of education, Walter Moody, Attorney

21   Stallard, and your brother.  Did any of these folks ever say

22   anything in your conversation with them that you considered

23   to be showing their bias against racial minorities or the

24   employment of them?

25      A.    Yes.

1    Q.    Who?

2    A.    Mr. McFearon.

3    Q.    And what race is he?

4    A.    African American.

5    Q.    What did he say that showed the bias?

6    A.    Well, I only talked to Mr. McFearon one time.  It

7    was at a -- I took him out to dinner at Perkins in Meadville,

8    and Sam Byrd was with us at that time.  At that time that --

9    he was working for Crawford Central School District.  He's no

10   longer employed there.

11   Q.    Okay.

12   A.    And he said that Mr. Heller and him went to school

13   fairs at universities, I guess like at Edinboro and around --

14   I don't know, to recruit minority hiring, and it was just a

15   joke of, you know, they -- they'd go, but they wasn't gonna

16   really hire them.  You know, they just did that to -- for a

17   front.

18   Q.    Lee told you it was a front?

19   A.    Yeah.  He said, they wasn't gonna hire them.  The

20   record shows that they don't hire.

21   Q.    Did that strike you as odd that since he was an

22   African American that he would advise against hiring them?

23   A.    No.  He wasn't biased against hiring them.

24   Q.    Okay.

25   A.    The School District was.

1          MR. NICHOLS:  Did you understand his question?

2               I    think he misunderstood your question.

3          MR. KUHAR:  I think so, too.  That's why I'm trying

4          to clarify that.

5     Q.   So a long way back I had asked whether any of these

6     people had said things that showed a bias.

7          A.   Oh, no.

8     Q.   It's okay, because I was going to ask this question

9     next anyway.  But first I wanted you to tell me whether any

10    of those people had made statements that made you think they

11    were biased themselves.

12         A.   No.  No.  The only person that's ever made that

13    statement was Mr. Wright.

14    Q.   The one you already told us about.

15         A.   And I was very upset that Mr. Heller agreed.

16    Q.   I understand.  Okay.  That's it, though --

17         A.   Mr. Dolecki never did, but Mr. Heller did.

18    Q.   As far as people who said things that made it appear

19    to you that they themselves were biased, that's it in terms

20    of the people you've mentioned so far?

21         A.   Yes.

22    Q.   So then, when Mr. McFearon was talking about going

23    to job fairs and the like, with Sam Byrd present at Perkins,

24    he was suggesting that the District wouldn't hire them?

25         A.   Right.

1    Q.   Not that he personally didn't want to hire them?

2    A.   No.  No.

3    Q.   I think we understand each other.

4    A.   That it was just a show.

5    Q.   Now, I do want to ask you whether there were any

6    others.  Did any of these other people say things that

7    suggested that the District was biased?

8    A.   Yes.  Mrs. Dickson.

9    Q.   What did she say?

10   A.   I met with her at Edinboro University, and she said

11   that -- Bernie, you just got to understand, new people but

12   the same old ideas.  You know, they're -- you know, about

13   minority hiring.  And some other things -- we talked for

14   probably a half an hour or so, and I can't actually recall

15   everything she -- comments that she made about because she --

16   her case and that there in Federal Court.

17   Q.   So you can't recall any other comments?

18   A.   Well, basically the School District had the same --

19   same feelings about hiring minorities or promoting minorities

20   as they did back in her Federal case in '83 or '85.  I think

21   it ran from 1983 to 1985.

22   Q.   That's what she was telling you?

23   A.   Yes.

24   Q.   Others on the list who --

25   A.   Who --

Q. Again, I have to finish the question so this all makes sense, even though you probably can guess what I'm going to ask. Other people on this list that who've attributed to the District a discriminatory mind-set?

A. Yes. All of them.

Q. Tell me what they said.

A. Start at the top.

Q. You talked to me about Mr. Jerry George Dunn; although, not really. Answer the question with respect to Jerry George Dunn.

A. Jerry was more or less the nepotism program that they have. It's not how qualified you are, it's who you know and who you don't know.

Q. Doesn't that adversely impact both Caucasian and non-Caucasian people?

A. I would say that's right.

Q. But Jerry talked about their nepotism?

A. Yes.

Q. Did he say, and they don't like racial minorities or anything that specific?

A. No.

MR. NICHOLS: Wait just a minute. Did you understand his question prior to that as to the nepotism policy? Did you say, did they have -- nepotism existed here, that it adversely affects

1          both Caucasian and minority alike?  Did you

2          understand his question?  You said, yes.  Did you

3          understand the -- that was the question; wasn't it,

4          Mr. Kuhar?

5          MR. KUHAR:  The question, I don't remember it

6          exactly -- whether you got it exactly right.  At

7          the beginning, though, I did ask him -- I

8          instructed him, if he doesn't understand the

9          question, he should tell me that.

10         MR. NICHOLS:  That's what I was try to get -- I

11         want him to be responsible -- to be as accurate as

12         possible.  I don't think he understood your

13         question.

14         MR. KUHAR:  I think he did.

15         MR. NICHOLS:  Bernie, do you understand his

16         question?

17         MR. KUHAR:  If you want to recant any prior --

18         MR. NICHOLS:  Do you want to rephrase the question.

19    A.   Could you rephrase that nepotism -- the nepotism

20    question.

21    Q.   I was asking whether you thought that nepotism in

22    favor of relatives would adversely affect both Caucasians who

23    had no relatives in the District as well as racial minorities

24    who had no relatives in the District.  Wouldn't they both be

25    affected?

```
 1              MR. NICHOLS:  Well, wait, just before you answer
 2              that --
 3              MR. KUHAR:  Wait a minute.  You're not allowed to
 4              do that.
 5              MR. NICHOLS:  You mean --
 6              MR. KUHAR:  You can't give him the answer.
 7              MR. NICHOLS:  I'm his counsel.  I'm his counsel.
 8              MR. KUHAR:  After I finish the question --
 9              MR. NICHOLS:  All right.  Well, finish your
10              question, and then, before he answers --
11              MR. KUHAR:  No.
12              MR. NICHOLS:  Well, he wants to consult with me.
13              MR. KUHAR:  He's not allowed.
14              MR. NICHOLS:  What do you mean he's not allowed?
15              MR. KUHAR:  You can't confer with him after a
16              question but before he gives an answer.
17              MR. NICHOLS:  I can confer with him, Mr. Kuhar.
18              MR. KUHAR:  I object.
19              MR. NICHOLS:  This is attorney/client -- you can
20              note that, but this is attorney/client privilege
21              here -- you're dealing with.
22              MR. KUHAR:  Is the record going to reflect that the
23              witness was not allowed to answer after my question
24              until he talked to his lawyer?  I can't physically
25              stop you from doing it.
```

```
 1          MR. NICHOLS:  Let the record reflect that Mr. Kuhar
 2          posed the question to my client, my client did not
 3          understand, and Mr. Kuhar was requested to rephrase
 4          the question, and to assure that my client
 5          understood, I wanted to consult with him -- consult
 6          with him prior to answering.  That's what the
 7          record should reflect.
 8          MR. MCEWEN:  I would just like the record to
 9          reflect that, from my perspective, perhaps counsel
10          believed that his client did not understand the
11          question, but his client appeared to me to
12          perfectly understand the question and honestly
13          answered the question and did not request any
14          assistance from his counsel.
15          MR. NICHOLS:  Well, first of all, you let the
16          record reflect that this is attorney/client
17          privilege, and I -- one, I don't think that
18          Mr. McEwen has any standing to speak on this issue.
19          MR. KUHAR:  He clearly does.
20          MR. NICHOLS:  I don't think he has any standing to
21          speak.
22          MR. MCEWEN:  I'm a representative of a Defendant in
23          this lawsuit, we're here at a deposition --
24          MR. NICHOLS:  But you are dealing with
25          attorney/client privilege here.
```

