1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2                 ERIE DIVISION

3    ROWENA WAGNER,                    :

4         Plaintiff,                   :

5         -VS-                  :CIVIL ACTION NO. 04-262 Erie

6    CRAWFORD CENTRAL SCHOOL     :

7

     DISTRICT, et al,                  :
8
          Defendants,                  :
9

10        Deposition of **GEORGE WRIGHT,** taken before and

11      by Denice A. Grill, RMR, Notary Public in and for

12      the Commonwealth of Pennsylvania, on Tuesday,

13      September 6, 2005, at the Crawford Central School

14      District, 11280 Mercer Pike, Meadville, PA, 16335,

15      commencing at 1:05 p.m. and concluding at 3:00 p.m.

16   For the Plaintiff:
          Caleb Nichols, Esquire
17        P.O. Box 1585
          Erie, Pennsylvania 16507
18
     For the Crawford County School District:
19        Mark Kuhar, Esquire
          Knox, McLaughlin, Gornall & Sennett
20        120 W. 10th Street
          Erie, PA  16501
21
     For Crawford Central Education Association/PSEA:
22        Shannon Wagner, Esquire
          10 South 19th Street
23        Pittsburgh, PA  15203

24   Also Present:  Bernard Wagner & Charles Heller

25             REPORTED BY:  DENICE A. GRILL, RMR
               FERGUSON & HOLDNACK REPORTING, INC.

2

1

2                                   I N D E X

3

4    TESTIMONY OF **GEORGE WRIGHT:**

5          Cross-examination by Mr. Nichols . . . . . . .Pg.  4

6          Cross-examination by Ms. Wagner . . . . . . . Pg. 73

7          Direct Examination by Mr. Kuhar . . . . . . . Pg. 74

8          Recross-examination by Mr. Nichols . . . . . .Pg. 75

9

10                                  **EXHIBITS**

11   Plaintiff's                  Marked For Identification

12   Exhibit No. 1                     Pg.  6

13   Exhibit No. 2                     Pg. 16

14   Exhibit No. 3                    Pg. 20

15   Exhibit No. 4                    Pg. 21

16   Exhibit No. 5                    Pg. 23

17   Exhibit No. 6                    Pg. 29

18   Exhibit No. 7                    Pg. 37

19   Exhibit No. 8                     Pg. 49

20   Exhibit No. 9                    Pg. 52

21   Exhibit No. 10                   Pg. 55

22   Exhibit No. 11                   Pg. 55

23   Exhibit No. 12                   Pg. 55

24   Exhibit No. 13                   Pg. 55

25   Exhibit No. 14                   Pg. 55

3

```
1   Exhibit No. 15                    Pg. 55
2                      I N D E X
3   Plaintiff's              Marked for Identification
4   Exhibit No. 16                    Pg. 55
5   Exhibit No. 17                    Pg. 55
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

1

2                     P R O C E E D I N G S

3

4              MR. NICHOLS:  Is everybody ready?  Mark?

5              MR. KUHAR:  We are.

6              MR. NICHOLS:  Are you ready, Ms. Wagner?

7              MS. WAGNER:  Yes.

8              MR. NICHOLS:  All right.  Mr. --

9              THE WITNESS:  Wright.

10             MR. NICHOLS:  Mr. Wright, are you ready?

11             THE WITNESS:  Yes.

12             MR. NICHOLS:  Okay, Miss Grill, would you

13     swear the witness in, please?

14

15                 **GEORGE WRIGHT,** having been

16               first duly sworn, was examined and

17               testified as follows:

18

19                    CROSS-EXAMINATION

20     BY MR. NICHOLS:

21        Q.   Ladies and gentlemen, my name is Caleb Nichols.

22     I am representing the plaintiff in this proceeding, Miss

23     Rowena Wagner, in this lawsuit which is styled Wagner

24     versus Crawford Central School District, et al.  This

25     lawsuit is presently pending in the United States District

1  Court for the Western District Of Pennsylvania, Erie,
2  Pennsylvania.

3      I would like to remind the witness, you have just
4  recently taken the oath and, of course, that carries with
5  it the obligation to speak the truth and nothing but the
6  truth.

7      I would ask you also, Mr. Wright, that you verbalize
8  or state all your answers because of the need for the
9  court reporter to be able to take down an accurate,
10  intelligible record.

11      It is also important that you speak as clearly and
12  specifically as possible to the question that I will pose
13  to you.  If you need to take a break at any time, let me
14  know, and I will ask the court reporter to go off the
15  record and we will oblige you in terms of your need to
16  take a break.

17      The purpose of today's deposition is to obtain a
18  truthful and accurate and complete information as you can
19  give in response to the question that I've asked -- I will
20  ask you.

21      Okay, your attorney, Mr. Kuhar, may make objections
22  to some of the questions that I pose.  And if your counsel
23  should object, you will still need to answer the question
24  unless he insists and instructs you not to answer.

25      Do you have any questions, with respect to what I've

6

1   said so far?

2        A.   No.

3             MR. NICHOLS:   Okay, you are appearing here

4        today pursuant to a subpoena issued by me on behalf

5        of the plaintiff, Miss Wagner, and I would ask that

6        the court reporter mark this (indicating) and

7        include in the record as Exhibit 1.

8             The record should reflect that I have provided

9        opposition counsel, Mr. Kuhar and Miss Wagner, who

10       represents the Crawford Central Educational

11       Association, the union, with copies of all the

12       documents which I intend to ask to be submitted --

13       to be marked and identified and to be included in

14       the record today.

15                          (At which time, Plaintiff's
                             Exhibit No. 1, was marked for
16                           purposes of identification.)

17  BY MR. NICHOLS:

18       Q.   Mr. Wright, if there are any questions that I

19  propose that you don't understand, please, stop and ask me

20  to rephrase it, the question, and I'll try to do so to

21  make it as clear as possible, to remove any ambiguity to

22  which you might find.  All right?

23       A.   Right.

24       Q.   Okay.  Do you have any questions, Mr. Wright,

25  before we proceed with the questions?

7

1      A.    None.

2      Q.    Okay.  Please, state your name, your full name

3  for the record, please?

4      A.    George F. Wright.

5      Q.    And your address, Mr. Wright?

6      A.    ████████████████████████████████████████████

7  ████████████████████

8      Q.    And your birth date?

9      A.    12-1-31.

10     Q.    And your current employer?

11     A.    I am retired.

12     Q.    Where were you previously employed?

13     A.    I was Human Resources Director at Hamot Medical

14  Center, Erie, Pennsylvania.

15     Q.    And the day -- Excuse me.

16     A.    Erie, Pennsylvania.

17     Q.    Okay.  And the dates you were employed for

18  Hamot?

19     A.    May of '74 to April of '79.

20     Q.    Okay.  Were you employed after that, some other

21  --

22     A.    No.

23     Q.    I see.  And prior to Hamot, were you employed?

24     A.    Yes, I was at the Lake County Hospitals in

25  Ohio.

1       Q.    What was your position there?

2       A.    Human Resources Director.

3       Q.    Okay.  Prior to that?

4       A.    Erickson Tool Company in Solon, Ohio.

5       Q.    Okay.  And prior to that?

6       A.    I was with the Cleveland Chamber of Commerce in

7   Industrial Development.

8       Q.    Okay.  And your level of education, Mr. Wright?

9       A.    I have a Master's Degree.

10       Q.    In what field?

11       A.    Psychology.

12       Q.    And your undergraduate degree?

13       A.    Political science.

14       Q.    And the institutions with which you hold these

15   degrees?

16       A.    The Master's was University of Akron, and the

17   Bachelor's degree was from DePauw University.  That's

18   spelled with a "W".  That's in Greencastle, Indiana.

19       Q.    For the record, I just want to make it clear,

20   you have been retired since what year?

21       A.    I retired in '79.  I've been retired for a

22   great many years.

23       Q.    All right.  Have you ever been a witness, a

24   party in any lawsuit?

25       A.    Not that I can recall.

1       Q.   Okay.  Have you ever had occasion to
2   participate in a deposition?
3       A.   Well, we had some cases -- Of course, in my
4   capacity as Human Resources Director we had some dealings
5   with cases in the -- at Hamot Medical Center, for example.
6       In other words, I worked with the attorneys that
7   represented the medical center.
8       Q.   Okay.  You currently serve on the Crawford
9   Central School District Board of Directors; is that
10  correct?
11      A.   That's correct.
12      Q.   That is an elected position?
13      A.   It is.
14      Q.   When were you first elected to that position?
15      A.   Four years ago.  Nearly four years ago.
16      Q.   Okay.  Have you held other elected offices?
17      A.   Nothing major, precinct committeeman at large
18  to the national delegate convention, that sort of thing.
19      Q.   What are your primary responsibilities on your
20  other position, the school board, which you now sit?
21      A.   I'm the finance chairman, and also the
22  government affairs chairman.  Those are my areas of
23  responsibility.
24      Q.   Okay.
25      A.   Delegate to the council of governments.

1         Q.   Okay.  Do you know Mr. and Mrs. Wagner?

2         A.   Yes.

3         Q.   How did you first come to know Mr. and Mrs.

4    Wagner?

5         A.   Probably when Mr. Wagner called me on the

6    phone.

7         Q.   Could you tell us the date, the approximate

8    date he first called you on the telephone?

9         A.   I really don't know.

10        Q.   Could you give us the --

11        A.   It's been probably two years ago.

12        Q.   So are we talking 2003?

13        A.   Maybe 2002.  Somewhere around there.

14        Q.   What was your understanding that he called you?

15        A.   He was calling --

16             MR. KUHAR:  I was going to object.  Did

17        you mean to say why he was calling?  If you

18        understood his question, go ahead and answer it.  I

19        thought there was a word missing there, but if you

20        understood the question, go ahead and answer it.

21             MR. NICHOLS:  Do you understand what I

22        asked?

23   BY MR. NICHOLS:

24        Q.   You said Mr. Wagner, called you in

25   approximately 2003.  And I said, what did Mr. Wagner

1    relate to you what he called you or why he called you?

2         A.   He was calling in regard to his wife's

3    potential employment with the district.

4         Q.   Okay.  Did you have a -- Subsequent to that

5    telephone call, did you have occasion to meet with Mr. and

6    Mrs. Wagner?

7         A.   I didn't meet with Mr. Wagner.

8         Q.   Mr. Wagner?

9         A.   No.

10        Q.   Miss Wagner?

11        A.   On one occasion she was a guest at the drug and

12   alcohol executive commission as a potential board member.

13        Q.   And you met with her there?

14        A.   Right.

15        Q.   Do you recall the nature of the discussion that

16   occurred between you and Miss Wagner on that occasion?

17        A.   Miss Wagner?

18        Q.   Mrs. Wagner.

19        A.   I introduced her as my guest at the meeting as

20   a potential board member.  There were no vacancies at the

21   time, and that was the end of that --

22        Q.   Did she discuss with you on that occasion or

23   any subsequent occasion --

24              MR. KUHAR:  Wait, he was still finishing

25         his answer.

12

1          MR. NICHOLS:  Go ahead, please.

2          MR. KUHAR:  I think he said that was the

3      end of . . .

4          THE WITNESS:  That was the end of the

5      discussion, as far as her reason for being there.

6  BY MR. NICHOLS:

7      Q.   Okay.  On that particular occasion, did she

8  make it known to you or tell you that she was trying to

9  obtain full-time employment as a -- as a teacher with the

10  Crawford Central School District --

11      A.   I really don't recall.

12      Q.   -- On that occasion?

13      A.   I really don't recall.

14      Q.   Were there subsequent occasions where she

15  brought this to your attention?

16      A.   By phone perhaps, not in person.

17      Q.   And do you recall what she said on the

18  telephone during the telephonic discussion?

19      A.   Not -- I think she just explained her

20  situation.

21      Q.   And that was she was looking for a job, trying

22  to obtain -- having difficulty obtaining a full-time

23  teaching position with the Crawford Central School

24  District; is that correct?

25      A.   I think you could say that.

13

1      Q.   This was in 2003, is that correct,

2   approximately?

3      A.   2002, 2003.

4      Q.   And once she approached you and you knew this,

5   what if anything -- what was your reaction to her -- to

6   her telephone conversation, what she had related to you?

7      A.   The problem is I don't do the hiring for the

8   school district.  You know, the school board ultimately --

9      Q.   You told her that?

10      A.   Yes.

11      Q.   You told her that?

12      A.   I should have, if I didn't --

13      Q.   Was there any --

14      A.   -- Because the school board is a policy making

15   unit.

16      Q.   I understand that.  I understand.  What -- Were

17   there any other conversation between you and Miss Wagner

18   relative to her asking you for help to obtain a full-time

19   teaching position --

20             MR. KUHAR:  I object --

21      Q.   -- At the school district?

22             MR. KUHAR:  Object to that, because

23        there's been no reference to Mrs. Wagner asking Mr.

24        Wright for help so far in the questioning.  But I

25        object in that sense, not that you can't ask him

