# *EMPLOYMENT INTERVIEW ANALYSIS*

| | |
|---|---|
| *Jennifer Stephansei* | *K teacher* |
| Name of Applicant | Position Applied for |
| *Early childhood + Elem. Ed.* | |
| Areas of Certification | |
| *Kurt R Meader* | |
| Name of Interviewer | |
| *9-24-04* | |
| Date of this Interview | |

*Day-care + TSS work.*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Bal.Lit – Read alouds, Library for independent reading, guided reading (left to right), Involve parents w/ reading*

*Standard – Eng area*

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Classroom mgt. – Set tone from 1st day. Develop community follow through*

*Equitable Long. – variety of assessmt. authentic performance tasks.*

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *Vary assessments*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Continue ed. (master's degree) — workshops + anything to develop skills.

Integrity — honesty, set goals
Team — professionalism, work w/ team for students
Confid. — HIPPA eg. Concial to avoid embarrassment.

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | 0 | /1 |

| 21 | /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*

Position Applied for: *Elem*

Areas of Certification: *Elementary Ed  K-6*     *no grade preference*

Name of Interviewer: *Schrom*

Date of this Interview: *3/11/04*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

**COMMENTS:**

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
|---|---|---|---|---|---|

**COMMENTS:**

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
|---|---|---|---|---|---|

COMMENTS: SD K-6 - MASH '89  Edenboro - El Ed 94
public 3 yrs — WEK aide (3yrs)  fulltime LSS aide (2 yrs)
STARS teacher - team w/ Sue Burns
YMCA - East End  site director + summer school

Read poem from creative portfolio

Previous long-term experience in the district (90 days in same position) with satisfactory performance     0 /1

19 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.



# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: _Elementary_

Areas of Certification: _Elementary/K-6_

Name of Interviewer: _T Karns_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: _Portfolio_ | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: _Has adapted science tests - writing w/ symbols_ | | | | | |

_worked as K aide - 3 yrs. - Life Skills classroom @ 2^ue_
_- Extended_
_- STARS teacher. S. Barnes_
_- East End YMCA. site director._

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Edinboro 94*
*Aide*

*Children*

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*

Position Applied for: *Elem*

Areas of Certification: *Elem   K-6*

Name of Interviewer: *Heller*

Date of this Interview: *3-11-04*      *Pref = Nr Pref*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance  `/1`

`21`  `/24`

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Tammy Foster*

Name of Applicant                                                    Position Applied for

*El. Ed.*

Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Reading Writing Science*
*Centers*
*writing workshop*
*read aloud*
*book talk manners*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 3 |

COMMENTS:
*Room arrangement*
*positive demeanor*
*addressed learning styles / assessments*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *informal - portfolios / oral conf*
*formal, written*
*must use variety*
*peer tutoring*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

*pursue, masters degree*
*Integrity. honesty, values, be your own person*
*Confid. . respect childrens privacy*
*Teamwork. good analogy*

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident. exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance   | /1 |

| /4 | /24 |

*a great deal of potential exhibited*

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*

Position Applied for:

Areas of Certification: *Elem. Ed.*

Name of Interviewer:

Date of this Interview: *3-11-04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Centers, Writing WS, Read Alouds, Book Talk Manners, make it meaningful to stud. Incorporate standards. Standards. Rdg/Writ/Sci/& SS.

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: - Physical arrangements. Centers not distracting. Demeanor
- Different Lang. Styles. Know levels of students through assesments.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: - portfolios, oral reports, etc..
- Vary methods. Comfortable atmosphere

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:
*master degree.*
*Role model*
*Integrity - honesty & values.*
*Conf. - respect privacy - don't talk in 1ctr longer, etc.*
*Teamwork - Cannot reach goal by self. - Parent & other teachers.*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

0 /1

21 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: 

Areas of Certification: _El Ed._

Name of Interviewer: _Team B_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
(1) _Centers - reading, W history, Read Cloud, meaningful_
(3) _Read, Writing, Sci, S. St. (we well)_

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS:
(2) _C mgt. - Room arrangement - boulevards - Others not disturbing your demeanor_
(4) _Learning Style assess needs + use to meet indiv needs. 3_

