# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

Position Applied for

B.S. music — working w/ students in [illegible]
Areas of Certification

[illegible]
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (1) Necessary as a guide – to make sure [illegible] skills (2) [illegible] – [illegible] – [illegible] – [illegible], [illegible], [illegible] enables you to build in [illegible]

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding | 3 |

COMMENTS: (3) Expect high quality in [illegible] – [illegible] – how would you do this? Ask the question – [illegible] answer it. (4) [illegible] respect, student input. expectations. ownership

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding | 3 |

COMMENTS: (5) [illegible] learning, [illegible] reach for the [illegible].
(6) [illegible] [illegible] speech, [illegible], [illegible] of topics, [illegible] skills
(7) - Powerpoint tech integrated into program.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: (8) Beginning the Muslim Program. want to complete this. get into a gifted Classroom. (9) Integrity – imp. for Role model – pos. / society responsibility [illegible]. Confidentiality – trust – Rel. Can confide + feel comfortable. | | | | | |
| APPEARANCE/ HABITS Teamwork – 2 new people – | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: (10) phone calls, Letters, Family Night, pre school visitation, open Communication – | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 20 /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Leslie Jensen

Position Applied for: Tchr. of Gifted

Areas of Certification: Music K-12 – Working on M.Ed. (Gifted Education) – On-line

Name of Interviewer: J. Karns

Date of this Interview: 5/3/04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: 1. Use as a guide.
2. weak

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 3 |

COMMENTS: 3 "High quality is expected" gifted students have the tools - then G Tchr. job is to teach them how to expand the tools - Would continue the existing program??
4. student participation — in developing classroom procedures, behavioral rubrics. used quite a few words to say very little.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: 5. Bloom Taxonomy Model - Had many different models @ her finger tips use Bloom staying away from low end shoot for top end. Ideas.
6. Reinforce creativity, leadership "they are our future leaders
7. Weak answers

[illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: 8. Just beginning M. Ed programming – wants to be certified in gifted ed. – Adjunct teaching @ local college. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: Did her h/w to totally understand the current Challenge Cntr. 10. phone calls, letters, family night etc. | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance [crossed out]

19 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

Gifted
Position Applied for

Music
Areas of Certification

[illegible]
Name of Interviewer

5/3/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ① answer to state [illegible] – guide of what to do –
② ... gifted – more open ended
– happen [illegible]
individual ; group –
weaknesses + strengths to build on.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: ③ expect high quality overall – student [illegible] to do exceptional work
teacher job to expand the tone
motivate them to meet their potential to share publicly
④ establish respect to create classroom – responsible for [illegible] + set [illegible], teacher created rubric

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ⑤ Bloom's taxonomy ; [illegible] ; reach for top 4 levels
⑥ Critical thinking ; freedom in research ; creativity, leadership skills,
⑦ my weakness – kids love powerpoint ; [illegible] music lab

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: (8) masters in gifted (online – 2 yrs left) certified + teach gifted; adjunct teaching @ college (9) Integrity – not cheating – teach to kids future leaders Confidentiality – files, scores Teamwork – New teachers work to have successful program. (10) [illegible] calls, letters, family report before school starts Open review to parents in student portfolio | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: Takes time to process + organize answers asked to have question clarified & repeated | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: Jan. resident; Taught in Canton Ohio (8 yrs) in 3 states [illegible] Wesleyan College – BS in music ed – Masters in gifted Univ of Missouri online ovarian cancer survivor K-4 music in [illegible] projects Creating original opera project taken PA Practice 1st portfolio Curr. unit in portfolio | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance ~~15~~ /11

~~19~~ /124

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen — Name of Applicant

Gifted — Position Applied for

Areas of Certification

Heller — Name of Interviewer

5-3-04 — Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Guide - to follow - As you write Curriculum - Open ENDED - Individual, group, over-all. - Lets us know where the students' are

