| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: grew up on farm - 1st HS + college grad essential for success + pass on to students [illegible] newsletters depending on grade level for frequency

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: North Clarion Jr/Sr Hi - 8th gd reading 9th Sr Hi 7-12 gifted (37) IEP 450 students parttime position 1 yr K@ Cook Elem ; subbed in CCSD 3 mons Lickerman gd 1 and 3 mons Reading Specialist - managed a restaurant

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

20 /24

21

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamison
Name of Applicant

El. Ed (preps in Reading/Soc. St.)
Areas of Certification

Position Applied for: [illegible] of Gifted

Name of Interviewer

Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Bal. literacy - read aloud, shared reading, writing across curriculum
Reading, Writing, Speaking, listening. Math Sci. Soc. St.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Engage learners - self discipline
[illegible] to individual learning levels

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Informal - knew difference
formal - assess [illegible] of students not successful
students read at their level.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: Masters in Reading / → Curriculum & Instruction; Integrity doing your best; ethics; Confidentiality; Teamwork - ok | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance [ / /1 ]

19 /24

30/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamison
Name of Applicant

Position Applied for

Elem Ed, Reading Specialist, SS[illegible], K-12
Areas of Certification

Team B.
Name of Interviewer

Mar 22
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: (1) [illegible] (2) [illegible] | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |
| COMMENTS: (3) [illegible] (4) [illegible] | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: 5 [illegible] (6) [illegible] | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:
① PD - Working on reading [illegible] plan [illegible] Curr. design. 'Enrichment plan.'
② Integrity - Confidentiality [illegible] you [illegible] - feel you [illegible] Comp - responsibility to not share info. [illegible]
Teamwork - [illegible] as a [illegible] to [illegible] Cont. a community of leaders + learners

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

18 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

El. Ed [illegible]
Areas of Certification

Team B
Name of Interviewer

03/22/04
Date of this Interview

8th gr Rdg & [illegible] North Clar[illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: [illegible] content areas - group [illegible] [illegible] Guid. Independent

R[illegible] [illegible], Art Music

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Engaged in [illegible] - Self discipline - Com[illegible] type Model - reiterate -

teach to learning levels
rec. for success

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer Exhibits a limited understanding. | Meets our requirements for hiring Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Informal

Formal - guide that gage student learning reassess self & reteach } Guides instruction

Rdg strategies / Speaking & listening incorporated

learning is a conversation
Integrate writing

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: Praxis in Rdg + SS - Masters in Rdg + Curriculum Design
Writing a Schoolwide Enrichment program for NC
Integrity - do the right thing - ethical
Conf. +
Team Work - enhances abilities, enhances success in learning, creates a community

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

17 /24

18

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Karen Jamieson
Name of Applicant

Position Applied for

complete -12/04
K-8 + Rdg. Spec.? + Soc. St. 7-12
Areas of Certification

Name of Interviewer

3.22.04
Date of this Interview

North Clarion - Rdg. - Gifted - Sr. High

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: All obj. are driven by standards.
Make the lessons realistic.
Assess. guides lesson planning - student/teacher
informal assessments

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Small groups, centers,
area to gather as a "community"
Encourage high quality with high expectations at different levels

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Reading + Writing -
Speak - learn by conversations
listening is part of it too
understanding

Scaffolding

Fair - everyone gets what they need.
teach to individual ability

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: Small farm - 1st to graduate H.S. + college WE essential to success in life | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: weekly - as bi-weekly - middle high use of team in school | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance +1 /1

24 /24

24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted
Position Applied for

Early Childhood
Areas of Certification

BB
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ① stds → differentiated instruction to meet students' needs in continuum
② assessment drives instruction - basis

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding | 3 |

COMMENTS: ③ every stud. work is different - rubric or project
④ expectations set, clear — self fulfilling prophecy

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ⑤ excellent - work to do to individualize for each student - most effective. Cooperate for reg ed - [illegible] - Compacts/accelerate meet needs constantly
⑥ Variety - blooms taxonomy - accelerate, broaden experience Δ process of delivery product
⑦ T. to everywhere [illegible] there are + more on words, oral, actions, webpage integrate w/ reg. ed -

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: 8. masters degree — access, Act 48 (online) 9. Integrity – honest, truthful relationship, honesty w/ parents – administrators Confidentiality – need to know access, rights Teamwork – makes or breaks it – practice – personnel, reg ed + gifted 10. annual GIEP – stud interview/survey; | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Lockhaven grad; NJ. present – non spec. ed. – 1½ yr [illegible], class sub. GE Software Technician – taught Kurzweil – 18 years Secondary gifted coordinator; GIEP, curr. writing ([illegible]) | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | / /1 |

| 21/24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

BECKY KELLY — Gifted Ed.

