IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Rowena Wagner** | **CIVIL ACTION NO. 04-264 ERIE** |
| **Plaintiff** | **Judge Sean J. McLaughlin** |
| vs. | **ELECTRONICALLY FILED** |
| **Crawford Central School District, et. al.** | |
| **Defendant** | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**AND NOW**, comes plaintiff, by and through her attorneys, and seeks an enlargement of time to Wednesday, July 19, 2006 to file her response to defendants' Motion for Summary Judgment and states as follows:

1. The current Court Order requires plaintiff to file her response by July 14, 2006;
2. Plaintiff tried to obtain defendants' consent, but learned that Attorney Mark J. Kuhar is out of town til Monday;
3. Plaintiff is awaiting the receipt of additional supporting documents and the scanning of documents for electronically transmission;
4. Plaintiff believes she should have all supporting documents no later than Wednesday, July 19th.

WHEREFORE, plaintiff request an enlargement of time for the submission of her response.

/s/ Edith Benson
_____
Edith Benson, Esquire
PA. Atty. No.: 33510
4683 Budd Drive
Erie, PA 16506
814-838-3670

/s/ Caleb L. Nichols
_____
Caleb L. Nichols, Esquire
PA Atty. No.: 18773
P.O. Box 1585
Erie, PA 16507
814-838-1877