IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**
**Plaintiff**

                                                  CIVIL ACTION NO. 04-264 ERIE
                                                     Judge Sean J. McLaughlin

    vs.

**Crawford Central School District, et. al.**
**Defendants**

### ORDER

**AND NOW**, after consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby Granted and plaintiff response is due on July 19, 2006.

                                                            _____
                                                            Sean J. McLaughlin, U.S. District Judge