# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**                        **CIVIL ACTION NO. 04-264 ERIE**
**Plaintiff**                                **Judge Sean J. McLaughlin**


          **vs.**                          **ELECTRONICALLY FILED**


**Crawford Central School District, et. al.**
**Defendant**


### PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME

**AND NOW**, comes plaintiff, by and through her attorneys, and seeks an additional enlargement of time to Monday, July 24, 2006 to file her response to defendants' Motion for Summary Judgment and states as follows:

1. The current Court Order requires plaintiff to file her response by July 19, 2006;
2. With the understanding that Attorney Mark. J. Kuhar will be given sufficient time to file a Reply Brief, the parties have agreed to an extension until Monday, July 24, 2006;
3. Plaintiff is still awaiting the receipt of supporting documentation and the scanning of documents for electronically transmission.
4. The parties have agreed that Defendants' Reply Brief will be due August 11, 2006.

WHEREFORE, plaintiff request an enlargement of time for the submission of her response.


                            /s/ Edith Benson
                    _____
                            Edith Benson, Esquire
                            PA. Atty. No.: 33510
                            4683 Budd Drive
                            Erie, PA 16506
                            814-838-3670


                            /s/ Caleb L. Nichols
                    _____
                            Caleb L. Nichols, Esquire
                            PA Atty. No.: 18773
                            P.O. Box 1585
                            Erie, PA 16507
                            814-838-1877