IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**
**Plaintiff**

                                                CIVIL ACTION NO. 04-264 ERIE
                                                    Judge Sean J. McLaughlin

      vs.

**Crawford Central School District, et. al.**
**Defendants**

## ORDER

**AND NOW**, after consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby Granted with Plaintiff response due on July 24, 2006 and Defendants' Reply Brief due on August 11, 2006.

                                                  _____
                                                  Sean J. McLaughlin, U.S. District Judge