April 6, 2006

Mark J. Kuhar, Esq.
Knox McLaughlin, Gornall and Sennett
120 West Tenth Street
Erie, PA 16501

Re: <u>Re-Certification of Mrs. Rowena Wagner as Elementary Teacher, Crawford Central School District</u>

Dear Attorney Kuhar:

Mrs. Wagner has completed 180 hours pursuant to Act 48. As of March 15, 2006, she has completed the requisite continuing education courses for renewal of her certification as an elementary teacher. Of the 180 hours that she completed for re-certification, thirty-two and one half (32 ½) hours were derived from the APL Training Program which she completed as a result of attending the training sessions on January 17, 18, 19, February 16, and March 15, 2006. During the week of March 22, 2006, Mrs. Good's secretary advised Mrs. Wagner that the hours or credits that she completed were timely reported to the Pennsylvania Department of Education. However, contrary to information received from another participant, Mrs. Wagner has yet to receive confirmation of the credits being reported by the School District and credited by the Department of Education. We request that the School District provide Mrs. Wagner with written confirmation that her credits are reported. This is a matter of some urgency because the prerequisites for her re-certification must be filed by April 30, 2006.

In view of the diminishing teaching opportunities that the School District has afforded Mrs. Wagner since she filed an administrative complaint with the Pennsylvania Human Relations Commission in 2003 and a subsequent lawsuit in 2004, we are profoundly concerned at what appears to be continuing retaliation against Mrs. Wagner on the part of the School District.

We thank you for your cooperation and prompt response to this matter.

Very truly yours,

Caleb L. Nichols

Caleb L. Nichols, Esq.
Law Office of Caleb Nichols
P.O. Box 1858
Erie, PA 16507
(814) 838-1877
Atty. I.D. No. 18773

Edith Benson, Esq.
Benson Law Office
4683 Budd Drive
Erie, PA 16506
(814) 838-3670
Atty. I.D. No. 33510