43 Robert
42.8 Jennifer
42.8 Nikki
~~41.7~~
42 Stephanie
41.7 ~~Anna~~ Marie
41.3 Stacie
41.2 Amber
41.1 Alicia
40.7 Blair
39.9 Amy
39.1 Karen

38.7 Chad
38.4 Mark
37.1 Erin
34 Carolyn
30.1 David
28. Rowena

## ELEMENTARY INTERVIEWS
### THURSDAY, DECEMBER 19, 2002

| | | | | |
|---|---|---|---|---|
| Kurt | 11:30 A.M. | 41.7 | Anna Marie McElwain | 41, 41, 41, 41, 44, 43, 41 |
| Br. | 11:50 A.M. | 38.4 | Mark Weathers | 42, 38, 38, 43, 35, 36, 37 |
| Joh | 12:10 P.M. | ~~35~~ 41.1 | Alicia Foulk | 42, 40, 43, 39, 41, 42, 41 |
| Doug | 12:30 P.M. | 30.1 | David Stearns | 33, 30, 28, 32, 29, 29, 31 |
| | 12:50 P.M. | 39.9 | Amy Szalewicz | 44, 38, 36, 42, 39, 39, 41 |
| Suz | 1:10 P.M. | ~~229~~ 41.3 | Stacy Boca | 42, 41, 39, 41, 42, 43, 41 |
| | 1:30 P.M. | 40.7 | Blair Lawrence | 42, 39, 42, 40, 39, 42, 4 |
| | 1:50 P.M. | 42 | Stephanie Hughes | 42, 44, 45, 42, 40, 40, 4 |
| | 2:10 P.M. | 37.1 | Erin Bourquin | 40, 38, 37, 38, 32, 38, 3 |
| | 2:30 P.M. | 34 | Carolyn Beers-Brown | 40, 32, 31, 39, 28, 38 |

Carolyn
David
Rowena

$$7 \overline{\smash{)}289} \quad \begin{array}{r} 41.2 \\ \underline{28} \\ 09 \\ \underline{7} \\ 2 \end{array}$$