School District _Crawford Central_

# 1997 STANDARD APPLICATION
## for Teaching Positions in
## Pennsylvania Public Schools

(Please Type or Print)

POSITION(S) DESIRED _Elementary School Teacher_

Name _Foster_ _Tammy_ _Lynn_ _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_
    Last    First    Middle    Social Security Number

Present Address _302 Forest Green Dr._ _(814) 337-5970_
    Street        Telephone _337-8614_
_Meadville_, _Pa_ _16335_
   City   State   Zip

Permanent Address _Same as above_ (___) _____
    Street        Telephone

   City   State   Zip

List, in order of preference, the grades, subjects and/or positions for which you are applying:

1. _Fifth_    2. _Second_    3. _Fourth_

CERTIFICATION (List all areas in which you hold valid Pennsylvania and/or Out-of-State Teaching Certificates)

| Area of Certification | Issuing State | Date Issued |
|---|---|---|
| Elementary Education | Pa | 6/94 |
| | | |
| | | |
| | | |

Have you acquired tenure in Pennsylvania? _No_. If yes, in what school district?

Date available for employment _any date_

Are you interested in being placed on our Substitute List if you are not employed full-time? ☑ Yes ☐ No
    Long-term ☑ Yes ☐ No    Short-term ☐ Yes ☐ No

PDE-353 (12/96)

1

## EDUCATIONAL BACKGROUND

| | School or Institution and Location | Major/Minor | Diplomas, Degrees or Credits Earned | Grade Point Average (GPA) |
|---|---|---|---|---|
| High School | MEADVILLE AREA SENIOR HIGH | ACADEMIC | High School diploma | 3.0 |
| College/University | Edinboro University | Elementary education | B.S. Elem. Education | 2.94 |
| College/University | | | | |
| Graduate Study | | | | |
| Graduate Study | | | | |

## EXPERIENCE (Present or most recent first)

| Dates | Name of Employer and Address | Your Title |
|---|---|---|
| From 11-94 To 6-95 | Crawford Central School District<br>Phone Number<br>Work Performed: Substitute teaching from grades K thru eighth. | Substitute School Teacher<br>Reason For Leaving: Job search in other states |
| Name and Title of Supervisor: | | Final Yearly Salary: $55/day |

| Dates | Name of Employer and Address | Your Title |
|---|---|---|
| summer From 6-91 To summer 6-92 | Meadville Area Recreation & Park Board<br>North Street<br>Phone Number 724-2666<br>Work Performed: Supervised 30-50 children at an area park and organized activities for the children to do. | Park Supervisor<br>Reason For Leaving: Attended College Summer Courses |
| Name and Title of Supervisor: Jim Barco | | Final Yearly Salary: $4.65/hr |

| Dates | Name of Employer and Address | Your Title |
|---|---|---|
| From 9-90 | Wal-Mart  1500 Conneaut Lake Rd.  Phone Number 724-6267 | Customer Service Clerk  Reason For Leaving  College |
| To 4-91 | Work Performed I ran cash register and assisted customers in any way needed. | |
| Name and Title of Supervisor Pat Owens | | Final Yearly Salary $4.75 |

Please list activities that you are qualified to supervise or coach: _____

If you have not been previously employed in a teaching position, please complete the following:

STUDENT OR PRACTICE TEACHING

| Grade or Subject Taught | Name and Address of School | 1. College Supervisor  2. Cooperating Teacher |
|---|---|---|
| Fourth | First District Elementary | 1. Barbara Shimek  2. Mrs. Chapman |
| Second | Second District Elementary | 1. Barbara Shimek  2. Mrs. P. Powell |

STUDENT TEACHING REPORTS/REFERENCES:
Do you have placement office credentials on file? Yes ☐ No ☐ If "Yes," please request that copies be sent to the school district. If "No," final student teaching report must be provided along with two (2) letters of reference from former or present principals or supervisors. All items must be forwarded in order for the application to be considered complete

## REFERENCES

References should include superintendents, principals or professors who have first-hand knowledge of your professional competence and your personal qualifications. Experienced teachers should include the principal and superintendent of the two most recent schools in which employed. Beginning teachers should include cooperating teachers and college supervisor. If any person(s) listed should not be contacted for reference at the present time, indicate in the left-hand margin the date contact(s) may be made.

| Name | Position | Address | Telephone |
|---|---|---|---|
| Mrs. Barb Shimek | Edinboro University supervisor | RD #3 Box 291 Conneautville, Pa. 16406 | 587-2984 |
| Mrs. C. Youngblood | Elementary principal | 648 Warren Ave Meadville | 333-9422 |
| Mrs. S. Roe | Fifth grade teacher | 9251 Tamarack Dr Mdvl. | 333-2430 |
| Mrs. P. Powell | Second grade teacher | 598 Pine St. Mdvl | 336-6265 |

2

## OTHER QUALIFICATIONS

Summarize special job-related skills and qualifications acquired from employment or other experiences (including U.S. military service) and/or state any additional information you feel may be helpful in considering your application, i.e. honors, awards, activities or professional development activities:

_____
_____
_____
_____
_____
_____

## GENERAL BACKGROUND INFORMATION

You must give complete answers to all questions. If you answer "Yes" to any question, you must list all offenses, and for each conviction provide date of conviction and disposition, regardless of the date or location of occurrence. Conviction of a criminal offense is not a bar to employment in all cases. Each case is considered on its merits. Your answers will be verified with appropriate police records.

