## CRAWFORD CENTRAL SCHOOL DISTRICT
## MINORITY HIRINGS

| # | NAME | RACE | GENDER | BEGINNING DATE OF EMPLOYMENT | ENDING DATE OF EMPLOYMENT | POSITION |
|---|---|---|---|---|---|---|
| 1 | Campbell, Vera | Hispanic | F | 8/23/2004 | Current | Guidance Counselor |
| 2 | Farkas, Susan | White - French | F | Aug-93 | Current | French Language Teacher |
| 3 | Foster, Tammy | Black | F | 5/24/2004 | Current | Elementary Teacher |
| 4 | Foster, Tammy | Black | F | 9/3/1999 | Jun-04 | Teacher Aide |
| 5 | McGee, Maria | Hispanic | F | 8/28/2005 | Current | Spanish Language Teacher |
| 6 | Rahman, Sylke | White - German Origin | F | 8/22/1988 | Current | English as a Second Language Teacher |
| 7 | DeLeone, Claudette | Hispanic | F | Aug-89 | 4/14/2003 | Spanish Language Teacher |
| 8 | Froelich, Doreen | Jamaican (Place of Birth) | F | 9/22/1986 | Jun-04 | Social Studies Teacher |
| 9 | Bradwell, Bernice | Black | F | Sep-90 | Jun-02 | Lunch Monitor |
| 10 | Manning, Paul | Black | M | 10/31/1997 | Aug-01 | Substitute Custodian & Teacher Aide |
| 11 | McFerren, Lee | Black | M | 8/31/1998 | 8/26/2003 | Social Studies Teacher |
| 12 | Alea, Manuel | Hispanic (Cuban) | M | Jun-68 | Jun-78 | Spanish Language Teacher |
| 13 | Warner, Barbara | Black | F | 4/30/1979 | Jun-00 | Custodian |
| 14 | Conde, Gloria | Hispanic (Cuban) | F | 8/21/1967 | 1/21/1991 | Spanish Language Teacher |
| 15 | Powell, Harriet | Black | F | 8/31/1970 | 1/4/2002 | Elementary Teacher |
| 16 | Sterling, Val | Black | F | 10/10/1988 | 6/7/2001 | Lunch Monitor |
| 17 | Arnold, Richard | Black | M | 6/1/1987 | 6/2/1989 | Curriculum Director |
| 18 | Moody, Darrell | Black | M | 8/29/1990 | 4/19/1996 | Custodian |
| 19 | Liepins, Ilmars | French (Place of Birth) | M | Aug-68 | Jun-97 | French Language Teacher |
| 20 | Martinez, Roberto | Hispanic (Cuban) | M | Jul-64 | Jul-97 | Spanish Language Teacher |
| 21 | Montes, Matias | Hispanic (Cuban) | M | 7/16/1962 | 6/17/1964 | Spanish Language Teacher |
| 22 | Roger, Rosa | Hispanic (Cuban) | F | 8/15/1966 | Jun-88 | Spanish Language Teacher |
| 23 | Dixon, Armedia | Black | F | 6/26/1972 | 8/2/1993 | Teacher - Secondary |
| 24 | Lawrence, Roland | Black | M | 5/20/1974 | 7/26/1996 | Principal |
| 25 | Maziarz, Janine | Morocan | F | 6/26/1978 | 6/8/2002 | Health & PE Teacher |
| 26 | Hearn, Minnie | Black | F | Jul-74 | 2/19/1982 | Custodian |
| 27 | Hearn, Ruth | Black | F | Jan-61 | 1/12/1989 | Custodian |
| 28 | Jenkins, Rose | Black | F | Jan-61 | 4/1/1986 | Custodian |
| 29 | Stinson, Richard | Black | M | 4/26/1983 | Aug-83 | Substitute Custodian & Truant Officer |
| 30 | Johnson, Nate | Black | M | 11/21/1979 | 1/1/1984 | Custodian |
| 31 | Asberry, Clydie Mae | Black | F | | 7/31/1987 (Retired) | Custodian |