

# KNOX McLAUGHLIN GORNALL & SENNETT

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Mark J. Kuhar
Direct Dial Number
814-459-9886 Ext. 250
mkuhar@kmgslaw.com

November 30, 2005

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
TRACY L. HARRIS
NEAL R. DEVLIN
ANDREW F. GORNALL
NADIA A. HAVARD

OF COUNSEL:
WILLIAM C. SENNETT
EDWIN L.R. McKEAN

Caleb L. Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE: **Wagner v. Crawford Central School District, et al.**
**Civil Action No. 04-264 Erie**

Dear Mr. Nichols:

Enclosed are Defendants' Responses to Plaintiff's Fourth Request for Production of Documents.

Very truly yours,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

Mark J. Kuhar

MJK/hm
Enclosures
# 645846

c:   Charles E. Heller, III, Assistant Superintendent
     Crawford Central School District

     Richard S. McEwen, Esq.
     Pennsylvania State Education Association

(9) Provide the following documents relating to the hiring of Brian Mahoney as a teacher for the 2002/2003 school year (classroom observation results).

**ANSWER:**
**OBJECTION. Plaintiff's Request No. 9 is not relevant and is not reasonably calculated to lead to the discovery of relevant information. Mr. Mahoney held a position requiring a secondary education certificate during the 2002-03 school year.**

(10) Provide a list of all substitutes who work under an emergency permit involving the location and dates worked since school year 2001.

**ANSWER:**
**Defendants are investigating whether the requested information is available and will address their findings with Plaintiff in the immediate future.**

(11) Produce classroom observation summary results for all applicants who were hired in school year 2004/5 and whose names are noted below:

**ANSWER:**
**Defendants do not possess and/or control any documents responsive to Plaintiff's Request No. 11.**

 (a) Robert Bazylak;
 (b) Amy Lawrence;
 (c) Lori Carr;
 (d) Megan Porter;
 (e) Mark Weathers;
 (f) Danielle Morris;
 (g) Brian Mahoney;
 (h) Catherine Bainbridge;
 (i) Cheryl Krachkowski;
 (j) Tammy Foster;
 (k) Nikki Shearer;
 (l) Ann McElwain;

(m) Chad Dupont;

(n) Susan Ford;

(o) Erin Bourguin;

(p) Lisa Taormina;

(q) Rebecca Resinger Kelly;

(r) Leslie Jensen;

(s) Marcie Hamilton Pifer;

(t) Karen Jamieson;

(u) Jennifer M. Stefanucci;

### Plaintiff's Exhibit II

Produce Rowena Wagner's personnel file for inspection and note-taking.

**ANSWER:**
**Plaintiff's personnel file has been provided previously.**

### Plaintiff's Exhibit III

Produce for inspection and copying all computer and electronically created and stored records commencing with the 2001/2003 school year and continuing up to and including the 2005/2006 school year including text files, graphic files, system files, data base, e-mail and inter-office memoranda and correspondence which relates to the application of Rowena Wagner for a teaching position with the Crawford Central School District and the administrative complaint that she filed with the Pennsylvania Human Relation Commission and the lawsuit that she filed in the United States District Court for the Western District of Pennsylvania. As well, any correspondence pertaining to her spouse, Bernard Wagner, is also requested to be made available for inspecting and copying.

**ANSWER:**
**The District possesses no such emails that are not covered by the attorney-client privilege and/or the litigation work product.**

6