**KNOX McLAUGHLIN GORNALL & SENNETT**

A Professional Corporation

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Richard W. Perhacs
rperhacs@kmgslaw.com

WILLIAM C. SENNETT
EDWIN L.R. McKEAN
RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
VASILIOS T. NACOPOULOS
JEROME C. WEGLEY
CRAIG W. SNETHEN
NEAL R. DEVLIN
JAMES M. NADZAM

May 23, 2003

Joseph Adler
Pennsylvania Human Relations Commission
Pittsburgh Regional Office
State Office Building, 300 Liberty Avenue
Pittsburgh, PA 15222-1210

RE: **Wagner v. Crawford Central School District**
**Case No. 200206912**

Dear Joseph:

Enclosed are the EEO5 reporting forms, which you requested, a copy of the Board's nepotism policy and a copy of the internal postings for the year preceding the filing of the charge.

George Wright can be reached at (814) 333-2856. His mailing address is B-8, Manchester House, Meadville, PA 16335. Mr. Wright adamantly denies that he made the comments attributed to him by Mr. Wagner. Please feel free to contact him to confirm this fact.

The respondent has investigated the circumstances surrounding the hiring of Karen Jamison and Heather Hood as substitutes. As we suspected, Ms. Hood was hired for a brief period of time. She replaced Brenda Martin from October 1, 2001 through November 21, 2001, and then again from December 3, 2001 through January 23, 2002. Under those circumstances, the District would not typically conduct interviews.

Ms. Jamison's situation is a little different. She was apparently employed as a substitute for the entire 2001-2002 school year. She had, however, been previously interviewed, and apparently the District had a high regard for her as a result of that, and other experience. As I noted in our prior position statement, and as I pointed out at the conference, the use of organized interviews of a group of candidates

Joseph Adler
Pennsylvania Human Relations
May 23, 2003
Page 2


for substitute positions is not a formal policy of the District, or necessarily followed in 100% of the cases. It is typically done, however, and was particularly appropriate in November, 2002 when the District had to make decisions concerning multiple openings requiring substitutes.

    I believe this responds to all of your requests for information. If you need any thing further, please do not hesitate to contact me.

        Very truly yours,

        KNOX McLAUGHLIN GORNALL &
        SENNETT, P.C.

        Richard W. Perhacs

RWPbgm
#494248

05-27-03 A10:28 PAID