IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, </br></br>Plaintiff </br></br> v. </br></br> CRAWFORD CENTRAL SCHOOL DISTRICT, et al. </br></br> Defendants | ) Civil Action No. 04-264 ERIE </br> ) Judge Sean J. McLaughlin </br> ) </br> ) </br> ) ELECTRONICALLY FILED </br> ) |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, after reviewing Defendants' Motion to Quash Plaintiff's Motion for Summary Judgment and all other relevant documents, particularly the case management order entered by this court, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's motion for summary judgment is hereby QUASHED. Plaintiff's memorandum will be considered by the court as a memorandum in opposition to Defendants' motion summary judgment.

_____
Judge Sean J. McLaughlin

# 683692