IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, | ) Civil Action No. 04-264 ERIE |
| Plaintiff | ) Judge Sean J. McLaughlin |
| v. | ) ELECTRONICALLY FILED |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) |
| Defendants | ) |

### AFFIDAVIT OF HEIDI BLACK

1. I am the General Manager at Communications Center, Inc. and have held that position from approximately January 1990 through the current date.

2. My primary job responsibility is the overall management of Communications Center, Inc.

3. Communications Center, Inc. is a substitute placement service for four school districts, including Crawford Central School District, and is located at 829 Grant Street, Franklin, PA 16323.

4. When teachers call Communications Center Inc.'s answering service to report an absence from work, Communications Center, Inc. searches for a substitute for that teacher's classroom from its list of available substitutes. The search is conducted by locating the first available substitute on the list who possesses the appropriate certification.

5. Crawford Central School District has no control over which assignments day-to-day substitutes are given.

6. Crawford Central School District has not been involved in the substitute placement process and has never asked nor influenced Communications Center, Inc. to refrain from offering substitute assignments to Rowena Wagner.

7. Communications Center, Inc. had no knowledge of Rowena Wagner's having filed any complaint or lawsuit against Crawford Central School District or any other person or entity prior to August 2, 2006 when we were contacted regarding this affidavit.

*Heidi Black* 8-11-06
Heidi Black
General Manager
Communications Center, Inc.

COMMONWEALTH OF PENNSYLVANIA )
                                                ) SS:
COUNTY OF CRAWFORD )

      BEFORE ME, the undersigned notary public, personally appeared Heidi Black, who being duly sworn according to law depose and say that she is General Manager at Communications Center, Inc. and as such does further certify that the facts set forth in the foregoing Affidavit of Heidi Black are true and correct to the best of her knowledge, information and belief.

                                                                    8-11-06

                                                       _____
                                                               Notary Public

                                                            COMMONWEALTH OF PENNSYLVANIA
                                                            Notarial Seal
                                                            Christine A. Moyse, Notary Public
# 683118                                          City Of Franklin, Venango County
                                                         My Commission Expires July 25, 2010
                                                      Member, Pennsylvania Association of Notaries