IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**
**Plaintiff**

                **CIVIL ACTION NO. 04-264 ERIE**
                 Judge Sean J. McLaughlin

    vs.

                **ELECTRONICALLY FILED**

**Crawford Central School District, et. al.**
**Defendants**

### PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO QUASH HER MOTION FOR SUMMARY JUDGMENT

**AND NOW,** this 14th day of August, 2006, Plaintiff moves for denial of Defendants' Motion to Quash and in support of this motion offers the following facts:

1. On April 27, 2006, a status conference was held in this matter which resulted in a referral to Magistrate Judge Susan Paradise Baxter for settlement purposes.

2. Mediation sessions were held on May 16 and May 30, 2006, with the case being referred back on May 31, 2006.

3. On May 23, 2006, with Plaintiff's consent, Defendants filed for an extension of time requesting that dispositive motions be filed after the conclusion of mediation efforts. Said motion was granted.

4. On June 6, 2006, the parties filed a Joint Motion for Extension of Time giving Defendants until June 26, 2006 to file their dispositive motion and Plaintiff until July 14, 2006. Said Motion was granted.

5. On July 13 and July 18, 2006 Plaintiff sought an extension of time to file dispositive motion, both of which was granted.

6. Plaintiff filed her dispositive motion on July 24 as required.

**WHEREFORE,** Plaintiff respectfully request that Defendants' Motion to Quash her Motion for Summary Judgment be denied.

Respectfully submitted,

/s/Edith Benson                             and                   /s/Caleb L. Nichols
_____                                           _____
Edith Benson, Esquire                                             Caleb L. Nichols, Esq.
Benson Law Office                                                 Law Offices of Caleb L. Nichols
4683 Budd Drive                                                   P.O. Box 1585
Erie, PA 16506                                                    Erie, PA 16507
814-838-3670                                                      814-838-1877
Attorney  No. 33510                                               Attorney No.18773

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**
**Plaintiff**

**CIVIL ACTION NO. 04-264 ERIE**
**Judge Sean J. McLaughlin**

vs.

**ELECTRONICALLY FILED**

**Crawford Central School District, et. al.**
**Defendants**

### ORDER

**AND NOW,** this _____ day of _____, 2006, upon consideration of Plaintiff's Reply to Defendants' Motion to Quash Plaintiff's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Quash is DENIED.

_____
Sean J. McLaughlin, U.S. District Judge