# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Rowena Wagner )
)
Plaintiff )
)
vs. ) No. CA 04-264E
)
Crawford Central School District, )
et al., )
Defendant )

HEARING ON __Oral Argument on Sum. Jgmt.__

Held on __10/27/06__

Before Judge __Sean J. McLaughlin__

__Caleb Nichols__                                      __Mark Kuhar__

__Edith Benson__                                       _____
Appear for Plaintiff                                  Appear for Defendant

Hearing begun __1:26 pm - 3:15 pm__   Hearing adjourned to _____

Hearing concluded C.A.V. _____   Stenographer __R. Bench__

Clerk __RLHumphrey__

### WITNESSES:

For Plaintiff                                         For Defendant

Π's Mtn for Summary Jgmt [Doc. No. 75] is DENIED; Δs' Mtn for Summary Jgmt [Doc. No. 57] is GRANTED in part and DENIED in part for the reasons set forth on the record at the time of the argument; Π shall file pre-trial stmt w/in 20 days; Δs shall file pre-trial statement w/in 20 days after receipt of Π's pre-trial statement.