IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Rowena Wagner**
**Plaintiff**

                                                  **CIVIL ACTION NO. 04-264 ERIE**
                                                      **Judge Sean J. McLaughlin**

       **vs.**

**Crawford Central School District, et. al.**
**Defendants**

## ORDER

**AND NOW**, after consideration of Attorney Edith Benson's Motion To Withdraw As Counsel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED.

                                                                _____
                                                                Sean J. McLaughlin, U.S. District Judge