AO 458 (Rev. 10/95)
Appearance

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**APPEARANCE**

Case Number: C.A. 04-264 Erie

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Rowena Wagner, Plaintiff

| | |
|---|---|
| 2/13/06 | /s/ John J. Mead |
| Date | Signature |
| | John J. Mead — 39610 |
| | Print Name — Bar Number |
| | 1001 State St., Suite 800 |
| | Address |
| | Erie — PA — 16501 |
| | City — State — Zip Code |
| | (814) 459-1726 — (814)454-3585 |
| | Phone Number — Fax Number |