IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROWENA WAGNER, | ) | Civil Action No. 04-264 ERIE |
| | ) | Judge Sean J. McLaughlin |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) ) ) | |
| | ) | |
| Defendants | ) | |

## MOTION IN LIMINE CERTIFICATE

AND NOW, pursuant to Local Rule 16.1.4D, Defendants, Crawford Central School District, Crawford Central School Board, Superintendent Michael Dolecki and Assistant Superintendent Charles Heller, by and through their attorneys, Knox McLaughlin Gornall and Sennett, P.C., hereby state that the parties have made a reasonable effort to reach an agreement on the issues raised by Defendants' Motion in Limine filed herewith but have been unable to reach an agreement.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: /s/   Mark J. Kuhar
      Mark J. Kuhar, Esq.
      120 West Tenth Street
      Erie, Pennsylvania 16501-1461
      Phone:  (814) 459-2800
      Fax:  (814) 453-4530
      E-mail:  mkuhar@kmgslaw.com
      Bar No.:  PA71185

      Attorneys for Defendant,
      Crawford Central School District, et al.

# 705066