**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROWENA WAGNER, </br></br> Plaintiff </br></br> v. </br></br> CRAWFORD CENTRAL SCHOOL DISTRICT, et al. </br></br> Defendants | ) Civil Action No. 04-264 ERIE </br> ) Judge Sean J. McLaughlin </br> ) </br> ) </br> ) </br> ) ELECTRONICALLY FILED </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

AND NOW, this ____ day of _____, 2007, this matter coming before the Court upon Defendants' Motion in Limine, it is hereby ORDERED that the following evidence be excluded at time of trial:

1. Statistical evidence regarding the racial composition of the District's teaching staff and students;

2. All evidence of hiring decisions made and other actions taken by the District after October 2004;

3. All evidence of full-time elementary hiring decisions made by the District between January 2002 and April 2004;

4. All evidence relating to Plaintiff's retaliation claim (refusal to hire for long-term substitute or regular teaching positions);

5. Testimony from Plaintiff's former professors and student teaching supervisors;

6. All evidence relating to Plaintiff's allegation that the District's hiring procedures constitute invalid or unsubstantiated testing; and

7. All evidence relevant to Plaintiff's claims for lost wages or associated fringe benefits she would have earned had she been hired by the District.

_____
Sean J. McLaughlin
United States District Judge

# 705016