AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Pennsylvania__

## EXHIBIT AND WITNESS LIST

__Wagner__ v. __Crawford Central School District__    Case Number: __04-264 Erie__

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sean J McLaughlin | John J Mead, Esq. | Mark Kuhar, Esq. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | Ron Bench | RL Humphrey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | B | 6/18/07 | ✓ | ✓ | PHRC Questionnaire |
| | PP | | ✓ | ✓ | Charge |
| | EE | | ✓ | ✓ | Findings |
| | GG | | ✓ | ✓ | CBA |
| | HH | | ✓ | ✓ | CBA |
| | II | | ✓ | ✓ | CBA |
| | JJ | | ✓ | ✓ | CBA |
| | KK | | ✓ | ✓ | CBA |
| | LL | | ✓ | ✓ | Summary |
| | mm | | ✓ | ✓ | depo of Daniel Hootman |
| | NN | | ✓ | ✓ | depo of Richard McEwen |
| | OO | | ✓ | ✓ | depo of U.S. Census Bureau |
| ✓ | | 6/18/07 | | | Rowena Wagner - π |
| 1 | | | ✓ | ✓ | 9-26-01 letter from Heller confirming sub. status |
| 5 | | | ✓ | ✓ | Report of Classroom Visitation |
| 17 | | | ✓ | ✓ | Letter from Heller complimenting π |
| 21 | | | ✓ | ✓ | Letter from Heller rejecting her for position |
| 23 | | | ✓ | ✓ | "  "  "  "  "  "  " |
| 24 | | | ✓ | ✓ | Damages Summary |
| 26 | | | ✓ | ✓ | π's Portfolio |
| 28 | | | ✓ | ✓ | # of days π worked as a sub |
| 29 | | | ✓ | ✓ | Summary of docs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Wagner vs. Crawford Central    CASE NO. 04-264 Erie

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 6/18/07 | ✓ | ✓ | Summary report of sub. teachers |
| ✓ | | 6/18/07 | | | Carol Fisher – former teacher |
| 3 | | | ✓ | ✓ | Final Eval. form submitted to Edinboro on π |
| ✓ | | 6/18/07 | | | Douglas McCullough |
| 4 | | | ✓ | ✓ | Final Eval form submitted to Edinboro on π |
| ✓ | | 6/18/07 | | | John Lovett |
| 2 | | 6/18/07 | ✓ | ✓ | Final Eval form submitted to Edinboro on π |
| ✓ | | 6/18/07 | | | Joy Pickens – former teacher |
| 6 | | 6/18/07 | ✓ | ✓ | Letter requesting π as her sub dated 11-17-02 |
| | E | | ✓ | | depo of Pickens (excerpts) |
| ✓ | | 6/18/07 | | | Kathlyn Maruska – teacher |
| ✓ | | 6/19/07 | | | Sam J Byrd, Jr. – former Bd member |
| 14 | | 6/19/07 | ✓ | ✓ | letter from Byrd to school Bd re: hiring dated 6-6-03 |
| | | 6/19/07 | | | Bernard Wagner – Husband of π |
| ✓ | | 6/19/07 | | | Excerpts of Van Tuil depo read |
| ✓ | | | | | Excerpts of Baskar depo read |
| ✓ | | | | | Excerpts of Prather depo read |
| ✓ | | | | | Excerpts of Wright depo read |
| ✓ | | | | | Excerpts of Dolecki depo read |
| ✓ | | | | | Excerpts of Heller depo read |
| ✓ | | | | | Excerpts of Good depo read |
| | ✓ | | | | Fred Wagner – Brother-in-law of π |
| | ✓ | 6/19/07 | | | George Wright – former Bd member |
| | ✓ | | | | Tammy Foster – teacher |
| | ✓ | | | | Karen Jamison – teacher |
| | ✓ | | | | Naomi Uy-Moore – teach |
| 32 | | | ✓ | | Resume of Naomi Moore |

Page 2 of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Wagner vs. Crawford Central     CASE NO. 04-264 Erie

