# United States District Court
## For the Western District of Pennsylvania

Rowena Wagner

_____
Plaintiffs,

Vs.

Crawford Central School District

_____
Defendants.

Case No. 04-264 Erie

HEARING ON Non-Jury Trial

Before Judge Sean J. McLaughlin

Held on _____

John J. Mead, Esq.
Caleb Nichols, Esq.

Mark Kuhar, Esq.

Appear for Plaintiff        Appear for Defendant

Hearing begun _____        Hearing adjourned to _____

Hearing concluded C.A.V. _____        Stenographer Ron Bench

Clerk RL Humphrey

WITNESSES:

① Δ's mtn in Limine [Doc No. 116]: GRANTED in part + DENIED in part for reasons set forth on the record.
② Day 1  6-18-07: 9:00am - 3:57pm
③ Day 2  6-19-07: 9:00am - 4:03pm
④ Day 3  6-20-07: 8:32am - 3:22pm
⑤ Day 4  6-21-07: 9:00am - 2:07pm

π & Δ to file their exhibits
ff & Conclusion of law to be filed 20 days after receipt of trial transcript.