# TRIAL EXHIBITS OF

# DEFENDANT, CRAWFORD CENTRAL SCHOOL DISTRICT

# (WAGNER VS. CRAWFORD CENTRAL SCHOOL DISTRICT)
# DOCKET #CA 04-264E

| | |
|---|---|
| **JT. #1** | June 13, 2007 to Attorney Mead re: Stipulation of Trial Exhibits |
| **EX. B** | Pennsylvania Human Relation Commission Questionnaire |
| **EX. PP** | Rowena Wagner's P.H.R.C. Complaint dated 3/07/03 |
| **EX. EE** | P.H.R.C.'s Findings of Investigation |
| **EX. GG** | Franklin Area School District's Collective Bargaining Agreement (2002-2008) |
| **EX. HH** | Conneaut School District's Collective Bargaining Agreement (current) |
| **EX. II** | Penncrest School District's Collective Bargaining Agreement (96/97-00/01) |
| **EX. JJ** | Penncrest School District's Collective Bargaining Agreement (01/02-03/04) |
| **EX. KK** | Penncrest School District's Collective Bargaining Agreement (04/05-08/09) |
| **EX. LL** | Summary of Potential Wages |
| **EX. MM** | Partial Deposition Transcript of Daniel Hootman (pgs. 35-40) |
| **EX. NN** | Summary of Ethnic Classifications of PSEA Membership |
| **EX. OO** | Current Census Bureau information |
| **EX. H** | Crawford Central School District's Collective Bargaining Agreement (04/05 – 07/08) |
| **EX. I** | 1999 Arbitration Award |
| **EX. K** | Classroom Observation Report of Rowena Wagner by Charles Heller (12/6/02) |
| **EX. L** | 2002 Interview Questions |
| **EX. M** | 2002 Interview Schedule (with points and ratings) |
| **EX. N** | 2002 Interview Analysis by Charles Heller |

Defendant, Crawford Central School District
Trial Exhibit List

Page 2

| | | |
|---|---|---|
| **EX. P** | 2002 Interview/Hire Analysis | |
| **EX. Q** | 2004 Interview Questions (Team A and B) | |
| **EX. R** | 2004 Interview Point Totals | |
| **EX. S** | 2004 Interview/Hire Analysis | |
| **EX. T** | 2004 Interview Analysis by Charles Heller | |
| **EX. O** | CCSD Hiring Chart for 2001 – 2007 | |
| **EX. J** | CCSD Policy 404 – Professional Employees | |
| **EX. U** | 2002 Interview Analysis by Suzanne Good | |
| **EX. V** | 2004 Interview Analysis by Suzanne Good | |
| **EX. X** | 2002 Interview Analysis of Kurt Meader | |
| **EX. Y** | 2004 Interview Analysis of Kurt Meader | |
| **EX. Z** | 2002 Interview Analysis of Walter Price | |
| **EX. AA** | 2004 Interview Analysis of Walter Price | |
| **EX. BB** | 2002 Interview Analysis of John Karns | |
| **EX. CC** | 2004 Interview Analysis of John Karns | |
| **EX. FF** | 2004 Interview Analysis of Joanne Darling | |
| **EX. W** | Classroom Observation Report of Rowena Wagner by Kurt Meader (12/3/02) | |

# 732976