

## KNOX McLAUGHLIN GORNALL & SENNETT

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
CHRISTINE HALL McCLURE
R. PERRIN BAKER
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
BRIAN GLOWACKI
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
JEFFREY D. SCIBETTA
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
PETER W. YOARS, JR.
TRACEY D. BOWES
BRYAN G. BAUMANN
NEAL R. DEVLIN
NADIA A. HAVARD
ELLIOTT J. EHRENREICH
TIMOTHY S. WACHTER

OF COUNSEL:
WILLIAM C. SENNETT
EDWIN L.R. McKEAN
HARVEY D. McCLURE

Mark J. Kuhar
814-459-9886  Ext. 250
mkuhar@kmgslaw.com

June 13, 2007

**Via Hand Delivery**

John J. Mead, Esq.
Scarpitti & Mead
1001 State Street, Suite 800
Erie, PA 16501

RE: Wagner v. Crawford Central School District
C.A. No. 04-264 Erie

Dear Jamie:

As we discussed yesterday, I am requesting the following stipulations at trial:

1. (a) Beginning in August 2001 through the current date, Franklin Area School District hired 44 regular/permanent elementary teachers who did not have bidding rights under that district's collective bargaining agreement with its teachers' union. Conneaut School District hired several regular/permanent elementary teachers and Penncrest School District hired 15 regular/permanent elementary teachers under the same circumstances during the same period.

(b) Rowena Wagner has never applied for employment with any of these three school districts.

(c) At relevant times, Rowena Wagner had the qualifications necessary to be considered for these positions.

(d) The wages and benefits these districts provide to their teachers are as set forth in the enclosed collective bargaining agreements and summary, and they are comparable to those provided by Crawford Central School District. The positions at these districts are substantially equivalent to the employment she sought with Crawford Central School District.

JT. #1
CA No 04-264E

John J. Mead, Esq.
June 13, 2007
Page 2

2. In lieu of Daniel Hootman's testimony, we will stipulate that he has been Association President for several years and has held numerous other leadership positions within the Crawford Central Education Association during his employment with the District, and we will then read into the records his testimony at pages 35 – 40 of his deposition.

3. In lieu of Attorney Richard McEwen's testimony, we will stipulate that the enclosed summary of the racial and other characteristics of PSEA's statewide membership is accurate, and was prepared from documents kept in the ordinary course of PSEA's operations.

4. We will offer as a stipulated exhibit the enclosed printout from the United States Census Bureau which shows the number of people of the Asian race, and other minorities, residing in Crawford County relative to the County's population.

5. The August 6, 2004 Findings of the Investigation was issued by the Pennsylvania Human Relations Commission at the conclusion of its investigation of Rowena Wagner's February 2003 EEOC/PHRC charge of discrimination. This document will be submitted as a stipulated exhibit. *[handwritten: Not agreed]*

Very truly yours,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By: _____
    Mark J. Kuhar

MJK/hm
Enclosures
#730714

*[handwritten: agreed, with the exception of #5.]*

_____
John J. Mead, Esq.

I agree with and acknowledge the
foregoing stipulations for the trial of the
above-referenced matter.