PA Human Relations Commission Use Only

| | |
|---|---|
| Docket No. | 200306913 |
| EEOC No. | 17FA361963 |
| Social Security No. | / / |

PHRC can investigate complaints of discrimination based upon race, color, religion, ancestry, age (40 and above), sex, national origin, non-job related handicap or disability, known association with a handicapped or disabled individual, possession of a diploma based on passing a general education development test, or willingness or refusal to participate in abortion or sterilization.

## IN-6 FORM   FAILURE TO HIRE QUESTIONNAIRE
Questionnaire on the incident you are complaining about.

Rev. 03/99

To avoid rewriting your answers, please read this short questionnaire from beginning to end before filling out your answers to individual questions. Please answer every applicable question as fully as possible, and to the best of your present knowledge, information and belief. If you are unsure of your answer, please say so. It is your responsibility to notify this Agency of a change of address or times of unavailability. Failure to notify this Agency may result in dismissal of the matter.

Name __Rowena V. Wagner__
Address __166 North Franklin St.__
City __Cochranton__   State __PA__   ZIP Code __16314__
County __Crawford__   Telephone No. H (__814__) __425-7651__   W (__)__

May we call you at work?   Yes _____   No __✓__

Caution:   Failure to correctly identify the name of the legal entity you are complaining about will hinder the processing of your complaint. Bring pay stubs, W-2 forms, contracts, etc. to aid in verification of the name and address.

Name of Organization your complaint is against:
Name __Crawford Central School District__
Address __Instructional Support Center 11080 Mercer Pike__
City __Meadville__   State __PA__   ZIP Code __16335__
Type of Business __education__
County __Crawford__   Telephone No. __(814) 724-3960__

Number of employees who work at the organization named above. Please check one.

Less than 4 _____     15 to 100 _____     201 to 500 __✓__     Unknown _____
4 to 14 _____         101 to 200 _____    501 plus _____



DEFENDANT'S EXHIBIT B
CA No 04-264E

**IN-6 FORM**          **Failure to Hire Questionnaire**          (page 2)

Name and address of person who will know how to contact you and who does not reside in your home.

Name _Virgilio L. Vicmudo_

Address _111 River Street_

City _Cochranton_  State _PA_  ZIP Code _16314_

Telephone No. H (_814_) _425-7019_  W (  ) _N/A_

In this Questionnaire, you will see the word "class" mentioned. **Class means the person's race, sex, age, ancestry, religion and so on.** Depending on the issues in the complaint, you may **belong to two or more classes.** For example, a Black female could belong to two classes: race/Black and sex/female. A White male could belong to race/White and sex/male. All persons named in the complaint or questionnaire should be identified by their class as follows: John Doe (White male), John Doe (under age 40), Jane Doe (Black female). For example, if your complaint is based on race, include the race of all persons mentioned. If it is a sex complaint, mention the sex of all persons mentioned.

1. **Discrimination means difference of treatment.** Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a <u>different class</u> that makes you feel they received more favorable treatment than you. Give specific dates.

   _see last page_

2. If you believe the organization treated you this way because of one or more of the reasons listed below, please check those reasons. If you believe the employer treated you this way for a reason which is not listed, explain what you believe to be the reason.

   ___ Sex  
   ✓ Race  
   ✓ Color  
   ___ Religious Creed  
   ___ Ancestry  
   ✓ National Origin  
   ___ GED  
   ___ Retaliation  
   ___ Age (40+) Date of Birth _____  
   ___ Use of guide dog or support animal  
   ___ Participation in/or refusal to participate in Abortion/Sterilization  
   ___ Non-job related handicap/disability  
   Identify your disability _____

3. How and on what date did you find out about the position in question? _I was requested by the teacher to fill in her position while on Sabbatical leave on November 7, 2002_

   3a. How did you apply?   By Mail ___   By Telephone ___   In Person ___

   Did you fill out an application?   Yes ___   No ✓

I've been subbing for Crawford Central for two years (exclusively). I had tried several times to get in for an interview but putting in letter of interest for the jobs that was posted but never succeeded.

November 7, 2002. Mrs. Pickens 2nd Grade teacher of Cochranton Elementary School had talked to me about taking her place from November 13, 2002 to Jan. 16, 2003 for her sick leave and from Jan. 17, 2003 until end of the school year of 2003 for Sabbatical leave due to hip replacement. I had asked her if I have to go for an interview and she said not to her knowledge because teachers request whomever they want and it's been the practice of district. I'd confirmed by talking to different teachers and Mr. Meader, Principal, and said the same thing.

