PRELIMINARY COPY

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# ARTICLE I

## PREAMBLE

This Agreement entered into this 11th day of April, 2007, by and between the Board of Education of Conneaut School District, Linesville, Pennsylvania, hereinafter called the "Board" and the Conneaut Education Association, hereinafter called the "Association."

## WITNESSETH:

WHEREAS, the parties have reached certain understandings which they desire to confirm in this Agreement.

In consideration of the following mutual covenants, it is hereby agreed as follows:





DEFENDANT'S
EXHIBIT
H H
CA No 04-264E

PRELIMINARY COPY

1
2  ARTICLE II
3
4  RECOGNITION
5
6      The Board hereby recognizes that the Conneaut Education Association PSEA/NEA is the
7  exclusive representative of the employees of the Conneaut School District in the unit described
8  below for the purposes of collective bargaining with respect to wages, hours and terms and
   conditions of employment.

11  UNIT        In a subdivision of the Employer unit comprised of teachers, librarians,
12              nurses, counselors, and home and school visitors and excluding
13              supervisors, first level supervisors, and confidential employees as defined
14              in Act 195.
15
16      Pennsylvania Labor Relations Board Certification of Representative No. PERA-R-
17  1490-W, dated February 18, 1972.

PRELIMINARY COPY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

## ARTICLE III

## MANAGEMENT RIGHTS

A.    It is understood and agreed that the Board at its discretion possesses the right, except as expressly provided otherwise by this agreement, to determine and administer school policy, to manage all operations of the school district, including the direction of employees and the right to plan, direct and control the operation of all property of the Board.

B.    Rights as stated in this article are not intended nor should they be considered restrictive or a waiver of any other right of the Board not listed whether or not such rights have been exercised by the Board in the past.

Preliminary Copy

PRELIMINARY COPY

ARTICLE IV

<u>NOTICE</u>

Whenever any notice is required to be given by either of the parties to this agreement to the other party, pursuant to the provision(s) of this Agreement, either party shall do so by hand delivery, facsimile, first class mail, email, or inter-school mail at the addresses listed below:

     1.    Association to Board:            Secretary of Board
                                             Conneaut School District
                                             219 West School Drive
                                           Linesville, PA  16424
                                           (fax) 814-683-4127

     2.    Board to Association:            President
                                             Conneaut Education Association
                                           Information to be provided annually

The Parties recognize that, due to the nature of the available facilities, the confidentiality of facsimile transmissions and email cannot be guaranteed.  These means of communications should be used with that limitation in mind.

PRELIMINARY COPY

ARTICLE V

MEET AND DISCUSS

A.  COMMITTEE FOR BUILDING

1.  The principal of a school or his designated representative may meet during the school year with the faculty committee of that school to discuss school operations as well as questions relating to the implementation of this Agreement.

   (a)  At the elementary level, the school committee shall consist of one (1) teacher from the primary grades, one (1) teacher from the intermediate grades and the principal.

   (b)  At the secondary level, the school committee shall consist of two (2) teachers, each of which must be from different grade levels, and the principal.

   (c)  The teacher representatives shall be appointed by the Association.

B.  CONDITIONS FOR MEETING

1.  Some items appear to be in the meet and discuss category as set forth in Section 702 of Act 195. The provisions of Article III will not be subject to the grievance and arbitration provision of this Agreement. It is agreed that the parties shall each designate a committee composed of three (3) members who shall meet on the following basis:

   (a)  The date and time of the meeting shall be mutually established.

   (b)  Items for the agenda shall be exchanged prior to each meeting to enable the other party to review the item prior to the meeting.

   (c)  Each party may from time to time change the membership of the meet and discuss committee. Membership may include both Board representation and school administrators; the Association representation from the education field or area under discussion.

   (d)  Any determinations shall remain with the School Board. It shall promptly notify the president of the CEA following action at a meeting.

PRELIMINARY COPY

ARTICLE VI

GRIEVANCE PROCEDURE

A.    DEFINITIONS

   1.    Grievance

      A "grievance" is hereby defined as an alleged violation by a teacher or teachers regarding the meaning, interpretation, or application of any provision of this agreement, and becomes a grievance when it reaches Level One.

   2.    Aggrieved Person

      An "aggrieved person" is the teacher or group of teachers who submit a grievance or on whose behalf it is submitted by the Association.

   3.    Teacher

      Any person in the unit covered by this agreement.

   4.    Days

      "Days" as enumerated in the Grievance Procedure will be Monday through Friday, except legal holidays.

   5.    Time Limits

      Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level shall be strictly followed.  When a person becomes aware of a possible grievance, and the aggrieved person fails to process that grievance in accordance with the established time limits, the grievance shall be deemed to be dropped.

      When a member of the administration or Board fails to resolve a grievance in accordance with the established time limits, it may be advanced to the next step. The time limits may only be extended by mutual agreement in writing.

   6.    Year-End Grievance

      All grievances remaining unresolved at the end of the school year shall be resolved as soon as possible thereafter.

PRELIMINARY COPY

7.  Informal Conference

A teacher or teachers with a grievance shall within ten (10) days of when he/she should reasonably have known of the grievance, discuss it with his/her principal or immediate supervisor, with the objective of resolving the matter informally.

8.  Informal Conference – District Level

If the grievance is concerning a matter that originated at the district level rather than at the building level, then this informal conference can be discussed with the Superintendent or his designated representative.  If a matter such as this is not resolved at the informal conference, formal initiation of the grievance will be at Level Two – Superintendent.

B.    PROCEDURE

1.  Level One – Principal or Immediate Supervisor

If the matter is not settled in the informal conference, the aggrieved party initiating the alleged grievance shall present the alleged grievance, in writing, and on a form mutually prepared and agreed to by the Board and the Association (Appendix A), to the Principal or his designated representative(s) within ten (10) days after the informal hearing.  The principal, or his designated representative(s) shall discuss the grievance with the aggrieved and/or his designated representative(s) and answer in writing within five (5) days after the formal presentation of the grievance.

2.  Level Two – Superintendent

If the aggrieved is not satisfied with the disposition of the grievance at Level One, the grievance shall be referred in writing to the Superintendent or his designated representative within ten (10) days after the receipt of the answer from Level One.

A meeting shall be scheduled within ten (10) days following the appeal to the Superintendent.  The Superintendent shall respond to the grievance within five (5) days after the meeting is held.

3.  Level Three – Board

If the aggrieved is not satisfied with the disposition of the grievance at Level Two, the grievance shall be referred in writing to the School Board within ten (10) days after receipt of the answer from Level Two.

The appeal to the School Board shall be addressed by the Board at its next regularly scheduled meeting. The School Board or its representative(s) shall

respond to the grievance within five (5) days after the meeting is held.

4. Level Four – Arbitration

The Association may appeal for arbitration after the decision has been rendered at Level Three, within ten (10) days from the date of the decision at Level Three, by giving notice of such intention to the Superintendent within the above ten (10)-day period, subject to the following principles and procedures:

a. Selection of the Arbitrator

Selection of the arbitrator will be as stated in Section 903 of Act 195. If mutual agreement between the parties on the selection of an arbitrator cannot be reached within five (5) calendar days following the notice given in Level Four above, the parties shall request a list of arbitrators according to the provisions of Section 903(1) of the Public Employee Relations Act.

b. Duties of the Arbitrator

It is the duty of the arbitrator to hear both parties of the dispute, draw conclusions, and make recommendations to the parties which will be binding on all affected.

c. Jurisdiction of the Arbitrator

The arbitrator's function is to decide cases of alleged violations of the provisions of the agreement. The arbitrator shall not supplement, enlarge, diminish, or alter the scope of meaning of this agreement and its appendices as it exists from time to time, or any provisions therein, nor entertain jurisdiction of any subject matter not covered thereby (except to the extent necessary to determine his jurisdiction).

d. Hearings

All hearings will be held in Linesville, Pennsylvania, unless the Association and the Board mutually agree to another location. The arbitrator will provide two (2) copies of his decision to each party as soon as possible after closing of the hearings.

The compensation and expenses of the arbitrator shall be borne equally by the parties.

5. Teacher and Association

Any aggrieved person may be represented at levels one through three of the

PRELIMINARY COPY

1
2
3
4
5
6
7
8
9
10

grievance procedure by him/herself, or at his/her option, by a representative selected or approved by the Association. When a teacher is not represented by the Association, the Association shall have the right to be present and to state its views at such stages of the grievance procedure.

6. Confidentiality

Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

PRELIMINARY COPY

# ARTICLE VII

## MAINTENANCE OF MEMBERSHIP

A.    PROVISION

The Board agrees that all employees who are presently members and all employees who later become members of the Association shall be subject to the "maintenance of membership" provision as defined in Article III, Sub-section (18) of the Public Employee Relations Act, Act 195.

B.    NOTIFICATION OF RIGHT TO DISCONTINUE MEMBERSHIP

This article shall serve as notice to the members of their right to discontinue membership in the Association, at least fifteen (15) days prior to the expiration of this agreement.

PRELIMINARY COPY

# ARTICLE VIII

## RIGHTS OF PROFESSIONAL EMPLOYEES

A.    JUST CAUSE

No employee shall be discharged, disciplined, suspended, reprimanded, reduced in rank or in compensation without just cause.  The reason or reasons for the disciplinary action will be made available to the affected employee.

B.    STATUTORY SAVINGS CLAUSE

Nothing contained herein shall be construed to deny or restrict to any professional employee such rights as he may have under the Public School Code of 1949 as amended, or the Public Employee Relations Act, Act 195.

C.    REQUIRED MEETINGS OR HEARINGS

Whenever any professional employee is required to appear before the Superintendent, Board or any committee thereof concerning any matter which could adversely affect the continuation of the employee in his office, position or employment or the salary or any increments pertaining thereto, he shall be given one day prior written notice of the reasons for such meeting or interview and may have a representative of the Association present.

D.    RELEASE TIME FOR MEETINGS

Whenever any representative of the Association or any teacher is required by the Administration or board to participate in conferences or meetings, he shall suffer no loss in pay.

PRELIMINARY COPY

ARTICLE IX

PERSONNEL FILE

A.    CONTENTS AVAILABLE

A professional employee shall have the right, upon request, to review the contents of his/her personnel file in the presence of the Superintendent or his designee and to receive copies at the employee's expense of any documents contained therein. A professional employee shall be entitled to have a representative of the Association accompany him/her during such review.

B.    DEROGATORY MATERIAL

No material related to a professional employee's conduct, service, character, or personality shall be placed in his/her personnel file unless the professional employee has had an opportunity to review such material, and by affixing his/her signature to the copy to be filed with the express understanding that such signature in no way indicates agreement with the contents thereof. If the professional employee refuses to sign, indicating his/her awareness of the material, this shall be so noted on the form. The professional employee shall also have the right to submit a written answer to such material and his/her answer shall be attached to the file copy.

C.    NO SEPARATE FILE

Although the Board agrees to protect the confidentiality of personal references, academic credentials and other similar documents, it shall not establish any separate personnel file which is not available for the professional employee's inspection.

PRELIMINARY COPY

# ARTICLE X

## EMPLOYEE EVALUATION

1. The Board agrees that all formal observations of the work performance of professional employees will be conducted openly, and classroom observations will be conducted with the knowledge of the employee.

2. All teacher evaluation (ratings) will be conducted in accordance with existing law and directives of the Department of Education of the Commonwealth of Pennsylvania. All local procedures will be subject to these legal requirements.

3. Professional staff will be notified in writing of the results of observations that will be utilized in the determination of teacher ratings. This notification will include a summary of the observation and any conclusions reached, commendations and recommendations.

4. Within ten (10) days of an observation, the observed professional staff member will be given an opportunity to discuss the results of the observation. The employee shall have the right to have a representative of the Association accompany him/her to the conference if he/she so desires. This conference will be scheduled at a mutually agreed time. If there is no mutually agreed upon time within ten (10) days the observer will schedule a meeting at his/her discretion within the next five (5) days.

