# ARTICLE VII

## MAINTENANCE OF MEMBERSHIP

A.   PROVISION

The Board agrees that all employees who are presently members and all employees who later become members of the Association shall be subject to the "maintenance of membership" provision as defined in Article III, Sub-section (18) of the Public Employee Relations Act, Act 195.

B.   NOTIFICATION OF RIGHT TO DISCONTINUE MEMBERSHIP

This article shall serve as notice to the members of their right to discontinue membership in the Association, at least fifteen (15) days prior to the expiration of this agreement.

1
2
3
4

6.     Confidentiality

Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

# ARTICLE VIII

## RIGHTS OF PROFESSIONAL EMPLOYEES

A.    JUST CAUSE

No employee shall be discharged, disciplined, suspended, reprimanded, reduced in rank or in compensation without just cause.  The reason or reasons for the disciplinary action will be made available to the affected employee.

B.    STATUTORY SAVINGS CLAUSE

Nothing contained herein shall be construed to deny or restrict to any professional employee such rights as he may have under the Public School Code of 1949 as amended, or the Public Employee Relations Act, Act 195.

C.    REQUIRED MEETINGS OR HEARINGS

Whenever any professional employee is required to appear before the Superintendent, Board or any committee thereof concerning any matter which could adversely affect the continuation of the employee in his office, position or employment or the salary or any increments pertaining thereto, he shall be given one day prior written notice of the reasons for such meeting or interview and may have a representative of the Association present.

D.    RELEASE TIME FOR MEETINGS

Whenever any representative of the Association or any teacher is required by the Administration or board to participate in conferences or meetings, he shall suffer no loss in pay.

ARTICLE IX

PERSONNEL FILE

A.    CONTENTS AVAILABLE

A professional employee shall have the right, upon request, to review the contents of his/her personnel file in the presence of the Superintendent or his designee and to receive copies at the employee's expense of any documents contained therein.  A professional employee shall be entitled to have a representative of the Association accompany him/her during such review.

B.    DEROGATORY MATERIAL

No material related to a professional employee's conduct, service, character, or personality shall be placed in his/her personnel file unless the professional employee has had an opportunity to review such material, and by affixing his/her  signature to the copy to be filed with the express understanding that such signature in no way indicates agreement with the contents thereof.  If the professional employee refuses to sign, indicating his/her awareness of the material, this shall be so noted on the form.  The professional employee shall also have the right to submit a written answer to such material and his/her answer shall be attached to the file copy.

C.    NO SEPARATE FILE

Although the Board agrees to protect the confidentiality of personal references, academic credentials and other similar documents, it shall not establish any separate personnel file which is not available for the professional employee's inspection.

# ARTICLE X

## EMPLOYEE EVALUATION

1.  The Board agrees that all formal observations of the work performance of professional employees will be conducted openly, and classroom observations will be conducted with the knowledge of the employee.

2.  All teacher evaluations (ratings) will be conducted in accordance with existing law and directives of the Department of Education of the Commonwealth of Pennsylvania. All local procedures will be subject to these legal requirements.

3.  Professional staff will be notified in writing of the results of observations that will be utilized in the determination of teacher ratings. This notification will include a summary of the observation and any conclusions reached, commendations, and recommendations.

4.  Within ten (10) days of an observation, the observed professional staff member will be given an opportunity to discuss the results of the observation. The employee shall have the right to have a representative of the Association accompany him/her to the conference if he/she so desires. This conference will be scheduled at a mutually agreed time. If there is no mutually agreed upon time within ten (10) days, the observer will schedule a meeting at his/her discretion within the next five (5) days.

5.  When employees are rated, they shall be rated as being satisfactory or unsatisfactory.

6.  Observations that may result in an unsatisfactory rating will clearly indicate this possibility and will include recommendations for professional development and the correction of these deficiencies.

7.  Professionals will be given a dated, signed copy of all observations that will be utilized in the determination of teacher ratings, recommendations and commendations and will be asked to sign the report signifying that they were shown the results of this evaluation. If the professional refuses to sign indicating his awareness of the report, this will be so noted on the form. An employee may respond in writing to the unsatisfactory rating. This correspondence will be maintained in the employee's personnel file.

8.  All temporary professional employees and professional employees are to be observed a minimum of twice each semester.

9.  All professional employees are to be rated a minimum of once each year.

10. Temporary professional employees are to be rated a minimum of twice a year (at least once every semester).

11.    The parties agree to meet and discuss this matter periodically in an effort to improve the effectiveness of performance evaluation methods and procedures.  The parties accept and endorse the concept of keeping teachers informed of the result of various performance evaluations, both formal and informal, as well as the value of providing guidance and constructive criticism in the interest of improving educational standards.

ARTICLE XI

SUBSTITUTES

A.    When any member of the bargaining unit is absent from his/her assigned duties, an attempt shall be made to employ a professional certified in that specific area.  If such a substitute is unavailable, the vacancy will be filled with any other certified professional.

It is understood between the parties that the District will try to eliminate the use of regular staff as substitutes.  If they are used, the District will rotate staff so as to not have the same person filling in all the time.

B.    LONG TERM SUBSTITUTES

1.    "Long-Term Substitutes" are defined as temporary professional employees who are continuously employed under a letter of appointment during the absence of the same regular full-time or part-time employee for a period of 91 or more consecutive days.  They shall be subject to the provisions of this article.

2.    The salary of long-term substitutes shall be paid on a per diem basis at a level equal to step one, or an appropriate pro-ration of step one of the salary schedule, regardless of any prior service in the District, or the length of service in the District, or the length of service as a long-term substitute.   In the event a long-term substitute is subsequently hired by the District as a temporary professional employee or professional employee, the long-term substitute will remain at step one of the salary schedule for the first full year in which he serves as a temporary professional or professional employee.  Advancement above step one will be based on years of service with the District from that time forward.

3.    Long-term substitutes shall receive no preferential treatment or seniority credit for any vacancies in any regular or supplemental positions and shall be treated for such purposes as a non-employee applicant.  For purposes of reduction in force, reassignment, and/or recall, long–term substitutes shall have no right to claim seniority standing.

4.    The termination of, or non-renewal of long-term substitutes, or the failure to select a long-term substitute for any vacancy shall not be subject to the just cause provisions of this agreement or subject to review under the grievance procedure.

5.    Long-term substitutes shall be eligible for fringe benefits provided by this agreement, in Article XXIII A and C, prorated where appropriate.

6.    Long-term substitutes will be paid every two weeks and no money will be withheld to be paid over the summer months.  If a long-term substitute commences work in the middle of a pay period, he will not be paid until the end of the subsequent pay period.

# ARTICLE XII

## EQUIPMENT AND FACILITIES

The president and officers or designees of the Conneaut Education Association shall be allowed the free use of the facilities of the Conneaut School District to hold meetings as long as the purpose of the meeting and use of the building conform to the Board of Education's policies.

The Association may use school equipment, including typewriters, mimeographing machines, copying machines, audio visual equipment, computers, the internet, school mailboxes and the use of inter-school mail facilities at reasonable times and when such equipment is not otherwise in use and does not interfere with school business.

The Association may have the use of the bulletin boards in each school building, as they have had in the past.

The Association shall pay for the cost of all materials and supplies incidental to such use, and for any repairs necessitated as a result thereof.

ARTICLE XIII

VACANCIES AND TRANSFERS

The assignment and transfer of professional employees within the district shall be in accordance with the instructional needs of the district.

All professional employees should consider themselves employees of the Conneaut School District and as such recognize that they are subject to and may be assigned and/or transferred to appropriate positions, based upon their certification, throughout the district.

A.    VACANCIES

    Whenever the Board declares a vacancy or a new position is to be filled, the Superintendent shall post notice of same for no less than two (2) weeks before the position is filled, except in cases of emergency.

    District employees shall have the same consideration for the vacancy or new position as outside applicants. The applicants with the highest rating shall be granted the position. All applicants shall be advised of the rating system prior to interviews. If ratings are equal among the top applicants of which one or more are district employees, the position will be filled by the most senior district employee. If there is no acceptable applicant, the district reserves the right to transfer personnel within certification requirements.

