

# PENNCREST SCHOOL DISTRICT

PROFESSIONAL AGREEMENT

between

BOARD OF EDUCATION

and

PENNCREST AREA EDUCATION ASSOCIATION

## CONTRACT PERIOD

**1996/1997 through 2000/2001**

DEFENDANT'S EXHIBIT

II

CA No 04-264E

# TABLE OF CONTENTS

ARTICLE I     RECOGNITION

    A.  Unit    1

ARTICLE II    DURATION OF AGREEMENT

    A.  Effective Date    1

ARTICLE III   NEGOTIATION OF A SUCCESSOR AGREEMENT

    A.  Deadline Date    2

    B.  Modification    2

ARTICLE IV    MAINTENANCE OF MEMBERSHIP

    A.  Provision    2

    B.  Fair Share    2

ARTICLE V     MEMBERSHIP DEDUCTIONS

    A.  Deduction from Salary    2

    B.  List Supplied to Board    2

    C.  Authorization Cards for Unified    3
        Association Dues Deductions

    D.  Late Hired Employees    3

ARTICLE VI    GRIEVANCE PROCEDURE

    A.  Definitions

        1.  Grievance    3
        2.  Aggrieved Person    3
        3.  Party in Interest    3
        4.  Days    3

    B.  Purpose    3

    C.  Procedure    3

        1.  Time Limits    3
        2.  Year-End Grievance    4

    D.  Grievance Levels    4

        1.  Level One    4
        2.  Level Two    4
        3.  Level Three    4
        4.  Level Four    4

- A -

E.   Rights of Teachers to Representation                              5

   1.   Teacher and Association                                      5
   2.   Group Grievance                                              5
   3.   Forms                                                        5

ARTICLE VII  TEACHING PERFORMANCE

A.   General Criteria                                                  6

B.   Derogatory Material                                              6

C.   Personnel Records                                                6

D.   Copies of Evaluations                                           6

ARTICLE VIII     ASSOCIATION RIGHTS

A.   Released Time for Meetings                                       6

B.   Use of School Building                                          7

C.   Bulletin Boards                                                 7

D.   Place on Agenda                                                 7

E.   Use of Mail Box                                                 7

F.   Released Time For Association                                   7

G.   Building Representatives                                        7

H.   Meetings with Superintendent                                    7

ARTICLE IX  PROFESSIONAL COURTESIES

A.   Access to File                                                  8

B.   Teacher's Lunch                                                 8

C.   Leaving Building During Lunch                                   8

D.   Leaving Building During Planning Period                         8

E.   Faculty Room and Facilities                                     8

F.   Requisition Adjustment                                          8

G.   Travel Reimbursement                                            9

H.   Just Cause                                                      9

I.   Student Grades                                                  9

J.   Medication                                                      9

K.   Sick Leave                                                      9

L.   Notice of Assignment                                            9

M.   Required Meetings                                               9

N.   Seniority                                                       10

ARTICLE X      PROFESSIONAL DEVELOPMENT

        A.   Payment For Credits                           10

        B.   Method of Reimbursement                       10

        C.   Required Cost Payment                         10

ARTICLE XI  TEACHING WORK YEAR                             10

ARTICLE XII TEACHING DAY

        A.   Work Day                                      11

        B.   Planning Time                                 11

        C.   Homebound Instruction                         11

        D.   Additional Work                               12

ARTICLE XIII     NON-TEACHING DUTIES                       12

ATRICLE XIV      SUBSTITUTES                                12

ARTICLE XV  VACANCIES, PROMOTIONS AND TRANSFERS

        A.   Transfer                                      12

        B.   Vacancies and Postings                        13

        C.   Voluntary or Involuntary Transfer             13

ARTICLE XVI      SABBATICAL LEAVES                          13

ARTICLE XVII     LEAVES OF ABSENCE

        A.   Leaves of Absence                             13

        B.   Association Leave                             14

        C.   Illness or Disability                         14

        D.   Parental Leave                                14

        E.   Benefits                                      14

        F.   Bereavement Leave                             14

ARTICLE XVIII    TEACHER BENEFITS

        A.   Life Insurance                                15

        B.   Health Care Insurance                         15

        C.   Personal Days                                 16

        D.   Jury Duty                                     17

        E.   Retirement Pay                                17

        F.   Dental Care                                   17

        G.   Vision Care                                   17

- C -

ARTICLE XIX EXTRA COMPENSATORY POSITIONS

    A.  Payment per Assignment         17

    B.  Method of Payment         17

    C.  Instrumental Music Pay Schedule         18

    D.  Activity Pay Schedule         19

    E.  Coaching Pay Schedule         19

    F.  Cheerleading Advisor Schedule         22

ARTICLE XX  SALARY SCHEDULE

    A.  Step Placement         23

    B.  Remuneration         23

    C.  Salary Increase Based on Schedule         23

    D.  Fractional Year         24

    E.  Part Time Benefits         25

ARTICLE XXI MISCELLANEOUS PROVISIONS

    A.  Separability         26

    B.  Compliance         26

    C.  Printing Agreement         26

    D.  Pay Adjustment         26

    E.  Waivers         26

    F.  Dismissal Notice         26

ADDENDUM I        Retirement Incentive         i

APPENDIX A-1        Salary Levels         ii

APPENDIX A-2        Salary Levels-Bachelors         iii

APPENDIX A-3        Salary Levels-Masters         iv

APPENDIX A-4        Salary Levels - Master +15         v

APPENDIX A-5        Salary Levels - Master +30         vi

APPENDIX A-6        Salary Levels - Masters #45         vii

APPENDIX B        Grievance Report Form         viii

APPENDIX C        Specifications - Vision Program         ix

## ARTICLE I

### RECOGNITION

A.    **Unit**

       The Board hereby recognizes the Association as the exclusive and sole representative for collective bargaining for all employees included in the bargaining unit as certified and determined by the Pennsylvania Labor Relations Board.  A copy of the determination is on file in the Administration Office of PENNCREST School District and with the Executive Committee of PENNCREST Area Education Association PSEA-NEA.

## ARTICLE II

### DURATION OF AGREEMENT

A.    **Effective Date**

       This agreement shall be effective as of one (1) day prior to the first day of the 1996-97 school year and shall continue in effect until one (1) day prior to the first day of the 2001-2002 school year.  This Agreement shall not be extended orally and it is expressly understood that it shall expire on the date indicated.  In witness whereof, the Association has caused this Agreement to be signed by its President and Secretary, and the Board has caused this Agreement to be signed by its President and attested by its Secretary, and its corporate seal to be placed hereon, all on the day and year of signing.

PENNCREST Area Education               PENNCREST Board of Education
Association PSEA-NEA

BY _Harold C. Shorts_                   BY _New B. Mews_
   President                              President

BY _Linda L. Powell_                    BY _Linda L. Mangus_
   Secretary                              Secretary

Date of Signing: _December 14, 1995_

## ARTICLE III

## NEGOTIATION OF A SUCCESSOR AGREEMENT

A.    **Deadline Date**

The parties agree to enter into collective bargaining over a successor Agreement no later than January 10, 2001. Any Agreement so negotiated shall be reduced to writing before ratification by the parties. The Board will provide the Association a copy without charge.

B.    **Modification**

This Agreement shall not be modified in whole or in part by the parties, except by an instrument in writing, duly executed by both parties.

## ARTICLE IV

## MAINTENANCE OF MEMBERSHIP

A.    **Provision**

The Board agrees that all employees who are presently members of the Association shall be subject to the "maintenance of membership" provision, as defined in ARTICLE III, Subsection (18) of the Public Employee Relations Act, Act 195.

B.    **Fair Share**

Each nonmember in the bargaining unit represented by the PENNCREST Area Education Association PSEA/NEA shall be required to pay a fair share fee as provided for by Act 84 of 1988.

The School District and the Association agree to comply with all the provisions of the said law.

The Association agrees to extend to all nonmembers the opportunity to join the Association.

## ARTICLE V

## MEMBERSHIP DEDUCTION

A.    **Deduction From Salary**

The Board agrees to deduct Unified Association dues and fair share fees from the salaries of members of the bargaining unit. Dues and fair share fees are to be withheld in eighteen (18) equal deductions, beginning with the second pay in October. The monies shall be transmitted to the Association in eighteen (18) installments corresponding to the pay schedule. The District shall be held harmless for any problems arising from the enforcement of this ARTICLE.

B.    **List Supplied to Board**

No later than September 30 of each year, the Association will provide the Board with a list of those employees who have authorized the Board to deduct dues and those from whom a fair share fee is payable in accordance with Section A above.

C.   Authorization Cards for Unified Association Dues Deductions

     The Board will honor such authorization cards pursuant to the "maintenance of membership" provision, ARTICLE IV, Section A.

D.   **Late Hired Employees**

     Any person employed after September 30 shall have the right to submit a dues deduction authorization card.  Those not submitting a dues authorization card shall have a fair share fee deducted.

