# PENNCREST SCHOOL DISTRICT

### PROFESSIONAL AGREEMENT

between

### BOARD OF EDUCATION

and

### PENNCREST AREA EDUCATION ASSOCIATION

### CONTRACT PERIOD

### 2001/2002 through 2003/2004



*Empowering Life-Long Learners*

DEFENDANT'S
EXHIBIT

J J

CA No 04-264E

# PENNCREST School District

## Vision Statement

> The PENNCREST School District envisions an educational community where all students acquire a foundation for successful life-long learning.

## Mission Statement

> PENNCREST School District's mission is to provide resources that challenge and empower all students to become confident, creative, and productive life-long learners.

### NON-DISCRIMINATION POLICIES

The PENNCREST School District will not discriminate in its educational programs, activities, or employment practices, based on race, color, national origin, sex, sexual orientation, disability, age, religion, ancestry, union membership, or any other legally protected category. Announcement of this policy is in accordance with State law, including the Pennsylvania Human Relations Act, and with Federal Law, including Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Sections 504 of the Rehabilitation Act of 1973, the Age Discrimination in Employment Act of 1967, and the Americans with Disabilities Act of 1990.

The following person has been designated to handle inquiries regarding the non-discrimination policies as well as complaints regarding discrimination in the district.

> Richard A. Borchilo
> Supervisor of Personnel
> PENNCREST School District
> 18741 State HWY 198
> P.O. Box 808
> Saegertown, PA 16433-0808
>
> Voice Telephone (814) 337-1631
> Fax (814) 337-1776

# TABLE OF CONTENTS

**ARTICLE I**    **RECOGNITION**

    A.  Unit . . . . . . . . . . . . . . . . . . . . . . . . 1

**ARTICLE II**    **DURATION OF AGREEMENT**

    A.  Effective Date . . . . . . . . . . . . . . . . . . 1

**ARTICLE III**    **NEGOTIATION OF A SUCCESSOR AGREEMENT**

    A.  Deadline Date . . . . . . . . . . . . . . . . . . . 2

    B.  Modification . . . . . . . . . . . . . . . . . . . . 2

**ARTICLE IV**    **MAINTENANCE OF MEMBERSHIP**

    A.  Provision . . . . . . . . . . . . . . . . . . . . . 2

    B.  Fair Share . . . . . . . . . . . . . . . . . . . . 2

**ARTICLE V**    **MEMBERSHIP DEDUCTIONS**

    A.  Deduction from Salary . . . . . . . . . . . . . . . 2

    B.  List Supplied to Board . . . . . . . . . . . . . . 3

    C.  Authorization Cards for Unified . . . . . . . . . . . 3
        Association Dues Deductions

    D.  Late Hired Employees . . . . . . . . . . . . . . . 3

**ARTICLE VI**    **GRIEVANCE PROCEDURE**

    A.  Definitions

        1.  Grievance . . . . . . . . . . . . . . . . . 3
        2.  Aggrieved Person . . . . . . . . . . . . . . 3
        3.  Party in Interest . . . . . . . . . . . . . 3
        4.  Days . . . . . . . . . . . . . . . . . . . . 3

    B.  Purpose . . . . . . . . . . . . . . . . . . . . . 3

    C.  Procedure . . . . . . . . . . . . . . . . . . . . 4

        1.  Time Limits . . . . . . . . . . . . . . . . 4
        2.  Year-End Grievance . . . . . . . . . . . . . 4

    D.  Grievance Levels . . . . . . . . . . . . . . . . . 4

        1.  Level One . . . . . . . . . . . . . . . . . 4
        2.  Level Two . . . . . . . . . . . . . . . . . 4

        3.   Level Three  . . . . . . . . . . . . . . . .  4
        4.   Level Four . . . . . . . . . . . . . . . . .  5

  E.  Rights of Teachers to Representation  . . . . . . . . . .  5

        1.   Teacher and Association  . . . . . . . . . .  5
        2.   Group Grievance . . . . . . . . . . . . . .  5
        3.   Forms . . . . . . . . . . . . . . . . . . .  6

**ARTICLE VII  TEACHING PERFORMANCE**

  A.  General Criteria . . . . . . . . . . . . . . . . . . .  6

  B.  Derogatory Material . . . . . . . . . . . . . . . . . .  6

  C.  Personnel Records . . . . . . . . . . . . . . . . . . .  7

  D.  Copies of Evaluations . . . . . . . . . . . . . . . . .  7

**ARTICLE VIII      ASSOCIATION RIGHTS**

  A.  Released Time for Meetings  . . . . . . . . . . . . . .  7

  B.  Use of School Building  . . . . . . . . . . . . . . . .  7

  C.  Bulletin Boards . . . . . . . . . . . . . . . . . . . .  7

  D.  Place on Agenda . . . . . . . . . . . . . . . . . . . .  7

  E.  Use of Mail Box . . . . . . . . . . . . . . . . . . . .  7

  F.  Released Time For Association . . . . . . . . . . . . .  8

  G.  Building Representatives  . . . . . . . . . . . . . . .  8

  H.  Meetings with Superintendent  . . . . . . . . . . . . .  8

**ARTICLE IX  PROFESSIONAL COURTESIES**

  A.  Access to File  . . . . . . . . . . . . . . . . . . . .  8

  B.  Teacher's Lunch . . . . . . . . . . . . . . . . . . . .  8

  C.  Leaving Building During Lunch . . . . . . . . . . . . .  8

  D.  Leaving Building During Planning Period . . . . . . . .  9

  E.  Faculty Room and Facilities . . . . . . . . . . . . . .  9

  F.  Requisition Adjustment  . . . . . . . . . . . . . . . .  9

  G.  Travel Reimbursement  . . . . . . . . . . . . . . . . .  9

  H.  Just Cause  . . . . . . . . . . . . . . . . . . . . . 10

  I.  Student Grades  . . . . . . . . . . . . . . . . . . . 10

J.   Medication . . . . . . . . . . . . . . . . . . 10

K.   Sick Leave . . . . . . . . . . . . . . . . . . 10

L.   Notice of Assignment . . . . . . . . . . . . . 10

M.   Required Meetings . . . . . . . . . . . . . . . 10

N.   Seniority . . . . . . . . . . . . . . . . . . . 10

**ARTICLE X    PROFESSIONAL DEVELOPMENT**

A.   Payment For Credits  . . . . . . . . . . . . . 10

B.   Method of Reimbursement . . . . . . . . . . . . 11

C.   Required Cost Payment . . . . . . . . . . . . . 11

**ARTICLE XI    TEACHING WORK YEAR** . . . . . . . . . . . . . 11

**ARTICLE XII   TEACHING DAY**

A.   Work Day . . . . . . . . . . . . . . . . . . . 11

B.   Planning Time . . . . . . . . . . . . . . . . . 12

C.   Homebound Instruction . . . . . . . . . . . . . 12

D.   Additional Work . . . . . . . . . . . . . . . . 13

**ARTICLE XIII    NON-TEACHING DUTIES** . . . . . . . . . . . . 13

**ATRICLE XIV     SUBSTITUTES** . . . . . . . . . . . . . . . 13

**ARTICLE XV   VACANCIES, PROMOTIONS AND TRANSFERS**

A.   Transfer . . . . . . . . . . . . . . . . . . . 13

B.   Vacancies and Postings . . . . . . . . . . . . 14

C.   Voluntary or Involuntary Transfer . . . . . . . 14

D.   Filling of Guidance Counselor Positions . . . . 14

**ARTICLE XVI     SABBATICAL LEAVES** . . . . . . . . . . . . 15

**ARTICLE XVII    LEAVES OF ABSENCE**

A.   Leaves of Absence . . . . . . . . . . . . . . . 15

B.   Association Leave . . . . . . . . . . . . . . . 15

C.   Illness or Disability . . . . . . . . . . . . . 15

D.   Parental Leave . . . . . . . . . . . . . . . . 15

|   |   |   |   |
|---|---|---|---|
| | E. | Benefits . . . . . . . . . . . . . . . . . . . | 16 |
| | F. | Bereavement Leave . . . . . . . . . . . . . . . | 16 |
| **ARTICLE XVIII** | **TEACHER BENEFITS** | | |
| | A. | Life Insurance . . . . . . . . . . . . . . . . | 16 |
| | B. | Health Care Insurance . . . . . . . . . . . . . | 17 |
| | C. | Personal Days . . . . . . . . . . . . . . . . | 18 |
| | D. | Jury Duty . . . . . . . . . . . . . . . . . . . | 18 |
| | E. | Retirement Pay . . . . . . . . . . . . . . . . | 18 |
| | F. | Dental Care . . . . . . . . . . . . . . . . . | 19 |
| | G. | Vision Care . . . . . . . . . . . . . . . . . | 19 |
| **ARTICLE XIX** | **EXTRA COMPENSATORY POSITIONS** . . . . . . . . . . . | 19 | |
| | A. | Payment per Assignment . . . . . . . . . . . . . | 19 |
| | B. | Method of Payment . . . . . . . . . . . . . . . | 20 |
| | C. | Instrumental Music Pay Schedule . . . . . . . . | 20 |
| | D. | Activity Pay Schedule . . . . . . . . . . . . . | 21 |
| | E. | Coaching Pay Schedule . . . . . . . . . . . . . | 22 |
| | F. | Cheerleading Advisor Schedule . . . . . . . . . | 25 |
| **ARTICLE XX** | **SALARY SCHEDULE** | | |
| | A. | Step Placement . . . . . . . . . . . . . . . . | 26 |
| | B. | Remuneration . . . . . . . . . . . . . . . . . | 27 |
| | C. | Salary Increase Based on Schedule . . . . . . . | 27 |
| | D. | Effective Date of Salary Schedule . . . . . . . | 27 |
| | E. | Fractional Year . . . . . . . . . . . . . . . | 27 |
| | F. | Part Time Benefits . . . . . . . . . . . . . . | 28 |
| **ARTICLE XXI** | **MISCELLANEOUS PROVISIONS** | | |
| | A. | Separability . . . . . . . . . . . . . . . . . | 29 |
| | B. | Compliance . . . . . . . . . . . . . . . . . . | 29 |
| | C. | Printing Agreement . . . . . . . . . . . . . . | 29 |

