# SUMMARY OF POTENTIAL WAGES
## Regular full-time teacher

### Assuming Rowena Wagner Started at the Beginning of the 2004-05 School Year

| School District | School Year | | | Total |
|---|---|---|---|---|
| | 04-05 | 05-06 | 06-07 | |
| Crawford Central | $35,189 | $37,500 | $39,237 | $111,926 |
| Conneaut | $37,071 | $39,039 | $40,722 | $116,832 |
| Penncrest | $33,164 | $35,121 | $38,266 | $106,551 |
| Franklin | $32,705 | $34,116 | $36,257 | $103,078 |

### Assuming Rowena Wagner Started at the Beginning of the 2005-06 School Year

| School District | School Year | | Total |
|---|---|---|---|
| | 05-06 | 06-07 | |
| Crawford Central | $37,500 | $39,237 | $76,737 |
| Conneaut | $38,739 | $40,372 | $79,111 |
| Penncrest | $35,021 | $38,166 | $73,187 |
| Franklin | $33,816 | $35,957 | $69,773 |

### Assuming Rowena Wagner Started at the Beginning of the 2006-07 School Year

| School District | School Year | Total |
|---|---|---|
| | 06-07 | |
| Crawford Central | $38,737 | $38,737 |
| Conneaut | $39,972 | $39,972 |
| Penncrest | $37,921 | $37,921 |
| Franklin | $35,657 | $35,657 |

# 730215



DEFENDANT'S EXHIBIT
LL
CA No 04-264E