## Summary of Ethnic Classification
## Of PSEA Membership
## Based on Information Voluntarily Supplied on Membership Forms

|   |   | count | % |
|---|---|---|---|
|   | Blank(Unknown) | 33 | 0.03% |
| 0 | Unknown | 12,852 | 11.13% |
| 1 | American Indian/Alaska | 252 | 0.22% |
| 2 | Asian | 310 | 0.27% |
| 3 | Black | 1,739 | 1.51% |
| 4 | Hispanic | 696 | 0.60% |
| 5 | Caucasian | 99,237 | 85.96% |
| 6 | Biracial | 139 | 0.12% |
| 7 | Multiracial | 166 | 0.14% |
| 8 | Pacific Islander | 15 | 0.01% |
| 9 | NEA Unknown | 1 | 0.00% |
| Total Membership: |   | 115,440 |   |

DEFENDANT'S EXHIBIT NN
CA No 04-264E