# U.S. Census Bureau
State & County QuickFacts

# Crawford County, Pennsylvania

| People QuickFacts | Crawford County | Pennsylvania |
|---|---:|---:|
| Population, 2006 estimate | 89,389 | 12,440,621 |
| Population, percent change, April 1, 2000 to July 1, 2006 | -1.1% | 1.3% |
| Population, 2000 | 90,366 | 12,281,054 |
| Persons under 5 years old, percent, 2005 | 5.6% | 5.8% |
| Persons under 18 years old, percent, 2005 | 22.6% | 22.7% |
| Persons 65 years old and over, percent, 2005 | 15.8% | 15.2% |
| Female persons, percent, 2005 | 51.3% | 51.5% |
| White persons, percent, 2005 (a) | 97.0% | 86.0% |
| Black persons, percent, 2005 (a) | 1.8% | 10.6% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.2% | 0.2% |
| Asian persons, percent, 2005 (a) | 0.3% | 2.2% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.0% | 0.0% |
| Persons reporting two or more races, percent, 2005 | 0.6% | 1.0% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 0.7% | 4.1% |
| White persons not Hispanic, percent, 2005 | 96.4% | 82.6% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 62.9% | 63.5% |
| Foreign born persons, percent, 2000 | 1.1% | 4.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 5.4% | 8.4% |
| High school graduates, percent of persons age 25+, 2000 | 81.6% | 81.9% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 14.7% | 22.4% |
| Persons with a disability, age 5+, 2000 | 15,977 | 2,111,771 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 21.5 | 25.2 |
| Housing units, 2005 | 43,393 | 5,422,362 |
| Homeownership rate, 2000 | 75.5% | 71.3% |
| Housing units in multi-unit structures, percent, 2000 | 13.3% | 21.2% |
| Median value of owner-occupied housing units, 2000 | $72,800 | $97,000 |
| Households, 2000 | 34,678 | 4,777,003 |
| Persons per household, 2000 | 2.50 | 2.48 |
| Median household income, 2004 | $35,386 | $43,714 |
| Per capita money income, 1999 | $16,870 | $20,880 |
| Persons below poverty, percent, 2004 | 13.2% | 11.2% |

Crawford



DEFENDANT'S EXHIBIT CC

| Business QuickFacts | County | Pennsylvania |
|---|---|---|
| Private nonfarm establishments, 2004 | 2,210 | 301,557[1] |
| Private nonfarm employment, 2004 | 26,679 | 5,107,044[1] |
| Private nonfarm employment, percent change 2000-2004 | -7.1% | 0.4%[1] |
| Nonemployer establishments, 2004 | 5,951 | 707,898 |
| Total number of firms, 2002 | 7,522 | 874,255 |
| Black-owned firms, percent, 2002 | F | 2.8% |
| American Indian and Alaska Native owned firms, percent, 2002 | F | S |
| Asian-owned firms, percent, 2002 | F | 2.6% |
| Native Hawaiian and Other Pacific Islander owned firms, percent, 2002 | F | 0.0% |
| Hispanic-owned firms, percent, 2002 | F | 1.3% |
| Women-owned firms, percent, 2002 | 24.7% | 26.0% |
| Manufacturers shipments, 2002 ($1000) | 1,259,068 | 181,462,443 |
| Wholesale trade sales, 2002 ($1000) | 111,995 | 183,741,873 |
| Retail sales, 2002 ($1000) | 774,782 | 130,713,197 |
| Retail sales per capita, 2002 | $8,596 | $10,603 |
| Accommodation and foodservices sales, 2002 ($1000) | 83,664 | 15,305,402 |
| Building permits, 2005 | 162 | 44,525 |
| Federal spending, 2004 ($1000) | 495,612 | 94,900,254[1] |

| Geography QuickFacts | Crawford County | Pennsylvania |
|---|---|---|
| Land area, 2000 (square miles) | 1,012.72 | 44,816.61 |
| Persons per square mile, 2000 | 89.2 | 274.0 |
| FIPS Code | 039 | 42 |
| Metropolitan or Micropolitan Statistical Area | Meadville, PA Micro Area | |

1: Includes data not distributed by county.

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

D: Suppressed to avoid disclosure of confidential information
F: Fewer than 100 firms
FN: Footnote on this item for this area in place of data
NA: Not available
S: Suppressed; does not meet publication standards
X: Not applicable
Z: Value greater than zero but less than half unit of measure shown

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, Census of Population and Housing, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits, Consolidated Federal Funds Report

Last Revised: Monday, 07-May-2007 09:36:07 EDT