COLLECTIVE BARGAINING AGREEMENT

BETWEEN

THE CRAWFORD CENTRAL SCHOOL DISTRICT

AND

THE CRAWFORD CENTRAL EDUCATION ASSOCIATION

Effective:     August 29, 2004
Expires:       August 28, 2008



DEFENDANT'S
EXHIBIT

H

CA No 04-264E

# TABLE OF CONTENTS

Page

ARTICLE I        Recognition ................................................................................1

ARTICLE II       Duration of Agreement ..............................................................2

ARTICLE III      Grievance Procedure................................................................3 – 7

ARTICLE IV       Rights of Professional Employees ..............................................8

ARTICLE V        Association Rights and Privileges .......................................9 – 10

ARTICLE VI       Teaching Hours and Teaching Load ...................................11 – 14

ARTICLE VII      Teaching Conditions ...........................................................15 – 16

ARTICLE VIII     Transportation ...................................................................... 17

ARTICLE IX       Professional Qualifications, Assignments and Evaluation ...............18 – 19

ARTICLE X        Professional Compensation.................................................20 – 35

ARTICLE XI       Vacancies, Promotions, Transfers and Professional Assignments ....36 – 37

ARTICLE XII      Employee Evaluation .......................................................... 38 – 39

ARTICLE XIII     Illness or Disability................................................................40

ARTICLE XIV      Temporary Leaves of Absence .........................................41 – 42

ARTICLE XV       Unpaid Leaves of Absence ...............................................43 – 47

ARTICLE XVI      Professional Development and Education Improvement.........................48

ARTICLE XVII     Maintenance of Classroom Control and Discipline ...................................49

ARTICLE XVIII    Insurance Protection............................................................50 – 55

ARTICLE XIX      Academic Freedom ...............................................................56

ARTICLE XX       Maintenance of Membership .................................................57

ARTICLE XXI      Membership Deductions .....................................................58 – 59

ARTICLE XXII     Management Rights ...............................................................60

ARTICLE XXIII    No Strike Provision................................................................61

ARTICLE XXIV     Effective Date of this Agreement ..........................................62

ARTICLE XXV      Waivers ..................................................................................63

ARTICLE XXVI     Miscellaneous Provisions......................................................64

APPENDIX A       Grievance Form ................................................................65 – 68

                 AGREEMENT – ACT 48 ........................................................69

                 ADDENDUM ..........................................................................70

                 LETTERS OF AGREEMENT........................................................71 – 73

i

# ARTICLE I

## RECOGNITION

Unit

The Board hereby recognizes the Association as the exclusive representative for the collective bargaining for all professional employees included in the bargaining unit as certified and determined by the Pennsylvania Labor Relations Board. A copy of said determination is reproduced and made a part hereof.

The parties acknowledge that the Directors of Secondary and Elementary Guidance, Testing and Adult Education are encompassed by the term "Guidance Counselors" which appears in the unit description portion of the Certification of Representative below.

## CERTIFICATION OF REPRESENTATIVE

### IN THE MATTER OF THE EMPLOYEES OF
### CRAWFORD CENTRAL SCHOOL DISTRICT               NO. PERA-U-1976-W

**WHEREAS**, a joint Request for Certification was filed with the Pennsylvania Labor Relations Board pursuant to ARTICLE VI, SECTION 602 (a) of the PUBLIC RELATIONS ACT, being Act 195 of 1970, and

**WHEREAS**, PURSUANT TO ARTICLE VI, SECTION 602 (b), the Board issued an Order directing that a hearing be held on April 14, 1972, before a duly designated Hearing Examiner of the Board. The hearing was held on the date scheduled, at which time a full opportunity to examine and cross-examine witnesses, present testimony and introduce evidence was afforded to all parties in interest.

The Board, on the basis of the testimony and evidence presented at the hearing, and from all other matters and documents of record, hereby CERTIFIES THAT CRAWFORD CENTRAL EDUCATION ASSOCIATION-PSEA-NEA is the EXCLUSIVE REPRESENTATIVE of the employees of the above name Employer in the unit described below for the purposes of collective bargaining with respect to wages, hours and terms and conditions of employment.

UNIT: In a subdivision of the employer unit comprised of Teachers, Librarians, Guidance Counselors, Nurses, Home School Visitors and Department Coordinators, and excluding Curriculum Supervisors, Director of Psychological Services and Head Teachers; also excluding Superintendent, Assistant Superintendents, Board Secretary, Business Manager, School Principals, Assistant to School Principals and all other supervisors, first level supervisors and confidential employees, as defined in the Act.

SIGNED, SEALED AND DATED at Harrisburg, Pennsylvania, this day

PENNSYLVANIA LABOR RELATIONS BOARD

/s/ Raymond L. Scheib, Chairman
/s/ Joseph J. Licastro, Member
/s/ James H. Jones, Member

## ARTICLE II

## DURATION OF THE AGREEMENT AND NEGOTIATION OF A SUCCESSOR AGREEMENT

A.    The Agreement shall continue in full force and effect from year to year hereafter, unless written notice is given on or before January 1, 2008, requesting that the Agreement or Sections thereof be renegotiated.

B.    <u>Deadline Date</u>

The parties agree to enter into collective bargaining over a successor Agreement no later than January 10, 2008.  Any Agreement so negotiated shall be reduced to writing after ratification by the parties.

C.    <u>Modification</u>

This Agreement shall not be modified in whole or in part by the parties except by an instrument, in writing, duly executed by both parties.

D.    In witness hereof the Association and the Board sign this Agreement through action of their designated officers.

CRAWFORD CENTRAL EDUCATION
ASSOCIATION

CRAWFORD CENTRAL SCHOOL
DISTRICT COUNTY OF CRAWFORD
PENNSYLVANIA

By _____
     PRESIDENT

By _____
     PRESIDENT

By _____
     SECRETARY

By _____
     SECRETARY

Date _____

2

# ARTICLE III

# GRIEVANCE PROCEDURE

A.     Definitions

    1.     Grievance

      A "grievance" is hereby defined as:

      a.     a claim by an employee or employees regarding the meaning, interpretation or application of any provision in this Agreement

               or

      b.     that the local school board or its agents have acted inequitably in the application of the terms of this Agreement.

    2.     Aggrieved Person

      An "aggrieved person" is the person or persons making the claim.

    3.     Party in Interest

      A "party in interest" is the person or persons making the claim or any person who might be required to take action or against whom action might be taken in order to resolve the claim.

    4.     Days

      For purposes of the grievance procedure, the term "days" shall mean days on which there is required employee attendance.  Grievances occurring at the end of the school year shall be processed as though school were in session, except for Saturdays, Sundays and holidays.

B.     Purpose

    The purpose of this procedure is to secure at the lowest possible level equitable solutions to the problems which may from time to time arise affecting employees.  Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

C.     Procedure

    1.     Time Limits

        Since it is important that grievances be processed as rapidly as possible, the number of days indicated at each level should be considered as maximum and every effort should be made to expedite the process. The time limits specified may, however, be extended or reduced by mutual agreement.

    2.     Year End Grievance

        The parties will mutually attempt to resolve year end grievances as expeditiously as possible so that the grievance is resolved prior to the beginning of the next school year if possible. Any grievance which is not resolved at the time a successor agreement becomes effective shall be resolved on a basis of the negotiated agreement which was in effect when the grievance commenced.

    3.     Level One - Principal or Immediate Supervisor

        An employee with a grievance shall present the grievance, in writing, to his/her principal or immediate supervisor within twenty (20) days of the individual's knowledge of the occurrence giving rise to the grievance. The claim shall be discussed directly or through the Association's designated representative.

    4.     Level Two - Superintendent

        If the aggrieved person is not satisfied with the disposition of this grievance at Level One, or if no decision has been rendered within five (5) school days after the presentation of the grievance, he/she may file the grievance in writing with the Association within five (5) school days after the decision at Level One or ten (10) school days after the grievance was presented, whichever is sooner. Within five (5) school days after receiving the written grievance, the Association shall refer it to the Superintendent of Schools or his/her designee.

    5.     Level Three - School Board

        If the aggrieved person is not satisfied with the disposition of his/her grievance at Level Two, or if no decision has been rendered within ten (10) school days after the grievance has been presented at Level Two, he/she may file the written grievance with the Board. The written grievance shall be filed with the Board Secretary or other designee of the Board. The Board, no later than ten (10) school days after the filing, may hold a hearing on the grievance, review such grievance in an executive session or give such other consideration as it shall deem appropriate. Disposition of the grievance in writing by the Board shall be made no later than five (5) calendar days thereafter. A copy of such disposition shall be furnished to the Association.

6.    Level Four - Arbitration

If the aggrieved person is not satisfied with the disposition of his/her grievance at Level Three, or if no decision has been rendered within fifteen (15) school days after the grievance was delivered to the School Board or its designee, he/she may, within five (5) school days after a decision by the Board or twenty (20) school days after the grievance was delivered to the Board or its designee, whichever is sooner, request in writing that the Association submit the grievance to arbitration within fifteen (15) school days after receipt of the request by the aggrieved person.

a.    Within ten (10) school days after such written notice of submission to arbitration, the Board and the Association shall attempt to agree upon a mutually acceptable arbitrator and shall obtain a commitment from said arbitrator to serve.  If the parties are unable to agree upon an arbitrator, or to obtain such a commitment within the specified period, a request for a list of arbitrators may be made to the Pennsylvania Mediation Board by either party.  The parties shall then be bound by the rules and procedures of the Pennsylvania Mediation Board in the selection of an arbitrator.

b.    The arbitrator so selected shall confer with the representatives of the Board and the Association and hold hearing promptly and shall issue his decision not later than twenty (20) days from the date of the close of hearings, or, if oral hearings have been waived, then from the date of the final statements and proofs on the issues are submitted to him.  The arbitrator's decision shall be in writing and shall set forth his findings of fact, reasoning and conclusions on the issues submitted.  The arbitrator shall be without power or authority to make any decision which requires the commission of an act prohibited by law or which is in violation of the terms of this Agreement.  The decision of the arbitrator shall be submitted to the Board and the Association and shall be final and binding on the parties.

c.    Costs for the services of the arbitrator, including per diem expenses if any, and actual and necessary travel, subsistence expenses and the costs of the hearing room  and arbitration reporter, shall be borne equally by the Board and the Association or the aggrieved party.  Any other expenses incurred shall be paid by the party incurring same.

D.    Miscellaneous

1.    Employee and Association

Any aggrieved person may be represented at all stages of the grievance procedure by himself/herself or, at his/her option, by a representative selected or approved

5

by the Association. When an employee is not represented by the Association, the Association shall have the right to be present at all stages of the grievance procedure.

2.    Reprisals

No reprisals of any kind shall be taken by the Board or by any member of the administration against any party in interest, any representative, any member of the Association, or any other participant in the grievance procedure by reason of such participation.

3.    Group Grievances

If, in the judgment of the Association, a grievance affects a group or a class of employees, the Association may submit such grievance in writing to the Superintendent directly and the processing of such grievance shall be commenced at Level Two.   The Superintendent shall have three (3) days to review the grievance; and if, in his opinion, the grievance can be resolved at the first step of the grievance procedure, the Superintendent may revert the grievance to that level.   If the grievance should not be resolved at that level, it will continue through the normal grievance procedure.

4.    Written Decisions

Decisions rendered at Level One which are unsatisfactory to the aggrieved person and all decisions rendered at Levels Two and Three of the grievance procedure shall be in writing, setting forth the decision and the reasons therefore and shall be transmitted promptly to all parties in interest and to the Association.

5.    Separate Grievance File

All documents, communications and records dealing with the processing of a grievance shall be filed in a separate grievance file and shall not be kept in the personnel file of any of the participants.

6.    Forms

The forms previously approved for filing grievances, serving notices, taking appeals, making reports and recommendations and other related necessary documents shall continue in effect.  Should any need for any modification arise, the parties shall confer as necessary to develop and prepare jointly the appropriate revisions.

7.    <u>Meetings and Hearings</u>

All meetings and hearings under this procedure shall not be conducted in public and shall include only parties in interest, their designated or selected representatives and witnesses; except in such cases wherein the Board is required by law to hold such meetings in public.

