# AWARD

And now, this seventh day of April 1999, after listening to both sides of the issue involving long-term substitute teachers in the Crawford Central School District, it is hereby ordered and awarded as follows:

1. Long-term substitutes shall be, for the purposes of this award, defined as those professional employees, as defined by Act 195, who have been employed for 90 consecutive work days.

2. Any long-term substitute who has been employed by the District for an equivalent of one year and is rehired by the District shall be entitled to bidding rights as well as all other rights provided by the collective bargaining agreement. The terms of service as a long term substitute need not be consecutive.

3. Any eligible long-term substitute, as defined in Paragraph 2, shall have the right to bid on and shall be awarded any position for which they are certificated before any applicant from outside the bargaining unit.

4. Any professional or temporary professional employee employed by Crawford Central School District shall have priority over any eligible long-term substitute for bidding purposes, extra classes, extra preparations, and extracurricular positions.

5. If more than one eligible long-term substitute bids on the same position, the District will fill the position in accordance with Article XI, Paragraph B, of the collective bargaining agreement.

6. The District shall not fail to rehire a long-term substitute in order to circumvent this award.



DEFENDANT'S EXHIBIT I
CA No 04-264E

7. This award shall be effective as of the first work day of the 1998-1999 school year.

8. The arbitrator retains jurisdiction.

*[signature]*
_____
Elliot Newman, Arbitrator