# CRAWFORD CENTRAL SCHOOL DISTRICT
Observation Summary

## REPORT OF CLASSROOM VISITATION

Teacher's Name _Roweena Wagner_   Date _11/22/02_

School _Cochranton Elem_   Grade/Subject _Language Arts 2nd grade_

Length of Observation: From _9:18_ To _9:51_   Period _2_   Visit # _1_

Substitute Mrs. Pickens

KEY:        S - Satisfactory        IN - Improvement Needed
            NA - Not Applicable     * - See Written Comment

**Preparation - Planning**
(*) Lesson plans evident. Didn't see lesson plans
(N/A) Planning reflects lesson objectives and activities
(IN) Aim or purpose - Clear and attainable
(IN) Provisions for different ability levels
(N/A) Instructional materials readily available
(S) Materials reflect creativity and resourcefulness
(S) Teacher's knowledge of lesson content

**Instructional Technique/Effectiveness**
(S) Command of written and spoken English
(*) Introduction and motivation. No Introduction or lead into
(?) Teaching strategies appropriate to lesson/objective
( ) Provisions for: S auditory, *visual, *and tactile instruction *No Provisions
(*) Illustrates/models the concept or skill Show the students what you want
(S) Vocabulary appropriate to group
(S) Questions stimulate thought
(N/A) Learning experience consistent with purpose/planning Need to see lesson plans
(*) Students encouraged with appropriate reinforcement Commend for correct responses
(*) Teacher awareness of student understanding of lesson objectives. Didn't include many students
(*) Time on task. Students were very restless seated on the floor for so long
( ) Summary and closure
(N/A) Assignment/Homework - applicable and clearly stated

**Teacher - Student Interaction**
(*) Demonstrates courtesy and tact ./
(S) Maintains consistency when working with students
(*) Encourages student interaction. attempt to include all students
(S) Students' involvement - participate actively Students read outloud
(S) Encourages good work/study habits

**Personal Characteristics**
(*) Demonstrates sound instructional judgment. Suggestion #4
(S) Gives attention to personal grooming and dress
( ) Exhibits: S poise, S composure, *enthusiasm, *and sense of humor Appeared very nervous - relax more

**Management and Organization**
(S) Control and discipline - firm, fair, and sympathetic
(S) Establishes/follows classroom routines and procedures. Instructions very clear
(S) Attention to health and safety needs of students
(S) General order and cleanliness of room
(S) Effectiveness of seating & furniture
(S) Use of bulletin boards and/or displays
(N/A) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS _Mrs. Wagner had the class move to the front of the room, sit on the floor and read outloud (9:15-9:50)_
Suggestions: (1) Prepare a Introduction that will get students excited about Reading
(2) Involve more students in discussion - How do you assess for understanding?
(3) Positively reinforce correct responders and then elaborate in detail so the entire class benefits from the correct answers
(4) Students sat in one place for a long time - They became very restless A activity that is structured but requires undivided attention maybe Needs to be in their seats.
Mrs. Braden (Title 2) reading specialist can share some strategies that can be very helpful

Observer's Signature _Chris Heller III_   Title _Asst Supt_
                                           Conference Date _12-6-02_
*Teacher's Signature _Rowena V Wagner_   Enclosure: Yes___ No___

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.



DEFENDANT'S EXHIBIT K
CA No 04-264E