**CRAWFORD CENTRAL SCHOOL DISTRICT**
**Instructional Support Center**
**11280 Mercer Pike**
**Meadville, PA  16335-9504**

## INTERVIEW  QUESTIONS

### ELEMENTARY

INTRODUCTION:

Tell us about yourself and why you feel you would be the best candidate for an elementary position.

*S* 1. Within a self-contained classroom you will encounter a diverse group of students, what would you do to design the needs of individual children.

*W* 2. How would you involve parents in their child's education?

*D* 3. How would you integrate the 4 processes  (reading, writing, speaking and listening) into the core subjects in an elementary classroom?

*J* 4. How would you design a classroom management system that would be proactive to avoid student problems?

*B* 5. Where does assessment fit into the instructional process?

*K* 6. How would you react to:

 ➢ a parent who confronted you about an alleged incident with their child
 ➢ criticism from your principal
 ➢ the word NO



DEFENDANT'S
EXHIBIT

_L_

CA No 04-264E

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**Instructional Support Center**
**11280 Mercer Pike**
**Meadville, PA 16335-9504**

## INTERVIEW QUESTIONS

### ELEMENTARY

INTRODUCTION:

Tell us about yourself and why you feel you would be the best candidate for an elementary position.

1.    Within a self-contained classroom you will encounter a diverse group of students, what would you do to design the needs of individual children.

2.    How would you involve parents in their child's education?

3.    How would you integrate the 4 processes  (reading, writing, speaking and listening) into the core subjects in an elementary classroom?

4.    How would you design a classroom management system that would be proactive to avoid student problems?

5.    Where does assessment fit into the instructional process?

6.    How would you react to:

   ➢ a parent who confronted you about an alleged incident with their child
   ➢ criticism from your principal
   ➢ the word NO

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**Instructional Support Center**
**11280 Mercer Pike**
**Meadville, PA 16335-9504**

**INTERVIEW QUESTIONS**

**ELEMENTARY**

INTRODUCTION:

*C* — Tell us about yourself and why you feel you would be the best candidate for an elementary position.

*S* 1. Within a self-contained classroom you will encounter a diverse group of students, what would you do to design the needs of individual children.

*B* 2. How would you involve parents in their child's education?

*K* 3. How would you integrate the 4 processes (reading, writing, speaking and listening) into the core subjects in an elementary classroom?

*D* 4. How would you design a classroom management system that would be proactive to avoid student problems?

*J* 5. Where does assessment fit into the instructional process?

*C* — 6. How would you react to:

  ➤ a parent who confronted you about an alleged incident with their child
  ➤ criticism from your principal
  ➤ the word NO



**CRAWFORD  CENTRAL  SCHOOL  DISTRICT**
**Instructional Support Center**
**11280 Mercer Pike**
**Meadville, PA  16335-9504**

### INTERVIEW  QUESTIONS

### ELEMENTARY

INTRODUCTION:

    Tell us about yourself and why you feel you would be the best candidate for an elementary position.

1.    Within a self-contained classroom you will encounter a diverse group of students, what would you do to design the needs of individual children.

2.    How would you involve parents in their child's education?

3.    How would you integrate the 4 processes  (reading, writing, speaking and listening) into the core subjects in an elementary classroom?

4.    How would you design a classroom management system that would be proactive to avoid student problems?

5.    Where does assessment fit into the instructional process?

6.    How would you react to:

> - a parent who confronted you about an alleged incident with their child
> - criticism from your principal
> - the word NO