

*Composite*

## 1/2 DAY KINDERGARTEN - WEST END ELEMENTARY SCHOOL
## GRADE 3 - WEST END ELEMENTARY SCHOOL
## GRADE 2 - COCHRANTON ELEMENTARY SCHOOL

### MONDAY, DECEMBER 9, 2002

④ 41.2  247   9:30 A.M.   ST   Amber Nolan      40, 43, 42, 43, 42, 37
③ 42.7 256   9:50 A.M.   ST   Nikki Shearer    41, 44, 42, 43, 41, 45
⑤ 39.1 235   10:10 A.M.       Karen Jamieson   39, 41, 41, 39, 39, 36
① 43.  258   10:30 A.M.  ST   Robert Bazylak   42, 43, 44, 43, 41, 45
⑦ 28.  168   10:50 A.M.       Rowena Wagner    26, 27, 30, 27, 30, 28
⑥ 38.7 232   11:10 A.M.       Chad DuPont      39, 41, 41, 41, 34, 36
② 42.8 257   11:30 A.M.  ST   Jennifer Tworek  41, 44, 44, 42, 42, 44



DEFENDANT'S EXHIBIT M   CA No 04-264E

1/2 DAY KINDERGARTEN - WEST END ELEMENTARY SCHOOL
GRADE 3 - WEST END ELEMENTARY SCHOOL
GRADE 2 - COCHRANTON ELEMENTARY SCHOOL

MONDAY, DECEMBER 9, 2002

| Time | Name |
|---|---|
| 9:30 A.M. | Amber Nolan |
| 9:50 A.M. | Nikki Shearer |
| 10:10 A.M. | Karen Jamieson |
| 10:30 A.M. | Robert Bazylak |
| 10:50 A.M. | Rowena Wagner |
| 11:10 A.M. | Chad DuPont |
| 11:30 A.M. | Jennifer Tworek |

## 1/2 DAY KINDERGARTEN - WEST END ELEMENTARY SCHOOL
## GRADE 3 - WEST END ELEMENTARY SCHOOL
## GRADE 2 - COCHRANTON ELEMENTARY SCHOOL
" 4 - Neason Hill
## MONDAY, DECEMBER 9, 2002

9:30 A.M.   Dual Cert  Amber Nolan - ST

9:50 A.M.   El · Early Childhd.  Nikki Shearer - ST

10:10 A.M.   Karen Jamieson

10:30 A.M.   Robert Bazylak - ST

10:50 A.M.   Rowena Wagner

11:10 A.M.  El. Ed.  3 courses L-5  Chad DuPont

11:30 A.M.   Jennifer Tworek - ST

43 Robert
42.8 Jennifer
42.9 Nikki
41.7 Stephanie
42 Anna Marie
41.7 Stacie
41.3 Amber
41.2 Alicia
41.1 Blair
40.7 Amy
39.9 Karen
39.1

38.7 Chad
38.4 Mark
37.1 Erin
34 Carolyn
30.1 David
28. Rowena

## ELEMENTARY INTERVIEWS
### THURSDAY, DECEMBER 19, 2002

| | | | | |
|---|---|---|---|---|
| Kurt | 11:30 A.M. | 41.7 | Anna Marie McElwain | 41, 41, 41, 41, 44, 43, 41 |
| Br. | 11:50 A.M. | 38.4 | Mark Weathers | 42, 38, 38, 43, 35, 36, 37 |
| Joh | 12:10 P.M. | 41.1 | Alicia Foulk | 42, 40, 43, 39, 41, 42, 41 |
| Doug | 12:30 P.M. | 30.1 | David Stearns | 33, 30, 28, 32, 29, 29, 31 |
| | 12:50 P.M. | 39.9 | Amy Szalewicz | 44, 38, 36, 42, 39, 39, 41 |
| Suz | 1:10 P.M. | 41.3 | Stacy Boca | 42, 41, 39, 41, 42, 43, 41 |
| | 1:30 P.M. | 40.7 | Blair Lawrence | 42, 39, 42, 40, 39, 42, 41 |
| | 1:50 P.M. | 42 | Stephanie Hughes | 42, 44, 45, 42, 40, 40, 4 |
| | 2:10 P.M. | 37.1 | Erin Bourquin | 40, 38, 37, 38, 32, 38, 37 |
| | 2:30 P.M. | 34 | Carolyn Beers-Brown | 40, 32, 31, 39, 28, 38 |

Carolyn
David
Rowena

```
      41.2
   _____
7 | 289
    28
    ___
     09
      7
     ___
      2
```