CRAWFORD CENTRAL SCHOOL DISTRICT
INTERVIEW / HIRE ANALYSIS

December 2002 Interviews

| APPLICANT | POSITION APPLIED FOR | INTERVIEW SCORE Total | INTERVIEW SCORE Avg | HIRED (Y/N) |
|---|---|---|---|---|
| BAZYLAK, Robert (6) | Elementary | 258 | 43.0 | Y |
| TWOREK, Jennifer (6) | Elementary | 257 | 42.8 | |
| SHEARER, Nikki (6) | Elementary | 256 | 42.7 | Y |
| HUGHES, Stephanie (7) | Elementary/Special Ed | 294 | 42.0 | |
| McELWAIN, Anna Marie (7) | Elementary | 292 | 41.7 | Y |
| BOCA, Stacy (7) | Elementary | 289 | 41.3 | |
| NOLAN, Amber (6) | Elementary | 247 | 41.2 | |
| FOULK, Alicia (7) | Elementary/Special Ed | 288 | 41.1 | |
| LAWRENCE, Blair (7) | Elementary | 285 | 40.7 | |
| SZALEWICZ, Amy (7) | Elementary | 279 | 39.9 | Y |
| JAMIESON, Karen (6) | Elementary | 235 | 39.2 | |
| DUPONT, Chad (6) | Elementary | 232 | 38.7 | |
| WEATHERS, Mark (7) | Elementary | 269 | 38.4 | |
| BOURQUIN, Erin (7) | Elementary | 260 | 37.1 | |
| BEERS, Carolyn (7) | Elementary | 238 | 34.0 | |
| STEARNS, David (7) | Elementary | 215 | 30.7 | |
| WAGNER, Rowena (6) | Elementary | 168 | 28.0 | N |

- The number next to the applicant name is the number of interviewers/evaluations for that person.
- The maximum total score on a single evaluation is 45.
- The total score is the sum of the applicant's interview scores.
- The average score is the sum of the applicant's interview scores divided by the number of interviewers/evaluations.

# 639205



DEFENDANT'S EXHIBIT
P
CA No 04-264E