## CATEGORY I - PLANNING/PREPARATION  *TEAM A*

1. How would you utilize your knowledge of Pennsylvania Academic Standards in the planning and preparation for instruction?

    - ❏ Mention Language Arts and Math Standards
    - ❏ Mention Using Standards in Assessments
    - ❏ Mention Using Standards in Lesson Planning

2. Where does assessment fit into the instructional process?

    - ❏ Used to guide instruction, drive curriculum (mention differentiated instruction, flexible grouping)
    - ❏ Provide feedback to students to encourage cognitive learning
    - ❏ Provide parents with an accurate understanding of student performance

## CATEGORY II - CLASSROOM ENVIRONMENT

3. How would you organize the physical space in your classroom to provide accessibility to learning and the use of resources?

    - ❏ Small/large group meeting areas
    - ❏ Mention defined areas (i.e., writing center, library center)
    - ❏ Mention integrated use of technology and resources (i.e., maps, globes)

4. How would you encourage and recognize high quality individual student work?

    - ❏ Use rubrics/lists of criteria or models of work to define proficiency or what is expected
    - ❏ Display examples of student work that exhibit expectations
    - ❏ Encourage students to rework, revisit or revise work to meet expected goals
    - ❏ Encourage student's personal growth and celebrate successes
    - ❏ Compile portfolios to showcase work and share with parents


DEFENDANT'S EXHIBIT
CA No. 04-264E

## CATEGORY III - INSTRUCTIONAL DELIVERY

5. How would you integrate the four processes of reading, writing, speaking and listening into the core subjects in an elementary classroom?

    - ❏ Assess these areas in content area subjects
    - ❏ Discuss writing across the curriculum
    - ❏ Language Arts block incorporating spelling and grammar in reading and writing
    - ❏ Mention self-extending learning, using language arts to pursue knowledge is social studies, math, science

6. Within a self-contained classroom you will encounter a diverse group of students, what would you do to address the individual needs of the children?

    - ❏ Mention grouping (dynamic flexible grouping) learning styles and differentiated learning
    - ❏ Discuss assessment to determine student needs
    - ❏ Mention constructivist classroom; drawing from students as individuals
    - ❏ Communication with parents

## CATEGORY IV - PROFESSIONALISM

7. Give us examples that would define your work ethics.
    - ❏ Suggest high expectations
    - ❏ Suggest reflective practice
    - ❏ Suggest teamwork and collaboration
    - ❏ Goes above and beyond contractual day, regular attendance
    - ❏ Regular attendance

8. How would you communicate with families regarding their students' needs and development?
    - ❏ Formal conferences, telephone calls, e-mail
    - ❏ Newsletter, assignment books
    - ❏ Parent meetings, open house, family nights

## CATEGORY I - PLANNING/PREPARATION *TEAM B*

How would you plan a comprehensive/balanced literacy program for your classroom?

- ❏ Mention the components: Read Aloud, Shared Reading, Guided Reading, Independent Reading, Shared Writing, Interactive Writing, Writing Workshop, Independent Writing
- ❏ Mention on-going assessment (running records, conferring)
- ❏ Mention using leveled texts

In what areas of instruction have Pennsylvania Academic Standards been written?

- ❏ More than Reading, Writing, Speaking, Listening and Math
- ❏ May mention any of the following:
    3. Science and Technology
    4. Environment and Ecology
    5. Civics and Government
    6. Economics
    7. Geography
    8. History
    9. Arts and Humanities
    10. Health, Safety and Physical Education
    11. Family and Consumer Science

## CATEGORY II - CLASSROOM ENVIRONMENT

How would you design a classroom management system that would be proactive to avoid student problems?

- ❏ Provide opportunities for student input to encourage ownership
- ❏ Directly teach/reteach and model appropriate behaviors
- ❏ Provide activities that encourage students to be actively engaged
- ❏ Communication with parents
- ❏ Clear sequence of consequences treating students with respect and dignity

How would you provide for equitable learning for all of your students?

- ❏ Through dynamic flexible grouping, differentiated instruction, learning styles
- ❏ Collaboration with Title I and/or Learning Support Services
- ❏ Mention meeting individual needs

## CATEGORY III - INSTRUCTIONAL DELIVERY

Explain how you would use informal and formal assessments to meet learning goals and monitor student learning.

- Defining informal and formal and dtheir use
- On-going curricular assessments showing progress toward goals compared to prior knowledge
- Student observation with anecdotal records
- Mention of PSSA
- Make informed educational decisions with assessment data for individuals and groups

What methods of instruction will you employ to ensure that our students achieve proficiency on the state standards?

- Guided Reading - leveled reading instruction
- Spiraling
- Differentiated Instruction
- Performance Tasks/Rubric Scoring (open-ended)
- Balanced Literacy
- Integration of Curriculums
- Embedded Technology Instruction
- Use of homework

## CATEGORY IV - PROFESSIONALISM

What is your plan for your own professional development?

- ❏ Has a plan for ongoing professional development
- ❏ Formal program
- ❏ Professional reading/study groups
- ❏ Specific areas pertinent to job
- ❏ Knowledge of Act 48 requirements

Define: Integrity: What you do when no one is looking, upstanding, honest, sincere, sound moral principle

Confidentiality: No discussion with those who do not need to know

Team Work: May not always agree but will work to reach consensus if it is in the best interest of the students