# Elementary Interviews

### Mar. 4, 2004

| # | # | Name | Total Points | % | Rank | Certification | Hire Date |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Cathy Kelihar | 171 | 86% | 12 | El. Ed. & Spec. Ed. | |
| 2 | 2 | Amy Szalewicz | 197 | 99% | 2 | | |
| 3 | 3 | Dannelle Darcangelo | 165 | 83% | 15 | El. Ed. & Spanish | |
| 4 | 4 | Jessica Fuda | 136 | 68% | 24 | | |
| 5 | 5 | Cassie Barickman | 134 | 67% | 25 | | |
| 6 | 6 | Lisa Taormina | 191 | 96% | 4 | not yet certified | |
| 7 | 7 | Stephanie Sandrock | 167 | 84% | 13 | El. Ed. & Reading | |
| 8 | 8 | Megan Porter | 144 | 72% | 22 | | |
| 9 | 9 | Erin Bourquin | 191 | 96% | 4 | | |
| 10 | 10 | Kelly Astor | 186 | 93% | 6 | | |

### Mar. 11, 2004

| # | # | Name | Total Points | % | Rank | Certification | Hire Date |
|---|---|---|---|---|---|---|---|
| 11 | 1 | Robert Bazylak | 198 | 99% | 1 | | |
| 12 | 2 | Cheryl Krachkowski | 177 | 89% | 9 | | |
| 13 | 3 | Christine Pearson | 176 | 88% | 10 | | |
| 14 | 4 | Lisa Hixenbaugh | 167 | 84% | 13 | | |
| 15 | 5 | Sarah Alexander | 126 | 63% | 26 | | |
| | 6 | Nikki Shearer | 196 | 98% | 3 | El. Ed. & Reading | |
| 17 | 7 | Tammy Foster | 159 | 80% | 17 | | |
| 18 | 8 | Jacqueline Bocchine | 134 | 67% | 25 | | |
| 19 | 9 | Brooke Koerner | 144 | 72% | 22 | | |
| 20 | 10 | Jennifer Tworek | 184 | 92% | 7 | | |
| 21 | 11 | Rebecca Schaef | 164 | 82% | 16 | El. Ed. & Spec. Ed. | |
| 22 | 12 | Mark Weathers | 177 | 89% | 9 | | |
| 23 | 13 | Ed Biernacki | 141 | 71% | 23 | | |
| 24 | 14 | Rowena Wagner | 136 | 68% | 24 | | |
| 25 | 15 | Carolyn Brown | 178 | 89% | 8 | E. Ed. & Spec. Ed. | |

### Mar. 16, 2004

| # | # | Name | Total Points | % | Rank | Certification | Hire Date |
|---|---|---|---|---|---|---|---|
| 26 | 1 | Karen Jamieson | 166 | 83% | 14 | El. Ed., Spec. Ed., Soc. St. & Gifted | |
| 27 | 2 | Alicia Foulk | No Show | 0% | 0 | | |
| 28 | 3 | David Stearns | 156 | 78% | 18 | | |
| 29 | 4 | Rebecca Knickerbocker | 151 | 76% | 20 | | |
| 30 | 5 | Heather Hood | 154 | 77% | 19 | El. Ed. & Spec. Ed. | |
| 31 | 6 | Terry Brock | 141 | 71% | 23 | L.S. & Autism Exp. | |
| 32 | 7 | Marci Pifer | Cancel | 0% | 0 | | |
| 33 | 8 | Stacie Boca | 177 | 89% | 9 | | |
| 34 | 9 | Marissa Stillwagon | 171 | 86% | 12 | | |

### Mar. 19, 2004

| # | # | Name | Total Points | % | Rank | Certification | Hire Date |
|---|---|---|---|---|---|---|---|
| 35 | 1 | Daniel Ledebur | 173 | 87% | 11 | | |

DEFENDANT'S EXHIBIT R   CA No 04-264E

|    |   |                      |     |     |    |                          |
|----|---|----------------------|-----|-----|----|--------------------------|
|    | 2 | Kim Petraca-Coppola  | 176 | 88% | 10 |                          |
|    | 3 | Amanda Dillaman      | 147 | 74% | 21 |                          |
| 38 | 4 | Lori Carr            | 187 | 94% | 5  |                          |
| 39 | 5 | Chad Dupont          | 173 | 87% | 11 |                          |
| 40 | 6 | Stacie Gjovik        | 191 | 96% | 4  | El. Ed. & (Reading soon) |
| 41 | 7 | Danielle Morris      | 178 | 89% | 8  |                          |

**Interview Teams:**

**A**
Charlie Heller
Doug Stanton
John Karns
Brenda Schoonover

**B**
Suzanne Good
Kurt Meader
Joanne Darling
Walt Price