CRAWFORD CENTRAL SCHOOL DISTRICT
INTERVIEW / HIRE ANALYSIS

March 2004 Interviews

| APPLICANT | QUALIFICATIONS | INTERVIEW SCORE Total | INTERVIEW SCORE Avg | HIRED (Y/N) | POSITION | DATE |
|---|---|---|---|---|---|---|
| BAZLAK, Robert (8) | Elementary | 198 | 24.8 | Y | Elementary Gr. 6 | May 2004 |
| SZALEWICZ, Amy (8) | Elementary, Early Childhood | 197 | 24.6 | Y | Elementary Gr. K | May 2004 |
| SHEARER, Nikki (8) | Elementary, Early Childhood | 196 | 24.5 | Y | Literacy Coach | June 2004 |
| BOURQUIN, Erin (8) | Elementary (concentration-science) | 191 | 23.9 | Y | Elementary Gr. 3 | May 2004 |
| TAORMINA, Lisa (8) | Elementary | 191 | 23.9 | Y | Elementary | May 2004 |
| CARR, Lori (8) | Elementary (Spanish minor) | 187 | 23.4 | Y | Elementary Gr. 5 | Aug 2004 |
| MORRIS, Danielle (8) | Elementary | 178 | 22.3 | Y | Elementary Gr. 1 | Aug 2005 |
| KRACHKOWSKI, Cheryl (8) | Elementary | 177 | 22.1 | Y | LT Sub Gr. 4 | Sep 2004 |
| WEATHERS, Mark (8) | Elementary | 176 | 22.0 | Y | Elementary Gr. 5 | June 2004 |
| DUPONT, Chad (8) | Elementary | 173 | 21.6 | Y | Elementary | June 2004 |
| JAMIESON, Karen (8) | Elementary (Reading specialist) | 166 | 20.8 | Y | Temp. Reading | June 2004 |
| FOSTER, Tammy (8) | Elementary | 159 | 19.9 | Y | Elementary Gr. 2 | May 2004 |
| PORTER, Meghan (8) | Elementary, Early Childhood | 144 | 18.0 | Y | Elementary Gr. 1 | Aug 2005 |
| WAGNER, Rowena (8) | Elementary | 136 | 17.0 | N | | |

- The number next to the applicant name is the number of interviewers/evaluations for that person.
- The maximum total score on a single evaluation is 25.
- The total score is the sum of the applicant's interview scores.
- The average score is the sum of the applicant's interview scores divided by the number of interviewers/evaluations.



DEFENDANT'S EXHIBIT S
CA No 04-264E

CRAWFORD CENTRAL SCHOOL DISTRICT
INTERVIEW / HIRE ANALYSIS

**May 2004 Interviews**

| APPLICANT | QUALIFICATIONS | INTERVIEW SCORE | | HIRED (Y/N) | POSITION | DATE |
|---|---|---|---|---|---|---|
| | | Total | Avg | | | |
| KELLY, Rebecca (9) | Early Childhood | 212 | 23.5 | Y | Elementary – Gifted | May 2004 |
| JENSEN, Leslie (9) | Music K-12 (3 states, 8 yrs experience) | 166 | 18.4 | Y | PT Elementary-Gifted | May 2004 |

- The number next to the applicant name is the number of interviewers/evaluations for that person.
- The maximum total score on a single evaluation is 25.
- The total score is the sum of the applicant's interview scores.
- The average score is the sum of the applicant's interview scores divided by the number of interviewers/evaluations.

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**INTERVIEW / HIRE ANALYSIS**

September 2004 Interviews

| APPLICANT | QUALIFICATIONS | INTERVIEW SCORE | | HIRED (Y/N) | POSITION | DATE |
|---|---|---|---|---|---|---|
| | | Total | Avg | | | |
| STEFFANUCCI, Jennifer (5) | Early Childhood, Elementary Ed | 103 | 20.6 | Y | Elementary – Gr. K | Oct 2004 |

- The number next to the applicant name is the number of interviewers/evaluations for that person.
- The maximum total score on a single evaluation is 25.
- The total score is the sum of the applicant's interview scores.
- The average score is the sum of the applicant's interview scores divided by the number of interviewers/evaluations.