**CRAWFORD CENTRAL SCHOOL DISTRICT**
**11280 MERCER PIKE**
**MEADVILLE, PA 16335**

June 11, 2007

**ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND MAY 2007**

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| Mar. 2005 | None | | | | | |
| Apr. 2005 | None | | | | | |
| May, 2005 | None | | | | | |
| July, 2005 | Jennifer Christie | Math/Reading Intevention-FD/EE/WE | | Elementary K-6 | 5/1/2005 | Christie-Searles Resigned 8/05 |
| | Megan Porter | LTS-Grade 4 - CE | Don Erdley | Elementary K-6 | 2/1/2002 | |
| Aug. 2005 | Megan Porter | Grade 1-FD | | Early Childhood N-3 | 2/1/2002 | |
| | | | | Elementary K-6 | 2/1/2002 | |
| | Danielle Morris | Grade 1 - CE | | Early Childhood N-3 | 6/1/2004 | |
| | | | | Reading Specialist | 3/1/2005 | |
| Sept. 2005 | Christopher Peters | LTS-Grade 4 - CE | Don Erdley | Elementary K-6 | 5/1/2005 | 2005-2006 only |
| | Norman Carner | Kindergarten - SD | | Elementary K-6 | 1/1/2005 | |
| | Naomi Uy-Moore | Kindergarten - WE | | Elementary K-6 | 7/1/2006 | Emergency Cert 1/1/06 |
| | Melonie Courson | LTS-Grade 1 - WE | Brenda Martin | Elementary K-6 | 3/1/1996 | 2005-2006 only |
| Oct. 2005 | none | | | | | |
| Nov. 2005 | Cheryl Krachkowski | LTS-Kindergarten - FD | Amy Holt | Elementary K-6 | 11/1/2002 | 11/05 - 06/06 only |
| | Stacey Thompson | LTS-Grade 1 - SD | Brenda Kantz | Elementary K-6 | 3/1/2005 | 11/05-06/06 only |
| Dec, 2005 | none | | | | | |
| Feb, 2006 | none | | | | | |
| Mar. 2006 | none | | | | | |
| April, 2006 | none | | | | | |
| May, 2006 | none | | | | | |
| June, 2006 | none | | | | | |
| July, 2006 | Cheryl Krachkowski | Grade 1 - FD | | Elementary K-6 | 11/1/2006 | |
| | Lauren Mattocks | Grade 1 - CE | | Elementary K-6 | 1/1/2006 | |

LTS-Long Term Substitute
EE-East End Elementary
FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High
SD-Second District Elementary
NH-Neason Hill Elementary

DEFENDANT'S EXHIBIT
CA No 04-264E

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**11280 MERCER PIKE**
**MEADVILLE, PA 16335**

June 11, 2007

**ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND MAY 2007**

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| May, 2001 | None | | | | | |
| July, 2001 | None | | | | | |
| Aug, 2001 | Karen Jamieson | LTS-Kindergarten-CE | Lisa Beck | Elementary | 5/1/1998 | 01-02 only |
| Oct, 2001 | None | | | | | |
| Nov, 2001 | None | | | | | |
| Dec, 2001 | Marcie Pifer | LTS-Grade 1-SD | H. Powell | Elementary | 2/1/1998 | 1/7/02 - 6/02 |
| Jan, 2002 | Brian Mahoney | LTS-Grade 2-WE | M. Raber | Elementary | 7/1/2000 | 1/22/02-6/02 |
| Feb, 2002 | None | | | | | |
| Ma, 2002 | None | | | | | |
| April, 2002 | None | | | | | |
| May, 2002 | None | | | | | |
| Aug, 2002 | None | | | | | |
| Oct, 2002 | None | | | | | |
| Nov, 2002 | None | | | | | |
| Jan, 2003 | Amy Szalewicz | LTS-Grade 2- CE | Joy Pickens | Elementary | 8/1/2000 | 1/2/03 - 6/03(Lawrence) |
| | Ann McElwain | LTS-Kindergarten-WE | Greta English | Elementary | 5/1/2001 | 1/2/03-6/03 PM only |
| | Nikkie Shearer | LTS-Grade 3-WE | J.Samson | Elementary | 1/1/2003 | 1/17/03 - 6/03 |
| | Robert Bazylak | LTS-Grade 5-SD | Susie Roe | Elementary | 1/1/2003 | 1/17/03 - 6/03 |
| Feb, 2003 | None | | | | | |
| Mar, 2003 | None | | | | | |
| April, 2003 | None | | | | | |
| May, 2003 | None | | | | | |
| June, 2003 | None | | | | | |
| July, 2003 | None | | | | | |
| Sept, 2003 | None | | | | | |
| Oct, 2003 | None | | | | | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary(?)

