No. 404

**Crawford Central School District**

SECTION: PROFESSIONAL EMPLOYES

TITLE: EMPLOYMENT OF PROFESSIONAL EMPLOYES

ADOPTED: August 27, 1990

REVISED: November 22, 1993

## 404. EMPLOYMENT OF PROFESSIONAL EMPLOYES

1. Purpose

   The Board places substantial responsibility for effective operation of the district with professional employes who are employed by the district.

2. Authority
   SC 1106,
   1142, 1146

   The Board shall approve the employment and fix the compensation for each professional employe employed by the district. It shall also fix the term of employment or other conditions that may reflect the difference between full-time and part-time employment.

   Such approval shall normally be given to those candidates for employment recommended by the Superintendent.

   SC 1111

   No teacher shall be employed who is related to any member of the Board, as defined in statute, unless such teacher receives the affirmative vote of a majority of all members of the Board other than the member related to the applicant, who shall not vote.

   SC 111

   No candidate shall be employed until such candidate has complied with the mandatory background check requirements for criminal history and the district has evaluated the results of that screening process.

   Any employe's misstatement of fact material to qualifications for employment or the determination of salary shall be considered by the Board to constitute grounds for dismissal.

   The utilization of professional employes prior to employment approval by the Board is authorized when necessary to maintain continuity in the educational program. Retroactive employment shall be recommended to the Board at the next regular meeting.


DEFENDANT'S EXHIBIT J
CA No 04-264E

Page 1 of 3

**404. EMPLOYMENT OF PROFESSIONAL EMPLOYES - Pg. 2**

| | |
|---|---|
| SC 1201 | No candidate for professional employment shall receive recommendation for such employment without evidence of his/her certification. |
| 3. Delegation of Responsibility | The Superintendent shall develop procedures for the recruitment, screening and recommendation of candidates for employment in accordance with the following guidelines: |
| Pol. 104<br>P.L. 88-352<br>(Title VI) | Candidates will be recruited and recommended in accordance with Board policy, and state and federal law.<br><br>Staff vacancies which represent opportunities for professional advancement or diversification shall be made known to district personnel so that they may apply for such positions.<br><br>S/He may apply such screening procedures as may be necessary to determine the candidate's ability to perform the tasks for which the candidate is being considered.<br><br>S/He shall seek such recommendations from former employers and others as may be of assistance in assessing the candidate's qualifications. Such records shall be retained confidentially and for official use only. |
| 4. Guidelines | **Nepotism**<br><br>HENCEFORTH, no blood relatives or relatives by marriage of any member of the Crawford Central School Board or of the Superintendent, or of his/her administrative staff, including principals, shall be employed by the district in any capacity, unless the applicant so related is interviewed by the Personnel Committee and receives the recommendation of the Personnel Committee to the full Board. In such circumstances, the Personnel Committee reserves the right to interview all final candidates, including the related candidate, for the open position.<br><br>Any district employe, or any current Board member, who is related by blood or marriage to any person who is the subject of any personnel action and who is responsible for employing, evaluating, promoting, disciplining, or terminating other district employes shall not participate in the interview process; nor shall s/he be permitted to make any person- |



404.  EMPLOYMENT OF PROFESSIONAL EMPLOYES - Pg. 3

nel recommendation in any personnel action involving his/her relative.

Political patronage or favoritism based on family relationship shall not, at any time, enter into the employment, assignment, or promotion of individuals.

School Code
    111, 1106,
    1111, 1142,
    1146, 1201

Federal Regulations
P.L. 88-352
(Title VI)
P.L. 92-318
(Title IX)

Board Policy
    No. 104