# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Rowena Wagner*

Position Applied for:

Areas of Certification: *Elem. Ed.*

Name of Interviewer: *Yeaney*

Date of this Interview: *3/11/04*

> **DEFENDANT'S EXHIBIT**
> ✓
> CA No 04-264E

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Mentioned 4 comp. of rdg + writing generally no specifics

Prepping? Goes in aspects of curriculum

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: tchr explain procedures posted rules/consq.

repeated twice "I am very flexible."

Teaching varies, guided rdg, tailor lesson plan

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Cooc. classes, journals, checklist, tchr made test what I am looking for

Standardized tests

Coop. learning, guided instruction

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

**COMMENTS:**

Take sp. ed. classes

Integrity - sincere, state of being honest
teamwork - working coop as one
confidentiality - okay

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed  Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

**COMMENTS:**

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

**COMMENTS:**

Previous long-term experience in the district (90 days in same position) with satisfactory performance   /1

17/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Name of Applicant: Becky Kelly

Position applied for: SP Need Childhood Autism

Areas of Certification: Early Childhood - Lockhaven

Software Tech for Sp.Ed
Software for IEP's
Sec. Gifted Coord.

Name of Interviewer: S Good

Date of this Interview: 05-03-04

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **I. PLANNING/ PREPARATION** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Standards - good opport. to differentiate instruction. Move along continuum to meet indiv. needs. Assess basis of instruction.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **II. CLASSROOM ENVIRONMENT** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Know students abilities - every childs high quality of work to different

Set expectations - very clear, very clear consequences - self-fulfilling prophecy

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **III. INSTRUCTIONAL DELIVERY** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Everyone's cooperation - acceleration, compacting needs met daily

Variety of methods of instruction - mentioned Blooms. Change process or delivery, content and product

Can't be successful in today's workplace unless capable to work with tech.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Plan to get Masters in Gifted Ed (on-line)
Integrity- to build honest and truthful relationship with p
Conf- + trusting        Team Work- build politics nee to
                                    create a strong org
Annual GIEP surveys interviews
follow assess on GIEP letter or pho
                                                        cal

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance   | /1

23/24
(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Leslie Jensen

Position Applied for: IOWA wesleeyan — Masters - Gifted - Unru. of Missouri

Areas of Certification: Music K-12

8 yrs tching in 3 states - took PRAX

Name of Interviewer: S. Good

Date of this Interview: 08-03-04

On-line

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Guide – familiar with Ohio standards - used to write curriculum
    Discussed assessment of products, lets us know where students are (weaknesses & strengths

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Expect high quality because of potential
they have the tools - tchrs job to expand their tools
subject they are interested in    (tchr/facilitator
Motivate students to meet potential
Students help create rules idea ownership

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: Critical thinking skills - menu of topics
reinforce critical, creative & leadership skills
Technology is integral

Models
Bloom's tax model - Krackel model for leadership

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 2 yrs left in Masters Program, Adjunct prof at a college
Integrity & talked around, society's responsibility,
Confiden.—
Team Work — 2 teachers            Phone calls, letters
                                  Open family night
                                  Keep Status Quo

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance          /1

18  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Amy Szalewicz

**Name of Applicant**

Elementary Ed.

**Position Applied for**

Elementary, Early Childhood

**Areas of Certification**

Team B

**Name of Interviewer**

03/01/04

**Date of this Interview**

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **I. PLANNING/ PREPARATION** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Introduced balanced literacy at Seton gr. K & 1 Awareness of Standards for math & LA mentioned others — said some not approved Gr. 2 experience focused on Writing Wkshp

| | | | | | |
|---|---|---|---|---|---|
| **II. CLASSROOM ENVIRONMENT** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: student ownership, followed school discipline at @ cranston — money system to earn & purchase at end of yr (innovative) mentioned

| | | | | | |
|---|---|---|---|---|---|
| **III. INSTRUCTIONAL DELIVERY** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: mention observation, running records, spelling assessments Writing to promote domains — teach daily in classroom oral lang & writing solve math problems Integrate into curriculum Checklist — every 2 wks to parents (example)

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| **TRAITS** | **UNSATISFACTORY** | **SOME DEFICIENCIES EVIDENT** | **SATISFACTORY** | **EXCEPTIONAL** | **RATING** |
| **IV. PROFESSIONALISM** | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| **COMMENTS:** *Working on Masters in Rdg - enjoys college classes - will continue for another certification and/or masters (Character ed.) or Doctorate Integrity? Confidentiality - no gossiping - release of info Team work - connected to opportinity at Seton* | | | | | |
| **APPEARANCE/ HABITS** | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| **COMMENTS:** | | | | | |
| **POISE/ PERSONALITY/ COMMUNITATION SKILLS** | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| **COMMENTS:** | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance     / /1

34 /24

25

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

**Name of Applicant:** Robert Barylak

**Position Applied for:**

**Areas of Certification:** Elem. Ed , Psychology Degree

**Name of Interviewer:** Team B

**Date of this Interview:** 3/11/04

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: leveled text - Four blocks - lend itself in whole students - tailor centers to meet student strengths - natural obvious extension - student ownership
Read Aloud Diary - reference

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Parents partnerships - referenced exp. at S.D.
More ways to engage students spoke of gifted & LS diverse - change of instruction act.

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Kid watching - informal formal necessity to establish level functioning
proactive & reactive
adapt constantly
indiv. — dialogue

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

**COMMENTS:**

Masters in a. Ed (2 classes away)
Admin? study skills instruction *
to keep options open

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 2 |

**COMMENTS:**

very comfortable with us

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

**COMMENTS:**

very articulate

Previous long-term experience in the district (90 days in same position) with satisfactory performance [ / /1]

[21 /24]
(25)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Erin Bourquin

Name of Applicant

Elementary

Position Applied for

Elementary

Areas of Certification

Team B

Name of Interviewer

03/04/04

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Good understanding of 8 components — mentioned need for organization to be able to implement guided rdg— discussed Think Alouds, Kid Writing | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Discussed discipline plan which incorporates modeling reteaching uses ✓ practice during recess time (APL) Consistent rules needed ✓  Recognize need to adjust instruction for L.S. Title I Stations to help learn concepts at different levels | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: Use assessment (ongoing) diagnostic to drive all instruction   format—relative to what taught (clear match) PSSA/standards go/e (Portfolio/projects) | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV.  PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

*get Rdg Specialist — has tried to dev. self through prof. Org*

*Well defined*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed.  Few poor personal habits. | Very well groomed and professionally dressed.  No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance.  Difficulty expressing ideas. | Appropriate poise and personality needed to perform job.  Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor.  Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance  | /1 |

| 24 /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Tammy Foster | |
| Name of Applicant | Position Applied for |
| Elem. Ed. | |
| Areas of Certification | |
| Team B | |
| Name of Interviewer | |
| 3/11/04 | |
| Date of this Interview | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: Boktalk manners— Read Aloud, familiar with centers, writing wkshp | | | | | |
| S.S.LA — limited knowledge | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: Arrangement of classroom — tchr demeanor. Dif learning styles — assess students | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: dif. types to make fair &meet needs peer tutoring   Portfolio written  comfortable atmosphere/change instruction | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

make a dif. in child's lives
integrity +
conf. +

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance          /1

+ 10

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Lisa Taormina.                    Elem.
**Name of Applicant**                    **Position Applied for**

Elem. Ed    Bachelors in Child Dev.
**Areas of Certification**

Team
**Name of Interviewer**

03/04/04
**Date of this Interview**

Currently tchg at North Gate

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: lesson to meet all their needs - direct instruction to all first then break into groups

Appears to have a working understanding of abilities

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

Communicate with parents

COMMENTS: Proactive, positive — tell objective
talks about motivation to practice test—
ice cream sundae relate to rubric

Concept of fairness — give students what they need

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: records observation - informal } look at to
homework as formal     } determine change
in tchg
daily - independent practice
limited homework
Inquiry based- short direct instruction

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

* Interested in becoming a Rdg Specialist to bring into classroom

Teamwork - collaborate    Integrity - being proud

Confidentiality - +

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:   enthusiastic +

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:   speaks very quietly
Very articulate

Very positive - all children can learn

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

24 /124

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Mark Weathers
Name of Applicant                    Position Applied for

Elem Ed.
Areas of Certification

Team B
Name of Interviewer

3/11/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Good layout for classroom as well as
understanding of shared rdg & guided rdg

LP m Core

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Child friendly room (involve child) positive — high exp.
active engagement, peer mediation, conflict resolution,
student involved — dis. in private, praise in public, sequent
consequences not arbitrary
→ small group delivery, adapt for LS   Title 1

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: formal — drives curriculum
obs, conf, hands-on, homework

Practice exams, eligible content

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

*start Masters this summer interested in attending wkshps life long learning ☺ Integrity + conf + team work +*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

23 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Chad Dupont*

Position Applied for:

Areas of Certification: *El Ed.*

Name of Interviewer: *Team B*

Date of this Interview: *3/19/04*

*Gr 5 in NC*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Ind. Rd Level – 4 groups – Rd with – Rd to (Gr 5) LA Circle (eliminating project) theme – Mood Connector. Elem Varied texts (Comp/Contrast proj of 2 bks) LA & Math*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Set ground rules – consistency enforce Group work Paired with compassionate bright Know students (indiv. needs)*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Good background in assessment from NC. Portfolios Formal – quiz test at end of chapter Informal – portfolio show growth over time homework class work * variety of ...*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

*Eventually principal*

*Int. – conduct, honest*

*Con – +*

*TW – working with peers /exchange ideas /communicate*

*cross grade*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

#1 /1

23 /24

24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Danielle Morris*

Areas of Certification: *Elementary*

Name of Interviewer: *Team B*

Date of this Interview: *03/19/04*

Position Applied for: *will grad. in May*

*grs W.End student*
*tchr*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *In R.U.Sh. in variety of ways - workshops, min lessons writing about - rel'd texts   How use? Intentional word walls*
*All - history science rdg. writing math*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Dev. rules with children - so children are aware Responsive classroom - reteach/modeling*
*Assess tch mini lessons - tracking progress*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *informal - checklists, r. record, observation variety important*
*Formal - PSSA, TNova - no collaboration*
*\* Integ. cur -, Student centered active participation*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:  Masters ?            Great definitions
Integrity — honesty, strong beliefs, high moral ethics
Conf. — total privacy, respect of students
T Work — collaboration

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance     /1

24 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Megan Porter                              Elementary
**Name of Applicant**                     **Position Applied for**

Elem and Early Childhood
**Areas of Certification**

Team B
**Name of Interviewer**

03/04/04                      Non public experience
**Date of this Interview**
tchg preschool at Conneaut Lake
substitute

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Experience with linguistic rdrs in K,
Reading centers - SSR, Accelerated rdr. - read
Roots (independently, Voc, Listening
More experience in K.                    Standards - M, LA, Health, Sci
read about Matha LA

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

preschool

COMMENTS: Students be visible, carpet time, bright decor
ations,   *Strong belief in multiple intelligences
Behavior management; one on one with parents to take
away privileges at home
strong parental            take away recess
involvement       stickers as rewards

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |

COMMENTS: Informal - use portfolios - shows impression
write to prompt (stretching technique
magic line)
aware of kid writing

formal - report card criteria

Repetition - abc, no.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

**COMMENTS:**

Definite about getting Masters — Special Ed.
Teamwork - other faculty, sharing ideas  good for 2
Confidentiality- complete understanding

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

**COMMENTS:**

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 2 |

**COMMENTS:**  regained composure
Some grammar errors

Previous long-term experience in the district (90 days in same position) with satisfactory performance      /1

/4  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Lori Carr
Name of Applicant

El Ed
Areas of Certification

Position Applied for
minor Spanish Ed for elem.

Team B
Name of Interviewer

03/19/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Experience with 4 blocks, Read & Prepare - Perf Task scored to rubric / rating words - Word Wall Read Aloud - Ind Rdg use for conferencing integra AR Reading Math Science S Studies PE Heal

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Stress Positive - Marbles in Jar Students part of rule design (consistent) Look at IEP's - most meet needs when included dif instruction - discussed indiv differences

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Informal - at beg of class (KWL - web) bell ringers - before & end Formal - worth more than informal after a unit of study project - test - standard to

" Facilitator of Info " - time for student engageme
Performa

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

*Want to strengthen areas to benefit tchg.*
*Twork — accomplish more quickly*
*       use each other as resource*
*C. +*
*I. worth value +*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance     /1

24/124

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Cheryl Krachkowski
Name of Applicant | Position Applied for

Elem. Ed.
Areas of Certification

Team B
Name of Interviewer

03/11/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3+ |
| COMMENTS: model SSR — mentioned 4 areas of rdg has done research about CCSD Knowledge of Standards | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: referred to portfolio about dis. plan proactive — motivation — communication - positive good analogy (highway of errors) | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: Referred to portfolio for assess in gen good answer about informal assess correlate lessons to standards | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

Con't Masters in Ed. Tech —
Strong answer - Team Work
Very wordy⃝    no answer about integrity

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Very articulate
Works with Am. Reads
Strong community ed. background

Previous long-term experience in the district (90 days in same position) with satisfactory performance    / 1

22 / 24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Name of Applicant: *Jennifer Steffanucci*

Position Applied for: *Kindergarten*

Areas of Certification: *SGood*

Name of Interviewer:

Date of this Interview: *09/24/04*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **I. PLANNING/ PREPARATION** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: *1st of 1st — James Simmeman Early Child - ElEd.   Worked with Beth Erdley* | | | | | |
| **II. CLASSROOM ENVIRONMENT** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: | | | | | |
| **III. INSTRUCTIONAL DELIVERY** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance          /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.