# *EMPLOYMENT INTERVIEW ANALYSIS*

Rowena Wagner

Name of Applicant                                           Position Applied for

El Ed. K-6

Areas of Certification

Name of Interviewer

Date of this Interview

**DEFENDANT'S EXHIBIT**
△△
CA No 04-264E

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: Reading (4 component) Writing across curriculum Reading Workshop Book-talk Read aloud In all aspects I would say - won't share | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: Establish routines early Post plan in room    modifications/adaptations Flexible teaching style to address various lessons. Small grp. cooperative learning | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 2 |
| COMMENTS: Informal - class discussion journals (might do this or that) Checklist (maybe I could have) Formal - Teacher made tests Standardized test Student learning cooperative learning | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: *Work toward Spec ed cert. Masters / Administration INTEGRITY: honest sincere Teamwork working cooperation Confidentiality: understood / explained well* | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance     /1

16/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *BECKY KELLY*

Position Applied for: *Gifted Ed.*

Areas of Certification: *EARLY CHILDHOOD / Sub Autism / software technician for speech / See Gifted Coordinator 3 yr.*

Name of Interviewer: *WALT*

Date of this Interview: *5/3/04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Standard to differentiate instruction*
*assessment should drive instruction*
*use rubric to recognize*

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Set expectations (clear) consequences (clear)*

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *✱ Chap 16 - individualized for each child*
*program based on the collaborative effort*
*variety of instruction / Bloom's taxonomy*
*delivery - content product*
*solid - technology skills*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: *Working on Master's program (Gifted)*
*Build honest truthful relationship of parents/admin*
*Confedentiality - need to know*
*Teamwork makes or breaks the program*
*ones in Gifted matters*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

| /1 |
| 24 /24 |
| (25) |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

**Name of Applicant** LESLIE JENSEN

**Position Applied for** Gifted ED.

**Areas of Certification** Music K-12    Iowa Wesleyan — *Working* Master in Gifted Ed / taken PRAXIS

**Name of Interviewer** WALT

**Date of this Interview** 5/3/04

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Standards - ans to the state - a guide
assessment - open ended - different phases
makes us aware.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: recognizing individual accomp.
expand abilities
motivate gifted students to do best.

Management system - estab. respect - student input - set up behavior rules by teacher

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: effective model - Blooms taxonomy
Critical thinking skills
leadership skills
implement technology - relative weak area

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 2 yrs to Masters - teach at college level
integrity
teamwork
confidentiality

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance   /1

20 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Amy Szalwicz*
Name of Applicant _____     Position Applied for _____

*Elem.* *Early Childhood (masters in reading)*
Areas of Certification

*Team B*
Name of Interviewer

_____
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: *Xcellent candidate* | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: *token pegs — change throughout year* | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: *Brief* | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

PHD. ?

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance        / /1

23 /24
24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

**Name of Applicant:** Robert Baylak

**Areas of Certification:** El ED / Masters (2 classes sing) / Psychology from Alleg.

**Name of Interviewer:**

**Date of this Interview:** 3/11/04

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: hit them all - El lends itself to whole currie. Standards - not sure of all | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Answered management | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: - engage all learners adapt to learning styles    informal, behavioral formal | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:

*potential administrator*
*Confidentiality - well explained  respectable*
*Teamwork - essential*
*Integrity - hit it*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance

| 1 | /1 |

| 24 | /24 |

25

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Erin Bourguion
Name of Applicant

El Ed. (K-6) (Concentration in Science)
Areas of Certification

Team B.
Name of Interviewer.

3/4/04
Date of this Interview

Position Applied for

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: 2 parts interview - elaborated on all parts. Think aloud Kid writing | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: APL traits √ mgmts - based on age Differentiated instruction/stations collaboration w/ Title I/LS. | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: she assessing one on one, DRAS running records correlate assess w/ lesson projects/portfolios | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:
*self motivated - lifelong learner*
*Masters*
*Integ - ✓*
*Confid - ✓*
*Teamwork - ✓*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance      | 0  /1 |

| 24 /24 |

(24)

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

**Name of Applicant:** *Tammy Foster*

**Position Applied for:**

**Areas of Certification:** *El. Ed.*

**Name of Interviewer:**

**Date of this Interview:**

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |

**COMMENTS:** *Reading Writing Science*
*Centers*
*Writing workshop*
*Read aloud*
*Book talk Manners*

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |

**COMMENTS:** *Room arrangements*
*positive/temeanor*
*addressed learning styles / assessments*

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *3* |

**COMMENTS:** *informal - portfolios / oral / conf*
*formal written*
*must use variety*
*peer tutoring*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV.  PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

*pursue: masters degree*
*Integrity - honesty, values, be your own person*
*confid. - respect children's privacy*
*Teamwork - good analogy*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed.  Few poor personal habits. | Very well groomed and professionally dressed.  No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance.  Difficulty expressing ideas. | Appropriate poise and personality needed to perform job.  Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor.  Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

19 /24

*a great deal of potential exhibited*

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Lisa Yaromina*
Name of Applicant                                    Position Applied for

*El. Ed K-6 / working Masters*
Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *pre assess*
*small gap instruction*
*no specific in E.L. (read aloud)*
*knew SL*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *not specific behavior plan moved into lesson*
*Concept of fairness / differentiated instruction*
*weekly newsletter to parents*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: *very knowledgeable*
*integrated instruction / direct instruction. keep short. actively engage*
*\* uses technology / AV.*
*Cooke rubric / preview*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: *grammar / hidden path* *integrated evaluated* *Reading Specialist, Certification down the road* *Cooperation / Confidentiality √ / Integrity - working hard* *to be the best you can be.*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: *Very energetic!* *excited about teaching*

Previous long-term experience in the district (90 days in same position) with satisfactory performance    $\boxed{0 \quad /1}$

$\boxed{24 \quad /24}$

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Mark Weathers*
Name of Applicant                                    Position Applied for

*El. Ed.*
Areas of Certification


Name of Interviewer


Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Shared reading / guided reading / word wall*
*Standards Read, Writing, Math, Science*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Positives         be positive         Small group*
*Have high expectation   wouldn't embarass   ability grps*
*pacing/transitioning    reduction of privileges*
*Conflict resolution*
*What is expected behavior – Clearly state*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: *Good answer on formal informal*
*methods   practice edforms*
*use Title 1.  eligible content*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | *3* |
| COMMENTS: *Start Masters* *life-long learner* *Integrity - personal belief- higher standard* *Teamwork - common planning*   *Confidentiality - correctly answered* | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | *4* |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | *4* |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | /1 |

*22* /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Chad Dupont*

Position Applied for:

Areas of Certification: *El. Ed.*

Name of Interviewer:

Date of this Interview:

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: addressed standards, Chapt. books. brush into groups
Projects - venn diagram
Standards - Lang Arts, Math.

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Be consistent          mixed grouping
set rules early
not real specific

| TRAITS | 1 | 2 | 3 | 4 | RATING |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: formal quizzes, tests          Variety of methods - visual aids, literature
informal - portfolio          genre,

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: *Wants to work toward admin cert.*

*Integrity*
*Confidentiality*
*Teamwork - working w/others - communicating across gr. levels.*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance  | 1 /1 |

22 /24

23

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Danielle Morris*

Position Applied for:

Areas of Certification: *El. Ed.*

Name of Interviewer:

Date of this Interview:

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Workshop, writing prompts*
*Standards-based*
*word walls / student input*
*Reading / Writing / Math / poetry / science utilized*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: *Student input / responsive classroom.*
*mini lesson*
*assessment*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: *informal - checklist / rubrics / obs. / variety*
*formal PSSA / Terra Nova*
*Reading / Writing workshop / Balanced Literacy*
*Tactile learning*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS:

*Well work on Mentor (Reading)*
*Integrity - honesty, strong in beliefs - moral like to*
*Confidentiality - respect of Students/HIPPA*
*Teamwork - Collaboration - flexible)*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance
| /1 |
|---|

| 21 /24 |
|---|

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Meghan Porter
Name of Applicant

Position Applied for

Early Childhood / El Ed Cert.
Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Balanced Literacy (no clue)
centers available
SSR/not sure/not current                              Know some standards (I've read about
maybe just different centers for the software
maybe even a listening center

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: Classroom management - talked about daily schedule / classroom arrangement
taking privileges away - worked w/ parents - took away recess priv / token economy
journaling w/ parents

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: portfolios
magic box                    (Report card
knew difference between formal & informal (kind of)
did not understand question

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: *Wants to go back for Masters (Spec. ed.?)*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 3 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 2 |

COMMENTS: *"a" opening*
*exceptional*
*had wrote*
*"number"*
*Longevity ✓*
*Teamwork ✓*
*Confidentiality ✓*

Previous long-term experience in the district (90 days in same position) with satisfactory performance    0   /1

14  /24
14

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Lori Carr*

Areas of Certification: *El. Ed.*

Position Applied for:

Name of Interviewer:

Date of this Interview:

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Comfortable w/ 4 Block). Read aloud*
*listed standard — webbing · prewriting · word wall*
*create performance tasks    comf. w/ students*
*used rubrics - student scored R.B.*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Stress positive    ✓ IEP of included students*
*proximity    modify / adapt assess.*
*consistent    ref. gifted kids*
*reinforce positive behavior / good support.*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *informal - web / brainstorm; KWL chart*
*formal) -*
*Bill Kinzie (APL) / facilitator of info.*
*engage learners / hands on    release them*
*practice test taking skills / performance tasks*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: *Strengthen ideas* *Will push area to specialize in* *Integrity - worth (value) best effort* *Confidentiality - good answer* *Teamwork - cross curricular teaching* *"My" class - attended PTO meetings regularly*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

23 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

Cheryl Krachkowski
Name of Applicant                                        Position Applied for

El Ed (K-6)
Areas of Certification

Name of Interviewer

3/11/04
Date of this Interview

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: Read aloud
Shared reading          Knew standards
guided reading
Independent
(no writing

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS:
brought class plan
Positive feedback

Learning styles

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |

COMMENTS: formal - authentic assessment    implement standard
                                                            in lesson plans
informal  continual assessment / familiarize children
anticipatory set

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV.  PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: *with person  Ed Tech - masters degree*<br>*Teamwork*<br>*confidentiality*<br>*Integrity - none* | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed.  Few poor personal habits. | Very well groomed and professionally dressed.  No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance.  Difficulty expressing ideas. | Appropriate poise and personality needed to perform job.  Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor.  Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance      /1

21  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

*Jennifer Stefanacci*      *Reg. ED.*
Name of Applicant      Position Applied for

*BS. EL. ED.*    *EARLY CHILDHOOD*
Areas of Certification

Name of Interviewer

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance



The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.