# EMPLOYMENT INTERVIEW ANALYSIS

| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
|---|---|
| Telephone Number | |
| Name of Interviewer | It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |

*Rowena Wagner*
Name of Applicant                                    Position

**DEFENDANT'S EXHIBIT**
**BB**
CA No. 04-264E

| Dates of any Previous Interview | Date of this Interview |
|---|---|

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 2 ✓ |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 3 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 3 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 3 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 4 ✓ |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 ✓ |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 3 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 2.8  29  45 |

Ele. Ed.    1st Grade    Grade    ST.    Mrs. Frahm 1st    — Subbing for ___
Knows children, learning styles, knows the kids.

#1    Individual learning styles, from learning styles.

#2    Parent communications vital — letters home, projects for furture —
      encourage communication. — work w/ parents to solve the probl ___

#3    Read aloud / balanced literacy — had not a clue as to the
      4 processes (read, write, speak, listen) not real strong.

#4    very structured, learning

#5    important to know where the students are in relation to teaching
      focused on written assessment. not real strong answer —

#6   — not to get mad @ parent, involve principal if she thinks the
       problem will escalate. Not strong.
     = criticism — constructive — principal to support & give suggestions
     — No — would like explanation — if reasons are valid would
       accept. — principal is boss

# EMPLOYMENT INTERVIEW ANALYSIS

*Amy Szalewicz*

Applicant's Address

Telephone Number

Name of Interviewer

Dates of any Previous Interview

Date of this Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant                    Position Applied for

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 4 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 4 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 3 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 3 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 4 |

36
45

Balanced literacy, running records

1. answers w/ current info

2.

3. uses students as your guide

4. Positive behavior encouraged - usually works, some of stick system.

5. Assess all the time, begin, & throughout the year

6. - listen to parent. hopefully document incident
   - listen & try to react
   - listen to the no, but if felt strongly.

# EMPLOYMENT INTERVIEW ANALYSIS

Ann Marie McSwain
Applicant's Address

Telephone Number

Name of Interviewer

Dates of any / Date of this
Previous / Interview
Interview

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant                    Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 3 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 4 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

4/45

1  Pointed out that she began in education. - working on spec. ed
   - passion to teach.

2.

2. Parent involvement - doors always open, weekly letters sent home

3. Reading incorporate to all subject. - Active listeners.

4.    immediate positive, fair & consistent - Monitor daily plan.
      "expect respect". enthusiasm.

5.    Running Records - periodically - CBA's

6. A.   Listen first · show that you care.
   b.   appreciate criticism that helps grow - not in favor of constant
        not picking. - used to become better.

   c.   No from principal.

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Applicant's Address | The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed. |
| Telephone Number | It will be most effective if prepared immediately after the interview.  This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant. |
| Name of Interviewer | |
| Dates of any Previous Interview     Date of this Interview | *Nikki Shearer*     *Elementary*<br>Name of Applicant          Position Applied for |

| TRAITS | 1<br>UNSATIS-FACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFAC-TORY | 4<br>EXCEP-TIONAL | 5<br>CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 1ˢᵗ R, 4,3,4,5,6,<br>5 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
| | | | | | | 45 |
| | | | | | | 45 |

# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

*S. Karos*

Name of Interviewer

Dates of any Previous Interview

Date of this Interview

---

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Phil Bazylak*

Name of Applicant                          Position Applied for

| TRAITS | 1 UNSATIS-FACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFAC-TORY | 4 EXCEP-TIONAL | 5 CLEARLY OUTSTAND-ING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB-RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our require-ments for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 5 |
| EXPERIENCE | None for this job nor any related experi-ence. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experi-ence in related areas. | Totally experienced in job. Has strong experience in related areas. | 5 |
| COMMUNICA-TION ABILITY | Could not communi-cate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely moti-vated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, main-tained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 5 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and under-lying motives. Quick grasp of ideas. | 5 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |
|  |  |  |  |  |  | 45 |
|  |  |  |  |  |  | 45 |

#.1 Student centered hands on activity, a must w/ appropriate
adaptations made for individual student.

#2. Involving students starts before you start school —
The more communication the better. Always on
going.

#3. Literacy is so prevalent on going —

.4.

#5. Don't separate from teaching a part of teaching —

#6.