# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Rowana Wagner*

Position Applied for: *Elementary*

Areas of Certification: *Elementary. K-6*

Name of Interviewer: *J. Karns.*

Date of this Interview: *3/11/04*

|  | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **TRAITS** |  |  |  |  |  |
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: *Did not answer the 1st question.*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
|---|---|---|---|---|---|

COMMENTS:

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
|---|---|---|---|---|---|

COMMENTS:


DEFENDANT'S EXHIBIT
CC
CA No 04-264E

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 2 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | /1 |

| 18 | /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Becky Kelly

Position Applied for: Tchr. of gifted

Areas of Certification: Early childhood —

Name of Interviewer: John Karns

Date of this Interview: 5/3/04

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: 1. Refine instruction based on needs.
2. Let you know where student is & where you need to go

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS:
3. Everyone's high quality work would be different.
4. Management based on expectations of students (excellent answer)

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: 5. Knows chapt. 6 - should be where we are headed. - most effective where program is based on total cooperation.
6. Variety to meet individual needs - quoted Bloom's Taxonomy as a basis for developing an I.E.P. - Same model as K-5 only have higher expecta
7. Teach - everyday you go, everything you do. "move along everything to where they are."

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 8. _work towards a master_ + _kcass hours / At 48   move toward_ g. _tted certification_
9. a - _Building honest / truthful relationships w/ all - Trust based program_
b - _adaptability - same as L.S. as well as reg. ed._
10. _Building of "positive politics" essential. - Did not mention positive PR._

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: _Experience w/ 2nd Gifted Programing (3yrs)_

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | 1 /1 |

23 /24
24/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Leslie Jensen*

Position Applied for: *Tchr. of Gifted*

Areas of Certification: *Music K-12 – Working on M.Ed. (Gifted Education) – On-line*

Name of Interviewer: *J. Karns*

Date of this Interview: *5/3/04*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| **I. PLANNING/ PREPARATION** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: 1. Use as a guide
2. weak

| | | | | | |
|---|---|---|---|---|---|
| **II. CLASSROOM ENVIRONMENT** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: 3. "High quality is expected" gifted students have the texts – their G. Tchr. job is to teach them how to expand the texts – Would continue the existing program ??
4. Student participation – in developing classroom procedures, behavioral rubrics. used quite a few words to say very little.

| | | | | | |
|---|---|---|---|---|---|
| **III. INSTRUCTIONAL DELIVERY** | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: 5. Bloom Taxonomy Model – Had many different models @ her finger tips use Bloom. stay away from how end + shoot for top end. Ideas.
6. Reinforce creativity, leadership – they are our future leaders

7. Weak answers

[illegible struck-through line]

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |

COMMENTS: 8. *Just beginning M.Ed programming — wants to be certified in gifted ed. — Adjunct teaching @ local college.*

9.

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
|---|---|---|---|---|---|

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
|---|---|---|---|---|---|

COMMENTS: *Did her h/w to totally understand the current Challenge Cntr*
10. *phone calls, letters, family night etc.*

Previous long-term experience in the district (90 days in same position) with satisfactory performance

19 /124

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: Amy Szalewicz

Position Applied for: Elementary

Areas of Certification: Elem Ed / Early Childhood

Name of Interviewer: J. Karns

Date of this Interview: 3/4/04

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Standards @ reference. Students used to guide instruction every day. | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: "meet the needs of students" - "flexible" - "inviting" - "warm & welcome" | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: "Stressed celebrate student success" "balanced literacy" confident in knowledge. | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: *positive outlook / attitudes.*
*need to model to student*
*"on display all day"*
*"model high energy"*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: *very confident —*

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | 1 /1 |

24 /24
25/25

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Robert Bazylak

**Name of Applicant**

Elementary

**Position Applied for**

Elementary

**Areas of Certification**

John Karns

**Name of Interviewer**

3/11/04

**Date of this Interview**

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: — Went into room prior to long term teaching — assessing students. | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Community space — students need extra space. Dynamic learning environment. — Space to participate rather than received. student work should be decorating the class. "Simple put on the back." | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: Talk w/ them rather than @ them. "Any subject @ any time. — "Centers'/cooperative learning. — "Needs are extremely diverse" flexibility. | | | | | |

|  | 1 | 2 | 3 | 4 |  |
|---|---|---|---|---|---|
| **TRAITS** | **UNSATISFACTORY** | **SOME DEFICIENCIES EVIDENT** | **SATISFACTORY** | **EXCEPTIONAL** | **RATING** |
| **IV. PROFESSIONALISM** | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: Stars program, Newspaper project,
"My best work is the best work of my students"

|  | 1 | 2 | 3 | 4 |  |
|---|---|---|---|---|---|
| **APPEARANCE/ HABITS** | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

|  | 1 | 2 | 3 | 4 |  |
|---|---|---|---|---|---|
| **POISE/ PERSONALITY/ COMMUNITATION SKILLS** | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: Student focused — "Pro-active" style - very organized.
Good work ethic— STET. ⟶ well defined.
"If don't feel I'm ready for the next day I don't know"
"communicate with the family prior to school starting."
— "There can never be too much communication"

Previous long-term experience in the district (90 days in same position) with satisfactory performance    [ / /I ]

[ 25/24 ]

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# *EMPLOYMENT INTERVIEW ANALYSIS*

*No Preference*
*headed toward Ele*

| | |
|---|---|
| *Erin Bourquin* | *Elem.* |
| Name of Applicant | Position Applied for |

*Elem. (concentration - Science)*
Areas of Certification

*J. Karns.*
Name of Interviewer

*3/4/04*
Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: *Standards used as a "skeleton to work from" use to compare one thing in SD to another. Not the "end all" Assessment as "diagnostic tool" almost on a daily basis.* | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: *Grade level influences. Centers w/ Bodies everywhere High quality work - identified on a personal basis - use to push forward - Not to make those not so academically fortunate feel bad.* | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: *- include writing to math often, much practice. - Modeling from teacher very important. - groups for all students based on need. - allow for movement.    utilize Title I aides to help assist.* | | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: – Had management experience
– dedication.
– constantly trying to learn new things.
– " progress as a learner
– involve parent volunteers.

– Customer service – very important

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: Very confident

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

24 /124

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: _Tammy Foster_

Position Applied for: _Elementary_

Areas of Certification: _Elementary / K-6_

Name of Interviewer: _J. Karns_

Date of this Interview: _3/11/04_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: _Portfolio_ | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: _Has adapted science texts — writing w/ symbols_ | | | | | |

_Worked as K aide - 3 yrs.   - Life Skills classroom @ SVE_
_- Extended   - STARS teacher. S. Barnes_

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 3 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance                    /1

20   /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Technology*    *A Must Hire*

# EMPLOYMENT INTERVIEW ANALYSIS

*"No preference"*

| | |
|---|---|
| *Lisa    Taormina* | *Elem.* |
| Name of Applicant | Position Applied for |
| *Elem K-6*    *working on M.Ed - Child development* | |
| Areas of Certification | |
| *J. Karns* | |
| Name of Interviewer | |
| *3/4/04* | |
| Date of this Interview | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. ✓ | *4* |
| COMMENTS: | *Very well versed in PSSA - All aspects.* *Knowledge of strategies for PSSA* *mentioned multiple intelligences.* | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | *4* |
| COMMENTS: | *- Organization very important.* *- technology -* *- much communication w/ parent.* | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | *4* |
| COMMENTS: | *Very Very strong with understanding of PSSA* *"    "    "    "    technology in the classroom* *Experience w/ "Smart Board"* | | | | |

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS:  *Extremely motivated as an educator*
*"whatever it takes"*

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS:  *Presents very confident.*

Previous long-term experience in the district (90 days in same position) with satisfactory performance ⬚ /1

⬚ 24 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Mark Weathers*

Position Applied for: *Elementary*

Areas of Certification: *Elementary*

Name of Interviewer: *J. Karns*

Date of this Interview: *3/1/04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance          /1

                                                                                                              2/  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

(4,5,6)

Name of Applicant: Chad DuPont.

Position Applied for: Elem. Ed.

Areas of Certification: Elem. Ed. (K-6)

Name of Interviewer: T. Kams

Date of this Interview: 3/19/04

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |

COMMENTS: Every lesson used in planning the lesson - more to assessment than 1 test @ end of year. - Portfolio tells more.

| | | | | | |
|---|---|---|---|---|---|
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: - Seating - group structure (2-4 groups) benefits to more children. - walks in back of classroom - tries to minimize distractions. - "look for growth" - Much individual work & encouragement.

| | | | | | |
|---|---|---|---|---|---|
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 2 |

COMMENTS: - Pretty much missed the intent of the question #5 - Pretty m " " " " " " #6 - Try to be positive -

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: - Works hard to understand his responsibilities
- Taps into experience of others.

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |

COMMENTS:

Previous long-term experience in the district (90 days in same position) with satisfactory performance _____ / /1

/9 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

*Would be my top candidate for Summer School*

# EMPLOYMENT INTERVIEW ANALYSIS

Danielle, Morris

Elem

Name of Applicant                                   Position Applied for

Elem. Ed. in May

Areas of Certification

J. Karns

Name of Interviewer

3/19/04

Date of this Interview

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |
| COMMENTS: | | | | | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: *Very professional !!* | | | | | |
| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: *Did a wonderful job of reviewing portfolios – Students as a "special American"* | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    | /1 |

| 22 /24 |

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Meghan Porter*

Position Applied for: *Elem.*

Areas of Certification: *Elem. / Early Childhood —*

Name of Interviewer: *John Karns*

Date of this Interview: *3/4/04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *only one to specifically mention Lang. Arts / Math students*
*→ assessment the basis not only for current year, but for development of future yrs.*

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: *Approached classroom space from a safety aspect.*
*— mentioned many different problem areas.*
*— promote student achievement*

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 3 |

COMMENTS: *Recognized different learning styles. Centers —*
*— Inventive spelling — use the magic line*
*— Try to find strengths then capitalize on these strengths — collaborative learning*
*— try not to single things out*

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: — Bright classroom<br>— willing to go the "extra mile"<br>— always @ student level | | | — knows she is a role model.<br>— Team work. | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNICATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 3 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance    /1

22  /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

| | |
|---|---|
| Lori Carr | Elem. Ed |
| Name of Applicant | Position Applied for |
| Elem. Ed / | |
| Areas of Certification | |
| J. Karns. | |
| Name of Interviewer | |
| 3/19/04 | |
| Date of this Interview | |

| TRAITS | 1<br>UNSATISFACTORY | 2<br>SOME DEFICIENCIES EVIDENT | 3<br>SATISFACTORY | 4<br>EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 4 |

COMMENTS: - Standards "a framework of what I am accountable for, use them as a guideline"
- See assessment as a wake-up call - use it to change, make the adjustments.
- you must change.
- Makes everyone accountable - formal & informal.

| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
|---|---|---|---|---|---|

COMMENTS: desks in groups/pairs + manipulatives all around
- interactive bulletin boards.
- Class open for students to use.
- Encourage w/ high expectations - reward system. - Student must know you appreciate what they do

| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | (Exceeds our expectations of average candidates. Exhibits a thorough understanding) | 4 |
|---|---|---|---|---|---|

COMMENTS: look @ each child's goals - maybe a different behavior plan
for each child
look @ each child differently.

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |

COMMENTS: "I don't forget everything that happens during the day" "must take work home". Did much above & beyond — "I want the best for my students" — works collaboratively —

| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |

COMMENTS:

| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |

COMMENTS: "I want a job, I want to teach, I want to make a difference"

Previous long-term experience in the district (90 days in same position) with satisfactory performance /1

23 /24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

# EMPLOYMENT INTERVIEW ANALYSIS

Name of Applicant: *Cheryl Krachkowski*

Position Applied for: *Elementary*

Areas of Certification: *Elementary Ed.*

Name of Interviewer:

Date of this Interview: *3/11/04*

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | RATING |
|---|---|---|---|---|---|
| I. PLANNING/ PREPARATION | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | *Assessment constantly going on — produce products to showing understanding — performance assessment.* | | | | |
| II. CLASSROOM ENVIRONMENT | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding. | 3 |
| COMMENTS: | *Accessible to all students.* | | | | |
| III. INSTRUCTIONAL DELIVERY | No knowledge evident. Exhibits a minimal understanding. | Less than we would prefer. Exhibits a limited understanding. | Meets our requirements for hiring. Exhibits an adequate understanding. | Exceeds our expectations of average candidates. Exhibits a thorough understanding | 4 |
| COMMENTS: | | | | | |

|  | 1 | 2 | 3 | 4 |  |
|---|---|---|---|---|---|
| TRAITS | UNSATISFACTORY | SOME DEFICIENCIES EVIDENT | SATISFACTORY | EXCEPTIONAL | RATING |
| IV. PROFESSIONALISM | No knowledge evident. | Less than we would prefer. | Meets our requirements for hiring. | Exceeds our expectations of average candidates. | 4 |
| COMMENTS: | | | | | |
| APPEARANCE/ HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well groomed and professionally dressed. No offensive habits. | 4 |
| COMMENTS: | | | | | |
| POISE/ PERSONALITY/ COMMUNITATION SKILLS | Extremely distracted or confusing with poor grammar. | Apparently confused or a loss of poise that may interfere with job performance. Difficulty expressing ideas. | Appropriate poise and personality needed to perform job. Adequate ability to communicate. | Appears confident, exhibits exceptional social skills and an appropriate sense of humor. Extremely articulate. | 4 |
| COMMENTS: | | | | | |

Previous long-term experience in the district (90 days in same position) with satisfactory performance ⬚ 1

22/24

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

MN – Had own pre-school.
– L.S. Aide @ Greenville