CRAWFORD CENTRAL SCHOOL DISTRICT
Observation Summary

REPORT OF CLASSROOM VISITATION

Teacher's Name *Mrs. Rowena Wagner* Date *11-26-02*

School *Cochranton Elem.* Grade/Subject *2nd grade Social Studies*

Length of Observation: From *1:30* To *2:05* Period ___ Visit # *1*

KEY:  S - Satisfactory    IN - Improvement Needed
      NA - Not Applicable   * - See Written Comment

Preparation - Planning
(NA) Lesson plans evident
(NA) Planning reflects lesson objectives and activities
(NA) Aim or purpose - Clear and attainable........ *Concepts of Family*
(NA) Provisions for different ability levels...... *and Ancestors*
(S) Instructional materials readily available
(NA) Materials reflect creativity and resourcefulness
(S) Teacher's knowledge of lesson content

Instructional Technique/Effectiveness
(S) Command of written and spoken English
(S) Introduction and motivation
(S) Teaching strategies appropriate to lesson/objective
(S) Provisions for: __auditory, __visual, __and tactile instruction
(S) Illustrates/models the concept or skill
(S) Vocabulary appropriate to group
(S) Questions stimulate thought
(S) Learning experience consistent with purpose/planning
(S) Students encouraged with appropriate reinforcement
(S) Teacher awareness of student understanding of lesson objectives
(S) Time on task
(S) Summary and closure
(S) Assignment/Homework - applicable and clearly stated

Teacher - Student Interaction
(S) Demonstrates courtesy and tact
(S) Maintains consistency when working with students
(S) Encourages student interaction
(S) Students' involvement - participate actively
(S) Encourages good work/study habits

Personal Characteristics
(S) Demonstrates sound instructional judgment
(S) Gives attention to personal grooming and dress
(S) Exhibits: __poise, __composure, __enthusiasm, __and sense of humor

Management and Organization
(S) Control and discipline - firm, fair, and sympathetic
(S) Establishes/follows classroom routines and procedures
(S) Attention to health and safety needs of students
(S) General order and cleanliness of room
(NA) Effectiveness of seating & furniture
(NA) Use of bulletin boards and/or displays
(NA) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS *Students took turns reading and discussing family + ancestors in Social studies chapter. Turn and talk strategy used - "What does ancestor mean?" Students were redirected after getting off the subject of the discussion. Good job sharing own cultural experiences from another country. Upcoming lessons were previewed. Suggestions: 1. Be aware of calling on the same few students (Cochin and Shawn). 2. Limit student responses to 2 or 3. 3. Use the turn and talk strategy for higher level questions such as "why" or for making predictions.*

Observer's Signature *Kurt R Meade*  Title *Principal*
                                     Conference Date *12-3-02*
*Teacher's Signature *Rowena Wagner*  Enclosure: Yes ___ No ___

1. White copy remains with teacher.      *Indicates copy has been received; not
2. Yellow copy to principal.              necessarily in agreement with observer.
3. Pink copy to personnel file.           Written response may be attached

DEFENDANT'S EXHIBIT W
CA No 04-264E