1               MR. MCEWEN:   This is not attorney/client privilege.
2          If you want --
3          (Proceedings interrupted by reporter.)
4          MR. NICHOLS:   Are you saying I'm not his counsel?
5          MR. MCEWEN:   No.  I'm saying that the issue of an
6          answer to a question at a deposition is not a
7          matter of attorney/client privilege.  If you feel
8          that your client is not sufficiently prepared for
9          the deposition, then you can ask for a recess and
10         go speak with him, but it is completely improper,
11         in my opinion, for you to continually interrupt the
12         questioning to essentially coach your witness.
13         MR. NICHOLS:   The term you use, "coach," is
14         unfortunately one that's not accurate by any
15         measure.
16         MR. MCEWEN:   That's how it appears to me.
17         MR. NICHOLS:   I feel as if you are inappropriately
18         interfering with attorney/client privilege here,
19         first of all, and I don't know why you insist on
20         that.
21              Second of all, Mr. Kuhar, I would like to note,
22         this is -- I am his counsel here.  The question
23         that you posed here, you asked him to offer an
24         opinion on a very important question, and the
25         question is, you are asking -- let's be clear about

1       what you're asking him.  You're asking him on this
2       issue which we have raised, will be raising, and
3       it's coming to the fold, dealing with the
4       application of the antinepotism policy.  And you're
5       asking him his opinion, does the nepotism, as has
6       been applied or to the extent exists in the hiring
7       of minorities at Crawford Central School District,
8       impact adversely minorities and Caucasians the same
9       likewise -- the same extent, or, by implication,
10      does it adversely impact minorities more than it
11      does Caucasians.  That's the question.  He -- and I
12      think when he -- when he answered -- I want to make
13      sure his answer, that he understands, one, what
14      he's responding to --
15      MR. MCEWEN:  I object.  That's not your role here.
16      MR. NICHOLS:  What he's responding to.  What he's
17      responding to.
18          So, Bernie, before you answer, do you
19      understand the question?
20      THE WITNESS:  No.
21      MR. MCEWEN:  I want to object.
22      THE WITNESS:  No.
23      MR. MCEWEN:  I object.  I would like to raise my
24      objection before we proceed.
25      MR. NICHOLS:  Well, you noted it for the record.

```
 1              We heard it several times.  You just said it.
 2              MR. MCEWEN:  No.  I have a new objection.  Sir,
 3         this is improper.  If you have an objection to the
 4         form of Mr. Kuhar's question, state objection to
 5         the form of the question, and we move on.  We don't
 6         need to speechify --
 7              MR. NICHOLS:  No.  No
 8              MR. MCEWEN:  -- and make your case in the record.
 9              MR. NICHOLS:  You are speechifying, sir, let's not
10         get cute.
11              Now, do you understand the question?
12              THE WITNESS:  I understand it better now.
13              MR. NICHOLS:  Please don't interfere with
14         attorney/client privilege.
15              THE WITNESS:  I understand it now.
16              MR. MCEWEN:  I'm not interfering with
17         attorney/client privilege.
18              MR. NICHOLS:  Please.  I don't know what your
19         problem is.
20              MR. KUHAR:  Mr. Nichols, his problem is, your
21         conduct is getting in the way of our deposition of
22         this deponent.
23              MR. NICHOLS:  No.  I'm not going to allow you to
24         mislead him and to bamboozle --
25              MR. MCEWEN:  No one is misleading.
```

```
 1              THE WITNESS:  I was actually misleaded (sic).
 2              MR. NICHOLS:  Yeah.  Okay.
 3              THE WITNESS:  I was actually misleaded (sic) on
 4              that question.
 5       Q.    That wasn't my -- you heard Mr. -- did you hear
 6    Mr. Nichols clarify what my question was?
 7       A.    He did clarify it.
 8              MR. NICHOLS:  Why do you try to --
 9       A.    He clarified --
10              MR. NICHOLS:  -- shut me down when I clarify?
11              (Proceedings interrupted by reporter.)
12       A.    He did clarify it.
13       Q.    Let me clarify something.  That wasn't my question.
14    What Mr. Nichols told you was my question --
15       A.    No.  No.
16       Q.    -- wasn't my question.
17       A.    No.  No.
18       Q.    I get to decide what my questions are.
19       A.    Okay.  Okay.
20       Q.    So I don't need you to answer Mr. Nichols' question.
21       A.    No.  No.  But I -- what --
22              MR. NICHOLS:  Don't insult his intelligence,
23              please, counsel.
24       A.    I can't -- your question -- could you restate your
25    question to me on that so I can clarify my answer.
```

1    Q.   My question was:  If a school district has a policy
2    of preferring relatives to nonrelatives, wouldn't that affect
3    both minorities who have no relatives in a district and
4    Caucasians who have no relatives in a district?  I didn't ask
5    you if it would have the same impact.
6         A.   Only thing I can speak for is my wife.
7         Q.   Fine.
8         A.   Okay.  Her situation.  Because I have never, you
9    know, talked to other people about the nepotism program.  The
10   nepotism program that they have in effect now.  And, I
11   believe, is, that since my wife has no relatives, you know,
12   because she's a minority, that the nepotism program plays a
13   big part in her not getting a full-time job.
14        Q.   Which of the other people on the list have
15   attributed to the Crawford Central School District a
16   discriminatory mind-set?
17        A.   I don't understand the question quite clearly.
18        Q.   Thank you for telling us that.  I will try to
19   rephrase it.  You had started going through this list of
20   people and told us that, for example, Lee McFearon had
21   attributed a mind-set on the part of the district not to hire
22   minorities, okay, and then you had started talking about
23   Jerry George Dunn and how the nepotism policy started to
24   impact your wife, you believe --
25        A.   No -- yeah.  He had made that -- he made the comment

1    because my sister-in-law is employed by the School

2    District --

3        Q.    Your sister-in-law?

4        A.    Yes.

5        Q.    As opposed to his?

6        A.    Yeah.  And he had -- what?

7        Q.    His or your sister-in-law?

8        A.    My sister-in-law.

9        Q.    Okay.  Fine.  And now, the question I asked a minute

10   ago that you asked me to clarify was, which of these other

11   people have attributed a discriminatory mind-set to the

12   School District?  And basically I'm just wanting to go

13   through the list and have you tell me about each of them.

14       A.    Mr. Byrd.

15       Q.    Go ahead.

16       A.    That minorities, you know, for under -- you know, he

17   feels that minorities -- he has stated to me that he feels

18   minorities, since they don't have relatives on the -- in the

19   teaching or administration program, that they can't -- they

20   don't have a foot up on getting hired.

21       Q.    That's Byrd?

22       A.    That's Mr. Byrd, right.

23       Q.    Okay.  Go ahead.

24       A.    And McFearon, you know, his hiring -- he felt that

25   the reason he was hired as a minority was because of his --

1     his relatives and relationship being teachers at the School

2     District and being part of the administration program.

3          Q.   So he felt -- I'm sorry.

4          A.   That's how he got hired.

5          Q.   He told you that he felt he was not hired based upon

6     his merit, but rather, because of his relatives?

7          A.   Yes, sir.

8          Q.   Go ahead down the list.

9          A.   Mrs. Dickson, you know, we talked, you know, and

10    she -- just about minorities, you know, that you know how --

11         Q.   You already told us about --

12         A.   Yeah.  Yeah.

13         Q.   -- different times, different people, same mind-set.

14         A.   But you're talking about the nepotism program now?

15         Q.   No.  Not directly.  I had asked the question, which

16    of these people had attributed to the District a

17    discriminatory mind-set --

18         A.   Well, the --

19         Q.   Well, let me finish now because there's a lot of

20    concern that you have the question clearly, and I'm

21    concerned, too.  And you had said, well, Jerry George Dunn

22    didn't talk directly about discriminatory animus, but he

23    talked about the nepotism policy, which hurts my wife because

24    she doesn't know anybody, fair?

25         A.   Right.

1      Q.    And then you said what Ms. Dickson said, what Sam
2    Byrd said.  So now I'm having you go down the line --
3      A.    Reverend Smith, he said he brought several
4    applicants in from the -- Erie County into the School
5    District that was never -- never even got an interview.  Let
6    alone be hired for a substitute or a full-time position.
7           Reverend Burnett, he stated the same situation.  I
8    knew Mr. Burnett for 50 years probably.  And he said that --
9    he used an -- a gentleman, Mr. Brown -- Eric Brown tried to
10   get employment and he was denied.  Whether it's -- and
11   Reverend Newsome, same situation there.  She said there's
12   been applicants that -- with no success through Crawford
13   Central School District.
14          And Mr. Moody, he's an African American in
15   Meadville, which he said he had relatives that tried to get
16   in and had no success.  But one of them moved to Florida and
17   become teacher of the year, but -- she wasn't qualified to
18   teach in Crawford central, but yet, she become teacher of the
19   year in Florida.
20     Q.    Do you remember who that was?
21     A.    I can't recall her name.
22     Q.    Mr. Moody would know?
23     A.    I'm sure he would know.
24     Q.    Okay.
25     A.    That's about all the people I talked to.

1           MR. KUHAR:  I need one minute with my clients in

2           the hall.

3           (Pause in the proceedings.)

4      Q.    I had you go through that list of names that you had

5  given us, and you attributed to those people what they had

6  said, and, in some cases, the discriminatory view that they

7  had attributed to the District, right?  You recall doing

8  that?

9      A.    Right.

10     Q.    Any others sitting here?

11     A.    No.  It was some afterwards, but not before -- not

12  before the meeting and that there.

13     Q.    What do you mean "some afterwards"?

14     A.    Well, there was other people, you know, that's --

15  that's -- that showed their -- you know, well --

16     Q.    I'll withdraw that question.  So you don't have to

17  worry about finishing the answer.  Let me ask it this way,

18  and it's designed to possibly save time and possibly be easy

19  to answer:  Did any other people --

20     A.    I'm hard of hearing.

21     Q.    I apologize.

22     A.    That's okay.

23     Q.    I'll speak more loudly.  Did any other people at any

24  time tell you that the District, administration, or the

25  school directors had actually said anything which showed a

1    discriminatory intent?

2        A.    I don't think anybody else has ever -- not that I

3    recall right now.

4              MR. KUHAR:  Those are all the questions I have.

5              Dick McEwen may have questions for you.

6

7                       CROSS-EXAMINATION

8    BY MR. MCEWEN:

9

10        Q.    Really, my question is along the same lines.  I

11    represent the Crawford Central Education Association, the

12    teacher's union.  And, really, you've spoken about a number

13    of individuals you spoke to.  Did any of the individuals you

14    talked to ever tell you that the teacher's union, or any of

15    its officers, was biased or had expressed a discriminatory

16    view against the hiring of minority applicants at Crawford

17    Central School District?

18        A.    Not to my knowledge, no.

19        Q.    Did any other individual ever indicate that to you?

20        A.    What do you mean by "individual"?

21              MR. MCEWEN:  I'll withdraw that.  That's all I

22              have.  Thanks.

23              MR. KUHAR:  Mr. Nichols?

24              MR. NICHOLS:  Just one moment.

25              (Discussion held off the record.)

1          MR. NICHOLS:  No.  No further questions.

2          MR. KUHAR:  Then I think we've concluded this

3          deposition.  We appreciate your coming in here, and

4          your civility.

5              Do you want to advise him regarding his right

6          to review the transcript?

7          MR. NICHOLS:  We would like to have the opportunity

8          to review the transcript.

9

10         (Deposition concluded at 11:31 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# A

**'05**
[1] 10:3
**'61**
[1] 6:16
**'83**
[1] 33:20
**'85**
[1] 33:20

## 0

**04-264**
[1] 1:4

## 1

**1**
[1] 23:22
**10**
[4] 5:18 27:25 29:9 29:10
**10:22**
[1] 1:18
**11**
[1] 6:22
**11:31**
[1] 48:10
**12**
[1] 6:22
**120**
[2] 1:19 2:9
**15**
[1] 22:7
**1585**
[1] 2:4
**16412**
[1] 2:12
**16501**
[2] 1:20 2:9
**16507**
[1] 2:5
**1954**
[1] 16:21
**1983**
[1] 33:21
**1985**
[1] 33:21

## 2

**2002**
[1] 13:7
**2003**
[1] 12:5
**2005**
[1] 1:18
**20th**
[1] 26:14
**21st**
[4] 26:14 26:20 27:9 29:24

## 3

**30**
[1] 1:17

## 4

**4250**
[1] 2:12

## 5

**50**
[1] 45:8

## 6

**6N**
[1] 2:12

## 7

**7**
[4] 24:4 24:6 24:13 24:13

**Accurate**
[2] 35:11 38:14
**Actual**
[2] 13:13 22:17
**Addressed**
[3] 20:24 22:22 22:23
**Administration**
[12] 11:3 16:8 18:17 19:12 19:15 22:3 22:6 23:23 27: 25 43:19 44:2 46:24
**Administrators**
[11] 7:10 7:22 9:5 9:7 9:7 15:17 17:11 21:16 25:1 26: 19 27:12
**Advance**
[1] 17:7
**Adversely**
[5] 34:14 34:25 35:22 39:8 39:10
**Advise**
[2] 31:12 48:5
**Advised**
[1] 24:12
**Affect**
[2] 35:22 42:2
**Affected**
[1] 35:25
**Affects**
[1] 34:25
**Affirmation**
[1] 26:22
**African**
[5] 21:7 30:4 31:4 31:22 45:14
**Afterwards**
[2] 46:11 46:13
**Agenda**
[2] 17:5 17:7
**Ago**
[5] 10:4 10:16 15:21 15:25 43:10
**Agree**
[1] 11:10
**Agreed**
[3] 23:7 23:10 32:15
**Ahead**
[8] 17:2 17:4 19:6 24:15 25:15 43:15 43:23 44:8
**Alike**
[1] 35:1
**Alleged**
[1] 26:22
**Allegedly**
[1] 29:22
**Allow**
[1] 40:23
**Allowed**
[4] 36:3 36:13 36:14 36:23
**Alone**
[1] 45:6
**Ambiguous**
[2] 7:24 8:6
**America**
[1] 10:22
**American**
[5] 21:7 30:5 31:4 31:22 45:14
**Animus**
[1] 44:22
**Answer**
[18] 4:18 4:22 8:5 13:5 13: 6 29:21 34:9 36:1 36:6 36: 16 36:23 38:6 39:13 39:18 41:20 41:25 46:17 46:19
**Answered**
[2] 37:13 39:12
**Answering**
[2] 14:1 37:6
**Answers**
[1] 36:10

**Antinepotism**
[1] 39:4
**Anyway**
[2] 26:16 32:9
**Apologize**
[1] 46:21
**Appear**
[2] 14:25 32:16
**Appeared**
[1] 37:11
**Applicants**
[3] 45:4 45:12 47:16
**Application**
[3] 11:16 11:19 39:4
**Applied**
[1] 39:6
**Appreciate**
[1] 48:3
**Appropriate**
[1] 5:2
**Approximate**
[1] 29:4
**Armidia**
[2] 20:3 20:4
**Arrived**
[1] 11:6
**Aside**
[2] 25:7 25:8
**Assign**
[1] 6:8
**Assistance**
[1] 37:14
**Assistant**
[2] 1:6 2:7
**Association**
[5] 1:10 2:10 4:12 14:18 47:11
**Assumption**
[2] 8:8 8:12
**Assure**
[1] 37:4
**Attorney**
[7] 4:21 4:22 6:19 21:7 21: 8 21:9 30:20
**Attorney/client**
[10] 21:10 36:19 36:20 37: 16 37:25 38:1 38:7 38:10 40:14 40:17
**Attorneys**
[1] 4:17
**Attributed**
[7] 34:4 41:16 42:21 43:11 44:16 46:5 46:7
**August**
[1] 1:17

# B

**Background**
[2] 6:11 21:22
**Backwards**
[1] 27:8
**Badger**
[3] 13:1 13:2 14:9
**Badgering**
[1] 15:13
**Bamboozle**
[1] 40:24
**Baptist**
[1] 20:11
**Based**
[1] 44:5
**Basic**
[1] 4:15
**Basketball**
[1] 27:21
**Become**
[3] 10:8 45:17 45:18
**Beginning**
[1] 35:7
**Belief**

**Bernadette**
[3] 20:12 20:13 20:15
**Bernard**
[3] 1:15 3:3 5:10
**Bernie**
[4] 18:21 33:11 35:15 39:18
**Best**
[2] 13:25 16:4
**Better**
[1] 40:12
**Between**
[2] 18:19 19:8
**Bias**
[5] 30:6 30:9 30:23 31:5 32:6
**Biased**
[5] 31:23 32:11 32:19 33:7 47:15
**Big**
[1] 42:13
**Bit**
[1] 11:22
**Black**
[4] 1:16 1:25 18:22 19:10
**Board**
[16] 1:5 2:6 4:11 7:15 7: 20 9:1 9:22 19:9 20:5 25: 11 28:4 28:6 28:7 28:8 28: 19 29:15
**Books**
[1] 16:21
**Box**
[1] 2:4
**Branch**
[1] 5:23
**Branches**
[1] 5:21
**Briefly**
[1] 6:10
**Brother**
[16] 7:5 7:6 7:8 7:22 9:7 12:7 12:12 12:15 15:24 16: 14 16:15 17:21 21:19 22:25 25:24 30:21
**Brother-in-law**
[1] 25:10
**Brought**
[1] 45:3
**Brown**
[11] 16:21 16:21 18:22 19: 10 21:12 24:3 24:4 24:8 24: 12 45:9 45:9
**Brushed**
[2] 25:7 25:7
**Building**
[2] 11:3 16:9
**Bumped**
[1] 27:21
**Burnett**
[7] 20:18 20:18 30:17 30: 17 30:17 45:7 45:8
**Business**
[2] 5:13 5:14
**Byrd**
[8] 20:5 30:14 31:8 32:21 43:14 43:21 43:22 45:2

# C

**Caleb**
[1] 2:4
**Calm**
[1] 15:19
**Case**
[11] 1:4 6:19 16:21 21:12 27:13 27:17 29:14 29:19 33: 16 33:20 40:8
**Cases**
[1] 46:6
**Caucasian**
[3] 34:14 34:15 35:1
**Caucasians**

**Central**
[29] 1:5 1:5 1:9 2:6 2:6 2:
10 4:9 4:10 4:12 7:9 7:21
9:6 11:3 11:17 12:1 16:8
18:4 18:14 19:2 21:7 28:13
29:7 31:9 39:7 42:15 45:13
45:18 47:11 47:17
**Century**
[5] 26:14 26:14 26:21 27:9
29:24
**Certainly**
[1] 4:23
**Challenge**
[1] 25:5
**Chance**
[1] 23:21
**Changes**
[2] 25:19 25:19
**Charles**
[2] 1:6 2:6
**Check**
[1] 21:25
**Checked**
[2] 19:21 19:23
**Child**
[1] 6:23
**Children**
[1] 6:25
**Church**
[2] 20:11 20:15
**Cited**
[1] 23:13
**Civility**
[1] 48:4
**Civilized**
[1] 17:22
**Civilly**
[1] 15:18
**Clarified**
[1] 41:9
**Clarify**
[10] 7:23 24:12 32:4 41:6
41:7 41:10 41:12 41:13 41:
25 43:10
**Clear**
[4] 8:4 12:9 27:3 38:25
**Clearly**
[4] 18:2 37:19 42:17 44:20
**Client**
[6] 37:2 37:2 37:4 37:10
37:11 38:8
**Clients**
[2] 13:4 46:1
**Coach**
[2] 38:12 38:13
**Cochranton**
[2] 9:19 9:20
**Cocurrent**
[1] 6:14
**Coming**
[2] 39:3 48:3
**Commencing**
[1] 1:18
**Comment**
[3] 23:4 26:13 42:25
**Comments**
[3] 30:8 33:15 33:23
**Commonwealth**
[1] 1:17
**Company**
[1] 5:20
**Completely**
[1] 38:10
**Concern**
[1] 44:20
**Concerned**
[2] 26:10 44:21
**Concluded**
[2] 48:2 48:10
**Conduct**

**Confer**
[2] 36:15 36:17
**Confusing**
[1] 4:21
**Congratulations**
[1] 6:25
**Consequence**
[1] 27:22
**Consider**
[1] 27:8
**Considered**
[2] 29:12 30:22
**Consult**
[3] 36:12 37:5 37:5
**Continually**
[1] 38:11
**Continue**
[1] 21:18
**Conversation**
[11] 9:22 9:23 10:7 11:2
11:19 17:19 21:5 22:5 22:
17 25:22 30:22
**Conversations**
[7] 12:10 21:20 27:11 29:2
29:5 29:5 30:9
**Counsel**
[13] 7:23 8:20 12:22 14:22
15:5 26:5 36:7 36:7 37:9
37:14 38:4 38:22 41:23
**Counsel's**
[1] 14:14
**County**
[3] 5:23 5:25 45:4
**Couple**
[2] 11:8 18:13
**Court**
[4] 1:1 5:4 25:21 33:16
**Courteously**
[1] 15:14
**Courtesy**
[1] 13:3
**Crawford**
[33] 1:5 1:9 2:6 2:6 2:
10 4:9 4:10 4:12 5:23 5:25
7:9 7:21 9:6 11:3 11:17 11:
25 16:8 18:4 18:14 19:2 21:
7 22:9 23:21 28:13 29:7 31:
9 39:7 42:15 45:12 45:18
47:11 47:16
**Cross-Examination**
[2] 3:5 47:7
**Current**
[1] 28:17
**Cute**
[1] 40:10

**D**

**Date**
[1] 12:7
**Dealing**
[3] 36:21 37:24 39:3
**Decide**
[1] 41:18
**Decision**
[1] 24:12
**Defendant**
[2] 1:10 37:22
**Defendants**
[3] 1:7 4:11 14:17
**Deferring**
[1] 8:9
**Denied**
[3] 17:23 17:25 45:10
**Deponent**
[4] 8:5 15:12 15:15 40:22
**Depose**
[1] 13:3
**Deposed**
[1] 4:13
**Deposition**
[11] 1:15 4:13 4:15 14:16

21 48:3 48:10
**Depositions**
[1] 8:14
**Describe**
[1] 25:6
**Described**
[2] 6:10 26:21
**Designed**
[1] 46:18
**Detail**
[1] 22:20
**Details**
[1] 13:9
**Dick**
[1] 47:5
**Dickson**
[7] 20:4 29:14 29:1
33:8 44:9 45:1
**Different**
[3] 12:10 44:13 44:13
**Dinner**
[1] 31:7
**Direct**
[2] 3:4 4:4
**Directly**
[3] 20:22 44:15 44:22
**Director**
[3] 16:12 20:6 26:13
**Directors**
[2] 18:11 46:25
**Discriminatory**
[13] 27:8 29:12 29:17 29:
20 29:23 44:2 44:16 43:11
44:17 44:22 46:6 47:1 47:15
**Discuss**
[3] 16:11 16:16 18:18
**Discussed**
[5] 11:22 12:6 16:20 22:19
29:14
**Discussion**
[5] 8:22 14:7 18:18 18:25
47:25
**Dispatcher**
[1] 6:5
**Disrupt**
[2] 22:24 24:10
**Disruptive**
[1] 14:15
**Distinguish**
[1] 9:1
**Distinguished**
[1] 7:19
**District**
[42] 1:1 1:1 1:5 2:6 4:10
7:9 9:6 10:9 11:17 11:24
12:1 13:11 14:17 18:14 23:
22 24:18 25:12 28:13 29:7
31:9 31:25 32:24 33:7 33:
18 34:4 35:23 35:24 39:7
42:1 42:3 42:4 42:15 42:21
43:2 43:12 44:24 44:16 45:5
45:13 46:7 46:24 47:17
**Dolecki**
[13] 1:6 2:6 10:17 10:23
12:8 12:11 12:15 13:14 13:
15 15:24 19:9 22:23 32:17
**Dolecki's**
[1] 22:10
**Donald**
[2] 9:15 9:16
**Door**
[1] 22:13
**Down**
[7] 7:20 7:20 8:24 9:4 41:
10 44:8 45:2
**Dr**
[1] 20:8
**Duly**
[1] 4:2
**Dunn**
[10] 20:5 20:5 25:8 25:13
28:4 30:9 34:8 34:10 42:23

**During**
[3] 13:19 22:19 22:25
**Duties**
[1] 5:19

**E**

**Easy**
[1] 46:18
**Edinboro**
[4] 2:12 20:9 31:13 33:10
**Education**
[8] 1:9 2:10 4:9 4:12 20:
19 20:22 30:20 47:11
**Educational**
[1] 6:11
**Effect**
[1] 42:10
**Efforts**
[2] 10:8 11:23
**Eight**
[1] 27:24
**Either**
[1] 26:19
**Elementary**
[1] 9:20
**Elton**
[2] 20:8 30:14
**Employed**
[6] 5:7 5:11 10:8 23:23 31:
10 43:1
**Employment**
[9] 10:11 11:23 11:23 12:5
13:8 13:11 29:13 30:24 45:
10
**End**
[1] 19:3
**Entitled**
[2] 15:17 22:14
**Eric**
[1] 45:9
**Erie**
[5] 1:4 1:20 2:5 2:9 45:4
**Esquire**
[3] 2:4 2:8 2:11
**Essentially**
[1] 38:12
**Evening**
[1] 19:25
**Everyday**
[1] 5:1
**Exactly**
[2] 35:6 35:6
**Examination**
[2] 3:4 4:4
**Examine**
[1] 26:4
**Example**
[2] 30:5 42:20
**Existed**
[1] 34:25
**Exists**
[1] 39:6
**Expressed**
[1] 47:15
**Extend**
[1] 13:3
**Extent**
[2] 39:6 39:9

**F**

**Face**
[4] 9:5 9:5 10:18 10:18
**Face-to-face**
[2] 9:5 10:18
**Fact**
[4] 17:8 18:22 19:11 23:8
**Facts**
[1] 14:10
**Fair**

[4] 12:16 12:17 14:12 33:8
Fairs
[2] 31:13 32:23
Far
[2] 32:18 32:20
Favor
[1] 35:22
Federal
[5] 16:22 24:17 25:20 33:16 33:20
Feelings
[1] 33:19
Felt
[5] 19:14 19:14 43:24 44:3 44:5
Ferguson
[1] 1:26
Few
[1] 15:25
Figure
[1] 7:17
Final
[1] 18:18
Finances
[1] 24:17
Fine
[7] 9:14 9:14 15:23 16:5 21:24 42:7 43:9
Finish
[4] 34:1 36:8 36:9 44:19
Finishing
[1] 46:17
First
[8] 4:1 9:8 17:20 18:10 22:23 32:9 37:15 38:19
Five
[1] 11:13
Florida
[2] 45:16 45:19
Fold
[1] 39:3
Folks
[2] 30:12 30:21
Follow
[1] 17:3
Follows
[1] 4:2
Foot
[1] 43:20
Form
[3] 8:10 40:4 40:5
Formal
[1] 6:11
Former
[10] 20:4 20:6 25:8 28:4 26:6 28:12 28:12 28:15 28:22 28:24
Four
[5] 7:3 7:3 9:10 12:3 17:14
Fred
[8] 7:6 7:6 16:14 16:15 21:19 22:25 25:24 26:7
Front
[2] 31:17 31:18
Full
[5] 5:9 5:15 18:4 42:13 45:6
Full-time
[4] 5:15 18:4 42:13 45:6
Funding
[4] 16:22 16:22 16:22 16:24
Fundings
[1] 27:1

**G**

Gain
[2] 11:23 14:18
Game
[1] 27:21
Gas
[1] 5:14

Generally
[1] 16:17
Gentleman
[1] 45:9
George
[10] 16:12 18:12 20:5 25:23 26:4 30:9 34:8 34:10 42:23 44:21
Given
[1] 46:5
Gonna
[2] 31:15 31:19
Gornall
[2] 1:19 2:8
Governor
[4] 20:20 20:24 20:25 21:1
Graduate
[1] 6:13
Grammatically
[1] 4:20
Ground
[1] 14:23
Guess
[2] 11:13 34:2
Guidelines
[7] 24:16 24:17 24:19 24:21 26:24 27:1 27:2
Guys
[1] 18:17

**H**

Half
[2] 22:7 33:14
Hall
[1] 46:2
Haller
[2] 12:8 19:9
Hard
[1] 46:20
Harrisburg
[1] 20:20
Heads
[1] 5:1
Hear
[4] 5:4 18:2 27:3 41:5
Heard
[3] 6:23 40:1 41:5
Hearing
[3] 14:15 14:20 46:20
Held
[4] 5:17 8:22 14:7 47:25
Heller
[15] 1:6 2:6 12:5 13:16 13:23 15:20 17:19 20:7 22:23 23:3 23:7 24:20 31:12 32:15 32:17
Heller's
[1] 26:21
Helps
[1] 18:7
High
[4] 6:12 6:13 6:14 9:21
Himself
[2] 26:8 26:9
Hire
[8] 23:20 24:24 31:16 31:19 31:20 32:24 33:1 42:21
Hired
[7] 24:24 25:9 43:20 43:25 44:4 44:5 45:6
Hiring
[18] 16:16 18:13 18:16 19:21 19:23 19:25 20:18 25:11 26:10 29:6 31:14 31:22 31:23 33:13 33:19 39:6 43:24 47:16
Hold
[1] 6:4
Holdnack
[1] 1:26
Honestly
[1] 37:12

Hold
[2] 22:7 33:14
Hurts
[1] 44:23

**I**

Idea
[1] 15:12
Ideas
[1] 33:12
III
[2] 1:6 2:7
Impact
[5] 34:14 39:8 39:10 42:5 42:24
Implication
[1] 39:9
Important
[1] 38:24
Improper
[3] 4:20 38:10 40:3
Inappropriate
[1] 26:20
Inappropriately
[1] 38:17
Inc
[1] 1:26
Including
[1] 14:17
Indicate
[1] 14:17
Individual
[2] 47:19 47:20
Individuals
[2] 47:13 47:13
Information
[2] 14:18 14:19
Informed
[2] 24:22 25:17
Infulated
[1] 10:20
Insist
[2] 14:11 38:19
Instructed
[1] 35:8
Instructing
[1] 14:9
Insult
[1] 41:22
Intelligence
[1] 41:22
Intent
[2] 29:17 47:1
Interfere
[1] 40:13
Interfering
[3] 15:6 40:16
Interrupt
[1] 38:11
Interrupted
[2] 38:3 41:11
Interruptions
[1] 14:14
Interview
[1] 45:5
Involved
[1] 8:14
Issue
[4] 10:15 37:18 38:5 39:2

**J**

Jerry
[11] 20:5 20:5 25:13 26:4 30:9 34:8 34:10 34:11 34:17 42:23 44:21
Job
[7] 11:16 18:3 18:4 19:1 21:6 32:23 42:13
Jobs
[1] 6:8

Joy
[1] 18:9
John
[1] 10:11
Joke
[1] 31:15

**K**

Kansas
[1] 21:8
Kind
[3] 5:13 25:7 30:9
Knowledge
[2] 11:20 47:18
Knox
[2] 1:19 2:8
Kihar
[32] 2:8 4:5 8:2 8:6 8:21 10:23 13:25 15:10 15:9 3:1 3:6 4:5 15:6 15:6 4:1 15:6 3:1 3:16 3:16 8:6 16:11 16:13 16:15 16:7 16:8 18:6 17:36 37:3 37:19 39:21 40:20 43:1 47:4 47:23 44:1 Kihar's
[1] 40:4
Kihar..............................4
[1] 3:4

**L**

Lady
[2] 18:24 19:1
Last
[5] 11:1 11:12 18:16 18:20 22:6
Lasted
[1] 16:4
Law
[3] 24:19 24:20 27:2
Lawsuit
[1] 39:23
Lawyer
[1] 39:24
Least
[1] 8:7
Lecture
[2] 14:24 15:1
Lecturing
[1] 15:2
Lee
[4] 2:6 30:14 31:18 42:20
Less
[2] 23:22 34:11
Letter
[4] 11:7 11:14 20:20 20:24
Life
[1] 5:1
Likewise
[1] 18:9
Line
[1] 45:2
Lines
[1] 47:19
List
[13] 21:13 21:18 27:1 31:7 19:10 13 30:14 33:24 36:3 42:14 42:19 43:13 44:8 46:4
Located
[1] 5:21
Lock
[1] 22:13
Loudly
[1] 41:23

**M**

Man
[1] 18:25
Mark
[1] 2:8
Marriage
[1] 7:4

Married
[3] 6:17 6:21
Marvin
[4] 20:18 20:16 20:17 30:18
Matter
[3] 4:11 20:2 38:7
McEwen
[26] 2:11 8:12 8:13 14:13
14:22 14:23 15:2 15:6 37:6
37:18 37:22 38:1 38:5 38:
16:9 15:18 41:23 39:23 40:2
40:8 40:16 40:25 47:5 47:8
47:21
McEwen......................47
[1] 35
McReam
[7] 20:6 30:11 31:2 21:6
32:21 42:20 42:21
McLaughlin
[2] 1:19 2:8
Meadville
[7] 6:1 6:22 19:11 20:17 31:
19:3 17:4 5:15
Mean
[15] 5:2 5:3 7:2 7:3 9:5:
25:10 31:4 31:17 8:22 10:2:
21:24 10:25 3:25 4:13 9:5 3:
4:15 5:16 14:6 5:13 47:20
Means
[1] 15:13
Measure
[1] 39:15
Meeting
[33] 7:5 7:8 7:15 7:20 7:
20:7 5:8 20:19 23:11 4:11:
12:11 21:12 21:17 21:19 13:2
15:10 15:23 16:1 15:4 16:7
16:10 18:17 19:8 19:18 19:
19:19 20:7 20:19 21:3 21:9
24:2 25:15 26:15 44:12
Meetings
[11] 7:12 7:14 7:15 7:21 5:
19:3 9:4 9:5 9:12 15:15
19:15
Member
[6] 19:9 35:19 36:2 38:2 8:
12:18 19
Memory
[4] 14:1 15:15 16:6 18:9
Mentioned
[1] 32:10
Merit
[1] 4:16
Met
[5] 9:5 12:4 12:8 18:11 13:
10
Michael
[2] 1:6 2:6
Mind
[7] 17:8 3:14 4:2 16:4 2:21
43:11 44:13 44:17
Mind-set
[6] 3:14 4:2 16:4 2:21 43:11
44:13 44:17
Minorities
[16] 19:22 32:3 32:5 32:
6:3 0:23 18:19 33:19 34:19
36:3 34:7 43:8 3:17 43:4 38:1
10
Minority
[16] 16:16 19:13 19:16 16:1:
35:2 37:7 37:3 29:3 15:2 5:
7:2 11:3 9:4 4:2 4:2 38:5 4:
16
Minute
[6] 14:6 15:2 13:22 31:23 36:3
43:9 43:1
Minutes
[3] 11:13 15:15 25:2 27
Misled
[1] 40:2
Misleaded
[2] 41:1 41:3

Misreading
[1] 40:25
Misspoke
[1] 13:16
Misunderstood
[1] 32:2
Moment
[1] 47:24
Months
[1] 18:13
Moody
[5] 20:25 21:3 30:20 45:14
45:22
Morning
[2] 4:7 4:8
Mostly
[1] 17:19
Move
[2] 24:11 40:5
Moved
[1] 45:16

N

Name
[3] 5:9 20:23 45:21
Named
[1] 21:8
Namely
[1] 9:12
Names
[1] 46:4
Nature
[1] 8:2
Need
[3] 4:6 41:20 46:1
Needed
[2] 19:11 19:15
Neighbor
[2] 28:18 29:1
Nepotism
[15] 24:23 34:11 34:17 34:
24 34:25 35:19 35:19 35:21
39:5 42:9 42:10 42:12 42:
23 44:14 44:23
Never
[5] 19:1 32:17 42:8 45:5
45:5
New
[2] 33:11 40:2
Newsome
[5] 20:12 20:13 20:14 30:
15 45:11
Next
[2] 10:14 32:9
Next-door
[2] 28:18 29:1
Nice
[1] 26:24
Nichols
[56] 2:4 7:23 8:6 8:17 8:
20 12:22 12:25 13:24 14:3
14:6 14:8 14:22 15:1 15:4
15:8 15:13 26:4 26:7 32:1
34:22 35:10 35:15 35:18 36:
1 36:5 36:7 36:9 36:12 36:
14 36:17 36:19 37:1 37:15
37:20 37:24 38:4 38:13 38:
17 39:16 39:25 40:7 40:9
40:13 40:18 40:20 40:23 41:
2 41:6 41:8 41:10 41:14 41:
22 47:23 47:24 48:1 48:7
Nichols'
[1] 41:20
Non
[1] 34:15
Non-Caucasian
[1] 34:15
Nonrelatives
[1] 42:2
Normally
[1] 8:13
Notary

Note
[3] 8:3 36:20 38:21
Noted
[1] 39:25
Nothing
[4] 12:24 17:22 17:23 17:25
Number
[2] 29:4 47:12
Numerous
[1] 29:2

O

Object
[5] 14:13 36:18 39:15 39:
21 39:23
Objection
[8] 7:23 8:25 15:3 15:8 39:
24 40:2 40:3 40:4
Objections
[3] 8:3 8:9 14:20
Obligated
[1] 4:18
Occurred
[1] 7:18
Odd
[1] 31:21
Offer
[1] 38:23
Office
[3] 22:11 22:12 22:13
Officers
[1] 47:15
Offices
[1] 1:18
Oil
[1] 5:14
Old
[1] 33:12
One
[26] 7:13 7:18 8:9 10:12
10:14 10:17 10:20 12:2 12:
4 12:7 12:10 14:2 14:14
16:24 17:23 18:11 27:21 31:
6 32:14 37:17 38:14 39:13
40:25 45:16 46:1 47:24
One's
[1] 27:22
Opinion
[3] 30:11 38:24 39:5
Opportunity
[1] 48:7
Opposed
[1] 43:5
Order
[3] 9:14 10:14 14:19
Otherwise
[1] 30:5

P

P.O.
[1] 2:4
Paperwork
[1] 6:9
Part
[8] 25:17 27:8 29:13 29:18
29:24 42:13 42:21 44:2
Participants
[1] 17:15
Particular
[1] 7:19
Patterson
[2] 5:12 6:3
Pause
[1] 46:3
PC
[2] 1:19 2:8
Pennsylvania
[5] 1:1 1:17 1:20 6:1 20:12
People
[33] 10:22 18:22 18:22 18:

19:10 19:11 19:24
20:1 21:13 21:14 21:21 22:
1 28:1 32:6 32:10 32:18 32:
20 33:6 33:11 34:3 34:15
42:9 42:14 42:20 43:11 44:
13 44:16 45:25 46:5 46:14
46:19 46:23
Percent
[5] 23:22 24:4 24:6 24:13
24:13
Percentage
[1] 23:21
Perception
[1] 25:2
Perfectly
[1] 37:12
Perform
[1] 5:19
Perhaps
[3] 4:16 14:20 37:9
Perkins
[2] 31:7 32:23
Person
[1] 32:12
Personally
[1] 33:1
Perspective
[1] 37:9
Phonetic
[1] 20:3
Physically
[1] 36:24
Place
[2] 11:2 16:8
Plaintiff
[3] 1:3 2:3 6:19
Plant
[1] 14:23
Plays
[1] 14:23
Point
[1] 29:5
Points
[5] 13:20 13:21 13:23 13:
24 14:3
Policy
[5] 34:24 39:4 42:1 42:23
44:23
Posed
[2] 37:2 38:23
Position
[3] 6:4 6:10 45:6
Possible
[4] 15:15 15:18 15:19 35:12
Possibly
[2] 46:18 46:18
Potted
[1] 14:23
Preferring
[1] 42:2
Prepared
[1] 38:8
Present
[7] 7:22 12:11 12:12 12:15
15:24 15:25 32:23
Preserving
[1] 8:10
President
[5] 20:4 25:8 25:11 28:6
28:12
Pretty
[1] 4:15
Previous
[1] 7:4
Previously
[2] 8:14 28:1
Principal
[1] 9:17
Priorities
[1] 10:21
Privately
[1] 12:4

**Privilege**
[8] 36:20 37:17 37:25 38:1 38:7 38:18 40:14 40:17
**Problem**
[3] 10:19 40:19 40:20
**Proceed**
[1] 39:24
**Proceeding**
[1] 8:2
**Proceedings**
[3] 38:3 41:11 46:3
**Process**
[1] 14:15
**Professor**
[1] 23:12
**Program**
[9] 10:19 24:23 34:11 42:9 42:10 42:12 43:19 44:2 44:14
**Promoting**
[1] 33:19
**Proven**
[3] 18:22 19:11 23:8
**Public**
[1] 1:16
**Purpose**
[1] 14:16
**Put**
[2] 12:7 18:8

**Q**

**Qualified**
[2] 34:12 45:17
**Questioning**
[1] 38:12
**Questions**
[10] 4:16 4:18 4:19 10:11 14:1 14:19 41:18 47:4 47:5 48:1
**Quickly**
[1] 30:13
**Quite**
[1] 42:17

**R**

**Race**
[1] 31:3
**Racial**
[3] 30:23 34:19 35:23
**Radio**
[1] 18:12
**Raise**
[2] 8:11 39:23
**Raised**
[2] 15:11 39:2
**Raising**
[1] 39:2
**Ralph**
[1] 5:10
**Ran**
[1] 33:21
**Rather**
[1] 44:6
**Read**
[1] 24:8
**Really**
[16] 12:16 13:6 13:19 13:19 15:22 19:2 19:3 19:4 19:7 19:18 25:23 26:1 31:16 34:9 47:10 47:12
**Reason**
[6] 8:24 8:25 16:11 17:20 18:16 43:25
**Recant**
[1] 35:17
**Recently**
[2] 6:23 10:2
**Recess**
[1] 38:9
**Record**
[16] 8:22 12:9 14:7 14:13

22 37:1 37:7 37:8 37:16 39:25 40:8 47:9
**Recorded**
[1] 4:24
**Recoup**
[1] 20:8
**Recruit**
[1] 31:14
**Refer**
[2] 7:25 30:4
**Reference**
[1] 25:24
**Referenced**
[5] 9:2 12:10 15:16 15:21 15:24
**Referring**
[3] 7:16 13:24 27:25
**Refers**
[1] 15:13
**Reflect**
[6] 15:10 36:22 37:1 37:7 37:9 37:16
**Refused**
[1] 17:12
**Regarding**
[6] 11:15 13:13 15:15 22:20 27:24 48:5
**Regular**
[2] 9:23 9:24
**Regulations**
[4] 16:23 16:25 26:24 27:1
**Relate**
[1] 10:7
**Relationship**
[1] 44:1
**Relatives**
[13] 21:6 24:24 35:22 35:23 35:24 42:2 42:3 42:4 42:11 43:18 44:1 44:6 45:15
**Relevant**
[2] 14:20 14:21
**Remember**
[13] 9:13 12:14 14:5 14:8 15:19 16:3 23:16 26:2 26:3 27:10 27:12 35:5 45:20
**Rename**
[1] 30:13
**Rendell**
[1] 21:2
**Rephrase**
[6] 4:23 8:23 35:18 35:19 37:3 42:19
**Reported**
[1] 1:25
**Reporter**
[3] 5:4 38:3 41:11
**Reporting**
[1] 1:26
**Represent**
[3] 4:9 4:10 47:11
**Representative**
[1] 37:22
**Request**
[1] 37:13
**Requested**
[1] 37:3
**Require**
[1] 24:18
**Requires**
[1] 24:13
**Respect**
[1] 34:9
**Responding**
[3] 39:14 39:16 39:17
**Responses**
[1] 4:25
**Responsible**
[1] 35:11
**Restate**
[1] 41:24
**Reverend**

18 30:15 30:15 30:17 30:18 45:3 45:7 45:11
**Review**
[2] 48:6 48:8
**Richard**
[1] 2:11
**Rights**
[1] 15:7
**Role**
[1] 39:15
**Route**
[1] 2:12
**Rowena**
[3] 1:2 6:20 7:3
**Rules**
[3] 4:15 5:5 14:24
**Run**
[2] 6:2 30:13
**Running**
[1] 8:8

**S**

**Safety**
[1] 11:25
**Sam**
[5] 20:5 30:14 31:8 32:23 45:1
**Save**
[1] 46:18
**Scales**
[2] 20:8 30:15
**Scheduled**
[1] 11:4
**School**
[43] 1:5 1:5 2:6 2:6 4:10 4:11 6:12 6:13 6:14 7:9 7:14 7:20 9:1 9:6 9:18 10:21 11:17 12:1 16:12 18:11 20:5 20:6 23:22 24:18 25:12 26:13 28:4 28:13 29:7 31:9 31:12 31:23 31:18 39:7 42:1 42:15 43:1 43:12 44:1 45:4 45:13 45:20 47:17
**Second**
[2] 18:23 38:21
**Secretary**
[4] 11:8 20:19 20:22 30:20
**See**
[4] 15:7 19:12 21:25 25:19
**Seem**
[1] 24:10
**Send**
[2] 20:20 20:24
**Senior**
[1] 9:21
**Sennett**
[2] 1:19 2:8
**Sense**
[1] 34:2
**Set**
[8] 22:2 27:24 34:4 42:16 42:21 43:11 44:13 44:17
**Seven**
[2] 7:1 7:2
**Several**
[10] 7:14 7:14 18:11 18:15 19:24 29:8 29:8 29:14 40:1 45:3
**Shoulders**
[1] 5:1
**Show**
[3] 29:12 30:5 33:4
**Showed**
[6] 29:17 30:8 31:5 32:6 46:15 46:25
**Showing**
[1] 30:23
**Shows**
[1] 31:20
**Shrug**
[1] 5:1

[1] 41:10
**Sic**
[3] 10:20 41:1 41:3
**Simple**
[1] 4:16
**Sister-in-law**
[5] 25:9 43:1 43:3 43:7 43:8
**Sit**
[4] 7:20 7:20 8:24 9:4
**Sit-down**
[4] 7:20 7:20 8:24 9:4
**Sitting**
[3] 12:18 26:16 46:10
**Situation**
[6] 22:22 24:4 25:2 42:8 45:7 45:11
**Smart**
[2] 18:23 19:10
**Smith**
[4] 20:9 20:10 30:15 45:3
**Sondra**
[2] 1:16 1:25
**Soon**
[1] 25:12
**Sorry**
[7] 4:10 5:13 13:16 16:15 24:6 24:10 44:3
**Sort**
[3] 22:2 25:5 30:12
**Source**
[1] 23:13
**Speaking**
[1] 15:11
**Specific**
[3] 7:25 30:8 34:20
**Specify**
[2] 7:24 8:1
**Speculate**
[3] 8:17 8:17 14:10
**Speculation**
[1] 14:11
**Speechify**
[1] 40:6
**Speechifying**
[1] 40:9
**Spoken**
[1] 47:12
**Stage**
[2] 22:2 27:24
**Stallard**
[3] 21:8 21:9 30:21
**Standing**
[2] 37:18 37:20
**Stanley**
[3] 20:9 20:10 30:15
**Start**
[3] 19:19 28:3 34:7
**Started**
[3] 42:19 42:22 42:23
**State**
[4] 15:8 16:22 24:17 40:4
**Statement**
[7] 16:12 18:12 18:18 18:21 18:23 19:8 32:13
**Statements**
[2] 18:25 32:10
**States**
[2] 1:1 5:22
**Stating**
[1] 15:2
**Step**
[1] 25:20
**Steroid**
[1] 10:18
**Steroids**
[3] 10:6 10:17 27:14
**Stop**
[1] 36:25
**Street**

Strike
[1] 31:21
Students
[1] 11:25
Study
[2] 23:11 23:15
Stuff
[1] 6:8
Subject
[3] 10:5 13:10 24:11
Subjects
[2] 17:11 17:15
Subsidiary
[1] 6:3
Subsidizes
[1] 24:18
Substitute
[1] 45:6
Success
[2] 45:12 45:16
Sufficiently
[1] 38:8
Suggested
[1] 33:7
Suggesting
[1] 32:24
Superintendent
[4] 1:6 1:7 2:6 2:7
Supervise
[1] 6:7
Supervisor
[1] 6:5
Support
[1] 26:12
Supposed
[3] 17:3 24:4 24:6
Sworn
[2] 4:2 4:19
System
[1] 10:21

**T**

Teach
[1] 45:18
Teacher
[3] 18:4 45:17 45:18
Teacher's
[2] 47:12 47:14
Teachers
[5] 23:23 23:24 24:13 24:
24 44:1
Teaching
[1] 43:19
Tend
[1] 4:25
Tenth
[2] 1:19 2:9
Term
[1] 38:13
Terms
[2] 30:1 32:19
Test
[3] 13:25 15:15 16:6
Testified
[2] 4:2 14:10
Texas
[2] 5:12 5:20
Them's
[2] 24:16 24:16
Themselves
[2] 32:11 32:19
Third
[1] 12:2
Three
[3] 7:3 9:10 12:2
Today
[2] 10:21 12:18
Took
[4] 11:7 16:8 17:20 31:7

[2] 10:21 34:7
Topeka
[1] 21:8
Total
[2] 7:18 27:19
Transcript
[2] 48:6 48:8
Treatment
[1] 29:6
Tried
[2] 45:9 45:15
Trigger
[1] 8:25
Triggered
[1] 19:8
Troublemaker
[3] 19:2 19:4 19:7
True
[1] 25:3
Truthfully
[2] 4:18 13:6
Try
[5] 4:23 8:23 35:10 41:8
42:18
Trying
[9] 7:17 15:14 18:3 18:8
18:9 20:8 21:6 21:25 32:3
Tuesday
[1] 1:17
Two
[4] 10:4 10:16 12:10 18:24

**U**

Under
[3] 6:1 6:2 43:16
Understood
[2] 35:12 37:5
Unfortunately
[1] 38:14
Union
[2] 47:12 47:14
United
[2] 1:1 5:22
Universal
[2] 6:1 6:2
Universities
[1] 31:13
University
[4] 20:9 23:10 23:11 33:10
Up
[4] 4:17 9:2 18:10 43:20
Upset
[2] 17:20 32:15
UTI
[2] 5:12 6:3

**V**

Verbal
[1] 4:25
Verbally
[1] 5:3
Versus
[1] 16:21
View
[3] 29:12 46:6 47:16
Voice
[2] 15:11 15:19

**W**

Wagner
[9] 1:2 1:15 3:3 4:7 5:10
6:20 8:15 21:19 26:7
Wait
[4] 14:6 34:22 36:1 36:3
Walter
[2] 21:3 30:20
Wander
[1] 8:1
Wants

Weeks
[3] 10:4 10:16 11:1
West
[2] 1:19 2:9
WESTERN
[1] 1:1
Whatsoever
[1] 15:11
White
[2] 18:23 19:11
Who've
[1] 34:3
Whole
[2] 27:11 27:19
Wife
[11] 11:7 11:15 16:13 18:3
18:10 18:14 23:20 42:6 42:
11 42:24 44:23
Wife's
[7] 10:8 11:23 12:5 13:10
19:1 25:18 26:10
Wigden
[2] 9:15 9:16
Withdraw
[2] 46:16 47:21
Witness
[9] 15:14 36:23 38:12 39:
20 39:22 40:12 40:15 41:1
41:3
Word
[2] 18:2 30:5
Words
[3] 13:13 13:18 28:15
Workmen
[1] 6:7
Worry
[1] 46:17
Wright
[8] 16:12 18:12 18:15 18:
19 19:14 22:22 29:22 32:13
Wright's
[1] 23:4

**Y**

Year
[2] 45:17 45:19
Years
[3] 5:18 6:22 45:8
Young
[1] 10:22

```
 1                    C E R T I F I C A T I O N

 2

 3          I, Sondra A. Black, a Court Reporter and Notary

 4     Public in and for the Commonwealth of Pennsylvania, do

 5     hereby certify that the foregoing is a true and accurate

 6     transcript of my stenographic notes in the

 7     above-captioned matter.

 8

 9

10

11

12

13

14

15     Dated: September 19, 2006

16

17

18

19

20

21

22

23

24

25
```

Notarial Seal
dra A. Black, Notary P'
Waterford Twp., Erie Co'
mission Expires Aug