```
                                                    14
 1       that.
 2                MR. NICHOLS:  Let's go a step back.
 3   BY MR. NICHOLS:
 4       Q.   Mr. Wright, on the telephone conversation --
 5   You did say she called you, right?
 6       A.   (No audible answer.)
 7       Q.   There was a telephone conversation you said?
 8       A.   There was a telephone conversation.  I don't
 9   know if she called or Mr. Wagner called, but I didn't --
10       Q.   Did you say you ever talked to Mr. Wagner?
11       A.   On the phone.
12       Q.   On the phone?
13       A.   Yes.
14       Q.   And you also talked -- I thought I understood
15   you to say you talked to Miss Wagner by telephone?
16       A.   Yes, I did.
17       Q.   You did, right?
18       A.   And as I say, I don't know if she initiated the
19   call or he did.
20       Q.   I didn't ask who initiated --
21                MR. KUHAR:  You did.  Actually you asked
22            whether Mrs. Wagner had called him, but --
23                MR. NICHOLS:  That's beside the point.
24            Let's assume she did.  We don't deny it.
25                MR. KUHAR:  That was your question, that's
```

1        why he answered it that way.

2                    MR. NICHOLS:  All right, I would correct

3        it then.

4    BY MR. NICHOLS:

5        Q.   There was a telephone conversation, correct?

6        A.   Yes.

7        Q.   And you say she -- As you understand it -- Why

8    did she call you?  That's what I want to make clear.

9        A.   A lot of people call the board --

10       Q.   No, I'm asking why -- Do you remember --

11                   MR. KUHAR:  He's trying to answer the

12       question, give him a chance.

13                   MR. NICHOLS:  Yeah.

14       A.   A lot of people call board members with a lot

15   of questions.  As I say, I explained what she called about

16   was her desire to get this teaching position.

17       Q.   Right, okay.

18       A.   And I explained to her that I didn't do the

19   hiring.

20       Q.   Okay.  Now you said that you talked to Mr.

21   Wagner by telephone; is that correct?

22       A.   On several occasions.

23       Q.   On several occasions?

24       A.   Uh-huh.

25       Q.   I see.  What was the nature of your telephone

16

1    conversation with Mr. Wagner?

2        A.    Well, he called essentially dealing with the

3    same topic.  He was interested in my trying to help Mrs.

4    Wagner get a job.

5        Q.    And your response to Mr. Wagner was?

6        A.    Well, it was probably essentially the same.

7    What else could I tell him?  I couldn't tell him, yes,

8    I'll see that she gets a job.  We don't have that kind of

9    authority.

10       Q.    I see.  Let me ask you this, Mr. Wright:  Are

11   you aware of the lawsuit that's been filed by Miss Wagner,

12   against the school district?

13       A.    In general terms.

14       Q.    But you are aware of it, right?

15       A.    Yes.

16       Q.    How did it first come to your attention, the

17   lawsuit?

18       A.    It was brought to the board's attention as a

19   whole.

20            MR. NICHOLS:  The lawsuit was filed on

21         about October 8th, 2004, approximately.  I would ask

22         the Court Reporter, Miss Grill, would you mark this

23         (indicating) Plaintiff Exhibit 2 and include it in

24         the record, please?

25                      (At which time, Plaintiff's
                        Exhibit No. 2, was marked for

1                         purposes of identification.)

2    BY MR. NICHOLS:

3        Q.   You say it was brought to the attention of the

4    board as a whole?

5        A.   Right, that's when I was officially notified of

6    the lawsuit.

7        Q.   What was the -- This having been brought to the

8    board's attention, this lawsuit I'm referring to, what was

9    the deliberations, if any, the board took regarding the

10   lawsuit?

11                MR. KUHAR:   I object in that it's not

12           relevant to the matter.   It's not likely to lead to

13           relevant information, and it's litigation work

14           product and likely attorney/client privileged.

15                MR. NICHOLS:   I think that I'm asking him

16           -- He said -- He testified that it was brought to

17           the -- to the board's attention and that -- And I

18           then asked him what if the board's reaction was to

19           it?

20                MR. KUHAR:   Right, and that's what drew my

21           objection, which I stand by.

22                MR. NICHOLS:   You're noted for the record.

23           You can note his objection for the record.

24   BY MR. NICHOLS:

25       Q.   Have you had an opportunity to review the

18

1  complaint?

2      A.   No, I haven't reviewed the complaint.  It was

3  summarized by our legal counsel to the board.

4      Q.   And this would have been approximately 2000 --

5  It would have been 2004, of course, right?

6      A.   (No audible answer.)

7      Q.   That's when the suit was filed?

8      A.   Right.  The law firms wouldn't have come to us

9  until it was actually officially filed.

10      Q.   Were you -- Prior to this lawsuit, there was an

11  administrative complaint filed with the Pennsylvania Human

12  Relations Commission.  Was that also brought to the board,

13  the board's attention?

14      A.   I really don't recall.

15      Q.   It's possible?

16      A.   In all likelihood we would have been informed.

17      Q.   And the minutes will reflect that; would it

18  not?

19      A.   (No audible answer.)

20      Q.   The minutes of the board meeting would reflect

21  that?

22      A.   Not -- Not in executive session, I don't

23  believe so.  There are minutes of the work sessions and

24  there are minutes of the public session, but I don't

25  believe there are minutes of executive sessions, because

1    we have to report anything out to the public if we decide
2    anything.
3        So executive session is to deal with private
4    personnel matters --
5        Q.    But the lawsuit --
6        A.    -- Legal questions.
7        Q.    All right.  A lawsuit is filed and as a matter
8    of course it would be brought to the attention of the
9    board as you said it was in this case, right?
10       A.    Yes.
11       Q.    Let me step back.  What about administrative
12   complaint that's filed with the administrative agency, in
13   this case, the Pennsylvania Human Relations Commission,
14   would that also would have been brought to the attention
15   of the board as a matter of standard procedure?
16       A.    I imagine that it would have.
17       Q.    Matters that involve your legal counsel are
18   matters which are routinely brought to the board, before
19   the board; is that correct?
20       A.    I --
21       Q.    Is that a fair statement?
22       A.    I don't know that I would say that.  I think
23   there are a lot of legal issues that our people deal with,
24   our attorneys, and that's it.  They don't come to the
25   board if they're not complex issues.

20

1    Q.   Okay.  Mr. Wright, I have a document here I've

2    also --

3                   MR. NICHOLS:  And ask Miss Grill to mark

4        -- the court reporter to mark this as Plaintiff

5        Exhibit 3 (indicating) and include it as part of the

6        record.

7                        (At which time, Plaintiff's
                         Exhibit No. 3, was marked for
8                        purposes of identification.)

9    BY MR. NICHOLS:

10   Q.   -- It's -- It purports to be a statement of

11   affirmative action, an equal opportunity policy of the

12   board.  What I have here, I would like to show it to you,

13   if you would take a moment and look at it (indicating).

14   You've seen a statement before?

15   A.   Right, I know this is in the policy manual.

16   Q.   Okay.  It purports to be, as I understand it

17   and read it, equal opportunity education and the

18   commitment of the district to enforce its civil rights

19   laws.

20   Let me ask you, what are your -- What are your

21   general -- As a public official, what is your feelings

22   about the enforcement of the civil rights laws?

23   Do you have a feeling, do you think it's a good

24   thing?  Do you think those laws are good, and the district

25   should vigorously enforce them or do you disagree --  do

21

1   you disagree with the civil rights laws and policies?

2        A.    It's the law of the land, of course, I support

3   them.  As the human resources director it was my job to

4   train people to follow the law.

5        Q.    That was prior to your coming -- That was prior

6   to your assuming your present office --

7        A.    Of course.

8        Q.    -- On the board, you were a human resource

9   officer?

10       A.    Yes.

11                 MR. KUHAR:  Human resource director.

12                 MR. NICHOLS:  Resource director, right.  I

13            have also -- I would ask Miss -- the Court Reporter,

14            to mark this Plaintiff Exhibit 4 (indicating), and

15            make it part of the record, please.

16                      (At which time, Plaintiff's
                         Exhibit No. 4, was marked for
17                       purposes of identification.)

18  BY MR. NICHOLS:

19       Q.    This is a diagram of the hierarchy of the

20  school district, as best that I can tell, in terms of

21  reporting responsibilities.  And it appears -- And who

22  reports to who in terms of the hierarchy as I say.

23       Now I have a specific question for you here.  Shown

24  below of the board of director is the superintendent,

25  that's Mr. Dolecki, the superintendent (indicating)?

22

1      A.    Right.

2      Q.    Mr. Dolecki reports to the board of directors;

3  is that correct?

4      A.    That's correct.

5      Q.    Okay.  Is it also correct that Mr. Dolecki is

6  an employee of the school district?

7      A.    Of course.

8      Q.    Okay.  He's paid by the school district?

9      A.    Yes.

10     Q.    He reports to the board of school directors; is

11 that correct?

12     A.    That's correct.

13     Q.    Now the assistant superintendent position, just

14 below the superintendent position as shown on Exhibit 4 is

15 held by Mr. Heller, Charles Heller, III; is that correct?

16     A.    That's correct.

17     Q.    I think so.  And Mr. Heller reports to the

18 board through Mr. Dolecki; is that correct?

19     A.    That's the way it is on the organization chart,

20 yes.

21     Q.    And Mr. Heller also is an employee of the

22 school district?

23     A.    Yes, he is.

24     Q.    Is that correct?

25     A.    (Nodding head affirmatively.)

23

1          MR. NICHOLS:  Okay, now I have Plaintiff

2      Exhibit 5, and I'd ask the Court Reporter to mark

3      this Exhibit 5 and make it a part of the record.

4                    (At which time, Plaintiff's
                     Exhibit No. 5, was marked for
5                    purposes of identification.)

6   BY MR. NICHOLS:

7      Q.   It -- What it is, is captioned -- It's an

8   article prepared by Joel DiAngi.  It's dated May 16th,

9   2004, and it's featured by the Meadville Tribune.  And on

10  page A4 Mr. DiAngi gives a discussion of the, as he sees

11  it, problems of the demographics, the racial makeup of the

12  staff, the teaching staff, the -- of the working staff of

13  the school district.

14      And he makes a remark here in the first paragraph --

15  The second paragraph rather, in this article that the

16  Crawford Central School District serves more than three --

17  4,000 kids, 307 of whom are African decent, are black, and

18  there are very few teachers, administrators, counselors of

19  color.

20      I'm not sure, have you seen this particular article?

21  You perhaps have seen this (indicating)?

22      A.   I have.

23      Q.   Now having seen this article here, and now

24  having known of this lawsuit for over a year now, and Miss

25  Wagner having come to you and Mr. Wagner having come to

1    you, are you troubled by the present situation in which
2    Crawford County finds itself in terms of this lawsuit and
3    equal opportunity problems?  Are you troubled by that?
4              MR. KUHAR:  Are you asking about his
5         reaction to the litigation and his assessment of the
6         district's position in the litigation?
7              MR. NICHOLS:  No, I specified -- I
8         prefaced my remarks, I'm asking as Mr. and Mrs.
9         Wagner approached him, and the article of which he
10        acknowledged he had seen, the complaint he
11        acknowledged, and the board embark -- And when I say
12        embark, I mean together.
13   BY MR. NICHOLS:
14        Q.   I'm saying with this knowledge all of this, are
15   you troubled by -- What is your feeling, if any, toward
16   that -- I mean as an elected official on the school board?
17             MR. KUHAR:  I object to this question in
18        that it does not seek information which is relevant
19        to the lawsuit or which would lead to the discovery
20        of information relevant to the school lawsuit.  I
21        think it involves attorney/client privileged advice
22        that he's gotten from counsel.  And also seeks to
23        ask him essentially how he feels about the lawsuit,
24        which is part of his litigation work product.  It's
25        an impermissible question.

25

1          MR. NICHOLS:  He can express his opinion,

2     counsel.  I don't see anything -- If he wishes --

3          MR. KUHAR:  As your counsel, I'm going to

4     instruct you not to answer.  You can disregard my

5     advice, but it's my advice that you not answer that.

6          THE WITNESS:  I would choose not to answer

7     then.  I mean we pay him to know the law.  I'm not

8     the lawyer.

9          MR. NICHOLS:  Okay.

10   BY MR. NICHOLS:

11        Q.  You said that the school board did discuss this

12   lawsuit together.  You did make that statement, correct?

13        A.  It was brought to our attention.

14        Q.  All right.

15        A.  Surely.

16        Q.  And the lawsuit was placed on the agenda -- Was

17   it placed on the agenda of the school district -- of the

18   board rather?

19        A.  No, it wouldn't have been placed on the agenda,

20   it would have been an executive session item which we

21   would be advised of by a memorandum that it would be

22   discussed in executive session.

23        We don't always know that in advance, from a timing

24   standpoint.  But in general the superintendent let's us

25   know what executive committee items are going to occur.

26

1    Q.   What does -- When you say executive session,

2  what are you -- what does that consist of --

3    A.   Under --

4    Q.   -- In terms of proceeding?

5    A.   Under the State Sunshine Law, when we're

6  dealing with a personnel or legal issue where there's

7  confidentially -- confidentiality is required, we're

8  permitted to do this in executive session, which is not

9  open to the public.

10    Our actions must come back to public session and be

11  presented to the public.  We can't take action in

12  executive session, we merely discuss what action we would

13  propose to take.

14    Q.   And that's what's called the Sunshine Law

15  you're talking about that?

16    A.   The Sunshine Law enables us to handle the

17  matters in that way.  When you're dealing with personnel,

18  the people, with publicity, it could actually hurt the

19  people involved, and we want to protect the people's

20  position.

21    Q.   Has the board -- Since the filing of the

22  lawsuit, has the board changed any policies?

23    A.   Changed its policy --

24    Q.   Any policies?

25         MR. KUHAR:  If you know.

27

1    A.    Certainly.

2    Q.    Could you specify, Mr. Wright?

3    A.    We get them periodically.  We change policies.

4  We get the new policies, we insert them in the policy

5  manual.

6    Are you specifying a change in policy in the legal

7  --

8    Q.    With regard to the lawsuit --

9    A.    -- The legal requirements of the EEOC?

10    Q.    Before I get to that, I'm talking about the

11  lawsuit.  Since the filing of the lawsuit, has the board

12  changed any of its policies?

13    A.    Yes.

14    Q.    Could you specify?  Is it possible --

15    A.    Well --

16    Q.    -- I mean to the best you can recall, your

17  recollection permits?

18    A.    Evaluations of employees, there have been --

19    Q.    How has that changed?

20    A.    There's probably, I would guess 40 or 50

21  policies that we changed in the three and a half years

22  I've been on the board.  We modify and update the policies

23  consistently.

24    Q.    But, Mr. Wright, what I'm focusing on is

25  specifically, my question was the lawsuit, since it's been

28

1  filed, have that -- have you made any changes in reaction

2  to that, as best you can recall?

3       A.   No.  No, if you're talking about relevant to

4  the lawsuit.  Relevant to the lawsuit, no policies have

5  been changed.

6       Q.   Okay.  You mentioned EEO-5 --

7       A.   EEOC.

8       Q.   Yeah, EEO-5.  You mentioned EEO-5.

9            MR. KUHAR:  I don't think he did.  I think

10      he mentioned EEOC.  You can ask him about EEO-5 if

11      you want.

12  BY MR. NICHOLS:

13       Q.   I mean, did you have a statement that you want

14  to have share, a statement, on EEOC or EEO-5?  I thought I

15  heard you say something.

16       A.   I just said I was familiar with the EEOC

17  legislation.

18       Q.   And as a member of the board you're familiar

19  with the EEO-5 form, are you not?

20       A.   (No audible answer.)

21       Q.   Are you familiar with the EEO-5 form?

22       A.   I'm not really familiar with what that is

23  exactly.  What does that form require?  What kind of

24  report form is it?

25       Q.   I have a --

1          MR. NICHOLS:  I would ask the Court
2     Reporter to mark this Exhibit 6 and include it in
3     the record (indicating).
4                    (At which time, Plaintiff's
                     Exhibit No. 6, was marked for
5                    purposes of identification.)
6  BY MR. NICHOLS:
7     Q.   I'd like to show you a copy of the EEOC
8  regulation that's promulgated by the EEOC (indicating),
9  and speaks to the obligation of the school district to
10 maintain data relevant to employment -- employees,
11 ethnicity rates.
12    A.   This is a demographics report.
13    Q.   Well, the regulation you have there speaks --
14         MR. KUHAR:  I'm not allowed to help you,
15    but if you don't know, you don't know.
16    A.   Yeah.
17    Q.   You never saw this regulation before?
18    A.   Oh, I've seen the -- I've seen the regulations.
19 As long as it was in place before I retired, I certainly
20 saw them.
21    Q.   You understand --
22    A.   That's 27 years ago.
23    Q.   Right.  But I'm talking this is current, this
24 policy is current.
25    A.   It is still in place?

1       Q.   What I'm saying is, what is your understanding
2   of it?  As a board member, it imposes certain obligations
3   on the school district, as I read it.
4       A.   I'm familiar with the EEOC-1, which we used to
5   file.  As I say, it's been 26 years since I was involved
6   in that.  This is the kind of thing that the board
7   wouldn't do.  This is an administrative matter.
8       Q.   On the administrative level, who is in charge
9   with this responsibility of preparing the EEO-5 form; do
10  you know?
11      A.   I'm not aware, no.
12      Q.   You're not.  But you say it's -- it's the
13  administrative level that would take care of it?
14      A.   Oh, yes.
15      Q.   But with the -- Once the form -- As I
16  understand these regulations require that it be completed
17  and that it be remitted to the EEOC, the completed form
18  that is.  Do you know whether the board signs off on the
19  completed form or is that done by administrators?
20      A.   It would be an administrative thing.  I don't
21  recall that it's ever come to the board.  We don't approve
22  detailed reports.
23      Q.   Not even those submitted to a federal agency?
24      A.   It's a policy making organization.  It's not an
25  administrative organization.

1      Q.    Okay.  Now I want to go back, if I may, before
2   I move forward, to something I've touched on already.
3   Your question with Mr. Wagner -- Your discussion with Mr.
4   Wagner and Mrs. Wagner.  And I have two questions.

5      Did you ever make certain remarks to Mr. Wagner?
6   And specifically those remarks are this:  Mr. Wagner says
7   that on one occasion, in a telephone conversation, you
8   stated to him, quote "Bernie, generally speaking, black
9   and brown applicants are not as smart as white
10  applicants," close quote.  Did you make that remark to Mr.
11  Wagner?

12     A.    No, I would have to deny that.

13     Q.    You deny that --

14     A.    (Nodding head affirmatively.)

15     Q.    -- Having made that remark?

16     A.    Absolutely.

17     Q.    Okay.  Second, do you recall having made
18  another remark to Miss Wagner, Miss Wagner asked you why
19  it was so difficult for her to obtain a full-time teaching
20  job at the school district, and your reply was that the
21  reason -- one reason was -- one of the reasons was because
22  your spouse, Mr. Wagner, was regarded or viewed as a
23  troublemaker, close quote?

24     A.    No, I don't think the fact that he's considered
25  a troublemaker would have impacted her chances of getting

32

1   a job.

2       Q.   I'm asking you this though, Mr. Wright, please,

3   and be responsive to my question, did you make such a

4   remark to Miss Wagner?

5       A.   I don't recall, but I would think not.   It

6   wouldn't seem relevant.

7       Q.   You don't deny it?

8       A.   (No audible answer.)

9       Q.   You don't deny it -- You don't deny that you

10  said -- You're not saying yes or no to my question, right?

11      A.   Um --

12      Q.   Is that a fair interpretation on my part, you

13  say you don't know, you don't remember?

14      A.   Yeah, it's several years ago.   I would say that

15  I may have told her that her -- that his intercession

16  would not be helpful to her.

17      Q.   Could you -- Could you elaborate on -- When you

18  say intercession, could you elaborate on that, what you

19  meant --

20      A.   Well --

21      Q.   -- When you use the term intercession?

22      A.   Well, yeah.   He contacts the school board, he

23  contacts the school officials on her behalf.   And I just

24  may have pointed out to her that that might not be

25  helpful.

1     Q.   Was there some specific reason why that would
2  not have been helpful?  You do have other people approach
3  you on behalf of candidates, don't you, positions?  That's
4  not uncommon, is it?  Not -- Is it, that others approach
5  you to make recommendations --
6        A.   Right.
7        Q.   -- For candidates, right?
8        Why would it have been in Mr. Wagner's case not been
9  helpful?
10       A.   No, no, I wouldn't point him out specifically.
11  I'm just saying that in many cases --
12       Q.   I thought you said it would not be -- You told
13  her it would not be helpful?
14       A.   The person that contacts me and asks me to do
15  something that I can't do, you know, they may not be
16  helpful in promoting their cause either, they have to go
17  through the proper chain of command.
18       Q.   Right.  But it is true --
19       A.   But as I say --
20       Q.   But it is true that the board is the ultimate
21  authority in terms of the hiring of teaching staff, right?
22  The board makes the final decision; is that correct?
23       A.   Yes, we do and --
24       Q.   And you sat as a member of the board; is that
25  correct?

1      A.   That's correct.

2      Q.   Okay.  So the question of which I'm not clear

3  on that I want to pose again, you acknowledge that you are

4  approached by others in terms of who is seeking -- on

5  behalf of others who is seeking full-time employment,

6  that's not uncommon you say, right?

7      A.   Well, yes, it is.  Relative to our total scope

8  of responsibility, people in general don't come to the

9  board job seeking.

10      I might get contacts from people that want

11  internships, things like that, or they might be applying

12  or interested in a job.  I tell them what the procedure

13  is, I tell them to file an application.

14      Q.   Right.  But with Mrs. Wagner, you told her his

15  intercession on her behalf would not be helpful?

16      A.   That was my opinion at the time.

17            MR. NICHOLS:  Okay, just one moment,

18      please.

19                  (Off-the-record discussion.)

20  BY MR. NICHOLS:

21      Q.   Mr. Wright, if I may jog your memory, I recall

22  you testified earlier that you had talked to Mr. Wagner by

23  telephone but you had never met him personally; is that

24  correct?

25      A.   Oh, no, I'm talking about -- talking about this

                                                                    35

1    issue at the time of the first phone call.  I had never
2    dealt with him in person.
3         Q.   All right.  But I am told that you did meet
4    with them on one occasion at the school office?
5         A.   That's true.
6         Q.   Does that jog your memory?
7         A.   That's true.
8         Q.   And was that also -- Your meeting with him on
9    that occasion, did you also discuss Miss Wagner's efforts
10   and problems in obtaining long term employment with the
11   school district?
12        A.   Yeah, that is true.  I had forgotten that.  But
13   that is another one of our functions.  We meet with lots
14   of people.
15        Q.   Okay.  So, we need to correct then your earlier
16   testimony regarding that, regarding not having met with
17   Mr. Wagner?
18        A.   I believe I said prior to when the lawsuit was
19   filed.
20        Q.   Okay.  Now if we may, let's turn to you have
21   served as an elected member of the school board for how
22   many years?
23        A.   Nearly four.
24        Q.   Four years, okay.  And you said that -- You
25   testified that the school board is a policy making body?

1       A.    Right.

2       Q.    Is that correct?

3       A.    Yes.

4       Q.    And by that you mean -- When you say policy

5    making, what are you saying in terms of its function

6    specifically?

7       A.    Well, there are a great many policies.  We have

8    to implement all these things that come down the pike.

9    The HIPPA regulations, any changes in the law, all these

10   things have to be worked into the system, into the policy

11   positions of the board.  And we have a huge manual that we

12   constantly update.

13      Q.    Okay.  Now, in addition to your policy making

14   function, do you also have a supervisory function?  When I

15   say supervisory, I'm saying over the administration?

16      A.    In direct reporting responsibility, Mr. Dolecki

17   reports directly to us, from that standpoint.  But here

18   again, we don't micromanage --

19      Q.    And Mr. Dolecki and Mr. Heller --

20      A.    -- We hire administrators to do the work.

21      Q.    -- When I say are the administration, they are

22   the administration, they are the administrators; are they

23   not?

24            MR. KUHAR:  Did you catch the last part of

25       his part answer?  I don't need her to repeat it

1            back, it's just I know Mr. Nichols was speaking

2            while Mr. Wright was speaking.

3                              (At which time, the Court
                              Stenographer read back the
4                              previous answer.)

5                    MR. KUHAR:   Okay, just checking.   She has

6            it all.

7    BY MR. NICHOLS:

8            Q.   So, you do have a supervisory responsibility

9    over the administration; is that correct?

10           A.   Broadly speaking yes.

11           Q.   I see.

12                   MR. NICHOLS:   I would ask the Court

13           Reporter to mark Plaintiff Exhibit 6 -- No, no,

14           seven.  Seven.  Plaintiff Exhibit 7.  Yeah, seven,

15           and include it as part of the record, please?

16                              (At which time, Plaintiff's
                              Exhibit No. 7, was marked for
17                              purposes of identification.)

18   BY MR. NICHOLS:

19           Q.   Mr. Wright, as a part of the discovery -- in

20   the course of the discovery, I propounded -- submitted

21   certain questions to the school district, to the board

22   through your counsel.  And I have here in my hand, which

23   has been marked as Plaintiff Exhibit 7 (indicating) I have

24   the defendants responses to the plaintiff's -- their

25   request for production of documents.

38

1      And the -- Number four, question number four -- The

2   answer to question number four is this -- The question I

3   proposed, I asked for was that they produce documents of

4   EEO-5 forms, reports for the calendar year 1990, 1991,

5   1992, 1993, 1994 and 1995.  Mr. Kuhar had previously

6   provided me with reports.  These were for 1996 to current,

7   to 2005.  And when I first requested, he did not produce

8   for 1990 through 1995.

9      And then in the second request the response was that

10  the EEO-5 reports are filed biennially, as indicated on

11  the EEO-5 form, which I've just shown you marked as

12  Exhibit 6.  And saying that "After reasonable

13  investigation the, Defendants' believe that other EEO-5

14  reports were discarded by a former clerical employee."

15  Okay.

16                  MR. KUHAR:  That was number three.  You

17      said it was number four, but I'm with you.

18                  MR. NICHOLS:  All right.

19  BY MR. NICHOLS:

20      Q.   And then also a part of Exhibit 7 is -- And

21  that's 7-A.  7-B, Exhibit 7-B, all of which is a part of

22  one -- of one response, there is another request.  And

23  that request -- Let's see.  Just one moment.

24      I asked the question dealing with -- dealing with

25  the nepotism policy as it applies to the school district,

1    as it applies, and said that Mr. Heller speaks to that.

2        But as a board member, that being a policy, I would

3    inquire of you of that.  And then is there a third --

4                MR. KUHAR:  Do you want to point out which

5        one you're referencing?  The second one you said

6        something about 7-A or 7-B.

7        Shannon, do you have Exhibit 7-A or 7-B?

8                MR. NICHOLS:  No, it's a mistake here in

9        the numbering.  It should be seven.  It should be

10       seven.  The document itself should be marked seven.

11       Okay, this document (indicating)

12               MR. KUHAR:  Okay.

13               MR. NICHOLS:  And it's captioned,

14       defendant's responses to the plaintiff's third

15       request for production of documents, all right?

16               MR. KUHAR:  Right.

17               MR. NICHOLS:  Then I'm saying there are

18       three items I'm directing to the same document.

19               MR. KUHAR:  Right.

20               MR. NICHOLS:  The first is the

21       loss of the EEO-5 form which you responded --

22               MR. KUHAR:  Are you labeling --

23               MR. NICHOLS:  On question three, okay?

24               MS. WAGNER:  Mr. Nichols?  Mr. Nichols,

25       the difficulty for us is the copies that were

40

1   prepared for us had stickers on them when they were

2   copied, and it's difficult for us to read what the

3   remaining text is.

4           MR. KUHAR:  We're trying, but bear with

5   us (indicating).

6           MS. WAGNER:  This is what we have

7   (indicating).

8           MR. KUHAR:  Okay?

9           MR. NICHOLS:  You don't have the right

10  one.

11          MR. KUHAR:  Well, I don't think we have

12  the wrong one, we just have ones that have big

13  post-its blocking out large parts of the text.

14          MR. NICHOLS:  I see, okay.

15          MR. KUHAR:  We're trying to follow you.

16          MR. NICHOLS:  I see.

17          MR. KUHAR:  So you've directed the

18  deponent to a question --

19          MR. NICHOLS:  All right, let me -- I'm

20  sorry, there was -- Unfortunately, in the person

21  duplicating this, you can readily see.  But let's

22  look at three, your answer to number three.

23  BY MR. NICHOLS:

24  Q.   And you say the EEO-5 forms are missing, that's

25  one.  And 7-B dealt with the question dealing with the

1   nepotism, application for nepotism.  You directed me --

2                MR. KUHAR:  Again, there is no 7-B, okay.

3       And we are trying to follow you.  Don't take it the

4       wrong way, but are you talking about these numbers

5       (indicating)?  In which case there is no 7-B.  Or

6       are you talking about this number (indicating),

7       which says 6-B, but --

8                MR. NICHOLS:  It should be 7-B, it's a

9       misnumbering.

10               MR. KUHAR:  Might it be convenient if we

11      referred to these numbers and note the whole

12      document here is Plaintiff Exhibit or Deposition

13      Exhibit 7.

14               MR. NICHOLS:  Let's handle it this way.

15      Okay, let's handle it this way and I will have

16      corrected copies, intelligible copies made and

17      incorporated into the record.

18               MS. WAGNER:  Yes.

19               MR. NICHOLS:  You can see what happened,

20      the duplication, the person that did it for me

21      blocked it out unfortunately.

22  BY MR. NICHOLS:

23      Q.   But what I'm asking you, Mr. Wright, my

24  question to you is at least on two occasions, one, with

25  respect to my request for the production of EEO-5 forms,

1   which are mandated by federal regulation, the other one

2   has to do with the production of documents, which I will

3   get to the certified substitute teacher list for 2002-2003

4   was not supplied, said they were lost by clerical error.

5   And that the communication center, through which is the

6   party, contracted party, lost these documents.

7       There are at least two instances here where

8   documents have been lost, unaccounted for.  Was this

9   brought to the attention of the board?

10          MR. KUHAR:  Wait a minute, I object to the

11       question.  If you want to ask him whether he has

12       knowledge of whether these documents which we claim

13       to be missing exist, that's fair game.  But if

14       you're asking him whether the absence of these

15       documents was discussed as it relates to the

16       defense of this case, I'm going to object to that

17       for the grounds that I've objected recently.

18  BY MR. NICHOLS:

19       Q.   Well, my question is, are you aware -- Was

20   these missing documents, was it brought to the attention

21   of the board to the extent that you're aware on any

22   occasion?

23       A.   No.

24       Q.   So you never heard -- You never new -- heard

25   that these particular documents were missing?

1     A.   Again, it seems like they would be an

2  administrative detail that wouldn't be in the province of

3  the board.

4     Q.   Please, just answer my question yes or no.

5          MR. KUHAR:  He did once.

6          MR. NICHOLS:  You said you never heard,

7     you didn't know, you don't know.

8          MR. KUHAR:  He answered your question, and

9     you restated it, and he tried to have find another

10    way to answer it.

11         MR. NICHOLS:  I heard you, counsel, he

12    answered it.  He never heard, okay.

13 BY MR. NICHOLS:

14    Q.   So, apparently administration never brought it

15 to your attention, to the attention of the board?

16    A.   I would guess not.

17    Q.   Okay.  Let me turn to now other matters dealing

18 with legal and administrative matters.  Apart from this

19 lawsuit, do you know whether the board has been sued or

20 the school district been sued on the grounds of racial

21 discrimination or of a failure to comply with the civil

22 rights laws?

23    Do you know of any case, any instance where that's

24 occurred?

25    A.   Aside from this one, none others that occurred

1   since I've been on the school board, elected to the school

2   board.  Prior to that, I don't know.

3        Q.   You don't know.  Have you ever of the Iminda

4   (sic) Dixon case?

5                  MR. KUHAR:  Armindia.

6                  MR. NICHOLS:  Dixon.

7                  MR. KUHAR:  I'm correcting the name.

8        A.   I've never heard of that.

9   BY MR. NICHOLS:

10       Q.   Have you heard of that case, Imindia (sic)

11  Dixon, the Crawford County School District?

12       A.   Do we know what year that was?

13       Q.   1984.

14       A.   I wasn't in Pennsylvania then.

15       Q.   I'm asking you, have you heard?  And if you

16  haven't, then you can say so.

17       A.   No.

18       Q.   You never heard of the case before?

19       A.   I'm not aware of it, no.

20       Q.   You're not aware of it, okay.  And you say

21  you're not aware of any other lawsuits that have been

22  filed against the school district or the school board for

23  reasons of allegations of failure to comply with the civil

24  rights laws?

25       A.   Not on my watch.

1    Q.  Not on your watch.  Any administrative action

2   taken against the school district, school board for civil

3   --

4              MR. KUHAR:  I didn't understand that

5      question.

6   BY MR. NICHOLS:

7    Q.  The state, an administrative agency, a state

8   agency, a federal agency, EEOC, ever taken an action

9   against the school before?

10             MR. KUHAR:  If you know.

11    Q.  Civil rights violation?

12             MR. KUHAR:  If you know.

13    A.  I don't know.

14    Q.  You just don't know?

15    A.  I don't recall anything of that nature coming

16   to the board.  Again, during my term.

17    Q.  Are you aware of a case that was filed by

18   Claudette DeLeon toward the secondary level, a Spanish

19   speaking teacher?

20    A.  Yes, I am, that's a case that's been pending

21   for some period of time.  The occasion that started that

22   whole thing, again, was before my term on the board.  But,

23   it still --

24    Q.  You are aware of it?

25    A.  It's still an ongoing situation.  We are kept

46

1   up-to-date on that.

2       Q.   Right, okay.  But that would refresh your

3   memory as to the other lawsuit that's pending?

4               MR. KUHAR:  That's his testimony.  I mean,

5       are you looking for more information?

6               MR. NICHOLS:  No.

7   BY MR. NICHOLS:

8       Q.   I would ask you to speak clearly for the

9   record.  I'm trying to make sure the record is clear, so

10  could you -- On the DeLeon case, you say you are aware of

11  it?

12      A.   I have been kept updated on this case.  This is

13  a discharge case, it's not a hiring case.

14      Q.   Yeah, it's a discharge, but it's a civil rights

15  case?

16      A.   Right.

17      Q.   Right, okay.

18              MR. KUHAR:  He's acknowledged that.

19              MR. NICHOLS:  All right.

20  BY MR. NICHOLS:

21      Q.   Has the -- Has the school district or the

22  school board ever placed an injunction by any court?

23              MR. KUHAR:  Again, if you know.

24      A.   Not that I know of.

25      Q.   Not that you know.

47

1          MR. NICHOLS:  Would you make this Exhibit

2    6 -- Exhibit 7 rather?  Okay, and include it in the

3    record.

4          MR. KUHAR:  Seven?

5          MR. NICHOLS:  This is the one we're

6    talking about -- You know it.

7          MR. KUHAR:  I have a copy of it.

8          MR. NICHOLS:  Miss Wagner, it's clear what

9    document I'm referring to?

10         MS. WAGNER:  That's seven, right.

11         MR. NICHOLS:  Seven, correct.

12         MS. WAGNER:  Right.

13         MR. NICHOLS:  Okay.  All right, do you

14   want to take five minutes?

15         MR. KUHAR:  Sure.

16         MR. NICHOLS:  Let's take a 10 minute

17   break.

18         MR. KUHAR:  We've got another one coming

19   in at 2:30.

20         MR. NICHOLS:  Let me see, I've got about

21   another five, I'd say 10 more questions.

22         MR. KUHAR:  Five minutes will be enough

23   for us, so we'll be back in five minutes.

24         MR. NICHOLS:  We can go off the record.

25                    (At which time, 2:05 p.m., a
                          recess was taken and the

48

1          deposition resumed at 2:15 p.m.)

2               MR. NICHOLS:  Back on the record.  It's

3          approximately 2:18 p.m.  While we were doing the --

4          during the intermission and while we were away and

5          off the record, no discussion about this case

6          occurred between the plaintiff and the defendant and

7          counsel.  Okay, the record should reflect that.

8     BY MR. NICHOLS:

9          Q.   Continuing with the line of question, Mr.

10    Wright, I have a tape here that I prepared for this

11    deposition (indicating).  I listened to it, I had an

12    opportunity.  And as I recall you appeared on a radio

13    program and that there was a question, as I understand it,

14    from the people on the radio program.  They asked you

15    about the civil rights law as it relates to the school

16    district as it relates to civil rights and minorities.

17          Does that jog your memory?

18          A.   That's entirely possible, I've -- I've done a

19    lot of radio shows.  And what radio station had the

20    question and answer periods that I had been on, I can't

21    distinguish.

22          I've done programs on veterans programs, all kinds

23    of things.  But sure, that's entirely possible.

24          Q.   I raise this because it was that particular

25    program in which you were -- you appeared and you were

1  asked a question regarding the civil rights laws and
2  obligation to the school district's --
3          MR. KUHAR:  Mr. Nichols, could you be
4      more specific about when that radio program was and
5      could you identify that and tell us?
6          MR. NICHOLS:  Let me see.  November 27th,
7      2002.
8          MR. KUHAR:  Okay, now I have an objection
9      of sorts, which perhaps you can sort of fix the
10     question.  But you were saying in that particular
11     conversation, and then you were starting to ask a
12     question.  He said he can't distinguish them.
13         Maybe with prompting he could.  But so far he
14     said there have been a number of them, and he said
15     he couldn't distinguish them.
16         MR. NICHOLS:  I raise that because this
17     program, radio program on November 27th, 2002 that
18     prompted Miss Wagner to contact you.  And I believe
19     she contacted you by letter.
20         And this is -- I would ask that be marked as
21     Plaintiff Exhibit 8 (indicating).  Number eight, and
22     be made a part of the record.
23                     (At which time, Plaintiff's
                        Exhibit No. 8, was marked for
24                     purposes of identification.)
25  BY MR. NICHOLS:

50

1          Q.   I will show it to you (indicating).  Mr.

2    Wright, do you recall having received a copy of this?

3                    MR. KUHAR:  Do we have one yet?

4                    MR. NICHOLS:  Miss Wagner?

5                    MR. KUHAR:  Do we have one, Caleb?

6                    MR. NICHOLS:  No, I have to make you a

7          copy.

8                    MR. KUHAR:  I'd like to see it before you

9          ask him about it.

10                    MR. NICHOLS:  All right, sure.

11                    MR. KUHAR:  Caleb, have you produced this

12          to us before?

13                    MR. NICHOLS:  You mean that particular

14          document?

15                    MR. KUHAR:  Yes.

16                    MR. NICHOLS:  I'm not sure whether I

17          produced that or not.

18                    MR. KUHAR:  All right.

19                    MR. NICHOLS:  I'm not sure, okay.

20    BY MR. NICHOLS:

21          Q.   Do you -- Mr. Wright, do you recognize having

22    received that particular document?

23          A.   I get a great deal of mail, I'm not sure.

24          Q.   You can say yes or no, if you know.

25                    MR. KUHAR:  If it lends itself a yes or

1          no answer.  If it doesn't, continue explaining.

2          A.    If I had received it, I probably would have

3    responded.  I try to return calls and answer mail.

4                    MR. KUHAR:  Sitting here, do you have a

5          recollection of receiving that or not?

6                    THE WITNESS:  I don't remember

7          specifically.

8    BY MR. NICHOLS:

9          Q.    Mr. Wright, Miss Wagner sent you a letter,

10   letters relative to two positions, teaching positions, for

11   which she applied.  And one of the positions is a

12   kindergarten teacher, elementary school, and Mr. Heller's

13   name is the person to contact, to send letters to apply

14   was until September 6th, 2005, today.

15         And the second position she applied for was

16   kindergarten teacher, second district elementary school,

17   west end.

18         Miss Wagner sent you -- sent you letters relative to

19   this.  Do you recall having received letters fairly

20   recently that she did --

21         A.    Yes

22         Q.    -- Concerning these positions, these two

23   position?

24         A.    I got copies of those letters.

25         Q.    You got these letters?

1      A.    I believe I received them on Friday.

2      Q.    Okay.  All right.  Do you plan to do anything

3   in respond to her?  Do you plan to respond to her?

4      A.    Here, again, we don't do the hiring.  I assume

5   that the original went to Mr. Heller, that mine was an

6   information copy.

7              MR. NICHOLS:  Okay, I would ask that you

8        mark a copy of the collective bargaining agreement

9        between Crawford Central Association, and the

10       Crawford Central School Board as Plaintiff Exhibit

11       9, please?

12                       (At which time, Plaintiff's
                         Exhibit No. 9, was marked for
13                       purposes of identification.)

14             MR. KUHAR:  Crawford Central Education

15       Association.

16             THE WITNESS:  This is the new one?

17             MR. KUHAR:  No, it's the old one.

18             MR. NICHOLS:  I ask that the Court

19       Reporter mark as Plaintiff Exhibit 10, which is a

20       copy of the anti-nepotism policy for the Crawford

21       Central School District (indicating), and make it a

22       part of the record.

23         Plaintiff Exhibit 11 is captioned the

24       defendants' response to the plaintiff's request for

25       clarification and more specific response to the

1   plaintiff's first set of interrogatories.  I would

2   ask that this be marked Plaintiff Exhibit 11

3   (indicating), and made a part of the record.

4       Exhibit 12 is a copy of a letter that plaintiff

5   received from the Pennsylvania Department of

6   Education indicating a Right-to-know law request for

7   copies of all emergency permits that were issued to

8   the elementary teaching staff of Crawford Central

9   School District for the period 2001 through 2005,

10  indicating that no elementary emergency teaching

11  permits were issued.

12      What did I say this was?  This is 12, okay.

13  Thirteen, Plaintiff Exhibit 13 is captioned

14  defendants response to the plaintiff's third

15  request for production of documents --

16           MR. KUHAR:  I'm sorry, Caleb, July 13th,

17  '05, what exhibit number was that?

18           MR. NICHOLS:  Thirteen.

19           MR. KUHAR:  Thank you.

20           MR. NICHOLS:  Thirteen, and it's captioned

21  the defendants responses to the plaintiff's third

22  request for production of documents.

23      Okay, Plaintiff Exhibit 14 is a copy of what

24  purports to be an agreement between school district,

25  signed off by Mr. Dolecki, superintendent of the

1    school district, Communications Center, Inc.

2    Plaintiff Exhibit 14, please (indicating).

3        Plaintiff Exhibit 15 is a agreement by which

4    Crawford Central School District chooses to

5    participate in the Northwest Tri-county Intermediate

6    Unit emergency substitute teacher consortium.

7    Plaintiff Exhibit 15, please (indicating).

8        Sixteen, Plaintiff Exhibit 16, please, is a

9    copy of a letter authored by Richard Perhacs dated

10   April 7, 2003, directed to -- addressed to Joseph

11   Adler, Pennsylvania Human Relations Commission.

12   Plaintiff Exhibit 16 (indicating).

13       Plaintiff Exhibit 17 is an elementary

14   substitute teachers list dated May 23rd, 2005.  It

15   is the elementary substitute teachers list of

16   Crawford Central School District.  And that is --

17   What is it, 17?  Seventeen (indicating).

18       I ask the Court Reporter to insure that they

19   are all of the documents that have been offered and

20   marked by the plaintiff and be incorporated and made

21   a part of the record, okay.

22               MS. WAGNER:  Mr. Nichols?

23               MR. NICHOLS:  Yes.

24               MS. WAGNER:  Just one question on this

25   elementary substitute teacher list.  I have pages

55

1    other than for May of 2005.  It goes back to 2004.

2    And the earliest is, on my copy, is August 11th,

3    2004.

4                MR. NICHOLS:  August 11th, 2004.  I'm

5    referencing what is shown on the very first page at

6    the top, the caption, elementary substitute teacher

7    list.

8                MS. WAGNER:  Yes.

9                MR. NICHOLS:  And the date of May 23rd,

10    2005.

11                MS. WAGNER:  Right.

12                MR. NICHOLS:  I'm referencing that date.

13                MS. WAGNER:  Okay.

14                MR. NICHOLS:  It may well include other

15    dates, but that is the date which I -- which I'm

16    referencing for this purpose.

17                MS. WAGNER:  Thank you.

18                MR. NICHOLS:  Okay.

19                        (At which time, Plaintiff's
                          Exhibits Nos. 10, 11, 12, 13, 14,
20                        15, 16 & 17 were marked for purposes
                          of identification.)

21

22    BY MR. NICHOLS:

23        Q.    Okay, a few more questions, Mr. Wright and

24    we'll let you go.

25        When official documents are lost, misplaced or

1  unaccounted for, is that routinely brought to the
2  attention of the board?
3                  MR. KUHAR:  I object to the question in
4          that it's vague.  But if you can feel that you can
5          try to answer it, feel free.
6      A.   I would say, no.
7      Q.   It's not.  That would not be a matter --
8      A.   It would be a routine administrative matter.
9      Q.   All right.  Are you familiar with the policy
10  which governs the hiring of teachers on the basis of
11  emergency substitute certification?
12     A.   Yes.
13     Q.   You are.  What is your understanding of that
14  policy?
15     A.   It was put in as somewhat of an emergency
16  procedure.  The IU qualifies people on a short training
17  basis to fill in when we don't have certified teachers
18  available for specific slots.
19     Q.   Are you saying the -- You refer to the --
20     A.   IU.
21     Q.   IU?
22     A.   The IU trains and certifies these people as
23  adequate fill-in as guest teachers.
24     Q.   Okay.
25     A.   And it was because we didn't have enough

1  certified substitutes available to --

2      Q.   What year are we talking about?  What period
3  are we talking about?

4      A.   I think it was fairly difficult last year and
5  it hasn't gotten better.

6      Q.   And you say the IU certification, is that --
7  Where does the IU -- I'm asking you, do you know where the
8  IU derives this authority to certify teachers?

9      A.   Well, again certification may be the wrong word
10  because these people aren't certified.  My understanding,
11  but for an emergency, the Department of Education
12  authorized them to bring these people into a position
13  where they can cover the classroom.

14      Q.   Do I understand you to say that the IU -- that
15  the Department of -- the Pennsylvania Department of
16  Education authorized the IU to certify you say in the case
17  of an emergency; is that correct?

18      A.   That's my understanding.

19      Q.   That's your understanding.  Do you know -- You
20  mentioned the year 2004, the class year 2004-2005 there
21  was a increased need for substitute teachers, increased
22  need; is that correct?

23      A.   There must have been occasions where we didn't
24  have enough to cover.

25      Q.   Do you know how many people --

1        A.   We covered them with administrative personnel
2    in those cases.

3        Q.   Do you know how many teachers may have been
4    certified by way of the IU process that you referred to?

5        A.   No, because they come to us in small increments
6    and they resign in small increments, so they come and go.

7        Q.   Okay.  I noticed that Mr. Dolecki signed off on
8    the program agreement with the IU -- The consortium
9    arrangement with IU.  Okay.  He administers that, that
10   function?

11       A.   We have a lot of contracts with the IU.  They
12   have provided us with various services, and Sean signs off
13   on some of them.  He's our finance director.  But any
14   agreement with the IU would be in writing.

15            MR. NICHOLS:  Okay, just a minute.

16                 (Off-the-record discussion.)

17   BY MR. NICHOLS:

18       Q.   Are you familiar with the anti-nepotism policy?

19       A.   I know -- I know that it exists, and I did look
20   at it, it's in the policy manual.  The policy manual,
21   again, is this thick (indicating).  I don't read it
22   routinely.  I went through it all and I know what's in the
23   index, and I can use it as a reference.  But that it would
24   come up in there was an issue --

25       Q.   Has it ever come before the board as an issue?

1       MR. KUHAR:  The policy, is that what

2    you're asking?

3       MR. NICHOLS:  The implementation of the

4    policy.

5    A.   I'm trying to recall.  Not often.  There may

6    have been a case or two.

7    Q.   You say it's a part of the manual?

8    A.   The board --

9    Q.   You referred to --

10   A.   -- The board policy manual.

11   Q.   It's a policy, being a part of that --

12   A.   Right.

13   Q.   -- Board policy?  How is it implemented?  How

14   is that policy implemented by the administration then?  I

15   a presume the administration implements it?

16   A.   They do.

17   Q.   But do you know how it's implemented?

18   A.   The only thing that I'm familiar with is the

19   part that specifies that if my daughter, for example,

20   wanted to teach in this system, the board would have to be

21   unanimous in approving her.  That would be an exception.

22       Board members relatives can only be hired -- And

23   you'd have to prove an exceptional circumstance that you

24   needed this person or in general the board would say, we

25   can't hire your daughter.

60

1    Q.   It also hires the substitute teachers; does it

2    not?

3    A.   I would think --

4              MR. KUHAR:   I object to the form of the

5    question.   When you say it also applies to teachers,

6    I thought his example just included a teacher.

7    BY MR. NICHOLS:

8    Q.   You were referring to your daughter as a

9    teacher?

10   A.   Right.

11   Q.   Teaching staff?

12   A.   Yeah.

13   Q.   Well, my question is, does the anti-nepotism

14   policy apply to the hiring of teachers?

15   A.   I only deal with it as it applies to the board.

16   Again, the board members are only effected by their

17   relatives.

18   Q.   Right.

19   A.   The policies that applies to teachers would be

20   an administrative matter.

21   Q.   As I read the policy, it said generally -- As I

22   understand it, just a -- Is that where there is a relation

23   by blood or marriage, you know, there is this requirement

24   that there be, as you say, a vote by the board, but it

25   must be certain scrutiny, you know, as I understand it.

1     I'm asking you now -- maybe you don't know -- in
2  terms of how the administration implements it, in the
3  hiring decision of teachers?
4     A.   Well, here again, the hiring of teachers
5  doesn't come to the board.
6     Q.   No, no.  What I'm asking, sir, is as I
7  understand the process, the teachers, that the initial
8  hiring -- I mean the recruitment, the screening of
9  candidates for teaching positions occurs with the
10  administration, right?
11     And then those that are recommended to be hired as
12  teachers are presented to the board for its final blessing
13  or approval; is that correct?
14     A.   That's correct.
15     Q.   The regulations I read requires the board
16  approves the hiring; is that correct?
17     A.   Yes.  Every month there's a list --
18     Q.   So I mean the administration, Mr. Heller and
19  Mr. Dolecki, don't have the exclusive unilateral authority
20  to hire teachers under the existing regulations; is that
21  correct, that is the board's function?
22     A.   They recommend it.
23     Q.   Right, recommend.
24     A.   Right.
25     Q.   But that's different.  The board has final

1   approval?

2       A.   Right, and the board doesn't preside over

3   hiring coaches and so on.  I don't think so.  That's not

4   our job, that's their job.

5       They give us the recommendations and by and large

6   there are not objections to those.  Sometimes there's

7   personal knowledge or something, but the legal criteria is

8   if it's a board members relative, we have to deal with it.

9   The rest of it is an administrative matter.

10      Q.   Right.  And I'm asking you -- And that's

11  because of the anti-nepotism policy, correct?  When you

12  say you have to deal with, you're referring to the board,

13  right?

14      And when you say you have to deal with it, what are

15  you really telling us?

16      A.   Here again --

17                  MR. KUHAR:  I object to the question that

18      it's compound.  I don't think it's impermissible,

19      but you can break it into pieces.

20  BY MR. NICHOLS:

21      Q.   I'm using your words, and I'm asking for

22  clarification.  When you say -- These are your words I

23  think.  Correct me if I'm wrong, you said if it's a

24  relative, then the board has to deal with it.

25      I'm asking you to further clarify that.  What do you

1  mean when you say the board has to deal with it?

2       A.   If it's a relative of a board member, the board

3  has to deal with that issue, we have to vote specifically

4  on that issue.  If it's one of our relatives, the board

5  has to vote on it.

6       We don't vote on a specific individual service

7  worker and maintenance people and teachers that are hired.

8  We get a list of those recommended by the administration.

9       Q.   Right, and you vote on it right?

10      A.   Yes.

11      Q.   I mean you approve or disapprove; is that

12 correct?

13      A.   That's correct.

14      Q.   You do approve or disapprove, okay.  Let me ask

15 you this:  Does the fact that Miss Wagner filed a lawsuit,

16 does that disqualify her for being further considered for

17 a teaching position?

18      A.   No, I would think -- Again, I'm not sure that

19 it's helpful.

20      Q.   Would you hold it against her?

21      A.   If I wanted a paid job at the school district,

22 I wouldn't sue them as a place to start.

23      Q.   Would you hold it against her knowing now that

24 you know that she's filed a lawsuit, that's a matter of

25 record, would you -- And her application coming through

64

1    and in these two positions here most recently

2    (indicating), would you hold that against her?

3        A.    Here again, we wouldn't make that decision.

4        Q.    I -- I understand.   I'm saying when the

5    application comes to you for approval, would you hold that

6    fact against her?

7        A.    The application wouldn't come to us for

8    approval.

9        Q.    It doesn't come to the board for approval?   I

10   thought it did.

11              MR. KUHAR:   Wait a minute, you're saying

12        application.   He's thinking -- He wants to know if

13        the administration recommended Miss Wagner's hire,

14        would you hold against her, the fact that she

15        had filed this lawsuit?

16              MR. NICHOLS:   Right.

17       A.    Oh, if the administration recommended hiring

18   her, I'm sure the board would go along with it.   I would

19   go along with it.   I mean the board, by and large when it

20   comes to teachers, hires the people that the

21   administration recommends.

22       Q.    Always?

23       A.    Always.

24       Q.    How about the instances where people are hired

25   without the recommendation of the administration?

1       A.   Um --

2       Q.   Do you know of those instances?

3       A.   I can't think of an instance that that would

4   apply, with the exception of the superintendent.  We hire

5   the superintendent.

6       Q.   Right, I understand that.

7       A.   Nobody recommends that to us, we recommend who

8   we want ourselves.

9       Q.   Right.

10      A.   But other than that, they're not going to send

11  us somebody that they don't recommend.  I'm not sure I

12  understand --

13              MR. KUHAR:  I think he's answered it.  If

14       you want -- If there's a different -- Or if you

15       don't think he has, go ahead, but --

16              MR. NICHOLS:  Well that's that.  We could

17       pursue this -- I can pursue this in another line

18       with someone else.

19  BY MR. NICHOLS:

20      Q.   Just another question.  Does the union -- And

21  I'm referring to the Crawford Central Education

22  Association, does the union have any input in the hiring

23  of teachers?

24      A.   Only so far as they negotiate the contract, and

25  then we both abide by the contract.

1      Q.   Is there any point at a time at the early
2   stages when applicants or candidates for teaching
3   positions are screened, where the union has input or
4   influence or participates on committees in the hiring and
5   screening -- screening of candidates, that's what I should
6   say?
7      A.   Here again, that's not a board function.  We
8   have --
9      Q.   I didn't ask you that.
10     A.   We have --
11     Q.   I didn't ask you that at all, sir.  I'm asking
12  again, if you know?  Do you know?
13              MR. KUHAR:  If you know.
14  BY MR. NICHOLS:
15     Q.   Do you know if the union participates in the
16  hiring process, at any step from the beginning, commencing
17  with the -- commencing with the receipt of the
18  application, does the union participate at any juncture?
19              MR. KUHAR:  To your knowledge.
20  BY MR. NICHOLS:
21     Q.   Up to and including when it's submitted to the
22  board for its final blessing or approval or disapproval?
23              MR. KUHAR:  To your knowledge.
24     A.   Well, let me say this because I don't want to
25  leave anything out.  The union is sometimes represented in

1    our interview process with senior management --

2        Q.   And that --

3        A.   -- Because the board sometimes participates --

4        Q.   Would that be -- Now, would that be on a

5    committee?

6        A.   Yes.

7        Q.   And the name of that committee?

8        A.   It's an ad hoc committee for each position.

9        Q.   Okay.  And the union would set as a member, sit

10   as a member and participate -- Some member of the union

11   would sit and participate as a member on that committee,

12   right?

13       A.   It's only management positions.

14       Q.   I'm talking about teaching positions.

15       A.   I don't know.

16       Q.   You don't know.

17               MR. NICHOLS:  All right, just give me a

18           moment here, okay.

19                   (Off-the-record discussion.)

20   BY MR. NICHOLS:

21       Q.   One last question, Mr. Wright, and we'll get

22   you gone.  I know we're beyond this, but this is important

23   to us, important to my client.  I think I posed this

24   question before, but I want your honest opinion.  You can

25   give your honest opinion, okay.

1       Are you satisfied with the present state of affairs

2   of the -- Do you think that the school district -- Are you

3   satisfied with the present efforts of the school district

4   in hiring the teaching staff and comply with the civil

5   rights laws or are you not, are you dissatisfied?

6       A.   You said efforts.   I'm saying --

7       Q.   Let's just address efforts.

8       A.   I'm satisfied with the efforts that the school

9   board has made in this area.  And they certainly have to

10  comply with the law.

11              MR. KUHAR:  Did you mean school board?

12              THE WITNESS:  No, the school district.

13              MR. KUHAR:  Okay, I think you said school

14      board.

15              THE WITNESS:  I'm sorry.

16              MR. KUHAR:  Did you mean administration?

17              MR. NICHOLS:  He said --

18              MR. KUHAR:  I was asking if he meant

19      school board when he said --

20              MR. NICHOLS:  I'm talking about both.

21              MR. KUHAR:  Okay.

22  BY MR. NICHOLS:

23      Q.   I make a distinction of the school board upon

24  which you sit and the school district, the school district

25  being a different legal entity.

1              MR. KUHAR:  Do you mean the
2         administration?
3              MR. NICHOLS:  Excuse me?
4              MR. KUHAR:  Do you mean the
5         administration?
6              MR. NICHOLS:  No.  Let me clarify for the
7         record.
8    BY MR. NICHOLS:
9         Q.    The school -- As I understand it when I first
10   posed the question, for whom does Mr. Heller and Mr.
11   Dolecki work, and you say they work for the board.  True.
12   I don't question that.
13        Then I asked you, but don't they -- aren't they also
14   employed by the school district?  And the school
15   district's being a legal entity like a corporation, if you
16   will, they are paid by the school district.  And you said,
17   yes.
18        I make a distinction between the board for legal
19   purposes and liability purposes and the school district.
20   Now you asked me a question about the administration --
21              MR. KUHAR:  I didn't ask any questions.
22              MR. NICHOLS:  What did you mean when you
23        say administration?
24              MR. KUHAR:  I was trying to keep the
25        record straight.  You had asked Mr. Wright whether

1    he was satisfied with the efforts of whom?

2              MR. NICHOLS:  I referred to both the

3    school board and the school district.

4              MR. KUHAR:  Okay.

5              MR. NICHOLS:  Both.

6              MR. KUHAR:  I object to the question on

7    the grounds that I think it's vague.  I don't

8    understand the distinction.  I understand the

9    distinction between the school board and the school

10   administration, but I don't understand the

11   distinction between the school district and the

12   school board.

13       In any event, the question has become pretty

14   mired down, so I perhaps maybe you want to re-ask

15   it from scratch.

16             MR. NICHOLS:  No, I was asking him the

17   question is he satisfied or is he dissatisfied with

18   the present state of the effort -- of the diversity

19   problem that we face in these lawsuits that are

20   coming down in court.

21             MR. KUHAR:  Okay, now to the extent you're

22   asking him about his opinion of the lawsuits, I

23   object for the same reasons I objected to your other

24   questions about the lawsuits.

25       And by the way, that wasn't your question that

1    you asked a minute ago that I was encouraging you to

2    re-ask.  You had asked about the efforts of

3    somebody.  Was he satisfied or not satisfied with

4    the efforts of somebody to a achieve minority --

5              MR. NICHOLS:  I was referring to the

6    responsible offices of government, and this is a

7    government.  And when I said -- When I'm talking

8    about satisfactory, satisfied with the efforts of

9    whom, I would have to be referring to those who

10   would be in a responsible position.

11             MR. KUHAR:  Well --

12             MR. NICHOLS:  We don't have to debate

13   because that's not helpful, because it was just for

14   clarification purposes.

15        I wanted to delineate for the record the board

16   on the one hand as a entity, the school district as

17   another, and Mr. Heller and Mr. Dolecki as the

18   administrators, the administration, and that they --

19   you work for both, and that you pay -- Well, you're

20   not paid by the board, the administrators are paid

21   by the school district.

22             MR. KUHAR:  Okay.  I was trying to assist

23   you in trying to get an answer out of this deponent.

24             MR. NICHOLS:  Right.

25             MR. KUHAR:  You're right, I don't want to

```
1              debate the overlapping of these entities.
2                   But it doesn't matter because this is an
3              opportunity for you to get information from Mr.
4              Wright.  I was just trying to assist you -- Frankly,
5              I think he gave an incorrect answer by mistake and I
6              was asking him whether he heard the question
7              properly.
8                   And I want you to finish -- I want you to get
9              your answer to your question, okay.  I'm not trying
10             to get in the middle of this or debate it.
11        BY MR. NICHOLS:
12             Q.   Did you understand me, Mr. Wright?
13             A.   No, I need the question clarified.  Tell me
14        again what you want me to evaluate.
15             Q.   I want -- let's try it again, okay.  And this
16        is the -- I would have no further questions after this, on
17        this.
18             Right now on this occasion, in view of the lawsuits,
19        Miss Wagner coming to you asking for your help to help her
20        get a job, over a span of time now, what do you have -- do
21        you wish to share your feelings with us as to the state of
22        affairs of the -- call it school district, school board
23        and you as a responsible officer of this local entity, do
24        you have an opinion you wish to share with us?
25                       MR. KUHAR:  Okay, I object to the
```

1        question in that the first part of it asked whether

2        or not he wanted to express his feelings, which I

3        think is an impermissible question.

4            And the second part was a question about

5        whether he had an opinion he wanted to share, and I

6        object to both of them in that the questions are

7        improperly vague.

8            Mr. Nichols, I'm not trying to get in the way

9        if you want to know whether he's satisfied with the

10       administration's recruitment efforts for minorities,

11       that's fine, ask him.

12   BY MR. NICHOLS:

13       Q.   Are you satisfied with the recruitment efforts

14   for minorities?

15       A.   That's the question?

16       Q.   Can you respond to that?

17       A.   I would say yes.

18            MR. NICHOLS:  Okay.

19            MS. WAGNER:  I have one question.

20            MR. NICHOLS:  Okay.

21

22                    CROSS-EXAMINATION

23

24   BY MS. WAGNER:

25       Q.   Mr. Wright, as a school board member, what if

74

1    any personal involvement have you had with hiring

2    teachers?

3         A.    None.

4                   MS. WAGNER:   Thank you.

5                   MR. KUHAR:   I just have a couple.

6

7                    **DIRECT EXAMINATION**

8

9    BY MR. KUHAR:

10        Q.    Mr. Wright, when you were in your undergraduate

11   studies, was it DePauw?

12        A.    (Nodding head affirmatively.)

13        Q.    When were you there, were African Americans

14   permitted in fraternities?

15        A.    No, they were not.

16        Q.    Were they permitted in a social organization

17   other than a fraternity?

18        A.    Only one.

19        Q.    What was it called?

20        A.    It was called Men's Hall Association, I was the

21   president.

22        Q.    Why did you choose to be in that organization?

23        A.    Because it was nondiscriminatory.   I was active

24   in the civil rights movement at that time.

25        Q.    Were there any African American female students

1   at DePauw when you attended?

2        A.   There were none.

3        Q.   Was there ever a move to try to recruit some or

4   one?

5        A.   Yes, our organization led that effort.

6        Q.   Explain.

7        A.   The administration seemed to try to discourage

8   each African American woman applicant on the basis that

9   she would be the first, and would have an awkward social

10  position.

11       So, what we did to make them feel welcome was set up

12  a scholarship specifically for that group, which may be

13  illegal today, but that was before the civil rights law

14  passed.

15       Q.   What time frame are we talking?

16       A.   1950 to '54 period is when I was on campus.

17       Q.   Did you have any success in recruiting African

18  American females?

19       A.   We did.  It took two years after I was gone.  I

20  was active in the alumni organization, and I met the first

21  one we brought to the campus.  And she graduated.

22            MR. KUHAR:  Thank you.  Thank you very

23       much.  I have no further questions.

24

25                   RECROSS-EXAMINATION

1

2    BY MR. NICHOLS:

3        Q.   You have recruited -- recruit minority for the

4    school district; is that correct?

5                    MR. KUHAR:   Are you talking about this

6            school district?

7                    MR. NICHOLS:   Yeah.

8    BY MR. NICHOLS:

9        Q.   Mr. Wright?

10       A.   No.

11       Q.   You haven't engaged in recruitment effort since

12   you've been with the school district?

13       A.   We don't -- We don't do recruiting on the

14   board.

15       Q.   I thought I understood from that tape -- On

16   that tape when you talked to the radio commentators that

17   day they asked you about recruitment efforts.  They seemed

18   to look to you to speak to those issues.  And they said

19   they called you before about these issues, and recruitment

20   and difficulty.

21                   MR. KUHAR:   What's the question?

22   BY MR. NICHOLS:

23       Q.   Well, I'm saying -- You say now you have never

24   been involved in this here.  But on that tape, that radio

25   commentator called you, he said he wanted to ask you

1  because he looked to you as someone who could speak to

2  these issues.

3            MR. KUHAR:  What's the question?

4  BY MR. NICHOLS:

5       Q.   The question is, the recruitment -- Have you

6  engaged in recruitment efforts?

7            MR. KUHAR:  He answered that.

8            MR. NICHOLS:  You have not?

9            MR. KUHAR:  Yes, he said he was not

10       involved.

11            MR. NICHOLS:  He said he was not involved?

12            MR. KUHAR:  He said he was not involved.

13  BY MR. NICHOLS:

14       Q.   Since you've been a member of the school board

15  of this district, right?

16       A.   In -- Right, I have not been involved in

17  recruiting teachers or minority teachers.

18       Q.   Okay.  You know, when you talked to Miss Wagner

19  and she wrote you, you knew of her ethnicity, didn't you?

20  You knew she was of Asian decent, and Filipino by national

21  origin?  You knew that?

22            MR. KUHAR:  I object.  I thought she said

23       in the complaint she was a Pacific Islander as

24       distinguished from Asian.

25            MR. NICHOLS:  No, she's a minority, a

78

1    protected class.

2              MR. KUHAR:  I know, but you're question is

3        based on an error, that's what I'm objecting to.

4              MR. NICHOLS:  You can answer the question.

5        He is trying to make a difference without a

6        distinction.  You can answer the question.

7   BY MR. NICHOLS:

8        Q.   You knew she was a minority, didn't you?

9        A.   Well, of course.  I mean particularly after I

10   met her and talked with her, but I didn't have any

11   distinction with that.

12             MR. NICHOLS:  Okay.  All right, thank you,

13        Mr. Wright, for appearing.

14             MR. KUHAR:  Do you have any others?

15             MS. WAGNER:  No.

16             MR. KUHAR:  I don't have any others.  We

17        will review.

18             MR. NICHOLS:  I don't have any more

19        questions.

20             MR. KUHAR:  You're done, thank you very

21        much.

22                     (At which time, 3:00 p.m., the
                        deposition was concluded, and
23                      signature of the deponent was
                        not expressly waived.)
24

25

79

1

2

3                         C E R T I F I C A T I O N

4

5              I,   Denice A. Grill, RMR, a Court Reporter and

6    Notary Public in and for the Commonwealth of Pennsylvania,

7    do hereby certify that the foregoing is a true and

8    accurate transcript of my stenographic notes in the

9    above-captioned matter.

10

11

12    _____

13                 Denice A. Grill, RMR
                  Registered Merit Reporter
14

15

16                  DATED:    10-2-05

17

18

19

20

21

22

23

24

25

- ' -

'05 [1] 53:17
'54 [1] 75:16
'74 [1] 7:19
'79 [2] 7:19; 8:21

- - -

-vs- [1] 1:5

- 0 -

00 [2] 1:15; 78:22
04-262 [1] 1:5
05 [2] 1:15; 47:25

- 1 -

1 [4] 1:15; 2:12; 6:7, 15
10 [6] 1:22; 2:21; 47:16, 21; 52:19; 55:19
10th [1] 1:20
11 [4] 2:22; 52:23; 53:2; 55:19
11280 [1] 1:14
11th [2] 55:2, 4
12 [4] 2:23; 53:4, 12; 55:19
12-1-31 [1] 7:9
120 [1] 1:20
13 [3] 2:24; 53:13; 55:19
13th [1] 53:16
14 [4] 2:25; 53:23; 54:2; 55:19
15 [5] 3:1; 48:1; 54:3, 7; 55:20
15203 [1] 1:23
1585 [1] 1:17
16 [5] 2:13; 3:4; 54:8, 12; 55:20
16335 [1] 1:14
16501 [1] 1:20
16507 [1] 1:17
16th [1] 23:8
17 [4] 3:5; 54:13, 17; 55:20
18 [1] 48:3
1950 [1] 75:16
1984 [1] 44:13
1990 [2] 38:4, 8
1991 [1] 38:4
1992 [1] 38:5
1993 [1] 38:5
1994 [1] 38:5
1995 [2] 38:5, 8
1996 [1] 38:6
19th [1] 1:22

- 2 -

2 [7] 2:13; 16:23, 25; 47:19, 25; 48:1, 3
20 [1] 2:14
2000 [1] 18:4
2001 [1] 53:9
2002 [4] 10:13; 13:3; 49:7, 17
2002-2003 [1] 42:3
2003 [5] 10:12, 25; 13:1, 3; 54:10
2004 [7] 16:21; 18:5; 23:9; 55:1, 3, 4; 57:20
2004-2005 [1] 57:20
2005 [7] 1:13; 38:7; 51:14; 53:9; 54:14; 55:1, 10
21 [1] 2:15
23 [1] 2:16
23rd [2] 54:14; 55:9
26 [1] 30:5
27 [1] 29:22
27th [2] 49:6, 17
29 [1] 2:17

- 3 -

3 [5] 1:15; 2:14; 20:5, 7; 78:22
30 [1] 47:19
307 [1] 23:17
37 [1] 2:18

- 4 -

4 [5] 2:5, 15; 21:14, 16; 22:14
4,000 [1] 23:17
40 [1] 27:20
49 [1] 2:19

- 5 -

5 [4] 2:16; 23:2, 3, 4
50 [1] 27:20
52 [1] 2:20
55 [8] 2:21, 22, 23, 24, 25; 3:1, 4, 5

- 6 -

6 [8] 1:13; 2:12, 17; 29:2, 4; 37:13; 38:12; 47:2
6-b [1] 41:7
6th [1] 51:14

- 7 -

7 [8] 2:18; 37:14, 16, 23; 38:20; 41:13; 47:2;
54:10
7-a [3] 38:21; 39:6, 7
7-b [8] 38:21; 39:6, 7; 40:25; 41:2, 5, 8
73 [1] 2:6
74 [1] 2:7
75 [1] 2:8

- 8 -

8 [3] 2:19; 49:21, 23
8th [1] 16:21

- 9 -

9 [3] 2:20; 52:11, 12

- A -

a4 [1] 23:10
abide [1] 65:25
able [1] 5:9
above-captioned [1] 79:9
absence [1] 42:14
absolutely [1] 31:16
accurate [3] 5:9, 18; 79:8
achieve [1] 71:4
acknowledge [1] 34:3
acknowledged [3] 24:10, 11; 46:18
action [6] 1:5; 20:11; 26:11, 12; 45:1, 8
actions [1] 26:10
active [2] 74:23; 75:20
actually [3] 14:21; 18:9; 26:18
ad [1] 67:8
addition [1] 36:13
address [2] 7:5; 68:7
addressed [1] 54:10
adequate [1] 56:23
adler [1] 54:11
administers [1] 58:9
administration [23] 36:15, 21, 22; 37:9; 43:14; 59:14, 15; 61:2, 10, 18; 63:8; 64:13, 17, 21, 25; 68:16; 69:2, 5, 20, 23; 70:10; 71:18; 75:7
administration's [1] 73:10
administrative [16] 18:11; 19:11, 12; 30:7, 8, 13, 20, 25; 43:2, 18; 45:1, 7; 56:8; 58:1; 60:20; 62:9
administrators [6] 23:18; 30:19; 36:20, 22; 71:18, 20
advance [1] 25:23
advice [3] 24:21; 25:5

advised [1] 25:21
affairs [3] 9:22; 68:1; 72:22
affirmative [1] 20:11
affirmatively [3] 22:25; 31:14; 74:12
african [5] 23:17; 74:13, 25; 75:8, 17
after [5] 7:20; 38:12; 72:16; 75:19; 78:9
again [19] 34:3; 36:18; 41:2; 43:1; 45:16, 22; 46:23; 52:4; 57:9; 58:21; 60:16; 61:4; 62:16; 63:18; 64:3; 66:7, 12; 72:14, 15
against [9] 16:12; 44:22; 45:2, 9; 63:20, 23; 64:2, 6, 14
agency [5] 19:12; 30:23; 45:7, 8
agenda [3] 25:16, 17, 19
ago [6] 9:15; 10:11; 29:22; 32:14; 71:1
agreement [2] 52:8; 53:24; 54:3; 58:8, 14
ahead [4] 10:18, 20; 12:1; 65:15
akron [1] 8:16
al [2] 1:7; 4:24
alcohol [1] 11:12
allegations [1] 44:23
allowed [1] 29:14
along [2] 64:18, 19
already [1] 31:2
alumni [1] 75:20
always [3] 25:23; 64:22, 23
ambiguity [1] 6:21
american [3] 74:25; 75:8, 18
americans [1] 74:13
another [9] 31:18; 35:13; 38:22; 43:9; 47:18, 21; 65:17, 20; 71:17
answer [29] 5:23, 24; 10:18, 20; 11:25; 14:6; 15:11; 18:6, 19; 25:4, 5, 6; 28:20; 32:8; 36:25; 37:4; 38:2; 40:22; 43:4, 10; 48:20; 51:1, 3; 56:5; 71:23; 72:5, 9; 78:4, 6
answered [9] 15:1; 43:8, 12; 65:13; 77:7
answers [1] 5:8
anti-nepotism [4] 52:20; 58:18; 60:13; 62:11
anything [7] 13:5; 19:1, 2; 25:2; 45:15; 52:2; 66:25
apart [1] 43:18
apparently [1] 43:14
appeared [2] 48:12, 25
appearing [2] 6:3; 78:13

appears [1] 21:21
applicant [1] 75:8
applicants [3] 31:9, 10;
66:2
application [7] 34:13;
41:1; 63:25; 64:5, 7,
12; 66:18
applied [2] 51:11, 15
applies [5] 38:25; 39:1;
60:5, 15, 19
apply [3] 51:13; 60:14;
65:4
applying [1] 34:11
approach [2] 33:2, 4
approached [3] 13:4;
24:9; 34:4
approval [6] 61:13;
62:1; 64:5, 8, 9; 66:22
approve [3] 30:21;
63:11, 14
approves [1] 61:16
approving [1] 59:21
approximate [1] 10:7
approximately [5] 10:25;
13:2; 16:21; 18:4; 48:3
april [2] 7:19; 54:10
area [1] 68:9
areas [1] 9:22
aren't [2] 57:10; 69:13
armindia [1] 44:5
around [1] 10:13
arrangement [1] 58:9
article [5] 23:8, 15,
20, 23; 24:9
asian [2] 77:20, 24
aside [1] 43:25
ask [33] 5:7, 14, 20;
6:5, 12, 19; 13:25;
14:20; 16:10, 21; 20:3,
20; 21:13; 23:2; 24:23;
28:10; 29:1; 37:12;
42:11; 46:8; 49:11, 20;
50:9; 52:7, 18; 53:2;
54:18; 63:14; 66:9, 11;
69:21; 73:11; 76:25
asked [16] 5:19; 10:22;
14:21; 17:18; 31:18;
38:3, 24; 48:14; 49:1;
69:13, 20, 25; 71:1, 2;
73:1; 76:17
asking [23] 13:18, 23;
15:10; 17:15; 24:4, 8;
32:2; 41:23; 42:14;
44:15; 57:7; 59:2;
61:1, 6; 62:10, 21, 25;
66:11; 68:18; 70:16,
22; 72:6, 19
asks [1] 33:14
assessment [1] 24:5
assist [2] 71:22; 72:4
assistant [1] 22:13
association [6] 1:21;
6:11; 52:9, 15; 65:22;
74:20
assume [2] 14:24; 52:4
assuming [1] 21:6

attended [1] 75:1
attention [15] 12:15;
16:16, 18; 17:3, 8, 17;
18:13; 19:8, 14; 25:13;
42:9, 20; 43:15; 56:2
attorney [3] 5:21;
17:14; 24:21
attorneys [3] 9:6; 19:24
audible [5] 14:6; 18:6,
19; 28:20; 32:8
august [2] 55:2, 4
authored [1] 54:9
authority [4] 16:9;
33:21; 57:8; 61:19
authorized [2] 57:12, 16
available [2] 56:18;
57:1
aware [11] 16:11, 14;
30:11; 42:19, 21;
44:19, 20, 21; 45:17,
24; 46:10
away [1] 48:4
awkward [1] 75:9

- B -

b-8 [1] 7:6
bachelor's [1] 8:17
back [9] 14:2; 19:11;
26:10; 31:1; 37:1, 3;
47:23; 48:2; 55:1
bargaining [1] 52:8
based [1] 78:3
basis [3] 56:10, 17;
75:8
bear [1] 40:4
become [1] 70:13
before [17] 1:10; 6:25;
19:18; 20:14; 27:10;
29:17, 19; 31:1; 44:18;
45:9, 22; 50:8, 12;
58:25; 67:24; 75:13;
76:19
beginning [1] 66:16
behalf [5] 6:4; 32:23;
33:3; 34:5, 15
believe [6] 18:23, 25;
35:18; 38:13; 49:18;
52:1
below [2] 21:24; 22:14
bernard [1] 1:24
bernie [1] 31:8
beside [1] 14:23
best [3] 21:20; 27:16;
28:2
better [1] 57:5
between [8] 11:16;
13:17; 48:6; 52:9;
53:24; 69:18; 70:9, 11
beyond [1] 67:22
biennially [1] 38:10
big [1] 40:12
birth [1] 7:8
black [2] 23:17; 31:8
blessing [2] 61:12;

66:22
blocked [1] 41:21
blocking [1] 40:13
blood [1] 60:23
board [105] 9:9, 20;
11:12, 20; 13:8, 14;
15:9, 14; 17:4; 18:3,
12, 20; 19:9, 15, 18,
19, 25; 20:12; 21:8,
24; 22:2, 10, 18;
24:11, 16; 25:11, 18;
26:21, 22; 27:11, 22;
28:18; 30:2, 6, 18, 21;
32:22; 33:20, 22, 24;
34:9; 35:21, 25; 36:11;
37:21; 39:2; 42:9, 21;
43:3, 15, 19; 44:1, 2,
22; 45:2, 16, 22;
46:22; 52:10; 56:2;
58:25; 59:8, 10, 13,
20, 22, 24; 60:15, 16,
24; 61:5, 12, 15, 25;
62:2, 8, 12, 24; 63:1,
2, 4; 64:9, 18, 19;
66:7, 22; 67:3; 68:9,
11, 14, 19, 23; 69:11,
18; 70:3, 9, 12; 71:15,
20; 72:22; 73:25;
76:14; 77:14
board's [6] 16:18; 17:8,
17, 18; 18:13; 61:21
body [1] 35:25
both [6] 65:25; 68:20;
70:2, 5; 71:19; 73:6
box [1] 1:17
break [4] 5:13, 16;
47:17; 62:19
bring [1] 57:12
broadly [1] 37:10
brought [15] 12:15;
16:18; 17:3, 7, 16;
18:12; 19:8, 14, 18;
25:13; 42:9, 20; 43:14;
56:1; 75:21
brown [1] 31:9

- C -

c [3] 4:2; 79:3
caleb [5] 1:16; 4:21;
50:5, 11; 53:16
calendar [1] 38:4
call [7] 11:5; 14:19;
15:8, 9, 14; 35:1;
72:22
called [17] 10:5, 8, 14,
24; 11:1; 14:5, 9, 22;
15:15; 16:2; 26:14;
74:19, 20; 76:19, 25
calling [3] 10:15, 17;
11:2
calls [1] 51:3
campus [2] 75:16, 21
candidates [5] 33:3, 7;
61:9; 66:2, 5

capacity [1] 9:4
caption [1] 55:6
captioned [5] 23:7;
39:13; 52:23; 53:13, 20
care [1] 30:13
carries [1] 5:4
cases [4] 9:3, 5; 33:11;
58:2
catch [1] 36:24
cause [1] 33:16
center [5] 7:14; 9:5, 7;
42:5; 54:1
central [11] 1:6, 13,
21; 4:24; 6:10; 9:9;
12:10, 23; 23:16; 52:9,
10, 14, 21; 53:8; 54:4,
16; 65:21
certain [4] 30:2; 31:5;
37:21; 60:25
certainly [3] 27:1;
29:19; 68:9
certification [3] 56:11;
57:6, 9
certified [5] 42:3;
56:17; 57:1, 10; 58:4
certifies [1] 56:22
certify [3] 57:8, 16;
79:7
chain [1] 33:17
chairman [2] 9:21, 22
chamber [1] 8:6
chance [1] 15:12
chances [1] 31:25
change [2] 27:3, 6
changed [6] 26:22, 23;
27:12, 19, 21; 28:5
changes [2] 28:1; 36:9
charge [1] 30:8
charles [2] 1:24; 22:15
chart [1] 22:19
checking [1] 37:5
choose [2] 25:6; 74:22
chooses [1] 54:4
circumstance [1] 59:23
city [1] 7:7
civil [15] 1:5; 20:18,
22; 21:1; 43:21; 44:23;
45:2, 11; 46:14; 48:15,
16; 49:1; 68:4; 74:24;
75:13
claim [1] 42:12
clarification [3] 52:25;
62:22; 71:14
clarified [1] 72:13
clarify [2] 62:25; 69:6
class [2] 57:20; 78:1
classroom [1] 57:13
claudette [1] 45:18
clear [6] 6:21; 8:19;
15:8; 34:2; 46:9; 47:8
clearly [2] 5:11; 46:8
clerical [2] 38:14; 42:4
cleveland [1] 8:6
client [3] 17:14; 24:21;
67:23
close [2] 31:10, 23

coaches [1] 62:3
collective [1] 52:8
color [1] 23:19
come [17] 10:3; 16:16;
18:8; 19:24; 23:25;
26:10; 30:21; 34:8;
36:8; 58:5, 6, 24, 25;
61:5; 64:7, 9
comes [2] 64:5, 20
coming [6] 21:5; 45:15;
47:18; 63:25; 70:20;
72:19
command [1] 33:17
commencing [3] 1:15;
66:16, 17
commentator [1] 76:25
commentators [1] 76:16
commerce [1] 8:6
commission [4] 11:12;
18:12; 19:13; 54:11
commitment [1] 20:18
committee [5] 25:25;
67:5, 7, 8, 11
committeeman [1] 9:17
committees [1] 66:4
commonwealth [1] 1:12;
79:6
communication [1] 42:5
communications [1] 54:1
company [1] 8:4
complaint [6] 18:1, 2,
11; 19:12; 24:10; 77:23
complete [1] 5:18
completed [3] 30:16, 17,
19
complex [1] 19:25
comply [4] 43:21; 44:23;
68:4, 10
compound [1] 62:18
concerning [1] 51:22
concluded [1] 78:22
concluding [1] 1:15
confidentiality [1] 26:7
confidentially [1] 26:7
considered [2] 31:24;
63:16
consist [1] 26:2
consistently [1] 27:23
consortium [2] 54:6;
58:8
constantly [1] 36:12
contact [2] 49:18; 51:13
contacted [1] 49:19
contacts [4] 32:22, 23;
33:14; 34:10
continue [1] 51:1
continuing [1] 48:9
contract [2] 65:24, 25
contracted [1] 42:6
contracts [1] 58:11
convenient [1] 41:10
convention [1] 9:18
conversation [9] 13:6,
17; 14:4, 7, 8; 15:5;
16:1; 31:7; 49:11
copied [1] 40:2

copies [6] 6:11; 39:25;
41:16; 51:24; 53:7
copy [11] 29:7; 47:7;
50:2, 7; 52:6, 8, 20;
53:4, 23; 54:9; 55:2
corporation [1] 69:15
correct [37] 9:10, 11;
12:24; 13:1; 15:2, 5,
21; 19:19; 22:3, 4, 5,
11, 12, 15, 16, 18, 24;
25:12; 33:22, 25; 34:1,
24; 35:15; 36:2; 37:9;
47:11; 57:17, 22;
61:13, 14, 16, 21;
62:11, 23; 63:12, 13;
76:4
corrected [1] 41:16
correcting [1] 44:7
couldn't [2] 16:7; 49:15
council [1] 9:25
counsel [10] 5:22; 6:9;
18:3; 19:17; 24:22;
25:2, 3; 37:22; 43:11;
48:7
counselors [1] 23:18
county [4] 1:18; 7:24;
24:2; 44:11
couple [1] 74:5
course [9] 5:4; 9:3;
18:5; 19:8; 21:2, 7;
22:7; 37:20; 78:9
court [17] 1:1; 5:1, 9,
14; 6:6; 16:22; 20:4;
21:13; 23:2; 29:1;
37:3, 12; 46:22; 52:18;
54:18; 70:20; 79:5
cover [2] 57:13, 24
covered [1] 58:1
crawford [20] 1:6, 13,
18, 21; 4:24; 6:10;
9:8; 12:10, 23; 23:16;
24:2; 44:11; 52:9, 10,
14, 20; 53:8; 54:4, 16;
65:21
criteria [1] 62:7
cross-examination [4]
2:5, 6; 4:19; 73:22
current [4] 7:10; 29:23,
24; 38:6
currently [1] 9:8

- D -

d [3] 2:2; 3:2; 4:2
data [1] 29:10
date [6] 7:8; 10:7, 8;
55:9, 12, 15
dated [4] 23:8; 54:9,
14; 79:16
dates [2] 7:17; 55:15
daughter [3] 59:19, 25;
60:8
day [2] 7:15; 76:17
deal [10] 19:3, 23;
50:23; 60:15; 62:8, 12,

14, 24; 63:1
dealing [7] 16:2; 26:6,
17; 38:24; 40:25; 43:17
dealings [1] 9:4
dealt [2] 35:2; 40:25
debate [3] 71:12; 72:1,
10
decent [2] 23:17; 77:20
decide [1] 19:1
decision [3] 33:22;
61:3; 64:3
defendant [1] 48:6
defendant's [1] 39:14
defendants [4] 1:8;
37:24; 53:14, 21
defendants' [2] 38:13;
52:24
defense [1] 42:16
degree [3] 8:9, 12, 17
degrees [1] 8:15
delegate [2] 9:18, 25
deleon [2] 45:18; 46:10
deliberations [1] 17:9
delineate [1] 71:15
demographics [2] 23:11;
29:12
deny [6] 14:24; 31:12,
13; 32:7, 9
department [4] 53:5;
57:11, 15
depauw [3] 8:17; 74:11;
75:1
deponent [3] 40:18;
71:23; 78:23
deposition [7] 1:10;
5:17; 9:2; 41:12; 48:1,
11; 78:22
derives [1] 57:8
desire [1] 15:16
detail [1] 43:2
detailed [1] 30:22
development [1] 8:7
diagram [1] 21:19
diangi [2] 23:8, 10
difference [1] 78:5
different [3] 61:25;
65:14; 68:25
difficult [3] 31:19;
40:2; 57:4
difficulty [3] 12:22;
39:25; 76:20
direct [3] 2:7; 36:16;
74:7
directed [3] 40:17;
41:1; 54:10
directing [1] 39:18
directly [1] 36:17
director [8] 7:13; 8:2;
9:4; 21:3, 11, 12, 24;
58:13
directors [3] 9:9; 22:2,
10
disagree [2] 20:25; 21:1
disapproval [1] 66:22
disapprove [2] 63:11, 14
discarded [1] 38:14

discharge [2] 46:13, 14
discourage [1] 75:7
discovery [3] 24:19;
37:19, 20
discrimination [1] 43:21
discuss [4] 11:22;
25:11; 26:12; 35:9
discussed [2] 25:22;
42:15
discussion [9] 11:15;
12:5, 18; 23:10; 31:3;
34:19; 48:5; 58:16;
67:19
disqualify [1] 63:16
disregard [1] 25:4
dissatisfied [2] 68:5;
70:17
distinction [7] 68:23;
69:18; 70:8, 9, 11;
78:6, 11
distinguish [3] 48:21;
49:12, 15
distinguished [1] 77:24
district [61] 1:1, 7,
14, 18; 4:24, 25; 5:1;
9:9; 11:3; 12:10, 24;
13:8, 21; 16:12; 20:18,
24; 21:20; 22:6, 8, 22;
23:13, 16; 25:17; 29:9;
30:3; 31:20; 35:11;
37:21; 38:25; 43:20;
44:11, 22; 45:2; 46:21;
48:16; 51:16; 52:21;
53:9, 24; 54:1, 4, 16;
63:21; 68:2, 12, 24;
69:14, 16, 19; 70:3,
11; 71:16, 21; 72:22;
76:4, 6, 12; 77:15
district's [3] 24:6;
49:2; 69:15
diversity [1] 70:18
division [1] 1:2
dixon [3] 44:4, 6, 11
document [8] 20:1;
39:10, 11, 18; 41:12;
47:9; 50:14, 22
documents [6] 6:12;
37:25; 38:3; 39:15;
42:2, 6, 8, 12, 15, 20,
25; 52:15, 22; 54:19;
55:25
doesn't [5] 51:1; 61:5;
62:2; 64:9; 72:2
doing [1] 48:3
dolecki [11] 21:25;
22:2, 5, 18; 36:16, 19;
53:25; 58:7; 61:19;
69:11; 71:17
done [4] 30:19; 48:18,
22; 78:20
down [4] 5:9; 36:8;
70:14, 20
drew [1] 17:20
drug [1] 11:11
duly [1] 4:16
duplicating [1] 40:21

duplication [1] 41:20
during [3] 12:18; 45:16;
48:4

- E -

each [2] 67:8; 75:8
earlier [2] 34:22; 35:15
earliest [1] 55:2
early [1] 66:1
education [8] 1:21; 8:8;
20:17; 52:14; 53:6;
57:11, 16; 65:21
educational [1] 6:10
eeoc-5 [15] 28:6, 8, 10,
14, 19, 21; 30:9; 38:4,
10, 11, 13; 39:21;
40:24; 41:25
eeoc [9] 27:9; 28:7, 10,
14, 16; 29:7, 8; 30:17;
45:8
eeoc-1 [1] 30:4
effected [1] 60:16
effort [3] 70:18; 75:5;
76:11
efforts [13] 35:9; 68:3,
6, 7, 8; 70:1; 71:2, 4,
8; 73:10, 13; 76:17;
77:6
eight [1] 49:21
elaborate [2] 32:17, 18
elected [6] 9:12, 14,
16; 24:16; 35:21; 44:1
elementary [8] 51:12,
16; 53:8, 10; 54:13,
15, 25; 55:6
else [2] 16:7; 65:18
embark [2] 24:11, 12
emergency [7] 53:7, 10;
54:6; 56:11, 15; 57:11,
17
employed [5] 7:12, 17,
20, 23; 69:14
employee [3] 22:6, 21;
38:14
employees [2] 27:18;
29:10
employer [1] 7:10
employment [5] 11:3;
12:9; 29:10; 34:5;
35:10
enables [1] 26:16
encouraging [1] 71:1
end [4] 11:21; 12:3, 4;
51:17
enforce [2] 20:18, 25
enforcement [1] 20:22
engaged [2] 76:11; 77:6
enough [3] 47:22; 56:25;
57:24
entirely [2] 48:18, 23
entities [1] 72:1
entity [4] 68:25; 69:15;
71:16; 72:23
equal [3] 20:11, 17;

24:3
erickson [1] 8:4
erie [7] 1:2, 5, 17, 20;
5:1; 7:14, 16
error [2] 42:4; 78:3
esquire [3] 1:16, 19, 22
essentially [3] 16:2, 6;
24:23
ed [2] 1:7; 4:24
ethnicity [2] 29:11;
77:19
evaluate [1] 72:14
evaluations [1] 27:18
even [1] 30:23
event [1] 70:13
ever [10] 8:23; 9:1;
14:10; 30:21; 31:5;
44:3; 45:8; 46:22;
58:25; 75:3
every [1] 61:17
everybody [1] 4:4
exactly [1] 28:23
examination [2] 2:7;
74:7
examined [1] 4:16
example [3] 9:5; 59:19;
60:6
exception [2] 59:21;
65:4
exceptional [1] 59:23
exclusive [1] 61:19
excuse [2] 7:15; 69:3
executive [10] 11:12;
18:22, 25; 19:3; 25:20,
22, 25; 26:1, 8, 12
exhibit [60] 2:12, 13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25;
3:1, 4, 5; 6:7, 15;
16:23, 25; 20:5, 7;
21:14, 16; 22:14; 23:2,
3, 4; 29:2, 4; 37:13,
14, 16, 23; 38:12, 20,
21; 39:7; 41:12, 13;
47:1, 2; 49:21, 23;
52:10, 12, 19, 23;
53:2, 4, 13, 17, 23;
54:2, 3, 7, 8, 12, 13
exhibits [2] 2:10; 55:19
exist [1] 42:13
existing [1] 61:20
exists [1] 58:19
explain [1] 75:6
explained [3] 12:19;
15:15, 18
explaining [1] 51:1
express [2] 25:1; 73:2
expressly [1] 78:23
extent [2] 42:21; 70:21

- F -

f [2] 7:4; 79:3
face [1] 70:19
fact [4] 31:24; 63:15;

64:6, 14
failure [2] 43:21; 44:23
fair [3] 19:21; 32:12;
42:13
fairly [2] 51:19; 57:4
familiar [8] 28:16, 18,
21, 22; 30:4; 56:9;
58:18; 59:18
far [5] 6:1; 12:5;
13:24; 49:13; 65:24
featured [1] 23:9
federal [3] 30:23; 42:1;
45:8
feel [3] 56:4, 5; 75:11
feeling [2] 20:23; 24:15
feelings [3] 20:21;
72:21; 73:2
feels [1] 24:23
female [1] 74:25
females [1] 75:18
ferguson [1] 1:25
few [2] 23:18; 55:23
field [1] 8:10
file [2] 30:5; 34:13
filed [15] 16:11, 20;
18:7, 9, 11; 19:7, 12;
28:1; 35:19; 38:10;
44:22; 45:17; 63:15,
24; 64:15
filing [2] 26:21; 27:11
filipino [1] 77:20
fill [1] 56:17
fill-in [1] 56:23
final [4] 33:22; 61:12,
25; 66:22
finance [2] 9:21; 58:13
find [2] 6:22; 43:9
finds [1] 24:2
fine [1] 73:11
finish [1] 72:8
finishing [1] 11:24
firms [1] 18:8
first [15] 4:16; 9:14;
10:3, 8; 16:16; 23:14;
35:1; 38:7; 39:20;
53:1; 55:5; 69:9; 73:1;
75:9, 20
five [4] 47:14, 21, 22,
23
fix [1] 49:9
focusing [1] 27:24
follow [3] 21:4; 40:15;
41:3
follows [1] 4:17
foregoing [1] 79:7
forgotten [1] 35:12
form [11] 28:19, 21, 23,
24; 30:9, 15, 17, 19;
38:11; 39:21; 60:4
former [1] 38:14
forms [3] 38:4; 40:24;
41:25
forward [1] 31:2
four [8] 9:15; 35:23,
24; 38:1, 2, 17
frame [1] 75:15

frankly [1] 72:4
fraternities [1] 74:14
fraternity [1] 74:17
free [1] 56:5
friday [1] 52:1
full [1] 7:2
full-time [5] 12:9, 22;
13:18; 31:19; 34:5
function [6] 36:5, 14;
58:10; 61:21; 66:7
functions [1] 35:13
further [4] 62:25;
63:16; 72:16; 75:23

- G -

g [1] 4:2
game [1] 42:13
gave [1] 72:5
general [5] 16:13;
20:21; 25:24; 34:8;
59:24
generally [2] 31:8;
60:21
gentlemen [1] 4:21
george [4] 1:10; 2:4;
4:15; 7:4
gets [1] 16:8
getting [1] 31:25
gives [1] 23:10
goes [1] 55:1
golfview [1] 7:6
gone [2] 67:22; 75:19
good [2] 20:23, 24
gornall [1] 1:19
gotten [2] 24:22; 57:5
government [3] 9:22;
71:6, 7
governments [1] 9:25
governs [1] 56:10
graduated [1] 75:21
great [3] 8:22; 36:7;
50:23
greencastle [1] 8:18
grill [7] 1:11, 25;
4:12; 16:22; 20:3;
79:5, 13
grounds [3] 42:17;
43:20; 70:7
group [1] 75:12
guess [2] 27:20; 43:16
guest [3] 11:11, 19;
56:23

- H -

half [1] 27:21
hall [1] 74:20
hamot [4] 7:13, 18, 23;
9:5
hand [2] 37:22; 71:16
handle [3] 26:16; 41:14,
15
happened [1] 41:19

hasn't [1] 57:5
haven't [3] 18:2; 44:16;
76:11
having [13] 4:15; 12:22;
17:7; 23:23, 24, 25;
31:15, 17; 35:16; 50:2,
21; 51:19
head [3] 22:25; 31:14;
74:12
heard [11] 28:15; 42:24;
43:6, 11, 12; 44:8, 10,
15, 18; 72:6
held [2] 9:16; 22:15
heller [11] 1:24; 22:15,
17, 21; 36:19; 39:1;
52:5; 61:18; 69:10;
71:17
heller's [1] 51:12
help [6] 13:18, 24;
16:3; 29:14; 72:19
helpful [9] 32:16, 25;
33:2, 9, 13, 16; 34:15;
63:19; 71:13
her [37] 11:13, 19;
12:5, 19; 13:5, 6, 9,
11, 18; 15:16, 18;
31:19, 25; 32:15, 16,
23, 24; 33:13; 34:14,
15; 36:25; 52:3; 59:21;
63:16, 20, 23, 25;
64:2, 6, 14, 18; 72:19;
77:19; 78:10
hereby [1] 79:7
hierarchy [2] 21:19, 22
hippa [1] 36:9
hire [5] 36:20; 59:25;
61:20; 64:13; 65:4
hired [4] 59:22; 61:11;
63:7; 64:24
hires [2] 60:1; 64:20
hiring [18] 13:7; 15:19;
33:21; 46:13; 52:4;
56:10; 60:14; 61:3, 4,
8, 16; 62:3; 64:17;
65:22; 66:4, 16; 68:4;
74:1
hoc [1] 67:8
hold [6] 8:14; 63:20,
23; 64:2, 5, 14
holdnack [1] 1:25
honest [2] 67:24, 25
hospitals [1] 7:24
house [1] 7:6
huge [1] 36:11
human [9] 7:13; 8:2;
9:4; 18:11; 19:13;
21:3, 8, 11; 54:11
hurt [1] 26:18

- I -

identification [12] 2:11;
3:3; 6:16; 17:1; 20:8;
21:17; 23:5; 29:5;
37:17; 49:24; 52:13;

55:20
identified [1] 6:13
identify [1] 49:5
iii [1] 22:15
illegal [1] 75:13
imagine [1] 19:16
iminda [1] 44:3
imindia [1] 44:10
impacted [1] 31:25
impermissible [3] 24:25;
62:18; 73:3
implement [1] 36:8
implementation [1] 59:3
implemented [3] 59:13,
14, 17
implements [2] 59:15;
61:2
important [3] 5:11;
67:22, 23
imposes [1] 30:2
improperly [1] 73:7
inc [2] 1:25; 54:1
include [7] 6:7; 16:23;
20:5; 29:2; 37:15;
47:2; 55:14
included [2] 6:13; 60:6
including [1] 66:21
incorporated [2] 41:17;
54:20
incorrect [1] 72:5
increased [2] 57:21
increments [2] 58:5, 6
index [1] 58:23
indiana [1] 8:18
indicated [1] 38:10
indicating [28] 6:6;
16:23; 20:5, 13; 21:14,
25; 23:21; 29:3, 8;
37:23; 39:11; 40:5, 7;
41:5; 48:11; 49:21;
50:1; 52:21; 53:3, 6,
10; 54:2, 7, 12, 17;
58:21; 64:2
individual [1] 63:6
industrial [1] 8:7
influence [1] 66:4
information [7] 5:18;
17:13; 24:18, 20; 46:5;
52:6; 72:3
informed [1] 18:16
initial [1] 61:7
initiated [2] 14:18, 20
injunction [1] 46:22
input [2] 65:22; 66:3
inquire [1] 39:3
insert [1] 27:4
insists [1] 5:24
instance [2] 43:23; 65:3
instances [3] 42:7;
64:24; 65:2
institutions [1] 8:14
instruct [1] 25:4
instructs [1] 5:24
insure [1] 54:18
intelligible [2] 5:10;
41:16

intend [1] 6:12
intercession [4] 32:15,
18, 21; 34:15
interested [2] 16:3;
34:12
intermediate [1] 54:5
intermission [1] 48:4
internships [1] 34:11
interpretation [1] 32:12
interrogatories [1] 53:1
interview [1] 67:1
into [5] 36:10; 41:17;
57:12; 62:19
introduced [1] 11:19
investigation [1] 38:13
involve [1] 19:17
involved [7] 26:19;
30:5; 76:24; 77:10, 11,
12, 14
involvement [1] 74:1
involves [1] 24:21
islander [1] 77:23
issue [6] 26:6; 35:1;
58:24, 25; 63:3, 4
issued [3] 6:4; 53:7, 11
issues [5] 19:23, 25;
76:18, 19; 77:2
item [1] 25:20
items [2] 25:25; 39:18
itself [3] 24:2; 39:10;
50:25
iu [14] 56:16, 20, 21,
22; 57:6, 8, 14, 16;
58:4, 8, 9, 11, 14

- J -

job [12] 12:21; 16:4, 8;
21:3; 31:20; 32:1;
34:9, 12; 62:4; 63:21;
72:20
joel [1] 23:8
jog [3] 34:21; 35:6;
48:17
joseph [1] 54:10
july [1] 53:16
juncture [1] 66:18

- K -

keep [1] 69:24
kept [2] 45:25; 46:12
kids [1] 23:17
kind [3] 16:8; 28:23;
30:6
kindergarten [2] 51:12,
16
kinds [1] 48:22
knew [5] 13:4; 77:19,
20, 21; 78:8
knowing [1] 63:23
knowledge [5] 24:14;
42:12; 62:7; 66:19, 23
knox [1] 1:19

kuhar [107] 1:19; 2:7;
4:5; 5:21; 6:9; 10:16;
11:24; 12:2; 13:20, 22;
14:21, 25; 15:11;
17:11, 20; 21:11; 24:4,
17; 25:3; 26:25; 28:9;
29:14; 36:24; 37:5;
38:5, 16; 39:4, 12, 16,
19, 22; 40:4, 8, 11,
15, 17; 41:2, 10;
42:10; 43:5, 8; 44:5,
7; 45:4, 10, 12; 46:4,
18, 23; 47:4, 7, 15,
18, 22; 49:3, 8; 50:3,
5, 8, 11, 15, 18, 25;
51:4; 52:14, 17; 53:16,
19; 56:3; 59:1; 60:4;
62:17; 64:11; 65:13;
66:13, 19, 23; 68:11,
13, 16, 18, 21; 69:1,
4, 21, 24; 70:4, 6, 21;
71:11, 22, 25; 72:25;
74:5, 9; 75:22; 76:5,
21; 77:3, 7, 9, 12, 22;
78:2, 14, 16, 20

- L -

labeling [1] 39:22
ladies [1] 4:21
lake [1] 7:24
land [1] 21:2
large [4] 9:17; 40:13;
62:5; 64:19
last [3] 36:24; 57:4;
67:21
law [12] 18:8; 21:2, 4;
25:7; 26:5, 14, 16;
36:9; 48:15; 53:6;
68:10; 75:13
laws [8] 20:19, 22, 24;
21:1; 43:22; 44:24;
49:1; 68:5
lawsuit [32] 4:23, 25;
8:24; 16:11, 17, 20;
17:6, 8, 10; 18:10;
19:5, 7; 23:24; 24:2,
19, 20, 23; 25:12, 16;
26:22; 27:8, 11, 25;
28:4; 35:18; 43:19;
46:3; 63:12, 24; 64:15
lawsuits [5] 44:21;
70:19, 22, 24; 72:18
lawyer [1] 25:8
lead [2] 17:12; 24:19
least [2] 41:24; 42:7
leave [1] 66:25
led [1] 75:5
legal [12] 18:3; 19:6,
17, 23; 26:6; 27:6, 9;
43:18; 62:7; 68:25;
69:15, 18
legislation [1] 28:17
lends [1] 50:25
letter [4] 49:19; 51:9;

Elite Concordia Utility - CONCORD3

53:4; 54:9
letters [6] 51:10, 13,
18, 19, 24, 25
level [4] 8:8; 30:8, 13;
45:18
liability [1] 69:19
likelihood [1] 18:16
likely [2] 17:12, 14
line [2] 48:9; 65:17
list [7] 42:3; 54:14,
15, 25; 55:7; 61:17;
63:8
listened [1] 48:11
litigation [4] 17:13;
24:5, 6, 24
local [1] 72:23
long [2] 29:19; 35:10
looking [2] 12:21; 46:5
loss [1] 39:21
lost [4] 42:4, 6, 8;
55:25
lot [6] 15:9, 14; 19:23;
48:19; 58:11
lots [1] 35:13

- M -

mail [2] 50:23; 51:3
maintain [1] 29:10
maintenance [1] 63:7
major [1] 9:17
makeup [1] 23:11
making [5] 13:14; 30:24;
35:25; 36:5, 13
management [2] 67:1, 13
manchester [1] 7:6
mandated [1] 42:1
manor [1] 7:6
manual [7] 20:15; 27:5;
36:11; 58:20; 59:7, 10
mark [12] 1:19; 4:4;
6:6; 16:22; 20:3, 4;
21:14; 23:2; 29:2;
37:13; 52:8, 19
marked [19] 2:11; 3:3;
6:13, 15; 16:25; 20:7;
21:16; 23:4; 29:4;
37:16, 23; 38:11;
39:10; 49:20, 23;
52:12; 53:2; 54:20;
55:20
marriage [1] 60:23
master's [2] 8:9, 16
matter [11] 17:12; 19:7,
15; 30:7; 56:7, 8;
60:20; 62:9; 63:24;
72:2; 79:9
matters [6] 19:4, 17,
18; 26:17; 43:17, 18
mclaughlin [1] 1:19
meadville [3] 1:14; 7:7;
23:9
mean [20] 10:17; 24:12,
16; 25:7; 27:16; 28:13;
36:4; 46:4; 50:13;

61:8, 18; 63:1, 11;
64:19; 68:11, 16; 69:1,
4, 22; 78:9
meant [2] 32:19; 68:18
medical [3] 7:13; 9:5, 7
meet [4] 11:5, 7; 35:3,
13
meeting [3] 11:19;
18:20; 35:8
member [14] 11:12, 20;
28:18; 30:2; 33:24;
35:21; 39:2; 63:2;
67:9, 10, 11; 73:25;
77:14
members [4] 15:14;
59:22; 60:16; 62:8
memorandum [1] 25:21
memory [4] 34:21; 35:6;
46:3; 48:17
men's [1] 74:20
mentioned [4] 28:6, 8,
10; 57:20
mercer [1] 1:14
merely [1] 26:12
merit [1] 79:13
met [5] 11:13; 34:23;
35:16; 75:20; 78:10
micromanage [1] 36:18
middle [1] 72:10
mine [1] 52:5
minorities [3] 48:16;
73:10, 14
minority [5] 71:4; 76:3;
77:17, 25; 78:8
minute [5] 42:10; 47:16;
58:15; 64:11; 71:1
minutes [8] 18:17, 20,
23, 24, 25; 47:14, 22,
23
mired [1] 70:14
misnumbering [1] 41:9
misplaced [1] 55:25
miss [27] 4:12, 22; 6:5,
9; 11:10, 16, 17;
13:17; 14:15; 16:11,
22; 20:3; 21:13; 23:24;
31:18; 32:4; 35:9;
47:8; 49:18; 50:4;
51:9, 18; 63:15; 64:13;
72:19; 77:18
missing [5] 10:19;
40:24; 42:13, 20, 25
mistake [2] 39:8; 72:5
modify [1] 27:22
moment [4] 20:13; 34:17;
38:23; 67:18
month [1] 61:17
most [1] 64:1
move [2] 31:2; 75:3
movement [1] 74:24
ms [18] 2:6; 4:6, 7;
39:24; 40:6; 41:18;
47:10, 12; 54:22, 24;
55:8, 11, 13, 17;
73:19, 24; 74:4; 78:15
much [2] 75:23; 78:21

must [3] 26:10; 57:23;
60:25

- N -

name [6] 4:21; 7:2;
44:7; 51:13; 67:7
national [2] 9:18; 77:20
nature [3] 11:15; 15:25;
45:15
nearly [2] 9:15; 35:23
needed [1] 59:24
negotiate [1] 65:24
nepotism [3] 38:25; 41:1
never [11] 29:17; 34:23;
35:1; 42:24; 43:6, 12,
14; 44:8, 18; 76:23
new [3] 27:4; 42:24;
52:16
nichols [153] 1:16; 2:5,
8; 4:4, 6, 8, 10, 12,
20, 21; 6:3, 17; 10:21,
23; 12:1, 6; 14:2, 3,
23; 15:2, 4, 13; 16:20;
17:2, 15, 22, 24; 20:3,
9; 21:12, 18; 23:1, 6;
24:7, 13; 25:1, 9, 10;
28:12; 29:1, 6; 34:17,
20; 37:1, 7, 12, 18;
38:18, 19; 39:8, 13,
17, 20, 23, 24; 40:9,
14, 16, 19, 23; 41:8,
14, 19, 22; 42:18;
43:6, 11, 13; 44:6, 9;
45:6; 46:6, 7, 19, 20;
47:1, 8, 11, 13, 16,
20, 24; 48:2, 8; 49:3,
6, 16, 25; 50:4, 6, 10,
13, 16, 19, 20; 51:8;
52:7, 18; 53:18, 20;
54:22, 23; 55:4, 9, 12,
14, 18, 22; 58:15, 17;
59:3; 60:7; 62:20;
64:16; 65:16, 19;
66:14, 20; 67:17, 20;
68:17, 20, 22; 69:3, 6,
8, 22; 70:2, 5, 16;
71:5, 12, 24; 72:11;
73:8, 12, 18, 20; 76:2,
7, 8, 22; 77:4, 8, 11,
13, 25; 78:4, 7, 12, 18
nobody [1] 65:7
nodding [3] 22:25;
31:14; 74:12
nondiscriminatory [1]
74:23
none [4] 7:1; 43:25;
74:3; 75:2
northwest [1] 54:5
nos [1] 55:19
notary [2] 1:11; 79:6
note [2] 17:23; 41:11
noted [1] 17:22
notes [1] 79:8
nothing [2] 5:5; 9:17

noticed [1] 58:7
notified [1] 17:5
november [2] 49:6, 17
number [10] 38:1, 2, 16,
17; 40:22; 41:6; 49:14,
21; 53:17
numbering [1] 39:9
numbers [2] 41:4, 11

- O -

oath [1] 5:4
object [17] 5:23; 10:16;
13:20, 22, 25; 17:11;
24:17; 42:10, 16; 56:3;
60:4; 62:17; 70:6, 23;
72:25; 73:6; 77:22
objected [2] 42:17;
70:23
objecting [1] 78:3
objection [3] 17:21, 23;
49:8
objections [2] 5:21;
62:6
obligation [3] 5:5;
29:9; 49:2
obligations [1] 30:2
oblige [1] 5:15
obtain [5] 5:17; 12:9,
22; 13:18; 31:19
obtaining [2] 12:22;
35:10
occasion [14] 9:1; 11:5,
11, 16, 22, 23; 12:7,
12; 31:7; 35:4, 9;
42:22; 45:21; 72:18
occasions [5] 12:14;
15:22, 23; 41:24; 57:23
occur [1] 25:25
occurred [4] 11:16;
43:24, 25; 48:6
occurs [1] 61:9
october [1] 16:21
off-the-record [3] 34:19;
58:16; 67:19
offered [1] 54:19
office [2] 21:6; 35:4
officer [2] 21:9; 72:23
offices [2] 9:16; 71:6
official [3] 20:21;
24:16; 55:25
officially [2] 17:5;
18:9
officials [1] 32:23
often [1] 59:5
ohio [2] 7:25; 8:4
old [1] 52:17
once [3] 13:4; 30:15;
43:5
ones [1] 40:12
ongoing [1] 45:25
open [1] 26:9
opinion [7] 25:1; 34:16;
67:24, 25; 70:22;
72:24; 73:5

opportunity [6] 17:25; 20:11, 17; 24:3; 48:12; 72:3
opposition [1] 6:9
organization [7] 22:19; 30:24, 25; 74:16, 22; 75:5, 20
origin [1] 77:21
original [1] 52:5
others [6] 33:4; 34:4, 5; 43:25; 78:14, 16
ourselves [1] 65:8
over [5] 23:24; 36:15; 37:9; 62:2; 72:20
overlapping [1] 72:1

- P -

pa [3] 1:14, 20, 23
pacific [1] 77:23
page [2] 23:10; 55:5
pages [1] 54:25
paid [5] 22:8; 63:21; 69:16; 71:20
paragraph [2] 23:14, 15
part [20] 20:5; 21:15; 23:3; 24:24; 32:12; 36:24, 25; 37:15, 19; 38:20, 21; 49:22; 52:22; 53:3; 54:21; 59:7, 11, 19; 73:1, 4
participate [5] 9:2; 54:5; 66:18; 67:10, 11
participates [3] 66:4, 15; 67:3
particular [7] 12:7; 23:20; 42:25; 48:24; 49:10; 50:13, 22
particularly [1] 78:9
parts [1] 40:13
party [3] 8:24; 42:6
passed [1] 75:14
pay [2] 25:7; 71:19
pending [3] 4:25; 45:20; 46:3
pennsylvania [14] 1:1, 12, 17; 5:1, 2; 7:14, 16; 18:11; 19:13; 44:14; 53:5; 54:11; 57:15; 79:6
people [19] 15:9, 14; 19:23; 21:4; 26:18, 19; 33:2; 34:8, 10; 35:14; 48:14; 56:16, 22; 57:10, 12, 25; 63:7; 64:20, 24
people's [1] 26:19
perhacs [1] 54:9
perhaps [4] 12:16; 23:21; 49:9; 70:14
period [4] 45:21; 53:9; 57:2; 75:16
periodically [1] 27:3
periods [1] 48:20
permits [3] 27:17; 53:7,

11
permitted [3] 26:8; 74:14, 16
person [7] 12:16; 33:14; 35:2; 40:20; 41:20; 51:13; 59:24
personal [2] 62:7; 74:1
personally [1] 34:23
personnel [4] 19:4; 26:6, 17; 58:1
phone [5] 10:6; 12:16; 14:11, 12; 35:1
pieces [1] 62:19
pike [2] 1:14; 36:8
pittsburgh [1] 1:23
place [3] 29:19, 25; 63:22
placed [4] 25:16, 17, 19; 46:22
plaintiff [28] 1:4, 16; 4:22; 6:5; 16:23; 20:4; 21:14; 23:1; 37:13, 14, 23; 41:12; 48:6; 49:21; 52:10, 19, 23; 53:2, 4, 13, 23; 54:2, 3, 7, 8, 12, 13, 20
plaintiff's [18] 2:11; 3:3; 6:15; 16:25; 20:7; 21:16; 23:4; 29:4; 37:16, 24; 39:14; 49:23; 52:12, 24; 53:1, 14, 21; 55:19
plan [2] 52:2, 3
please [15] 4:13; 6:19; 7:2, 3; 12:1; 16:24; 21:15; 32:2; 34:18; 37:15; 43:4; 52:11; 54:2, 7, 8
point [4] 14:23; 33:10; 39:4; 66:1
pointed [1] 32:24
policies [11] 21:1; 26:22, 24; 27:3, 4, 12, 21, 22; 28:4; 36:7; 60:19
policy [29] 13:14; 20:11, 15; 26:23; 27:4, 6; 29:24; 30:24; 35:25; 36:4, 10, 13; 38:25; 39:2; 52:20; 56:9, 14; 58:18, 20; 59:1, 4, 10, 11, 13, 14; 60:14, 21; 62:11
political [1] 8:13
pose [3] 5:12, 22; 34:3
posed [2] 67:23; 69:10
position [18] 8:1; 9:12, 14, 20; 12:23; 13:19; 15:16; 22:13, 14; 24:6; 26:20; 51:15, 23; 57:12; 63:17; 67:8; 71:10; 75:10
positions [11] 33:3; 36:11; 51:10, 11, 22; 61:9; 64:1; 66:3; 67:13, 14

possible [6] 5:12; 6:21; 18:15; 27:14; 48:18, 23
post-its [1] 40:13
potential [3] 11:3, 12, 20
precinct [1] 9:17
prefaced [1] 24:8
prepared [3] 23:8; 40:1; 48:10
preparing [1] 30:9
present [6] 1:24; 21:6; 24:1; 68:1, 3; 70:18
presented [2] 26:11; 61:12
presently [1] 4:25
preside [1] 62:2
president [1] 74:21
presume [1] 59:15
pretty [1] 70:13
previous [1] 37:4
previously [2] 7:12; 38:5
primary [1] 9:19
prior [8] 7:23; 8:3, 5; 18:10; 21:5; 35:18; 44:2
private [1] 19:3
privileged [2] 17:14; 24:21
probably [5] 10:5, 11; 16:6; 27:20; 51:2
problem [2] 13:7; 70:19
problems [3] 23:11; 24:3; 35:10
procedure [3] 19:15; 34:12; 56:16
proceed [1] 6:25
proceeding [2] 4:22; 26:4
process [4] 58:4; 61:7; 66:16; 67:1
produce [2] 38:3, 7
produced [2] 50:11, 17
product [2] 17:14; 24:24
production [6] 37:25; 39:15; 41:25; 42:2; 53:15, 22
program [7] 48:13, 14, 25; 49:4, 17; 58:8
programs [2] 48:22
promoting [1] 33:16
prompted [1] 49:18
prompting [1] 49:13
promulgated [1] 29:8
proper [1] 33:17
properly [1] 72:7
propose [2] 6:19; 26:13
proposed [1] 38:3
propounded [1] 37:20
protect [1] 26:19
protected [1] 78:1
prove [1] 59:23
provided [3] 6:8; 38:6; 58:12
province [1] 43:2
psea [1] 1:21

psychology [1] 8:11
public [8] 1:11; 18:24; 19:1; 20:21; 26:9, 10, 11; 79:6
publicity [1] 26:18
purports [3] 20:10, 16; 53:24
purpose [2] 5:17; 55:16
purposes [13] 6:16; 17:1; 20:8; 21:17; 23:5; 29:5; 37:17; 49:24; 52:13; 55:20; 69:19; 71:14
pursuant [1] 6:4
pursue [2] 65:17
put [1] 56:15

- Q -

qualifies [1] 56:16
questioning [1] 13:24
questions [17] 5:22, 25; 6:18, 24, 25; 15:15; 19:6; 31:4; 37:21; 47:21; 55:23; 69:21; 70:24; 72:16; 73:6; 75:23; 78:19
quote [3] 31:8, 10, 23

- R -

racial [2] 23:11; 43:20
radio [8] 48:12, 14, 19; 49:4, 17; 76:16, 24
raise [2] 48:24; 49:16
rates [1] 29:11
rather [3] 23:15; 25:18; 47:2
re-ask [2] 70:14; 71:2
reaction [3] 13:5; 17:18; 24:5; 28:1
read [7] 20:17; 30:3; 37:3; 40:2; 58:21; 60:21; 61:15
readily [1] 40:21
ready [3] 4:4, 6, 10
really [6] 10:9; 12:11, 13; 18:14; 28:22; 62:15
reason [4] 12:5; 31:21; 33:1
reasonable [1] 38:12
reasons [3] 31:21; 44:23; 70:23
recall [17] 8:25; 11:15; 12:11, 13, 17; 18:14; 27:16; 28:2; 30:21; 31:17; 32:5; 34:21; 45:15; 48:12; 50:2; 51:19; 59:5
receipt [1] 66:17
received [6] 50:2, 22; 51:2, 19; 52:1; 53:5
receiving [1] 51:5
recently [4] 5:4; 42:17;

51:20; 64:1
recess [1] 47:25
recognize [1] 50:21
recollection [2] 27:17;
51:5
recommend [4] 61:22, 23;
65:7, 11
recommendation [1] 64:25
recommendations [2] 33:5;
62:5
recommended [4] 61:11;
63:8; 64:13, 17
recommends [2] 64:21;
65:7
record [31] 5:10, 15;
6:7, 8, 14; 7:3; 8:19;
16:24; 17:22, 23; 20:6;
21:15; 23:3; 29:3;
37:15; 41:17; 46:9;
47:3, 24; 48:2, 5, 7;
49:22; 52:22; 53:3;
54:21; 63:25; 69:7, 25;
71:15
recross-examination [2]
2:8; 75:25
recruit [2] 75:3; 76:3
recruited [1] 76:3
recruiting [3] 75:17;
76:13; 77:17
recruitment [8] 61:8;
73:10, 13; 76:11, 17,
19; 77:5, 6
refer [1] 56:19
reference [2] 13:23;
58:23
referencing [4] 39:5;
55:5, 12, 16
referred [4] 41:11;
58:4; 59:9; 70:2
referring [7] 17:8;
47:9; 60:8; 62:12;
65:21; 71:5, 9
reflect [4] 6:8; 18:17,
20; 48:7
refresh [1] 46:2
regarded [1] 31:22
regarding [4] 17:9;
35:16; 49:1
registered [1] 79:13
regulation [4] 29:8, 13,
17; 42:1
regulations [5] 29:18;
30:16; 36:9; 61:15, 20
relate [1] 11:1
related [1] 13:6
relates [3] 42:15;
48:15, 16
relation [1] 60:22
relations [3] 18:12;
19:13; 54:11
relative [7] 13:18;
34:7; 51:10, 18; 62:8,
24; 63:2
relatives [3] 59:22;
60:17; 63:4
relevant [8] 17:12, 13;

24:18, 20; 28:3, 4;
29:10; 32:6
remaining [1] 40:3
remark [5] 23:14; 31:10,
15, 18; 32:4
remarks [3] 24:8; 31:5,
6
remember [3] 15:10;
32:13; 51:6
remind [1] 5:3
remitted [1] 30:17
remove [1] 6:21
repeat [1] 36:25
rephrase [1] 6:20
reply [1] 31:20
report [3] 19:1; 28:24;
29:12
reported [1] 1:25
reporter [13] 5:9, 14;
6:6; 16:22; 20:4;
21:13; 23:2; 29:2;
37:13; 52:19; 54:18;
79:5, 13
reporting [3] 1:25;
21:21; 36:16
reports [10] 21:22;
22:2, 10, 17; 30:22;
36:17; 38:4, 6, 10, 14
represented [2] 9:7;
66:25
representing [1] 4:22
represents [1] 6:10
request [10] 37:25;
38:9, 22, 23; 39:15;
41:25; 52:24; 53:6, 15,
22
requested [1] 38:7
require [2] 28:23; 30:16
required [1] 26:7
requirement [1] 60:23
requirements [1] 27:9
requires [1] 61:15
resign [1] 58:6
resource [3] 21:8, 11,
12
resources [4] 7:13; 8:2;
9:4; 21:3
respect [2] 5:25; 41:25
respond [3] 52:3; 73:16
responded [2] 39:21;
51:3
response [7] 5:19; 16:5;
38:9, 22; 52:24, 25;
53:14
responses [3] 37:24;
39:14; 53:21
responsibilities [2]
9:19; 21:21
responsibility [5] 9:23;
30:9; 34:8; 36:16; 37:8
responsible [3] 71:6,
10; 72:23
responsive [1] 32:3
rest [1] 62:9
restated [1] 43:9
resumed [1] 48:1

retired [5] 7:11; 8:20,
21; 29:19
return [1] 51:3
review [2] 17:25; 78:17
reviewed [1] 18:2
richard [1] 54:9
right [70] 4:8; 6:22,
23; 8:23; 11:14; 14:5,
17; 15:2, 17; 16:14;
17:5, 20; 18:5, 8;
19:7, 9; 20:15; 21:12;
22:1; 25:14; 29:23;
32:10; 33:6, 7, 18, 21;
34:6, 14; 35:3; 36:1;
38:18; 39:15, 16, 19;
40:9, 19; 46:2, 16, 17,
19; 47:10, 12, 13;
50:10, 18; 52:2; 55:11;
56:9; 59:12; 60:10, 18;
61:10, 23, 24; 62:2,
10, 13; 63:9; 64:16;
65:6, 9; 67:12, 17;
71:24, 25; 72:18;
77:15, 16; 78:12
right-to-know [1] 53:6
rights [13] 20:18, 22;
21:1; 43:22; 44:24;
45:11; 46:14; 48:15,
16; 49:1; 68:5; 74:24;
75:13
routine [1] 56:8
routinely [3] 19:18;
56:1; 58:22
rowena [2] 1:3; 4:23

- S -

sat [1] 33:24
satisfactory [1] 71:8
satisfied [10] 68:1, 3,
8; 70:1, 17; 71:3, 8;
73:9, 13
saw [2] 29:17, 20
saying [14] 24:14; 30:1;
32:10; 33:11; 36:5, 15;
38:12; 39:17; 49:10;
56:19; 64:4, 11; 68:6;
76:23
says [2] 31:6; 41:7
scholarship [1] 75:12
school [88] 1:6, 13, 18;
4:24; 9:9, 20; 12:10,
23; 13:8, 14, 21;
16:12; 21:20; 22:6, 8,
10, 22; 23:13, 16;
24:16, 20; 25:11, 17;
29:9; 30:3; 31:20;
32:22, 23; 35:4, 11,
21, 25; 37:21; 38:25;
43:20; 44:1, 11, 22;
45:2, 9; 46:21, 22;
48:15; 49:2; 51:12, 16;
52:10, 21; 53:9, 24;
54:1, 4, 16; 63:21;
68:2, 3, 8, 11, 12, 13,

19, 23, 24; 69:9, 14,
16, 19; 70:3, 9, 11,
12; 71:16, 21; 72:22;
73:25; 76:4, 12; 77:14
science [1] 8:13
scope [1] 34:7
scratch [1] 70:15
screened [1] 66:3
screening [3] 61:8; 66:5
scrutiny [1] 60:25
sean [1] 58:12
second [7] 23:15; 31:17;
38:9; 39:5; 51:15, 16;
73:4
secondary [1] 45:18
see [14] 7:23; 15:25;
16:8, 10; 25:2; 37:11;
38:23; 40:14, 16, 21;
41:19; 47:20; 49:6;
50:8
seek [1] 24:18
seeking [3] 34:4, 5, 9
seeks [1] 24:22
seem [1] 32:6
seemed [2] 75:7; 76:17
seems [1] 43:1
seen [7] 20:14; 23:20,
21, 23; 24:10; 29:18
sees [1] 23:10
send [2] 51:13; 65:10
senior [1] 67:1
sennett [1] 1:19
sense [1] 13:25
sent [3] 51:9, 18
september [2] 1:13;
51:14
serve [1] 9:8
served [1] 35:21
serves [1] 23:16
service [1] 63:6
services [1] 58:12
session [9] 18:22, 24;
19:3; 25:20, 22; 26:1,
10, 12
sessions [2] 18:23, 25
set [3] 53:1; 67:9;
75:11
seven [9] 37:14; 39:9,
10; 47:4, 10, 11
seventeen [1] 54:17
several [3] 15:22, 23;
32:14
shannon [2] 1:22; 39:7
share [4] 28:14; 72:21,
24; 73:5
she [31] 11:11, 22;
12:7, 8, 14, 17, 19,
21; 13:4, 6; 14:5, 9,
18, 24; 15:7, 8, 15;
16:8; 37:5; 49:19;
51:11, 15, 20; 64:14;
75:9, 21; 77:19, 20,
22, 23; 78:8
she's [2] 63:24; 77:25
short [1] 56:16
show [3] 20:12; 29:7;

50:1
shown [4] 21:23; 22:14;
38:11; 55:5
shows [1] 48:19
sic [2] 44:4, 10
signature [1] 78:23
signed [2] 53:25; 58:7
signs [2] 30:18; 58:12
since [8] 8:20; 26:21;
27:11, 25; 30:5; 44:1;
76:11; 77:14
sit [4] 9:20; 67:9, 10;
68:24
sitting [1] 51:4
situation [3] 12:20;
24:1; 45:25
sixteen [1] 54:8
slots [1] 56:18
small [2] 58:5, 6
smart [1] 31:9
social [2] 74:16; 75:9
solon [1] 8:4
some [9] 5:22; 7:20;
9:3, 4; 33:1; 45:21;
58:13; 67:10; 75:3
somebody [3] 65:11;
71:3, 4
someone [2] 65:18; 77:1
something [5] 28:15;
31:2; 33:15; 39:6; 62:7
sometimes [3] 62:6;
66:25; 67:3
somewhat [1] 56:15
somewhere [1] 10:13
sorry [3] 40:20; 53:16;
68:15
sort [2] 9:18; 49:9
sorts [1] 49:9
south [1] 1:22
span [1] 72:20
spanish [1] 45:18
speak [5] 5:5, 11; 46:8;
76:18; 77:1
speaking [5] 31:8; 37:1,
2, 10; 45:19
speaks [3] 29:9, 13;
39:1
specific [6] 21:23;
33:1; 49:4; 52:25;
56:18; 63:6
specifically [8] 5:12;
27:25; 31:6; 33:10;
36:6; 51:7; 63:3; 75:12
specified [1] 24:7
specifies [1] 59:19
specify [2] 27:2, 14
specifying [1] 27:6
spelled [1] 8:18
spouse [1] 31:22
staff [7] 23:12; 33:21;
53:8; 60:11; 68:4
stages [1] 66:2
stand [1] 17:21
standard [1] 19:15
standpoint [2] 25:24;
36:17

start [1] 63:22
started [1] 45:21
starting [1] 49:11
state [8] 5:8; 7:2;
26:5; 45:7; 68:1;
70:18; 72:21
stated [1] 31:8
statement [6] 19:21;
20:10, 14; 25:12;
28:13, 14
states [2] 1:1; 4:25
station [1] 48:19
stenographer [1] 37:3
stenographic [1] 79:8
step [3] 14:2; 19:11;
66:16
stickers [1] 40:1
still [5] 5:23; 11:24;
29:25; 45:23, 25
stop [1] 6:19
straight [1] 69:25
street [2] 1:20, 22
students [1] 74:25
studies [1] 74:11
styled [1] 4:23
submitted [4] 6:12;
30:23; 37:20; 66:21
subpoena [1] 6:4
subsequent [3] 11:4, 23;
12:14
substitute [9] 42:3;
54:6, 14, 15, 25; 55:6;
56:11; 57:21; 60:1
substitutes [1] 57:1
success [1] 75:17
sue [1] 63:22
sued [2] 43:19, 20
suit [1] 18:7
summarized [1] 18:3
sunshine [3] 26:5, 14,
16
superintendent [8] 21:24,
25; 22:13, 14; 25:24;
53:25; 65:4, 5
supervisory [3] 36:14,
15; 37:8
supplied [1] 42:4
support [1] 21:2
sure [11] 23:20; 46:9;
47:15; 48:23; 50:10,
16, 19, 23; 63:18;
64:18; 65:11
surely [1] 25:15
swear [1] 4:13
sworn [1] 4:16
system [2] 36:10; 59:20

- T -

taken [5] 1:10; 5:4;
45:2, 8; 47:25
talked [8] 14:10, 14,
15; 15:20; 34:22;
76:16; 77:18; 78:10
talking [7] 10:12;

26:15; 27:10; 28:3;
29:23; 34:25; 41:4, 6;
47:6; 57:2, 3; 67:14;
68:20; 71:7; 75:15;
76:5
tape [4] 48:10; 76:15,
16, 24
teach [1] 59:20
teacher [10] 12:9; 42:3;
45:19; 51:12, 16; 54:6,
25; 55:6; 60:6, 9
teachers [24] 23:18;
54:14, 15; 56:10, 17,
23; 57:8, 21; 58:3;
60:1, 5, 14, 19; 61:3,
4, 7, 12, 20; 63:7;
64:20; 65:23; 74:2;
77:17
teaching [15] 12:23;
13:19; 15:16; 23:12;
31:19; 33:21; 51:10;
53:8, 10; 60:11; 61:9;
63:17; 66:2; 67:14;
68:4
telephone [13] 10:8;
11:5; 12:18; 13:6;
14:4, 7, 8, 15; 15:5,
21, 25; 31:7; 34:23
telephonic [1] 12:18
tell [9] 10:7; 12:8;
16:7; 21:20; 34:12, 13;
49:5; 72:13
telling [1] 62:15
term [4] 32:21; 35:10;
45:16, 22
terms [10] 5:15; 16:13;
21:20, 22; 24:2; 26:4;
33:21; 34:4; 36:5; 61:2
testified [4] 4:17;
17:16; 34:22; 35:25
testimony [3] 2:4;
35:16; 46:4
text [2] 40:3, 13
thank [7] 53:19; 55:17;
74:4; 75:22; 78:12, 20
thick [1] 58:21
thing [6] 9:18; 20:24;
30:6, 20; 45:22; 59:18
things [4] 34:11; 36:8,
10; 48:23
think [29] 12:2, 19, 25;
17:15; 19:22; 20:23,
24; 22:17; 24:21; 28:9;
31:24; 32:5; 40:11;
57:4; 60:3; 62:3, 18,
23; 63:18; 65:3, 13,
15; 67:23; 68:2, 13;
70:7; 72:5; 73:3
thinking [1] 64:12
third [4] 39:3, 14;
53:14, 21
thirteen [3] 53:13, 18,
20
though [1] 32:2
thought [8] 10:19;
14:14; 28:14; 33:12;

60:6; 64:10; 76:15;
77:22
three [7] 23:16; 27:21;
38:16; 39:18, 23; 40:22
time [22] 5:13; 6:15;
11:21; 16:25; 20:7;
21:16; 23:4; 29:4;
34:16; 35:1; 37:3, 16;
45:21; 47:25; 49:23;
52:12; 55:19; 66:1;
72:20; 74:24; 75:15;
78:22
timing [1] 15:23
today [4] 6:4, 14;
51:14; 75:13
today's [1] 5:17
together [2] 24:12;
25:12
told [6] 13:9, 11;
32:15; 33:12; 34:14;
35:3
took [2] 17:9; 75:19
tool [1] 8:4
top [1] 55:6
topic [1] 16:3
total [1] 34:7
touched [1] 31:2
toward [2] 24:15; 45:18
train [1] 21:4
training [1] 56:16
trains [1] 56:22
transcript [1] 79:8
tri-county [1] 54:5
tribune [1] 23:9
tried [1] 43:9
troubled [3] 24:1, 3, 15
troublemaker [2] 31:23,
25
true [7] 33:18, 20;
35:5, 7, 12; 69:11;
79:7
truth [2] 5:5, 6
truthful [1] 5:18
try [6] 6:20; 51:3;
56:5; 72:15; 75:3
trying [16] 12:8, 21;
15:11; 16:3; 40:4, 15;
41:3; 46:9; 59:5;
69:24; 71:22, 23; 72:4,
9; 73:8; 78:5
tuesday [1] 1:12
turn [2] 35:20; 43:17
two [9] 10:11; 31:4;
41:24; 42:7; 51:10, 22;
59:6; 64:1; 75:19

- U -

uh-huh [1] 15:24
ultimate [1] 33:20
ultimately [1] 13:8
um [2] 32:11; 65:1
unaccounted [2] 42:8;
56:1
unanimous [1] 59:21

uncommon [2] 33:4; 34:6
under [3] 26:3, 5; 61:20
undergraduate [2] 8:12;
74:10
understand [22] 6:19;
10:21; 13:16; 15:7;
20:16; 29:21; 30:16;
45:4; 48:13; 57:14;
60:22, 25; 61:7; 64:4;
65:6, 12; 69:9; 70:8,
10; 72:12
understanding [6] 10:14;
30:1; 56:13; 57:10, 18,
19
understood [4] 10:18,
20; 14:14; 76:15
unfortunately [2] 40:20;
41:21
unilateral [1] 61:19
union [9] 6:11; 65:20,
22; 66:3, 15, 18, 25;
67:9, 10
unit [2] 13:15; 54:6
united [2] 1:1; 4:25
university [2] 8:16, 17
unless [1] 5:24
until [2] 18:9; 51:14
up [3] 58:24; 66:21;
75:11
up-to-date [1] 46:1
update [2] 27:22; 36:12
updated [1] 46:12
upon [1] 68:23
us [23] 10:7, 10; 18:8;
25:24; 26:16; 36:17;
39:25; 40:1, 2, 5;
47:23; 49:5; 50:12;
58:5, 12; 62:5, 15;
64:7; 65:7, 11; 67:23;
72:21, 24
use [2] 32:21; 58:23
used [1] 30:4
using [1] 62:21

- V -

vacancies [1] 11:20
vague [3] 56:4; 70:7;
73:7
various [1] 58:12
verbalize [1] 5:7
versus [1] 4:24
very [4] 23:18; 55:5;
75:22; 78:20
veterans [1] 48:22
view [1] 72:18
viewed [1] 31:22
vigorously [1] 20:25
violation [1] 45:11
vote [5] 60:24; 63:3, 5,
6, 9

- W -

w [2] 1:20; 8:18
wagner [72] 1:3, 22, 24;
2:6; 4:6, 7, 23; 6:5,
9; 10:1, 4, 5, 24, 25;
11:6, 7, 8, 10, 16, 17,
18; 13:17, 23; 14:9,
10, 15, 22; 15:21;
16:1, 4, 5, 11; 23:25;
24:9; 31:3, 4, 5, 6,
11, 18, 22; 32:4;
34:14, 22; 35:17;
39:24; 40:6; 41:18;
47:8, 10, 12; 49:18;
50:4; 51:9, 18; 54:22,
24; 55:8, 11, 13, 17;
63:15; 72:19; 73:19,
24; 74:4; 77:18; 78:15
wagner's [3] 33:8; 35:9;
64:13
wait [3] 11:24; 42:10;
64:11
waived [1] 78:23
wanted [6] 59:20; 63:21;
71:15; 73:2, 5; 76:25
wants [1] 64:12
wasn't [2] 44:14; 70:25
watch [2] 44:25; 45:1
way [10] 15:1; 22:19;
26:17; 41:4, 14, 15;
43:10; 58:4; 70:25;
73:8
welcome [1] 75:11
west [1] 51:17
western [2] 1:1; 5:1
what's [4] 26:14; 58:22;
76:21; 77:3
when [39] 9:14; 10:5;
17:5; 18:7; 24:11;
26:1, 5, 17; 32:17, 21;
35:18; 36:4, 14, 21;
38:7; 40:1; 49:4;
55:25; 56:17; 60:5;
62:11, 14, 22; 63:1;
64:4, 19; 66:2, 21;
68:19; 69:9, 22; 71:7;
74:10, 13; 75:1, 16;
76:16; 77:18
where [12] 7:12; 12:14;
26:6; 42:7; 43:23;
57:7, 13, 23; 60:22;
64:24; 66:3
whether [12] 14:22;
30:18; 42:11, 12, 14;
43:19; 50:16; 69:25;
72:6; 73:1, 5, 9
while [3] 37:2; 48:3, 4
white [1] 31:9
who [10] 6:9; 14:20;
21:21, 22; 30:8; 34:4,
5; 65:7; 71:9; 77:1
whole [4] 16:19; 17:4;
41:11; 45:22
whom [4] 23:17; 69:10;
70:1; 71:9
why [9] 10:17; 11:1;
15:1, 7, 10; 31:18;

33:1, 8; 74:22
wife's [1] 11:2
wish [2] 72:21, 24
wishes [1] 25:2
without [2] 64:25; 78:5
witness [11] 4:9, 11,
13; 5:3; 8:23; 12:4;
25:6; 51:6; 52:16;
68:12, 15
woman [1] 75:8
word [2] 10:19; 57:9
words [3] 9:6; 62:21, 22
work [7] 17:13; 18:23;
24:24; 36:20; 69:11;
71:19
worked [2] 9:6; 36:10
worker [1] 63:7
working [1] 23:12
wouldn't [9] 18:8;
25:19; 30:7; 32:6;
33:10; 43:2; 63:22;
64:3, 7
wright [35] 1:10; 2:4;
4:9, 10, 15; 5:7; 6:18,
24; 7:4, 5; 8:8; 13:24;
14:4; 16:10; 20:1;
27:2, 24; 32:2; 34:21;
37:2, 19; 41:23; 48:10;
50:2, 21; 51:9; 55:23;
67:21; 69:25; 72:4, 12;
73:25; 74:10; 76:9;
78:13
writing [1] 58:14
wrong [4] 40:12; 41:4;
57:9; 62:23
wrote [1] 77:19

- X -

x [2] 2:2; 3:2

- Y -

year [8] 8:20; 23:24;
38:4; 44:12; 57:2, 4,
20
years [11] 8:22; 9:15;
10:11; 27:21; 29:22;
30:5; 32:14; 35:22, 24;
75:19
yet [1] 50:3

## SIGNATURE PAGE

I, **GEORGE WRIGHT,** have read the foregoing transcript of my deposition, and affix my signature in approval of the correctness of my statement, except for corrections noted on the amendment page.

_____

George Wright

Dated:    _____

Corrections Noted on Amendment Page

Yes _____

No _____

AMENDMENT PAGE

PAGE          LINE          CORRECTION