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS:
(5) _Inform - diff types. To meet needs + learn strength + weakness, portfolio, oral, written_    2
(6) _all ch. diff "always must - "laid back "to allow to learn"_

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

① _get master degree - make a diff in children's lives._
② _Integrity, honesty, value, respect themselves, be your own person._
_Confi-_ _school p---ults - not discussed in for. longe_
_learning - can't reach goal by yourself - everyone fall t---her_

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

16 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

## EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*

Position Applied for: *no preference*

Areas of Certification: *Elem. Ed - K-6*

Name of Interviewer: *DAS*

Date of this Interview: *3·11·04*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Integration -*
*Reading - bases of everything*
*Variety of assessments -*

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Set to minimize distractions*
*Careless*
*Recognized the need to do things one may not want to do,*
*but realized it was for the kids*

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *OK to be different - don't compare - everyone is capable*
*Must be meaningful - get their ideas*
*peer tutoring*
*grouping*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: *Being a role model, ok to be different*

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: "STARS" - team teaching
started as an Aide –
YMCA - site director day care
Ext. School yr.

*Survey Parents*
*Positive Communication*

Video teleconference – Classroom Management

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

*Strong Mentor*    23/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Tammy Foster
Name of Applicant                                    Position Applied for

Elem. Ed.
Areas of Certification

Team B
Name of Interviewer

3/11/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Booktalk manners — Read Aloud, familiar with ceremony, writing workshop

$ limited knowledge

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Arrangement of classroom — tchr connection

Dif learning styles — assess students

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: dif types to meet fair & meet needs
peer tutoring             Portfolio
                          written

comfortable atmosphere/change instruction

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

make a dif. in child's lives

integrity +

confi. +

+

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

+ 10

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: _Elem_

Areas of Certification: _Elementary Ed K-6_

_no grade preference_

Name of Interviewer: _Schram_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: SD K-6  MASH'89  Edinbro - El Ed 94
   sub ca 3 yrs - LYK aide (3 yrs) fulltime LSS aide (2 yrs)
   STARS teacher - team w/ Sue Bauer
YMCA - East End site director + summer school

   Read poem from writing portfolio

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | o /1 |

| /9 /24 |

---

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.



# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: _Elementary_

Areas of Certification: _Elementary/K-6_

Name of Interviewer: _J Karns_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: _Portfolio_ | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: _Has adapted science texts — writing w/ symbols_ | | | | | |

_Worked as K aide - 3 yrs. — Life Skills classroom @ SVE_
_- Extended_                  _— STARS teacher. S.Barnes_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

20  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Edinboro*
*Aide*

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*

Position Applied for: *Elem*

Areas of Certification: *Elem K-6*

Name of Interviewer: *Heller*

Date of this Interview: *3-11-04*    *Pref = No Pref*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|--------|------------------|----------------------------|----------------|---------------|--------|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

21    /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Tammy Foster*

Name of Applicant                                            Position Applied for

*El. Ed.*

Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Reading writing skills*
*Centers*
*writing workshop*
*Read aloud.*
*Book Talk minuets*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding | 3 |

COMMENTS: *Room arrangement*
*positive/pleasant*
*addressed learning styles / assessments*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *informal - portfolios / oral / conf*
*formal, written*
*must use variety*
*test taking*

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

*pursue masters degree*
*Integrity, honesty, values to your own person*
*Confid. - respect childrens privacy*
*Teamwork good analogy*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed  Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | /1 |

| /9 | /24 |

*a great deal of potential exhibited.*

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Name of Applicant: *Tammy Foster*

Position Applied for:

Areas of Certification: *Elem. Ed.*

Name of Interviewer:

Date of this Interview: *3-11-04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |
| COMMENTS: *Centers, Writng w/, Read Alouds, Book Talk Manners, make it meaningful to stud. Incorporate standards. Standards. Rdg/Writ/Sci/& SS.* | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |
| COMMENTS: *- Physical arrangements. Centers not distracting. Demeanor - Different Lrng. Styles. Know levels of students. through assesments.* | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |
| COMMENTS: *- portfolios, oral reports, etc... - Vary methods. Comfortable atmosphere* | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:
master degree.
Role model
Integrity - honesty & values.
Confi. - respect privacy - don't talk in tchr lounge, etc.
Teamwork - cannot reach goal by self. - parent & other leaders.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

| 0 | /1 |
|---|---|

| 21 | /24 |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: _El Ed_

Areas of Certification:

Name of Interviewer: _Team B_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS:
① Centers, Reading, W Workshop, Read Aloud, memorized
② Read, Writing, Sci, S St - (not math)

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS:
③ C Mgt - room arrangement - bulletin boards - Cailin not disturbing your classroom
④ Learning Style assess needs + use to meet intervene needs. B

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS:
⑤ Informal - diff types. I need needs + know strength + weakness, portfolio, oral, written
⑥ all ch. diff things not — "laid back "to allow to pass"

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

**COMMENTS:**

① *[handwritten] Ger meeter done — make a Lift in children's lives .*
② *[handwritten] Intensity, honesty, value, respect themselves, be your own person — Confidence should permeate — not discussed in far. large*
*[handwritten] Teamwork — can't reach goal by yourself — everyone pull together.*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

**COMMENTS:**

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

**COMMENTS:**

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

16 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Tammy Foster*
Position Applied for: *no preference*

Areas of Certification: *Elem. Ed. - K-6*

Name of Interviewer: *DAS*

Date of this Interview: *3·11·04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Integration -*
*Reading - bases of everything*
*Variety of assessments -*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: *Set to minimize distractions*
*Centers*
*Recognized the need to do things one may not want to do,*
*but realized it was for the kids*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *OK to be different - don't compare - everyone is capable*
*Must be meaningful - get their ideas*
*peer tutoring*
*grouping*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: *Being a role model, ok to be different*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: "STARS" - team teaching
Started as an Aide -
YMCA - site director day care
Ext. School yr.

Survey Parents
Positive Communicator

Video teleconference - Classroom Management

Previous long-term experience in the district (90 days in same position) with satisfactory performance   | /1 |

| 23/24 |

*Tracy Mentor*

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Tammy Foster

Position Applied for:

Areas of Certification: Elem. Ed.

Name of Interviewer: Team B

Date of this Interview: 3/11/04

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring, an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: _____ limited knowledge

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: _____ Dif learning styles — _____ students

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: _____ comfortable atmosphere/change instruction

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

make a dif. in child's lives
integrity +
confi +
+

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed  Few poor personal habits. | Very well groomed and professionally dressed.  No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance  /1

+ 10     20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Mark Weathers*

Position Applied for: *Elementary*

Areas of Certification: *Elementary*

Name of Interviewer: *J. Knews*

Date of this Interview: *3/11/04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| **COMMENTS:** | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| **COMMENTS:** | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| **COMMENTS:** | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance           /1

2/  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Mark Weathers*

Position Applied for: *Elem*

Areas of Certification: *Elem*

Name of Interviewer: *Heller*

Date of this Interview: *3-11-04*

*Pref. - No Pref*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance        /1

18        /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Mack Weathers*

Position Applied for:

Areas of Certification: *Elem. Ed.*

Name of Interviewer:

Date of this Interview: *3-11-04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |
| COMMENTS: *Shared reading, guided reading (small talk), Word wall* *Standards-Don't know - every subject* | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *4* |
| COMMENTS: *Room arrangement - involve children in decorating* *High expectations - Busy, actively engaged room.* *Peer mediation /conflict resolution. Hands on. Posted discipline* *Don't embarass. Sequential hierarchy.* *Deal w/ parents. Lead by example* *- Small groups - flexible groups. Adaptations & assessments. Use title staff.* | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | *4* |
| COMMENTS: *- Formal to drive curriculum.* *Inf. - Various* *- use title people, practice assessments. Eligible content info.* | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Wants to start Masters program.
Workshops - (writers ws, Perf. task writing, grade levelWS,
Life long learner.
Integ. = Belief system - higher standard.
Confid. = Don't talk about kids - or other — Team - crucial, plan together -
student w/ parent — get together right after
school
Stdts.
port often

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

| 0 | /1 |
|---|---|

| 23 | /24 |
|---|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Mark Weathers
Name of Applicant

Position Applied for

Elem Ed.
Areas of Certification

Team B
Name of Interviewer

3/11/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Good layout for classroom as well as
understanding of groups ldg & guided rdg
of m. group

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Child friendly room (involve child) positive — high exp.
active engagement, peer mediation, conflict resolution,
student involved — dis. in private, praise in public, sequence
consequences -not arbitrary
→ small group delivery, adapt for LS  Title 1

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: formal — drives curriculum
obs., conf, hands-on, homework
Practice exams, eligible content

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: start masters this summer interested in attending wkshps integrity + life long learning ☺ cmf + team work +

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance      /1

23 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

| Name of Applicant | Position Applied for |
|---|---|
| *Mark Weather* | *Elem.* |

Areas of Certification
*EC Ed*

Name of Interviewer
*Jeann B.*

Date of this Interview
*3/11/04*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
① *Shared reading Area - table for guided reading, word wall, comfortable for sm group.*
   *Areas for ind. Reading - 4*
② *R, W, M, Sci, 2*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:
③ *Child friendly, room positive interaction, actively engaged room eliminate prob.* (4)
   *peer mediation, conflict resolution, set some of expects behavior.* (4)
   *hands on -*
   *Class rooms, rules posted, praise in public, discipline in private*,
   *relation of frailty, noise, sometime, parents method, positive*
   *expects of Service,*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

④ *Sm groups, diff instruction, meeting indiv needs, a                *

COMMENTS:
⑤ *assessment - formal*
   *to drive currain,*
   *informal - obs, sm group, indiv, asses t/w,*
⑥ *"anything I can" - title, Provision exams, eligible content,*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:
(7) Master's degree —
workshops - offered — love, mind
writin' workshops, performance writing,
life long learner —
(8) integrity — personal belief system based on higher std.

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

Conf. will talk about parent ... all other children.
teamwork + Curcie — we are all in this together.

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

| | /1 |
|---|---|
| | 22 /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Mark Wrothris

Name of Applicant

El. Ed.

Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Shared reading / guided reading / word wall

Standards Lead, Writing, Math, Science

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: positive      be positive              Small group
Have high expectation  wouldn't embarrass      ability grp
pacing/transitioning  reduction of privileges
Conflict resolution
What is expected behavior clearly state

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: good answer in formal informal

methods   practice efforts
use Title 1   ilysbl content

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: *start masters*
*life-long learner*
*Integrity - personal belief· higher standard*                    *Confidentiality - correctly answered*
*Teamwork - common planning*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

22 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Mark Weathers*

Position Applied for: *no preference*

Areas of Certification: *Elem. Ed.*

Name of Interviewer: *DAS*

Date of this Interview: *3·11·04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *All lessons prepared using standards*
*Aligning content with standards*
*assessment drives curriculum*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Word wall*
*User friendly atmosphere (colorful)*
*"Brought a grade up" tell parents*
*Praise them in a*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: *Reports, oral presentations, written explanations*
*variety of methods "cool peat"*
*Diversity requires more work, but that is what it takes*
*Have to provide variety of levels*
*Look for areas each can excell*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV.  PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: *Arrive early - leave late (wait for custodian to open doors) enjoy being there lots of energy - little other time constraints*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed.  Few poor personal habits. | Very well groomed and professionally dressed.  No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance.  Difficulty expressing ideas. | Appropriate poise and personality needed to perform job.  Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor.  Extremely articulate. | 4 |

COMMENTS: *Positive, involved, enthusiastic Talk to parents before there is a crisis Give out home phone*

Previous long-term experience in the district (90 days in same position) with satisfactory performance          /1

24 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Mark Weathers

Elementary

Name of Applicant                                    Position Applied for

Elementary Ed.                                        no grade preference

Areas of Certification

Bschomann

Name of Interviewer

3/11/04

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: *1968 Allegheny — was in business world before job elimination good attitude - loves kids - excited to be there - a lot children ready to focus on teaching. long term sub @ Coch - 1/17 - my energy level will help students -*

Previous long-term experience in the district (90 days in same position) with satisfactory performance     | 0 /1 |

| 22 /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

22