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 3 |

COMMENTS: Encourage + Recognize - we expect high Quality - expect them to meet the expectations - High I.Q. - Meeting their potential motivated to reach Potential. - establish Respect from the way students help create c - Management System - establish Respect from the way students help create - List of Rules - Students are responsible for their behaviors.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Bloom's taxonomy - is a pragmatic model - helps to set up lessons on curriculum — effective Models are supported by Blom - Gracees - stay away of the low END — Critical thinking skills lets freedom, Creativity - leaderships - Students are really in tune to technology - explained some examples - Integral to the learning ~~process~~.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: — Certified and teach Gifted - Adjunct teaching - Masters in Gifted - | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: Integrity - Good Foundations from home - Needs to be defined by the students - Societies Responsibility found in Curriculum. Confidentiality - Students can identify - Files - Team Work - Big Project - 2 People New at the Center - Textbook Knowledge - Between the two will have a successful Program | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: Moved here in January - Iowa Wesleyan - Music Education 8 yrs. 3 States Masters. Univ. of Missouri - ON-line - Music - at YSU - K-6 - Music a[illegible] Prin.-recommended Gifted Program - Jennings - Masters Ashland - Missouri - YSU phone calls - letters - Parent night - let them know - Materials are always open | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance [ /1]

(18) [ /24]

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

LESLIE JENSEN
Name of Applicant

GIFTED
Position Applied for

Music K-12
Areas of Certification

Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 2 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 2 |
| COMMENTS: may like admin or college teaching better. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 2 |
| COMMENTS: mechanical [illegible] | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

13 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: 2 yrs to Masters - teach at college level<br>integrity<br>teamwork<br>confidentiality | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Leslie Jensen

Position Applied for: Gifted Ed

Areas of Certification: Music Ed (3 states) (8 yrs. experience)

Name of Interviewer: Kurt Meader

Date of this Interview: 5-3-04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Standards - use as a guide. Assessment - Individual projects lets you know where students are. High Quality - expectations. Take their interest & expand upon, Teacher facilitator & motivator to reach stud. potential.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Class Mgt. - establish respect - student input for rules/expectations. Effective model - Bloom's Taxonomy, other models supported by Bloom. Methods of instruction - Critical thinking skills, research based, Menu of topics, creativity skills, leadership skills, Expand on tasks

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Technology - powerpoint, Arts, use of Allegheny College.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: Working on Masters in Gifted ed. Online Mizzou. 2 years left in program. Adjunct teaching at colleges in the area. Integrity – students can develop guidelines. Teamwork – vital to Chd. Center. Confidentiality – Trust relationships, files confid. Communication – Phone calls, letters. Family Night before School starts. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 0 /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

10 ... elem... Position Applied for

Music K-12   Masters - Gifted   Univ. of Missouri on-line
Areas of Certification

8 yrs tching in 3 states - took PRAX

S. Good
Name of Interviewer

08-03-04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Guide - familiar with Ohio standards - used to write curriculum
Discontinu[illegible] ... of products. lets us know where students are (weaknesses & strengths)

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Expect high quality because of potential they have the tools - tchrs job to expand their tools in subject they are interested in (tchr/facilitator)
Motivate students to meet potential
students help create rules - idea: ownership

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Critical thinking skills - many of ... reinforce critical, creative & leadership skills
technology is integral

Model:
Blooms tax model - Brockel model for [illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 2 yrs left in Masters Program, Adjunct prof at a college
Integrity - talked around, society's responsibility
Confiden. -
Team Work - 2 teachers phone calls, letters
open family might keep status quo

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

18 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

Elem. Gifted
Position Applied for

BA MUSIC — WORKING on MA Gifted - [redacted]
Areas of Certification

DAS
Name of Interviewer

5-2004
Date of this Interview

Principal encouraged getting Gifted cert.
8yrs exp

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: I understand the importance of standards - nice guide to follow "Assessment is different" - in gifted, it is an opened-ended system identifies student

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 2 |

COMMENTS: They ~~love~~ the tool, my job is to expand their knowledge
Motivate to do well.
Establish respect; their responsible for their behavior;

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Blooms Taxonomy → it works + makes sense
Critical thinking skills; research; reinforcing

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 2yrs. to MA in Gifted
Adjunct Teaching at College
Ohio has "County Coordinators"

Integrity - ok
Confident - ok
Teamwork - 1.5 will have to work together

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: Phone calls, letters,
Family Night - open forum.
No change first yr.

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

19 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

Position Applied for

B.S. music [illegible]
Areas of Certification

[illegible]
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (1) Necessary as a guide – [illegible]
(2) [illegible]
[illegible]

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (3) Expect high quality in general – [illegible]
[illegible] – How would you do this? Answer the question – [illegible]
(4) [illegible] respect, student input. expectations.
[illegible]

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (5) [illegible] learning, [illegible] for the [illegible].
(6) [illegible] research, [illegible] of topics, [illegible] skills
(7) - Powerpoint – [illegible] integrated into program.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: (8) Beginning the Masters Program. want to complete this. get into a gifted Classroom.

(9) Integrity – imp. for appl. Role – pos. / socially responsible [illegible]!

Confidentiality – trust – Role Can Confide + feel comfortable.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

Tournament – 2 new people –

COMMENTS: (10) phone calls, letter, family night, pre school starting open Communication –

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 20 /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Leslie Jensen

Position Applied for: Tchr. of Gifted

Areas of Certification: Music K-12 - Working on M.Ed. (Gifted Education) - On-line

Name of Interviewer: J. Karns

Date of this Interview: 5/13/04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: 1. Use as a guide.
2. weak

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
3 "High quality is expected" gifted students have the tools - then G. Tchr. job is to teach them how to expand the tools - Would continue the existing program ??
4. student participation - in developing classroom procedures, behavioral rubrics, used quite a few words to say very little.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: 5. Bloom Taxonomy Model - Had many different models @ her fingertips use Bloom staying away from low and shoot for top and identifies.
6. Reinforce creativity, leadership "they are our future leaders"

7. Weak answers

[illegible crossed-out text]

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 8. Just beginning M. Ed program — wants to be certified in gifted ed. — Adjunct teaching @ local college.

9

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: Did her h/w to totally understand the current Challenge Ctr.

10. phone calls, letters, family night etc.

Previous long-term experience in the district (90 days in same position) with satisfactory performance [crossed out]

19 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Leslie Jensen
Name of Applicant

Gifted
Position Applied for

Music
Areas of Certification

BL
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ① answer to state code – guide of what to do –
② ... gifted – more open ended
- happens in going
individual, group –
weaknesses + strengths to build on.

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: ③ expect high quality overall – student the time to do exceptional work
teacher job to expand the time
motivate them to meet their potential to share publicly
④ establish respect to create classroom – responsible for determ[illegible]
+ set consequences, teacher created rubric

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ⑤ Bloom's taxonomy; Crackers; reach for top 4 levels
⑥ Critical thinking; freedom in research; creativity, leadership skills,
⑦ my weakness – kids love powerpoint; midi music lab

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: (8) masters in gifted (online – 2 yrs left) certified + teach gifted; adjunct teaching @ college (9) Integrity – rd. cheating – teach to kids future leaders Confidentiality – files, scores Danielson – New teachers work to have successful program. (10) calls, letters, family night before school starts open house to parents Student portfolio

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS: think time to process + organize answer asked to have questions clarified & repeated

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: Pa. resident; Taught in Eastern Ohio (8 yrs) in 3 states Iowa Wesleyan College – BS in music ed – masters in gifted Univ. of Missouri online ✓ ovarian cancer survivor K-6 music in Youngstown projects Curr. unit in portfolio Cityity original opera project taken PA Praxis 1st portfolio

Previous long-term experience in the district (90 days in same position) with satisfactory performance [19] /1

[19] /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Leslie Jensen

Position Applied for: Gifted

Areas of Certification:

Name of Interviewer: Heller

Date of this Interview: 5-3-04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Guide - to follow - As you write Curriculum - Open ENDED - Individual, group, over-all. - Lets us know where the students are

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 3 |

COMMENTS: Encourage & Recognizing - WE expect high Quality - expect them to meet the expectations - High I.Q. - Meeting their potential motivated to reach Potential. - - Management System - establish Respect from the way students help create. List of Rules - Students are responsible for their behaviors.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Bloom's taxomy - is a Pragmatic model - helps ~~to~~ set up lessons on Curriculum - effective Models are supported by Bloom - Graceway - stay away of the low END - Critical thinking skills lots freedom, Creativity - Leaderships - Students are really in tune to technology - explained some examples - Integral to the learning ~~process~~.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: – Certified and teach Gifted – Adjunct teaching – MASTERS IN Gifted – | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: Integrity – Good foundations from home – Needs to be defined by the students – Societies Responsibility fund in Curriculum Confidentiality – Students can identify – files – TeamWork – Big Project – 2 People New at the Center – Textbook Knowledge – Between the two will have a successful program | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: Moved here in – January – Iowa Wesleyan – Music Education 8 yrs. 3 States Masters. Univ. of Missouri – ON-line – Music – at YSU – K-6 – music a[illegible] Prin-recommended Gifted Program – Masters – Jennings – Ashland – Missouri – YSU phone calls – letters – Parent night – let them Know – Materials are always open | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | /1

18 | /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

LESLIE JENSEN
Name of Applicant

GIFTED
Position Applied for

Music K-12 8yrs (Master Gifted U of Missouri)
Areas of Certification

Nick Cheryanuk
Name of Interviewer

5/3/04
Date of this Interview

awaiting Praxis results

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS:

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 2 |

COMMENTS:

may like admin or college teaching better.

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 2 |

COMMENTS:

[illegible handwriting]

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

13 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson — Name of Applicant

Elementary — Position Applied for

Elementary / (Read Specialist) (Sec 7-12) - Reading Masters 12/04 - — Areas of Certification

J. Karns. — Name of Interviewer

Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS:

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance — 11 /11

24 /24

(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Elem
Position Applied for sociology

Elem K-6 SS 7-12 - Reading Specialist K-12
Areas of Certification

* completed masters 12/04 - Reading * Full year Coordinator Kind

Heller
Name of Interviewer -

3-22-04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance +1 /1

22 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

Elem. Ed.
Areas of Certification

Name of Interviewer:

3-22-04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: – Read aloud, shared Rdg. Writ. WS, Ind. Writ. Guided Rdg. – mentioned / – St. Rdg/writ/List/Spk/math/Sci/SS/art/music | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | ~~3~~ 2 |
| COMMENTS: – Diff. instruction, active engagement. Role model – tch. self discipline. – Individual learning levels, recognize for success. | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | ~~3~~ 2 |
| COMMENTS: – Informal – used every day – observations – make adjustments. Formal – used to guide tchg. + students learning. Self analytical. – Leveled Reading – spkg./List. across curriculum. + Writing. | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: – Just took praxis test for Rdg./S.S. Currently working on Master's of Reading. Plans to go into curriculum design. – Teamwork – enhances my abilities, my students success, creates community. Conf – Responsibility not to share specific info. Integ. – Do the right thing Accepted, ethical | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

| 18 /24 |

(19)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Elementary
Position Applied for

K-12 Just took practice (1st wk of April)
Reading Specialist / SS 7-12
Completing Masters in Read. Ed. Dec 04

Elementary K-8
Areas of Certification

[signature]
Name of Interviewer

3/22/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: Objectives → to master State Stds + use in real life; challenge — Guides lessons what students need to work on; daily assess + unit | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: group students together - peer; reading area, community gatherings; high expectations based on students' ability | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: R+W in everything; S+L integrated into everything; Conversations while learning; take in, process + put out; — fair ≠ everyone same; accommodations as needed - teach to individual abilities | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: grew up on farm - 1st HS + college grad essential for success + pass on to students in + way newsletters depending on grade level for frequency | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: North Clarion Jr/Sr Hi - 8th gd reading + 9th Sr Hi 7-12 gifted (37) IEP 450 students parttime position 1yr K@ Cochran Elem ; subbed in CCSD 3 mos Literacy gd 1 and 3 mos Read Specialist managed a restaurant | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

20 /24

(21)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jameson
Name of Applicant

El. Ed. (preps in Reading/Soc St. works w/ Gifted
Areas of Certification | Position Applied for

Name of Interviewer

Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Bal. literacy - read aloud, shared reading writing across curriculum
Reading, Writing, Speaking, listening, Math Sci Soc St.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: engage learners - self discipline
teach to individual learning levels

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Informal - knew difference
formal - reassess myself if students not successful
students read at their level.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: Masters in Reading / → Curriculum & Instruction "Integrity" doing your best; ethics Confidentiality - Teamwork - ok | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance [1 /1]

[19 /24]

20/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamison
Name of Applicant

Position Applied for

Elem Ed, Reading Specialist, SS[illegible] K-12
Areas of Certification

[illegible] B.
Name of Interviewer

Mar 22
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
(1) [illegible] - [illegible] - [illegible] [illegible] [illegible] - had all the [illegible]
(2) [illegible], W. S, L, math, [illegible] - S.St, art, music.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS:
(3) Discipline - Keep actively engaged - diff[illegible]
Self-discipline - model appropriate behavior.
(4) [illegible] to [illegible] learning [illegible], recognize success for all

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
(5) Inform - [illegible] - [illegible], [illegible] [illegible]
Formal - [illegible] [illegible] myself, [illegible] w/ [illegible] assessment
(6) Read at level, [illegible] improve, [illegible] up & listening
conversation, [illegible] writing.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: (1) PD - Working on reading masters' - plan [illegible] to Curr. design - 'Enrichment plan.' (8) Integrity - Comfortable with what you are doing - feel you are doing the right thing. Conf. - responsibility to not share info. Teamwork - enhance abilities as a teacher to students & overall. Creates a community of teachers + learners. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

18 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

El. Ed Praxis SS & Rdg
Areas of Certification

Team B
Name of Interviewer -

03/22/04
Date of this Interview

8th gr Rdg & Gifted 7-10 North Clarion

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Learnin' in all content areas - enough time. mentioned Sound, Independent

Rural Math, Science, SS, Art Music

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Engaged in act. - Self discipline - Community type Model - reiterate -

teach to learning levels
rec. for success

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Informal

Formal - guide tchg & gage student learning reassess self & reteach } Guides instruction

Rdg strategies / Speaking & listening incorporated
learning is a conversation
Integrate writing

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM- | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: Praxis in Rdg + SS - Masters in Rdg
Curriculum Design
Writing a Schoolwide Enrichment program for NC
Integrity - do the right thing, ethical
Conf + ...
Team Work - enhances abilities, enhances success in learning
creates a community

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

17 /24

(18)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

K-8 + Rdg. Spec? (complete -12/04) + Soc. St. 7-12
Areas of Certification

Name of Interviewer

3.22.04
Date of this Interview

North Clarion - Rdg. - Gifted - Sr. High

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: All obj. are driven by standards. Make the lessons realistic. Assess. guides lesson planning - student/teacher informal assessments

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Small groups, centers, area to gather as a "community" Encourage high quality with high expectations at different levels

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Reading + Writing - Speak - learn by conversations listening is part of it too understanding

Scaffolding

Fair - everyone gets what they need. teach to individual ability

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Small farm - 1st to graduate H.S. + college
WE essential to success in life

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: Weekly - as bi-weekly - middle high
use of team in school

Previous long-term experience in the district (90 days in same position) with satisfactory performance +1 /1

24 /24

(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

- I tell you K is cochel. -

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: KAREN Jamieson
Position Applied for: Elementary
Areas of Certification: Elementary / (Read Specialist) (Sec 7-12) - Reading Masters 12/04 -
Name of Interviewer - J. Karns.
Date of this Interview

| | 1 | 2 | 3 | (4) | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

24

24 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson — Name of Applicant

Elem — Position Applied for: sociology

Elem K-6 SS - 7-12 - Reading Specialist K-12 — Areas of Certification

- completed masters 12/04 - Reading - Full year Coord... Kind.

Heller — Name of Interviewer

3-22-04 — Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance +1 /1

22 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

Elem. Ed.
Areas of Certification

Name of Interviewer

3-22-04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: – Read aloud, shared Rdg. Writ. WS, Ind. Writ. Guided Rdg. – mentioned

– St. Rdg/writ/List/Spk/math/Sci/SS/art/music

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | ~~3~~ 2 |

COMMENTS: – Diff. instruction, active engagement. Role model – tch. self discipline.

– Individual learning levels, recognize for success.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | ~~3~~ 2 |

COMMENTS: – Informal – used every day – observations – make adjustments. Formal – used to guide tchg. + students learning. Self analytical.

– Leveled Reading – Spkg./List. across curriculum. + Writing.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: – Just took praxis test for Rdg./S.S. Currently working on Master's of Reading. Plans to go into curriculum design. – Teamwork – enhances my abilities, my students success, creates community. Conf – Responsibility not to share specific info. Integ. – Do the right thing Accepted, ethical | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

| 18 /24 |

(19)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Elementary
Position Applied for
K-12 Just took practice (1st wk 7 April) Reading Specialist / SS 7-12
Completing Masters in Read @ Ed. Dec 04

Elementary K-8
Areas of Certification

[signature]
Name of Interviewer

3/22/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Objectives → to master State Stds + analyze + use in real life
— Guides lessons
what students need to work on
daily assess + unit

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: group students together - peer; reading area, community gatherings
high expectation based on students' ability

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: R+W in everything; S+L integrated into everything
Conversations while learning
take in, process + put out
fair ≠ everyone same
accommodates as needed - teach to individual abilities