Name of Applicant — Position Applied for

EARLY CHILDHOOD / Sub Autism / software technician for special / 3 yrs. Sec. Gifted Coordinator

Areas of Certification

WALT

Name of Interviewer

5/3/04

Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standard to differentiate instruction assessment should drive instruction use rubric to recognize

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: set expectations (clear) consequences (clear)

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: * Chap 16 - individualized for each child program based on the collaborative effort variety of instruction / Blooms taxonomy delivery - content product solid technology skills

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: working on Masters program (Gifted) Build honest truthful relationship w/ parents/admin Confidentiality - need to know Teamwork makes or breaks the program owns m Gifted teachers | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

24 /24

(25)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Becky Kelly

Position Applied for: Gifted Ed

Areas of Certification: Early Childhood degree, Autism, Software Tech for Spec. Ed, GIEP writing

Name of Interviewer: Kurt Meeder

Date of this Interview: 5-3-04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Standards - differentiated instruction opportunity, move student along continuum.

Assessment - drive instruction - basis of knowing where stud. is.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: High Quality - each will be different. Use rubrics, projects will be different.

Mgt. System. - Set expectations. Set tone for entire classroom.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Model - Ch. 16 says we need to do more individualization. Reg ed, admin, Gifted tchrs. Cooperation needed. eg, acceleration, compacting, etc...

Instruction - variety to meet each ind. needs. Bloom's Taxonomy. Accelerate content & broaden experience. Change process of delivery - similar to other spec. ed.

Technology - everywhere today. Assess, then move along

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: Masters degree. Cert 98 long term. Columbia/Purdue → searching online for gifted. (not in PA) Integrity – Honest relationships w/ admin/parents/students. Confidentiality – Can't release [illegible] need to know. Teamwork – tch. initiates strong framework for support from parents/hosp[illegible]. Communicate. GIEP – Quarterly communication. Phone Call. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance ∅ /1

22 /24

23

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Position Applied for

[illegible] Early Childhood [illegible]
Areas of Certification

[illegible]
Name of Interviewer

5/3/04 NJ [illegible]
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: (1) ??

(2) Assessment should drive [illegible] [illegible] [illegible] [illegible] without assessment

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (3) Every student [illegible] good work is different. [illegible]

(4) Set expectations clear - clear consequences.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: (5) [illegible]

needs met every day.

(6) [illegible]

(7) [illegible]

[illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 4 |

COMMENTS: (8) will get masters - Act 48 + [illegible] as well. [illegible]

(9) integrity - build an honest, truthful relationship - do what you say you will do. [illegible] - don't share info - need to know teamwork - makes a [illegible] [illegible] must do the [illegible] to [illegible]

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS: (10) GIEP - [illegible] - ck assessment.

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1/1

23 /24

(23)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted - Elem.
Position Applied for

Early Childhood
Areas of Certification

DAT
Name of Interviewer

5.3.04
Date of this Interview

N.J. - Basic Skills PA - Autism 1.5yr. Software Tech/Sec. Gifted Coor. < Lord + Greenleaf 3yr.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Standards create an opportunity to differentiate instruction assess. Drive instruction

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 4 |

COMMENTS: Expectations establish recognition

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding | 4 |

COMMENTS: Pull-out programming - we have a lot of work to do to fulfill state requirements.
Methods - variety - Blooms Taxonomy, presentation of content
Tech is everywhere - assess level of knowledge endless possibilities

| ///// | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Plans to get a Master's Degree – Gifted – Columbia/Purdue
Integrity – build honest + truthful relationship w/students, parents + admin.
Conf. – can't release same; need to know
Teamwork – everyone working together – facilitator

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS: G.I.E.P., 1/4ly reporting,

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

1 /24

24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Tchr. of gifted
Position Applied for

Early childhood -
Areas of Certification

JOHN KARNS
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding | 4 |

COMMENTS: 1. Refine instruction based on needs.
2. Lets you know where student is & where you need to go
3

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 4 |

COMMENTS:
3. Everyone's high quality work would be different.
4. Management based on expectations of students (excellent answer)

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: 5. Knows chapt. 16 - should be where we are headed. - most effective where program is based on total cooperation.
6. Variety to meet individual needs - quoted Bloom's Taxonomy as a basis for developing an I.E.P. - Same model as LS. only have higher expectations
7. Teach - everywhere you go, everything you do." move along according to where they are."

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3. |
| COMMENTS: 8. works towards a master + knows hours / At 48 move toward gifted certification<br>9. a. Building honest / truthful relationships w/ all - Trust based program.<br>b. confidentiality - same as LS as well as reg. ed.<br>10. Building of "positive politics" essential. - Did not mention positive PR. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Experience w/ 2nd Gifted Programming (3 yrs) | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

~~23~~/24

24/24

The purpose of this analysis is to organize the recording of information collected during the interview and ~~to assist~~ in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Beverly Kelly
Name of Applicant

Early Childhood - [illegible]
Areas of Certification

S Good
Name of Interviewer

05-03-04
Date of this Interview

Position Applied for: Sp. Ed [illegible] Autism; Software Tech for Sp. Ed; Software for [illegible]; Sec. Gifted Coord.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: [illegible] approach to differentiating instruction. [illegible] to meet indiv. needs
Flex. basis of instruction

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates Exhibits a thorough understanding. | 4 |

COMMENTS: Know students abilities - every childs high quality of work is different
Set expectations - very clear, very clear consequences - self-fulfilling prophecy

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Everyone's [illegible] acceleration, [illegible] needs met daily
Variety of methods of instruction - mentioned Blooms
Change process [illegible] delivery, content and product
Can't be [illegible] in today's workplace unless capable [illegible] with tech.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: Plan to get Masters in Gifted Ed (on-line) Integrity - to build honest and truthful relationship with parents Conf - trusting Team Work - build politics nec to create a strong prog. Annual GIEP survey interview follow ... on GIEP letter or phone call | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

~~23~~/24

24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

REBECCA KELLY
Name of Applicant

GIFTED
Position Applied for

EARLY CHILDHOOD
Areas of Certification

Nick Chengeni
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

23 /24

(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted
Position Applied for

Areas of Certification

Heller
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Individualize – continue – what they need – Assessment – Basis for Instruction – Drives Instruction

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Every students work is at a high Quality – at Different level
Very clear expectations –

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Biggest ~~Problem~~ Program – Chapter 16 Depends on Philosophy of Mission
The whole District Most Effective the Entire District Support
Most Effective – is a Variety to Meet All needs Blooms
Taxonomy –
It cannot be under estimated – Every student – Self learner
Technology – remedial

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Master's Degree - Access hrs., ~~Apt~~ 48 hrs. - Integrity - Bld. honest + trusting relationships with Parents / Adm / Confidentiality - Can't release Names - GIEP Program of Study can only be accessed by People who need to know. Team Work - Makes or Breaks it the Gifted Program all People Buy Into & have Ownership

| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: Grad. - Lock Haven - EC - MS. - Pullout Program - Assessing Needs Autism - 1.5 yrs. - Sylvan Tech = Confidentiality Designed Support - Liason - Gifted - Allegheny, Conn. Valley, Penncrest, Attaining Gifted

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

24 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted
Position Applied for

Early Childhood
Areas of Certification

BS
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ① stds → differentiated instruction to meet students' needs on continuum
② assessment drives instruction - basis

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: ③ every stud. work is different - rubric in project
④ expectations set, clear — self fulfilling prophecy

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: ⑤ pull out - work to do to individualize for each student - most effective cooperate from reg ed - [illegible] - compacts/acceleration meet needs constantly
⑥ variety - blooms taxonomy - accelerate, broaden experience
Δ process of product fluency
⑦ T. is emphasize passion there are + more on words, [illegible], access, [illegible]
integrate w/ reg. ed -

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: 8. masters degree — access, Act 48 (online) 9. Integrity – honest, truthful relationship, honesty w/ parents – administrators Confidentiality – need to know access, rights Teamwork – makes or breaks it – [illegible] – parents, reg ed + gifted 10. [illegible] GIEP – std interviews/survey; | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Lock Haven grad; NJ – [illegible] – non spec. ed. – 1½ yr [illegible] class sub. SE Software Technician – taught Kurzweil – 10 [illegible] – secondary gifted coordinator; GIEP, curr. writing (Sign) | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1/1 |

| 21/24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

BECKY KELLY
Name of Applicant

Gifted Ed.
Position Applied for

EARLY CHILDHOOD / Sub Autism / software technician for special / Sec. Gifted Coordinator 3 yrs.
Areas of Certification

WALT
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standard to differentiate instruction
assessment should drive instruction
use rubric to recognize

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: set expectations (clear) consequences (clear)

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: * Chap 16 - individualized for each child
program based on a collaborative effort
variety of instruction / Blooms taxonomy
delivery - content product
solid technology skills

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: working on Master's program (Gifted) Build honest truthful relationship w/ parents/admin Confidentiality - need to know Teamwork makes or breaks the program ones in Gifted teachers. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

| 24 /24 |

(25)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Becky Kelly

Position Applied for: Gifted Ed

Areas of Certification: Early Childhood degree, Autism, Software Tech for Spec. Ed., GIEP writing

Name of Interviewer: Kurt Meeder

Date of this Interview: 5-3-04

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standards - differentiated instruction opportunity. Move student along continuum.

Assessment - drive instruction - basis of knowing where stud. is.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: High Quality - each will be different. Use rubrics, projects will be different.

Mgt. System. - Set expectations. Set tone for entire classroom.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Model - Ch. 16 says we need to do more individualization & Reg ed, admin, Gifted tchrs. Cooperation needed. eg. acceleration, compacting, etc...

Instruction - variety to meet each ind. needs. Bloom's Taxonomy. Accelerate content & broaden experience. Change process of delivery - similar to other spec. ed.

Technology - everywhere today. Assess, then move along

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: Master's degree. Cert 98 brug for. Columbia/Purdue Searching online for gifted. (not in PA) Integrity - Honest relationships w/ admin/parents/students. Confidentiality - Can't release names, need to know. Teamwork - tchr. initiates strong framework for support from parents/Hostetler. Communicate. GIEP - Quarterly communication. Phone Call. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | ∅ /1

22 /24

23

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Position Applied for

[illegible] Early Childhood 3yrs - secondary
Areas of Certification

[illegible]
Name of Interviewer

5/3/04 NJ · [illegible]
Date of this Interview [illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (1) ??

(2) Assessment should drive instr. Can't effectively instruct without Assessment

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: (3) Every Student high quality work is different. Rubrics

(4) Set expectations clear - clear consequences.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: (5) [illegible] [illegible] of the [illegible] [illegible] we need to [illegible] for every student, [illegible] [illegible] [illegible], [illegible] needs met every day.

(6) [illegible] - Bloom's tax - [illegible], [illegible], [illegible], [illegible]

(7) Can't be [illegible] [illegible] in [illegible] [illegible] - in the [illegible] - it is [illegible] - good knowledge of [illegible].

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: (8) will get masters – Act 48 + Access as well. Searching on-line –

(9) integrity – build an honest, truthful relationship – do what you say you will do.

Cof – don't share info – need to know

Teamwork – in the past a [illegible] – must do the [illegible] to build team

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS: (10) GIEP – quarterly or halfway – ck assessment.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance [ / 1 ]

[ 23/24 ] (23)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted - Elem.
Position Applied for

Early Childhood
Areas of Certification

DAS
Name of Interviewer

5.3.04
Date of this Interview

N.J. - Basic Skills PA - Autism 1.5yr. Software Tech/Sec. Gifted Coor. < Lord + Greenleaf 3yr.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standards create an opportunity to differentiate instruction assess. Drive instruction

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Expectations establish recognition

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Pull-out programing - we have a lot of work to do to fulfill state requirements.
Methods - variety - Blooms Taxonomy, presentation of content
Tech is everywhere - assess level of knowledge endless possibilities

| / / / / / | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: Plans to get a Master's Degree – Gifted – Columbia/Purdue Integrity – build honest + truthful relationship w/students, parents + admin. Conf. – can't release name; need to know Teamwork – everyone working together – facilitator | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: G.I.E.P., ½ly reporting, | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

| 1 /24 |

24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Tchr. of gifted
Position Applied for

Early childhood -
Areas of Certification

JOHN KARNS
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: 1. Refine instruction based on needs.
2. Lets you know where student is & where you need to go
?

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:
3. Everyone's high quality work would be different.
4. Management based on expectations of students (excellent answer)

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: 5. Knows chapt. 16 - should be where we are headed. - most effective where program is based on total cooperation.
6. Variety to meet individual needs - quoted Bloom's Taxonomy as a basis for developing an I.E.P. - Same model as L.S. only have higher expectations
7. Teach - everywhere you go, everything you do. "move along according to where they are."

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: 8. works towards a master + teaches [illegible] / Act 48 move toward gifted certification. 9. a - Building honest / truthful relationships w/ all - Trust based program. b. affordability - same as L.S. as well as reg. ed. 10. Building of "positive politics" essential. - Did not mention positive PR. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Experience w/ 2nd Gifted Programming (3yrs) | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

~~23~~ /24

24/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Position Applied for: Sp. Need Early Childhood Autism; Software Tech. for Sp Ed; Software for IEP's; Sec. Gifted Coord.

Early Childhood - [illegible]
Areas of Certification

S Good
Name of Interviewer

05-03-04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standards - and opport. to differentiate instruction. move along continuum to meet indiv. needs. Flexible basis of instruction

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Know students abilities - every childs high quality of work is different

Set expectations - very clear, very clear consequences - self-fulfilling prophecy

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Everyone's cooperation - acceleration, compacting - needs met daily

Variety of methods of instruction - mentioned Blooms

Change process or delivery, content and product

Can't be successful in today's workplace unless capable to work with tech.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Plan to get Masters in Gifted Ed (on-line)
Integrity - to build honest and truthful relationship with parents
Conf - + trusting    Team Work - build politics nec. to create a strong prog.
Annual GIEP surveys interviews follow assess on GIEP letter or phone call

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

23/24

(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Rebecca Kelly — Gifted
Name of Applicant — Position Applied for

Early Childhood
Areas of Certification

Nick Cherpnak
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance 1 /1

(24) 23 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Becky Kelly
Name of Applicant

Gifted
Position Applied for

Areas of Certification

Heller
Name of Interviewer

5/3/04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Individualize – continuum – what they need – Assessment – Basis for Instruction – Drives Instruction

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 3 |

COMMENTS: Every students work is at a high Quality – at Different level Very clear expectations.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Biggest ~~Problem~~ Program — Chapter 16 Depends on Philosophy of Missi[on] The whole District Most Effective the Entire District Support Most Effective – is a Variety to Meet All needs Blooms Taxonomy – Technology – It cannot be under estimated. Every student – Software remedial

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: Master's Degree - Access hrs., 48 hrs. - Integrity - Bld. honest + trusting relationships with Parents/Adm/ Confidentiality - Can't release Names - GIEP Program of Study can only be accessed by people who need to know. Team Work - Makes or Breaks it the Gifted Program all people Buy Into + have Ownership. | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Grad. - Lock Haven - EC - Md. - Pullout Program - Assessing Needs Autism - 1.5 yrs. - Software Tech = Confidentiality Design! Super - Liason - Gifted - Allegheny, Conn. Valley, Penncrest, Training / Gifted - | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

24 [illegible] /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Amy Szalewicz
Name of Applicant

Position Applied for

El. Ed + Early Childhood.
Areas of Certification

D. Stanton
Name of Interviewer

3·4·04
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: Very thorough | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: Warm + Welcoming flexible space positive classroom modeling | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: Exceeded | | | | | |

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. ✓ | 4 |
| COMMENTS: Balanced Literacy Prose - Poetry | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | ✓ Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, ✓ exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: Energetic Self-confident | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

/24

25

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Amy Szalewitz
Name of Applicant

Position Applied for

Elem / Early Childhood working on Reading
Areas of Certification

[illegible]
Name of Interviewer

3/4/04 8:00 AM
Date of this Interview

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: checklist for Kdg at Sal[illegible]. Was aware of [illegible]. some opps

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:

(4) [illegible]

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS:

(3) informal & formal, observation, writing, check lists

(6) prompt, [illegible], using, [illegible], math - hands on problem, [illegible] hit [illegible] items.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

(1) Has been & will continue to pursue ed.

3. Integrity -
Confidentiality - good
Team Work = working together - [illegible] tho not always agree

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

Very well groomed

| | | | | | |
|---|---|---|---|---|---|
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

[illegible]

Previous long-term experience in the district (90 days in same position) with satisfactory performance | 1 /1 |

| 24 /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Amy Szalewicz
Name of Applicant

Position Applied for

Elem. Early Childhood (masters in reading)
Areas of Certification

Team B
Name of Interviewer

Date of this Interview

| | 1 | 2 | 3 | (4) | |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Excellent candidate

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: Extern exp. - change throughout year

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Brief