Criminal Offense includes felonies, misdemeanors, summary offenses and convictions resulting from a plea of "nolo contendere" (no contest).

Conviction is an adjudication of guilt and includes determinations before a court, a district justice or a magistrate which results in a fine, sentence or probation.

You may omit: minor traffic violations, offenses committed before your 18th birthday which were adjudicated in juvenile court or under a Youth Offender Law, and any convictions which have been expunged by a court or for which you successfully completed an Accelerated Rehabilitative Disposition program.

| Were you ever convicted of a criminal offense?  ☐ Yes  ☒ No | Have you ever forfeited bond or collateral in connection with a criminal offense?  ☐ Yes  ☒ No |
|---|---|
| Are you currently under charges for a criminal offense?  ☐ Yes  ☒ No | |

Within the last ten years, have you been fired from any job for any reason?        ☐ Yes  ☐ No

Within the last ten years, have you quit a job after being notified that you would be fired?        ☐ Yes  ☐ No

Have you ever been professionally disciplined in any state?    ☐ Yes  ☒ No
  Professionally disciplined means the annulment, revocation or suspension of your teaching certification or having received a letter of reprimand from an agency, board or commission of state government, such as the Pennsylvania Professional Standards and Practices Commission.

Are you subject to any visa or immigration status which would prevent lawful employment?
                                                                                ☐ Yes  ☒ No

Note: If you answered "Yes" to any of the above questions, please provide a detailed explanation on a separate sheet of paper, including dates, and attach it to this application. Please print and sign your name on the sheet, and include your social security number.

4

ACT 34 COMPLIANCE (Background Check of Prospective Employees)

Each Pennsylvania resident must submit with his/her employment application a copy of a report of Criminal History Record Information from the Pennsylvania State Police or a statement from the Pennsylvania State Police that the State Police Central Repository contains no such information relating to that person. Each out-of-state applicant must submit with his/her application for employment a copy of a federal criminal record history from the Federal Bureau of Investigation. The criminal record history report must be no more than one (1) year old. The applicant **MUST** submit the ORIGINAL report prior to employment.

***

ACT 151 (PA Child Abuse History Clearance)

Each candidate must submit with his/her employment application a copy of an official clearance statement obtained from the Pennsylvania Department of Public Welfare or a statement from the Department of Public Welfare that no record exists. The clearance statement must be no more than one (1) year old. The applicant **MUST** submit the ORIGINAL report prior to employment.

***

ESSAY

Please write an essay as described on the reverse side of this sheet. For your convenience, you may attach a sheet; however, your essay may not exceed one page. At the bottom of the attachment, please print and sign your name and include your social security number.

***

CERTIFICATION AND RELEASE AUTHORIZATION

I certify that all of the statements made by me are true, complete and correct to the best of my knowledge and belief, and are made in good faith. I further certify that I am the sole author of the essay. I understand that any misrepresentation of information shall be sufficient cause for: (1) rejecting my candidacy, (2) withdrawing of any offer of employment, or (3) terminating my employment.

I hereby authorize any and all of my previous employers and/or supervisors to release any and all of my personnel records, and to respond fully and completely to all questions that officials of _Crawford Central School District_ (school district) may ask regarding my prior work history and performance. I will hold such previous employers and/or supervisors harmless of any and all claims that I might otherwise have against them with regard to statements made to this school district. I further authorize these officials to investigate my background, now or in the future, to verify the information provided and release from liability all persons and/or entities supplying information regarding my background. However, I do not waive any rights which I may have under state or federal law related to my right to challenge the disclosure of unlawful or inaccurate information.

_October 24, 1997_                              _Tammy L. Foster_
Date                                            Signature of Candidate (in ink)
                                                (must be original)

*Pennsylvania School Districts do not discriminate in their educational programs, activities or employment practices based on race, color, national origin, sex, disability, age, religion, ancestry or any other legally protected classification. This policy is in accordance with state and federal laws, including Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Sections 503 and 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and the Americans with Disabilities Act of 1990.*

5

ESSAY

We are interested in your ability to organize and express thoughts on a specific topic in a succinct manner. Please select one of the following topics and write an essay in the space provided on this page.

1. The Most Important Qualities of an Outstanding Educator
2. My Philosophy of Student Discipline
3. The Importance of Continuing Professional Development and How I Plan to Incorporate it Throughout My Career
4. Essential Elements of Instruction, Administration or Area of Certification

I feel that there are several qualities that an educator should possess in order to be considered outstanding. One quality that an educator should have is a good attitude. Some students look at their teachers as role models and if they see that the teacher has a good attitude toward school and learning, then the students will adapt to that same attitude which will make learning a top priority. An outstanding educator should also be an adapter. All students are different and have different styles of learning. The teacher should be able to adapt her teaching styles to meet every students' needs. Being a good listener is another important quality to have. The teacher should show interest in what the students are talking about always. These are just a few of the qualities that an outstanding educator should have.

Signature _Tammy L. Foster_

Social Security Number _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_  Name _Tammy L. Foster_

Note to applicants: This application is available on the Internet on the Department of Education's home page under Elementary & Secondary Education which is accessible at: http://www.state.pa.us.

This application was developed, in accordance with Section 1204.1 of Act 107 of 1996, by the Pennsylvania Department of Education in consultation with organizations representing school administrators, including personnel administrators, teachers and school boards. Questions should be referred to PDE Bureau of Personnel at Voice Telephone (717) 787-4417, Text Telephone TTY (717) 783-8445 or FAX (717) 783-9348. If you need accommodation in completing this application, including alternate format, please contact the school district.

# Commonwealth of Pennsylvania

## Professional Certificate



This certificate entitles

**TAMMY L FOSTER**

to practice the "art of teaching" and render professional service in the endorsement areas hereon in the schools of the Commonwealth of Pennsylvania

EDINBORO UNIVERSITY OF PA



ELEMENTARY

211 66 1747  No Long. 06/05 Issued 94 014768

INSTRUCTIONAL CERT ISSUED IN ACCORDANCE WITH 6/1/87 REGS

Authorized by the Secretary of Education



To Whom It May Concern:

I have been a co-worker with Tammy Foster since the beginning of the STARS program and would recommend her as a teacher. Her energy for educating children is admirable.

Tammy seems tireless with the amount of time she dedicates to the students at Second District Elementary School. She has a very calm, secure demeanor with the students. I have found her to be extremely competent. She is a great collaborator and I feel future colleagues will appreciate working with her, as I do.

Crawford Central would benefit from Tammy's creativity and her strong desire to help her students.

If you have further questions about Tammy Foster, please feel free to contact me at (814) 724-3504.

Sincerely,

Sue B. Barnes
Crawford Central Teacher

To Whom It May Concern:

The purpose of this letter is to recommend Tammy Foster for a teaching position with Crawford Central School District.

Ms. Tammy Foster has been an instructional aide in my Life Skills classroom for two years. During this time, she has proven to be a very valuable member of my classroom staff. On countless occasions I have used Tammy as a resource and sounding board for classroom activities and ideas. Her teaching experiences in other classrooms and educational settings have made her a valuable asset to the daily instruction that is delivered in our classroom. Tammy often takes the initiative to work independently with the students based on their individual needs. Tammy is caring and understands the unique differences in each student and responds accordingly. My students respect her and think the world of her!

Tammy is professional, creative and has a good sense of humor. She has developed positive, professional relationships with staff members throughout our building. She is very dedicated and hard working. Tammy possesses the qualities and skills to be a valuable team member.

I have no doubt that Tammy would create a dynamic learning environment for students. I believe any school staff would be lucky to have her on board. I highly recommend Tammy Foster for a teaching position with your school district.

Sincerely,

Marci Malliard
Life Skills Support Teacher
Second District Elementary

To Whom It May Concern:

The purpose of this letter is to recommend, Tammy Foster for employment as a teacher in the Crawford Central School District.

Ms. Foster possesses excellent skills necessary to be a productive asset in any classroom. During the time Ms. Foster has worked for Crawford Central, she has shown a positive attitude and is one who can accept responsibilities and perform the duties needed to be an excellent teacher.

Ms. Foster has strived to create a positive learning atmosphere for all students she has been involved with. Her dedication to her job and tireless effort to always improve is her strength.

I would highly recommend Ms. Foster for any school district seeking good and talented teachers especially Crawford Central.

Sincerely,

Harriet Powell
*Harriet Powell*
Retired Teacher

To Whom it May Concern,

I wish to recommend Tammy Foster to be seriously considered as a teacher in your school district. I have been her family's pastor for the last thirteen years. She has proved to be a concerned and conscientious person as a worker.

It is imperative that we seek to retain as many young professionals as we can when so many move away to secure gainful employment. Ms. Foster is such a professional. She would be a good asset to the school district and the community.

Very Truly Yours,

*John R. Foster*

John R. Foster

Pastor-Boynton Street Church of God