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 6/19/07 | ✓ | ✓ | Charles Heller, III - Asst. Superintendent |
|  | H |  | ✓ | ✓ | CBA for Crawford |
|  | I |  | ✓ | ✓ | Consent Arbitration Award 1999 |
|  | ✓ | 6/20/07 |  |  | Charles Heller III - Asst. Superintendent |
|  | K |  | ✓ | ✓ | Observation form by Heller of π |
|  | L |  | ✓ | ✓ | Interview questions for 12-02 Interviews |
|  | M |  | ✓ | ✓ | Composite scores of interviewees |
|  | N |  | ✓ | ✓ | Employment Interview Analysis Form completed by Heller |
|  | P |  | ✓ | ✓ | Interview Analysis Chart |
|  | Q |  | ✓ | ✓ | Set of Questions for Team A & Team B |
|  | R |  | ✓ | ✓ | Composite of Interviewees |
|  | S |  | ✓ | ✓ | Interview Analysis Chart for 2004-2005 school yr |
|  | T |  | ✓ | ✓ | Interview Analysis Instrument used in 3/04 |
|  | O |  | ✓ | ✓ | List of Teachers Hired b/w May June 2001 - June 2007 |
| 29 |  |  | ✓ | ✓ | Summary of docs (previously admitted on 6/18/07) |
|  | J |  | ✓ | ✓ | Crawford Central School Dist. nepotism policy |
| 10 |  |  | ✓ | ✓ | Employment Interview Analysis |
| 41 |  |  | ✓ | ✓ | 4-10 letter to Richard Perhacs |
| 40 |  |  | ✓ |  | E-mail from Brenda Schoonover to Brenda Powell Harriett |
| ~~42~~ |  |  | ✓ |  | 12-20-02 letter to π fr. Heller |
| 29 |  |  | ✓ | ✓ | 12-20-02 letter to π fr. Heller (already admitted) |
|  | ~~O~~ |  | ✓ |  |  |
| 50 |  |  | ✓ | ✓ | Interrog. Ans. of Δ |
|  | ✓ | 6/20/07 |  |  | Joan Darling - retired Principal |
|  | ✓ | 6/20/07 |  |  | Mike Dolecki - Superintendent |
|  | U | 6/20/07 | ✓ | ✓ | S. Good Int. Eval. Form '02 |
|  | V | " | ✓ | ✓ | S. Good Int. Eval. Form '04 |

Page  3  of ____ Pages

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

Wagner vs. Crawford Central   CASE NO. 04-264 Erie

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 6/20/07 | ✓ | ✓ | K. Meader Int. Eval Form '02 |
|  | Y |  | ✓ | ✓ | K. Meader Int. Eval Form '04 |
|  | Z |  | ✓ | ✓ | W. Price Int. Eval Form '02 |
|  | AA |  | ✓ | ✓ | W. Price Int. Eval Form '04 |
|  | BB |  | ✓ | ✓ | Karnes Int Eval Form '02 |
|  | CC |  | ✓ | ✓ | Karnes Int Eval Form '04 |
|  | FF |  | ✓ | ✓ | J. Darling Int. Eval Form '04 |
|  | ✓ | 6/21/07 |  |  | Kurt Meader – Principal |
|  | W |  | ✓ | ✓ | observation form by Meader of π |
|  | ✓ | 6/21/07 |  |  | Suzanne Good |
|  | O |  | ✓ | ✓ | List of Teachers hired b/w 6/91 & 6/07 (previously admitted on 6-20-07) |
|  | U |  | ✓ | ✓ | Good's '02 Eval Form (previously admitted on 6-20-07) |
|  | V |  | ✓ | ✓ | Good's '04 Eval Form (previously admitted on 6-20-07) |
| R |  |  | ✓ | ✓ | Elementary Interviews (previously admitted on 6-19-07) |
| ✓ |  |  |  |  | San Byrd, Jr. – former Bd. Director |
| ✓ |  |  |  |  | Rowena Wagner – π |
| 32 |  |  | ✓ | ✓ | articles from Meadville Tribune |
| 33 |  |  | ✓ | ✓ | Erie Times News article |

Page 4 of 4 Pages