I took over November 13, 2002. I started making lesson plans on November 18, 2002. Mrs. Pickens came in November 18, 2002 and gave a letter to Mr. Meader and Mr. Heller who was on the building that day. The letter stating that she wanted me to be her permanent substitute teacher. Her letter stated that I was from the Philippines.

After Mrs. Pickens visit, I heard rumors that Heller is going to post the job. Nobody had said anything to me about going for an interview so I decided to talk to the principal on November 20, 2002 and informed him that I was interested and consider me for the job and he said

Cont. of page 2 Question #1.

He will try his best.

Mr. Heller came in my room on Nov. 21, 2002 and asked me if he could observe the following day. I said "of course". I invited him in the room and showed him my lesson plan for that day and told him what we are to do. He agreed to come in at 9:15.

Nov. 22, 2002 - Mr. Heller's observation. I thought I did a good job.

Nov. 26, 2002 - Mr. Meader's observation.

Dec. 6, 2002 - Mr. Heller gave me the observation summary. There are comments that I did not agree like he did not see my lesson plans, the students were restless etc..

He also told me that I will going for an interview. He said Mrs. Pickens cannot play "politics" by appointing who she wants to replead her.

I went for an interview and I thought I did fine inspite of the stress and nervousness.

December 20, 2002 - Mr. Heller and Mr. Meader talked to me and Mr. Heller said I failed the interview. Mr. Meader said he was sorry because I did a

wonderful job and I'm always there when they needed me. I couldn't say anything because I was so upset and was crying. Mr. Heller told me that today, Dec. 20 was my last day.

The new substitute took over right after Christmas vacation, Jan. 2, 2003, eventhough I had a verbal agreement with Mrs. Pickens and Mrs. Pickens with Mr. Heller, that she would use me for her sick leave from Nov. 13, 2002 to Jan. 16, 2003.

It was very upsetting because I am the type of teacher who works very hard. I come early to school and stay late to prepare my lessons. I established a good rapport with the students and staff. I have most of the teachers' support. I eat lunch with the children. I also communicated well with some of the parents. The children loves me. They all give me a hug when they see me in the hall. It breaks my heart.

I had consulted my advisor from Edinboro University of PA and she referred me to Mr. Arnold, Equal and Special Services. He was also the former Curriculum Director of Crawford Central when Mr. Bender was a Superintendent. He told me that they don't interview for sabbatical. They hire who ever they wanted to hire. He had asked me to ask Mr. Heller to show the "new policy" of interviewing substitute for sabbatical leave. My husband and his brother had met with Mr. Heller and Mr. Dolecki Feb. 13, 2003 and asked him the policy and he could not produce one.

IN-6 FORM                     Failure to Hire Questionnaire          (page 3)

Did you send a resume?   Yes __✓__   No _____

Did you ask to be considered for the job, but did not submit anything in writing?

Yes __✓__   No _____

If you submitted nothing in writing, to whom did you speak, give the approximate date and describe the circumstances.

I have heard that they will be interviewing applicants for this job but nobody from the school administration had come and talked to me about it. I had talked with Mr. Meader, principal and told him to consider me for the job. The date was November 20, 2002.

4b.   What is the position in question? Permanent Substitute teacher for second semester, Grade 2.

If there is more than one position that you applied for, state the name of each position, and answer the remaining questions for each position, attaching separate sheets of paper for each position for which you applied.

5.   What was your understanding of the requirements for each job you sought? ~~To be able to teach effectively~~ PA Certification, College Graduate, Experience teaching

5a.   What was your understanding of the duties of the job? To be able to teach effectively, establish good rapport with students and help them become responsible citizens. Make lesson plans, communicate with parents etc.

5b.   Attach copies of any classified advertisements, job descriptions, postings or notices describing the job(s) at issue.

6. What were your qualifications for the job(s) you sought? Please submit a copy of any resume or other description of your skills and experience that you may have.

Bachelor's degree, PA Certification, 2 years of teaching as a substitute teacher

7. Who interviewed you for hire? List the name or description and **CLASS** of each person who interviewed you. Also, list each interviewer's job title.

Mr. Heller - white male, Asst. Superintendent    Mrs. Schoonover, white female Principal
Mr. Stanton - white male, Principal
Mr. Meader - white male, Principal    Mrs. Good, white female Curriculum Director
Mr. Karns - white male, Principal

8. When were you told you didn't get the job? December 20, 2002

8a. Were you told why you didn't get the job?   Yes ✓   No ___

8b. What were you told? Mr. Heller told me I did not passed the interview. Mr. Meader, the Principal was there too and said he was sorry because I did a wonderful job

8c. Who told you this? (Name, Job Title and **CLASS**) Mr. Charles Heller, III Assistant Superintendent white male
Mr. Meader, white male Principal

8d. Do you have a document that would refute the reasons for your rejection?   Yes ___   No ___

Please list the name of this document. _____

What does this document reveal? _____

Please attach copies of any letters of rejection.

9. Do you have a witness(es) that would refute the reasons for your rejection or who could show that the reasons given were not the true reasons?   Yes ___   No ___

If so, please list below.

Name(s) _____

Address(es) _____

Work Title/Department _____

Telephone Number(s) _____

10. Were you given any written tests when you applied for, or bid, for this job(s)?

    Yes _____   No ___✓___

10a. If yes, did you pass the test?

    Yes _____   No _____

11. Were you given any oral tests when you applied for, or bid, for this job(s)?

    Yes ___✓___   No _____

    **Please list below the names and CLASS of any other applicants, or bidders, known to you.**

    _____
    _____
    _____

12. Where the other applicants, or bidders, tested?

    Yes _____   No _____

13. To the best of your knowledge, what were the qualifications of the person(s) who received the job(s) you sought?

    Name(s) __Amy Szalewicz_____
    CLASS __white female_____

    Qualifications __not known_____

14. Do you know if the employer is still seeking applicants?

    Yes _____   No ___✓___

    If Yes, how do you know this? _____

IN-6 FORM         Failure to Hire Questionnaire         (page 6)

14a: What will your witness(es) say he/she directly observed? _____

_____

_____

If there are any additional witnesses, please list them in the same manner on the Continuation Page.

15. Answer this question only if these were a requirement for employment.

U.S. Military Service    Yes _____    No ✓

Honorable discharge     Yes _____    No ✓

U.S. Citizenship         Yes ✓       No _____

Highest Educational Level Attained  College Graduate

Major  Elementary Education   Degree  Bachelor of Science

Additional Training or Education  n/A

## EMPLOYMENT EXPERIENCE

### (Begin With Present Employment)

Employer  Crawford Central School District

Address  Instructional Support Center

11280 Mercer Pike, Meadville, PA 16335

From  Aug. 2001              To  Present

Starting Salary  $70.00/day   Ending Salary  _____

Position  Substitute teacher  Supervisor  Mr. Charles E. Heller, III

Duties  follow the teacher's lesson plan

Reason for leaving?  n/A

Employer __N/A_____

Address _____

_____

_____

From _____  To _____

Starting Salary _____  Ending Salary _____

Position _____  Supervisor _____

Duties _____

_____

Reason for leaving? _____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Employer __N/A_____

Address _____

_____

_____

From _____  To _____

Starting Salary _____  Ending Salary _____

Position _____  Supervisor _____

Duties _____

_____

Reason for leaving? _____

_____

16. Are you a civil service employee?

    Yes _____    No ___✓___

16a. Did you file a civil service complaint regarding the above problem?

    Yes _____    No ___✓___

16b. What is/was the status of your civil service complaint, if applicable?

    _____
    _____

17. Have you filed a complaint about this matter with any other commission or agency?

    Yes _____    No ___✓___

    If so, please specify the Commission or agency and the date you filed, to the best of your recollection.

    Name of Agency or Commission _____

    Date Complaint Filed _____

    Docket Number, If Known _____

18. Have you taken any court action regarding this matter?

    Yes _____    No ___✓___

    If so, please specify in what court and the date you filed, to the best of your recollection.

    Name of Court _____

    Date Action Filed _____

    City _____   County _____

If there are other facts you feel should be considered, record these on the last page of the questionnaire (Continuation Page).

IN-6 FORM            Failure to Hire Questionnaire            (page 9)

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. Section 4904, relating to unsworn falsification to authorities.

_Rowena V. Wagner_      _February 20, 2003_
Signature      Date

_166 North Franklin Street P.O. Box 781_
Address

_Cochranton PA, 16314_      _(814) 425-7651_
City, State and ZIP Code      Telephone Number