5. When employees are rated they shall be rated as being satisfactory or unsatisfactory.

6. Observations that may result in an unsatisfactory rating will clearly indicate this possibility and will include recommendations for professional development and the correction of these deficiencies.

7. Professionals will be given a dated, signed copy of all observations that will be utilized in the determination of teacher ratings, recommendations and commendations and will be asked to sign the report signifying that they were shown the results of this evaluation. If the professional refuses to sign indicating his awareness of the report, this will be so noted on the form. An employee may respond in writing to the unsatisfactory rating. This correspondence will be maintained in the employee's personnel file.

8. All temporary professional employees are to be observed a minimum of once each semester and tenured professional employees are to be observed a minimum of once each year.

9. All professional employees are to be rated a minimum of once each year.

10. Temporary professional employees are to be rated a minimum of twice a year (at least once every semester).

PRELIMINARY COPY

1
2
3
4
5

11.    The parties agree to meet and discuss this matter periodically in an effort to improve the effectiveness of performance evaluation methods and procedures.  The parties accept and endorse the concept of keeping teachers informed of the result of various performance evaluation, both formal and informal, as well as the value of providing guidance and constructive criticism in the interest of improving educational standards.

PRELIMINARY COPY

ARTICLE XI

SUBSTITUTES

A.    When any member of the bargaining unit is absent from his/her assigned duties, an attempt shall be made to employ a professional certified in that specific area. If such a substitute is unavailable, the vacancy will be filled with any other certified professional.

It is understood between the parties that the District will try to eliminate the use of regular staff as substitutes. If they are used, the District will rotate staff so as to not have the same person filing in all the time. When regular staff are used as substitutes during their preparation time, such staff shall be compensated at the hourly rate specified in Article XVI of this Agreement. Any fractional part of an hour shall be considered as a full hour for compensation purposes.

B.    LONG TERM SUBSTITUTES

1.    "Long Term Substitutes" are defined as temporary professional employees who are continuously employed under a letter of appointment during the absence of the same regular full-time or part-time employee for a period of 91 or more consecutive days. They shall be subject to the provisions of this article.

2.    Long-term substitutes shall be paid in accordance with the salary schedule provisions found in Article XXV A. and Appendix D.

3.    Long term substitutes shall receive no preferential treatment or seniority credit for any vacancies in any regular or supplemental positions and shall be treated for such purposes as a non-employee applicant. For purposes of reduction in force, reassignment, and/or recall, long–term substitutes shall have no right to claim seniority standing.

4.    The termination of, or non-renewal of long-term substitutes, or the failure to select a long term substitute for any vacancy shall not be subject to the just cause provisions of this agreement or subject to review under the grievance procedure.

5.    Long-term substitutes shall be eligible for fringe benefits provided by this agreement, in Article XXIII A and C, prorated where appropriate.

6.    Long-term substitutes will be paid every two weeks and no money will be withheld to be paid over the summer months. If a long-term substitute commences work in the middle of a pay period, he will not be paid until the end of the subsequent pay period.

PRELIMINARY COPY

ARTICLE XII

EQUIPMENT AND FACILITIES

The president and officers or designees of the Conneaut Education Association shall be allowed the free use of the facilities of the Conneaut School District to hold meetings as long as the purpose of the meeting and use of the building conform to the Board of Education's policies.

The Association may use school equipment, including typewriters, mimeographing machines, copying machines, audio visual equipment, computers, the internet, school mailboxes and the use of inter-school mail facilities at reasonable times and when such equipment is not otherwise in use and does not interfere with school business.

The Association may have the use of the bulletin boards in each school building, as they have had in the past.

The Association shall pay for the cost of all materials and supplies incidental to such use, and for any repairs necessitated as a result thereof.



PRELIMINARY COPY

ARTICLE XIII

VACANCIES AND TRANSFERS

The assignment and transfer of professional employees within the district shall be in accordance with the instructional needs of the district.

All professional employees should consider themselves employees of the Conneaut School District and as such recognize that they are subject to and may be, assigned and/or transferred to appropriate positions, based upon their certification, throughout the district.

A.    VACANCIES

Whenever the Board declares a vacancy or a new position is to be filled, the Superintendent shall post notice of same for no less than two (2) weeks before the position is filled, except in cases of emergency.

District employees shall have the same consideration for the vacancy or new position, as outside applicants.  The applicants with the highest rating shall be granted the position. All applicants shall be advised of the rating system prior to interviews.  If ratings are equal among the top applicants of which one or more are district employees, the position will be filled by the most senior district employee.  If there is no acceptable applicant, the district reserves the right to transfer personnel within certification requirements.

B.    VOLUNTARY TRANSFER

Professional staff may request a voluntary transfer to a building or subject/grade level other than their current assignment.

A member desiring a transfer shall forward a written request to the Superintendent, by April 1, each year, stating the reason for the request.  Re-application will be necessary each subsequent school year.

Final transfers will be made by the Superintendent in consultation with the building principals.

C.    INVOLUNTARY TRANSFER

Involuntary transfers will be made only in the best interest of the school system as determined by the Superintendent.  The Superintendent shall, in considering any assignment or transfer, base a decision on:  the need to balance various teaching skills among the schools; changing pupil population within the schools of the district; and the impact on the educational program of the proposed assignment.

In the event of an involuntary transfer, a conference will be held with the party involved.  The

PRELIMINARY COPY

1   purpose of this conference is to explain the reason for transfer and will be held prior to its
2   implementation.  Whenever administratively possible, the teacher shall be given 45 days prior
3   notification of said transfer.
4
5

PRELIMINARY COPY

ARTICLE XIV

NOTIFICATION OF SCHEDULES AND ASSIGNMENTS

Teachers shall be given written notice of their schedule for the forthcoming year no later than July 1. In the event that changes in such schedules are necessary due to resignations, deaths, school closings and other events beyond the control of the Board, all teachers affected shall be notified in writing as soon as administratively possible.

PRELIMINARY COPY

ARTICLE XV

TEACHER WORK YEAR

The work year for teachers shall be 185 scheduled work days.  Additionally, each teacher shall be required to provide additional hours of service, as noted below, throughout the school year without additional consideration and in addition to the normal work day at the discretion of the building principal, provided that the work assigned during that time is within the range of assignments and activities approved by the Superintendent.

In accordance with regulations promulgated by the Superintendent, the building principal and the building representatives in each building shall meet and determine the dates and times when the access hours will be added to the work day.  It is the intention of the parties that the access hours will be scheduled by the parties giving all staff members appropriate notification of scheduled activities.  (It would be recommended that a two-week notice be used.)  The building principal and building representatives within that building may, by mutual agreement, modify the schedule of activities during the course of the year on an "as needed" basis.

In the case of individual conflicts or missed time, the building principal shall permit the affected employee to make up the missed hour(s) through other activities within the parameters established by the Superintendent's regulation and with the approval of the principal or Superintendent.

The additional hours to be served shall be 12.5 access hours each school year during the life of the Collective Bargaining Agreement.

PRELIMINARY COPY

# ARTICLE XVI

## WORK DAY

1. The teacher work day shall be 7-1/2 hours, exclusive of any access hours provided for by Article XV, above.

2. A thirty (30) minute, duty-free lunch period shall be included in the teacher work day. A teacher may leave the school building during his/her scheduled duty-free lunch period, provided that he/she signs out and in at the office.

3. Except as provided for in Article XV of this Agreement, any teacher who is required by the Board, or its administrative representatives, to work after the teacher work day will be paid at the rate of $21.00 per hour for such work during the 2006-2007 school year. Beginning with the 2007-2008 school year teachers will be paid at the rate of $22.00 per hour for such work. The rate shall increase to $23.00 in 2008-2009, $24.00 in 2009-2010, $25.00 in 2010-2011 and then to $26.00 for the 2011-2012 school year. The exceptions shall be emergency faculty meetings or consultations, as well as teachers volunteering to attend school functions, such as open house and parents nights.

4. Teachers shall be available, unless excused, to parents for consultation or for faculty meetings after the last regularly scheduled class and prior to the end of the teacher's working day, except in cases of emergency. Consultation shall be by appointment and such meetings shall be arranged within five (5) working days, except in cases of emergency.

5. Teachers will be given advance notice of faculty meetings three (3) days prior to any such meetings, except in cases of emergency. Such meetings will be held during the regular work day of 7-1/2 hours or through the use of access hours, except in cases of emergency.

6. Mentor teachers in the District's Induction Program will be paid at the negotiated hourly rate as expressed in this Article.

PRELIMINARY COPY

ARTICLE XVII

PREPARATION TIME

All professional staff will, in addition to their lunch period, have daily preparation time during which they shall not be assigned to any other duties, as follows:

| | |
|---|---|
| Elementary | ½ to 1 hour |
| Secondary | 1 period |

The only exceptions to the above shall be when there is a true unavailability of substitutes as covered in Article XI or in cases of emergency.  The District will put forth its best effort to provide each teacher with this preparation time.

Preliminary Copy

PRELIMINARY COPY

ARTICLE XVIII

PROFESSIONAL DEVELOPMENT

D.    In order to encourage members of the bargaining unit towards further self-improvement and teaching proficiency in their current certification, or leading to a further certification, the Board will reimburse members the cost of tuition paid for each credit subject to the following conditions and restrictions:

1.    (a)    Notification of the course(s) to be taken must be submitted to the Superintendent prior to enrollment.

(b)    A pre-requisite for approval, by the Superintendent shall be that the course(s) are offered by an accredited college or university and shall be graduate level course(s);

(c)    Reimbursement will be made only for courses in which a grade of "B" (3.0) or higher is received;

(d)    Request for reimbursement must be made in the same fiscal year as the course(s) taken;

(e)    Proof of payment and certificate of course(s) completed must be submitted, to the Superintendent, prior to reimbursement. Where permitted by the college/university, tuition costs may be deferred and, upon receipt of a certified transcript indicating a grade of "B" or above, will be paid directly by the District;

(f)    Reimbursement for course(s) shall be limited to the Pennsylvania State University system tuition rate;

(g)    Travel expense, textbooks, supplies or any other incidental expenses shall not be included in the reimbursement.

(h)    No reimbursement shall be made for courses completed whose cost has been fully covered by scholarship or government or private grant. In cases where a partial scholarship or grant covers a portion of the tuition cost, the Board shall pay the difference in tuition cost up to the Pennsylvania State University system tuition rate limit.

(i)    If the member voluntarily leaves the District to accept other employment within three (3) years of the date of reimbursement, the member shall reimburse the District for the amount of payments made on the member's behalf for any courses taken by the member outside of the member's current certification. The member's obligation to reimburse the District

PRELIMINARY COPY

shall not apply in the event that the member is furloughed by the District. For any reimbursement due from a member, the member shall have three (3) years from the date he/she leaves the District to make repayment in full to the District.

2.     A teacher shall be reimbursed for tuition, textbooks, supplies, and travel expense incurred in connection with any workshops, seminars, conferences or in-service training sessions which a teacher is required and/or requested to take, by the Superintendent; after proof of completion has been submitted to and approved by the Superintendent.

3.     In order to provide for an exchange of ideas and to profit from observing firsthand what other schools and teachers are doing, teachers in the Conneaut School District may be permitted one full day's leave during each school year to visit a classroom in the teacher's grade or subject field in some other school. Such a day's leave shall be with full pay. All other expenses incidental to such leave (transportation, meals, etc.) shall be borne by the teacher who has been granted leave.

Arrangements for such leave should be made in cooperation with the school administration with a view to reducing a minimum any inconvenience to the school as a result of a teacher's absence. A maximum of 20% of the faculty may be granted this leave in any one year. The Association shall be informed when the 20% limit has been reached.

4.     There may be times when a teacher can show evidence that a course at the undergraduate level, or in-service, will contribute to his/her professional proficiency. In such an event, upon recommendation of the Superintendent and prior approval by the Board, the teacher shall be granted course credit reimbursement up to the Pennsylvania State University system tuition rate limit.

PRELIMINARY COPY

ARTICLE XIX

REIMBURSEMENT

A.  Teachers required by the Board or the Administration to drive personal automobiles from one school building to another in the course of their work on behalf of Conneaut School District, shall receive a transportation reimbursement per mile as regulated by the maximum allowance permitted by the Internal Revenue Service.  The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the school year.  The same allowance shall be given for use of personal cars for field trips or other School Board approved business of the District.

B.  Payment requires the monthly submission of an itemized expense statement on the authorized form, signed by the person claiming reimbursement.  The submission of the authorized form for reimbursement by no later than the thirtieth (30th) day of the month subsequent to the month for which payment is being requested, shall bring payment following the next scheduled Board meeting.

C.  REIMBURSEMENT FOR LOSS OR DAMAGE

Articles Brought Into School For Use of Teaching

1.    When a teacher brings articles of his personal property into a school building for use in aid of teaching, he shall be reimbursed for any loss or damage to such articles up to a maximum of $500.00 per item provided the loss or damage is not caused wholly or in part by the negligence or intentionally destructive acts of the teacher and provided further that the procedure described below is followed.

Upon arriving at school with such articles, the teacher shall, before the beginning of the school day, register the articles with the building principal through the use of a form provided by the District.  The form shall contain a place for the declaration of a value for the item in question and time the item will be on the premises.  The form shall also contain a place for the principal to indicate whether he approves both the coverage of the articles and the amount declared.  The action of the principal shall be final with respect to the application of this section.

PRELIMINARY COPY

ARTICLE XX

PAYROLL DEDUCTIONS

It is understood that the Board will be held harmless against any and all claims of liability which may arise out of, or by reason of, action taken or not taken by the Board in compliance with this Article. Mistakes will be corrected in the next scheduled pay period.

A.    MEMBERSHIP DUES DEDUCTIONS

The Board agrees to make deductions from the salaries of members of the local Association, the Pennsylvania State Education Association, and the National Education Association as said members authorize the Board to deduct and transmit the monies by check promptly to the Conneaut Education Association each month.

1.    Deductions referred to in Paragraph A above will be made in eight (8) equal successive installments beginning with the first pay in October.

2.    No later than September 15th each year, the Conneaut Education Association will provide the Board with a list of those employees who have authorized the Board to make deductions for the Association in Paragraph A above.  (Appendix B)

B.    CREDIT UNION DEDUCTIONS

The Board agrees to deduct members' contributions and/or payments to the Meadville Area Federal Credit Union.

C.    DIRECT DEPOSIT

Teachers will have direct deposit after filling out the forms at Central Office.  Monies will be deposited each pay date.  The employee will receive a printed voucher on each pay date showing all deductions and net pay.

PRELIMINARY COPY

ARTICLE XXI

PAID LEAVES

A.    SICK LEAVE

    1.    Active full time employees shall be credited with ten (10) days of sick leave each school year.  Any unused leave shall be cumulative from year to year without limitation.

    2.    A doctor's certificate, as proof of illness or disability, is required for an absence from work of five (5) or more consecutive days.  For absences of ten (10) or more days in any one school year, a doctor's certificate may be required where the Board has reason to believe that the employee is abusing his/her sick leave privileges.

    3.    Teachers shall be given a written accounting of accumulated sick leave no later than the first pay period of each school year.

B.    PERSONAL LEAVE

    1.    All active full time employees shall be eligible for three (3) paid personal leave days each school year.  One day of notification shall be given to the employee's building principal, except in cases of emergency.

    2.    The Association recommends that this leave should not be taken during the first two (2) or last two (2) weeks of the school year except when absolutely necessary. If an employee needs to use personal leave during the last two (2) weeks of the teacher year, he/she must give two (2) weeks' notice, except in the case of an emergency.

    3.    Unused personal days shall accumulate as sick leave days at the end of the school year.

C.    DEATH LEAVE

    1.    Leave for death in the immediate family or of a near relative shall be granted as provided in the Pennsylvania School Code of 1949, as amended, Section 1154(b)(c).  The definition as to who is included as a member of the immediate family and who is a near relative shall include those related by marriage. Additional time may be granted if it is deemed necessary by the Board.

PRELIMINARY COPY

D.    SABBATICAL LEAVE

    1.    General Provisions

        a.    Sabbatical leaves shall be granted to professional employees in accordance with the provisions of the Pennsylvania School Code of 1949, as amended.

        b.    All professional employees requesting sabbatical leave shall make application for such leave to the Superintendent not later than ninety (90) days prior to the school semester(s) during which the leave is desired. The requirement with respect to date of application shall be waived in the event of a request for a sabbatical leave for health reasons.

        c.    Request for leave shall be in writing and shall contain the following:

            (1)    the specific purpose for which the leave is desired.

            (2)    the dates when the employee desires to have the leave begin and terminate.

In addition to the general provisions as set forth in Section D of this article, the following conditions shall apply governing the granting of sabbatical leaves for restoration of health, and professional development.

    2.    Health

        a.    The application which is submitted for leave shall be accompanied by a statement from the applicant's physician indicating that the applicant is in need of such leave. The Board reserves the right to require the applicant to be examined by a physician and/or medical specialist at school district expense.

        b.    An employee on leave is obligated to utilize the leave solely for the restoration of health. Employment during the period of leave will invalidate the employee's claim for reimbursement for the sabbatical leave unless such work has been prescribed by the employee's physician.

        c.    Upon actual return from leave the employee must submit a statement from his/her physician and/or the Board's appointed doctor (upon Board request and at Board expense) of certification of fitness to resume full-time employment (appropriate to the employee's position).

3.    Professional Development

In keeping with 24 P.S. §11-1166.1, professional staff may request a leave of absence for the purpose of professional development, for activities directly related to the staff member's professional responsibilities, as determined by the Board and as required by the Commonwealth Board of Education or by the laws of the Commonwealth of Pennsylvania for professional certification or commission, or to improve professional competency. Such sabbaticals are subject to the requirements of §§11-1166.1(a) and (b) and 11-1167 through 11-1170.

a.    Professional staff requesting such a sabbatical shall submit to the Board a detailed plan describing the professional development activities to be undertaken.

b.    Upon completion of any such leave approved by the Board, the employee shall provide to the Board satisfactory evidence that the plan, as approved, was fully complied with during the leave period. Failure to satisfy this requirement shall result in the forfeiture of all benefits to which the employee would have been entitled during the leave period, except where such compliance is prevented by illness or physical disability.

E.    ASSOCIATION LEAVE

Up to fifteen (15) days shall be granted for Association representatives, as designated by the Association President, to conduct Association business, to include but not be limited to conferences, conventions and workshops of local, state, and national affiliate organizations. The Association shall reimburse the District for the cost of the substitute for each of the days used.

ARTICLE XXII

UNPAID LEAVES

A.    UNPAID PROFESSIONAL STUDY LEAVE

A leave of absence of up to one (1) year may be granted, by the Board, to a teacher for the purpose of engaging in study that is related to his/her professional responsibilities, at an accredited college or university. Upon return from leave, the teacher shall be placed at the appropriate class experience step on the salary schedule. The teacher shall notify the District in writing not later than 60 days prior to the end of the semester in which the leave terminates, of his/her intention to return.

B.    GENERAL LEAVE OF ABSENCE

A leave of absence of up to one (1) year may be granted, by the Board, to a teacher for any valid reason as determined by the Board.

C.    TEMPORARY DISABILITY LEAVE

1.    A leave of absence of up to one (1) year shall be granted to a teacher who is unable to perform his/her duties because of a temporary illness or disability including but not limited to disabilities caused or contributed to by pregnancy, miscarriage, abortion, childbirth, and recovery therefrom.

2.    While on temporary disability leave, the teacher may elect to have any accrued sick leave days applied.

3.    Requests for leave, due to an anticipated temporary disability, shall be in writing, accompanied by a statement from the teacher's personal physician certifying the disability, and except in cases of emergency, shall be filed with the Superintendent at least thirty (30) days in advance of the date on which the proposed leave is to become effective.

4.    Employees entitled to leave under the Family Medical Leave Act shall be entitled to their 12 weeks of unpaid leave in addition to any leave provided by this provision, subject to all requirements and qualifications of the FMLA. The District shall at all times comply with the FMLA. An employee may choose to use sick days and/or personal days for the birth of the employee's child; placement of a child with the employee for adoption or foster care; or when the employee is needed to care for a child, spouse, or parent with a serious health condition.

5.    Upon actual return from temporary disability leave, the employee must submit a statement from his/her personal physician and/or the Board's appointed doctor (upon Board request) of certification of fitness to resume employment. Whenever

30

the Board appoints its doctor as provided in this contract, the School District shall pay the costs incurred.

D.     CHILD REARING

Any professional employee shall be eligible for an unpaid leave of absence up to one (1) year for the purpose of child rearing of a natural or adopted child of pre-school age.

E.     CONTINUATION OF INSURANCE

When permitted by law, and the appropriate carriers, the employee who has been granted unpaid leave shall have the option to continue his/her present insurance coverages by paying the full cost of the premium.  These premiums shall be prepaid on a quarterly basis to the School District.

F.     RETURN FROM LEAVE

1.     No salary increments, seniority, sick leave or retirement benefits shall accrue to an employee for the period for which he/she is on an unpaid leave of absence; however, the employee shall not lose any of said benefits which had accrued up to the beginning of said leave.

2.     Returning employees shall notify the District in writing not later than thirty (30) days prior to the date of return to employment, except as provided in Section A of this Article and Section C of this Article where notification shall be in accordance of the provisions of current laws and regulations.

3.     Upon return from unpaid leave to active employment, the employee shall be assigned to his/her previous position or an equivalent assignment if such position exists in the District.  If such a position does not exist, the District will offer the employee another existing professional assignment for which the employee is certified, subject to the accrued seniority of the employee.

G.     EXTENSION

The Board may grant an extension for leave of absence without pay for temporary disability, upon written request of the employee, for a period of up to, but not more than six (6) consecutive months.

The request shall include proof of illness or disability in the form of a doctor's certificate and shall state a prognosis and expected date of return.

ARTICLE XXIII

EMPLOYEE INSURANCE

A.     HEALTH CARE INSURANCE

    1.   <u>Plan Design</u>.  The Conneaut School District will provide for each employee covered by this agreement and his/her dependents, health care as set forth in the Conneaut School District school plan (Group #46296-00).  Employees shall be responsible for the payment of plan deductibles, co-payments, and plan rate contribution in accordance with the plan design, which is appended to this Agreement as Appendix F (Traditional Plan).  Effective July 1, 2007 coverage shall be provided as set forth in the Conneaut School District school plan (Group # 14991-00).  Thereafter, employees shall be responsible for the payment of plan deductibles, co-payments, and plan rate contribution in accordance with the plan design, which is appended to this Agreement as Appendix F (PPO Plan).

    The dependents to be covered hereunder shall be those defined by the Conneaut School District plan of the Northwestern Region Employee Benefit Trust.

    As negotiated between the District and the Association, coverage provided through the above plan shall carry an annual maximum major medical benefit of $2,500,000.00 and a lifetime maximum major medical benefit of $6,000,000.00.  Further the parties have agreed that coverage under this plan shall not include treatments for impotence, sterility, or infertility.  This exclusion shall apply to treatments or procedures intended to cure, correct or reverse these conditions, but shall not be construed so as to exclude coverage for vasectomies, tubal ligations, hysterectomies or other procedures intended to cause sterility.

    Employees receiving medical insurance coverage shall contribute to the costs of such coverage according to the following schedule of monthly contributions.  The amount of the contribution shall be the same regardless of whether the employee is receiving individual, husband and wife, parent and child(ren), or family coverage.

| <u>2006-07</u> | <u>2007-08</u> | <u>2008-09</u> | <u>2009-10</u> | <u>2010-11</u> | <u>2011-12</u> |
|---|---|---|---|---|---|
| $0 | $30 | $35 | $35 | $40 | $45 |

    2.   <u>Dependent Coverage</u>.  Any professional employee who wishes to have the Conneaut School District provide the dependent coverage is required to supply the Business Office of the District with a list of dependents on a form supplied by the District on the first work day.  Professional employees must report any changes in dependents to the Business Office promptly in order to insure coverage.  In the event that the professional employee fails to notify the School

32

District in this manner, then the District is not obligated to provide coverage for dependents of the employee until such notification is given.

3. <u>Available Alternative Coverage</u>.  Where any professional employee has group health insurance coverage available through a plan offered by the employer of the employee's spouse, the employee shall have the option of electing such alternative group health insurance plan by which to be insured.  In the event alternative coverage is available to the employee, and is elected by the employee to be the primary coverage, the employee shall provide proof of such insurance and coverage for the employee and dependents to the District's Business Office.  Where available alternative coverage is elected and subsequently lost or changed in any way, employee and the employee's dependents shall be entitled to immediately enroll in the District's group health insurance plan.

The employee who elects to be covered for group health insurance with the alternative coverage may rejoin the District plan at any time if provisions under the Federal Health Insurance Portability and Accountability Act (HIPAA) apply.  If HIPAA criteria do not apply, an employee may elect to join the District plan by notifying the Business Office in writing on or before December 20.  Coverage will begin on January 1 of the subsequent calendar year.

4. <u>Opt-Out Incentive</u>.  Where alternative coverage is available, and the employee elects to be covered for group health insurance with the alternative coverage and, consequently opts not to be covered by the District's group health insurance plan, the employee shall be entitled to receive a monthly incentive payment from the District in the amount of $200 for each month that the employee opts not to be covered by the District plan.  For "opt out" purposes, the District agrees to sponsor and implement an Internal Revenue Code Section 125 Cafeteria Plan to the extent permitted by law and applicable regulations.  Under the Section 125 Cafeteria Plan, the employee shall have the option to elect not to be covered under a District-sponsored Insurance Benefit Plan for the plan year.  Any employee who waives coverage(s) available to the employee shall be eligible to receive a cash benefit specified above.

This incentive shall not be available where both spouses are employees of the District; however, there shall only be one premium share charged where both spouses are employees of the District.  Employees who opt out of the District's group health insurance plan shall not be charged a premium share.

5. <u>Retirement Coverage</u>.  The Board shall provide for the continuation of health care insurance after retirement for both the employee and his/her dependents at the employee's expense, as permitted by law and the appropriate carrier for a maximum of fifteen (15) years.  Upon reaching Medicare eligibility, retired persons and their dependents shall enroll in Medicare.  Proper notice of such enrollment shall be provided to the District's Business Manager.  At that time, the retired persons and their dependents shall also be enrolled by the District in a

33

1  Medicare supplement program providing coverage for unreimbursed Medicare
2  Part A and Part B expenses for the balance of the fifteen (15) years. The
3  Medicare supplement to be offered shall be the Pennsylvania Freedom Blue
4  Medicare Supplement offered through Highmark, or a Medicare supplement
5  program offering equivalent coverage. The District agrees to pay the premium
6  cost for this Medicare supplement program. For retirees eligible for Medicare
7  supplement coverage who move to a location where the Pennsylvania Freedom
8  Blue Medicare Supplement program is not available, the retiree shall be enrolled
9  in another Medicare supplement program that is available in the area. In that
10  event, the District shall pay for such Medicare supplement for the retiree in the
11  amount of the actual cost of the Medicare supplement up to the applicable
12  Pennsylvania Freedom Blue Medicare Supplement rate. The retiree shall be
13  responsible for the balance, if any, of the supplement cost. This provision shall
14  not apply to employees who retired from the District on or before June 30, 2006,
15  and who are presently purchasing, in full or in part, coverage through the
16  District's carrier.
17
18  Health care insurance provided to employees after retirement shall be limited to
19  the employee and any spouse or dependents covered by the District's group health
20  insurance plan at the time of employee's retirement.
21
22  B.    LIFE INSURANCE
23
24  The Conneaut School District shall provide term life insurance on each professional
25  employee who is an active full-time teacher and who is not retired. The School District
26  shall pay any and all premium charges. Said insurance shall provide death benefits of
27  $50,000, and an Accidental Means, Death and Dismemberment provision. The Conneaut
28  School District reserves the right to select the insurance carrier to provide such insurance.
29
30  Teachers leaving employment of the District shall have the right to convert this policy to
31  an individual policy at no cost to the School District within thirty-one (31) days of
32  termination, in accordance with Pennsylvania law.
33
34  C.    DENTAL INSURANCE
35
36  The Board will provide a basic dental care plan underwritten by Delta Dental of
37  Pennsylvania plan agreement No. 114, September 1, 1977 with maximum coverage of
38  $1,500, and orthodontic maximum coverage of $1,500 for dependent children, and shall
39  pay the premium for each teacher and his/her dependent(s) as defined by the plan. Any
40  professional employee who wishes to have the Conneaut School District provide
41  dependent coverage is required to supply the Business Office of the Conneaut School
42  District with a list of dependents on a form supplied by the District on the first work day.
43  Professional employees must report any change in dependents to the Business Office.
44  The Board shall provide for continuance of dental care insurance after retirement for both
45  the employee and his/her dependent(s) at the employee's expense as permitted by law

and the appropriate carrier, subject to the same notification provisions as stated above.

D.   VISION CARE INSURANCE

The Conneaut School District shall provide for each employee covered by this Agreement Vision Care Insurance. The School District shall pay any and all premium charges for vision coverage for the employee and his/her family dependent(s). The Conneaut School District reserves the right to select the insurance carrier to provide such insurance. In selecting the vision care insurance carrier, the plan chosen will provide for full coverage for examination, and lenses as provided by the carrier once every 12 months when choosing a participating doctor (24 months for frames), and will provide for partial coverage when choosing a non-participating doctor. (See Appendix C).

E.   ENROLLMENT PROVISIONS

Where individual enrollment is required by any of the above insurance plans, teachers must comply with these provisions for their benefits to be effective. Any such provisions applicable for individual enrollment shall be put into writing and all employees shall be given a copy prior to the due date for enrollment.

F.   CHANGE OF CARRIER

The District shall have the right to change health care insurance carrier subject to the following safeguards:

    1.   The District will notify the Association sixty (60) days in advance of any contemplated change in carrier and will, upon request, meet with the Association and a representative of the carrier to review the proposed change of carrier.

    2.   In the case of a change involving hospitalization, surgical and Major Medical insurance, the carrier must be readily usable by persons who require hospitalization at area hospitals or while traveling.

    3.   The benefits provided must be equal to or better than those previously furnished.

G.   SECTION 125 PLAN

    1.   The District agrees to establish a Section 125 Plan of the Internal Revenue Code which allows participants the option of deferring salary, on a pre-tax basis, to pay for medical expenses, prescription drugs, dental care, eye care, dependent care, and other qualifying expenses of such plans. The employer shall establish this benefit in a manner consistent with, and to meet all requirements of, Section 125 of the Internal Revenue Code, as amended, including the development of a separate plan document, if necessary, to be approved by the Association, and the

PRELIMINARY COPY

filing of all initial and subsequent documentation required to maintain such a plan. Employee contributions are not subject to Federal Income Tax, Social Security Tax or other such taxes as may be appropriate. The employer agrees to establish said plan July 1, 2007 or as soon thereafter as possible.

2. The Section 125 program shall be implemented and administered by Kades-- Margolis and their designated administrator and insurance carrier (currently Security Benefit Group).

3. Employees' census data will be provided electronically to Kades-Margolis or their designated administrator and insurance carrier in order to establish the plan. The District will initially provide for a one (1) hour mandatory group presentation in each building or combined buildings during in-service or at another time provided for by the District. In subsequent years, the provider will conduct a thirty (30) minute group presentation for interested employees during the designated in-service teacher work day. Each year, the District will allow one-on-one enrollment meetings at the end of the school day.

4. The District will establish a payroll deduction slot for Kades-Margolis or their designated administrator and insurance carrier. An employee may elect to withdraw from or enroll in the plan on a yearly basis at times approved by the District, the Association, the plan administrator and the Internal Revenue Code.

5. Employees, at their option, may choose to participate in said plan in accordance with the following provisions:

(a) Employees must provide written notification, prior to the start of the plan year, of the amount they choose to contribute to a flexible spending account. Changes during the plan year will be allowed only when there is a change in employee or employee family status as defined by the IRS.

(b) The maximum contribution for each employee shall be forty percent (40%) of the employee's gross income up to the maximum dollar amount allowable under law. The designated amount shall be deducted from the employee's salary through payroll deduction in equal installments over the period of the plan year.

(c) Employees must use the money designated for allowable expenses within the plan year or forfeit unused amounts. Employees shall have several months following the conclusion of the plan year to submit any expenses within the plan year, pursuant to current tax law. Any forfeited balances shall be used by the employer to offset administrative costs of operating the plan.

(d)     The period of coverage shall be twelve (12) months or the entire length of any shortened plan year agreed upon by the parties. Effective 2008, the plan year shall commence on January 1, 2008.

(e)     The participant must provide written substantiation of any claim prior to being reimbursed. Reimbursement shall be made once per month and will only be made for claims incurred during the period of coverage.

6.     The District and Association will support all educational programs involving this product and will encourage employees to participate in the plan.

PRELIMINARY COPY

ARTICLE XXIV

RETIREMENT INCENTIVE

A.   At retirement from the Conneaut School District and upon entering into the Public School Employees Retirement System, the retiring member shall be eligible for the following retirement incentive:

1.   Employee must have at least ten (10) years of service with the District.

2.   Employee must notify the Superintendent in writing no later than December 31 of the school year prior to the planned retirement date; and

3.   Employee must notify the Business Manager of the benefit option elected, in writing, no later than December 31 of the school year prior to the planned date of retirement.

4.   The December 31 notice deadline shall be waived in the event of an emergency or change in Commonwealth enacted retirement incentive legislation or programs.

B.   Employees electing to retire shall have the opportunity for the redemption of accrued and unused sick days prior to the individual's effective date of retirement.  The value of the accrued and unused sick days shall be determined in accordance with the chart below:

| Accrued and Unused Sick Days | $ Value Per Day |
|---|---|
| 0 – 75 days | $ 60.00 |
| 75+ to and including 150 days | $ 80.00 (for all unused days) |
| 150+ days | $100.00 (for all unused days) |

Payment of all the accrued and unused sick days shall be made at the highest value based upon the number of days redeemed.  For example, if an individual redeems 100 accrued and unused sick days, all 100 days shall be paid at $80.00 per day.

C.   Employees who are eligible for the monetary benefits of Article XXIV.B above shall receive the benefit in the form of a non-elective District contribution which shall be deposited into a 457(b) deferred compensation account or 403(b) tax sheltered account for each employee, as each eligible employee elects.  There shall be no cash option to this benefit.

D.   All contributions payable under Article XXIV.B shall be subject to the contribution limits applicable under the Internal Revenue Code, specifically Sections 415(c) for 403(b) contributions and Section 457(b)(2) for 457 contributions.

PRELIMINARY COPY

E.     The plan administrator and plan document will be by the Kades-Margolis Corporation or current PSEA endorsed vendor. All District contributions into 403(b) and 457(b) accounts under this Agreement shall be deposited into qualified 403(b) and 457(b) accounts established for each eligible employee with Kades-Margolis Corporation or the currently endorsed PSEA vendor, who shall be responsible for administering such programs.

All contributions to be deposited into 403(b) or 457(b) accounts will occur no later than the fifteenth (15th) day of the next month, after the employee retires.

F.     The Kades-Margolis Corporation or currently endorsed PSEA vendor shall calculate the applicable contribution limits for each employee eligible to receive a supplemental retirement benefit and/or a retirement incentive benefit and shall guarantee such calculations to the District.

The design of this Section is intended to provide a tax savings to the District and to the employees of the District by depositing amounts hereunder directly into 403(b) and/or 457(b) programs, while permitting the employees to exercise investment control over the accounts until employees elect to withdraw amounts from the accounts.

G.     If the District's contribution causes the employee's account to exceed the Section 415(c) contribution limitation for the year, then any excess over that limit shall be contributed to the former employee's 403(b) account in the next tax year, and in each subsequent tax year until the full amount due to the employee has been contributed as non-elective employer contributions.

ARTICLE XXV

A.    See Appendix D for Salary Matrix.

B.    Those Professional employees whose education determines a horizontal move on the salary matrix beginning with the 2006-2007 school year shall receive the appropriate salary at the beginning of the school year after verifying such educational completion and notification is received by the Administration Office by September 1.

An official letter from the College or University or Instructor may be used for verification in lieu of transcript until the transcript is received.

C.    Method of Payment

Each employee covered by the provisions of this Agreement shall receive his/her annual salary every other week, in twenty-six (26) installments depending on the year. Paydays shall be every other Friday. The exception shall be that during the 2011-2012 school year there will be no payday on Friday, August 24, 2012. The immediately preceding payday will be August 10, 2012, and the first payday thereafter will be September 7, 2012, the first payday of the 2012-2013 school year.

An employee may receive the balance of his/her contract salary in the first pay period following the last day of school. The employee must submit a written request on or before May 15th to receive said lump sum payment.

An employee who is retiring shall receive the balance of his/her contract salary in the last pay of the teaching year. An employee who gives notice to the Administration Office before May 30 shall receive the balance of his/her contract salary in the first pay period following the last day of school.

D.    Day Rate:    Those professional employees whose contract specifies a work year beyond 185 days will be paid for each day at a rate equal to 1/185 of their annual salary. Days worked beyond the regular school year must be approved by the Board each year.

40

1
2
3
4

# ARTICLE XXVI

## SUPPLEMENTAL SALARY SCHEDULE

| | 2006-07 | 2007-08 | 2008-09 | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|---|---|---|
| Athletic Director | 4,800.00 | 4,900.00 | 5,000.00 | 5,100.00 | 5,200.00 | 5,300.00 |
| **HEAD COACHES** | | | | | | |
| Football | 4,300.00 | 4,400.00 | 4,500.00 | 4,600.00 | 4,700.00 | 4,800.00 |
| Basketball, Boys | 4,300.00 | 4,400.00 | 4,500.00 | 4,600.00 | 4,700.00 | 4,800.00 |
| Basketball, Girls | 4,300.00 | 4,400.00 | 4,500.00 | 4,600.00 | 4,700.00 | 4,800.00 |
| Wrestling | 4,300.00 | 4,400.00 | 4,500.00 | 4,600.00 | 4,700.00 | 4,800.00 |
| Baseball | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Softball, Girls | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Volleyball, Boys | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Volleyball, Girls | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Cross Country | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Golf | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| Soccer | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 | 3,800.00 |
| **ASSISTANT COACHES** | | | | | | |
| Football | 3,200.00 | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 |
| Basketball, Boys | 3,200.00 | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 |
| Basketball, Girls | 3,200.00 | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 |
| Wrestling | 3,200.00 | 3,300.00 | 3,400.00 | 3,500.00 | 3,600.00 | 3,700.00 |
| Baseball | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| Cross Country | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| Volleyball, Boys | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| Volleyball, Girls | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| Softball | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| Soccer | 1,700.00 | 1,800.00 | 1,900.00 | 2,000.00 | 2,100.00 | 2,200.00 |
| **ACTIVITIES** | | | | | | |
| Cheerleader, Director (JV-Varsity, Basketball) | 1,950.00 | 2,000.00 | 2,050.00 | 2,100.00 | 2,150.00 | 2,200.00 |
| Cheerleader Directors (per sport*) | 1,550.00 | 1,600.00 | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 |
| Class Sponsor, Junior | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 |
| Class Sponsor, Senior | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 |
| Band Front | 1,050.00 | 1,100.00 | 1,150.00 | 1,200.00 | 1,250.00 | 1,300.00 |
| **SPECIALIZED ACTIVITIES** | | | | | | |
| Newspaper Sponsor | 1,550.00 | 1,600.00 | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 |
| Yearbook Managing Editor | 2,000.00 | 2,050.00 | 2,100.00 | 2,150.00 | 2,200.00 | 2,250.00 |
| Student Council Advisor | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 |

PRELIMINARY COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| Drama Director | 2,000.00 | 2,050.00 | 2,100.00 | 2,150.00 | 2,200.00 | 2,250.00 |
| Intramural Coach<br>(per authorized hour) | 16.50 | 17.00 | 17.50 | 18.00 | 18.50 | 19.00 |
| Academic Intramural<br>(per authorized hour) | 16.50 | 17.00 | 17.50 | 18.00 | 18.50 | 19.00 |

*Sports where cheerleaders may be used include only football, basketball and wrestling.

Supplemental contracts, when authorized by the Board, shall be transmitted to the employee involved no later than ninety (90) days prior to the starting date of the duties to be performed for each supplemental contract. Each employee shall return the signed or unsigned contract to the Administration within seven (7) days of its receipt. The only exceptions to this provision shall be in case of emergency or unusual circumstances. In such instances, the Administration shall issue the contract as soon as is reasonably possible.

Compensation for supplemental contracts will be made in either two (2) equal or one (1) final payment. The first payment may be applied for after the activity is one-half completed.

When and if personnel are appointed by the Board to direct, conduct, supervise, coach or serve in any of the listed capacities, pay for such appointment will be as described in the schedule.

It is understood and agreed that the only matter bargained on supplementals and covered by this clause is wages, and no other matters. The Board reserves the right to determine whether or not such supplemental programs will be held, the personnel to be hired, retained or employed in the capacities entered above, including the right to appoint for a term less than one year or to terminate an appointment at any time. All rights to run and control the programs are reserved by the Board and are not bargainable.

PRELIMINARY COPY

ARTICLE XXVII

NO STRIKE—NO LOCK-OUT

Both parties agree to faithfully abide by the provisions of Act 88 and Act 195. As a condition of the various provisions of this agreement to which the parties have agreed, the Board pledges that it will not conduct, or cause to be conducted a lock out during the term of this agreement, and the Association pledges that members of the bargaining unit will not engage in a strike (as that term is defined in Act 88 and Act 195) during the term of the agreement. (Except as provided otherwise in Article XXX and XXXIII).

PRELIMINARY COPY

ARTICLE XXVIII

SAFE SCHOOLS

A.   In the event that any school building is evacuated by reason of any report or threat of damage by bomb, fire, weapon, release of dangerous chemicals or health/life threatening conditions, no professional employee shall be required to remain in the building.  The professional employee shall check his/her respective classroom visually and report findings to the principal.  No professional employee shall be required to search for any bombs, weapons, or release of dangerous chemicals.

B.   The District will take reasonable steps to provide a safe, healthful work environment.  All known unsafe or hazardous conditions will be reported to the building principal.

The District will review any reported problems.  After such review, whether or not action is taken, the information shall be reported to the Association leadership in that building.

PRELIMINARY COPY

1
2
3
4
5
6
7
8

## XXIX

## WORKERS COMPENSATION PANEL

The District and Association have agreed upon the physicians identified in Appendix E as Workers Compensation Panel Physicians. Any changes, deletions, or additions to this panel, by way of replacement or substitution, or to supplement the list shall be made by mutual agreement of the District and the Association



PRELIMINARY COPY

# ARTICLE XXX

## MODIFICATION AND WAIVER

A.    MODIFICATION

This agreement shall not be modified in whole or in part by the parties except by an instrument, in writing, duly executed, by both parties.

B.    WAIVER

During the term of this agreement, the parties agree that there will be no additional negotiations on any items contained herein or not except by a mutual consent.

PRELIMINARY COPY

# ARTICLE XXXI

## SEPARABILITY

If any provision of this Agreement or any application of this Agreement to any employee or any group of employees is held to be contrary to law, then such provision or application shall not be deemed valid and subsisting, except to the extent permitted by law, but all other provisions or applications shall continue in full force and effect.

PRELIMINARY COPY

1
2
3
4
5
6
7
8

# ARTICLE XXXII

## PRINTING AGREEMENT

Copies of this agreement shall be printed at the expense of the Board within thirty (30) days after the agreement is ratified and is signed.  The agreement shall be presented to all teachers now employed and those employed hereafter.

PRELIMINARY COPY

# ARTICLE XXXIII

## DURATION OF AGREEMENT

This Agreement shall become effective on the 1st day of July 2006 and shall remain in full force and effect until and including the 30th day of June 2012, or until such later date as the two parties may hereafter agree is to be the extended ending date.  Any such extended date shall be evidenced by an amendment to this Agreement, to which amendment the parties shall signify their approval by affixing their signatures thereto.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their officers as of April 11, 2007.

CONNEAUT SCHOOL DISTRICT                    CONNEAUT EDUCATION ASSOCIATION
BOARD OF EDUCATION


By:_____          By:_____
        President                                   President



By:_____          By:_____
        Secretary                                   Secretary

Document #345292, v1

PRELIMINARY COPY

APPENDIX "A"

Grievance No. _____

GRIEVANCE FORM

CONNEAUT EDUCATION ASSOCIATION

CONNEAUT SCHOOL DISTRICT


SCHOOL_____    Date_____

GRIEVANT AND/OR ASSOCIATION SIGNATAURE_____

AREA OF CONTRACT VIOLATED (ARTICLES/SECTIONS_____

_____

NATURE OF GRIEVANCE_____

_____

_____

_____


RELIEF SOUGHT_____

_____

_____

_____

_____

_____

## INFORMAL CONFERENCE

ACKNOWLEDGEMENT OF INFORMAL CONFERENCE         DATE HELD_____

_____
**Signature of Principal**
**Immediate Supervisor**                    **Signature of Grievant and/or Association**

DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR_____

_____

_____

_____

_____

_____


_____
**Signature of Principal or Immediate Supervisor**

_____
**Date**


50

PRELIMINARY COPY

**POSITION OF GRIEVANT AND/OR ASSOCIATION** _____

_____

_____

☐ **RESOLVED**          ☐ **APPEALED TO LEVEL I**

_____          _____
Signature of Grievant and/or Association          Date

_____

### LEVEL I – PRINCIPAL OR IMMEDIATE SUPERVISOR

**DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR** _____

_____

_____

_____

_____          _____
Signature of Principal or Immediate Supervisor          Date

**POSITION OF GRIEVANT AND/OR ASSOCIATION** _____

_____

_____

☐ **RESOLVED**          ☐ **APPEALED TO LEVEL II**

_____          _____
Signature of Grievant and/or Association          Date

_____

### INFORMAL CONFERENCE—DISTRICT LEVEL

**ACKNOWLEDGEMENT OF INFORMAL CONFERENCE          DATE HELD** _____

_____          _____
Signature of Superintendent          Signature of Grievant and/or Association

**DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR** _____

_____

_____

_____

_____

_____          _____
Signature of Superindent          Date

PRELIMINARY COPY

## LEVEL II – SUPERINTENDENT

DISPOSITION OF SUPERINTENDENT _____

_____

_____

_____

_____          _____
Signature of Superintendent                          Date

POSITION OF GRIEVANT AND/OR ASSOCIATION _____

_____

_____

_____

☐    RESOLVED      ☐    APPEALED TO LEVEL III

_____          _____
Signature of Grievant and/or Association                Date

## LEVEL III – BOARD OF DIRECTORS

DISPOSITION OF BOARD _____

_____

_____

_____

_____          _____
Signature of Board of Directors                         Date

POSITION OF GRIEVANT AND/OR ASSOCIATION _____

_____

_____

_____

☐    RESOLVED      ☐    APPEALED TO LEVEL III

_____          _____
Signature of Grievant and/or Association                Date

## LEVEL IV – ARBITRATION

DATE SUBMITTED TO ARBITRATION _____

DISPOSITION AND/OR AWARD OF ARBITRATOR TO BE ATTACHED

PRELIMINARY COPY

# APPENDIX "B"

## DUES DEDUCTION AUTHORIZATION CARD

### PAYROLL DEDUCTION AUTHORIZATION CARD

This is to authorize eight (8) equal deductions from my pay to be transmitted to the Conneaut Education Association for the _____ school year.

| LOCAL | $ _____ . ___ |
|-------|---------------------|
| PSEA  | _____ . ___ |
| NEA   | _____ . ___ |
| PACE  | _____ . ___ |
| TOTAL | $ _____ . ___ |

___/___/___
DATE

_____
SIGNATURE



PRELIMINARY COPY

APPENDIX "C"

# VISION CARE

## FREQUENCY OF SERVICE:

|  | Employee | Spouse | STUDENT AGE: 23 Children |
|---|---|---|---|
| Vision Exam | 12 Months | 12 Months | 12 Months |
| Lenses | 12 Months | 12 Months | 12 Months |
| Frames | 24 Months | 24 Months | 24 Months |

## BENEFITS:

**EMPLOYEE CAN SELECT EITHER**

| | VBA Participating Doctor (12,000 Nationwide) | OR | Non-Participating Doctor |
|---|---|---|---|
| | Amount Covered | | Amount Reimbursed |
| Vision Exam | 100% | | $35.00 |
| Clear Standard Lenses (*Pair*): | | | |
| Single Vision | 100% | | 30.00 |
| Bifocal | 100% | | 40.00 |
| Trifocal | 100% | | 60.00 |
| Lenticular | 100% | | 80.00 |
| Frame | 100%* | | $45.00 |

- OR –

| | Amount Covered | | Amount Reimbursed |
|---|---|---|---|
| Contacts (*Includes the vision exam allowance*): | | | |
| Selected In Lieu of Glasses | $125.00 | | $125.00 |
| Medically Required | UCR** | | 250.00 |

\*    Within the program's $45 wholesale allowance (*approximately $90 to $110 retail*)
\*\*   Usual, Customary and Reasonable as determined by VBA

PRELIMINARY COPY

APPENDIX "D-1"

| 2006-2007 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Steps | Bachelor | Masters | M+15 | M+30 |
| 1 | 39,972 | 40,682 | 41,392 | 42,102 |
| 2 | 40,372 | 41,082 | 41,792 | 42,502 |
| 3 | 40,722 | 41,432 | 42,142 | 42,852 |
| 4 | 41,072 | 41,782 | 42,492 | 43,202 |
| 5 | 41,422 | 42,132 | 42,842 | 43,552 |
| 6 | 42,472 | 43,182 | 43,892 | 44,602 |
| 7 | 43,617 | 44,327 | 45,037 | 45,747 |
| 8 | 44,832 | 45,542 | 46,252 | 46,962 |
| 9 | 46,180 | 46,890 | 47,600 | 48,310 |
| 10 | 47,270 | 47,980 | 48,690 | 49,400 |
| 11 | 48,870 | 49,580 | 50,290 | 51,000 |
| 12 | 50,069 | 50,779 | 51,489 | 52,199 |
| 13 | 50,806 | 51,516 | 52,226 | 52,936 |
| 14 | 52,092 | 52,802 | 53,512 | 54,222 |
| 15 | 53,092 | 53,802 | 54,512 | 55,222 |
| 16 | 54,462 | 55,172 | 55,882 | 56,592 |
| 17 | 55,362 | 56,072 | 56,782 | 57,492 |
| 18 | 56,262 | 56,972 | 87,682 | 58,392 |
| 19 | 57,162 | 57,872 | 58,582 | 59,292 |
| 20 | 58,062 | 58,772 | 59,482 | 60,192 |

PRELIMINARY COPY

APPENDIX "D-2"

| 2007-2008 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Steps | Bachelor | Masters | M+15 | M+30 |
| 1 | 41,260 | 41,970 | 42,680 | 43,390 |
| 2 | 41,660 | 42,370 | 43,080 | 43,790 |
| 3 | 42,060 | 42,770 | 43,480 | 44,190 |
| 4 | 42,435 | 43,145 | 43,865 | 44,565 |
| 5 | 42,810 | 43,520 | 44,230 | 44,940 |
| 6 | 43,185 | 43,895 | 44,805 | 45,315 |
| 7 | 44,385 | 45,095 | 45,805 | 46,515 |
| 8 | 45,585 | 46,295 | 47,005 | 47,715 |
| 9 | 46,785 | 47,495 | 48,205 | 48,918 |
| 10 | 48,185 | 48,895 | 49,605 | 80,315 |
| 11 | 49,185 | 49,895 | 50,605 | 51,315 |
| 12 | 50,585 | 51,295 | 52,005 | 52,715 |
| 13 | 51,735 | 52,445 | 53,155 | 53,865 |
| 14 | 52,485 | 53,195 | 53,905 | 54,615 |
| 15 | 53,985 | 54,695 | 55,405 | 56,115 |
| 16 | 55,185 | 55,895 | 56,605 | 57,315 |
| 17 | 56,535 | 57,245 | 57,955 | 58,665 |
| 18 | 57,435 | 58,145 | 58,855 | 59,565 |
| 19 | 58,355 | 59,065 | 59,775 | 60,485 |
| 20 | 59,255 | 59,965 | 60,675 | 61,385 |

PRELIMINARY COPY

APPENDIX "D-3"

| 2008-2009 SALARY SCHEDULE | | | |
|---|---|---|---|
| Steps | Bachelor | Masters | M+15 | M+30 |
| 1 | 42,606 | 43,316 | 44,026 | 44,736 |
| 2 | 43,006 | 43,716 | 44,426 | 45,136 |
| 3 | 43,406 | 44,116 | 44,826 | 45,536 |
| 4 | 43,806 | 44,516 | 45,226 | 45,936 |
| 5 | 44,181 | 44,891 | 45,601 | 46,311 |
| 6 | 44,556 | 45,266 | 45,976 | 46,686 |
| 7 | 44,906 | 45,616 | 46,326 | 47,036 |
| 8 | 48,031 | 46,741 | 47,451 | 48,161 |
| 9 | 47,231 | 47,941 | 48,651 | 49,361 |
| 10 | 48,531 | 49,241 | 49,951 | 50,661 |
| 11 | 49,931 | 50,641 | 51,351 | 52,061 |
| 12 | 50,931 | 51,641 | 52,351 | 53,061 |
| 13 | 52,487 | 53,197 | 53,907 | 54,617 |
| 14 | 53,777 | 54,487 | 55,197 | 55,907 |
| 15 | 54,777 | 55,487 | 56,197 | 56,907 |
| 16 | 58,277 | 56,987 | 57,697 | 58,407 |
| 17 | 57,477 | 58,187 | 58,897 | 59,607 |
| 18 | 58,727 | 59,437 | 60,147 | 60,857 |
| 19 | 59,652 | 60,362 | 61,072 | 61,782 |
| 20 | 60,652 | 61,362 | 62,072 | 62,782 |

Preliminary Copy

PRELIMINARY COPY

APPENDIX "D-4"

| 2009-2010 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Steps | Bachelor | Masters | M+15 | M+30 |
| 1 | 44,011 | 44,721 | 45,431 | 46,141 |
| 2 | 44,411 | 45,121 | 45,831 | 46,541 |
| 3 | 44,811 | 45,521 | 46,231 | 46,941 |
| 4 | 45,211 | 45,921 | 46,631 | 47,341 |
| 5 | 45,611 | 46,321 | 47,031 | 47,741 |
| 6 | 45,986 | 46,696 | 47,406 | 48,116 |
| 7 | 46,361 | 47,071 | 47,781 | 48,491 |
| 8 | 46,711 | 47,421 | 48,131 | 48,841 |
| 9 | 47,836 | 48,546 | 49,256 | 49,966 |
| 10 | 49,036 | 49,746 | 50,456 | 51,166 |
| 11 | 50,336 | 51,046 | 51,758 | 52,466 |
| 12 | 51,736 | 52,446 | 53,156 | 53,866 |
| 13 | 52,736 | 53,446 | 54,156 | 54,866 |
| 14 | 54,358 | 55,068 | 55,778 | 56,488 |
| 15 | 55,858 | 56,568 | 57,278 | 57,988 |
| 16 | 57,308 | 58,018 | 58,728 | 59,438 |
| 17 | 58,958 | 59,668 | 60,378 | 61,088 |
| 18 | 60,208 | 60,918 | 61,628 | 62,338 |
| 19 | 61,108 | 81,818 | 62,528 | 63,238 |
| 20 | 62,008 | 62,718 | 63,428 | 64,138 |

PRELIMINARY COPY

APPENDIX "D-5"

| Steps | Bachelor | Masters | M+15 | M+30 |
|---|---|---|---|---|
| 1 | 45,477 | 46,187 | 46,897 | 47,607 |
| 2 | 45,877 | 46,587 | 47,297 | 48,007 |
| 3 | 46,277 | 46,987 | 47,697 | 48,407 |
| 4 | 46,677 | 47,387 | 48,097 | 48,807 |
| 5 | 47,077 | 47,787 | 48,497 | 49,207 |
| 6 | 47,477 | 48,187 | 48,897 | 49,607 |
| 7 | 47,852 | 48,562 | 49,272 | 49,982 |
| 8 | 48,227 | 48,937 | 49,647 | 50,357 |
| 9 | 48,577 | 49,287 | 49,997 | 50,707 |
| 10 | 49,702 | 50,412 | 51,122 | 51,832 |
| 11 | 50,902 | 51,612 | 52,322 | 53,032 |
| 12 | 52,202 | 52,912 | 53,622 | 54,332 |
| 13 | 53,602 | 54,312 | 55,022 | 55,732 |
| 14 | 54,742 | 55,452 | 56,162 | 56,872 |
| 15 | 56,362 | 57,072 | 57,782 | 58,492 |
| 16 | 58,237 | 58,947 | 59,657 | 60,367 |
| 17 | 59,937 | 60,647 | 61,357 | 62,067 |
| 18 | 61,587 | 62,297 | 63,007 | 63,717 |
| 19 | 62,587 | 63,297 | 64,007 | 64,717 |
| 20 | 63,487 | 64,197 | 64,907 | 65,617 |

2010-2011 SALARY SCHEDULE

PRELIMINARY COPY

APPENDIX "D-6"

| Steps | Bachelor | Masters | M+15 | M+30 |
|---|---|---|---|---|
| 2011-2012 SALARY SCHEDULE |
| 1 | 47,407 | 48,117 | 48,827 | 49,537 |
| 2 | 47,807 | 48,517 | 49,227 | 49,937 |
| 3 | 48,207 | 48,917 | 49,627 | 50,337 |
| 4 | 48,607 | 49,317 | 50,027 | 50,737 |
| 5 | 49,007 | 49,717 | 50,427 | 51,137 |
| 6 | 49,407 | 50,117 | 50,827 | 51,537 |
| 7 | 49,782 | 50,492 | 51,202 | 51,912 |
| 8 | 50,157 | 50,867 | 51,577 | 52,287 |
| 9 | 50,507 | 51,217 | 51,927 | 52,637 |
| 10 | 51,888 | 52,598 | 53,308 | 54,018 |
| 11 | 53,088 | 53,798 | 54,508 | 55,218 |
| 12 | 54,388 | 55,098 | 55,808 | 56,518 |
| 13 | 55,778 | 56,488 | 57,198 | 57,908 |
| 14 | 57,068 | 57,778 | 58,488 | 59,198 |
| 15 | 58,968 | 59,678 | 60,388 | 61,098 |
| 16 | 60,843 | 61,553 | 62,263 | 62,973 |
| 17 | 62,493 | 63,203 | 63,913 | 64,623 |
| 18 | 64,043 | 64,753 | 65,483 | 66,173 |
| 19 | 64,943 | 65,653 | 66,363 | 67,073 |

PRELIMINARY COPY

APPENDIX "E-1"

*Provider Panel Conneaut School District*

# NOTICE TO EMPLOYEES

## IN CASE OF WORK RELATED INJURY

- If you suffer a work-related injury, you have the right to have all reasonable medical supplies and treatment related to the injury paid for by your employer, in accordance with the law.  You have a duty to obtain treatment for work-related injuries and illnesses from one of the following designated providers for 90 days from the date of the first visit to a designated provider.  If you do not, your employer may not be required to pay for these services.

### DESIGNATED PROVIDERS

| | | | |
|---|---|---|---|
| **UPMC Horizon System** | 103 North Main Street<br>Greenville, PA 16125 | Phone:  724-589-8101<br>Fax:      724-589-8102 | Injury Care<br>Occupational Medicine |
| **Occupational Medicine at**<br>**Meadville Medical Center** | 751 Liberty Street<br>Meadville, PA 16335 | Phone:  814-333-5503<br>Fax:      814-724-2520 | Injury Care<br>Occupational Medicine |
| **Orthopedic Associates**<br>**of Meadville** | 640 Alden Street<br>Meadville, PA  16424 | Phone:  814-724-1252<br>Fax:      814-337-6043 | Orthopedics |
| **Greenville Orthopedic Association** | One Greenville Orthopedic Center<br>Hadley Road, Suite 1<br>Greenville, PA 16125<br>or<br>Third Street<br>Conneaut Lake, PA 16316 | Phone:  724-588-7250<br>Fax:      724-588-1559<br><br><br>Phone:  814-382-1633 | Orthopedics |
| **Orthopedic & Sports**<br>**Medicine of Erie** | 300 State Street – Suite 400A<br>Erie, PA  16507 | Phone:  814-454-8287<br>Fax:      814-454-8470 | Orthopedics |
| Jack Vandervort, DC | 11581 State Highway 98<br>Meadville, PA  16335 | Phone:  814-336-3434<br>Fax:      814-337-8767 | Chiropractic |
| **Department of**<br>**Emergency Medicine**<br>Meadville, PA  16335 | Meadville Medical Center<br>751 Liberty Street | Phone:  814-333-5500<br>Fax:      814-724-2550 | Emergency Services |

- You have the right, during this 90-day period, to switch from one health care provider on the list to another health care provider on the list, and that all treatment shall be paid for by your employer.

- You have the right to seek treatment from a referral provider if a designated provider refers you, and your employer shall pay for treatment rendered by the referral provider.

- You have the right to seek emergency medical treatment from any provider, but subsequent non-emergency treatment shall be by a designated provider for the remainder of the 90-day period.

- You have the right to seek treatment or medical consultation from a non-designated provider during the 90-day period, but these services shall be at your expense for the applicable 90 days.

- You have a right to seek treatment from any health care provider after the 90-day period has ended, and that treatment shall be paid for by your employer, if it is reasonable and necessary.

- You have a duty to notify your employer of treatment by a non-designated provider within 5 days of the first visit to that provider.  Your employer may not be required to pay for treatment rendered by the non-designated provider prior to receiving this notification.  However, your employer shall pay for these services once notified, unless the treatment is found unreasonable by a utilization review organization.

- You have the right to seek an additional opinion from any health care provider of your choice when a designated provider prescribes invasive surgery for you.  If the additional opinion differs from the opinion of the designated provider and the additional opinion provides a specific and detailed course of treatment, you shall determine which course of treatment to follow.  If you opt to follow the course of treatment outlined by the additional opinion, the treatment shall be performed by one of the health care providers on your employer's designated list for 90 days from the date of the first visit to the provider of the additional opinion.

## REMEMBER, IT IS IMPORTANT TO TELL YOUR EMPLOYER ABOUT YOUR INJURY

PRELIMINARY COPY

APPENDIX "F"

| Benefits | Traditional Plan | PPO Plan | |
|---|---|---|---|
| | | In-Network | Out-of-Network |
| Lifetime Maximum | Major Medical $2,000,000 per Year $5,000,000 Lifetime | $2,500,000 per Year $5,000,000 Lifetime | |
| **MEDICAL BENEFITS** | | | |
| Medical Deductible | | | |
|   Individual | Major Medical $125 | None | $250 |
|   Family | $375 | None | $750 |
| Coinsurance percentage Paid by Plan | Major Medical 80% UCR after deductible to coinsurance maximum then 100% UCR | 100% | 80% UCR after deductible to coinsurance maximum then 100% UCR |
| Member's Coinsurance Maximum | | | |
|   Medical (excludes Deductible) | $0 | Not applicable | Not applicable |
| Member's Premium Share | 50/month | $0-30-35-35-40-45 (11) | |
| Office Visits | 80% UCR after deductible (2) | 100% after $15 co-payment (3) | 80% UCR after deductible |
| Preventive Care | | | |
|   *Adult* | | | |
|   Routine physical exam | Not Covered | 100% after $15 co-payment (3) | Not Covered |
|   Routine gynecological exams with PAP Test | 100% plus cost of office visit | 100% after $15 co-payment (3) | |
|   Mammograms as required | 100% UCR | 100% | 80% UCR (no deductible or lifetime max) |
|   *Pediatric* | | | |
|   Routine physical exam | Not Covered | 100% after $15 co-payment (3) | Not Covered |
|   Pediatric Immunizations | 100% UCR | 100% | 80% UCR (no deductible or lifetime max) |
| Emergency Room Services (4) | 100% UCR | 100% after $50 co-payment $35 for Urgicare visit waived if admitted (5) | |
| Ambulance | 80% UCR after deductible | 100% | 80% UCR after deductible |
| Hospital Expenses | | | |
|   Inpatient | 100% UCR | 100% | 80% UCR after deductible |
|   Outpatient | 100% UCR | 100% | 80% UCR after deductible |
| Maternity | 100% UCR | 100% | 80% UCR after deductible |
| Medical/Surgical Expenses | 100% UCR | 100% | 80% UCR after deductible |

PRELIMINARY COPY

| Benefit | | |
|---|---|---|
| **Spinal Manipulations** Limited to 24 per benefit period | 100% after $15 co-payment (3) | 80% UCR after deductible |
| **Diagnostic Services** (Lab, X-Ray, and other tests | 100% UCR | 80% UCR after deductible |
| **Physical Therapy** | | |
| Inpatient: | 100% | 80% UCR after deductible |
| Outpatient | 100% UCR | 80% UCR after deductible |
| **Outpatient Speech & Occ. Therapy** | 100% after $15 co-payment (3) | 80% UCR after deductible |
| **Durable Medical Equipment** | 100% | 80% UCR after deductible |
| **Skilled Nursing Facility Care** | 100% UCR | 80% UCR after deductible |
| **Home Health Care** 100% UCR (100 visits per 12-month period | 100% | 80% UCR after deductible |
| **Private Duty Nursing** 80% UCR after deductible | 100% | 80% UCR after deductible |
| **Hospice** 100% UCR under Skilled Nursing Facility or Home Health Benefits | 100% | 80% UCR after deductible |
| **Mental Health (6)** | | |
| Inpatient 100% (30 days/year 90 days/lifetime), then 80% UCR after deductible. $84/visit | 100% (30 days/year, 90 days/lifetime) | 80% after deductible (30 days/year 90 days/lifetime) |
| Outpatient 50% UCR after deductible. $40/visit | 100% | 50% UCR after deductible |
| **Substance Abuse** | | |
| Inpatient Detoxification (7 days/ admission/4 admissions/lifetime) | 100% | 80% UCR after deductible |
| Inpatient Rehabilitation (30 days/year 90 days/lifetime) | 100% | 80% UCR after deductible |
| Outpatient Rehabilitation (60 visits per year/ 120 visits/lifetime) | 100% | 50% UCR after deductible (7) |
| **Pre-certification Requirements** Performed by participating provider or by Plan Member for non-participating providers | Performed by Network Medical Management | Required for inpatient admission to non-network hospital |

## Prescription Drugs

| | Major Medical | |
|---|---|---|
| **Rx Drug Deductible** | | |
| Individual | $125 | None |
| Family | $375 | None |
| **Rx Drug Coinsurance Max. (excl. ded.)** | $200 | |
| **Prescription Drug Coinsurance** • Participating Pharmacies: 80% of discounted price after deductible; no claims form • Non-participating Pharmacies: 80% of charge after deductible  Plan Member must pay at point of sale, file claim for reimbursement | $360/year for Single and $720/year for Family in the aggregate Plan pays 80%; plan member pays 20% of the discounted price, subject to $30 per prescription maximum for retail and $60 per prescription maximum for mail order. Plan member will pay the lesser of the 20% co-insurance or per prescription maximum | |
| **Mail Order** Available for prescriptions for 90-days' supply | For prescriptions for supply in excess of 31 days, must be for 90-days' supply (8) | |
| **Coverage** Plan pays for all medically necessary drugs | Soft Mandatory Generic (9) | |

63

PRELIMINARY COPY

**Notes:**

(1) The premium share shall be paid on a monthly basis directly from the employee or through the employee's Section 125 account. During the six years of the Collective Bargaining Agreement, the employee will pay the following as a monthly plan rate contribution: there will be no premium share from July 1, 2006 through June 30, 2007; beginning July 1, 2007, the premium share will be $30/month; beginning July 1, 2008, the premium share will increase to $35/month; beginning on July 1, 2010, the premium share will increase to $40/month; and beginning July 1, 2011, the premium share will increase to $45/month.

(2) UCR is the amount the plan pays to in-network providers. Non-network providers may bill plan members the difference between their charge for services and URC payments.

(3) $15 co-payments for all applicable services for the term of the Collective Bargaining Agreement.

(4) Emergency service is any health care service provided to a member after the sudden onset of a medical condition that manifest itself by acute symptoms of sufficient severity or severe pain, such that a prudent layperson who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention to result in : a) placing the health of the member, or with respect to a pregnant woman, the health of the woman or her unborn child, in serious jeopardy; b) serious impairment to bodily functions; or c) serious dysfunction of any bodily organs or part.

(5) $50 emergency room co-payment applies to hospital emergency rooms. Urgicare and similar immediate care facilities will be charged a $35 co-payment.

(6) State mandated benefits (30 inpatient days and 60 outpatient visits annually): **may** apply for serious diagnosis. Serious diagnosis includes schizophrenia, schizo-affective disorder, major depressive disorder, bipolar disorder, obsessive compulsive disorder, panic disorder, anorexia nervosa, bulimia nervosa, delusional disorder.

(7) First instance or course of treatment reimbursed at 80% UCR after deductible for self-referred care.

(8) Any prescription in excess of 31 days' supply may be written for 90 days' supply and obtained through the Plan's mail order program. Any prescription for maintenance drugs, if for 31 days or less, may be filled and refilled once at a retail pharmacy. Second and subsequent refills of maintenance drug prescriptions at a retail pharmacy will require a 100% co-payment by the plan member.

(9) The plan member is not responsible for the payment differential between a generic equivalent for a drug, if available, and a brand drug when the physician prescribes the brand name drug. Where the plan member elects a brand name substitute for a generic drug, the plan's payment is based on the generic price. The member is responsible for the balance.



2000 – 2006

Collective Bargaining Agreement

between

Conneaut Education Association

and

Conneaut School District

Ratified:  February 14, 2001

TABLE OF CONTENTS

| | | |
|---|---|---|
| ARTICLE I | PREAMBLE | 3 |
| ARTICLE II | RECOGNITION | 4 |
| ARTICLE III | MANAGEMENT RIGHTS | 5 |
| ARTICLE IV | NOTICE | 6 |
| ARTICLE V | MEET AND DISCUSS | 7 |
| ARTICLE VI | GRIEVANCE PROCEDURE | 8 |
| ARTICLE VII | MAINTENANCE OF MEMBERSHIP | 12 |
| ARTICLE VIII | RIGHTS OF PROFESSIONAL EMPLOYEES | 13 |
| ARTICLE IX | PERSONNEL FILE | 14 |
| ARTICLE X | EMPLOYEE EVALUATION | 15 |
| ARTICLE XI | SUBSTITUTES | 17 |
| ARTICLE XII | EQUIPMENT AND FACILITIES | 18 |
| ARTICLE XIII | VACANCIES AND TRANSFERS | 19 |
| ARTICLE XIV | NOTIFICATION OF SCHEDULES AND ASSIGNMENTS | 21 |
| ARTICLE XV | TEACHER WORK YEAR | 22 |
| ARTICLE XVI | WORK DAY | 23 |
| ARTICLE XVII | PREPARATION TIME | 24 |
| ARTICLE XVIII | PROFESSIONAL DEVELOPMENT | 25 |
| ARTICLE XIX | REIMBURSEMENT | 27 |
| ARTICLE XX | PAYROLL DEDUCTIONS | 28 |
| ARTICLE XXI | PAID LEAVES | 29 |
| ARTICLE XXII | UNPAID LEAVES | 32 |
| ARTICLE XXIII | EMPLOYEE INSURANCE | 34 |
| ARTICLE XXIV | RETIREMENT INCENTIVE | 37 |
| ARTICLE XXV | SALARY SCHEDULE | 40 |
| ARTICLE XXVI | SUPPLEMENTAL SALARY SCHEDULE | 41 |
| ARTICLE XXVII | NO STRIKE – NO LOCK-OUT | 43 |
| ARTICLE XXVIII | SAFE SCHOOLS | 44 |
| ARTICLE XXIX | WORKERS COMPENSATION PANEL | 45 |
| ARTICLE XXX | MODIFICATION AND WAIVER | 46 |
| ARTICLE XXXI | SEPARABILITY | 47 |
| ARTICLE XXXII | PRINTING AGREEMENT | 48 |
| ARTICLE XXXIII | DURATION OF AGREEMENT | 49 |
| APPENDIX A | GRIEVANCE FORM | 50 |
| APPENDIX B | DUES DEDUCTION AUTHORIZATION CARD | 53 |
| APPENDIX C | VISION CARE INSURANCE | 54 |
| APPENDIX D-1 | 2000-2001 SALARY SCHEDULE | 55 |
| APPENDIX D-2 | 2001-2002 SALARY SCHEDULE | 56 |
| APPENDIX D-3 | 2002-2003 SALARY SCHEDULE | 57 |
| APPENDIX D-4 | 2003-2004 SALARY SCHEDULE | 58 |
| APPENDIX D-5 | 2004-2005 SALARY SCHEDULE | 59 |
| APPENDIX D-6 | 2005-2006 SALARY SCHEDULE | 60 |
| APPENDIX E-1 | WORKERS COMPENSATION PANEL | 61 |
| APPENDIX E-2 | NOTICE OF RIGHTS AND DUTIES | 62 |

1                                ARTICLE I

2

3                                PREAMBLE

4

5       This Agreement entered into this 14th day of February, 2001, by and between the Board

6   of Education of Conneaut School District, Linesville, Pennsylvania, hereinafter called the

7   "Board" and the Conneaut Education Association, hereinafter called the "Association."

8

9                                WITNESSETH:

10

11      WHEREAS, the parties have reached certain understandings which they desire to confirm

12  in this Agreement.

13

14      In consideration of the following mutual covenants, it is hereby agreed as follows:

ARTICLE II

RECOGNITION

The Board hereby recognizes that the Conneaut Education Association PSEA/NEA is the exclusive representative of the employees of the Conneaut School District in the unit described below for the purposes of collective bargaining with respect to wages, hours and terms and conditions of employment.

UNIT        In a subdivision of the Employer unit comprised of teachers, librarians, nurses, counselors, and home and school visitors and excluding supervisors, first level supervisors, and confidential employees as defined in Act 195.

Pennsylvania Labor Relations Board Certification of Representative No. PERA-R-1490-W, dated February 18, 1972.

ARTICLE III

MANAGEMENT RIGHTS

A.  It is understood and agreed that the Board at its discretion possesses the right, except as expressly provided otherwise by this agreement, to determine and administer school policy, to manage all operations of the school district, including the direction of employees, and the right to plan, direct, and control the operation of all property of the Board.

B.  Rights as stated in this article are not intended nor should they be considered restrictive or a waiver of any other right of the Board not listed whether or not such rights have been exercised by the Board in the past.

ARTICLE IV

<u>NOTICE</u>

Whenever any notice is required to be given by either of the parties to this agreement to the other party, pursuant to the provision(s) of this Agreement, either party shall do so by hand delivery, facsimile, first class mail, email, or inter-school mail at the addresses listed below:

      1.      Association to Board:      Secretary of Board
                                                        Conneaut School District
                                                        219 West School Drive
                                                        Linesville, PA  16424
                                                        (fax) 814-683-4127

      2.      Board to Association:      President
                                                          Conneaut Education Association
                                                          Information to be provided annually

The Parties recognize that, due to the nature of the available facilities, the confidentiality of facsimile transmissions and email cannot be guaranteed.  These means of communications should be used with that limitation in mind.

ARTICLE V

MEET AND DISCUSS

A.    COMMITTEE FOR BUILDING

1.    The principal of a school or his designated representative may meet during the school year with the faculty committee of that school to discuss school operations as well as questions relating to the implementation of this Agreement.

   (a)    At the elementary level, the school committee shall consist of one (1) teacher from the primary grades, one (1) teacher from the intermediate grades and the principal.

   (b)    At the secondary level, the school committee shall consist of two (2) teachers, each of which must be from different grade levels, and the principal.

   (c)    The teacher representatives shall be appointed by the Association.

B.    CONDITIONS FOR MEETING

1.    Some items appear to be in the meet and discuss category as set forth in Section 702 of Act 195. The provisions of Article III will not be subject to the grievance and arbitration provision of this Agreement. It is agreed that the parties shall each designate a committee composed of three (3) members who shall meet on the following basis:

   (a)    The date and time of the meeting shall be mutually established.

   (b)    Items for the agenda shall be exchanged prior to each meeting to enable the other party to review the item prior to the meeting.

   (c)    Each party may from time to time change the membership of the meet and discuss committee. Membership may include both Board representation and school administrators; the Association representation from the education field or area under discussion.

   (d)    Any determinations shall remain with the School Board. It shall promptly notify the president of the CEA following action at a meeting.

ARTICLE VI

GRIEVANCE PROCEDURE

A.    DEFINITIONS

     1.    Grievance

        A "grievance" is hereby defined as an alleged violation by a teacher or teachers regarding the meaning, interpretation, or application of any provision of this agreement, and becomes a grievance when it reaches Level One.

     2.    Aggrieved Person

        An "aggrieved person" is the teacher or group of teachers who submit a grievance or on whose behalf it is submitted by the Association.

     3.    Teacher

        Any person in the unit covered by this agreement.

     4.    Days

        "Days" as enumerated in the Grievance Procedure will be Monday through Friday, except legal holidays.

     5.    Time Limits

        Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level shall be strictly followed. When a person becomes aware of a possible grievance, and the aggrieved person fails to process that grievance in accordance with the established time limits, the grievance shall be deemed to be dropped.

        When a member of the administration or Board fails to resolve a grievance in accordance with the established time limits, it may be advanced to the next step. The time limits may only be extended by mutual agreement in writing.

     6.    Year-End Grievance

        All grievances remaining unresolved at the end of the school year shall be resolved as soon as possible thereafter.

     7.    Informal Conference

A teacher or teachers with a grievance shall within ten (10) days of when he/she should reasonably have known of the grievance, discuss it with his/her principal or immediate supervisor, with the objective of resolving the matter informally.

8.   Informal Conference – District Level

If the grievance is concerning a matter that originated at the district level rather than at the building level, then this informal conference can be discussed with the Superintendent or his designated representative. If a matter such as this is not resolved at the informal conference, formal initiation of the grievance will be at Level Two – Superintendent.

B.   PROCEDURE

1.   Level One – Principal or Immediate Supervisor

If the matter is not settled in the informal conference, the aggrieved party initiating the alleged grievance shall present the alleged grievance, in writing, and on a form mutually prepared and agreed to by the Board and the Association (Appendix A), to the Principal or his designated representative(s) within ten (10) days after the informal hearing. The principal, or his designated representative(s) shall discuss the grievance with the aggrieved and/or his designated representative(s) and answer in writing within five (5) days after the formal presentation of the grievance.

2.   Level Two – Superintendent

If the aggrieved is not satisfied with the disposition of the grievance at Level One, the grievance shall be referred in writing to the Superintendent or his designated representative within ten (10) days after the receipt of the answer from Level One.

A meeting shall be scheduled within ten (10) days following the appeal to the Superintendent. The Superintendent shall respond to the grievance within five (5) days after the meeting is held.

3.   Level Three – Board

If the aggrieved is not satisfied with the disposition of the grievance at Level Two, the grievance shall be referred in writing to the School Board within ten (10) days after receipt of the answer from Level Two.

The appeal to the School Board shall be addressed by the Board at its next regularly scheduled meeting. The School Board or its representative(s) shall respond to the grievance within five (5) days after the meeting is held.

4.    Level Four – Arbitration

The Association may appeal for arbitration after the decision has been rendered at Level Three, within ten (10) days from the date of the decision at Level Three, by giving notice of such intention to the Superintendent within the above ten (10)-day period, subject to the following principles and procedures:

a.    Selection of the Arbitrator

Selection of the arbitrator will be as stated in Section 903 of Act 195. If mutual agreement between the parties on the selection of an arbitrator cannot be reached within five (5) calendar days following the notice given in Level Four above, the parties shall request a list of arbitrators according to the provisions of Section 903(1) of the Public Employee Relations Act.

b.    Duties of the Arbitrator

It is the duty of the arbitrator to hear both parties of the dispute, draw conclusions, and make recommendations to the parties which will be binding on all affected.

c.    Jurisdiction of the Arbitrator

The arbitrator's function is to decide cases of alleged violations of the provisions of the agreement. The arbitrator shall not supplement, enlarge, diminish, or alter the scope of meaning of this agreement and its appendices as it exists from time to time, or any provisions therein, nor entertain jurisdiction of any subject matter not covered thereby (except to the extent necessary to determine his jurisdiction).

d.    Hearings

All hearings will be held in Linesville, Pennsylvania, unless the Association and the Board mutually agree to another location. The arbitrator will provide two (2) copies of his decision to each party as soon as possible after closing of the hearings.

The compensation and expenses of the arbitrator shall be borne equally by the parties.

5.    Teacher and Association

Any aggrieved person may be represented at levels one through three of the grievance procedure by him/herself, or at his/her option, by a representative selected or approved by the Association. When a teacher is not represented by the Association, the Association shall have the right to be present and to state its Views at such stages of the grievance procedure.