B.    VOLUNTARY TRANSFER

    Professional staff may request a voluntary transfer to a building or subject/grade level other than their current assignment.

    A member desiring a transfer shall forward a written request to the Superintendent by April 1 each year, stating the reason for the request. Re-application will be necessary each subsequent school year.

    Final transfers will be made by the Superintendent in consultation with the building principals.

C.    INVOLUNTARY TRANSFER

    Involuntary transfers will be made only in the best interest of the school system as determined by the Superintendent. The Superintendent shall, in considering any assignment or transfer, base a decision on: the need to balance various teaching skills among the schools, changing pupil population within the schools of the district, and the impact on the educational program of the proposed assignment.

1    In the event of an involuntary transfer, a conference will be held with the party involved. The
2    purpose of this conference is to explain the reason for transfer and will be held prior to its
3    implementation. Whenever administratively possible, the teacher shall be given 45 days prior
4    notification of said transfer.
5
6

ARTICLE XIV

NOTIFICATION OF SCHEDULES AND ASSIGNMENTS

Teachers shall be given written notice of their schedule for the forthcoming year no later than August 1. In the event that changes in such schedules are necessary due to resignations, deaths, school closings and other events beyond the control of the Board, all teachers affected shall be notified in writing as soon as administratively possible.

ARTICLE XV

TEACHER WORK YEAR

The work year for teachers shall be 185 scheduled work days. Additionally, each teacher shall be required to provide additional hours of service, as noted below, throughout the school year without additional consideration and in addition to the normal work day at the discretion of the building principal, provided that the work assigned during that time is within the range of assignments and activities approved by the Superintendent.

In accordance with regulations promulgated by the Superintendent, the building principal and the building representatives in each building shall meet and determine the dates and times when the access hours will be added to the work day. It is the intention of the parties that the access hours will be scheduled by the parties giving all staff members appropriate notification of scheduled activities. (It would be recommended that a two-week notice be used.) The building principal and building representatives within that building may, by mutual agreement, modify the schedule of activities during the course of the year on an "as needed" basis.

In the case of individual conflicts or missed time, the building principal shall permit the affected employee to make up the missed hour(s) through other activities within the parameters established by the Superintendent's regulation and with the approval of the principal or Superintendent.

The additional hours served during the life of the Contract shall be:

| | |
|---|---|
| 2000-2001 | 0 hours |
| 2001-2002 | 7.5 hours |
| 2002-2003 | 7.5 hours |
| 2003-2004 | 10 hours |
| 2004-2005 | 10 hours |
| 2005-2006 | 12.5 hours |

ARTICLE XVI

WORK DAY

1.    The teacher work day shall be 7½ hours, exclusive of any access hours provided for by Article XV.

2.    A thirty (30) minute, duty-free lunch period shall be included in the teacher work day. A teacher may leave the school building during his/her scheduled duty-free lunch period, provided that he/she signs out and in at the office.

3.    Except as provided for in Article XV of this Agreement, any teacher who is required by the Board, or its administrative representatives, to work after the teacher work day will be paid at the rate of $17.50 per hour for such work during the 2000-2001 school year. Beginning with the 2001-2002 school year teachers will be paid at the rate of $18.00 per hour for such work. The rate shall increase to $19.00 in 2002-2003, and then to $20.00 for the remainder of the Agreement. The exceptions shall be emergency faculty meetings or consultations, as well as teachers volunteering to attend school functions, such as open house and parents nights.

4.    Teachers shall be available, unless excused, to parents for consultation or for faculty meetings after the last regularly scheduled class and prior to the end of the teacher's working day, except in cases of emergency. Consultation shall be by appointment and such meetings shall be arranged within five (5) working days, except in cases of emergency.

5.    Teachers will be given advance notice of faculty meetings three (3) days prior to any such meetings, except in cases of emergency. Such meetings will be held during the regular work day of 7½ hours or through the use of access hours, except in cases of emergency.

6.    Mentor teachers in the District's Induction Program will be paid at the negotiated hourly rate as expressed in this Article.

# ARTICLE XVII

## PREPARATION TIME

All professional staff will, in addition to their lunch period, have daily preparation time during which they shall not be assigned to any other duties, as follows:

| | |
|---|---|
| Elementary | ½ to 1 hour |
| Secondary | 1 period |

The only exceptions to the above shall be when there is a true unavailability of substitutes as covered in Article XI or in cases of emergency. The District will put forth its best effort to provide each teacher with this preparation time.

ARTICLE XVIII

PROFESSIONAL DEVELOPMENT

A.    In order to encourage members of the bargaining unit towards further self-improvement and teaching proficiency in their current assignments or course(s) recommended by the Superintendent, the Board will reimburse members the cost of tuition paid for each credit subject to the following conditions and restrictions:

1.    (a)    Approval of the course(s) by the Superintendent must be obtained prior to enrollment;

(b)    A pre-requisite for approval, by the Superintendent shall be that the course(s) are offered by an accredited college or university and shall be graduate level course(s) with direct contact (i.e., instructor/pupil);

(c)    Reimbursement will be made only for courses in which a grade of "B" (3.0) or higher is received;

(d)    Request for reimbursement must be made in the same fiscal year as the course(s) taken;

(e)    Proof of payment and certificate of course(s) completed must be submitted, to the Superintendent, prior to reimbursement;

(f)    Reimbursement for course(s) shall be limited to the Pennsylvania State University system tuition rate;

(g)    Travel expense, textbooks, supplies, or any other incidental expenses shall not be included in the reimbursement;

(h)    No reimbursement shall be made for courses completed whose cost has been fully covered by scholarship or government or private grant. In cases where a partial scholarship or grant covers a portion of the tuition cost, the Board shall pay the difference in tuition cost up to the Pennsylvania State University system tuition rate limit.

2.    A teacher shall be reimbursed for tuition, textbooks, supplies, and travel expense incurred in connection with any workshops, seminars, conferences or in-service training sessions which a teacher is required and/or requested to take, by the Superintendent, after proof of completion has been submitted to and approved by the Superintendent.

3.    In order to provide for an exchange of ideas and to profit from observing firsthand what other schools and teachers are doing, teachers in the Conneaut School District may be permitted one full day's leave during each school year to visit a classroom in the teacher's grade or subject field in some other school. Such a

1     day's leave shall be with full pay.  All other expenses incidental to such leave
2     (transportation, meals, etc.) shall be borne by the teacher who has been granted
3     leave.
4
5     Arrangements for such leave should be made in cooperation with the school
6     administration with a view to keeping to a minimum any inconvenience to the
7     school as a result of a teacher's absence.  A maximum of 20% of the faculty may
8     be granted this leave in any one year.  The Association shall be informed when
9     the 20% limit has been reached.
10
11   4.   There may be times when a teacher can show evidence that a course of graduate,
12     undergraduate level, or in-service will contribute to his/her professional
13     proficiency.  In such an event, upon recommendation of the Superintendent and
14     prior approval by the Board, the teacher shall be granted course credit
15     reimbursement up to the Pennsylvania State University system tuition rate limit.

ARTICLE XIX

REIMBURSEMENT

A.  Teachers required by the Board or the Administration to drive personal automobiles from one school building to another in the course of their work on behalf of Conneaut School District shall receive a transportation reimbursement per mile as regulated by the maximum allowance permitted by the Internal Revenue Service. The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the school year. The same allowance shall be given for use of personal cars for field trips or other School Board approved business of the District.

B.  Payment requires the monthly submission of an itemized expense statement on the authorized form, signed by the person claiming reimbursement. The submission of the authorized form for reimbursement by no later than the thirtieth (30th) day of the month subsequent to the month for which payment is being requested, shall bring payment following the next scheduled Board meeting.

C.  REIMBURSEMENT FOR LOSS OR DAMAGE

Articles Brought Into School For Use of Teaching

1.  When a teacher brings articles of his personal property into a school building for use in aid of teaching, he shall be reimbursed for any loss or damage to such articles up to a maximum of $300.00 per item provided the loss or damage is not caused wholly or in part by the negligence or intentionally destructive acts of the teacher and provided further that the procedure described below is followed:

Upon arriving at school with such articles, the teacher shall, before the beginning of the school day, register the articles with the building principal through the use of a form provided by the District. The form shall contain a place for the declaration of a value for the item in question and time the item will be on the premises. The form shall also contain a place for the principal to indicate whether he approves both the coverage of the articles and the amount declared. The action of the principal shall be final with respect to the application of this section.

ARTICLE XX

PAYROLL DEDUCTIONS

It is understood that the Board will be held harmless against any and all claims of liability which may arise out of, or by reason of, action taken or not taken by the Board in compliance with this Article.  Mistakes will be corrected in the next scheduled pay period.

A.    MEMBERSHIP DUES DEDUCTIONS

The Board agrees to make deductions from the salaries of members of the local Association, the Pennsylvania State Education Association, and the National Education Association as said members authorize the Board to deduct and transmit the monies by check promptly to the Conneaut Education Association each month.

    1.    Deductions referred to in Paragraph A above will be made in eight (8) equal successive installments beginning with the first pay in October.

    2.    No later than September 15th each year, the Conneaut Education Association will provide the Board with a list of those employees who have authorized the Board to make deductions for the Association in Paragraph A above.  (Appendix B)

B.    CREDIT UNION DEDUCTIONS

The Board agrees to deduct members' contributions and/or payments to the Meadville Area Federal Credit Union.

C.    DIRECT DEPOSIT

Teachers will have direct deposit after filling out the forms at Central Office.  Monies will be deposited each pay date.  The employee will receive a printed voucher on each pay date showing all deductions and net pay.

ARTICLE XXI

PAID LEAVES

A.  SICK LEAVE

1.  Active full time employees shall be credited with ten (10) days of sick leave each school year.  Any unused leave shall be cumulative from year to year without limitation.

2.  A doctor's certificate, as proof of illness or disability, is required for an absence from work of five (5) or more consecutive days.  For absences of ten (10) or more days in any one school year, a doctor's certificate may be required where the Board has reason to believe that the employee is abusing his/her sick leave privileges.

3.  Teachers shall be given a written accounting of accumulated sick leave no later than the first pay period of each school year.

B.  PERSONAL LEAVE

1.  All active full time employees shall be eligible for three (3) paid personal leave days each school year.  One day of notification shall be given to the employee's building principal, except in cases of emergency.

2.  The Association recommends that this leave should not be taken during the first two (2) or last two (2) weeks of the school year except when absolutely necessary.  If an employee needs to use personal leave during the last two (2) weeks of the school year, he/she must give two (2) weeks' notice, except in the case of an emergency.

3.  Unused personal days shall accumulate as sick leave days at the end of the school year.

C.  DEATH LEAVE

1.  Leave for death in the immediate family or of a near relative shall be granted as provided in the Pennsylvania School Code of 1949, as amended, Section 1154(b)(c).  Additional time may be granted if it is deemed necessary by the Board.

D.    SABBATICAL LEAVE

1.    General Provisions

    a.    Sabbatical leaves shall be granted to professional employees in accordance with the provisions of the Pennsylvania School Code of 1949, as amended.

    b.    All professional employees requesting sabbatical leave shall make application for such leave to the Superintendent not later than ninety (90) days prior to the school semester(s) during which the leave is desired. The requirement with respect to date of application shall be waived in the event of a request for a sabbatical leave for health reasons.

    c.    Request for leave shall be in writing and shall contain the following:

        (1)    the specific purpose for which the leave is desired.

        (2)    the dates when the employee desires to have the leave begin and terminate.

In addition to the general provisions as set forth in Section D of this article, the following conditions shall apply governing the granting of sabbatical leaves for restoration of health, and professional development.

2.    Health

    a.    The application which is submitted for leave shall be accompanied by a statement from the applicant's physician indicating that the applicant is in need of such leave. The Board reserves the right to require the applicant to be examined by a physician and/or medical specialist at school district expense.

    b.    An employee on leave is obligated to utilize the leave solely for the restoration of health. Employment during the period of leave will invalidate the employee's claim for reimbursement for the sabbatical leave unless such work has been prescribed by the employee's physician.

    c.    Upon actual return from leave the employee must submit a statement from his/her physician and/or the Board's appointed doctor (upon Board request and at Board expense) of certification of fitness to resume full-time employment (appropriate to the employee's position).

3.    Professional Development

In keeping with 24 P.S. §11-1166.1, professional staff may request a leave of absence for the purpose of professional development, for activities directly related to the staff member's professional responsibilities, as determined by the Board and as required by the Commonwealth Board of Education or by the laws of the Commonwealth of Pennsylvania for professional certification or commission, or to improve professional competency.  Such sabbaticals are subject to the requirements of §§11-1166.1(a) and (b) and 11-1167 through 11-1170.

a.    Professional staff requesting such a sabbatical shall submit to the Board a detailed plan describing the professional development activities to be undertaken.

b.    Upon completion of any such leave approved by the Board, the employee shall provide to the Board satisfactory evidence that the plan, as approved, was fully complied with during the leave period. Failure to satisfy this requirement shall result in the forfeiture of all benefits to which the employee would have been entitled during the leave period, except where such compliance is prevented by illness or physical disability.

E.    ASSOCIATION LEAVE

Up to ten (10) days shall be granted for Association representatives, as designated by the Association President, to conduct Association business, to include but not be limited to conferences, conventions and workshops of local, state, and national affiliate organizations.  The Association shall reimburse the District for the cost of the substitute for each of the days used.

ARTICLE XXII

UNPAID LEAVES

A.    UNPAID PROFESSIONAL STUDY LEAVE

A leave of absence of up to one (1) year may be granted, by the Board, to a teacher for the purpose of engaging in study that is related to his/her professional responsibilities, at an accredited college or university.  Upon return from leave, the teacher shall be placed at the appropriate class experience step on the salary schedule.  The teacher shall notify the District in writing not later than 60 days prior to the end of the semester in which the leave terminates, of his/her intention to return.

B.    GENERAL LEAVE OF ABSENCE

A leave of absence of up to one (1) year may be granted, by the Board, to a teacher for any valid reason as determined by the Board.

C.    TEMPORARY DISABILITY LEAVE

1.    A leave of absence of up to one (1) year shall be granted to a teacher who is unable to perform his/her duties because of a temporary illness or disability including but not limited to disabilities caused or contributed to by pregnancy, miscarriage, abortion, childbirth, and recovery therefrom.

2.    While on temporary disability leave, the teacher may elect to have any accrued sick leave days applied.

3.    Requests for leave, due to an anticipated temporary disability, shall be in writing, accompanied by a statement from the teacher's personal physician certifying the disability, and except in cases of emergency, shall be filed with the Superintendent at least thirty (30) days in advance of the date on which the proposed leave is to become effective.

4.    Employees entitled to leave under the Family Medical Leave Act shall be entitled to their 12 weeks of unpaid leave in addition to any leave provided by this provision, subject to all requirements and qualifications of the FMLA.  The District shall at all times comply with the FMLA.

5.    Upon actual return from temporary disability leave, the employee must submit a statement from his/her personal physician and/or the Board's appointed doctor (upon Board request) of certification of fitness to resume employment.  Whenever the Board appoints its doctor as provided in this contract, the School District shall pay the costs incurred.

D.   CHILD REARING

Any professional employee shall be eligible for an unpaid leave of absence up to one (1) year for the purpose of child rearing of a natural or adopted child of pre-school age.

E.   CONTINUATION OF INSURANCE

When permitted by law, and the appropriate carriers, the employee who has been granted unpaid leave shall have the option to continue his/her present insurance coverages by paying the full cost of the premium.  These premiums shall be prepaid on a quarterly basis to the School District.

F.   RETURN FROM LEAVE

1.   No salary increments, seniority, sick leave or retirement benefits shall accrue to an employee for the period for which he/she is on an unpaid leave of absence; however, the employee shall not lose any of said benefits which had accrued up to the beginning of said leave.

2.   Returning employees shall notify the District in writing not later than thirty (30) days prior to the date of return to employment, except as provided in Section A of this Article and Section C of this Article where notification shall be in accordance of the provisions of current laws and regulations.

3.   Upon return from unpaid leave to active employment, the employee shall be assigned to his/her previous position or an equivalent assignment if such position exists in the District.  If such a position does not exist, the District will offer the employee another existing professional assignment for which the employee is certified, subject to the accrued seniority of the employee.

G.   EXTENSION

The Board may grant an extension for leave of absence without pay for temporary disability, upon written request of the employee, for a period of up to, but not more than six (6) consecutive months.

The request shall include proof of illness or disability in the form of a doctor's certificate and shall state a prognosis and expected date of return.

ARTICLE XXIII

EMPLOYEE INSURANCE

A.    HEALTH CARE INSURANCE

The Conneaut School District will provide for each employee covered by this agreement and his/her dependents, health care as set forth in the Conneaut School District school plan (Group #6000-003-01), with the following changes:

1.    Deductible                $250.00 per individual,
                                $750.00 per family.

The Conneaut School District shall pay any and all premium charges for health coverage. The dependents to be covered hereunder shall be those defined by the Conneaut School District plan (Group #6000-003-01) of the Northwestern Region Employee Benefit Trust.

As negotiated between the District and the Association, coverage provided through the above plan shall carry an annual maximum major medical benefit of $2,000,000.00 and a lifetime maximum major medical benefit of $5,000,000.00.  Further the parties have agreed that coverage under this plan shall not include treatments for impotence, sterility, or infertility.  This exclusion shall apply to treatments or procedures intended to cure, correct or reverse these conditions, but shall not be construed so as to exclude coverage for vasectomies, tubal ligations, hysterectomies or other procedures intended to cause sterility.

Any professional employee who wishes to have the Conneaut School District provide the dependent coverage is required to supply the Business Office of the District with a list of dependents on a form supplied by the District on the first work day.  Professional employees must report any changes in dependents to the Business Office promptly in order to insure coverage.  In the event that the professional employee fails to notify the School District in this manner, then the District is not obligated to provide coverage for dependents of the employee until such notification is given.

The Board shall provide for the continuation of health care insurance after retirement for both the employee and his/her dependents at the employee's expense, as permitted by law and the appropriate carrier for a maximum of fifteen (15) years.  Upon reaching Medicare/Medicaid eligibility, retired persons and their dependents may elect to change to any Medicare/Medicaid supplement program offered by the District's carrier and Major Medical with proper notification, in writing, to the Business Manager.  Any retiree who neglects or fails to notify the Business Manager of his/her intent to be placed under such coverage and Major Medical as provided for in this Agreement will save the Board harmless for any claims that might arise from such neglect and the Board will not be liable for any disputed claim that might arise from such neglect.  The time limitations of this provision shall not apply to current retirees presently purchasing coverage through the District's carrier.

B.    LIFE INSURANCE

The Conneaut School District shall provide term life insurance on each professional employee who is an active full-time teacher and who is not retired.  The School District shall pay any and all premium charges.  Said insurance shall provide death benefits of $50,000, and an Accidental Means, Death and Dismemberment provision.  The Conneaut School District reserves the right to select the insurance carrier to provide such insurance.

Teachers leaving employment of the District shall have the right to convert this policy to an individual policy at no cost to the School District within thirty-one (31) days of termination, in accordance with Pennsylvania law..

C.    DENTAL INSURANCE

The Board will provide a basic dental care plan underwritten by Delta Dental of Pennsylvania plan agreement No. 114, September 1, 1977 with maximum coverage of $1,500, and orthodontic maximum coverage of $1,500 for dependent children, and shall pay the premium for each teacher and his/her dependent(s) as defined by the plan.  Any professional employee who wishes to have the Conneaut School District provide dependent coverage is required to supply the Business Office of the Conneaut School District with a list of dependents on a form supplied by the District on the first work day.  Professional employees must report any change in dependents to the Business Office.  The Board shall provide for continuance of dental care insurance after retirement for both the employee and his/her dependent(s) at the employee's expense as permitted by law and the appropriate carrier, subject to the same notification provisions as stated above.

D.    VISION CARE INSURANCE

The Conneaut School District shall provide for each employee covered by this Agreement Vision Care Insurance.  The School District shall pay any and all premium charges for vision coverage for the employee and his/her family dependent(s).  The Conneaut School District reserves the right to select the insurance carrier to provide such insurance.  In selecting the vision care insurance carrier, the plan chosen will provide for full coverage for examination,  and lenses as provided by the carrier once every 12 months when choosing a participating doctor (24 months for frames), and will provide for partial coverage when choosing a non-participating doctor.  (Appendix C)

E.    ENROLLMENT PROVISIONS

Where individual enrollment is required by any of the above insurance plans, teachers must comply with these provisions for their benefits to be effective.  Any such provisions applicable for individual enrollment shall be put into writing and all employees shall be given a copy prior to the due date for enrollment.

CHANGE OF CARRIER

The District shall have the right to change health care insurance carrier subject to the following safeguards:

1.  The District will notify the Association sixty (60) days in advance of any contemplated change in carrier and will, upon request, meet with the Association and a representative of the carrier to review the proposed change of carrier.

2.  In the case of a change involving hospitalization, surgical and Major Medical insurance, the carrier must be readily usable by persons who require hospitalization at area hospitals or while traveling.

3.  The benefits provided must be equal to or better than those previously furnished.

ARTICLE XXIV

RETIREMENT INCENTIVE

A.    At retirement from the Conneaut School District and upon entering into the Public School Employees Retirement System, the retiring member shall be eligible for the following retirement incentive:

      1.    Employee must have at least ten (10) years of service with the District.

      2.    Employee must notify the Superintendent in writing at least ninety (90) days prior to actual retirement date; and

      3.    Employee must notify the Business Manager of the benefit option elected, in writing, at least ninety (90) days prior to actual retirement date.

B.    Employees electing to retire shall have the opportunity to choose between three (3) options for the redemption of accrued and unused sick days prior to the individual's effective date of retirement:

      1.    The District shall provide eligible employees with the opportunity to "purchase" extended health care premium assistance equivalent to fifty (50%) percent of the annual cost of health care premiums purchased through the Carrier at the time of the employee's retirement, based upon the individual employee's accrued and unused sick days and years of service. In no event, however, shall the premium assistance afforded to any one employee exceed $250.00 per month; or

      2.    Choose a lump-sum, discounted, cash distribution; or

      3.    Choose an annual cash distribution. The incentive shall be paid in equal annual installments over a period of ten (10) years. The first increment will be paid within forty-five (45) days of retirement and all subsequent installments shall be paid annually on or before July 15. Upon the death of a retiree, seventy (70%) of the unpaid balance will be paid to the retiree's estate.

C.    The value of accrued and unused sick days, the lump-sum discount, and the sick days to premium assistance ratio shall be determined in accordance with the chart below:

| Years of Service (State System) | $ Value Per Day | Lump Sum | Sick Days to Years of Premium Assistance |
|---|---|---|---|
| 25-35 | 50.00 | 65% | 20:1 |
| 36+ | 40.00 | 75% | 30:1 |

D.   Employees and spouses/dependents electing the Premium Assistance option will be eligible for health care insurance through the Carrier, and for the coverage then available through the District's arrangements with the Carrier, upon retirement for a maximum period of ten (10) years health care premium assistance. Any Employee electing the Premium Assistance option who has accrued more than sufficient sick days to entitle the Employee to premium assistance beyond the ten (10) year maximum shall be entitled to cash in his or her excess sick days under either the incremental or lump sum options set forth above.

1.   The District's obligation to provide premium assistance shall be suspended if and when an Employee becomes covered under another health care plan. Such suspension shall begin upon written notification of coverage to the District and shall end upon written notification to the District of termination of any outside coverage, at which time premium assistance and coverage through the District's carrier shall be reinstated. Under no circumstances, however, shall such suspension extend the total years of premium assistance beyond ten (10) years.

In the event that any such suspension results in accrued and unused sick days in excess of a retiree's eligibility to purchase coverage through the District's carrier, said retiree shall be entitled to "cash in" any such excess sick days in the manner set forth in Section (B) above.

The surviving spouse of a retired employee receiving premium assistance benefits shall be entitled to continue receiving those benefits for so long as the deceased spouse would have been eligible, and shall be entitled to "cash in" excess sick days in the manner set forth in Section (B) above.

2.   During the second, fourth and sixth years of this Agreement employees with insufficient accrued and unused sick days to qualify for a full year of premium assistance may elect to forego cashing in accrued and unused sick days pursuant to the table set forth above and, instead, receive an incentive of $1,250.00 per year to be paid by the District toward the Employee's health care premiums through the Carrier for a maximum of ten (10) years. This is a premium assistance only program; there is no cash benefit offered. This incentive is subject to the same limitations as the Premium Assistance option. This "window" shall also open if, at any time during the life of this Agreement, the Commonwealth enacts any early retirement incentive legislation or program.

During these windows, employees with more than sufficient accrued and unused sick days to qualify for a full year of premium assistance, but fewer accrued and unused sick days than would be necessary to provide premium assistance through the maximum ten (10) years will be permitted to apply such accrued and unused sick days as they had to premium assistance and upon exhaustion of that benefit to supplement with the $1,250.00/year premium assistance through the period for which they would be eligible.

3.  Except as specifically set forth above, the District's financial obligation to any Employee receiving any type of premium assistance shall be limited to the premium assistance payments only. A break in coverage, for failure to remit any portion of the premium that is the Employee's responsibility, or for any other reason not attributable to the District, shall end the District's obligation under this section.

E.  In the event that, under any pending or future early retirement incentive legislation or program, or with regard to an individual retiring into PSERS absent any such legislation or program, an individual retires from his or her position and it is subsequently determined that the individual in question is actually ineligible under such early retirement incentive legislation or program, such individual shall be permitted to return to work for the District if it is determined that the individual's retirement was based upon inaccurate retirement reports generated or filed by the District.

Such return to work shall be for only so long as it is necessary to qualify the individual for the early retirement incentive legislation or program and, during such return to work, the individual shall remain subject to discipline and discharge in accordance with the terms of the collective bargaining agreement.

Under no circumstances shall the District be obligated to reemploy an individual who is determined to be ineligible under any early retirement incentive legislation or program when the retirement is based upon inaccurate information provided by any other party, or if the individuals themselves, caused or contributed to the error.

ARTICLE XXV

SALARY SCHEDULE

A.   See Appendix D for Salary Matrix.

B.   Those Professional employees whose education determines a horizontal move on the salary matrix beginning with the 2000-2001 school year shall receive the appropriate salary at the beginning of the school year after verifying such educational completion and notification is received by the Administration Office by September 1.

An official letter from the College or University or Instructor may be used for verification in lieu of transcript until the transcript is received.

C.   Method of Payment

Each employee covered by the provisions of this Agreement shall receive his/her annual salary in twenty-six (26) payments. Paydays shall be every other Friday.

An employee may receive the balance of his/her contract salary in the first pay period following the last day of school. The employee must submit a written request on or before May 15th to receive said lump sum payment.

An employee who is retiring shall receive the balance of his/her contract salary in the last pay of the teaching year. An employee who gives notice to the Administration Office before May 30 shall receive the balance of his/her contract salary in the first pay period following the last day of school.

D.   Day Rate:     Those professional employees whose contract specifies a work year beyond 185 days will be paid for each day at a rate equal to 1/185th of their annual salary. Days worked beyond the regular school year must be approved by the Board each year.

1
2
3
4

ARTICLE XXVI

SUPPLEMENTAL SALARY SCHEDULE

| | 2000-01 | 2001-02 | 2002-03 | 2003-04 | 2004-05 | 2005-06 |
|---|---|---|---|---|---|---|
| Athletic Director | 4,200.00 | 4,300.00 | 4,400.00 | 4,500.00 | 4,600.00 | 4,700.00 |
| | | | | | | |
| **HEAD COACHES** | | | | | | |
| Football | 3,700.00 | 3,800.00 | 3,900.00 | 4,000.00 | 4,100.00 | 4,200.00 |
| Basketball, Boys | 3,700.00 | 3,800.00 | 3,900.00 | 4,000.00 | 4,100.00 | 4,200.00 |
| Basketball, Girls | 3,700.00 | 3,800.00 | 3,900.00 | 4,000.00 | 4,100.00 | 4,200.00 |
| Baseball | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Softball, Girls | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Wrestling | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Volleyball, Boys | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Volleyball, Girls | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Cross Country | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 | 3,200.00 |
| Golf | 2,200.00 | 2,300.00 | 2,400.00 | 2,500.00 | 2,600.00 | 2,700.00 |
| Soccer | 2,200.00 | 2,300.00 | 2,400.00 | 2,500.00 | 2,600.00 | 2,700.00 |
| | | | | | | |
| **ASSISTANT COACHES** | | | | | | |
| Football | 2,600.00 | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 |
| Basketball, Boys | 2,600.00 | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 |
| Basketball, Girls | 2,600.00 | 2,700.00 | 2,800.00 | 2,900.00 | 3,000.00 | 3,100.00 |
| Baseball | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Wrestling | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Cross Country | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Volleyball, Boys | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Volleyball, Girls | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Softball | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| Soccer | 1,100.00 | 1,200.00 | 1,300.00 | 1,400.00 | 1,500.00 | 1,600.00 |
| | | | | | | |
| **ACTIVITIES** | | | | | | |
| Cheerleader, Director (JV-Varsity, Basketball) | 1,650.00 | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 |
| Cheerleader Directors (per sport*) | 1,250.00 | 1,300.00 | 1,350.00 | 1,400.00 | 1,450.00 | 1,500.00 |
| Class Sponsor, Junior | 1,350.00 | 1,400.00 | 1,450.00 | 1,500.00 | 1,550.00 | 1,600.00 |
| Class Sponsor, Senior | 1,350.00 | 1,400.00 | 1,450.00 | 1,500.00 | 1,550.00 | 1,600.00 |
| Band Front | 750.00 | 800.00 | 850.00 | 900.00 | 950.00 | 1,000.00 |
| | | | | | | |
| **SPECIALIZED ACTIVITIES** | | | | | | |
| Newspaper Sponsor | 1,250.00 | 1,300.00 | 1,350.00 | 1,400.00 | 1,450.00 | 1,500.00 |
| Yearbook Managing Editor | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 | 1,950.00 |
| Student Council Advisor | 1,350.00 | 1,400.00 | 1,450.00 | 1,500.00 | 1,550.00 | 1,600.00 |
| Drama Director | 1,700.00 | 1,750.00 | 1,800.00 | 1,850.00 | 1,900.00 | 1,950.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Intramural Coach (per authorized hour) | 13.50 | 14.00 | 14.50 | 15.00 | 15.50 | 16.00 |
| Academic Intramural (per authorized hour) | 13.50 | 14.00 | 14.50 | 15.00 | 15.50 | 16.00 |

1 *Sports where cheerleaders may be used include only football, basketball and wrestling.
2
3
4 Supplemental contracts, when authorized by the Board, shall be transmitted to the employee
5 involved no later than ninety (90) days prior to the starting date of the duties to be performed for
6 each supplemental contract. Each employee shall return the signed or unsigned contract to the
7 Administration within seven (7) days of its receipt. The only exceptions to this provision shall
8 be in case of emergency or unusual circumstances. In such instances, the Administration shall
9 issue the contract as soon as is reasonably possible.
10
11 Compensation for supplemental contracts will be made in either two (2) equal or one (1) final
12 payment. The first payment may be applied for after the activity is one-half completed.
13
14 When and if personnel are appointed by the Board to direct, conduct, supervise, coach or serve in
15 any of the listed capacities, pay for such appointment will be as described in the schedule.
16
17 It is understood and agreed that the only matter bargained on supplementals and covered by this
18 clause is wages, and no other matters. The Board reserves the right to determine whether or not
19 such supplemental programs will be held, the personnel to be hired, retained or employed in the
20 capacities entered above, including the right to appoint for a term less than one year or to
21 terminate an appointment at any time. All rights to run and control the programs are reserved by
22 the Board and are not bargainable.

1

2

3

4

5

6

7

8

9

10

# ARTICLE XXVII

## NO STRIKE — NO LOCK-OUT

Both parties agree to faithfully abide by the provisions of Act 88 and Act 195.  As a condition of the various provisions of this agreement to which the parties have agreed, the Board pledges that it will not conduct, or cause to be conducted a lock out during the term of this agreement, and the Association pledges that members of the bargaining unit will not engage in a strike (as that term is defined in Act 88 and Act 195) during the term of the Agreement (except as provided otherwise in Article XXX and XXXIII).

# ARTICLE XXVIII

## SAFE SCHOOLS

A.  In the event that any school building is evacuated by reason of any report or threat of damage by bomb, fire or weapon, no professional employee shall be required to remain in the building.  The professional employee shall check his/her respective classroom visually and report findings to the principal.  No professional employee shall be required to search for any bombs or weapons.

B.  The District will take reasonable steps to provide a safe, healthful work environment.  All known unsafe or hazardous conditions will be reported to the building principal.

ARTICLE XXIX

WORKERS COMPENSATION PANEL

The District and Association have agreed upon the physicians identified in Appendix E as Workers Compensation Panel Physicians.  Any changes, deletions, or additions to this panel by way of replacement or substitution or to supplement the list, shall be made by mutual agreement of the District and the Association.

ARTICLE XXX

MODIFICATION AND WAIVER

A.    MODIFICATION

This agreement shall not be modified in whole or in part by the parties except by an instrument, in writing, duly executed, by both parties.

B.    WAIVER

During the term of this agreement, the parties agree that there will be no additional negotiations on any items contained herein or not except by a mutual consent.

ARTICLE XXXI

SEPARABILITY

If any provision of this Agreement or any application of this Agreement to any employee or any group of employees is held to be contrary to law, then such provision or application shall not be deemed valid and subsisting, except to the extent permitted by law, but all other provisions or applications shall continue in full force and effect.

1

## ARTICLE XXXII

2

3

### PRINTING AGREEMENT

4

5

6  Copies of this agreement shall be printed at the expense of the Board within thirty (30) days after
7  the agreement is ratified and is signed.  The agreement shall be presented to all teachers now
8  employed and those employed hereafter.

ARTICLE XXXIII

DURATION OF AGREEMENT

This Agreement shall become effective on the 1st day of July 2000 and shall remain in full force and effect until and including the 30th day of June 2006, or until such later date as the two parties may hereafter agree is to be the extended ending date. Any such extended date shall be evidenced by an amendment to this Agreement, to which amendment the parties shall signify their approval by affixing their signatures thereto.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their officers as of February 14, 2001.

CONNEAUT SCHOOL DISTRICT
BOARD OF EDUCATION

By: _____
        President

By: _____
        Secretary

Document 368573v2

CONNEAUT EDUCATION ASSOCIATION

By: _____
        President

By: _____
        Secretary

49

## APPENDIX "A"

Grievance No. _____

## GRIEVANCE FORM

### CONNEAUT EDUCATION ASSOCIATION

### CONNEAUT SCHOOL DISTRICT

SCHOOL_____    Date_____

GRIEVANT AND/OR ASSOCIATION SIGNATAURE_____

AREA OF CONTRACT VIOLATED (ARTICLES/SECTIONS_____

NATURE OF GRIEVANCE_____

RELIEF SOUGHT_____

## INFORMAL CONFERENCE

ACKNOWLEDGEMENT OF INFORMAL CONFERENCE    DATE HELD_____

Signature of Principal                    Signature of Grievant and/or Association
Immediate Supervisor

DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR_____

Signature of Principal or Immediate Supervisor

Date

50

**POSITION OF GRIEVANT AND/OR ASSOCIATION**_____

_____

_____

☐    **RESOLVED**          ☐    **APPEALED TO LEVEL I**

_____        _____
**Signature of Grievant and/or Association**          **Date**

## LEVEL I – PRINCIPAL OR IMMEDIATE SUPERVISOR

**DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR**_____

_____

_____

_____

_____        _____
**Signature of Principal or Immediate Supervisor**          **Date**

**POSITION OF GRIEVANT AND/OR ASSOCIATION**_____

_____

_____

☐    **RESOLVED**          ☐    **APPEALED TO LEVEL II**

_____        _____
**Signature of Grievant and/or Association**          **Date**

## INFORMAL CONFERENCE—DISTRICT LEVEL

**ACKNOWLEDGEMENT OF INFORMAL CONFERENCE**          **DATE HELD**_____

_____        _____
**Signature of Superintendent**          **Signature of Grievant and/or Association**

**DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR**_____

_____

_____

_____

_____

_____        _____
**Signature of Superindent**          **Date**

## LEVEL II – SUPERINTENDENT

DISPOSITION OF SUPERINTENDENT _____
_____
_____
_____

_____          _____
**Signature of Superintendent**          **Date**

POSITION OF GRIEVANT AND/OR ASSOCIATION _____
_____
_____
_____

☐   **RESOLVED**          ☐   **APPEALED TO LEVEL III**

_____          _____
**Signature of Grievant and/or Association**          **Date**

## LEVEL III – BOARD OF DIRECTORS

DISPOSITION OF BOARD _____
_____
_____
_____

_____          _____
**Signature of Board of Directors**          **Date**

POSITION OF GRIEVANT AND/OR ASSOCIATION _____
_____
_____
_____

☐   **RESOLVED**          ☐   **APPEALED TO LEVEL III**

_____          _____
**Signature of Grievant and/or Association**          **Date**

## LEVEL IV – ARBITRATION

DATE SUBMITTED TO ARBITRATION _____

DISPOSITION AND/OR AWARD OF ARBITRATOR TO BE ATTACHED

APPENDIX "B"

## DUES DEDUCTION AUTHORIZATION CARD

### PAYROLL DEDUCTION AUTHORIZATION CARD

This is to authorize eight (8) equal deductions from my pay to be transmitted to the Conneaut Education Association for the _____ school year.

| | |
|---|---|
| **LOCAL** | $ _____ . _____ |
| **PSEA** | _____ . _____ |
| **NEA** | _____ . _____ |
| **PACE** | _____ . _____ |
| **TOTAL** | $ _____ . _____ |

_____ / _____ / _____
DATE

_____
SIGNATURE

APPENDIX "C"

# VISION CARE

**FREQUENCY OF SERVICE:**                                **STUDENT AGE: 23**

|  | Employee | Spouse | Children |
|---|---|---|---|
| Vision Exam | 12 Months | 12 Months | 12 Months |
| Lenses | 12 Months | 12 Months | 12 Months |
| Frames | 24 Months | 24 Months | 24 Months |

**BENEFITS:**

| | **EMPLOYEE CAN SELECT EITHER** | | |
|---|---|---|---|
| | VBA Participating Doctor<br>(12,000 Nationwide) | **O**<br>**R** | **Non-Participating Doctor** |
| | Amount Covered | | Amount Reimbursed |
| Vision Exam | 100% | | $35.00 |
| Clear Standard Lenses (*Pair*): | | | |
|   Single Vision | 100% | | 30.00 |
|   Bifocal | 100% | | 40.00 |
|   Trifocal | 100% | | 60.00 |
|   Lenticular | 100% | | 80.00 |
| Frame | 100%* | | $45.00 |
| - **OR** – | | | |
| Contacts (*Includes the vision exam allowance*): | | | |
|   Selected In Lieu of Glasses | $125.00 | | $125.00 |
|   Medically Required | UCR** | | 250.00 |

\*     Within the program's $45 wholesale allowance (*approximately $90 to $110 retail*)
\*\*    Usual, Customary and Reasonable as determined by VBA

APPENDIX "D-1"

| 2000-2001 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Step | B | M | M+15 | M+30 |
| 1 | 30,987 | 31,697 | 32,407 | 33,117 |
| 2 | 31,987 | 32,697 | 33,407 | 34,117 |
| 3 | 33,187 | 33,897 | 34,607 | 35,317 |
| 4 | 34,387 | 35,097 | 35,807 | 36,517 |
| 5 | 35,837 | 36,547 | 37,357 | 37,967 |
| 6 | 37,532 | 38,247 | 38,957 | 39,667 |
| 7 | 39,132 | 39,842 | 40,552 | 41,262 |
| 8 | 40,453 | 41,163 | 41,873 | 42,583 |
| 9 | 41,053 | 41,763 | 42,473 | 43,183 |
| 10 | 41,668 | 42,378 | 43,088 | 43,798 |
| 11 | 42,268 | 42,978 | 43,688 | 44,398 |
| 12 | 43,438 | 44,148 | 44,858 | 45,568 |
| 13 | 44,087 | 44,797 | 45,507 | 46,217 |
| 14 | 44,692 | 45,402 | 46,112 | 46,822 |
| 15 | 45,277 | 45,987 | 46,697 | 47,407 |
| 16 | 45,887 | 46,597 | 47,307 | 48,017 |
| 17 | 46,492 | 47,202 | 47,912 | 48,622 |
| 18 | 47,102 | 47,812 | 48,522 | 49,232 |
| 19 | 47,712 | 48,422 | 49,132 | 49,842 |
| 20 | 47,870 | 48,580 | 49,290 | 50,000 |

APPENDIX "D-2"

| 2001-2002 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Step | B | M | M+15 | M+30 |
| 1 | 32,442 | 33,152 | 33,862 | 34,572 |
| 2 | 32,742 | 33,452 | 34,162 | 34,872 |
| 3 | 33,942 | 34,652 | 35,362 | 36,072 |
| 4 | 35,142 | 35,852 | 36,562 | 37,272 |
| 5 | 36,292 | 37,002 | 37,812 | 38,422 |
| 6 | 37,687 | 38,402 | 39,112 | 39,822 |
| 7 | 39,287 | 39,997 | 40,707 | 41,417 |
| 8 | 40,608 | 41,318 | 42,028 | 42,738 |
| 9 | 42,308 | 43,018 | 43,728 | 44,438 |
| 10 | 42,523 | 43,233 | 43,943 | 44,653 |
| 11 | 43,423 | 44,133 | 44,843 | 45,553 |
| 12 | 43,593 | 44,303 | 45,013 | 45,723 |
| 13 | 45,342 | 46,052 | 46,762 | 47,472 |
| 14 | 45,947 | 46,657 | 47,367 | 48,077 |
| 15 | 46,532 | 47,242 | 47,952 | 48,662 |
| 16 | 47,142 | 47,852 | 48,562 | 49,272 |
| 17 | 47,747 | 48,457 | 49,167 | 49,877 |
| 18 | 48,357 | 49,067 | 49,777 | 50,487 |
| 19 | 48,967 | 49,677 | 50,387 | 51,097 |
| 20 | 49,713 | 50,423 | 51,133 | 51,843 |

APPENDIX "D-3"

| 2002-2003 SALARY SCHEDULE | | | |
|---|---|---|---|
| Step | B | M | M+15 | M+30 |
| 1 | 34,074 | 34,784 | 35,494 | 36,204 |
| 2 | 34,374 | 35,084 | 35,794 | 36,504 |
| 3 | 35,574 | 36,284 | 36,994 | 37,704 |
| 4 | 36,774 | 37,484 | 38,194 | 38,904 |
| 5 | 37,924 | 38,634 | 39,444 | 40,054 |
| 6 | 39,319 | 40,034 | 40,744 | 41,454 |
| 7 | 40,519 | 41,229 | 41,939 | 42,649 |
| 8 | 41,840 | 42,550 | 43,260 | 43,970 |
| 9 | 43,540 | 44,250 | 44,960 | 45,670 |
| 10 | 43,755 | 44,465 | 45,175 | 45,885 |
| 11 | 45,054 | 45,764 | 46,474 | 47,184 |
| 12 | 45,224 | 45,934 | 46,644 | 47,354 |
| 13 | 46,973 | 47,683 | 48,393 | 49,103 |
| 14 | 47,578 | 48,288 | 48,998 | 49,708 |
| 15 | 48,163 | 48,873 | 49,583 | 50,293 |
| 16 | 48,973 | 49,683 | 50,393 | 51,103 |
| 17 | 49,828 | 50,538 | 51,248 | 51,958 |
| 18 | 50,438 | 51,148 | 51,858 | 52,568 |
| 19 | 51,148 | 51,858 | 52,568 | 53,278 |
| 20 | 51,913 | 52,623 | 53,333 | 54,043 |

APPENDIX "D-4"

| 2003-2004 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Step | B | M | M+15 | M+30 |
| 1 | 35,531 | 36,241 | 36,951 | 37,661 |
| 2 | 35,831 | 36,541 | 37,251 | 37,961 |
| 3 | 36,131 | 36,841 | 37,551 | 38,261 |
| 4 | 37,331 | 38,041 | 38,751 | 39,461 |
| 5 | 38,481 | 39,191 | 40,001 | 40,611 |
| 6 | 39,676 | 40,391 | 41,101 | 41,811 |
| 7 | 41,076 | 41,786 | 42,496 | 43,206 |
| 8 | 42,097 | 42,807 | 43,517 | 44,227 |
| 9 | 43,712 | 44,422 | 45,132 | 45,842 |
| 10 | 45,212 | 45,922 | 46,632 | 47,342 |
| 11 | 45,411 | 46,121 | 46,831 | 47,541 |
| 12 | 46,781 | 47,491 | 48,201 | 48,911 |
| 13 | 47,430 | 48,140 | 48,850 | 49,560 |
| 14 | 49,135 | 49,845 | 50,555 | 51,265 |
| 15 | 49,720 | 50,430 | 51,140 | 51,850 |
| 16 | 50,180 | 50,890 | 51,600 | 52,310 |
| 17 | 51,035 | 51,745 | 52,455 | 53,165 |
| 18 | 51,995 | 52,705 | 53,415 | 54,125 |
| 19 | 52,305 | 53,015 | 53,725 | 54,435 |
| 20 | 53,443 | 54,153 | 54,863 | 55,573 |

APPENDIX "D-5"

| 2004-2005 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| Step | B | M | M+15 | M+30 |
| 1 | 37,071 | 37,781 | 38,491 | 39,201 |
| 2 | 37,371 | 38,081 | 38,791 | 39,501 |
| 3 | 37,671 | 38,381 | 39,091 | 39,801 |
| 4 | 38,871 | 39,581 | 40,291 | 41,001 |
| 5 | 40,021 | 40,731 | 41,541 | 42,151 |
| 6 | 41,216 | 41,931 | 42,641 | 43,351 |
| 7 | 42,616 | 43,326 | 44,036 | 44,746 |
| 8 | 43,637 | 44,347 | 45,057 | 45,767 |
| 9 | 45,477 | 46,187 | 46,897 | 47,607 |
| 10 | 46,652 | 47,362 | 48,072 | 48,782 |
| 11 | 47,151 | 47,861 | 48,571 | 49,281 |
| 12 | 48,220 | 48,930 | 49,640 | 50,350 |
| 13 | 49,170 | 49,880 | 50,590 | 51,300 |
| 14 | 50,875 | 51,585 | 52,295 | 53,005 |
| 15 | 51,460 | 52,170 | 52,880 | 53,590 |
| 16 | 51,970 | 52,680 | 53,390 | 54,100 |
| 17 | 52,900 | 53,610 | 54,320 | 55,030 |
| 18 | 53,860 | 54,570 | 55,280 | 55,990 |
| 19 | 54,523 | 55,233 | 55,943 | 56,653 |
| 20 | 55,443 | 56,153 | 56,863 | 57,573 |

APPENDIX "D-6"

| 2005-2006 SALARY SCHEDULE | | | | |
|---|---|---|---|---|
| | | | | |
| Step | B | M | M+15 | M+30 |
| 1 | 38,739 | 39,449 | 40,159 | 40,869 |
| 2 | 39,039 | 39,749 | 40,459 | 41,169 |
| 3 | 39,339 | 40,049 | 40,759 | 41,469 |
| 4 | 39,639 | 40,349 | 41,059 | 41,769 |
| 5 | 40,839 | 41,549 | 42,259 | 42,969 |
| 6 | 41,984 | 42,699 | 43,509 | 44,119 |
| 7 | 43,199 | 43,909 | 44,619 | 45,329 |
| 8 | 44,580 | 45,290 | 46,000 | 46,710 |
| 9 | 45,620 | 46,330 | 47,040 | 47,750 |
| 10 | 47,270 | 47,980 | 48,690 | 49,400 |
| 11 | 48,469 | 49,179 | 49,889 | 50,599 |
| 12 | 49,153 | 49,863 | 50,573 | 51,283 |
| 13 | 50,488 | 51,198 | 51,908 | 52,618 |
| 14 | 51,143 | 51,853 | 52,563 | 53,273 |
| 15 | 52,778 | 53,488 | 54,198 | 54,908 |
| 16 | 53,288 | 53,998 | 54,708 | 55,418 |
| 17 | 54,218 | 54,928 | 55,638 | 56,348 |
| 18 | 55,178 | 55,888 | 56,598 | 57,308 |
| 19 | 55,741 | 56,451 | 57,161 | 57,871 |
| 20 | 56,822 | 57,532 | 58,242 | 58,952 |

APPENDIX "E-1"

*Provider Panel Conneaut School District*

# NOTICE TO EMPLOYEES

## IN CASE OF WORK RELATED INJURY

- If you suffer a work-related injury, you have the right to have all reasonable medical supplies and treatment related to the injury paid for by your employer, in accordance with the law. You have a duty to obtain treatment for work-related injuries and illnesses from one of the following designated providers for 90 days from the date of the first visit to a designated provider. If you do not, your employer may not be required to pay for these services.

### DESIGNATED PROVIDERS

| | | | |
|---|---|---|---|
| **UPMC Horizon System** | 103 North Main Street<br>Greenville, PA 16125 | Phone: 724-589-8101<br>Fax:    724-589-8102 | Injury Care<br>Occupational Medicine |
| **Occupational Medicine at**<br>**Meadville Medical Center** | Meadville Medical Center<br>751 Liberty Street<br>Meadville, PA 16335 | Phone: 814-333-5503<br>Fax:    814-724-2520 | Injury Care<br>Occupational Medicine |
| **Northwest Orthopedics**<br>  William R. McWhirter, MD<br>  Theodore R. Moran, MD | 125 North Main Street<br>Greenville, PA  16125 | Phone: 724-588-2017<br>Fax:    724-588-4660 | Orthopedics |
| **Orthopedic & Sports**<br>**Medicine of Erie** | 300 State Street – Suite 400A<br>Erie, PA  16507 | Phone: 814-454-8287<br>Fax:    814-454-8470 | Orthopedics |
| **Jack Vandervort, DC** | 11581 State Highway 98<br>Meadville, PA  16335 | Phone: 814-336-3434<br>Fax:    814-337-8767 | Chiropractic |
| **Department of**<br>**Emergency Medicine** | Meadville Medical Center<br>751 Liberty Street<br>Meadville, PA  16335 | Phone: 814-333-5500<br>Fax:    814-724-2550 | Emergency Services |

- You have the right, during this 90-day period, to switch from one health care provider on the list to another health care provider on the list, and that all treatment shall be paid for by your employer.

- You have the right to seek treatment from a referral provider if a designated provider refers you, and your employer shall pay for treatment rendered by the referral provider.

- You have the right to seek emergency medical treatment from any provider, but subsequent nonemergency treatment shall be by a designated provider for the remainder of the 90-day period.

- You have the right to seek treatment or medical consultation from a nondesignated provider during the 90-day period, but these services shall be at your expense for the applicable 90 days.

- You have a right to seek treatment from any health care provider after the 90-day period has ended, and that treatment shall be paid for by your employer, if it is reasonable and necessary.

- You have a duty to notify your employer of treatment by a nondesignated provider within 5 days of the first visit to that provider. Your employer may not be required to pay for treatment rendered by the nondesignated provider prior to receiving this notification. However, your employer shall pay for these services once notified, unless the treatment is found unreasonable by a utilization review organization.

- You have the right to seek an additional opinion from any health care provider of your choice when a designated provider prescribes invasive surgery for you. If the additional opinion differs from the opinion of the designated provider and the additional opinion provides a specific and detailed course of treatment, you shall determine which course of treatment to follow. If you opt to follow the course of treatment outlined by the additional opinion, the treatment shall be performed by one of the health care providers on your employer's designated list for 90 days from the date of the first visit to the provider of the additional opinion.

## REMEMBER, IT IS IMPORTANT TO TELL YOUR EMPLOYER ABOUT YOUR INJURY

APPENDIX "E-2"

*Provider Panel Conneaut School District*

# NOTICE OF RIGHTS AND DUTIES

Pennsylvania law requires employers to notify employees of their rights and duties regarding medical services provided under the Workers' Compensation Law (the Act). This notice will provide you a summary of the applicable provisions of the Act:

1. Your employer has established a medical panel, which includes at least six designated health care providers, no more than four of whom are a coordinated care organization and no fewer than three of whom are physicians. The employer has not included on this list a physician or health care provider who is employed, owned or controlled by the employer or the employer's insurer unless employment, ownership or control is disclosed on the list.

2. You have a duty to obtain treatment for work-related injuries and illnesses from one or more of the designated health care providers for 90 days from the date of the first visit to a designated provider.

3. You have the right to have all reasonable medical supplies and treatment related to the injury paid for by your employer as long as treatment is obtained from the designated provider during the 90-day period.

4. You have the right, during this 90-day period, to switch from one health care provider on the list to another health care provider on the list, and that all treatment shall be paid for by your employer.

5. You have the right to seek treatment from a referral provider if a designated provider refers you, and your employer shall pay for treatment rendered by the referral provider.

6. You have the right to seek emergency medical treatment from any provider, but subsequent nonemergency treatment shall be by a designated provider for the remainder of the 90-day period.

7. You have the right to seek treatment or medical consultation from a nondesignated provider during the 90-day period, but these services shall be at your expense for the applicable 90 days.

8. You have a right to seek treatment from any health care provider after the 90-day period has ended, and that treatment shall be paid for by your employer, if it is reasonable and necessary.

9. You have a duty to notify your employer of treatment by a nondesignated provider within 5 days of the first visit to that provider. Your employer may not be required to pay for treatment rendered by the nondesignated provider prior to receiving this notification. However, your employer shall pay for these services once notified, unless the treatment is found unreasonable by a utilization review organization.

10. You have the right to seek an additional opinion from any health care provider of your choice when a designated provider prescribes invasive surgery for you. If the additional opinion differs from the opinion of the designated provider and the additional opinion provides a specific and detailed course of treatment, you shall determine which course of treatment to follow. If you opt to follow the course of treatment outlined by the additional opinion, the treatment shall be performed by one of the health care providers on your employer's designated list for 90 days from the date of the first visit to the provider of the additional opinion.

## ACKNOWLEDGEMENT OF RIGHTS AND DUTIES

I hereby acknowledge that my employer has provided me with a copy of the "Notice of Rights and Duties". I have been informed of and I understand my rights and duties pertaining to medical treatment for work related injuries thereunder.

_____          _____
Employee Signature                        Date

_____          _____
Witness                                   Date