ARTICLE VI

GRIEVANCE PROCEDURE

A.   **Definitions**

     1.   **Grievance**

     A "grievance" is hereby defined as an alleged violation regarding the meaning, interpretation or application of any provision in this Agreement.

     2.   **Aggrieved Person**

     An "aggrieved person" is the person or persons making the claim.

     3.   **Party in Interest**

     A "party in interest" is the employee or employees making the allegation or claim, and any professional employee in the bargaining unit who might be required to take action, or against whom action might be taken, in order to resolve the claim.

     4.   **Days**

     Days for the purposes of the grievance procedure, the term "days" shall mean days on which there is required employee attendance. Grievances occurring at the end of the year shall be processed as though school were in session, except for Saturday, Sunday and holidays.

B.   **Purpose**

     The purpose of this procedure is to secure at the lowest possible level equitable solutions to the problems which may from time to time arise affecting teachers.  Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

C.   **Procedure**

     1.   **Time Limits**

     Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level should be considered as a maximum and every effort should be made to expedite the process.  The time limits specified may, however, be extended by mutual agreement.

3

2.    **Year-End Grievance**

The parties will mutually attempt to resolve year-end grievances as expeditiously as possible, so that the grievance is resolved prior to the beginning of the next school year, if possible. Any grievance which is not resolved at the time a successor agreement becomes effective shall be resolved on a basis of the negotiated agreement which was in effect when the grievance commenced.

D.    **Grievance Levels**

1.    **Level One**

The aggrieved person shall present the grievance in writing, stating the specific nature of the grievance and the provision or provisions of the contract allegedly violated to the building principal within twelve (12) days after its occurrence. The principal shall answer the grievance within five (5) days after initial presentation of the grievance.

2.    **Level Two**

If the action in Level One fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred in writing to the Superintendent or his designated administrator within five (5) days following the Level One answer. A discussion between the parties in interest shall be held within five (5) days. Following a discussion of this grievance, the Superintendent or his designated administrator shall answer the grievance in writing within seven (7) days.

3.    **Level Three**

If the action in Level Two fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred in writing to the Board within five (5) days following the Level Two answer. The grievance shall be discussed at the next scheduled full Board meeting in an executive session held prior to the open meeting with the aggrieved employee and/or his designated representative. The Board shall answer the grievance in writing within seven (7) days following this discussion.

4.    **Level Four**

If the action in Level Three fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred by the Association to binding arbitration, as provided in Section 903 of Act 195, within ten (10) days following the Board answer.

a.    Within ten (10) school days after such written notice of submission to arbitration, the Board and the Association shall attempt to agree upon a mutually acceptable arbitrator and shall obtain a commitment from said arbitrator to serve. If the parties are unable to agree upon an arbitrator, or to obtain such a commitment within the specified period, a request for a list of arbitrators may be made to the Pennsylvania Bureau of Mediation by either party. The parties shall then be bound by the rules and procedures of the Pennsylvania Bureau of Mediation in the selection of an arbitrator.

b.    The arbitrator so selected shall confer with the representatives of the Board and the Association and hold hearings promptly, and shall issue his decision not later than twenty (20) days from the date of the close of the hearings, or, if oral hearings have been waived, then from the date the final statement and proofs of the issues are submitted to him.  The arbitrator's decision shall be in writing and shall set forth his findings of fact, reasoning and conclusions on the issues submitted.  The arbitrator shall be without power of authority to make any decision which requires the commission of an act prohibited by law, or which is violative of the terms of this Agreement.  The decision of the arbitrator shall be submitted to the Board and the Association and shall be binding and final on the parties.

c.    The costs for the services of the arbitrator, including per diem expenses, if any, and actual and necessary travel, subsistence expenses and the cost of the hearing room and court reporter shall be borne equally by the Board and the Association. Any other expenses incurred shall be paid by the party incurring same.

E.    **Rights of Teachers to Representation**

1.    **Teacher and Association**

Any aggrieved person may be represented at all stages of the grievance procedure by himself, or at his option, by a representative selected or approved by the Association.  When an employee is not represented by the Association, the Association shall have the right to be present and to state its views at all stages of the grievance.

2.    **Group Grievance**

If, in the judgment of the Association, a grievance affects a group or class of employees, the Association may submit such grievance in writing to the Superintendent directly and the processing of such grievance shall commence at Level Two.  The Superintendent shall have three (3) days to review the grievance, and if, in his opinion, the grievance can be resolved at the first step of the grievance procedure, the Superintendent may revert the grievance to that level, where it will then continue through the normal grievance procedure.

3.    **Forms**

The form to be used in the grievance procedure shall be found in Appendix B of this Agreement.

## ARTICLE VII
## TEACHING PERFORMANCE

A.     **General Criteria**

    1.     The Board agrees that all monitoring or observation of the work performance of a professional employee shall be conducted openly and with full knowledge of the employee.

    2.     The parties agree to meet and discuss employee evaluation periodically in an effort to improve the effectiveness of performance evaluation methods and procedures. The parties accept and endorse the concept of keeping each teacher informed of the results of his/her performance evaluations, both formal and informal, as well as the value of providing guidance and constructive criticism in the interest of improving educational standards.

    3.     Subsequent to any observation, any professional employee may request in writing to the building principal or Superintendent designee a conference related to the professional employee's teaching and/or other professional obligations.

B.     **Derogatory Material**

    No derogatory material related to an employee's conduct, service, character or personality shall be placed in his/her personal file, unless the employee has had an opportunity to review the material. The employee shall acknowledge that he/she has had the opportunity to review such material by affixing his/her signature to all copies with the written understanding that such signature in no way indicates agreement with the contents thereof. The employee shall also have the right to submit a written answer to such material and his/her answer shall be reviewed by the Superintendent or his designee and attached to all copies.

C.     **Personnel Records**

    Each employee shall have the right to review the contents of his/her personnel file, provided three (3) days notification have been given. An employee shall be entitled to have a representative of the Association accompany him/her during such review.

D.     **Copies of Evaluations**

    Copies of evaluations shall be provided to the teacher within seven (7) working days of the observation. Any evaluation which is less than satisfactory as noted on the evaluation must be accompanied by written recommendations for improvement. No employee shall be required to sign a blank or incomplete evaluation form.

## ARTICLE VIII
## ASSOCIATION RIGHTS

A.     **Released Time For Meetings**

    Whenever any representative of the Association or any professional employee is mutually scheduled by the parties to participate during working hours in negotiations, grievance proceedings, conferences, or meetings, he/she shall suffer no loss in pay and shall be provided with released time from his/her regular duties.

B.    **Use of School Building**

The Association and its representatives shall normally be allowed the use of school buildings for meetings after school hours and during inservice days. Approval for such meetings shall be made with the principal of the building or with the staff member in charge of the building to be used.

C.    **Bulletin Boards**

The Association shall share the use of a bulletin board in each faculty lounge and teachers' room.

D.    **Place On Agenda**

A representative of the Association shall be given a place on the agenda of all general faculty meetings in each school attendance area or district meetings after the regular meeting is adjourned.

E.    **Use of Mail Box**

The Association shall be allowed the use of intra-school mail facilities and faculty mail boxes to the extent that they were used in the past.

F.    **Released Time For Association**

The Board shall permit the president of the Association and/or his/her designates a total of ten (10) paid teaching days of his/her choice for the purpose of attending PSEA-NEA sponsored meetings, seminars or workshops at the national, state or district level. Additional days for the same purpose shall be permitted, as agreed upon between the Association President and the District Superintendent provided that the Association reimburse the cost of the substitute.

G.    **Building Representatives**

The building representative, with the knowledge of the building principal, shall be permitted to visit rooms within his/her building during the day to investigate working conditions, complaints or other problems provided no classes are interrupted. If the building representative desires a conference with the principal of his/her particular building, he/she shall give a twenty-four (24) hour notice, provided no emergency exists.

H.    **Meetings with Superintendent**

Association representatives may meet with the Superintendent at least once a month during the school year to review and discuss current school problems and practices, as well as the administration of this Agreement. Special meetings may be called by either party on a twenty-four (24) hour notice.

ARTICLE IX
PROFESSIONAL COURTESIES

A.    **Access To File**

All professional employees shall have access to their cumulative personnel file and any other records pertaining to that individual, except those letters of recommendation or evaluation submitted to the District prior to the date of hire with the request that they be treated in a confidential manner. Such confidential material shall not be considered for any purpose relative to the employee's continued employment.

B.    **Teacher's Lunch**

Teachers shall be permitted to eat their lunch in the teachers' lounge.

C.    **Leaving Building During Lunch**

Teachers shall be permitted to leave the building during their lunch period, if the building principal is informed of the teacher's destination, or if the principal is unavailable, if notice is given to office personnel.

D.    **Leaving Building During Planning Period**

Teachers shall be permitted to leave the building during planning periods to acquire materials related to subject area, with the approval of the building principal.

E.    **Faculty Room And Facilities**

1.    A faculty room shall be provided in each building.

2.    Each faculty room shall be provided with the following items:

a.    at least one typewriter
b.    at least one dictionary
c.    at least one work table or work area
d.    at least one filing cabinet
e.    shelves for books and storage.

3.    Use of School District Equipment

The Association shall have the right to use school district equipment and supplies. The Association agrees to reimburse the School District for the use of equipment and supplies at the prevailing cost to the District. The Association will only use these materials and equipment at times which do not interfere with the educational progress of the District.

F.    **Requisition Adjustment**

If it becomes necessary to adjust an employee's requisition for monetary reasons, the building principal in consultation with the teacher involved shall make the necessary modifications.

8

G.    **Travel Reimbursement**

    1.    Employees required by the School Board or the Administration in the course of their work on behalf of PENNCREST School District, to drive personal automobiles from one school building to another shall receive a transportation reimbursement per mile, as regulated by the maximum allowance permitted by the Internal Revenue Service.  The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the first semester of the school year.  The rate as fixed by the Internal Revenue Service on the first day of January shall be the reimbursable rate for the second semester of the school year.  The same allowance shall be given for use of personal cars for field trips or other School Board approved business of the District.

    2.    All assignments covered above must be approved and scheduled by the administration.

    3.    The only exception to Section G (1) shall be on the first inservice day, provided the location of the inservice meeting is kept on a rotating basis.

H.    **Just Cause**

Nothing contained in this Agreement shall impair the employer's right to hire employees or to discharge employees for just cause, consistent with existing legislation.  No professional employee shall be disciplined, reprimanded, discharged or reduced in rank without just cause.

I.    **Student Grades**

    The employee shall have the right to determine grades of students. The administration may change the grade with the approval of the employee, or without approval if so noted.

J.    **Medication**

    Employees in the bargaining unit, with exception of nurses, shall not be required to administer medication to pupils.

K.    **Sick Leave**

    Each employee shall be given a written accounting of all sick leave and salary by August 15 of each year.

L.    **Notice of Assignment**

    If a change in assignment is to take place, the affected employee shall be given notice of the change no later than August 1. Such notice shall specify building, grade level and subject area to which the employee is to be assigned.  Notice of unforeseen changes may be distributed between August 1 and the opening of school.

M.    **Required Meetings**

    Whenever any employee is required to meet with any employer representative concerning any matter which could adversely affect the employee's status, the employee shall be entitled to have representation.

N.    Seniority

        Seniority shall be in accordance with Act 97.  In the event two or
more employees begin work on the same day, their seniority rank shall be
determined by lot.

### ARTICLE X
### PROFESSIONAL DEVELOPMENT

A.    Payment For Credits

        During the term of this agreement the Board agrees to reimburse
all professional personnel the cost of up to fifteen (15) credits per
year if successfully completed with a grade of C or better.  Such
reimbursement shall be made at the prevailing rate for the cost of
credits as established by the thirteen (13) universities in the
Pennsylvania State University System.

B.    Method of Reimbursement

        Reimbursement shall be made to the professional employee within
fifteen (15) days after Board approval.

C.    Required Cost Payment

        The Board agrees to pay costs and expenses including fees, meals,
lodging and transportation at the rate as provided in Article IX,
Section G., incurred with any workshops, seminars, conferences or
clinics which a teacher is required by the administration to attend.
Meals, however, are excluded from this provision when the activities
listed above are held in a district building where cafeteria services
are provided.  In this case meals will be at the expense of the
employee.

### ARTICLE XI
### TEACHING WORK YEAR

The teacher work year shall not exceed one hundred and eighty-four (184) days
in the 1996-97 school year.  In the 1997-98 school year, one in-service day
will be added to the work year.  The in-service day will be scheduled to be
worked prior to the commencement of classes each year.

In the 1998-99 school year, the hourly equivalent of an additional school day
will be added to the work year.  However, an additional day will not be added
to the school calendar, instead the association will add an additional in-
service hour to various school days throughout the calendar year.  The total
extra time added to the contract by this method shall not exceed one full
school day.

The building principal and the professional employees in each building shall
by mutual agreement determine the dates and times when the in-service hour
will be added to the school day.  It is the intention of the parties that the
in-service hours for the entire calendar year will be determined within the
first two weeks of the appropriate school year.  The building principal and
the professional employees within that building may mutually agree to modify
that calendar during the course of the year on an "as-needed" basis.

In the event that individual coaching schedules or other extra curricular
activities conflict with the in-service hour scheduled for any given month,
the principal shall permit the affected professional to work the in-service
hour at a time which is mutually acceptable to the building principal and the
affected professional.

10

ARTICLE XII

TEACHING DAY

A.    **Work Day**

The length of the school day shall not exceed seven (7) hours and twenty-five (25) minutes, inclusive of lunch time.  The only exception to seven (7) hours and twenty-five (25) minutes shall be in the event that the two (2) evening parent conferences are held each year, the employees agree to work beyond the normal day.  All hours worked beyond the seven (7) hours and twenty-five (25) minute day for evening parent conferences shall be deducted from the following Friday afternoon when the employee shall be allowed to leave early.

The only exception to the above shall be that Building Principals may  in the Principal's sole discretion, call faculty meetings not to exceed one (1) meeting a month for seven (7) months in any school year. Notification of said meetings shall be given at least three (3) days prior to the day of the meeting.  The cumulative total of time for all seven meetings shall not exceed seven hours.  No individual meeting shall exceed one hour and thirty minutes duration.

All teachers shall be required to attend one open house per school year.

B.    **Planning Time**

Where administratively possible, each teacher will be provided one (1) planning period per day.  No teacher shall have less than one hundred forty (140) minutes of planning time each week.

C.    **Homebound Instruction**

1.    Participation in Homebound Instruction programs shall be voluntary.  All positions in the program shall be opened to employees in the bargaining unit before they are opened to people outside the unit. The Superintendent or his designee shall promptly post notice of all Homebound Instruction vacancies as soon as there is knowledge of said vacancy and notify the Association President or his/her designee of such vacancy but not later than three (3) school days before filling the vacancy.  The notice shall include grade level, subject or responsibilities, and building and/or attendance area.

Those applicants selected shall be paid $16.00 per hour for all such work performed.

In the event that travel is required, the employee shall be entitled to mileage pay at the rate set forth in this agreement. Reimbursement for required travel shall be limited to travel between school, homebound, and school or between school, homebound, and the teacher's residence, whichever is less.  If school is not in session, the employee shall be given reimbursement from residence to homebound to residence.

2.    Vacancies for Homebound Instructors shall be filled in accordance with the following procedure:

a.    Teacher applicants for the position shall be ranked by certification, attendance area, building and seniority.

11

b.   The properly certified teacher applicant with the highest seniority from the building where the homebound student is enrolled will be chosen first if available.

c.   If no qualified applicant is available from the student's building, the properly certified teacher with the highest seniority from the student's attendance area will be chosen.

d.   If no qualified applicant from the student's attendance area is available, the properly certified teacher with the highest seniority from the other attendance areas in the school district shall be chosen.

e.   Should all of the above fail to produce a qualified teacher, the homebound teacher will be selected from the substitute list upon recommendation and/or approval of the principal of the building in which the student is enrolled.

D.   **Additional Work**

Employees in the bargaining unit agreeing to and designated by the School Board or the Administration to perform work beyond the school day or school year set forth in this agreement shall be paid $16.00 per hour.

Reasonable written advance notice will be given by the Administration. Whenever possible one week's advance notice will be given. The hourly rate shall not apply to federal programs.

### ARTICLE XIII

### NON-TEACHING DUTIES

The Board shall employ at least one (1) teacher aide in each building.

### ARTICLE XIV

### SUBSTITUTES

A.   Teachers are not required to, but may voluntarily, assume the classes of any teacher who is absent any portion of a day. When a teacher is absent one-half (1/2) to one (1) full day, a substitute will be employed. The only exception shall be made when a substitute is unavailable.

B.   When Chapter I reading specialists and full-time gifted teachers are absent, the District may not be required to hire a substitute teacher. Other teachers may voluntarily assume the non-instructional duties of Chapter I reading specialists and full-time gifted teachers, but may not be assigned such duties.

### ARTICLE XV

### VACANCIES, PROMOTIONS AND TRANSFERS

A.   **Transfer**

No transfer of any employee in the unit shall be for disciplinary reasons.

12

B.    **Vacancies and Postings**

    1.    Whenever a teaching vacancy occurs, the Superintendent or his designee shall promptly notify the Association president or his/her designee, of such vacancy, not less than five (5) school days beginning on August first and continuing until the end of the school year and not less than ten (10) work days beginning at the end of the school year and continuing until July 31 before permanently filling the position. The notice shall include grade level, subject or responsibilities, buildings and qualifications. Qualified candidates from within the bargaining unit shall be given first consideration over those from outside the unit. Qualifications being equal, the position shall be awarded by seniority.

    2.    The employee assigned to the vacant position shall be notified in writing as soon as the determination occurs. The actual transfer to the position shall occur on the first day of the school year. Once an employee is assigned to a vacant position for which the employee has voluntarily applied the employee must remain in the position awarded for a minimum period of one year. **In no event will mid-year transfers be allowed.** This section shall not apply to persons who have applied for a vacant position in order to avoid layoff.

C.    **Voluntary Or Involuntary Transfer**

    When making voluntary or involuntary transfers, seniority will be given major consideration. Any teacher denied a transfer or involuntarily transferred by the principals will be granted, at his/her request, an interview for the position with the Superintendent and the Board. The Superintendent will then make his recommendation to the Board regarding the transfer. The Board will make the final decision.

**ARTICLE XVI**

**SABBATICAL LEAVES**

A.    All sabbatical leaves shall comply with Sections 1166, 1167, 1168, 1169, 1170 and 1171 of the Pennsylvania School Code.

B.        In all cases the employee will be required to submit his/her request in writing at least thirty (30) days prior to the beginning of the leave. In addition, no teacher will be permitted to return to his/her position until the leave has expired or if a teacher who is on a full year sabbatical desires to return to his/her position at the expiration of one (1) semester, written notice must be given thirty (30) days prior to the beginning of that semester. Request for sabbatical for health reasons shall be excluded from this section's time limitations.

**ARTICLE  XVII**

**LEAVES OF ABSENCE**

A.    **Leaves Of Absence**

    An unpaid leave of absence may be granted by the Board, upon written request by the professional employee.

13

B.    <u>Association Leave</u>

Two (2) years leave of absence shall be granted for the purpose of campaigning for or serving in public office or state PSEA.

C.    <u>Illness or Disability</u>

Due to illness or disability, a teacher having exhausted all sick leave may be granted a leave of absence without pay for the duration of the illness or disability up to one (1) year. The employee must request such leave in writing. The beginning date must be determined by a physician. Reasonable notice must be given.

D.    <u>Parental Leave</u>

An unpaid leave of absence for up to eighteen (18) months shall be granted to employees for childbearing and childrearing. If an employee desires to begin the leave prior to the birth of the child, the leave shall begin on a date established and certified by the employee's physician.

Childrearing leave shall be granted to employees of newborn infants or employees who become parents of a preschool age adopted child, upon the child's adoption.

Employees on parental leave may return at any time, provided the employer is given at least thirty (30) working days' notice prior to the date of return.

All benefits to which an employee was entitled at the time the leave of absence commenced, including years of credited service, unused accumulated sick leave, and credits toward sabbatical eligibility, shall be restored upon return as fully as if the leave had not been taken, and the employee shall be assigned to the same or equivalent position held at the time said leave commenced.

An employee, while on parental leave, may continue any or all of the insurance coverages, if permitted by the carrier, by remitting the premiums to the district. The district shall not make any contributions for retirement or other district-approved benefits and no seniority for any purpose shall accrue.

E.    <u>Benefits</u>

Seniority and salary increments shall not accrue during unpaid leaves.

F.    <u>Bereavement Leave</u>

1.    Employees in the bargaining unit shall be granted up to five (5) days of paid leave in each instance on the death of an immediate family member as defined by Section 1154 of the School Code. Members of the immediate family shall be defined as father, mother, brother, sister, son, daughter, husband, wife, parent-in-law or near relative who resides in the same household, or any person with whom the employee has made his home.

2.    Employees in the bargaining unit shall be granted up to two (2) days of paid leave in each instance of the death of a near relative as defined by Section 1154 of the School Code. A near relative shall be defined as first cousin, grandfather, grandmother, aunt, uncle niece, nephew, son-in-law, daughter-in-law, brother-in-law, sister-in-law or grandparent-in-law.

14

ARTICLE XVIII
TEACHER BENEFITS

The Board agrees to furnish all teachers the following benefits for the duration of this contract. New teachers shall not be eligible for benefits until they have reported to work.

A.  Life Insurance

1.   The Board shall provide without cost to the teacher thirty thousand dollars ($30,000) of group life insurance.

2.   The parties agree that the School District will ask its life insurance carrier to provide life insurance to retired teachers up to the age of sixty-five (65) years at the rates then in effect and as they may change from time to time but that the School District shall not be required to maintain such coverage if such coverage will increase its costs for those employees not retired. Retired teachers shall pay to the District, at a specified time as the District requires, the necessary amount to cover the entire cost of the annual premium.

3.   This provision (Article XVIII, A. 2) shall not be subject to the grievance procedure.

B.  Health Care Insurance

1.   The Board shall provide without cost to the teacher full family health care insurance benefits. The carrier shall be Benefit Administrators Inc., or another carrier mutually agreed to by the District and the Executive Board of the Association. Either party shall have the right to request a meeting with the other on an annual basis for the purpose of discussing problems which may arise concerning health care insurance. The coverage shall continue to be the same as that provided during the contract period 1986-89 with the following improvements:

      Major Medical          $1,000,000

2.   Each family member covered by the Penncrest health care plan shall be responsible to pay an annual deductible amount towards his or her major medical coverage as follows:

| | |
|---|---|
| 1996-97 | $100.00 |
| 1997-98 | $150.00 |
| 1998-99 | $200.00 |
| 1999-2000 | $250.00 |
| 2000-2001 | $250.00 |

If three members of any family meet the annual deductible amount in any given year the deductible amount for the balance of the family shall be considered to be met for the remaining members of the family.

3.   Further, teachers who retire into the Public School Employee's Retirement System prior to the age of sixty-five (65) may continue their membership under the PENNCREST group plan up to the age of sixty-five (65), provided they pay to the District at a specified time as the District requires, the necessary amount to cover the entire cost of the annual premium. This provision shall be subject to the approval of the carrier. This provision (Article XVIII, (B). (3)) shall not be subject to the grievance procedure. (The above is subject to provisions of Addendum I.)

15

4.    **Cost Containment**

The Association agrees that the District may implement an insurance cost containment program if mutually agreed to by the parties. Provided, however, it is understood and agreed that the employees in the bargaining unit will not suffer loss of, or reduction in, nor will they incur any increased cost for entitlement to or use of health care benefits as a result of any such cost containment program.

5.    **Opting Out**

Professional employee may choose to "opt out" of either or both of the health care insurance or the family dental care insurance provided by the District. The decision to "opt out" must be made annually in writing with notice delivered to the District Business Manager not later than two weeks prior to the beginning of each school year.

Any professional "opting out" shall be paid annually according to the following schedule:

| | |
|---|---|
| Health Care Insurance Only | $   800.00 |
| Dental Care Insurance Only | $   200.00 |
| Combined | $1,000.00 |

The District will permit an employee who has "opted out" of the health care plan to rejoin the Plan during the school year only for good cause shown as determined by the District in its sole discretion. Any employee who rejoins the health plan shall be required to reimburse the District the pro rata portion of the "opt out" payment which has not been earned, said proration being computed on a fiscal year basis.

Because the purpose of this provision is health care cost containment, any employee who is eligible for separate health care coverage by reason of employment who is also eligible for coverage by reason of relationship (e.g. spouse or dependent) will not be eligible for the "opt out" payment.

C.    **Personal Days**

At the beginning of the school year, each teacher shall be credited with three (3) accruable days to be used for personal reasons. A limit of five per cent (5%) of the members of the bargaining unit in the district, with no more than three (3) in any particular building may use a personal day on any given date. Half personal days shall not be used except in the case of a personal emergency which arises immediately prior to or during the course of the work day and requires attention by the employee.

The accruing of personal days shall be based on one (1) day earned for each three (3) months worked. If a teacher severs his employment from the District and has used more days than he/she has earned, he/she shall reimburse the District for the unearned days.

Unused personal days during the term of this contract will be credited as accumulated sick leave in the year immediately following that year in which they were earned.

D.   **Jury Duty**

Professional employees required to report for jury duty shall be compensated for difference between their regular salary and pay received for such obligation. Such jury duty days will not be deducted from any professional, personal/emergency, sick days or leaves.

E.   **Retirement Pay**

Retirement pay, based on years of service (longevity) in the district and accrued days of unused sick leave, shall be paid to all professional employees upon retiring into the Public School Employees' Retirement System based on the following formula.

The accrued sick days, which are unlimited, multiplied by forty ($40) dollars for the 1996-97, 1997-98, 1998-99, 1999-2000 and 2000-2001 contract years. A letter of intent to retire shall be submitted to the superintendent, no later than thirty (30) days prior to the day of retirement.

F.   **Dental Care**

The Board shall provide without cost to the teacher a family dental care policy for PENNCREST School District employees equal to or better than the one provided during the contract period 1986-1989 and entitled Group Life and Dental Benefits (i.e., 1000 maximum, nondeductible, 100% coverage).

G.   **Vision Care**

The Board shall provide without cost to the teacher an individual vision care policy for PENNCREST School District employees with the cost not to exceed $3.40/person. Specifications of the coverage are found in Appendix C.

## ARTICLE XIX

## EXTRA COMPENSATORY POSITIONS

A.   **Payment per Assignment**

Employees will be paid a fixed salary per assignment for the following positions:

|  | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Timers and Scorekeeper | 24.88 | 25.88 | 26.91 | 27.99 | 29.11 | 30.27 |
| Ticket Takers and Sellers | 24.88 | 25.88 | 26.91 | 27.99 | 29.11 | 30.27 |
| Football Announcer | 24.88 | 25.88 | 26.91 | 27.99 | 29.11 | 30.27 |

B.   **Method of Payment**

Pay for extra-compensatory contract positions shall be paid in three (3) equal installments. One-third (1/3) within two (2) weeks following the beginning of the activity, one-third (1/3) within two (2) weeks following the mid-point of the activity and one-third (1/3) within two (2) weeks following the end of the activity provided all responsibilities associated with the activity are completed to the satisfaction of the building principal.

17

C.    **Instrumental Music Pay Schedule**

   1.    **Football Band:** The beginning of school to the end of the football season during the term of the contract:

|  | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Football Band | 2,048.25 | 2,130.18 | 2,215.39 | 2,304.00 | 2,396.16 | 2,492.01 |

   2.    **Summer Band:** Maximum schedule of 150 hours, including daily practice and other band activities during the summer, such as parades, festivals, contests, etc.

|  | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| a.   Cambridge Springs 150 hours | 1,493.65 | 1,553.40 | 1,615.53 | 1,680.15 | 1,747.36 | 1,817.25 |
| b.   Maplewood 150 hours | 1,493.65 | 1,553.40 | 1,615.53 | 1,680.15 | 1,747.36 | 1,817.25 |
| c.   Saegertown 150 hours | 1,493.65 | 1,553.40 | 1,615.53 | 1,680.15 | 1,747.36 | 1,817.25 |

   3.    **Summer Instrumental Program:**

|  | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| a.   Cambridge Springs | 1,161.73 | 1,208.20 | 1,256.53 | 1,306.79 | 1,359.06 | 1,413.42 |
| b.   Maplewood | 1,161.73 | 1,208.20 | 1,256.53 | 1,306.79 | 1,359.06 | 1,413.42 |
| c.   Saegertown | 1,161.73 | 1,208.20 | 1,256.53 | 1,306.79 | 1,359.06 | 1,413.42 |

   4.    **Extracurricular Music Activities**

   Music teachers will be reimbursed for all programs preapproved by the building principal and/or his/her immediate superior for all extra-curricular music programs, at the rate of:

|  | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-2000 | 2000-01 |
|---|---|---|---|---|---|---|
| Extra Curricular Music Activities | 13.71 | 14.26 | 14.83 | 15.42 | 16.04 | 16.68 |

   The accumulated total of all extracurricular activities shall not exceed fifty (50) hours per teacher and must be listed on the approved music form.

   The extracurricular music activities shall not include reimbursement for practices for District, State or Regional programs.

D.    **Activity Pay Schedule**

| Description | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| 1.   Show Choir | 2,090.17 | 2,090.17 | 2,090.17 | 2,090.17 | 2,090.17 | 2,090.17 |
| 2.   Yearbook Advisor | 1,078.76 | 1,312.48 | 1,364.98 | 1,419.58 | 1,476.36 | 1,535.42 |
| 3.   Senior Class Advisor | 580.87 | 604.10 | 628.27 | 653.40 | 679.54 | 706.72 |
| 4.   Junior Class Advisor | 580.87 | 604.10 | 628.27 | 653.40 | 679.54 | 706.72 |
| 5.   Drama Advisor | 746.83 | 776.70 | 807.77 | 840.08 | 873.69 | 908.63 |
| 6.   Student Advisor | 464.48 | 483.06 | 502.38 | 522.48 | 543.38 | 565.11 |
| 7.   Chaperones/Bus   (One Person) Per/Assignment- (Per/Game) | 21.59 | 22.45 | 23.35 | 24.29 | 25.26 | 26.27 |
| Dance (2 Persons Per/Assignment - (Per Game) | 21.59 | 22.45 | 23.35 | 24.29 | 25.26 | 26.27 |

E.    **Coaching Pay Schedule**

**For Coaches of Wrestling, Football, Basketball**

| **Head Coach** | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| 1st Year | 2,698.54 | 2806.48 | 2,918.74 | 3,035.49 | 3,156.91 | 3,283.19 |
| 2nd Year | 2,871.14 | 2,985.99 | 3,105.45 | 3,229.64 | 3,358.83 | 3,493.18 |
| 3rd Year | 3,043.74 | 3,165.49 | 3,292.11 | 3,423.79 | 3,560.75 | 3,703.18 |
| 4th Year | 3,216.33 | 3,344.98 | 3.478.78 | 3,617.93 | 3,762.65 | 3,913.16 |
| 5th Year | 3,388.93 | 3,524.49 | 3,665.47 | 3,812.09 | 3,964.57 | 4,123.15 |
| 6th Year | 3,561.56 | 3,704.02 | 3,852.18 | 4,006.27 | 4,166.52 | 4,333.18 |
| 7th Year | 3,734.14 | 3,883.51 | 4,038.85 | 4,200.40 | 4,368.42 | 4,543.15 |
| **Assistant Coach (s)** | **1995-96** | **1996-97** | **1997-98** | **1998-99** | **1999-00** | **2000-01** |
| 1st Year | 1,669.57 | 1,736.35 | 1,805.81 | 1,878.04 | 1,953.16 | 2,031.29 |
| 2nd Year | 1,755.88 | 1,826.12 | 1,899.16 | 1,975.13 | 2,054.13 | 2,136.30 |
| 3rd Year | 1,928.49 | 2,005.63 | 2,085.85 | 2,169.29 | 2,256.06 | 2,346.30 |
| 4th Year | 2,101.08 | 2,185.12 | 2,272.53 | 2,363.43 | 2,457.97 | 2,556.29 |
| 5th Year | 2,273.68 | 2,364.63 | 2,459.21 | 2,557.58 | 2,659.88 | 2,766.28 |
| 6th Year | 2,446.28 | 2,544.13 | 2,645.90 | 2,751.73 | 2,861.80 | 2,976.27 |
| 7th Year | 2,618.87 | 2,723.62 | 2,832.57 | 2,945.87 | 3,063.71 | 3,186.26 |

For Coaches of Volleyball

| Head Coach | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| 1st Year | 1,530.14 | 1,591.35 | 1,655.00 | 1,721.20 | 1,790.05 | 1,861.65 |
| 2nd Year | 1,621.37 | 1,686.22 | 1,753.67 | 1,823.82 | 1,896.77 | 1,972.64 |
| 3rd Year | 1,712.63 | 1,781.14 | 1,852.38 | 1,926.48 | 2,003.53 | 2,083.68 |
| 4th Year | 1,803.88 | 1,876.04 | 1,951.08 | 2,029.12 | 2,110.28 | 2,194.70 |
| 5th Year | 1,895.11 | 1,970.91 | 2,049.75 | 2,131.74 | 2,217.01 | 2,305.69 |
| 6th Year | 2,077.61 | 2,160.71 | 2,247.14 | 2,337.10 | 2,430.51 | 2,527.73 |
| 7th Year | 2,260.10 | 2,350.50 | 2,444.52 | 2,542.31 | 2,644.00 | 2,749.76 |
| Assistant Coach(s) | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| 1st Year | 946.69 | 984.56 | 1,023.94 | 1,064.90 | 1,107.49 | 1,151.79 |
| 2nd Year | 991.57 | 1,031.23 | 1,072.48 | 1,115.38 | 1,159.99 | 1,206.39 |
| 3rd Year | 1,085.11 | 1,128.51 | 1,173.65 | 1,220.60 | 1,269.42 | 1,320.20 |
| 4th Year | 1,178.39 | 1,225.53 | 1,274.55 | 1,325.53 | 1,378.55 | 1,433.69 |
| 5th Year | 1,271.46 | 1,322.31 | 1,375.21 | 1,430.21 | 1,487.42 | 1,546.92 |
| 6th Year | 1,427.02 | 1,484.10 | 1,543.46 | 1,605.20 | 1,669.41 | 1,736.19 |
| 7th Year | 1,585.08 | 1,648.48 | 1,714.42 | 1,783.00 | 1,854.32 | 1,928.49 |

For Coaches of Baseball and Softball

| Head Coach | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| 1st Year | 1,354.66 | 1,408.85 | 1,465.20 | 1,523.81 | 1,584.76 | 1,648.15 |
| 2nd Year | 1,445.90 | 1,503.74 | 1,563.89 | 1,626.44 | 1,691.50 | 1,759.16 |
| 3rd Year | 1,537.15 | 1,598.64 | 1,662.58 | 1,729.08 | 1,798.25 | 1,870.18 |
| 4th Year | 1,628.39 | 1,693.53 | 1,761.27 | 1,831.72 | 1,904.99 | 1,981.19 |
| 5th Year | 1,719.64 | 1,788.43 | 1,859.96 | 1,934.36 | 2,011.74 | 2,092.20 |
| 6th Year | 1,902.13 | 1,978.22 | 2,057.34 | 2,139.64 | 2,225.22 | 2,314.23 |
| 7th Year | 2,084.62 | 2,168.00 | 2,254.72 | 2,344.91 | 2,438.71 | 2,536.26 |
| Assistant Coach (s) | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| 1st Year | 838.12 | 871.64 | 906.51 | 942.77 | 980.48 | 1,019.70 |
| 2nd Year | 884.26 | 919.63 | 956.41 | 994.67 | 1,034.46 | 1,075.83 |
| 3rd Year | 973.93 | 1,012.88 | 1,053.40 | 1,095.53 | 1,139.36 | 1,184.93 |
| 4th Year | 1,063.75 | 1,106.30 | 1,150.55 | 1,196.58 | 1,244.44 | 1,294.22 |
| 5th Year | 1,153.73 | 1,199.88 | 1,247.87 | 1,297.79 | 1,349.70 | 1,403.69 |
| 6th Year | 1,306.49 | 1,358.75 | 1,413.10 | 1,469.62 | 1,528.41 | 1,589.54 |
| 7th Year | 1,462.01 | 1,520.49 | 1,581.31 | 1,644.56 | 1,710.34 | 1,778.76 |

## Athletic Director

| Athletic Director | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| 1st Year | 2,028.48 | 2,889.62 | 3,005.20 | 3,125.41 | 3,250.43 | 3,380.45 |
| 2nd Year | 2,210.97 | 3,079.41 | 3,202.59 | 3,330.69 | 3,463.92 | 3,602.47 |
| 3rd Year | 2,393.46 | 3,269.20 | 3,399.97 | 3,535.96 | 3,677.40 | 3,824.50 |
| 4th Year | 2,575.95 | 3,458.99 | 3,597.35 | 3,741.24 | 3,890.89 | 4,046.53 |
| 5th Year | 2,758.45 | 3,648.79 | 3,794.74 | 3,946.53 | 4,104.39 | 4,268.57 |
| 6th Year | 2,940.46 | 3,838.08 | 3,991.60 | 4,151.27 | 4,317.32 | 4,490.01 |
| 7th Year | 3,123.44 | 4,028.38 | 4,189.51 | 4,357.09 | 4,531.38 | 4,712.63 |

## Intramurals:

| Intramurals | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Rate Per Hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |

F.  **Cheerleading Advisor Schedule**

   The Cheerleading Advisor Schedule is designed in the following
segments in order to make it possible for the advisor to conduct the
entire program or only those segments which deal with the basic
instructional skills.  In any case, the following schedule is applicable
exclusively to high school sports:

| Description | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|

1.  FOOTBALL **:

   A. Pre-Season Practice:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |
| 12 Hours | 159.42 | 165.73 | 172.36 | 179.26 | 186.43 | 193.89 |

   B. In-Season Practice:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |
| 38 Hours | 504.82 | 524.83 | 545.82 | 567.65 | 590.36 | 613.97 |

   C. Chaperone/All Games ***:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Game | 21.59 | 22.45 | 23.35 | 24.29 | 25.26 | 26.27 |

2.  BASKETBALL AND WRESTLING **:

   A. Pre-Season Practice:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |
| 12 Hours | 159.42 | 165.73 | 172.36 | 179.26 | 186.43 | 193.89 |

   B. In-Season Practice:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |
| 38 Hours | 504.82 | 524.83 | 545.82 | 567.65 | 590.36 | 613.97 |

   C . Chaperone/All Games ***:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Game | 21.59 | 22.45 | 23.35 | 24.29 | 25.26 | 26.27 |

3.  ALL SPORTS * and **:

   A. Cheerleading Tryouts:

| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
|---|---|---|---|---|---|---|
| Per Hour | 13.28 | 13.81 | 14.36 | 14.94 | 15.54 | 16.16 |
| 14 Hours** | 185.99 | 193.36 | 201.09 | 209.13 | 217.50 | 226.20 |

   *    Hours per sport to be determined mutually by advisor and building
        principal.

   **   Per attendance area, per year.

   ***  The number of games will be determined by the School District's
        Interscholastic Athletic Policy.

22

ARTICLE XX
SALARY SCHEDULE

**A.    Step Placement**

Each professional employee shall be placed on the new salary schedules as provided by Appendix A-1.  It is understood that steps on the salary schedules do not necessarily equal years of service.

**B.    Remuneration**

1.    Pay will be divided into twenty-six (26) equal payments.

2.    On the first Thursday of the school year, the professional employee will receive a two-week pay.

3.    Every other Thursday thereafter will be a scheduled pay period.  In the event that the pay Thursday is not a working day, the paychecks will be distributed on the closest working day preceding the pay Thursday.

4.    Checks for the months of June, July and August will be received in full on the last scheduled working day of the school year or every two weeks at the discretion of the professional employee.

**C.    Salary Increase Based on Schedule**

Each professional employee in the bargaining unit shall receive the salary increase for each year as provided on the salary schedules Appendix Bachelors A-2, Masters A-3, Masters +15 A-4, Masters +30 A-5, Masters +45 A-6.

**D.**    The salary schedules listed below are effective on the first day of the 1996-97 school year and shall remain in effect for the balance of this contract.

This salary schedule is based upon an assumption that the cost of living increase in each year of the contract would not exceed five percent.  In order to compensate the professional employees in any given year in which this assumption is not correct, the District agrees that in any year of the contract, when the cost of living increase exceeds five percent, then in that event the professional employees shall be paid an additional annual increase equivalent to the difference between five percent and the actual cost of living increase for that particular contract year.

The Consumer Price Index used in this computation shall be for the period June 1 through May 30 of the year preceding the school year in which the increase will become effective.  Example:  July 1, 1996 to June 30, 1997 for the 1997-1998 school year.

The cost of living index used on this computation shall be the CPI - U, US, All Cities Index published by the Bureau of Labor Statistics of the U.S. Department of Labor.

E.    Fractional Year

     Only members of the Bargaining unit with fractional years of service amounting to at least one semester in any one school year shall be counted as one (1) full year of service placement on the salary schedules Appendix A-1.

     If an employee works less than one (1) semester in the 1995-96, 1996-97, 1997-1998, 1998-99, or 1999-00 school years, he/she shall, upon return, move vertically to the next lower step of the salary schedule as provided for in Appendix A-1.  In the subsequent school year, after his/her return, he/she shall move horizontally as provided for in Appendix A-1.

| EXAMPLES | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| A. | YEAR OF LEAVE | | | | | |
| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| | LEVEL 8 | LEVEL 9 | LEVEL 10 | LEVEL 11 | LEVEL 12 | LEVEL 13 |
| | | | | | | |
| B. | | YEAR OF LEAVE | | | | |
| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| | LEVEL 16 | LEVEL 18 | LEVEL 18 | LEVEL 19 | LEVEL 20 | LEVEL 20 |
| C. | | | YEAR OF LEAVE | | | |
| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| | LEVEL 5 | LEVEL 6 | LEVEL 7 | LEVEL 7 | LEVEL 8 | LEVEL 9 |
| | | | | | | |
| D. | | | | YEAR OF LEAVE | | |
| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| | LEVEL 3 | LEVEL 4 | LEVEL 5 | LEVEL 6 | LEVEL 6 | LEVEL 7 |
| | | | | | | |
| E. | | | | | YEAR OF LEAVE | |
| | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | 2000-01 |
| | LEVEL 10 | LEVEL 12 | LEVEL 13 | LEVEL 14 | LEVEL 15 | LEVEL 15 |

F.    **Part Time Benefits**

Regularly employed part time contracted professional employees shall receive the following:

1.    **Full benefits**:

a.    Full family health care insurance benefits, as listed in ARTICLE XVIII, Teacher Benefits, B 1.

b.    Family dental care policy, as listed in ARTICLE XVIII, F

c.    Group life insurance, as listed in ARTICLE XVIII, A

d.    Vision care, as listed in ARTICLE XVIII, G

25

2.    <u>Pro-Rata Benefits:</u>

a.    Sick leave

b.    Personal/emergency leaves, as listed in ARTICLE XVIII, C

c.    Credits, as listed in ARTICLE X, A

d.    Salary increase, as listed in ARTICLE XX, C

**ARTICLE XXI**
**MISCELLANEOUS PROVISIONS**

A.    <u>Separability</u>

If any provision of this Agreement or any application of this Agreement to any employee or group of employees is held to be contrary to law, then such provision or application shall not be deemed valid and subsisting, except to the extent permitted by law. All other provisions or applications shall continue in full force and effect.

B.    <u>Compliance</u>

Any individual contract between the Board and an individual teacher heretofore or hereafter executed shall be subject to and consistent with the terms and conditions of this Agreement. If an individual contract contains any language inconsistent with this Agreement, this Agreement during its duration shall be controlling.

C.    <u>Printing Agreement</u>

Copies of this Agreement shall be printed by the District after agreement with the Association on format, within thirty (30) days after the Agreement is signed.  The district will supply the number of copies of the agreement requested by the Association.  The District will bill the Association for the cost of printing the number of copies ordered.

D.    <u>Pay Adjustment</u>

The Board shall provide a brief, concise, exacting procedure by which a professional employee might have an erroneous pay immediately corrected.

E.    <u>Waivers</u>

The parties agree that all negotiable items have been discussed during negotiations leading to this Agreement, and that no additional negotiations on this Agreement will be conducted on any item, whether contained herein or not, during the life of this Agreement, unless by mutual agreement of both parties.

F.    <u>Dismissal Notice</u>

Each professional employee subject to dismissal shall be given at least a sixty (60) day notice.

ADDENDUM 1

The Association representatives have advised the District that they believe that there are a number of their senior members who have reached retirement age but have maintained their tenure due to the spectre of ever increasing health care costs. The District is informed that persons in this position would be able to retire if health care insurance is provided in the interim between retirement and eligibility for Medicare benefits at age 65.

The District is willing to accommodate Association members in this circumstance during the life of this contract. The District believes that this period provides an ample window of opportunity for such persons to arrange their affairs and prepare for retirement.

Accordingly, the District will provide family health care insurance coverage to retirees under the Penncrest Health Care Plan under the following terms and conditions:

A.    The employee must be at least 55 years of age.

B.    The employee must retire into the Public School Employees Retirement System.

C.    A Letter of Intent to retire shall be submitted to the Superintendent no later than thirty (30) days prior to the day of retirement.

D.    The employee will be credited with one years paid up health care coverage in return for surrendering 20 days accumulated sick leave; up to a maximum of 10 years coverage for 200 days accumulated sick leave. **The District will not offer partial years insurance. Insurance will only be provided to employees who surrender sick days in 20 day increments.**

This retirement incentive shall be available to Penncrest School District professional employees during the life of this contract (one day prior to the first day of the 1996-97 school year until one day prior to the first day of the 2001-2002 school year.)   It is understood and agreed between the parties that it is not the intention of the School District to provide this incentive beyond said period.  Further is understood and agreed between the parties that the Association shall not attempt to assert any continuing right to this incentive beyond the period of this agreement; nor will the Association take the position that a past practice has been established with regard to said incentive.

It is hereby agreed that the professional agreement between the Board of Education and the Penncrest Area Association for the contract period 1994-97 be amended in order that the health care retirement incentive outlined in this addendum be made applicable to that agreement under the same terms and conditions outlined in this Addendum.

i

APPENDIX    A - 1

Salary Levels

| 95-96 | 96-97 | 97-98 | 98-99 | 99-00 | 00-01 |
|---|---|---|---|---|---|
|  |  |  |  |  | 1 |
|  |  |  |  | 1 | 2 |
|  |  |  | 1 | 2 | 3 |
|  |  | 1 | 2 | 3 | 4 |
|  | 1 | 2 | 3 | 4 | 5 |
| 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | 4 | 5 | 6 | 7 | 8 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 5 | 6 | 7 | 8 | 9 | 10 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 8 | 10 | 11 | 12 | 13 | 14 |
| 9 | 11 | 12 | 13 | 14 | 15 |
| 10 | 12 | 13 | 14 | 15 | 16 |
| 11 | 13 | 14 | 15 | 16 | 17 |
| 12 | 14 | 15 | 16 | 17 | 18 |
| 13 | 15 | 16 | 17 | 18 | 19 |
| 14 | 16 | 17 | 18 | 19 | 20 |
| 15 | 17 | 18 | 19 | 20 | 20 |
| 16 | 18 | 19 | 20 | 20 | 20 |
| 17 | 19 | 20 | 20 | 20 | 20 |
| 18 | 20 | 20 | 20 | 20 | 20 |
| 19 | 20 | 20 | 20 | 20 | 20 |
| 20 | 20 | 20 | 20 | 20 | 20 |

APPENDIX
A - 2

| LEVELS | BACHELORS 1996-97 | BACHELORS 1997-98 | BACHELORS 1998-99 | BACHELORS 1999-2000 | BACHELORS 2000-2001 |
|--------|-------------------|-------------------|-------------------|---------------------|---------------------|
| 1 | 26,771 | 27,271 | 27,771 | 28,271 | 28,771 |
| 2 | 28,372 | 28,572 | 29,527 | 29,541 | 30,271 |
| 3 | 30,821 | 31,022 | 32,022 | 31,297 | 31,771 |
| 4 | 31,880 | 31,981 | 33,021 | 33,794 | 33,271 |
| 5 | 32,874 | 33,507 | 33,748 | 34,796 | 34,771 |
| 6 | 34,043 | 34,531 | 34,797 | 35,420 | 36,271 |
| 7 | 34,460 | 35,416 | 35,602 | 36,367 | 36,845 |
| 8 | 34,537 | 35,716 | 36,297 | 37,372 | 37,517 |
| 9 | 34,965 | 36,035 | 37,106 | 38,067 | 38,890 |
| 10 | 35,384 | 36,547 | 37,911 | 38,976 | 40,003 |
| 11 | 35,803 | 37,094 | 38,247 | 39,781 | 41,136 |
| 12 | 36,228 | 37,576 | 38,710 | 40,117 | 42,209 |
| 13 | 37,141 | 38,618 | 39,192 | 40,524 | 42,909 |
| 14 | 37,775 | 39,508 | 40,895 | 40,994 | 43,337 |
| 15 | 38,657 | 40,429 | 41,324 | 41,942 | 44,010 |
| 16 | 39,411 | 40,933 | 42,245 | 43,055 | 45,901 |
| 17 | 40,018 | 41,243 | 43,332 | 44,428 | 46,974 |
| 18 | 41,411 | 41,737 | 43,943 | 45,428 | 47,994 |
| 19 | 41,829 | 43,431 | 44,892 | 46,226 | 48,270 |
| 20 | 46,281 | 47,390 | 48,400 | 49,300 | 50,300 |

APPENDIX
A - 3

| LEVELS | MASTERS 1996-97 | MASTERS 1997-98 | MASTERS 1998-99 | MASTERS 1999-2000 | MASTERS 2000-01 |
|--------|------|------|------|------|------|
| 1 | 27,438 | 27,938 | 28,438 | 28,938 | 29,438 |
| 2 | 29,040 | 29,240 | 30,195 | 30,209 | 30,939 |
| 3 | 31,489 | 31,690 | 32,690 | 31,965 | 32,439 |
| 4 | 32,548 | 32,649 | 33,689 | 34,462 | 33,939 |
| 5 | 33,542 | 34,175 | 34,416 | 35,464 | 35,439 |
| 6 | 34,711 | 35,199 | 35,465 | 36,088 | 36,939 |
| 7 | 35,127 | 36,083 | 36,269 | 37,034 | 37,512 |
| 8 | 35,204 | 36,383 | 36,964 | 38,039 | 38,184 |
| 9 | 35,632 | 36,702 | 37,773 | 38,734 | 39,557 |
| 10 | 36,051 | 37,214 | 38,277 | 39,643 | 40,670 |
| 11 | 36,470 | 37,761 | 38,514 | 40,448 | 41,803 |
| 12 | 36,895 | 38,243 | 39,377 | 40,784 | 42,876 |
| 13 | 37,808 | 39,285 | 39,859 | 41,191 | 43,576 |
| 14 | 38,442 | 40,175 | 41,562 | 41,661 | 44,004 |
| 15 | 39,324 | 41,096 | 41,991 | 42,609 | 44,677 |
| 16 | 40,078 | 41,600 | 42,912 | 43,722 | 46,568 |
| 17 | 40,685 | 41,910 | 43,999 | 45,095 | 47,641 |
| 18 | 42,079 | 42,405 | 44,611 | 46,096 | 48,662 |
| 19 | 42,497 | 44,099 | 45,560 | 46,894 | 48,938 |
| 20 | 46,949 | 48,058 | 49,068 | 49,968 | 50,968 |

APPENDIX
A - 4

| LEVELS | MASTERS+15 1996-97 | MASTERS+15 1997-98 | MASTERS+15 1998-99 | MASTERS+15 1999-2000 | MASTERS+15 2000-01 |
|--------|--------|--------|--------|--------|--------|
| 1 | 28,106 | 28,606 | 29,106 | 29,606 | 30,106 |
| 2 | 29,707 | 29,907 | 30,862 | 30,876 | 31,606 |
| 3 | 32,156 | 32,357 | 33,357 | 32,632 | 33,106 |
| 4 | 33,215 | 33,316 | 34,356 | 35,129 | 34,606 |
| 5 | 34,209 | 34,842 | 35,083 | 36,131 | 36,106 |
| 6 | 35,378 | 35,866 | 36,132 | 36,755 | 37,606 |
| 7 | 35,794 | 36,750 | 36,936 | 37,701 | 38,179 |
| 8 | 35,871 | 37,050 | 37,631 | 38,706 | 38,851 |
| 9 | 36,299 | 37,369 | 38,440 | 39,401 | 40,224 |
| 10 | 36,718 | 37,881 | 38,944 | 40,310 | 41,337 |
| 11 | 37,137 | 38,428 | 39,181 | 41,115 | 42,470 |
| 12 | 37,562 | 38,910 | 40,044 | 41,451 | 43,543 |
| 13 | 38,475 | 39,952 | 40,526 | 41,858 | 44,243 |
| 14 | 39,110 | 40,843 | 42,230 | 42,329 | 44,672 |
| 15 | 39,992 | 41,764 | 42,659 | 43,277 | 45,345 |
| 16 | 40,746 | 42,268 | 43,580 | 44,390 | 47,236 |
| 17 | 41,353 | 42,578 | 44,667 | 45,763 | 48,309 |
| 18 | 42,746 | 43,072 | 45,178 | 46,763 | 49,329 |
| 19 | 43,164 | 44,766 | 46,227 | 47,561 | 49,605 |
| 20 | 47,616 | 48,725 | 49,735 | 50,635 | 51,635 |

v

APPENDIX
A - 5

| LEVELS | MASTERS+30 1996-97 | MASTERS+30 1997-98 | MASTERS+30 1998-99 | MASTERS+30 1999-2000 | MASTERS+30 2000-2001 |
|--------|--------------------|--------------------|--------------------|----------------------|----------------------|
| 1  | 28,606 | 29,106 | 29,606 | 30,106 | 30,606 |
| 2  | 30,207 | 30,407 | 31,362 | 31,376 | 32,106 |
| 3  | 32,656 | 32,857 | 33,857 | 33,132 | 33,606 |
| 4  | 33,715 | 33,816 | 34,856 | 35,629 | 35,106 |
| 5  | 34,709 | 35,342 | 35,583 | 36,631 | 36,606 |
| 6  | 35,878 | 36,366 | 36,632 | 37,255 | 38,106 |
| 7  | 36,294 | 37,250 | 37,436 | 38,201 | 38,679 |
| 8  | 36,371 | 37,550 | 38,131 | 39,206 | 39,351 |
| 9  | 36,799 | 37,869 | 38,940 | 39,901 | 40,724 |
| 10 | 37,218 | 38,381 | 39,444 | 40,810 | 41,837 |
| 11 | 37,637 | 38,928 | 39,681 | 41,615 | 42,970 |
| 12 | 38,062 | 39,410 | 40,544 | 41,951 | 44,043 |
| 13 | 38,975 | 40,452 | 41,026 | 42,358 | 44,743 |
| 14 | 39,610 | 41,343 | 42,730 | 42,829 | 45,172 |
| 15 | 40,492 | 42,264 | 43,159 | 43,777 | 45,845 |
| 16 | 41,246 | 42,768 | 44,080 | 44,890 | 47,736 |
| 17 | 41,853 | 43,078 | 45,167 | 46,263 | 48,809 |
| 18 | 43,246 | 43,572 | 45,678 | 47,263 | 49,829 |
| 19 | 43,664 | 45,266 | 46,727 | 48,061 | 50,105 |
| 20 | 48,116 | 49,225 | 50,235 | 51,135 | 52,135 |

APPENDIX
A - 6

| LEVELS | MASTERS+45 1996-97 | MASTERS+45 1997-98 | MASTERS+45 1998-99 | MASTERS+45 1999-2000 | MASTERS+45 2000-2001 |
|--------|--------|--------|--------|--------|--------|
| 1  | 29,106 | 29,606 | 30,106 | 30,606 | 31,106 |
| 2  | 30,707 | 30,907 | 31,862 | 31,876 | 32,606 |
| 3  | 33,156 | 33,357 | 34,357 | 33,632 | 34,106 |
| 4  | 34,215 | 34,316 | 35,356 | 36,129 | 35,606 |
| 5  | 35,209 | 35,842 | 36,083 | 37,131 | 37,106 |
| 6  | 36,378 | 36,866 | 37,132 | 37,755 | 38,606 |
| 7  | 36,794 | 37,750 | 37,936 | 38,701 | 39,179 |
| 8  | 36,871 | 38,050 | 38,631 | 39,706 | 39,851 |
| 9  | 37,299 | 38,369 | 39,440 | 40,401 | 41,224 |
| 10 | 37,718 | 38,881 | 39,944 | 41,310 | 42,337 |
| 11 | 38,137 | 39,428 | 40,181 | 42,115 | 43,470 |
| 12 | 38,562 | 39,910 | 41,044 | 42,451 | 44,543 |
| 13 | 39,475 | 40,952 | 41,526 | 42,858 | 45,243 |
| 14 | 40,110 | 41,843 | 43,230 | 43,329 | 45,672 |
| 15 | 40,992 | 42,764 | 43,659 | 44,277 | 46,345 |
| 16 | 41,746 | 43,268 | 44,580 | 45,390 | 48,236 |
| 17 | 42,353 | 43,578 | 45,667 | 46,763 | 49,309 |
| 18 | 43,746 | 44,072 | 46,178 | 47,763 | 50,329 |
| 19 | 44,164 | 45,766 | 47,227 | 48,561 | 50,605 |
| 20 | 48,616 | 49,725 | 50,735 | 51,635 | 52,635 |

**APPENDIX B**
**GRIEVANCE REPORT FORM**

<u>Level One</u>:  (Principal or his/her immediate superior)

    Aggrieved party:_____

    Date of presentation: _____

    Name of Association representative:_____
    Statement of the grievance:_____

    _____

    Action requested:_____

    _____

    Answer by principal or his/her immediate superior:_____

    _____

    Date received:_____ Accepted:_____ Rejected:_____

<u>Level Two</u>:  (Superintendent or his designated administrator)

    Date of referral:_____

    Answer by Superintendent or his designated administrator:_____

    _____

    Date received:_____ Accepted:_____ Rejected:_____

<u>Level Three</u>:  (Board)

    Date of referral:_____

    Answer by Board:_____

    _____

    Date received:_____ Accepted:_____ Rejected:_____

<u>Level Four</u>:  (Binding arbitration)

    Date of referral:_____

APPENDIX C
SPECIFICATIONS - VISION PROGRAM

1.    **Providers**:  Participating providers shall include the following three (3) classifications:

    a.    Opthamologist
    b.    Optometrist
    c.    Dispensing Optician

    So as to have a reasonable choice of participating providers, the program shall have a minimum of 1000 participating providers in the Commonwealth of Pennsylvania who will accept the program's payment as payment in full, subject to the limitations listed herein.

2.    **Benefits**:  Vision Examination and Tonometry

    **Lenses**: must meet Z80.1 or Z890.2 standards of ANSI (American National Standards institute) and meet or exceed FDA standards for impact resistant lenses.

    **Contact Lenses**: full coverage following cataract surgery or other conditions to correct visual acuity not correctable to 20/70 with spectable lenses.

    Frames.

3.    **Limitations**:

    One vision examination and one pair of glasses (frames and lenses) once in every 24 month period.

    Benefits for photogray and brown lenses shall be limited to the allowances made for clear lenses.

4.    **Exclusions**:  No payments will be made for

    Medical or surgical treatment.
    Drugs or medications.
    Non-prescription lenses.
    Examinations or materials not listed as a covered service.
    Lost or damaged lenses.
    Services or materials provide by federal, state, local government or Workmen's Compensation.
    Fashion color and coated lenses.
    Examinations, procedures, training or materials not listed.

5.    **Allowances**:  Participating Providers:

| | |
|---|---|
| Examination | UCR |
| Tonometry | UCR |
| Frames | $15.00 maximum - wholesale cost |
| Lenses | UCR |
| Contacts - medical necessity | UCR |
| Contacts - cosmetic | Cost of single lenses/frame |
| Low Vision Aids - medical | UCR |

ix

<u>Non-participating providers</u>:

| | | |
|---|---|---|
| Examination | $ 25.00 | maximum |
| Tonometry | $ 3.00 | maximum |
| Frames | $ 15.00 | maximum |
| Lenses - single vision | $ 12.00 | maximum |
| Lenses - bifocal | $ 21.00 | maximum |
| Lenses - trifocal | $ 28.00 | maximum |
| Lenses - sphakic | $ 50.00 | maximum |
| Contacts - medical necessity | $250.00 | maximum |
| Contacts - cosmetic | Cost of single lenses/frame | |
| Low Vision Aids - medical | $250.00 | maximum |

x