D.  Pay Adjustment  . . . . . . . . . . . . . . . . . . . . . 29

E.  Waivers . . . . . . . . . . . . . . . . . . . . . . . . . 29

F.  Dismissal Notice  . . . . . . . . . . . . . . . . . . . . 29

**ADDENDUM I**          Retirement Incentive                              i

**APPENDIX A-1**        Salary Levels                                    ii

**APPENDIX A-2**        Salary Levels-Bachelors                         iii

**APPENDIX A-3**        Salary Levels-Masters                            iv

**APPENDIX A-4**        Salary Levels – Master +15                        v

**APPENDIX A-5**        Salary Levels – Master +30                       vi

**APPENDIX A-6**        Salary Levels – Masters +45                     vii

**APPENDIX B**          Grievance Report Form                          viii

**APPENDIX C**          Specifications – Vision Program                   ix

## ARTICLE I

### RECOGNITION

A.     **Unit**

The Board hereby recognizes the Association as the exclusive and sole representative for collective bargaining for all employees included in the bargaining unit as certified and determined by the Pennsylvania Labor Relations Board.  A copy of the determination is on file in the Administration Office of PENNCREST School District and with the Executive Committee of PENNCREST Area Education Association PSEA-NEA.

## ARTICLE II

### DURATION OF AGREEMENT

A.     **Effective Date**

This agreement shall be effective as of one (1) day prior to the first day of the 2001-2002 school year and shall continue in effect until one (1) day prior to the first day of the 2004-2005 school year. This Agreement shall not be extended orally and it is expressly understood that it shall expire on the date indicated.  In witness whereof, the Association has caused this Agreement to be signed by its President and Secretary, and the Board has caused this Agreement to be signed by its President and attested by its Secretary, and its corporate seal to be placed hereon, all on the day and year of signing.

PENNCREST Area Education          PENNCREST Board of Education
Association PSEA-NEA

BY _____      BY _____
   President                        President

BY _____      BY _____
   Secretary                        Secretary


Date of Signing:  _4-13-00_____

-1-

## ARTICLE III

### NEGOTIATION OF A SUCCESSOR AGREEMENT

**A.    Deadline Date**

The parties agree to enter into collective bargaining over a successor Agreement no later than January 10, 2004. Any Agreement so negotiated shall be reduced to writing before ratification by the parties.  The Board will provide the Association a copy without charge.

**B.    Modification**

This Agreement shall not be modified in whole or in part by the parties, except by an instrument in writing, duly executed by both parties.

## ARTICLE IV

### MAINTENANCE OF MEMBERSHIP

**A.    Provision**

The Board agrees that all employees who are presently members of the Association shall be subject to the "maintenance of membership" provision, as defined in ARTICLE III, Subsection (18) of the Public Employee Relations Act, Act 195.

**B.    Fair Share**

Each nonmember in the bargaining unit represented by the PENNCREST Area Education Association PSEA/NEA shall be required to pay a fair share fee as provided for by Act 84 of 1988.

The School District and the Association agree to comply with all the provisions of the said law.

The Association agrees to extend to all nonmembers the opportunity to join the Association.

## ARTICLE V

### MEMBERSHIP DEDUCTION

**A.    Deduction From Salary**

The Board agrees to deduct Unified Association dues and fair share fees from the salaries of members of the bargaining unit.  Dues and fair share fees are to be withheld in eighteen (18) equal deductions, beginning with the second pay in October.  The monies shall be transmitted to the Association in eighteen (18) installments corresponding to the pay schedule.  The District shall be held harmless for any problems arising from the enforcement of this ARTICLE.

B.     **List Supplied to Board**

No later than September 30 of each year, the Association will provide the Board with a list of those employees who have authorized the Board to deduct dues and those from whom a fair share fee is payable in accordance with Section A above.

C.     **Authorization Cards for Unified Association Dues Deductions**

The Board will honor such authorization cards pursuant to the "maintenance of membership" provision, ARTICLE IV, Section A.

D.     **Late Hired Employees**

Any person employed after September 30 shall have the right to submit a dues deduction authorization card.  Those not submitting a dues authorization card shall have a fair share fee deducted.


### ARTICLE VI

### GRIEVANCE PROCEDURE

A.     **Definitions**

1.     **Grievance**

A "grievance" is hereby defined as an alleged violation regarding the meaning, interpretation or application of any provision in this Agreement.

2.     **Aggrieved Person**

An "aggrieved person" is the person or persons making the claim.

3.     **Party in Interest**

A "party in interest" is the employee or employees making the allegation or claim, and any professional employee in the bargaining unit who might be required to take action, or against whom action might be taken, in order to resolve the claim.

4.     **Days**

Days for the purposes of the grievance procedure, the term "days" shall mean days on which there is required employee attendance. Grievances occurring at the end of the year shall be processed as though school were in session, except for Saturday, Sunday and holidays.

B.     **Purpose**

The purpose of this procedure is to secure at the lowest possible level equitable solutions to the problems which may from time to time arise affecting teachers.  Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

-3-

C.    **Procedure**

1.    **Time Limits**

Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level should be considered as a maximum and every effort should be made to expedite the process. The time limits specified may, however, be extended by mutual agreement.

2.    **Year-End Grievance**

The parties will mutually attempt to resolve year-end grievances as expeditiously as possible, so that the grievance is resolved prior to the beginning of the next school year, if possible. Any grievance which is not resolved at the time a successor agreement becomes effective shall be resolved on a basis of the negotiated agreement which was in effect when the grievance commenced.

D.    **Grievance Levels**

1.    **Level One**

The aggrieved person shall present the grievance in writing, stating the specific nature of the grievance and the provision or provisions of the contract allegedly violated to the building principal within twelve (12) days after its occurrence. The principal shall answer the grievance within five (5) days after initial presentation of the grievance.

2.    **Level Two**

If the action in Level One fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred in writing to the Superintendent or his designated administrator within five (5) days following the Level One answer. A discussion between the parties in interest shall be held within five (5) days. Following a discussion of this grievance, the Superintendent or his designated administrator shall answer the grievance in writing within seven (7) days.

3.    **Level Three**

If the action in Level Two fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred in writing to the Board within five (5) days following the Level Two answer. The grievance shall be discussed at the next scheduled full Board meeting in an executive session held prior to the open meeting with the aggrieved employee and/or his designated representative. The Board shall answer the grievance in writing within seven (7) days following this discussion.

### 4.   Level Four

If the action in Level Three fails to resolve the grievance to the satisfaction of the affected parties, the grievance shall be referred by the Association to binding arbitration, as provided in Section 903 of Act 195, within ten (10) days following the Board answer.

**a.**   Within ten (10) school days after such written notice of submission to arbitration, the Board and the Association shall attempt to agree upon a mutually acceptable arbitrator and shall obtain a commitment from said arbitrator to serve. If the parties are unable to agree upon an arbitrator, or to obtain such a commitment within the specified period, a request for a list of arbitrators may be made to the Pennsylvania Bureau of Mediation by either party. The parties shall then be bound by the rules and procedures of the Pennsylvania Bureau of Mediation in the selection of an arbitrator.

**b.**   The arbitrator so selected shall confer with the representatives of the Board and the Association and hold hearings promptly, and shall issue his decision not later than twenty (20) days from the date of the close of the hearings, or, if oral hearings have been waived, then from the date the final statement and proofs of the issues are submitted to him. The arbitrator's decision shall be in writing and shall set forth his findings of fact, reasoning and conclusions on the issues submitted. The arbitrator shall be without power of authority to make any decision which requires the commission of an act prohibited by law, or which is violative of the terms of this Agreement. The decision of the arbitrator shall be submitted to the Board and the Association and shall be binding and final on the parties.

**c.**   The costs for the services of the arbitrator, including per diem expenses, if any, and actual and necessary travel, subsistence expenses and the cost of the hearing room and court reporter shall be borne equally by the Board and the Association. Any other expenses incurred shall be paid by the party incurring same.

### E.   Rights of Teachers to Representation

### 1.   Teacher and Association

Any aggrieved person may be represented at all stages of the grievance procedure by himself, or at his option, by a representative selected or approved by the Association. When an employee is not represented by the Association, the Association shall have the right to be present and to state its views at all stages of the grievance.

### 2.   Group Grievance

If, in the judgment of the Association, a grievance affects a group or class of employees, the Association may submit such grievance in writing to the Superintendent directly and the processing of such grievance shall commence at Level Two. The Superintendent shall have three (3) days to review the grievance, and if, in his opinion, the grievance can be resolved at the first step of the grievance procedure, the

Superintendent may revert the grievance to that level, where it will then continue through the normal grievance procedure.

3.  **Forms**

The form to be used in the grievance procedure shall be found in Appendix B of this Agreement.

## ARTICLE VII

### TEACHING PERFORMANCE

A.  **General Criteria**

1.  The Board agrees that all monitoring or observation of the work performance of a professional employee shall be conducted openly  and with full knowledge of the employee.

2.  The parties agree to meet and discuss employee evaluation periodically in an effort to improve the effectiveness of performance evaluation methods and procedures.  The parties accept and endorse the concept of keeping each teacher informed of the results of his/her performance evaluations, both formal and informal, as well as the value of providing guidance and constructive criticism in the interest of improving educational standards.

3.  Subsequent to any observation, any professional employee may request in writing to the building principal or Superintendent designee a conference related to the professional employee's teaching and/or other professional obligations.

B.  **Derogatory Material**

The District will submit a copy of any material, including but not limited to a letter of reprimand, warning or derogatory material to be placed in an employees personnel file to the employee and will request a signature which acknowledges receipt of same, but which in no way indicates agreement with the contents thereof.  The employee will be informed of his/her right to write a rebuttal to any material in his/her file and his/her answer shall be reviewed by the Superintendent or his designee and attached to all copies.

Only authorized District personnel will be permitted to place material in an employees file.  The District will not permit any unsigned or anonymous letters/complaints/material to be placed in an employees file. Likewise, only material which can be validated will be placed in the file.

The District may remove derogatory material from the employee's file after three (3) years upon the request of the employee.

C.    **Personnel Records**

Each employee shall have the right to review the contents of his/her personnel file, provided three (3) days notification have been given.  An employee shall be entitled to have a representative of the Association accompany him/her during such review.

D.    **Copies of Evaluations**

Copies of evaluations shall be provided to the teacher within seven (7) working days of the observation.  Any evaluation which is less than satisfactory as noted on the evaluation must be accompanied by written recommendations for improvement.  No employee shall be required to sign a blank or incomplete evaluation form.

**ARTICLE VIII**

**ASSOCIATION RIGHTS**

A.    **Released Time For Meetings**

Whenever any representative of the Association or any professional employee is mutually scheduled by the parties to participate during working hours in negotiations, grievance proceedings, conferences, or meetings, he/she shall suffer no loss in pay and shall be provided with released time from his/her regular duties.

B.    **Use of School Building**

The Association and its representatives shall normally be allowed the use of school buildings for meetings after school hours and during inservice days.  Approval for such meetings shall be made with the principal of the building or with the staff member in charge of the building to be used.

C.    **Bulletin Boards**

The Association shall share the use of a bulletin board in each faculty lounge and teachers' room.

D.    **Place On Agenda**

A representative of the Association shall be given a place on the agenda of all general faculty meetings in each school attendance area or district meetings after the regular meeting is adjourned.

E.    **Use of Mail Box**

The Association shall be allowed the use of intra-school mail facilities and faculty mail boxes to the extent that they were used in the past.

-7-

F.    **Released Time For Association**

     The Board shall permit the president of the Association and/or his/her designates a total of ten (10) paid teaching days of his/her choice for the purpose of attending PSEA-NEA sponsored meetings, seminars or workshops at the national, state or district level. Additional days for the same purpose shall be permitted, as agreed upon between the Association President and the District Superintendent provided that the Association reimburse the cost of the substitute.

G.    **Building Representatives**

     The building representative, with the knowledge of the building principal, shall be permitted to visit rooms within his/her building during the day to investigate working conditions, complaints or other problems provided no classes are interrupted. If the building representative desires a conference with the principal of his/her particular building, he/she shall give a twenty-four (24) hour notice, provided no emergency exists.

H.    **Meetings with Superintendent**

     Association representatives may meet with the Superintendent at least once a month during the school year to review and discuss current school problems and practices, as well as the administration of this Agreement. Special meetings may be called by either party on a twenty-four (24) hour notice.


**ARTICLE IX**

**PROFESSIONAL COURTESIES**

A.    **Access To File**

     All professional employees shall have access to their cumulative personnel file and any other records pertaining to that individual, except those letters of recommendation or evaluation submitted to the District prior to the date of hire with the request that they be treated in a confidential manner. Such confidential material shall not be considered for any purpose relative to the employee's continued employment.

B.    **Teacher's Lunch**

     Teachers shall be permitted to eat their lunch in the teachers' lounge.

C.    **Leaving Building During Lunch**

     Teachers shall be permitted to leave the building during their lunch period, if the building principal is informed of the teacher's destination, or if the principal is unavailable, if notice is given to office personnel.

D.  **Leaving Building During Planning Period**

Teachers shall be permitted to leave the building during planning periods to acquire materials related to subject area, with the approval of the building principal.

E.  **Faculty Room And Facilities**

1.  A faculty room shall be provided in each building.

2.  Each faculty room shall be provided with the following items:

    a.  at least one typewriter
    b.  at least one dictionary
    c.  at least one work table or work area
    d.  at least one filing cabinet
    e.  shelves for books and storage.

3.  Use of School District Equipment

    The Association shall have the right to use school district equipment and supplies, including the internet and e-mail services. The Association agrees to reimburse the School District for the use of equipment and supplies at the prevailing cost to the District. The Association will only use these materials and equipment at times which do not interfere with the educational progress of the District.

F.  **Requisition Adjustment**

If it becomes necessary to adjust an employee's requisition for monetary reasons, the building principal in consultation with the teacher involved shall make the necessary modifications.

G.  **Travel Reimbursement**

1.  Employees required by the School Board or the Administration in the course of their work on behalf of PENNCREST School District, to drive personal automobiles from one school building to another shall receive a transportation reimbursement per mile, as regulated by the maximum allowance permitted by the Internal Revenue Service. The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the first semester of the school year. The rate as fixed by the Internal Revenue Service on the first day of January shall be the reimbursable rate for the second semester of the school year. The same allowance shall be given for use of personal cars for field trips or other School Board approved business of the District.

2.  All assignments covered above must be approved and scheduled by the administration.

3.  The only exception to Section G (1) shall be on the first inservice day, provided the location of the inservice meeting is kept on a rotating basis.

H.    **Just Cause**

Nothing contained in this Agreement shall impair the employer's right to hire employees or to discharge employees for just cause, consistent with existing legislation.  No professional employee shall be disciplined, reprimanded, discharged or reduced in rank without just cause.

I.    **Student Grades**

The employee shall have the right to determine grades of students. The administration may change the grade with the approval of the employee, or without approval if so noted.

J.    **Medication**

Employees in the bargaining unit, with exception of nurses, shall not be required to administer medication to pupils.

K.    **Sick Leave**

Each employee shall be given a written accounting of all sick leave and salary by August 15 of each year.

L.    **Notice of Assignment**

If a change in assignment is to take place, the affected employee shall be given notice of the change no later than August 1. Such notice shall specify building, grade level and subject area to which the employee is to be assigned.  Notice of unforeseen changes may be distributed between August 1 and the opening of school.

M.    **Required Meetings**

Whenever any employee is required to meet with any employer representative concerning any matter which could adversely affect the employee's status, the employee shall be entitled to have representation.

N.    **Seniority**

Seniority shall be in accordance with Act 97.  In the event two or more employees begin work on the same day, their seniority rank shall be determined by lot.

**ARTICLE   X**

**PROFESSIONAL DEVELOPMENT**

A.    **Payment For Credits**

During the term of this agreement the Board agrees to reimburse all professional personnel the cost of up to fifteen (15) credits per year if successfully completed with a grade of C or better.   Such reimbursement shall be made at the prevailing rate for the cost of credits as established by the thirteen (13) universities in the Pennsylvania State University System.

**B.**    **Method of Reimbursement**

      Reimbursement shall be made to the professional employee within fifteen (15) days after Board approval.

**C.**    **Required Cost Payment**

      The Board agrees to pay costs and expenses including fees, meals, lodging and transportation at the rate as provided in Article IX, Section G., incurred with any workshops, seminars, conferences or clinics which a teacher is required by the administration to attend. Meals, however, are excluded from this provision when the activities listed above are held in a district building where cafeteria services are provided. In this case meals will be at the expense of the employee.

## ARTICLE XI

### TEACHING WORK YEAR

The teacher work year shall not exceed one hundred and eighty-seven (187) days, broken down as follows:

**A.**    One hundred and eighty (180) days for the purpose of student instruction.

**B.**    Three (3) teacher work days; one (1) at the beginning of the school year, one (1) at the end of the first semester, and one (1) at the end of the year.

**C.**    Three (3) days for the purpose of teacher training, professional development activities, and educational programs as determined by the District Administration.

**D.**    One (1) work day of seven (7) hours and twenty-five (25) minutes, with said hours being divided up throughout the year for the purpose of additional teacher training activities and participation in graduation project night. The building principal and the professional employees will mutually agree on the dates and times when the hours planned for these activities will be worked.

## ARTICLE XII

### TEACHING DAY

**A.**    **Work Day**

      The length of the school day shall not exceed seven (7) hours and twenty-five (25) minutes, inclusive of lunch time. The only exception to seven (7) hours and twenty-five (25) minutes shall be in the event that the two (2) evening parent conferences are held each year, the employees agree to work beyond the normal day. All hours worked beyond the seven (7) hours and twenty-five (25) minute day for evening parent conferences shall be deducted from the following Friday afternoon when the employee shall be allowed to leave early.

The only exception to the above shall be that Building Principals may in the Principal's sole discretion, call faculty meetings not to exceed one (1) meeting a month for seven (7) months in any school year. Notification of said meetings shall be given at least three (3) days prior to the day of the meeting. The cumulative total of time for all seven meetings shall not exceed seven hours. No individual meeting shall exceed one hour and thirty minutes duration.

All teachers shall be required to attend one open house per school year.

B.    **Planning Time**

Where administratively possible, each teacher will be provided one (1) planning period per day. No teacher shall have less than one hundred forty (140) minutes of planning time each week.

C.    **Homebound Instruction**

1.    Participation in Homebound Instruction programs shall be voluntary. All positions in the program shall be opened to employees in the bargaining unit before they are opened to people outside the unit. The Superintendent or his designee shall promptly post notice of all Homebound Instruction vacancies as soon as there is knowledge of said vacancy and notify the Association President or his/her designee of such vacancy but not later than three (3) school days before filling the vacancy. The notice shall include grade level, subject or responsibilities, and building and/or attendance area.

Those applicants selected shall be paid per hour for all such work performed at the following rates:

|          |              |
|----------|--------------|
| 2001-2002 | $18 per hour |
| 2002-2003 | $19 per hour |
| 2003-2004 | $20 per hour |

In the event that travel is required, the employee shall be entitled to mileage pay at the rate set forth in this agreement. Reimbursement for required travel shall be limited to travel between school, homebound, and school or between school, homebound, and the teacher's residence, whichever is less. If school is not in session, the employee shall be given reimbursement from residence to homebound to residence.

2.    Vacancies for Homebound Instructors shall be filled in accordance with the following procedure:

a.    Teacher applicants for the position shall be ranked by certification, attendance area, building and seniority.

b.    The properly certified teacher applicant with the highest seniority from the building where the homebound student is enrolled will be chosen first if available.

c.    If no qualified applicant is available from the student's building, the properly certified teacher with the highest seniority from the student's attendance area will be chosen.

-12-

    **d.**    If no qualified applicant from the student's attendance area is available, the properly certified teacher with the highest seniority from the other attendance areas in the school district shall be chosen.

    **e.**    Should all of the above fail to produce a qualified teacher, the homebound teacher will be selected from the substitute list upon recommendation and/or approval of the principal of the building in which the student is enrolled.

**D.**    <u>Additional Work</u>

Employees in the bargaining unit agreeing to and designated by the School Board or the Administration to perform work beyond the school day or school year set forth in this agreement shall be paid at the following hourly rates:

| | |
|---|---|
| 2001-2002 | $18 per hour |
| 2002-2003 | $19 per hour |
| 2003-2004 | $20 per hour |

Reasonable written advance notice will be given by the Administration. Whenever possible one week's advance notice will be given. The hourly rate shall not apply to federal programs.

## ARTICLE XIII

### NON-TEACHING DUTIES

The Board shall employ at least one (1) teacher aide in each building.

## ARTICLE XIV

### SUBSTITUTES

**A.**    Teachers are not required to, but may voluntarily, assume the classes of any teacher who is absent any portion of a day. When a teacher is absent one-half (1/2) to one (1) full day, a substitute will be employed. The only exception shall be made when a substitute is unavailable.

**B.**    When reading specialists and full-time gifted teachers are absent, the District may not be required to hire a substitute teacher. Other teachers may voluntarily assume the non-instructional duties of reading specialists and full-time gifted teachers, but may not be assigned such duties.

## ARTICLE XV

### VACANCIES, PROMOTIONS AND TRANSFERS

**A.**    <u>Transfer</u>

No transfer of any employee in the unit shall be for disciplinary reasons.

B.    **Vacancies and Postings**

1.    Whenever a teaching vacancy occurs, the Superintendent or his designee shall promptly notify the Association president or his/her designee, of such vacancy, not less than five (5) school days beginning on August first and continuing until the end of the school year and not less than ten (10) work days beginning at the end of the school year and continuing until July 31 before permanently filling the position. The notice shall include grade level, subject or responsibilities, buildings and qualifications. Qualified candidates from within the bargaining unit shall be given first consideration over those from outside the unit. Qualifications being equal, the position shall be awarded by seniority.

2.    The employee assigned to the vacant position shall be notified in writing as soon as the determination occurs. The actual transfer to a position shall occur on the first day of the school year. Once an employee is assigned to a vacant position for which the employee has voluntarily applied, the employee must remain in the position awarded for a minimum period of two (2) years. **In no event will mid-year transfers be allowed.** Under special circumstances, the District can review an individual's request to waive the two (2) year stay put provision. This section shall not apply to persons who have applied for a vacant position in order to avoid lay-off nor to half time teachers who have applied to fill a full time position.

C.    **Voluntary Or Involuntary Transfer**

When making voluntary or involuntary transfers, seniority will be given major consideration. Any teacher denied a transfer or involuntarily transferred by the principals will be granted, at his/her request, an interview for the position with the Superintendent and the Board. The Superintendent will then make his recommendation to the Board regarding the transfer. The Board will make the final decision.

D.    **Filling of Guidance Counselor Positions**

When an employee is awarded a guidance counselor position, the employee may, at his or her option, return to the same position the employee held just prior to being awarded the guidance counselor position for a period of one year from the date the employee began working in the new position. Likewise, the District may for just cause return the employee to the same position the employee held prior to being awarded the guidance counselor position. The District may exercise this option at any time up to one year from the date the employee began working in the guidance counselor position.

If, during this one year probation period the District believes that the employee's performance as a guidance counselor is not satisfactory, the District shall notify both the employee and the Association of its concern. The District will also provide reasonable support to the employee designed to assist the employee in improvement prior to exercising its option to return the employee to his/her prior position.

## ARTICLE XVI

### SABBATICAL LEAVES

A.      All sabbatical leaves shall comply with Sections 1166, 1167, 1168, 1169, 1170 and 1171 of the Pennsylvania School Code.

B.      In all cases the employee will be required to submit his/her request in writing at least thirty (30) days prior to the beginning of the leave.  In addition, no teacher will be permitted to return to his/her position until the leave has expired or if a teacher who is on a full year sabbatical desires to return to his/her position at the expiration of one (1) semester, written notice must be given thirty (30) days prior to the beginning of that semester.  Request for sabbatical for health reasons shall be excluded from this section's time limitations.

## ARTICLE XVII

### LEAVES OF ABSENCE

A.    **Leaves Of Absence**

    An unpaid leave of absence may be granted by the Board, upon written request by the professional employee.

B.    **Association Leave**

    Two (2) years leave of absence shall be granted for the purpose of campaigning for or serving in public office or state PSEA.

C.    **Illness or Disability**

        Due to illness or disability, a teacher having exhausted all sick leave may be granted a leave of absence without pay for the duration of the illness or disability up to one (1) year.  The employee must request such leave in writing.  The beginning date must be determined by a physician.  Reasonable notice must be given.

D.    **Parental Leave**

        An unpaid leave of absence for up to eighteen (18) months shall be granted to employees for childbearing and childrearing.  If an employee desires to begin the leave prior to the birth of the child, the leave shall begin on a date established and certified by the employee's physician.

        Childrearing leave shall be granted to employees of newborn infants or employees who become parents of a preschool age adopted child, upon the child's adoption.

        Employees on parental leave may return at any time, provided the employer is given at least thirty (30) working days' notice prior to the date of return.

All benefits to which an employee was entitled at the time the leave of absence commenced, including years of credited service, unused accumulated sick leave, and credits toward sabbatical eligibility, shall be restored upon return as fully as if the leave had not been taken, and the employee shall be assigned to the same or equivalent position held at the time said leave commenced.

An employee, while on parental leave, may continue any or all of the insurance coverages, if permitted by the carrier, by remitting the premiums to the district. The district shall not make any contributions for retirement or other district-approved benefits and no seniority for any purpose shall accrue.

E.    **Benefits**

Seniority and salary increments shall not accrue during unpaid leaves.

F.    **Bereavement Leave**

1.    Employees in the bargaining unit shall be granted up to five (5) days of paid leave in each instance on the death of an immediate family member as defined in Section 1154 of the School Code. Members of the immediate family shall be defined as father, mother, brother, sister, son, daughter, husband, wife, parent-in-law, grandchild or near relative who resides in the same household, or any person with whom the employee has made his home.

2.    Employees in the bargaining unit shall be granted up to two (2) days of paid leave in each instance of the death of a near relative as defined by Section 1154 of the School Code. A near relative shall be defined as first cousin, grandfather, grandmother, aunt, uncle, niece, nephew, son-in-law, daughter-in-law, brother-in-law, sister-in-law or grandparent-in-law.

### ARTICLE XVIII
### TEACHER BENEFITS

The Board agrees to furnish all teachers the following benefits for the duration of this contract. New teachers shall not be eligible for benefits until they have reported to work.

A.    **Life Insurance**

1.    The Board shall provide without cost to the teacher fifty thousand dollars ($50,000) of group life insurance.

2.    The parties agree that the School District will ask its life insurance carrier to provide life insurance to retired teachers up to the age of sixty-five (65) years at the rates then in effect and as they may change from time to time but that the School District shall not be required to maintain such coverage if such coverage will increase its costs for those employees not retired. Retired teachers shall pay to the District, at a specified time as the District requires, the necessary amount to cover the entire cost of the annual premium.

-16-

**3.**    This provision (Article XVIII, A. 2) shall not be subject to the grievance procedure.

B.    **Health Care Insurance**

**1.**    The Board shall provide without cost to the teacher full family health care insurance benefits. The carrier shall be Benefit Administrators Inc., or another carrier mutually agreed to by the District and the Executive Board of the Association. Either party shall have the right to request a meeting with the other on an annual basis for the purpose of discussing problems which may arise concerning health care insurance. The coverage shall continue to be the same as that provided during the contract period 1986-1989 with the following improvements:

Major Medical          $1,000,000

**2.**    Each family member covered by the PENNCREST health care plan shall be responsible to pay an annual deductible amount towards his or her major medical coverage as follows:

| | |
|---|---|
| 2001-2002 | $250.00 |
| 2002-2003 | $250.00 |
| 2003-2004 | $250.00 |

If three members of any family meet the annual deductible amount in any given year the deductible amount for the balance of the family shall be considered to be met for the remaining members of the family.

**3.**    Further, teachers who retire into the Public School Employee's Retirement System prior to the age of sixty-five (65) may continue their membership under the PENNCREST group plan up to the age of sixty-five (65), provided they pay to the District at a specified time as the District requires, the necessary amount to cover the entire cost of the annual premium. This provision shall be subject to the approval of the carrier. This provision (Article XVIII, (B). (3)) shall not be subject to the grievance procedure. (The above is subject to provisions of Addendum I.)

**4.**    **Cost Containment**

The Association agrees that the District may implement an insurance cost containment program if mutually agreed to by the parties. Provided, however, it is understood and agreed that the employees in the bargaining unit will not suffer loss of, or reduction in, nor will they incur any increased cost for entitlement to or use of health care benefits as a result of any such cost containment program.

**5.**    **Opting Out**

Professional employee may choose to "opt out" of either or both of the health care insurance or the family dental care insurance provided by the District. The decision to "opt out" must be made annually in writing with notice delivered to the District Business Manager not later than two weeks prior to the beginning of each school year.

Any professional "opting out" shall be paid annually according to the following schedule:

| | |
|---|---|
| Health Care Insurance Only | $   800.00 |
| Dental Care Insurance Only | $   200.00 |
| Combined | $1,000.00 |

The District will permit an employee who has "opted out" of the health care plan to rejoin the Plan during the school year only for good cause shown as determined by the District in its sole discretion. Any employee who rejoins the health plan shall be required to reimburse the District the pro rata portion of the "opt out" payment which has not been earned, said proration being computed on a fiscal year basis.

Because the purpose of this provision is health care cost containment, any employee who is eligible for separate health care coverage by reason of employment who is also eligible for coverage by reason of relationship (e.g. spouse or dependent) will not be eligible for the "opt out" payment.

C. **Personal Days**

At the beginning of the school year, each teacher shall be credited with three (3) accruable days to be used for personal reasons. A limit of five percent of the members of the bargaining unit in the District, with no more than three in any particular building may use a personal day on any given date. Half personal days shall not be used except in the case of a personal emergency which arises immediately, prior to or during the course of the work day and requires attention by the employee. Likewise, the use of personal days on a teacher training day will not be permitted except in the case of a personal emergency as described above.

The accruing of personal days shall be based on one (1) day earned for each three (3) months worked. If a teacher severs his employment from the District and has used more days than he/she has earned, he/she shall reimburse the District for the unearned days.

Unused personal days during the term of this contract will be credited as accumulated sick leave in the year immediately following that year in which they were earned.

D. **Jury Duty**

Professional employees required to report for jury duty shall be compensated for difference between their regular salary and pay received for such obligation. Such jury duty days will not be deducted from any professional, personal/emergency, sick days or leaves.

E. **Retirement Pay**

Retirement pay, based on years of service (longevity) in the district and accrued days of unused sick leave, shall be paid to all professional employees upon retiring into the Public School Employees' Retirement System based on the following formula.

The accrued sick days, which are unlimited, multiplied times dollars. A letter of intent to retire shall be submitted to the Superintendent, no later than thirty (30) days prior to the day of retirement.

**F.    Dental Care**

The Board shall provide without cost to the teacher a family dental care policy for PENNCREST School District employees equal to or better than the one provided during the contract period 1986 to 1989 and entitled group life and dental benefits with the following maximum:

    2001-2002          $1,100 maximum
    2002-2003          $1,200 maximum
    2003-2004          $1,300 maximum
    Non-Deductible, 100% coverage

**G.    Vision Care**

The Board shall provide without cost to the teacher an individual vision care policy for PENNCREST School District employees with the cost not to exceed $3.40/person. Specifications of the coverage are found in Appendix C.

**ARTICLE XIX**

**EXTRA COMPENSATORY POSITIONS**

All extra compensatory positions fixed salaries will be increased by 4.5% per year in each of the three contract years.

The Athletic Director will be paid $500 higher than the highest paid head coach on the same step.

The position of Assistant Athletic Director will be created by the District and will be placed on the salary scheduled at a rate $300 higher than the highest paid assistant coach on the same step.

**A.    Payment per Assignment**

Employees will be paid a fixed salary per assignment for the following  positions:

| Description | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Timers and Scorekeeper | $30.27 | $31.63 | $33.06 | $34.54 |
| Ticket Takers and Sellers | $30.27 | $31.63 | $33.06 | $34.54 |
| Football Announcer | $30.27 | $31.63 | $33.06 | $34.54 |

B.    **Method of Payment**

Pay for extra-compensatory contract positions shall be paid in three (3) equal installments. One-third (1/3) within two (2) weeks following the beginning of the activity, one-third (1/3) within two (2) weeks following the mid-point of the activity and one-third (1/3) within two (2) weeks following the end of the activity provided all responsibilities associated with the activity are completed to the satisfaction of the building principal.

C.    **Instrumental Music Pay Schedule**

1.    **Football Band:** The beginning of school to the end of the football season during the term of the contract:

| Description | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Football Band | $2,492.01 | $2,604.15 | $2,721.34 | $2,843.80 |

2.    **Summer Band:** Maximum schedule of 150 hours, including daily practice and other band activities during the summer, such as parades, festivals, contests, etc.

| Description | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| a.  Cambridge Springs 150 hours | $1,817.25 | $1,899.03 | $1,984.48 | $2,073.78 |
| b.  Maplewood 150 hours | $1,817.25 | $1,899.03 | $1,984.48 | $2,073.78 |
| c.  Saegertown 150 hours | $1,817.25 | $1,899.03 | $1,984.48 | $2,073.78 |

3.    **Summer Instrumental Program:**

| Description | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| a.  Cambridge Springs | $1,413.42 | $1,477.02 | $1,543.49 | $1,612.95 |
| b.  Maplewood | $1,413.42 | $1,477.02 | $1,543.49 | $1,612.95 |
| c.  Saegertown | $1,413.42 | $1,477.02 | $1,543.49 | $1,612.95 |

4. **Extracurricular Music Activities**

Music teachers will be reimbursed for all programs preapproved by the building principal and/or his/her immediate superior for all extra-curricular music programs, at the rate of:

| Description | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Extra Curricular Music Activities | $16.68 | $17.43 | $18.21 | $19.03 |

The accumulated total of all extracurricular activities shall not exceed fifty (50) hours per teacher and must be listed on the approved music form.

The extracurricular music activities shall not include reimbursement for practices for District, State or Regional programs.

D. **Activity Pay Schedule**

Each school building principal will have the authority to pay teachers for academic activities where teachers serve as advisors, including but not limited to High "Q", National Honor Society, science fairs and debate teams for a total of one hundred (100) hours per year. These teacher advisors shall be compensated at the following rates:

|  |  |
|---|---|
| 2001-2002 | $16.56 per hour |
| 2002-2003 | $17.14 per hour |
| 2003-2004 | $17.74 per hour |

The distribution of the one hundred (100) hours allocated to each building shall be determined by mutual agreement between the principal and the building labor management committee.

| Description | 2000-2001 | 2001-2002 | 2002-2003 | 2003-2004 |
|---|---|---|---|---|
| 1. Show Choir | $2,090.17 | $2,184.23 | $2,282.52 | $2,385.23 |
| 2. Yearbook Advisor | $1,535.42 | $1,604.51 | $1,676.72 | $1,752.17 |
| 3. Senior Class Advisor | $706.72 | $738.52 | $771.76 | $806.48 |
| 4. Junior Class Advisor | $706.72 | $738.52 | $771.76 | $806.48 |
| 5. Drama Advisor | $908.63 | $949.52 | $992.25 | $1,036.90 |
| 6. Student Advisor | $565.11 | $590.54 | $617.11 | $644.88 |
| 7. Academic Activities (Limited to 100 Hours Per Building) | $16.00 | $16.56 | $17.14 | $17.74 |
| 8. Chaperones/Bus (One Person) Per/Assignment-Per/Game) | $26.27 | $27.45 | $28.69 | $29.98 |
| 9. Dance (2 Persons Per/Assignment-(Per Dance) | $26.27 | $27.45 | $28.69 | $29.98 |

E.    Coaching Pay Schedule

       For Coaches of Wrestling, Football, Basketball

| Head Coach | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $3,283.19 | $3,430.93 | $3,585.33 | $3,746.67 |
| 2nd Year | $3,493.18 | $3,650.37 | $3,814.64 | $3,986.30 |
| 3rd Year | $3,703.18 | $3,869.82 | $4,043.97 | $4,225.94 |
| 4th Year | $3,913.16 | $4,089.25 | $4,273.27 | $4,465.57 |
| 5th Year | $4,123.15 | $4,308.69 | $4,502.58 | $4,705.20 |
| 6th Year | $4,333.18 | $4,528.17 | $4,731.94 | $4,944.88 |
| 7th Year | $4,543.15 | $4,747.59 | $4,961.23 | $5,184.49 |

| Assistant Coach (s) | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $2,031.29 | $2,122.70 | $2,218.22 | $2,318.04 |
| 2nd Year | $2,136.30 | $2,232.43 | $2,332.89 | $2,437.87 |
| 3rd Year | $2,346.30 | $2,451.88 | $2,562.22 | $2,677.52 |
| 4th Year | $2,556.29 | $2,671.32 | $2,791.53 | $2,917.15 |
| 5th Year | $2,766.28 | $2,890.76 | $3,017.95 | $3,153.76 |
| 6th Year | $2,976.27 | $3,110.20 | $3,250.16 | $3,396.42 |
| 7th Year | $3,186.26 | $3,329.64 | $3,479.48 | $3,636.05 |

For Coaches of Volleyball

| Head Coach | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $1,861.65 | $1,945.42 | $2,032.97 | $2,124.45 |
| 2nd Year | $1,972.64 | $2,061.41 | $2,154.17 | $2,251.11 |
| 3rd Year | $2,083.68 | $2,177.45 | $2,275.43 | $2,377.83 |
| 4th Year | $2,194.70 | $2,293.46 | $2,396.67 | $2,504.52 |
| 5th Year | $2,305.69 | $2,409.45 | $2,517.87 | $2,631.18 |
| 6th Year | $2,527.73 | $2,641.48 | $2,760.34 | $2,884.56 |
| 7th Year | $2,749.76 | $2,873.50 | $3,002.81 | $3,137.93 |

| Assistant Coach(s) | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $1,151.79 | $1,203.62 | $1,257.78 | $1,314.38 |
| 2nd Year | $1,206.39 | $1,260.68 | $1,317.41 | $1,376.69 |
| 3rd Year | $1,320.20 | $1,379.61 | $1,441.69 | $1,506.57 |
| 4th Year | $1,433.69 | $1,498.21 | $1,565.63 | $1,636.08 |
| 5th Year | $1,546.92 | $1,616.53 | $1,689.28 | $1,765.29 |
| 6th Year | $1,736.19 | $1,814.32 | $1,895.96 | $1,981.28 |
| 7th Year | $1,928.49 | $2,015.27 | $2,105.96 | $2,200.73 |

**For Coaches of Baseball, Cross Country, Golf and Softball**

| Head Coach | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $1,648.15 | $1,722.32 | $1,799.82 | $1,880.81 |
| 2nd Year | $1,759.16 | $1,838.32 | $1,921.05 | $2,007.49 |
| 3rd Year | $1,870.18 | $1,954.34 | $2,042.28 | $2,134.19 |
| 4th Year | $1,981.19 | $2,070.34 | $2,163.51 | $2,260.87 |
| 5th Year | $2,092.20 | $2,186.35 | $2,284.73 | $2,387.55 |
| 6th Year | $2,314.13 | $2,418.27 | $2,527.09 | $2,640.81 |
| 7th Year | $2,536.26 | $2,650.39 | $2,769.66 | $2,894.29 |

| Baseball, Softball only Assistant Coach (s) | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| 1st Year | $1,019.70 | $1,065.59 | $1,113.54 | $1,163.65 |
| 2nd Year | $1,075.83 | $1,124.24 | $1,174.83 | $1,227.70 |
| 3rd Year | $1,184.93 | $1,238.25 | $1,293.97 | $1,352.20 |
| 4th Year | $1,294.22 | $1,352.46 | $1,413.32 | $1,476.92 |
| 5th Year | $1,403.69 | $1,466.86 | $1,532.86 | $1,601.84 |
| 6th Year | $1,589.54 | $1,661.07 | $1,735.82 | $1,813.93 |
| 7th Year | $1,778.76 | $1,858.80 | $1,942.45 | $2,029.86 |

**Athletic Director**

| | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| The Athletic Director's Salary increase for the 2001/2002 School Year will be computed as follows: Salary 2001/2002=Salary for 2000/2001 plus $500 plus a 4.5% increase. The Salary for each year of the contract thereafter will be increased by 4.5% | | | | |
| 1st Year | $3,380.45 | $4,055.07 | $4,237.55 | $4,428.24 |
| 2nd Year | $3,602.47 | $4,287.08 | $4,480.00 | $4,681.60 |
| 3rd Year | $3,824.50 | $4,519.10 | $4,772.46 | $4,934.97 |
| 4th Year | $4,046.53 | $4,751.12 | $4,964.92 | $5,188.35 |
| 5th Year | $4,268.57 | $4,983.16 | $5,207.40 | $5,441.73 |
| 6th Year | $4,490.01 | $5,214.56 | $5,449.22 | $5,694.43 |
| 7th Year | $4,712.63 | $5,447.20 | $5,692.32 | $5,948.48 |

**Assistant Athletic Director**

NOTE:        New Position Starting with the 2000/2001 School Year

| Assist. Athletic Director | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| The Salary will be Based on the Highest Paid Assistant Coach in The Contract, at their applicable level, plus $300 | | | | |
| 1st Year | $2,331.29 | $2,422.70 | $2,518.22 | $2,618.04 |
| 2nd Year | $2,436.30 | $2,532.43 | $2,632.89 | $2,737.87 |
| 3rd Year | $2,646.30 | $2,751.88 | $2,862.22 | $2,977.52 |
| 4th Year | $2,856.29 | $2,971.32 | $3,091.53 | $3,217.15 |
| 5th Year | $3,066.28 | $3,190.76 | $3,317.95 | $3,453.76 |
| 6th Year | $3,276.27 | $3,410.20 | $3,550.16 | $3,696.42 |
| 7th Year | $3,486.26 | $3,629.64 | $3,779.48 | $3,936.05 |

**Intramurals:**

| Intramurals | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Rate Per Hour | $16.16 | $16.89 | $17.65 | $18.44 |

F.    **Cheerleading Advisor Schedule**

The Cheerleading Advisor Schedule is designed in the following segments in order to make it possible for the advisor to conduct the entire program or only those segments which deal with the basic instructional skills. In any case, the following schedule is applicable exclusively to high school sports:

1. FOOTBALL **:

| A. Pre-Season Practice: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Hour | $16.16 | $16.89 | $17.65 | $18.44 |
| 12 Hours | $193.92 | $202.65 | $211.77 | $221.29 |

| B. In-Season Practice: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per hour | $16.16 | $16.89 | $17.65 | $18.44 |
| 38 Hours | $614.08 | $641.71 | $670.59 | $700.77 |

| C.Chaperone/All Games***: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Game | $26.27 | $27.45 | $28.69 | $29.98 |

2.  BASKETBALL AND WRESTLING **:

| A.  Pre-Season  Practice: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Hour | $16.16 | $16.89 | $17.65 | $18.44 |
| 12 Hours | $193.92 | $202.65 | $211.77 | $221.29 |

| B.  In-Season  Practice: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Hour | $16.16 | $16.89 | $17.65 | $18.44 |
| 38 Hours | $614.08 | $641.71 | $670.59 | $700.77 |

| C.Chaperone/All Games***: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Game | $26.27 | $27.45 | $28.69 | $29.98 |

3.  ALL SPORTS * and **:

| A.Cheerleading Tryouts: | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|---|
| Per Hour | $16.16 | $16.89 | $17.65 | $18.44 |
| 14 Hours** | $226.24 | $236.42 | $247.06 | $258.18 |

*     Hours per sport to be determined mutually by advisor and building
      principal.

**    Per attendance area, per year.

***   The number of games will be determined by the School District's
      Interscholastic Athletic Policy.

ARTICLE XX

SALARY SCHEDULE

A.    Step Placement

Each professional employee shall be placed on the new salary schedules
as provided by Appendix A-1.  It is understood that steps on the salary
schedules do not necessarily equal years of service.

B.    Remuneration

1.    Pay will be divided into twenty-six (26) equal payments.

2.    On the first Thursday of the school year, the professional employee will receive a two-week pay.

3.    Every other Thursday thereafter will be a scheduled pay period.  In the event that the pay Thursday is not a working day, the paychecks will be distributed on the closest working day preceding the pay Thursday.

4.    Checks for the months of June, July and August will be received in full on the last scheduled working day of the school year or every two weeks at the discretion of the professional employee.

C.    Salary Increase Based on Schedule

Each professional employee in the bargaining unit shall receive the salary increase for each year as provided on the salary schedules Appendix Bachelors A-2, Masters A-3, Masters +15 A-4, Masters +30 A-5, Masters +45 A-6.

D.    Effective Date of Salary Schedule

The salary schedules listed below are effective on the first day of the 2001-2002 school year and shall remain in effect for the balance of this contract.

E.    Fractional Year

In the event that an employee works less than a full year, the following rules shall apply with regard to placement on the salary schedule:

1.    Any employee who works a full semester (or the equivalent thereof in work days) in any school year shall be credited with one full year of service on the salary schedule for the subsequent year.

2.    Any employee who works less than one full semester (or the equivalent thereof in work days) in any school year shall be placed on the same step of the salary schedule as the employee was placed during the partial year of service.  In the event that placement pursuant to this paragraph would result in a reduction of wages to the employee, the employee will be entitled to, as a minimum, that salary which the employee was paid during the partial year of service.

| | YEAR OF LEAVE | | | |
|---|---|---|---|---|
| Example A. | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
| | LEVEL 8 | LEVEL 8 | LEVEL 9 | LEVEL 10 |

| | | YEAR OF LEAVE | | |
|---|---|---|---|---|
| Example B. | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
| | LEVEL 16 | LEVEL 17 | LEVEL 17 | LEVEL 18 |

| | | | YEAR OF LEAVE | |
|---|---|---|---|---|
| Example C. | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
| | LEVEL 4 | LEVEL 5 | LEVEL 6 | LEVEL 6 |

F.    **Part Time Benefits**

Regularly employed part time contracted professional employees shall receive the following:

1.    **Full benefits:**

a.    Full family health care insurance benefits, as listed in ARTICLE XVIII, Teacher Benefits, B 1.

b.    Family dental care policy, as listed in ARTICLE XVIII, F

c.    Group life insurance, as listed in ARTICLE XVIII, A

d.    Vision care, as listed in ARTICLE XVIII, G

2    **Pro-Rata Benefits:**

a.    Sick leave

b.    Personal/emergency leaves, as listed in ARTICLE XVIII, C

c.    Credits, as listed in ARTICLE X, A

d.    Salary increase, as listed in ARTICLE XX, C

ARTICLE XXI
MISCELLANEOUS PROVISIONS

A.    Separability

      If any provision of this Agreement or any application of this Agreement to any employee or group of employees is held to be contrary to law, then such provision or application shall not be deemed valid and subsisting, except to the extent permitted by law. All other provisions or applications shall continue in full force and effect.

B.    Compliance

      Any individual contract between the Board and an individual teacher heretofore or hereafter executed shall be subject to and consistent with the terms and conditions of this Agreement. If an individual contract contains any language inconsistent with this Agreement, this Agreement during its duration shall be controlling.

C.    Printing Agreement

      Copies of this Agreement shall be printed by the District after agreement with the Association on format, within thirty (30) days after the Agreement is signed.  The district will supply the number of copies of the agreement requested by the Association.  The District will bill the Association for the cost of printing the number of copies ordered.

D.    Pay Adjustment

      The Board shall provide a brief, concise, exacting procedure by which a professional employee might have an erroneous pay immediately corrected.

E.    Waivers

      The parties agree that all negotiable items have been discussed during negotiations leading to this Agreement, and that no additional negotiations on this Agreement will be conducted on any item, whether contained herein or not, during the life of this Agreement, unless by mutual agreement of both parties.

F.    Dismissal Notice

Each professional employee subject to dismissal shall be given at least a sixty (60) day notice.

ADDENDUM 1

       The Association representatives have advised the District that they believe that there are a number of their senior members who have reached retirement age but have maintained their tenure due to the spectre of ever increasing health care costs. The District is informed that persons in this position would be able to retire if health care insurance is provided in the interim between retirement and eligibility for Medicare benefits at age 65.

       The District is willing to accommodate the Association members in this circumstance during the life of this contract. The District believes that this period provides an ample window of opportunity for such persons to arrange their affairs and prepare for retirement.

       Accordingly, the District will provide family health care insurance coverage to retirees under the PENNCREST Health Care Plan under the following terms and conditions:

          A.    The employee must be at least 55 years of age.

          B.    The employee must retire into the Public School Employees Retirement System.

          C.    A Letter of Intent to retire shall be submitted to the Superintendent no later than thirty (30) days prior to the day of retirement.

          D.    The employee will be credited with one year's paid up health care coverage in return for surrendering 20 days accumulated sick leave; up to a maximum of 10 years coverage for 200 days accumulated sick leave. The District will not offer partial years insurance. Insurance will only be provided to employees who surrender sick days in 20 day increments.

       This retirement incentive shall be available to PENNCREST School District professional employees during the life of this contract (one day prior to the first day of the 2001-2002 school year until one day prior to the first day of the 2004-2005 school year.) It is understood and agreed between the parties that it is not the intention of the School District to provide this incentive beyond said period. Further, it is understood and agreed between the parties that the Association shall not attempt to assert any continuing right to this incentive beyond the period of this agreement; nor will the Association take the position that a past practice has been established with regard to said incentive.

APPENDIX    A – 1

Salary Levels

| 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 |
|---|---|---|---|
|  |  |  | 1 |
|  |  | 1 | 2 |
|  | 1 | 2 | 3 |
| 1 | 2 | 3 | 4 |
| 2 | 3 | 4 | 5 |
| 3 | 4 | 5 | 6 |
| 4 | 5 | 6 | 7 |
| 5 | 6 | 7 | 8 |
| 6 | 7 | 8 | 9 |
| 7 | 8 | 9 | 10 |
| 8 | 9 | 10 | 11 |
| 9 | 10 | 11 | 12 |
| 10 | 11 | 12 | 13 |
| 11 | 12 | 13 | 14 |
| 12 | 13 | 14 | 15 |
| 13 | 14 | 15 | 16 |
| 14 | 15 | 16 | 17 |
| 15 | 16 | 17 | 18 |
| 16 | 17 | 18 | 19 |
| 17 | 18 | 19 | 20 |
| 18 | 19 | 20 | 20 |
| 19 | 20 | 20 | 20 |
| 20 | 20 | 20 | 20 |

APPENDIX
A - 2

| LEVELS | BACHELORS 2000/2001 | BACHELORS 2001/2002 | BACHELORS 2002/2003 | BACHELORS 2003/2004 |
|---|---|---|---|---|
| 1 | $ 28,771 | $ 29,271 | $ 30,021 | $ 31,021 |
| 2 | $ 30,271 | $ 30,271 | $ 30,671 | $ 31,431 |
| 3 | $ 31,771 | $ 31,771 | $ 31,671 | $ 32,081 |
| 4 | $ 33,271 | $ 33,271 | $ 33,171 | $ 33,081 |
| 5 | $ 34,771 | $ 34,771 | $ 34,671 | $ 34,581 |
| 6 | $ 36,271 | $ 36,271 | $ 36,171 | $ 36,081 |
| 7 | $ 36,845 | $ 37,273 | $ 37,671 | $ 37,581 |
| 8 | $ 37,517 | $ 37,847 | $ 38,673 | $ 39,081 |
| 9 | $ 38,890 | $ 38,890 | $ 39,247 | $ 40,083 |
| 10 | $ 40,003 | $ 40,003 | $ 40,290 | $ 40,657 |
| 11 | $ 41,136 | $ 41,136 | $ 41,403 | $ 41,700 |
| 12 | $ 42,209 | $ 42,334 | $ 42,536 | $ 42,852 |
| 13 | $ 42,909 | $ 43,543 | $ 43,734 | $ 44,025 |
| 14 | $ 43,337 | $ 44,752 | $ 45,067 | $ 45,265 |
| 15 | $ 44,010 | $ 45,561 | $ 46,318 | $ 46,644 |
| 16 | $ 45,901 | $ 46,337 | $ 47,156 | $ 47,939 |
| 17 | $ 46,974 | $ 47,946 | $ 47,959 | $ 48,806 |
| 18 | $ 47,994 | $ 49,155 | $ 49,624 | $ 49,637 |
| 19 | $ 48,270 | $ 50,364 | $ 51,875 | $ 52,361 |
| 20 | $ 50,300 | $ 52,300 | $ 54,300 | $ 56,300 |

APPENDIX
A - 3

| LEVELS | MASTERS 2000/2001 | MASTERS 2001/2002 | MASTERS 2002/2003 | MASTERS 2003/2004 |
|--------|-------------------|-------------------|-------------------|-------------------|
| 1 | $ 29,438 | $ 29,938 | $ 30,688 | $ 31,688 |
| 2 | $ 30,939 | $ 30,938 | $ 31,338 | $ 32,098 |
| 3 | $ 32,439 | $ 32,439 | $ 32,338 | $ 32,748 |
| 4 | $ 33,939 | $ 33,939 | $ 33,839 | $ 33,748 |
| 5 | $ 35,439 | $ 35,439 | $ 35,339 | $ 35,249 |
| 6 | $ 36,939 | $ 36,939 | $ 36,839 | $ 36,749 |
| 7 | $ 37,512 | $ 37,941 | $ 38,339 | $ 38,249 |
| 8 | $ 38,184 | $ 38,514 | $ 39,341 | $ 39,749 |
| 9 | $ 39,557 | $ 39,557 | $ 39,914 | $ 40,751 |
| 10 | $ 40,670 | $ 40,670 | $ 40,957 | $ 41,324 |
| 11 | $ 41,803 | $ 41,803 | $ 42,093 | $ 42,390 |
| 12 | $ 42,876 | $ 43,001 | $ 43,266 | $ 43,567 |
| 13 | $ 43,576 | $ 44,210 | $ 44,506 | $ 44,780 |
| 14 | $ 44,004 | $ 45,419 | $ 45,757 | $ 46,064 |
| 15 | $ 44,677 | $ 46,228 | $ 47,009 | $ 47,359 |
| 16 | $ 46,568 | $ 47,004 | $ 47,846 | $ 48,654 |
| 17 | $ 47,641 | $ 48,613 | $ 48,649 | $ 49,521 |
| 18 | $ 48,662 | $ 49,822 | $ 50,314 | $ 50,352 |
| 19 | $ 48,938 | $ 51,032 | $ 52,566 | $ 53,075 |
| 20 | $ 50,968 | $ 52,968 | $ 54,968 | $ 56,968 |

APPENDIX
A - 4

| LEVELS | MASTERS+15 2000/2001 | MASTERS+15 2001/2002 | MASTERS+15 2002/2003 | MASTERS+15 2003/2004 |
|--------|------|------|------|------|
| 1 | $ 30,106 | $ 30,606 | $ 31,356 | $ 32,356 |
| 2 | $ 31,606 | $ 31,606 | $ 32,006 | $ 32,766 |
| 3 | $ 33,106 | $ 33,106 | $ 33,006 | $ 33,416 |
| 4 | $ 34,606 | $ 34,606 | $ 34,506 | $ 34,416 |
| 5 | $ 36,106 | $ 36,106 | $ 36,006 | $ 35,916 |
| 6 | $ 37,606 | $ 37,606 | $ 37,506 | $ 37,416 |
| 7 | $ 38,179 | $ 38,608 | $ 39,006 | $ 38,916 |
| 8 | $ 38,851 | $ 39,181 | $ 40,008 | $ 40,416 |
| 9 | $ 40,224 | $ 40,224 | $ 40,581 | $ 41,418 |
| 10 | $ 41,337 | $ 41,337 | $ 41,632 | $ 42,006 |
| 11 | $ 42,470 | $ 42,470 | $ 42,784 | $ 43,089 |
| 12 | $ 43,543 | $ 43,668 | $ 43,956 | $ 44,281 |
| 13 | $ 44,243 | $ 44,877 | $ 45,196 | $ 45,495 |
| 14 | $ 44,672 | $ 46,086 | $ 46,448 | $ 46,778 |
| 15 | $ 45,345 | $ 46,896 | $ 47,699 | $ 48,073 |
| 16 | $ 47,236 | $ 47,672 | $ 48,537 | $ 49,368 |
| 17 | $ 48,309 | $ 49,281 | $ 49,341 | $ 50,236 |
| 18 | $ 49,329 | $ 50,490 | $ 51,006 | $ 51,067 |
| 19 | $ 49,605 | $ 51,699 | $ 53,257 | $ 53,791 |
| 20 | $ 51,635 | $ 53,635 | $ 55,635 | $ 57,635 |

APPENDIX
A - 5

| LEVELS | MASTERS+30 2000/2001 | MASTERS+30 2001/2002 | MASTERS+30 2002/2003 | MASTERS+30 2003/2004 |
|---|---|---|---|---|
| 1 | $ 30,606 | $ 31,106 | $ 31,856 | $ 32,856 |
| 2 | $ 32,106 | $ 32,106 | $ 32,506 | $ 33,266 |
| 3 | $ 33,606 | $ 33,606 | $ 33,506 | $ 33,916 |
| 4 | $ 35,106 | $ 35,106 | $ 35,006 | $ 34,916 |
| 5 | $ 36,606 | $ 36,606 | $ 36,506 | $ 36,416 |
| 6 | $ 38,106 | $ 38,106 | $ 38,006 | $ 37,916 |
| 7 | $ 38,679 | $ 39,108 | $ 39,506 | $ 39,416 |
| 8 | $ 39,351 | $ 39,681 | $ 40,508 | $ 40,916 |
| 9 | $ 40,724 | $ 40,724 | $ 41,081 | $ 41,918 |
| 10 | $ 41,837 | $ 41,837 | $ 42,149 | $ 42,519 |
| 11 | $ 42,970 | $ 42,970 | $ 43,301 | $ 43,625 |
| 12 | $ 44,043 | $ 44,168 | $ 44,474 | $ 44,817 |
| 13 | $ 44,743 | $ 45,377 | $ 45,714 | $ 46,031 |
| 14 | $ 45,172 | $ 46,586 | $ 46,965 | $ 47,314 |
| 15 | $ 45,845 | $ 47,396 | $ 48,217 | $ 48,609 |
| 16 | $ 47,736 | $ 48,172 | $ 49,055 | $ 49,904 |
| 17 | $ 48,809 | $ 49,781 | $ 49,858 | $ 50,772 |
| 18 | $ 49,829 | $ 50,990 | $ 51,523 | $ 51,603 |
| 19 | $ 50,105 | $ 52,199 | $ 53,775 | $ 54,327 |
| 20 | $ 52,135 | $ 54,135 | $ 56,135 | $ 58,135 |

APPENDIX
A - 6

| LEVELS | MASTERS+45 2000/2001 | MASTERS+45 2001/2002 | MASTERS+45 2002/2003 | MASTERS+45 2003/2004 |
|--------|------------|------------|------------|------------|
| 1 | $ 31,106 | $ 31,606 | $ 32,356 | $ 33,356 |
| 2 | $ 32,606 | $ 32,606 | $ 33,006 | $ 33,766 |
| 3 | $ 34,106 | $ 34,106 | $ 34,006 | $ 34,416 |
| 4 | $ 35,606 | $ 35,606 | $ 35,506 | $ 35,416 |
| 5 | $ 37,106 | $ 37,106 | $ 37,006 | $ 36,916 |
| 6 | $ 38,606 | $ 38,606 | $ 38,506 | $ 38,416 |
| 7 | $ 39,179 | $ 39,608 | $ 40,006 | $ 39,916 |
| 8 | $ 39,851 | $ 40,181 | $ 41,008 | $ 41,416 |
| 9 | $ 41,224 | $ 41,224 | $ 41,581 | $ 42,418 |
| 10 | $ 42,337 | $ 42,337 | $ 42,624 | $ 43,036 |
| 11 | $ 43,470 | $ 43,470 | $ 43,819 | $ 44,116 |
| 12 | $ 44,543 | $ 44,668 | $ 44,991 | $ 45,352 |
| 13 | $ 45,243 | $ 45,877 | $ 46,231 | $ 46,566 |
| 14 | $ 45,672 | $ 47,086 | $ 47,483 | $ 47,849 |
| 15 | $ 46,345 | $ 47,896 | $ 48,734 | $ 49,145 |
| 16 | $ 48,236 | $ 48,672 | $ 49,572 | $ 50,440 |
| 17 | $ 49,309 | $ 50,281 | $ 50,376 | $ 51,307 |
| 18 | $ 50,329 | $ 51,490 | $ 52,041 | $ 52,139 |
| 19 | $ 50,605 | $ 52,699 | $ 54,292 | $ 54,862 |
| 20 | $ 52,635 | $ 54,635 | $ 56,635 | $ 58,635 |

APPENDIX B
GRIEVANCE REPORT FORM

<u>Level One</u>:   (Principal or his/her immediate superior)

    Aggrieved party:_____

    Date of presentation:_____

    Name of Association representative:_____
    Statement of the grievance:_____

    _____

    Action requested:_____

    _____

    Answer by principal or his/her immediate superior:_____

    _____

    Date received:_____   Accepted:_____   Rejected:_____

<u>Level Two</u>:   (Superintendent or his designated administrator)

    Date of referral:_____

    Answer by Superintendent or his designated administrator:_____

    _____

    Date received:_____   Accepted:_____   Rejected:_____

<u>Level Three</u>:   (Board)

    Date of referral:_____

    Answer by Board:_____

    _____

    Date received:_____   Accepted:_____   Rejected:_____

<u>Level Four</u>:   (Binding arbitration)

    Date of referral:_____

APPENDIX C
SPECIFICATIONS - VISION PROGRAM

1.    Providers:  Participating providers shall include the following three (3) classifications:

       a.    Ophthalmologist
       b.    Optometrist
       c.    Dispensing Optician

       So as to have a reasonable choice of participating providers, the program shall have a minimum of 1000 participating providers in the Commonwealth of Pennsylvania who will accept the program's payment as payment in full, subject to the limitations listed herein.

2.    Benefits:  Vision Examination and Tonometry

       Lenses: must meet Z80.1 or Z890.2 standards of ANSI (American National Standards institute) and meet or exceed FDA standards for impact resistant lenses.

       Contact Lenses: full coverage following cataract surgery or other conditions to correct visual acuity not correctable to 20/70 with spectacle lenses.

       Frames.

3.    Limitations:

       One vision examination and one pair of glasses (frames and lenses) once in every 24 month period.

       Benefits for photogray and brown lenses shall be limited to the allowances made for clear lenses.

4.    Exclusions:  No payments will be made for

       Medical or surgical treatment.
       Drugs or medications.
       Non-prescription lenses.
       Examinations or materials not listed as a covered service.
       Lost or damaged lenses.
       Services or materials provide by federal, state, local government or Workmen's Compensation.
       Fashion color and coated lenses.
       Examinations, procedures, training or materials not listed.

5.    Allowances:  Participating Providers:

| | |
|---|---|
| Examination | UCR |
| Tonometry | UCR |
| Frames | $15.00 maximum - wholesale cost |
| Lenses | UCR |
| Contacts - medical necessity | UCR |
| Contacts - cosmetic | Cost of single lenses/frame |
| Low Vision Aids - medical | UCR |

<u>Non-participating providers</u>:

| | |
|---|---|
| Examination | $ 25.00   maximum |
| Tonometry | $  3.00   maximum |
| Frames | $ 15.00   maximum |
| Lenses - single vision | $ 12.00   maximum |
| Lenses - bifocal | $ 21.00   maximum |
| Lenses - trifocal | $ 28.00   maximum |
| Lenses - sphakic | $ 50.00   maximum |
| Contacts - medical necessity | $250.00   maximum |
| Contacts - cosmetic | Cost of single lenses/frame |
| Low Vision Aids - medical | $250.00   maximum |