## ARTICLE IV

## RIGHTS OF PROFESSIONAL EMPLOYEES

A.    <u>Just Cause Provision</u>

No professional employee shall be disciplined, reprimanded, reduced in rank or compensation or deprived of any professional advantage without just cause. Any such action asserted by the Board or any agent or representative thereof, shall be subject to the grievance procedure herein set forth. The reasons forming the basis for disciplinary action will be made available to the professional employees and the Association promptly.

B.    <u>Required Meetings and Hearings</u>

Whenever any professional employee is required to appear before the Superintendent, the Board, or any committee or member thereof, concerning any matter which could adversely affect the continuation of the employee in his office, position or employment or the salary or any increments pertaining thereto, then he shall be given prior written notice of the reasons for such meeting for interview and may have a representative of the Association or legal counsel present to advise him and represent him during such meeting or interview.

C.    <u>Evaluation of Students</u>

All professional employees shall follow the guidelines regarding curriculum, grading and promotion of students as promulgated by the Board and its administrators. The teacher shall maintain the right and responsibility to determine the grades and other instructional evaluations of students. No grade or instructional evaluation shall be changed until the teacher is consulted on the proposed alteration. If the evaluation is changed by the administrator involved without the agreement of the teacher, it shall be so noted on the evaluation, and the teacher involved shall be notified in writing.

## ARTICLE V

## ASSOCIATION RIGHTS AND PRIVILEGES

A.    Information

The Board agrees to furnish to the Association any public information, upon request, within reasonable time.

B.    Released Time for Meetings

Whenever any representative of the Association or any teacher participates during working hours in conferences or meetings called by the administration, a mediator, an arbitrator, or factfinder, he shall suffer no loss in pay.  No more than three (3) members of the bargaining unit shall be compensated for attendance at these meetings.

C.    Use of School Buildings

The Association and its representatives shall have the right to use school buildings at the end of the school day until 6:00 p.m.; providing that no more than one (1) meeting per week is held.  Permission for said meetings must be obtained from the Board Secretary. If the Association holds any meetings after 6:00 p.m. during the school day, or at any time on a weekend or holiday, prior permission must be received from the Board Secretary and the prevailing fee schedule shall apply.

D.    Bulletin Boards

The Association shall have in each school building sufficient space on a bulletin board in each faculty lounge and teacher's dining room.  The Association shall also be assigned adequate space on the bulletin board in the central office for Association notices.  Copies of all materials to be posted on such bulletin boards shall be given to the building principal, but no approval shall be required.

E.    Use of Mailboxes

The Association shall have the right to use school mailboxes as it deems necessary with the approval of building principals or other members of the Administration.  There shall be no censorship of Association material to be distributed.  Such material shall be identified as Association matter.

F.    Release Time for the Association President

The Association President may pursue Association business prior to his first assignment during the school day.  He may leave his building during his lunch period, provided that he notifies his school office of his departure and return.  He may also leave his building fifteen (15) minutes after dismissal of students.

The Association President shall notify the school office of his presence in any building he enters. The Association President agrees not to interrupt any teacher's instructional activity.

G.    Right to Speak At Meetings

An Association representative may speak to members of the bargaining unit at the conclusion of any faculty meeting or inservice day for up to fifteen (15) minutes at the request of the representative.

H.    Association Identification

No teacher shall be prevented from wearing pins or other identification of membership in the Association or its affiliates.

I.    Vending Machines

Upon the request of the Association, vending machines shall be installed in the faculty lounges. Machines shall be maintained and kept sanitary at no expense to the Board. The proceeds shall go to the Association and be used solely for student scholarships or faculty flower and gift funds.

J.    Access to Buildings

The Association's Field Representatives and Uni-Serve Representatives shall have the right to enter all schools in the district. The Superintendent or his designee shall be notified of such visits and the principal of the building shall be notified upon entrance by such representative. No approval shall be required. The representative shall not confer with professional employees during their teaching periods.

**ARTICLE VI**

**TEACHING HOURS AND TEACHING LOAD**

A.    Work Year/Day

    1.    The work year for professional employees shall consist of one hundred eighty-five (185) days and six (6) access hours which shall be for non-classroom activities.  Excepting those days upon which professional access hours are scheduled by the District, the employee work day shall consist of 7 1/2 hours, which includes the thirty (30) minute duty-free lunch period.  Professional access hours will be worked on an as-needed basis as determined by the Administration, after consultation with the professional staff and upon reasonable advance notice, for educationally appropriate activities.  All access hours will be assigned during the one hundred eighty-five day (185) day school year unless mutually agreed upon by the School District and the Association.  Whenever administratively practical, professional access hours will be scheduled immediately following the regular work day.  At least two (2) professional access hours shall be designated for the conduct of open house and two (2) access hours for the conduct of parent conferences.  Mandatory starting and quitting time for teachers may vary depending upon building needs.  Each professional employee will receive at least a three (3) day notification prior to the assignment of access hours.  Building principals will inform the Superintendent or designee before the designation of access hours in each school building.  Each teacher shall receive notification of the commencement and termination of the employee day by the twentieth (20th) day of August preceding each school year.

        As of the 2001-2002 school year, the number of work days in the school year referenced above shall be one hundred eighty-six (186).  This extra day shall be an in-service day, during which the School District shall offer its employees programs necessary for them to meet continuing professional development obligations under Act 48.  It shall be scheduled early in the school year, but after Fair Week.

    2.    Fridays and Days Before Holidays

        Except in cases of emergency or a scheduled duty assignment on Fridays and days before holidays the teachers shall be permitted to leave the school building at 3:05 p.m. or when pupils are dismissed, whichever is later.

    3.    Association Meeting Days

        On days of local Association meetings the teacher's day shall end when the pupils are dismissed.  These meetings shall not be called on more than six (6) occasions per year.

B.    Teaching Load

1.    Eight Period Day

Where an employee day consists of eight (8) periods or forty (40) periods per week, the teaching load for employees shall be no more than thirty (30) teaching periods per week or no more than thirty-five (35) periods including extra duty assignments.  Under this provision, no employee will be required to teach seven (7) periods per day more than two (2) days per week.  (See Addendum on Page 70.)

2.    Compensation for Extra Teaching Duty

If an employee is required to render services above the established norms as stated in Items 1 and 2 above, his/her remuneration shall be on a pro-rated basis as established in the formulas below:

$$\frac{Salary}{180\ days} = Daily\ Rate$$

$$\frac{Daily\ Rate}{8} = Hourly\ Rate$$

$$Hourly\ Rate \times .75 = Scale\ per\ class\ over\ prescribed\ norms$$

Employees with seven (7) or eight (8) class assignments shall receive 100% of the hourly rate.

3.    Duty-Free Planning Time

All full-time secondary teachers who are covered by this Agreement shall have a duty free planning period each school day of at least forty (40) consecutive minutes.

All full-time elementary teachers who are covered by this Agreement shall be entitled to duty free planning time during the student day of no less than two hundred (200) minutes per week.  The District shall attempt to provide a duty-free planning period of forty (40) consecutive minutes per student day.

4.    Number of Preparations

Except within the Art, Music, Home Economics, Business Education, Physical Education, Industrial Arts, Foreign Languages and Special Education departments, secondary teachers shall not be required to teach more than three (3) subject areas or no more than a total of three (3) teaching preparations.  Business Education secondary teachers shall not be required to teach more than four (4) subject areas or no more than four (4) teaching preparations.  Within the Art, Music, Home Economics, Industrial Arts and Foreign Languages departments,

12

secondary teachers shall not be required to teach more than five (5) subject areas or no more than five (5) teaching preparations. Physical Education and Special Education secondary teachers shall have no limitation as to the number of subject areas they are required to teach or their number of teaching preparations.

This provision will not be applicable to mini-courses, modular scheduling and other programs when the teacher(s) to be affected have been consulted and agree to the implementation of such programs.

5    Payment for Additional Subject Areas or Teaching Preparations

In the event the District, in its discretion, determines it is necessary to exceed the above number of teaching subject areas or preparations for a secondary teacher then that individual shall be paid an additional $1,600.00 for each subject area or teaching preparation beyond those agreed to above.

In the event the assignment of an additional subject preparation beyond the above established norms also results in an assignment beyond the norms established by Article VI Sections B.1. or B.2. compensation for such additional assignment shall be made in accordance with Article VI Section B.3 and the employee shall not be entitled to the compensation provided in this section.

6.    Conference Days

All teachers shall have one-half (1/2) of a school day once a year for the purpose of parent-teacher conferences. All teachers shall be assigned access hours one time a year for the purpose of an evening parent-teacher conference. One parent-teacher conference shall be held within the first semester and one shall be held during the second semester.

C.    Lunch Periods

1.    Duty-Free Lunch Period

Each employee shall have a duty-free lunch period of at least thirty (30) consecutive minutes.

2.    Leaving the Building

The Board agrees that teachers shall be permitted to leave the school building during their duty-free lunch period. The teacher who leaves the building must notify the school office of his intent to leave the building during his lunch period and said teacher must personally and orally notify the school office of his return to the building. The duty-free lunch period is a thirty (30) minute period; no extension of this time period may be granted without the express permission of the building principal.

D.    Teacher Orientation

Newly contracted employees shall attend an orientation/inservice day prior to the beginning of the teacher year. Teachers affected will be notified of said day at time of hiring.

# ARTICLE VII

## TEACHING CONDITIONS

A.   Reference Library

The Board and the Association mutually recognize the importance of continuous use of adequate teaching reference material in maintaining a high level of professional performance.   In furtherance of that recognition, the Board shall maintain teacher reference materials in each school in the district and shall continue to maintain the reference library facilities currently in existence.

All professional texts which are reasonably requested by the teachers and approved by the curriculum supervisor shall be maintained in the appropriate building or library as noted above.

B.   Other Provisions

   1.   Fastening Device

A fastening device shall be provided for each teacher's desk upon request from that teacher to the district business office.

   2.   Closet Space

Classroom closet space for each teacher to store coats, overshoes and personal articles shall be provided where physically feasible.   Each teacher is required to use said space and no teacher shall use other areas for such purposes.

   3.   Chalkboard Space

Adequate chalkboard space in every classroom.

   4.   Texts

One copy, exclusively for each teacher's use, of all texts used in each of the courses he/she is to teach.

   5.   Storage Space

Adequate storage space in each classroom for instructional materials.

   6.   Daily Teaching Supplies

Adequate and necessary materials for the daily pursuit of instructional activities shall be provided by the Board.

7.    Teacher Requisitions

Any professional employee who contacts the building administrator after August 1 to request information as to the status of each item that he/she has requisitioned for the next school year shall be given as complete information as is currently available to the building administrator.  If the building administrator is out of the building the employee may contact the central administration office to request said information.

C.    Facilities for Teachers (Miscellaneous)

The Board shall make available in each school adequate lunchroom, rest room, lavatory and telephone facilities for teacher use and at least one room appropriately furnished which shall be reserved for use as a faculty lounge.  Smoking shall be prohibited in this lounge.  Provision for such facilities will be made in all future buildings.

D.    Safe Working Conditions

Teachers shall not be required to work under unsafe conditions or hazardous conditions or to perform tasks which endanger their health, safety or well-being.  The determination of the above factors shall be made by the building principal, after consultation with the teacher concerned.

# ARTICLE VIII

# TRANSPORTATION

A. <u>Pupil Transportation</u>

    1.     <u>Compensation</u>

Employees shall not be required to drive students to activities which take place away from the school building. An employee may do so voluntarily, however, with the advance approval of his/her principal or immediate supervisor. He/she shall receive a transportation reimbursement per mile as regulated by the maximum allowance permitted by the Internal Revenue Service. The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the first semester of the school year. The rate as fixed by the Internal Revenue Service on the first day of January shall be the reimbursable rate for the second semester of the school year.

B. <u>Employee Transportation</u>

    1.     <u>Reimbursement for Travel Expenses</u>

Employees required by the Board in the course of their work on behalf of Crawford Central School District to drive automobiles from one school building to another shall receive a transportation reimbursement per mile as regulated by the maximum allowance permitted by the Internal Revenue Service. The rate as fixed by the Internal Revenue Service on the first day of July preceding each school year shall be the reimbursable rate for the first semester of the school year. The rate as fixed by the Internal Revenue Service on the first day of January shall be the reimbursable rate for the second semester of the school year. The same allowance shall be given for use of personal cars for field trips or other School Board approved business of the District.

    2.     All assignments covered above must be approved and scheduled by the Administration of the school district.

17

**ARTICLE IX**

**PROFESSIONAL QUALIFICATIONS, ASSIGNMENTS AND EVALUATION**

A.    Certification

The Board will adhere to the provisions of the School Code of 1949 as amended, the rules and regulations promulgated by the Department of Education and the rules, regulations and guidelines promulgated by the State Board of Education regarding the employment of professional staff.

B.    Special Certification

If a professional employee is employed under a special certificate, the Association shall receive a copy of the personnel appointment section of the Superintendent's report to the Board. The Association shall receive the above document on the same evening it is presented to the Board by the Superintendent.

C.    Substitute Teacher

When a professional employee is absent, the Board will retain the services of a qualified, certified substitute when administratively possible. As over past years, the Board shall maintain a publicly available list of qualified substitutes.

D.    Qualifications for Assignments

Teachers shall not be assigned outside the scope of their teaching qualifications and certification in the major or minor field of study, except in cases of emergency pursuant to Department of Education regulations governing teaching assignments outside the fields of certification.

E.    Notice of Schedule

If there are any changes from the assignment of the individual at the end of the previous school term employees shall be given written notice by their building principal of their teaching schedule for the forthcoming year, as far in advance as is administratively reasonable; normally, no later than the preceding first of August. In the event that changes in such schedules are necessary after this date, all employees affected shall be notified promptly.

F.    Additional Assignments

Any assignments in addition to the normal teaching schedule and work day shall not be obligatory, but shall be with the consent of the teacher. When, in the judgment of the Superintendent, all qualifications being equal, preferences in making such assignments will be given to tenured teachers regularly employed in the district according to seniority.

G.    Individual Educational Programs

When an employee is assigned to participate in a conference, review, evaluation, re-evaluation, other activities, or to prepare individual educational programs other than during the regular school day, they shall be paid in accordance with Board Policy No. 4115.3 of June 27, 1979, to the extent that such assignments are not completed during assigned access hours.

**ARTICLE X**

**PROFESSIONAL COMPENSATION**

## Step progression for the Contract 2004 to 2008

| 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|
|      |      |      | 1    | 1    |
| 1    | 1    | 1    | 2    | 1    |
| 2    | 2    | 1    | 2    | 1    |
| 3    | 3    | 2    | 3    | 2    |
| 4    | 4    | 3    | 4    | 3    |
| 5    | 5    | 4    | 5    | 4    |
| 6    | 6    | 5    | 6    | 5    |
| 7    | 7    | 6    | 7    | 6    |
| 8    | 8    | 7    | 8    | 7    |
|      |      |      | 9    | 8    |
| 9    | 9    | 8    | 10   | 9    |
| 10   | 10   | 9    | 11   | 10   |
| 11   | 11   | 10   | 12   | 11   |
| 12   | 12   | 11   | 13   | 12   |
| 13   | 13   | 12   | 14   | 13   |
| 14   | 14   | 13   | 15   | 14   |
| 15   | 15   | 14   | 16   | 15   |
| 16   | 16   | 15   | 17   | 16   |
| 17   | 17   | 16   | 17   | 16   |

A.    Salary Schedule – 186-Day Contract

The basic salaries of the employees covered by this Agreement are as follows:

**Bachelor's Salary 2004 - 2008**

| Step | 2004 | Step | 2005 | Step | 2006 | Step | 2007 |
|---|---|---|---|---|---|---|---|
| 1 | 35,189 | | | 1 | 38,737 | | |
| 2 | 35,689 | 1 | 37,500 | 2 | 39,237 | 1 | 41.015 |
| 3 | 36,369 | 2 | 38,180 | 3 | 39,821 | 2 | 41,599 |
| 4 | 36,953 | 3 | 38,764 | 4 | 40,571 | 3 | 42,349 |
| 5 | 37,703 | 4 | 39,514 | 5 | 41,409 | 4 | 43,187 |
| 6 | 38,541 | 5 | 40,352 | 6 | 42,344 | 5 | 44,122 |
| 7 | 39,476 | 6 | 41,287 | 7 | 43,280 | 6 | 45,058 |
| 8 | 40,412 | 7 | 42,223 | 8 | 44,215 | 7 | 45,993 |
| 9 | 41,347 | 8 | 43,158 | 9 | 45,204 | 8 | 46,982 |
| 10 | 43,286 | 9 | 45,097 | 10 | 46,154 | 9 | 47.932 |
| 11 | 44,221 | 10 | 46,032 | 11 | 47,089 | 10 | 48,867 |
| 12 | 45,157 | 11 | 46,968 | 12 | 48,025 | 11 | 49,803 |
| 13 | 46,092 | 12 | 47,903 | 13 | 48,960 | 12 | 50,738 |
| 14 | 48,461 | 13 | 50,272 | 14 | 51,329 | 13 | 53,107 |
| 15 | 50,727 | 14 | 52,538 | 15 | 53,595 | 14 | 55,373 |
| 16 | 53.151 | 15 | 54,962 | 16 | 56,019 | 15 | 57,797 |
| 17 | 55,767 | 16 | 57,577 | 17 | 58,634 | 16 | 60,411 |

**Bachelor's + 15 Salary 2004 - 2008**

| Step | 2004 | Step | 2005 | Step | 2006 | Step | 2007 |
|---|---|---|---|---|---|---|---|
| 1 | 35,689 | | | 1 | 39,338 | | |
| 2 | 36,189 | 1 | 38,000 | 2 | 39,838 | 1 | 41,716 |
| 3 | 36,870 | 2 | 38,681 | 3 | 40,421 | 2 | 42,299 |
| 4 | 37,453 | 3 | 39,264 | 4 | 41,171 | 3 | 43,049 |
| 5 | 38,203 | 4 | 40,014 | 5 | 42,009 | 4 | 43,887 |
| 6 | 39,041 | 5 | 40,852 | 6 | 42,944 | 5 | 44.822 |
| 7 | 39,976 | 6 | 41,787 | 7 | 43,880 | 6 | 45,758 |
| 8 | 40,912 | 7 | 42,723 | 8 | 44,815 | 7 | 46,693 |
| 9 | 41,847 | 8 | 43,658 | 9 | 45,804 | 8 | 47,682 |
| 10 | 43,786 | 9 | 45,597 | 10 | 46,754 | 9 | 48,632 |
| 11 | 44,721 | 10 | 46,532 | 11 | 47,689 | 10 | 49,567 |
| 12 | 45,657 | 11 | 47,468 | 12 | 48.625 | 11 | 50,503 |
| 13 | 46,592 | 12 | 48,403 | 13 | 49,560 | 12 | 51,438 |
| 14 | 48,961 | 13 | 50,772 | 14 | 51,929 | 13 | 53,807 |
| 15 | 51,227 | 14 | 53,038 | 15 | 54,195 | 14 | 56,073 |
| 16 | 53,651 | 15 | 55,462 | 16 | 56,619 | 15 | 58,497 |
| 17 | 56,267 | 16 | 58,077 | 17 | 59,234 | 16 | 61,111 |

Due to salary schedule compaction, salary step advancement each year is on a horizontal basis.

21

**Master's Salary 2004 - 2008**

| Step | 2004 | Step | 2005 | Step | 2006 | Step | 2007 |
|------|------|------|------|------|------|------|------|
| 1 | 36,089 | | | 1 | 39,837 | | |
| 2 | 36.589 | 1 | 38,500 | 2 | 40,337 | 1 | 42,215 |
| 3 | 37,269 | 2 | 39,180 | 3 | 40,921 | 2 | 42,799 |
| 4 | 37,853 | 3 | 39,764 | 4 | 41,671 | 3 | 43,549 |
| 5 | 38,603 | 4 | 40,514 | 5 | 42,509 | 4 | 44,387 |
| 6 | 39,441 | 5 | 41,352 | 6 | 43,444 | 5 | 45,322 |
| 7 | 40,376 | 6 | 42,287 | 7 | 44,380 | 6 | 46,258 |
| 8 | 41,312 | 7 | 43,223 | 8 | 45,315 | 7 | 47,193 |
| 9 | 42,247 | 8 | 44,158 | 9 | 46,304 | 8 | 48,182 |
| 10 | 44,186 | 9 | 46,097 | 10 | 47,254 | 9 | 49,132 |
| 11 | 45,121 | 10 | 47,032 | 11 | 48,189 | 10 | 50,067 |
| 12 | 46,057 | 11 | 47,968 | 12 | 49,125 | 11 | 51,003 |
| 13 | 46,992 | 12 | 48,903 | 13 | 50,060 | 12 | 51,938 |
| 14 | 49,361 | 13 | 51,272 | 14 | 52,429 | 13 | 54,307 |
| 15 | 51,627 | 14 | 53,538 | 15 | 54,695 | 14 | 56,573 |
| 16 | 54,051 | 15 | 55,962 | 16 | 57,119 | 15 | 58,997 |
| 17 | 56,667 | 16 | 58,577 | 17 | 59,734 | 16 | 61,612 |

**Master's + 15 Salary 2004 - 2008**

| Step | 2004 | Step | 2005 | Step | 2006 | Step | 2007 |
|------|------|------|------|------|------|------|------|
| 1 | 36,789 | | | 1 | 40,937 | | |
| 2 | 37,289 | 1 | 39,400 | 2 | 41,437 | 1 | 43,515 |
| 3 | 37.969 | 2 | 40,080 | 3 | 42,021 | 2 | 44,099 |
| 4 | 38,553 | 3 | 40,664 | 4 | 42,771 | 3 | 44,849 |
| 5 | 39,303 | 4 | 41,414 | 5 | 43,609 | 4 | 45,687 |
| 6 | 40,141 | 5 | 42,252 | 6 | 44,544 | 5 | 46,622 |
| 7 | 41,076 | 6 | 43,187 | 7 | 45,480 | 6 | 47,558 |
| 8 | 42,012 | 7 | 44,123 | 8 | 46,415 | 7 | 48,493 |
| 9 | 42,947 | 8 | 45,058 | 9 | 47,404 | 8 | 49,482 |
| 10 | 44,886 | 9 | 46,997 | 10 | 48,354 | 9 | 50,432 |
| 11 | 45,821 | 10 | 47,932 | 11 | 49,289 | 10 | 51,367 |
| 12 | 46,757 | 11 | 48,868 | 12 | 50,225 | 11 | 52,303 |
| 13 | 47,692 | 12 | 49,803 | 13 | 51,160 | 12 | 53,238 |
| 14 | 50,061 | 13 | 52,172 | 14 | 53,529 | 13 | 55.607 |
| 15 | 52,327 | 14 | 54,438 | 15 | 55,795 | 14 | 57,873 |
| 16 | 54,751 | 15 | 56,862 | 16 | 58,219 | 15 | 60,298 |
| 17 | 57,368 | 16 | 59,478 | 17 | 60,835 | 16 | 62,914 |

Due to salary schedule compaction, salary step advancement each year is on a horizontal basis.

B.    Extra-Curricular Positions

    1.    Supplemental Contracts

        Payment for supplementals shall be made in three (3) equal or as nearly equal installments as possible; one at the beginning of the activity, one at the middle and one at the conclusion of the activity.

    2.    Extra-Curricular Salaries

**Extra-Curricular Step Progression**
**2003-04 To 2004-05**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003-04 Step (old step) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 2004-05 Step (new step) | 1 | 2 | 3 | 4 | 5 | 6 | 6 | 6 | 6 | 6 |

**2004-05 Extra-Curricular**

Base =    4450

| ACTIVITY | | INDEX | Step | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 |
| | | | 75% | 80% | 85% | 90% | 95% | 100% |
| **ASSIST. ATHLETIC DIRECTOR - MASH** | | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| **FOOTBALL** | Head | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| | Asst. | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| **SWIMMING B/G** | Head | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| | Asst. | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| **BASKETBALL** | Head | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| | Asst. | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| | 7-8 Gr | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **WRESTLING** | Head | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| | Asst. | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| | 7-8 Gr | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **MARCHING BAND** | | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| **BAND DIRECTOR** | | 0.70 | 2,336 | 2,492 | 2,648 | 2,804 | 2,959 | 3,115 |
| **SUMMER BAND** | | 0.90 | 3,004 | 3,204 | 3,404 | 3,605 | 3,805 | 4,005 |
| **BAND FIELD MGR** | | 0.55 | 1,836 | 1,958 | 2,080 | 2,203 | 2,325 | 2,448 |
| **TRACK B/G** | Head | 1.00 | 3,338 | 3,560 | 3,783 | 4,005 | 4,228 | 4,450 |
| | Asst. | 0.60 | 2,003 | 2,136 | 2,270 | 2,403 | 2,537 | 2,670 |
| | 7-8 Gr | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **BASEBALL** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst. | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **SOFTBALL** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst. | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **GOLF** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **CROSS COUNTRY** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst. | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **SOCCER** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst. | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| **VOLLEYBALL** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |
| | Asst. | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| | 7-8 Gr | 0.25 | 834 | 890 | 946 | 1,001 | 1,057 | 1,113 |
| **TENNIS** | Head | 0.65 | 2,169 | 2,314 | 2,459 | 2,603 | 2,748 | 2,893 |

Supplemental Contracts-Final xls, 8/30/04

**2004-05 Extra-Curricular**

| | | Step | | | | | | |
| ACTIVITY | INDEX | 1 | 2 | 3 | 4 | 5 | 6 |
| | | 75% | 80% | 85% | 90% | 95% | 100% |
| STUDENT COUNCIL | 0.55 | 1,836 | 1,958 | 2,080 | 2,203 | 2,325 | 2,448 |
| TREASURER (M) ACTIVITY FUND | 0.55 | 1,836 | 1,958 | 2,080 | 2,203 | 2,325 | 2,448 |
| COORDINATOR OF ADULT EDUCATION | 0.50 | 1,669 | 1,780 | 1,891 | 2,003 | 2,114 | 2,225 |
| DRAMA 2 Major/4 Minor | 0.50 | 1,669 | 1,780 | 1,891 | 2,003 | 2,114 | 2,225 |
| STAGE DIRECTOR | 0.50 | 1,669 | 1,780 | 1,891 | 2,003 | 2,114 | 2,225 |
| DRAMA 1 Major/2 Minor | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| COORDINATOR OF SEC GUIDANCE | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| COORDINATOR OF TESTING ELEM | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| COORDINATOR OF TESTING SEC | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| DEPARTMENTAL COORDINATORS | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| ORCHESTRA DIRECTOR | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| CHORAL DIRECTOR | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| TREASURER (C) ACTIVITY FUND | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| JR CLASS (M) SPONSOR | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| SR CLASS (C) SPONSOR | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| YEARBOOK | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| FORENSICS | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| DEBATE | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| SCHOOL NEWSPAPER | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| COORDINATOR OF ELEM GUIDANCE | 0.40 | 1,335 | 1,424 | 1,513 | 1,602 | 1,691 | 1,780 |
| SR CLASS (M) ADVISOR | 0.35 | 1,168 | 1,246 | 1,324 | 1,402 | 1,480 | 1,558 |
| JR CLASS (C) SPONSOR | 0.35 | 1,168 | 1,246 | 1,324 | 1,402 | 1,480 | 1,558 |
| AUDIO VISUAL | 0.35 | 1,168 | 1,246 | 1,324 | 1,402 | 1,480 | 1,558 |
| DRAMA – MS | 0.35 | 1,168 | 1,246 | 1,324 | 1,402 | 1,480 | 1,558 |
| CHEERLEADING | 0.35 | 1,168 | 1,246 | 1,324 | 1,402 | 1,480 | 1,558 |
| NATIONAL HONOR SOCIETY | 0.25 | 834 | 890 | 946 | 1,001 | 1,057 | 1,113 |
| ACADEMIC COMPETITION | 0.25 | 834 | 890 | 946 | 1,001 | 1,057 | 1,113 |

Base = 4450

Supplemental Contracts-Final.xls, 8/30/04

**2005-06 Extra-Curricular**

| | | | | | Step | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Base = | 4850 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| ACTIVITY | | INDEX | 75% | 80% | 85% | 90% | 95% | 100% | |
| ASSIST. ATHLETIC DIRECTOR - MASH | | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| FOOTBALL | Head | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| | Asst. | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| SWIMMING B/G | Head | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| | Asst. | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| BASKETBALL | Head | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| | Asst. | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| | 7-8 Gr | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| WRESTLING | Head | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| | Asst. | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| | 7-8 Gr | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| MARCHING BAND | | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| BAND DIRECTOR | | 0.70 | 2,546 | 2,716 | 2,886 | 3,056 | 3,225 | 3,395 | |
| SUMMER BAND | | 0.90 | 3,274 | 3,492 | 3,710 | 3,929 | 4,147 | 4,365 | |
| BAND FIELD MGR | | 0.55 | 2,001 | 2,134 | 2,267 | 2,401 | 2,534 | 2,668 | |
| TRACK B/G | Head | 1.00 | 3,638 | 3,880 | 4,123 | 4,365 | 4,608 | 4,850 | |
| | Asst. | 0.60 | 2,183 | 2,328 | 2,474 | 2,619 | 2,765 | 2,910 | |
| | 7-8 Gr | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| BASEBALL | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst. | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| SOFTBALL | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst. | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| GOLF | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| CROSS COUNTRY | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst. | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| SOCCER | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst. | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| VOLLEYBALL | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |
| | Asst. | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| | 7-8 Gr | 0.25 | 909 | 970 | 1,031 | 1,091 | 1,152 | 1,213 | |
| TENNIS | Head | 0.65 | 2,364 | 2,522 | 2,680 | 2,837 | 2,995 | 3,153 | |

**2005-06 Extra-Curricular**

| | | | | | | | Base = | 4850 |
|---|---|---|---|---|---|---|---|---|
| | | Step | | | | | | |
| ACTIVITY | INDEX | 1 | 2 | 3 | 4 | 5 | 6 | |
| | | 75% | 80% | 85% | 90% | 95% | 100% | |
| STUDENT COUNCIL | 0.55 | 2,001 | 2,134 | 2,267 | 2,401 | 2,534 | 2,668 | |
| TREASURER (M) ACTIVITY FUND | 0.55 | 2,001 | 2,134 | 2,267 | 2,401 | 2,534 | 2,668 | |
| COORDINATOR OF ADULT EDUCATION | 0.50 | 1,819 | 1,940 | 2,061 | 2,183 | 2,304 | 2,425 | |
| DRAMA 2 Major/4 Minor | 0.50 | 1,819 | 1,940 | 2,061 | 2,183 | 2,304 | 2,425 | |
| STAGE DIRECTOR | 0.50 | 1,819 | 1,940 | 2,061 | 2,183 | 2,304 | 2,425 | |
| DRAMA 1 Major/2 Minor | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| COORDINATOR OF SEC GUIDANCE | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| COORDINATOR OF TESTING ELEM | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| COORDINATOR OF TESTING SEC | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| DEPARTMENTAL COORDINATORS | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| ORCHESTRA DIRECTOR | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| CHORAL DIRECTOR | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| TREASURER (C) ACTIVITY FUND | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| JR CLASS (M) SPONSOR | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| SR CLASS (C) SPONSOR | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| YEARBOOK | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| FORENSICS | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| DEBATE | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| SCHOOL NEWSPAPER | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| COORDINATOR OF ELEM GUIDANCE | 0.40 | 1,455 | 1,552 | 1,649 | 1,746 | 1,843 | 1,940 | |
| SR CLASS (M) ADVISOR | 0.35 | 1,273 | 1,358 | 1,443 | 1,528 | 1,613 | 1,698 | |
| JR CLASS (C) SPONSOR | 0.35 | 1,273 | 1,358 | 1,443 | 1,528 | 1,613 | 1,698 | |
| AUDIO VISUAL | 0.35 | 1,273 | 1,358 | 1,443 | 1,528 | 1,613 | 1,698 | |
| DRAMA – MS | 0.35 | 1,273 | 1,358 | 1,443 | 1,528 | 1,613 | 1,698 | |
| CHEERLEADING | 0.35 | 1,273 | 1,358 | 1,443 | 1,528 | 1,613 | 1,698 | |
| NATIONAL HONOR SOCIETY | 0.25 | 909 | 970 | 1,031 | 1,091 | 1,152 | 1,213 | |
| ACADEMIC COMPETITION | 0.25 | 909 | 970 | 1,031 | 1,091 | 1,152 | 1,213 | |

Supplemental Contracts-Final.xls, 8/30/04

**2006-07 Extra-Curricular**

Base = 5250

| ACTIVITY | | INDEX | Step 1 75% | 2 80% | 3 85% | 4 90% | 5 95% | 6 100% |
|---|---|---|---|---|---|---|---|---|
| ASSIST. ATHLETIC DIRECTOR - MASH | | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| FOOTBALL | Head | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| | Asst. | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| SWIMMING B/G | Head | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| | Asst. | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| BASKETBALL | Head | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| | Asst. | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| | 7-8 Gr | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| WRESTLING | Head | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| | Asst. | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| | 7-8 Gr | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| MARCHING BAND | | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| BAND DIRECTOR | | 0.70 | 2,756 | 2,940 | 3,124 | 3,308 | 3,491 | 3,675 |
| SUMMER BAND | | 0.90 | 3,544 | 3,780 | 4,016 | 4,253 | 4,489 | 4,725 |
| BAND FIELD MGR | | 0.55 | 2,166 | 2,310 | 2,454 | 2,599 | 2,743 | 2,888 |
| TRACK B/G | Head | 1.00 | 3,938 | 4,200 | 4,463 | 4,725 | 4,988 | 5,250 |
| | Asst. | 0.60 | 2,363 | 2,520 | 2,678 | 2,835 | 2,993 | 3,150 |
| | 7-8 Gr | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| BASEBALL | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst. | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| SOFTBALL | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst. | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| GOLF | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| CROSS COUNTRY | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst. | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| SOCCER | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst. | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| VOLLEYBALL | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |
| | Asst. | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| | 7-8 Gr | 0.25 | 984 | 1,050 | 1,116 | 1,181 | 1,247 | 1,313 |
| TENNIS | Head | 0.65 | 2,559 | 2,730 | 2,901 | 3,071 | 3,242 | 3,413 |

Supplemental Contracts-Final xls, 8/30/04

2006-07 Extra-Curricular

Page = 5250

| ACTIVITY | INDEX | Step | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| | | 75% | 80% | 85% | 90% | 95% | 100% |
| STUDENT COUNCIL | 0.55 | 2,166 | 2,310 | 2,454 | 2,599 | 2,743 | 2,888 |
| TREASURER (M) ACTIVITY FUND | 0.55 | 2,166 | 2,310 | 2,454 | 2,599 | 2,743 | 2,888 |
| COORDINATOR OF ADULT EDUCATION | 0.50 | 1,969 | 2,100 | 2,231 | 2,363 | 2,494 | 2,625 |
| DRAMA 2 Major/4 Minor | 0.50 | 1,969 | 2,100 | 2,231 | 2,363 | 2,494 | 2,625 |
| STAGE DIRECTOR | 0.50 | 1,969 | 2,100 | 2,231 | 2,363 | 2,494 | 2,625 |
| DRAMA 1 Major/2 Minor | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| COORDINATOR OF SEC GUIDANCE | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| COORDINATOR OF TESTING ELEM | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| COORDINATOR OF TESTING SEC | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| DEPARTMENTAL COORDINATORS | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| ORCHESTRA DIRECTOR | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| CHORAL DIRECTOR | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| TREASURER (G) ACTIVITY FUND | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| JR CLASS (M) SPONSOR | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| SR CLASS (C) SPONSOR | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| YEARBOOK | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| FORENSICS | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| DEBATE | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| SCHOOL NEWSPAPER | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| COORDINATOR OF ELEM GUIDANCE | 0.40 | 1,575 | 1,680 | 1,785 | 1,890 | 1,995 | 2,100 |
| SR CLASS (M) ADVISOR | 0.35 | 1,378 | 1,470 | 1,562 | 1,654 | 1,746 | 1,838 |
| JR CLASS (C) SPONSOR | 0.35 | 1,378 | 1,470 | 1,562 | 1,654 | 1,746 | 1,838 |
| AUDIO VISUAL | 0.35 | 1,378 | 1,470 | 1,562 | 1,654 | 1,746 | 1,838 |
| DRAMA – MS | 0.35 | 1,378 | 1,470 | 1,562 | 1,654 | 1,746 | 1,838 |
| CHEERLEADING | 0.35 | 1,378 | 1,470 | 1,562 | 1,654 | 1,746 | 1,838 |
| NATIONAL HONOR SOCIETY | 0.25 | 984 | 1,050 | 1,116 | 1,181 | 1,247 | 1,313 |
| ACADEMIC COMPETITION | 0.25 | 984 | 1,050 | 1,116 | 1,181 | 1,247 | 1,313 |

Supplemental Contracts-Final.xls, 8/30/04

2007-08 Extra-Curricular

| ACTIVITY | | INDEX | Base = | 5650 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Step | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 |
| | | | 75% | 80% | 85% | 90% | 95% | 100% |
| ASSIST. ATHLETIC DIRECTOR - MASH | | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| FOOTBALL | Head | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| | Asst. | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| SWIMMING B/G | Head | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| | Asst. | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| BASKETBALL | Head | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| | Asst. | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| | 7-8 Gr | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| WRESTLING | Head | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| | Asst. | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| | 7-8 Gr | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| MARCHING BAND | | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| BAND DIRECTOR | | 0.70 | 2,966 | 3,164 | 3,362 | 3,560 | 3,757 | 3,955 |
| SUMMER BAND | | 0.90 | 3,814 | 4,068 | 4,322 | 4,577 | 4,831 | 5,085 |
| BAND FIELD MGR | | 0.55 | 2,331 | 2,486 | 2,641 | 2,797 | 2,952 | 3,108 |
| TRACK B/G | Head | 1.00 | 4,238 | 4,520 | 4,803 | 5,085 | 5,368 | 5,650 |
| | Asst. | 0.60 | 2,543 | 2,712 | 2,882 | 3,051 | 3,221 | 3,390 |
| | 7-8 Gr | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| BASEBALL | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst. | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| SOFTBALL | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst. | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| GOLF | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| CROSS COUNTRY | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst. | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| SOCCER | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst. | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| VOLLEYBALL | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |
| | Asst. | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| | 7-8 Gr | 0.25 | 1,059 | 1,130 | 1,201 | 1,271 | 1,342 | 1,413 |
| TENNIS | Head | 0.65 | 2,754 | 2,938 | 3,122 | 3,305 | 3,489 | 3,673 |

2007-08 Extra-Curricular

Base = 5650

| ACTIVITY | INDEX | Step 1 75% | 2 80% | 3 85% | 4 90% | 5 95% | 6 100% |
|---|---|---|---|---|---|---|---|
| STUDENT COUNCIL | 0.55 | 2,331 | 2,486 | 2,641 | 2,797 | 2,952 | 3,108 |
| TREASURER (M) ACTIVITY FUND | 0.55 | 2,331 | 2,486 | 2,641 | 2,797 | 2,952 | 3,108 |
| COORDINATOR OF ADULT EDUCATION | 0.50 | 2,119 | 2,260 | 2,401 | 2,543 | 2,684 | 2,825 |
| DRAMA 2 Major/4 Minor | 0.50 | 2,119 | 2,260 | 2,401 | 2,543 | 2,684 | 2,825 |
| STAGE DIRECTOR | 0.50 | 2,119 | 2,260 | 2,401 | 2,543 | 2,684 | 2,825 |
| DRAMA 1 Major/2 Minor | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| COORDINATOR OF SEC GUIDANCE | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| COORDINATOR OF TESTING ELEM | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| COORDINATOR OF TESTING SEC | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| DEPARTMENTAL COORDINATORS | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| ORCHESTRA DIRECTOR | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| CHORAL DIRECTOR | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| TREASURER (C) ACTIVITY FUND | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| JR CLASS (M) SPONSOR | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| SR CLASS (C) SPONSOR | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| YEARBOOK | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| FORENSICS | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| DEBATE | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| SCHOOL NEWSPAPER | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| COORDINATOR OF ELEM GUIDANCE | 0.40 | 1,695 | 1,808 | 1,921 | 2,034 | 2,147 | 2,260 |
| SR CLASS (M) ADVISOR | 0.35 | 1,483 | 1,582 | 1,681 | 1,780 | 1,879 | 1,978 |
| JR CLASS (C) SPONSOR | 0.35 | 1,483 | 1,582 | 1,681 | 1,780 | 1,879 | 1,978 |
| AUDIO VISUAL | 0.35 | 1,483 | 1,582 | 1,681 | 1,780 | 1,879 | 1,978 |
| DRAMA - MS | 0.35 | 1,483 | 1,582 | 1,681 | 1,780 | 1,879 | 1,978 |
| CHEERLEADING | 0.35 | 1,483 | 1,582 | 1,681 | 1,780 | 1,879 | 1,978 |
| NATIONAL HONOR SOCIETY | 0.25 | 1,059 | 1,130 | 1,201 | 1,271 | 1,342 | 1,413 |
| ACADEMIC COMPETITION | 0.25 | 1,059 | 1,130 | 1,201 | 1,271 | 1,342 | 1,413 |

Supplemental Contracts-Final.xls, 8/30/04

3.    Procedures

    a.    New coaches shall be placed in the appropriate supplementary category, with salary to be determined by the negotiated agreement and he/she may be given credit only for previous coaching experience.

    b.    Any coach transferring to another coaching position in the same sport shall be given credit for his/her previous coaching experience.

    c.    All supplemental contracts held for less than three (3) years by non-bargaining unit employees of the District shall be posted by May 30 of each year.  If qualifications are equal, bargaining unit applicants will be hired over candidates from outside of the bargaining unit.

C.    Method of Payment

Each employee covered by the provisions of this Agreement shall receive his/her annual salary in biweekly payments.  Paydays shall be every other Friday or, if school is not in session, the last school day.  An employee may elect to receive full compensation for his/her services on the second check issued in the month of June if said employee notifies the School Board Secretary in writing of his/her desire by the first day of May preceding the June pay date.  If the request is not submitted by May 1, then the advance salary allowance shall not be given.

D.    Midyear Changes on Salary Schedule

Any professional employee who shall earn additional credits so as to move horizontally on the salary schedule during the first semester shall be placed on that level and remuneration for said employee shall be made at that level for the second semester of the current school year, provided an official transcript verifying the credits is received in the central administration office by February 1.  An official letter from the college or the university may be used in lieu of transcript until the transcript is received.

E.    Terminal Leave Payment

Payment for unused sick leave days shall be made in the last pay period of the school year in which the teacher retires or dies in service with at least 15 years in the district. Any teacher desiring the payment of this money must notify the Secretary of the Board of his/her intention to retire by the first day of March in the year of his retirement.  If a teacher retires at midyear, he/she must notify the Secretary of the Board of his/her intention to retire by the first day of November.  The employee, via written notice, may defer payment until January of the year following retirement.  In the event of a disability retirement, the teacher shall be paid for his/her unused sick leave days according to the payment schedule with whatever prior notification he/she can give to the Secretary. Payment for unused days will be as follows:

    1 - 100 days    -    $50 per unused sick day

    100+ days    -    $60 per unused sick day

F.    Retirement

1.    Employees who have reached age 50 and elect to retire after a minimum of 25 years of credited Pennsylvania service of which the last 15 years shall have been in the Crawford Central School District shall be eligible to receive 10 years of retired employee and spouse medical and hospitalization benefits as provided in Article XVIII, paid by the School District according to the following provisions:

a.    Payment shall not exceed a maximum of $200 per month. (Retiring teachers will receive this benefit for ten (10) years. Future negotiations cannot change this amount for teachers retiring during the length of this agreement.)

b.    In the event that a retired employee, who is entitled to this benefit, works for another employer, the Crawford Central School District shall not be obligated to provide this benefit to said retired employee if the latter's employer provides an identical or better benefit for said retired employee.

c.    Crawford Central School District will provide this benefit for a period of ten (10) years commencing upon retirement. All years of gainful employment will be deducted from this period of ten (10) years.

d.    This benefit will be for a period of ten (10) years or until that individual qualifies for Medicare or Medicaid. In the event that an employee qualified through disability for Medicare or Medicaid, the benefits provided in this section shall be adjusted to equal that portion of cost not covered through disability.

e.    The retired employee and/or spouse shall report annually, or sooner if the retired employee gains employment, to the Central Office listing address, marital status, etc. This information is needed for the insurance carrier. Failure to report annually to Central Office may result in forfeiture of this retirement benefit.

f.    The insurance carrier(s) and benefits to be provided to retired professional employees shall be the same carrier(s) and benefits provided to the then current district professional employees.

g.    Retired employees may purchase insurances (hospitalization, vision, dental, and life) at the group rate plus 5%. Retired employees may purchase insurances beyond the 10 year limit but, not beyond age 65.

G.    Pro-Rated Days

All employees required to work beyond the contractual work year shall be compensated on a pro-rated basis of their annual salary. This provision does not apply to summer school, evening classes, or any other program where an assignment is made through a separate contract.

H.    Itemized Statement

Included with the second pay following the opening of school, the Board will provide an itemized statement of each employee's total compensation base salary, incentive pay and supplemental contracts.

I.    Professional Compensation

If employees are requested by an Administrator and voluntarily agrees to perform work beyond the workday or work year set forth in this agreement, they shall be paid at the rates listed below for each hour:

| 04-05 | 05-06 | 06-07 | 07-08 |
|-------|-------|-------|-------|
| $19.00 | $20.00 | $21.00 | $22.00 |

J.    Retirement Payment Savings

1.    Employees who are eligible for the monetary benefits of Section E above shall receive the benefit in the form of a non elective District contribution which shall be deposited into a 457(b) deferred compensation account or 403(b) tax sheltered account for each employee, as each eligible employee elects. There shall be no cash option to this benefit.

2.    All contributions payable under Section J1 shall be subject to the contribution limits applicable under the Internal Revenue Code, specifically Section 415(c) for Section 403(b) contributions and Section 457(b)(2) for 457(b) contributions.

3.    For administrative convenience, all District contributions into 403(b) or 457(b) accounts under this Agreement shall be deposited into qualified 403(b) and/or 457(b) accounts established for each eligible employee with Kades-Margolis Corporation, or any other vendor agreed upon by the CCEA and the District, who shall be responsible for administering such programs.

4.    The vendor shall calculate the applicable contribution limits for each employee eligible to receive a supplemental retirement benefit and/or a retirement incentive benefit and shall guarantee such calculations to the District.

    The design of this Section was intended to provide tax savings to the District and to the employees of the District by depositing amounts hereunder directly into

34

403(b) and/or 457(b) programs, while permitting the employees to exercise investment control over the accounts until employees elect to withdraw amounts from the accounts.

5.    No contribution shall cause any employee to exceed the contribution limits of Section 415(c) of the Code as applicable to 403(b) and 457(b) plans.  The vendor must calculate the applicable contribution limits for each employee and shall guarantee such calculations to the District.  To assist the vendor in its calculations the District will release the employee's social security number, name, address, phone number, and the amount of the contribution.  It is the employee's responsibility to meet with the vendor in a timely manner in order for this transaction to take place.

6.    The District shall have no responsibility other than stated above.  Furthermore, the District's obligations shall be and shall remain conditional upon (1) the vendor tendering a currently effective hold harmless agreement satisfactory to the District, fully indemnifying the District from any liability for any reason whatsoever, to any party, except for its failure to make the deposits required by Section J; and (2) the District remaining free of any cost whatsoever except for the administrative tasks necessary to determine the amount of deposits due and making the deposits.

**ARTICLE XI**

**VACANCIES, PROMOTIONS, TRANSFERS AND PROFESSIONAL ASSIGNMENTS**

A.    Request for Change in Assignments

The Board recognizes that it is desirable in making assignments to consider the interests and aspirations of its professional employees, as well as the needs of the school district. Requests by a professional employee for transfer to a different class, building or position should be made in writing and filed with the Superintendent.  The Application shall set forth the reasons for transfer, the school, grade or position sought and the applicant's academic qualifications.  Such request shall be re-submitted each year to assure active consideration by the Board.

B.    Vacancies

The Board declares its policy of filling vacancies from within its own teaching staff. Whenever a vacancy arises or is anticipated, the Superintendent shall promptly post notice of same at all schools for not less than five (5) school days before filling the job. The notices shall include grade level or subject and building.  All new positions shall be posted with accompanying job description, qualifications and salary.  Qualified applicants will be determined by the following point system.  If two or more applicants have the same points, all ties will be broken by seniority.

### Completed Years in the District

| 1-5 years | 6-10 years | 11-15 years | 16+ years |
|-----------|------------|-------------|-----------|
| 1 pt. | 2 pts. | 3 pts. | 4 pts. |

### Educational Attainment

| BS | BS+15 | Masters | Masters+15 |
|----|-------|---------|------------|
| 1 pt. | 2 pts. | 3 pts. | 4 pts. |

### Completed Years Teaching in Subject Area *see below

| 1-10 years | 11+ years |
|------------|-----------|
| 1 pt. | 2 pts. |

### ADMINISTRATIVE EVALUATION

The Administration shall have the discretion to award all Candidates 0 - 4 pts.

*Employees will receive full point credit if bidding for a job within the same subject area (i.e. elementary teacher bidding for an elementary vacancy or an English teacher bidding for an English vacancy).  Employees will receive 1/2 credit for all teaching experience when bidding for a job not presently within their current job assignment (i.e. Special Education/Reading teacher bidding for an elementary job or a Science teacher bidding for a Math vacancy assuming that the person bidding is certified in that area).

36

C.      Midyear and Late Summer Vacancies

The Association recognizes that when vacancies occur during the school year, or fifteen (15) calendar days prior to the beginning of school, it may be difficult to fill them from within the district without undue disruption to the existing instructional program. If the Superintendent in his reasonable judgment so determines, all such vacancies may be posted and filled on a permanent basis or filled on a temporary or tentative basis. The temporary position may be declared vacant at any time, but no later than the end of the normal school year.

D.      Involuntary Transfers

Effort will be made to make all transfers voluntary. Involuntary transfers will be made only in the best interest of the school system. In case of an involuntary transfer, the Superintendent shall notify the affected employee of the reasons for the transfer. Any vacancies that arise from an involuntary transfer of an employee shall be filled by using the provisions of Article XI, Sections B and C. An individual involuntarily transferred cannot apply for the position where he/she was involuntarily transferred.

## ARTICLE XII

## EMPLOYEE EVALUATION

A.    General Criteria

1.    Basis for Conducting Evaluations

Evaluations shall be conducted under the provisions of Section 1123 of the School Code and the School District Policy governing the use of Appendix A of the Professional Evaluation Instrument.

2.    Observation Reports

An employee shall be given a copy of any written observation report. No such report shall be submitted to the central office, placed in the employee's file, or otherwise acted upon without prior review by the employee. The employee shall acknowledge that he/she has had the opportunity to review such material by affixing his/her signature to the copy to be filed with the express understanding that such signatures in no way indicate agreement with the contents of the report.

3.    Rating Reports

The employee shall receive a copy of all rating reports prior to said forms being placed in his/her personnel file. The employee may request a conference to review this rating form with the appropriate administrator.

4.    Rating Reports

Notification of rating of temporary professional employees shall be done in accordance with the provisions of Section 1108(a) of the School Code of 1949 as amended and the School District Policy governing the use of Appendix A of the Professional Evaluation Instrument.

5.    The Association and the District agree to establish a committee to meet during the first year of this Agreement to review subsections 1 and 4 of this section. The parties will review the existing Appendix A of the Professional Evaluation Instrument and the new PDE evaluation forms.

The Committee will be comprised of five Association members and five District representatives. The Association will appoint its representatives to the committee.

Both parties agree that any contract language, policies or procedures will be mutually agreed to, and that said agreement will include language that will become part of Article XII, Section A.

After both parties agree, the contract language for Article XII will be signed by the District and the Association and will then become part of the Collective Bargaining Agreement.

B.    Personnel File

1.    Contents Available

An employee shall have the right, upon request, to review the contents of his/her personnel file. An employee shall be entitled to have a representative of the Association accompany him/her during such review.

2.    No Separate File

The Board agrees not to maintain or establish any separate personnel file which is not available for the employee's inspection.

# ARTICLE XIII

## ILLNESS OR DISABILITY

A.     Sick Leave

At the beginning of each school year, each employee shall be granted ten (10) days of accumulative sick leave. An employee may use all or any portion of his/her sick leave for any type of illness or disability.

An employee may trade in up to ten (10) unused sick days, excluding personal days, at the end of the school year in which they were accrued and be reimbursed seventy dollars ($70) for each day. These exchanged days will be subtracted from the employee's total accumulated sick days. As a prerequisite for making the exchange, employees shall be required to: first, have fifty (50) accumulated days and; second, donate one (1) day to the Sick Leave Bank for any amount traded in a given year.

B.     Notification of Accumulation of Sick Leave

Employees shall be given a written accounting of accumulated sick leave days no later than October 15 of each school year.

ARTICLE XIV

**TEMPORARY LEAVES OF ABSENCE**

Types of Leave

During each school year of this Agreement, employees shall be entitled to the following temporary non-accumulated leaves of absence with full pay each school year.

A.    Personal/Emergency Days

Each employee shall be granted three (3) days to be used for personal business or for emergency reasons. Employees must notify the administration of their intention to take such leave twenty-four (24) hours prior to the day of leave requested, except in cases of emergency. This notification shall be in writing on the forms provided in each school building. No more than five percent (5%) of professional employees may use personal leave on the same day. Personal days may not be used on the day before or after holidays, unless one week advance notice is provided. Personal days may be granted on inservice days and teacher workdays in cases of emergency or cases with extenuating circumstances approved by the Superintendent. Upon one week of advance notice, one personal day may be used during the last seven (7) days of school subject to a twenty-four hour request. No more than 2% of professional employees may use personal leave during each of the last seven (7) days of school.

A total of two (2) unused personal/emergency days may be accumulated and carried forward into the subsequent year(s) (for a maximum total of five (5) allowable days in any given school year i.e., three (3) for the particular year plus the two (2) accumulated days.) The maximum number of personal/emergency days that shall be utilized consecutively shall be three (3) days. Unused personal/emergency days beyond the five (5) shall transfer into accumulated sick leave. All personal/emergency days may only be taken as whole days.

B.    Professional Days

The Board authorizes the Superintendent, at his/her discretion, to grant up to three (3) days for the purpose of visiting other schools or attending meetings or conferences of an educational nature or doing curriculum development work. Each day must be requested one (1) week in advance, in writing, to the Superintendent. Appeals of the Superintendent's decision on requests may be made to the School Board. Each employee will present a written summary of his/her observations to his/her immediate supervisor three (3) school days after his/her return from said leave.

C.    Association Leave

The Board agrees to provide the Association with a total of eight (8) days leave that shall be utilized by Association members to transact Association business. The Association shall determine who shall use these eight days. The Association may request additional leave days which the Board may grant or reject. If the Board grants said days, the Association shall reimburse the Board for the cost of a substitute.

41

D.    Legal

Time necessary for appearances in any legal proceeding connected with the teacher's employment or with the school system.

E.    Good Cause

Other leaves of absence with pay shall be granted by the Board for good reason.  The final authority for granting such leave shall rest with the Board.

F.    Bereavement Days

An employee will be granted up to five (5) work days in the event of the death of said employee's spouse, child, or natural parent.

An employee will be granted up to three (3) work days at any one time in the event of death of said employee's father-in-law, mother-in-law, grandchild, brother, sister, or near relative who resides in the same household, or any person with whom the employee has made his/her home.

An employee shall be granted the day of the funeral in the event of death or said employee's near relative, defined as:  first cousin, grandparent, aunt, uncle, niece, nephew, son-in-law, daughter-in-law, brother-in-law or sister-in-law.

## ARTICLE XV

## UNPAID LEAVES OF ABSENCE

A.  Exchange Teachers

The Board of School Directors, upon the recommendation of the Superintendent of Schools, shall grant a leave of absence of not more than two (2) semesters for exchange teaching.

    1.  Applicant's Responsibilities

The applicant shall submit and have approved in advance by the Superintendent a plan for an exchange of teaching services which will show the benefit to both the applicant and the school system.  A final report shall be filed with the Superintendent upon return from leave of absence for exchange teaching.

    2.  Number

The number of persons on exchange shall be limited each year to not more than one percent (1%) of the total number of professional employees in the district.

    3.  Basis for Selection

Exchange privileges shall be given on the basis of the date of application, the personality of the individual, teaching proficiency, seniority, and the consent of the administrator affected by the exchange.

    4.  Return

An employee, upon completion of an exchange teaching assignment, shall agree to return to the service of the Board of School Directors and to continue in such service for a period of at least two (2) years.

    5.  Return Assignment

An employee, upon return from an exchange of teaching service, shall be assigned to his/her former teaching position or a position of comparable status.

B.  Professional Study

A leave of absence of up to two (2) years may be granted to any employee for the purpose of engaging in study, at an accredited college or university, reasonably related to his/her professional responsibilities.  The program of studies to be pursued must be approved by the Superintendent of Schools prior to submission of the request for leave to the Board.

C.    Military Leave

    1.    Reinstatement

Any employee of the school district who volunteers for military service or is inducted into military service in time of war or during a state of national emergency shall be granted a leave for the duration of such service. Employees entering the service at any other time shall be granted a leave of absence for the duration of the initial tour of duty. An employee shall be reinstated to his/her position in the school system with full credit, including annual increments, under the salary schedule, upon written request supported by competent proof that said applicant is fully qualified to perform the duties of said position. The application for reinstatement shall be made within a reasonable time after discharge or release from military service and not later than ninety (90) days from the date of said release or discharge.

    2.    Reserves

According to Section 3301 of the School Code, all officers or members of any reserve component of the United States Army, Navy, Marine Corps, Air Force or Coast Guard shall be entitled to leave of absence from their duties without loss of pay, time or efficiency rating on all days not exceeding fifteen (15) in any one year during which they shall, as members of such reserve companies, be engaged in active service of the United States or in field training as ordered or authorized by the Federal Forces.

D.    Association

A leave of absence not to exceed two (2) years may be granted to any employee for the purpose of serving in a public office. This unpaid leave request may be granted by the Board after a review of the professional employee's request by the Superintendent of Schools.

E.    Political

A leave of absence not to exceed two (2) years may be granted to any employee for the purpose of serving in a public office. This unpaid leave request may be granted by the Board after a review of the professional employee's request by the Superintendent of Schools.

F.    Illness or Disability

Whenever an employee is unable to work because of illness or disability and has exhausted all sick leave, the Board shall grant a leave of absence without pay for the duration of the illness or disability. The beginning date must be determined by a physician and reasonable notice must be given.

G.    Child-Bearing/Child-Rearing Leave

1.    Child-Bearing Leave

Child-bearing leave is applicable to that period during which an employee is physically incapacitated, due to pregnancy, child-birth and recovery therefrom of performing her duties.

a.    An unpaid leave of absence for up to twelve (12) months, inclusive of sick leave, shall be granted to all female employees for child-bearing.

b.    During the period of an employee's physical incapacitation due to pregnancy, child-birth and recovery therefrom, employees may use accumulated paid sick leave. Sick leave or unpaid child-bearing leave may be taken prior to or subsequent to the birth of the child only in the case of physical incapacity or illness which must be verified by a doctor's statement containing the following:

(1)    the patient is disabled or ill due to the impending birth or recovery from birth of a child;

(2)    the probable duration of the disabling condition; and

(3)    the probable date upon which the patient is anticipated to be physically capable of performing classroom duties.

c.    If an employee elects not to use accumulated sick leave or if her accumulated sick leave expires during child-bearing leave, the employee shall be permitted to continue any or all insurance coverages, if permitted by the carrier, by remitting the premiums to the District. Except for those periods during which accumulated sick leave is used, the District shall not be obligated to provide any contribution for retirement or other benefits and no seniority shall accrue for any purpose.

d.    Employees on unpaid child-bearing leave may return at any time provided the employer is provided at least fifteen (15) days notice prior to the date of return. Upon return, all benefits to which the employee was entitled at the time of the leave of absence commenced, including years of credited service, unused accumulated sick leave and credits toward sabbatical eligibility, shall be restored as if the leave had not been taken and the employee shall be assigned to the same or equivalent position held at the time said leave commenced.

2.    Child-Rearing Leave

Child-rearing leave is applicable to those instances where an employee who is not physically incapacitated due to child-birth desires an unpaid leave of absence for the purpose of rearing a child in that period immediately following child-birth or immediately following the legal adoption of a child.

45

a.  An unpaid leave of absence for up to twelve (12) months shall be granted to all employees for child-rearing. Child-rearing leave shall commence within one month before or after the birth or adoption of a child. A written request stating the dates on which the child-rearing leave will begin and terminate must be submitted to the Board of School Directors by the employee at least fifteen (15) days prior to the start of such leave. This requirement may be waived by the Superintendent due to extenuating circumstances, e.g., premature delivery or sudden notification by an adoption agency.

b.  An employee on child-rearing leave may be granted one extension of such leave upon submitting to the Board of School Directors a written request stating the date on which such extension will terminate. This request shall be submitted to the Board of School Directors no later than fifteen (15) days prior to the expiration of the current leave. The combined initial and extended child-rearing leave shall exceed one school year.

c.  The employee on unpaid child-rearing leave shall be permitted to continue any or all insurance coverages, if permitted by the carrier, by remitting the premiums to the District. During such leave, the District shall not be obligated to provide any contribution of retirement or other benefits and no seniority shall accrue for any purpose.

d.  Upon return, all benefits to which the employee was entitled at the time of the leave of absence commenced, including years of credited service, unused accumulated sick leave and credits toward sabbatical eligibility shall be restored as if the leave had not been taken and the employee shall be assigned to the same or equivalent position held at the time said leave commenced.

3.  Family and Medical Leave Act

Notwithstanding the foregoing provisions, all employees shall be afforded those rights and privileges granted by the federal Family and Medical Leave Act (FMLA) and the District shall be entitled to exercise those discretionary powers granted by the FMLA for the implementation thereof, provided, however, that the interruption and implementation of the FMLA shall not be subject to the parties' grievance procedure.

H.  Personal Leave

A personal leave of absence not to exceed one (1) year may be granted by the Board to any professional employee for good cause. The number of employees granted such leave shall not exceed one percent (1%) of the unit per year.

I.    Return from Unpaid Leave

    1.    Benefits

Upon return from an unpaid leave of absence, a teacher shall receive credit for unused accumulated sick leave and credit toward sabbatical eligibility for the time previous to the unpaid leave.

    2.    Return Notification

The employee shall notify the district ninety (90) calendar days prior to the expiration of his/her intent to return from leave. If the notification is not given, the district shall contact the employee within the next thirty (30) days to determine if the employee will return from leave. These notices shall be in writing. Any employee taking advantage of the above unpaid leave provisions shall return to the district and receive full credit for his/her years of service completed as of the effective date the Board approves his/her unpaid leave request, except for provisions in ARTICLE XV G, Paragraph 4.

J.    Extensions and Renewals

All employee requests for extensions or renewals of leaves shall be applied for in writing and the district shall respond to all requests in writing.

## ARTICLE XVI

## PROFESSIONAL DEVELOPMENT AND EDUCATION IMPROVEMENT

A.  Payment for Credits

1.  The Board agrees to reimburse the cost of the credits taken, including but not limited to tuition, textbooks, registration fees and other fees or costs directly related to the acquisition of the course credits which shall not exceed $250 per credit in any year.  Effective August 29, 2006, the rate is increased to $275.  Any individual enrolling in a course costing more than that rate shall pay the difference.

   The Board will reimburse for up to fifteen (15) postgraduate credits in each year, provided that such credits are taken as part of a planned program of instruction at a fully accredited college or university.  With prior approval, reimbursement will be provided for individual courses related to a teacher's subject, specialty or needs.

   An individual may receive reimbursement of costs for a maximum of fifty-four (54) credits taken.

   Payment for credits shall be made within fifteen (15) days after the Board approval of proof of payment.  If the employee withdraws or does not receive a passing grade in any course, the employee shall reimburse the District, either by payroll deduction or by personal payment.

2.  Teachers will be required to work for the District for at least one (1) school year following the District's payment of tuition.  In the event that a teacher receives tuition reimbursement and does not work one school year following payment of the same, he/she shall be subject to a pro rata salary deduction based upon one unfulfilled school semester equaling one half of the tuition received.  Permanent substitutes are not included in this tuition reimbursement requirement since they are not employed on a yearly basis.  The Superintendent shall have the discretion to waive the required salary deduction under appropriate circumstances.

## ARTICLE XVII

### MAINTENANCE OF CLASSROOM CONTROL AND DISCIPLINE

A.    Definition of Responsibilities

All employees shall be responsible for student behavior within the classroom and employees shall accept additional supervisory duties when such supervision is needed for the safety and control of the students during the normal employee day.

B.    Special Assistance

When, in the judgment of the employee, a student requires the attention of the principal, the assistant principal, a counselor, psychologists, a physician or other specialist, he/she shall so inform his/her principal or immediate supervisor.   The employee will be consulted about the disposition of the case of the particular student when administratively possible and when deemed appropriate by the specialist.  In all cases, a verbal or written communiqué on the resolution of the problem will be given to the employee as soon as administratively possible.

# ARTICLE XVIII

## INSURANCE PROTECTION

A.   Hospitalization Insurance

    1.   Source of Coverage

The District shall not be obligated to provide any fringe benefits through any particular provider or carrier but, rather, may provide fringe benefits through an insurance policy, trust, plan, self-insured program or other means which it deems appropriate from time to time, provided that the extent of coverage and levels of benefits provided shall be substantially the same.  It is specifically understood that the District may change the source of coverage during the term of this Agreement and there shall be no past practice established as to any particular source of coverage during the term of this Agreement provided, however, that the District, without relinquishing its right to act as specified herein, shall grant the Association an opportunity to confer with the District regarding a change in the source of coverage for fringe benefits.  Major medical coverage is $1,000,000.

    2.   Individual Coverage

The Board agrees to provide hospitalization insurance with full individual coverage for the employee at no cost to the employee, except as provided below for employees who elect the traditional plan.

Dependent Coverage

The Board agrees to make available to each employee dependent, hospitalization insurance coverage, and the Board agrees to pay 100% of the cost of this item except as provided below for employees who elect the traditional plan.  Any employee who wishes to have the district provide dependent coverage is required to supply the business office with a list of dependents on a form supplied by the district on the first work day.  Employees must report any change in dependents to the business office promptly in order to insure coverage.  In the event that the employee fails to notify the district in this manner, then the district is not obligated to provide coverage for additional dependents of the employee until notification is provided.

    3.   Description to Employees

The Board shall provide to each employee a description of the health care insurance coverage provided under this ARTICLE when the booklets are available from the carrier.

    4.   Employee Deductible and Changes in Traditional Plan

        a.   Employee Deductibles

Individual Deductible per Calendar Year          $250.00

Family Deductible per Calendar Year            3 Individuals

b.    <u>Hospitalization Insurance</u>

The following improvements shall be added to the Master Agreement:

(1)    Outpatient physical therapy

(2)    Disappearing co-insurance of $2,000.

5.    The District's health insurance plan shall be changed in the following respects effective 1/1/05:

a.    An optional mail order plan shall be available for maintenance drugs providing for a 90 day supply with a 2X co-payment. Retail purchases are limited to a 34 day supply.

b.    Employees enrolling in the POS plan will pay $10 per office visit; and $15 per brand prescription and $5 per generic prescription.

c.    The Traditional plan will still be offered, but any employee electing that plan shall, through payroll deduction, pay the monthly difference in costs between the Traditional plan premium and the POS premium for the category of coverage he/she is enrolled in.

d.    Any employee eligible to be a subscriber who declines to enroll as either a subscriber or a dependent of a spouse who is also an employee, for an entire school year (July 1 through June 30) shall receive a one time cash payment in the amount listed below, payable on July 1 following the end of each school year for which coverage was declined. The amount of cash payment shall be based on the category of enrollment for which the employee would have been eligible on July 1. To be eligible, an employee must have worked for the District for the entire school year for which coverage was declined.

Individual -                    $   750
Family Tiered Coverage -    $1,500

e.    To be eligible for the payment above, an employee must have medical insurance other than the District's plan. The Employee must provide written proof of the insurance not provided by the School District to the Business Office. Employees who opt out of the insurance at the beginning of the year may opt back into the plan at any time without any pre-existing condition restrictions. They will, however, forfeit any right to the monetary payment listed above.

51

    f.      The parties will incorporate an opt-out provision to the Section 125 plan listed in Article X for those employees who are eligible for benefit listed in this section.

    g.      For the school year 2004-05 only, the July 1 – June 30 requirement shall be modified so that if an employee declines to enroll for the entire period from January 1 through June 30, he/she shall be eligible for 50% of the above amounts.

6.      The Association and the District agree to establish a committee to meet during the life of this Agreement to review any statewide health insurance plan that may be enacted by the Commonwealth of Pennsylvania and in which the District is eligible to participate prior to the expiration of this Agreement.

The Committee will be comprised of five Association representatives and five District representatives. The Association will appoint its representatives to the committee.

Both parties agree that any contract language, policies or procedures will be mutually agreed to, and that said agreement will include language that will become part of Article XVIII, Section A.

After both parties agree, the contract language for Article XVIII will be signed by the District and the Association and will then become part of the Collective Bargaining Agreement.

This language (Article XVIII #6) will expire at the end of this contract.

B.    <u>Life Insurance</u>

    1.    <u>Amount of Coverage</u>

The Board agrees to provide group term life insurance on each professional employee in the amount of forty thousand dollars ($40,000.00).

    2.    <u>Description of Coverage</u>

When booklets are available from the carrier, they shall be distributed by the school district.

C.    <u>Dental Insurance</u>

    1.    <u>Program Description</u>

The Board agrees to provide a family-dependent and single dental insurance program at no cost to the professional employee. The maximum benefit per calendar year shall be one thousand dollars ($1,000.00) per person. The program shall include the following services at 100% coverage:

Diagnostic    Oral Surgery
Preventive    Endodontic
Restorative    Periodontic
Orthodontic ($750 Lifetime Maximum per person)

The Board will provide 100% insurance coverage for employee and spouse prosthodontics.

The Board agrees to provide a dental insurance program equivalent to the 1977-1978 Delta Dental Plan 118.

Any professional employee who wishes to have the district provide dependent coverage is required to supply the business office with a list of dependents on a form supplied by the district on the first work day. Professional employees must report any change in dependents to the business office promptly in order to insure coverage. In the event that the professional employee fails to notify the district in this manner, then the district is not obligated to provide coverage for additional dependents of the professional employee until notification is provided.

2. Description of Coverage

When booklets are available from the carrier, they shall be distributed by the school district.

D. Vision Program

The Board agrees to provide the following vision coverage for employee and spouse. Coverage shall be as specified below:

| | |
|---|---|
| Examination | $ 25.00 |
| Eyeglasses * | |
| Lenses (Pair, other than contact lenses) | |
| Single Vision | 25.00 |
| Bifocal | 50.00 |
| Trifocal | 70.00 |
| Lenticular | 90.00 |
| Contact Lenses, Pair<br>If, following surgery, or when visual<br>acuity cannot be corrected to 20/70 in<br>the better eye by conventional lenses | 120.00 |
| Contact Lenses, Pair (Other) | 50.00 |

* per 12-month period

53

E.   Section 125 Account

1.   The District agrees to establish a Flexible Spending Account under Section 125 of the Internal Revenue Code which allows participants the option of deferring salary, on a pre-tax basis, to pay for medical expenses, prescription drugs, dental care, eye care, dependent care, and other qualifying expenses of such plans. The employer shall establish this benefit in a manner consistent with, and to meet all requirements of, Section 125 of the Internal Revenue Code, as amended, including the development of a separate plan document, if necessary, to be approved by the Association, and the filing of all initial and subsequent documentation required to maintain such a plan. Employee contributions are not subject to Federal Income Tax, Social Security Tax or other such taxes as may be appropriate, but are subject to Pennsylvania State Income Tax, and Retirement Contributions, unless mandated otherwise by law. The employer agrees to establish said plan January 1, 2005, or as soon thereafter as possible.

2.   The Flexible Spending Account program shall be implemented and administered by Kades-Margolis or the currently endorsed CCEA provider and their designated administrator and insurance carrier as agreed upon by the CCEA and the District, with no charge to the District.

3.   The District will establish a payroll deduction slot for the current vendor or their designated administrator and insurance carrier.

4.   An employee may elect to withdraw or enroll from the plan on a yearly basis at times approved by the District, the Association, the plan administrator and the Internal Revenue Code.

5.   Employees, at their option, may choose to participate in said plan in accordance with the following provisions:

a.   Employees must provide written notification, prior to the start of the plan year, of the amount they choose to contribute to a flexible spending account. Changes during the plan year will be allowed only when there is a change in employee or employee family status as defined by the IRS, and only when permitted by IRS requirements.

b.   The maximum contribution for each employee shall be twenty-five percent (25%) of the employee's gross income up to the maximum dollar amount allowable under law. The designated amount shall be deducted from the employee's salary through payroll deduction in equal installments over the period of the plan year.

c.    Employees must use the money designated for allowable expenses within the plan year or forfeit unused amounts.  Employees shall have ninety (90) days following the conclusion of the plan year to submit any expenses within the plan year.  Any forfeited balances shall be used by the employer to offset administrative costs of operating the plan.

d.    The period of coverage shall be twelve (12) months commencing on July 1 through June 30th or any shortened plan year agreed upon by the parties. Employees will be notified of the rate change for the next year by May 1.

e.    The participant must provide written substantiation of any claim prior to being reimbursed.  Reimbursement shall be made once per month and will only be made for claims incurred during the period of coverage.

6.    The Association will support all educational programs involving this product and will encourage employees to participate in the plan.

## ARTICLE XIX

## ACADEMIC FREEDOM

The Board and the Association agree that academic freedom is essential to the fulfillment of the purposes of the school district and they acknowledge the fundamental need to protect employees from any censorship or restraint which might interfere with their obligation to pursue truth in the performance of their teaching functions.  The parties agree that academic freedom must include the requirement that teachers follow curriculum guides and present all sides of controversial issues therein and be subject to supervision (which is) not detrimental to that academic freedom.

# ARTICLE XX

## MAINTENANCE OF MEMBERSHIP

A.  Provision

The Board agrees that all employees who are presently members of the Association shall be subject to the "maintenance of membership" provision as defined in ARTICLE III, Subsection (18) of the Public Employee Relations Act, Act 195.

B.  Description

All employees who have joined this employee organization, or who join this employee organization in the future, must remain members for the duration of this collective bargaining Agreement, with the provision that any such employee may resign from such employee organization during a period of fifteen (15) days prior to the expiration of any such Agreement.

C.  Fair Share

1.  Each non-member in the bargaining unit represented by the Association shall be required to pay a fair share fee as provided for the Act 84 of 1988.

2.  The School District and the Association agree to comply with all provisions of said law.

3.  The Association agrees to extend to all non-members the opportunity to join the Association.

4.  If any legal action is brought against the School District as a result of any action it is requested to perform by the Association pursuant to this Article, the Association agrees to provide for the defense of the School District by the Association's expense and through counsel selected at the Association with concurrence of the District.  The School District agrees to give the Association prompt notice of any such legal action brought against it, and agrees to provide reasonable cooperation with the Association in the defense of the case.

5.  The Association agrees in any action so defended to indemnify and hold the School District harmless for any monetary damages the School District might be liable for as a consequence of its compliance with this Article; except that it is expressly understood that this safe harmless provision will not apply to any legal action which may arise as the result of any willful misconduct by the School District or as a result of the School District's failure to properly perform its obligation under this Article.

# ARTICLE XXI

## MEMBERSHIP DEDUCTIONS

A.    Deduction from Salary

The Board agrees to deduct dues from the salaries of members of the local Association, the Pennsylvania State Education Association, and the National Education Association, as said members authorize the Board to deduct and to transmit monies by check to the Crawford Central Education Association, PSEA, NEA, by the first (1st) of each month. The district shall be held harmless for any problems arising from the enforcement of this ARTICLE.   At the initiation of each new contract, members will complete a payroll deduction authorization card to authorize the district to deduct dues.

B.    Equal Installments

Deductions referred to in Paragraph A will be made in eighteen (18) equal consecutive payroll deductions.

C.    List Supplied to the Board

No later than the third Wednesday of October of each school year, the Crawford Central Education Association, PSEA, NEA, will provide the Board with a list of those employees who have authorized the Board to deduct dues for the Association in Paragraph A above.

D.    Authorization Cards

The Board will honor such authorization cards pursuant to the maintenance of membership agreement; sample authorization card follows:

---

### PAYROLL DEDUCTION AUTHORIZATION CARD

This is to authorize eighteen (18) equal deductions from my pay for professional dues for the following:

1.    Crawford Central Education Association PSEA-NEA
2.    Pennsylvania State Education Association
3.    National Education Association

This authorization will remain in effect unless cancelled in writing fifteen (15) days prior to the expiration of the collective bargaining agreement in effect on this date.

Date    _____    Signature    _____

---

E.    <u>Payroll Deductions</u>

    1.    The Board agrees to continue payroll deductions for the Educators Health Insurance Plan.

    2.    The Board agrees to provide payroll deductions for the following:

        U.S. Savings Bonds
        Annuity Plan Protection
        United Way of Western Pennsylvania, Inc.

A limit of four (4) carriers for Annuity Plan Protection prevails.

**ARTICLE XXII**

**MANAGEMENT RIGHTS**

The exercise of the foregoing powers, rights, authority, duties and responsibilities by the Board, the adoption of policies, rules, regulations and practices in furtherance thereof, and the use of judgment and discretion in connection therewith shall be limited only the specific and expressed terms of this Agreement and then only to the extent such specific and expressed terms hereof are in conformance with the Constitution and laws of the State of Pennsylvania and the Constitution and laws of the United States.

## ARTICLE XXIII

## NO STRIKE PROVISION

As a condition of the various provisions of this Agreement, the bargaining agent pledges that members of the bargaining unit will not engage in a strike (as that term is defined in Act 195) during the term of this Agreement and the employer agrees not to engage in a lockout during the term of this Agreement.

# ARTICLE XXIV

## EFFECTIVE DATE OF THIS AGREEMENT

This Agreement shall be effective as of August 29, 2004, and shall continue in effect until August 28, 2008, subject to the Association's right to negotiation over a successor Agreement, as provided in ARTICLE II.  The work years shall each consist of one hundred eighty-six (186) days.

## ARTICLE XXV

## WAIVERS

The parties agree that all negotiable items have been discussed during the negotiations leading to this Agreement and that no additional negotiation on this Agreement will be conducted on any item, whether contained herein or not, during the life of this Agreement.

# ARTICLE XXVI

## MISCELLANEOUS PROVISIONS

A.    Separability

If any provision of this Agreement or any application of this Agreement to any employee or group of employees is held to be contrary to law, then such provision or application shall not be deemed valid and subsisting, except to the extent permitted by law, but all other provisions or applications shall continue in full force and effect.

B.    Compliance Between Individual Contract and Master Agreement

Any individual contract between the Board and an individual employee heretofore or hereafter executed shall be subject to and consistent with the terms and conditions of this Agreement.   If an individual contract contains any language inconsistent with this Agreement, this Agreement during its duration shall be controlling.

C.    Printing Agreement

Copies of this Agreement shall be printed after agreement between the Board and the Association on format and content.  The Association will be responsible for the printing and distribution of copies of this Agreement to each of its members.

D.    Damage to Personal Property

In the event an employee, while on duty on school premises or engaged in a school sponsored activity, sustains any loss, damage or destruction of personal property such as clothing or glasses while in the process of maintaining order in a confrontation with an individual or individuals, the Board shall reimburse the employee for the value of said loss or destruction or cost of repair; provided, however, that a report of the incident involving loss or damage shall be made to the building principal within two (2) employee work days.   Forms for processing payment requests will be supplied by the administration.

E.    Meet and Discuss

Meet and discuss meetings will be held in accordance with the provisions of Act 195. Special Meet and Discuss sessions shall be held to discuss mentor teachers and athletic directors.

Grievance Number_____

APPENDIX "A"

GRIEVANCE FORM

CRAWFORD CENTRAL EDUCATION ASSOCIATION

CRAWFORD CENTRAL SCHOOL DISTRICT

SCHOOL_____ DATE_____

GRIEVANT AND/OR ASSOCIATION
SIGNATURE_____

AREA OF CONTRACT VIOLATED (ARTICLES/SECTIONS) _____

_____

_____

NATURE OF GRIEVANCE_____

_____

_____

_____

_____

_____

_____

_____

RELIEF SOUGHT_____

_____

_____

_____

_____

65

## LEVEL I - PRINCIPAL OR IMMEDIATE SUPERVISOR

DATE OF PRESENTATION_____

DISPOSITION OF PRINCIPAL OR IMMEDIATE SUPERVISOR_____

_____

_____

_____

_____     _____
Signature of Principal or Immediate Supervisor                Date

POSITION OF GRIEVANT AND/OR ASSOCIATION_____

_____

_____

_____

_____          RESOLVED          _____          APPEAL TO LEVEL II

_____                            _____

_____     _____
Signature of Grievant and/or Association                Date

## LEVEL II - SUPERINTENDENT

DISPOSITION OF
SUPERINTENDENT_____

_____

_____

_____

_____     _____
Signature of Superintendent                Date

66

POSITION OF GRIEVANT AND/OR ASSOCIATION_____

_____

_____

_____

_____          RESOLVED          _____          APPEAL TO LEVEL III

_____                            _____

_____          _____
    Signature of Grievant and/or Association                    Date

## LEVEL III - BOARD OF DIRECTORS

_____

DISPOSITION OF BOARD_____

_____

_____

_____

_____          _____
        Signature of Board of Directors                       Date

POSITION OF GRIEVANT AND/OR ASSOCIATION_____

_____

_____

_____

_____          RESOLVED          _____          APPEAL TO LEVEL IV

_____                            _____

_____          _____
    Signature of Grievant and/or Association                    Date

LEVEL IV - ARBITRATION

DATE SUBMITTED TO
ARBITRATION_____

DISPOSITION AND/OR AWARD OF ARBITRATOR TO BE ATTACHED

# AGREEMENT

The undersigned parties, having negotiated in good faith and having reached certain understandings, enumerated herein, under which they intend to be legally bound, hereby agree as follows:

1.    The Crawford Central Education Association withdraws all of its Article IV., Section D. proposals on the Act 48 professional development committee.

2.    A Memorandum of Understanding shall be attached to the Collective Bargaining Agreement. It shall read as follows:

**MEMORANDUM OF UNDERSTANDING**
**between the**
**Crawford Central School District**
**and the**
**Crawford Central Education Association**

**Act 48 - Professional Development Committee**

The parties hereby agree that the practices that have developed relative to the parties' Act 178 Committee shall continue in full force and effect for the Act 48 Committee, unless prohibited by Act 48.

Areas of Act 48 that are new and not encompassed by practice may be dealt with through Meet and Discuss.

The District agrees that it shall not introduce the Association's Act 48 proposals in any arbitration, hearing or litigation, or in any other proceeding before the Pennsylvania Labor Relations Board or any other court of law or agency having jurisdiction over the parties.

by _____        _____
       the Crawford Central School District                    Date

by _____        _____
       the Crawford Central Education Association            Date

**ADDENDUM**

**Seven Period Day**

Where an employee day consists of seven (7) periods or thirty-five (35) periods per week, the teaching load for employees shall be no more than twenty-five (25) teaching periods per week, or no more than thirty (30) periods including extra duty assignments.  Under this provision, no employee will be required to teach six (6) periods per day more than two (2) days per week.

## LETTER OF AGREEMENT

The District and the Association agree to allow extra speakers/experts to inform the committee in its review of Employee Evaluation Article XII.

FOR THE DISTRICT:                    FOR THE ASSOCIATION:

_____      _____

_____, 2004          _____, 2004

## LETTER OF AGREEMENT

The District and the Association agree to allow extra speakers/experts to inform the committee in its review of any statewide health insurance plan that may be enacted by the Commonwealth of Pennsylvania.


FOR THE DISTRICT:                           FOR THE ASSOCIATION:


_____              _____


_____, 2004                _____, 2004

## LETTER OF AGREEMENT

Employees' census data will be provided electronically to the current vendor or the designated administrator and insurance carrier in order to establish Section 125 plan. The District will initially provide for a one (1) hour mandatory group presentation in the autumn of 2004 to the employees regarding the Section 125 plan.

In subsequent years, the District will allow one-half (1/2) hour mandatory group presentation to all new employees during the Teacher induction program.

FOR THE DISTRICT:                    FOR THE ASSOCIATION:

_____     _____

_____, 2004     _____, 2004

# 568125

73