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary

CRAWFORD CENTRAL SCHOOL DISTRICT
11280 MERCER PIKE
MEADVILLE, PA 16335

June 11, 2007

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND MAY 2007

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| Nov, 2003 | None | | | | | |
| Dec, 2003 | None | | | | | |
| Feb, 2004 | None | | | | | |
| Mar, 2004 | None | | | | | |
| April, 2004 | None | | | | | |
| May, 2004 | Rebecca Kelly | Elementary Gifted - FD | | Early Childhood | 7/1/1996 | |
| | Leslie Jenson | PT Elementary Gifted - FD | | Music | 10/1/2004 | |
| | Amy Szalewicz | Kindergarten - SD | | Early Childhood | 8/1/2000 | Lawrence |
| June, 2004 | Robert Bazylak | Grade 6 - SD | | Elementary K-6 | 8/1/2000 | |
| | Erin Bourquin | Grade 3 - SD | | Elementary K-6 | 1/1/2003 | |
| | Tammy Foster | Grade 2 - FD | | Elementary K-6 | 1/1/2003 | |
| | Lisa Taormina | Grade 1 - SD | | Elementary K-6 | 6/1/1994 | |
| | Mark Weathers | Grade 5 - FD | | Elementary | 11/1/2003 | |
| | Chad DuPont | Grade 5 - EE | | Elementary | 6/1/2002 | |
| | Marcie Pifer | Math/Reading Inter.-SD/NH/CE | | Elementary K-6 | 12/1/2000 | |
| | | | | Early Childhood N-3 | 2/1/1998 | |
| | | | | | 2/1/1998 | |
| July, 2004 | None | | | | | |
| Aug, 2004 | Danielle Morris | LTS-Grade 1-CE | Jennifer Thumm | Elementary K-6 | 6/1/2004 | 2004-2005 only |
| Aug, 2004 | Megan Porter | LTS-Grade 3-WE | Bonalyn Stone | Elementary K-6 | 2/1/2002 | 2004-2005 only |
| | Lori Carr | Grade 5 - CE | | Elementary K-6 | 5/1/1999 | |
| Sept. 2004 | None | | | | | |
| Oct, 2004 | Cheryl Krachkowski | LTS - Grade 4- CE | Donald Erdley | Elementary K-6 | 11/2/2002 | 2004-2005 only |
| Oct, 2004 | Jennifer Stefanucci | Kindergarten - EE | | Elementary K-6 | 6/1/2004 | |
| | | | | Early Childhood N-3 | 6/1/2004 | |
| Dec. 2004 | None | | | | | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary
FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High
SD-Second District Elementary
NH-Neason Hill Elementary

CRAWFORD CENTRAL SCHOOL DISTRICT
11280 MERCER PIKE
MEADVILLE, PA 16335

June 11, 2007

ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND MAY 2007

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| | Stacey Thompson | Grade 1 - CE | | Mid-Level Mathematics | 6/1/2006 | |
| | Tara Kelyman | LTS - Grade 6- CE | Kathy Bauer | Elementary K-6 | 3/1/2005 | |
| | Melonie Courson | Kindergarten - EE | | Elementary K-6 | 1/1/2006 | Hired 01/07 |
| Sept. 2006 | none | | | Elementary K-6 | 3/1/1996 | |
| Oct. 2006 | Rebecca Spadafore | LTS - Librarian - FD/WE | | Elementary K-6 | 2/1/2006 | Emergency 10/1/06 |
| Nov. 2006 | none | | | | | |
| Dec. 2006 | none | | | | | |
| Jan. 2007 | Tara Kelyman | Temporary - Grade 6 -CE | | Elementary K-6 | 1/1/2006 | remainder of 06-07 sy |
| | Tara Kelyman | Math/Reading Intervention-EE/WE/CE | | Elementary K-6 | 1/1/2006 | starting 2007-08 sy |
| Mar. 2007 | none | | | | | |
| Apr. 2007 | none | | | | | |
| May, 2007 | none | | | | | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary