

**CRAWFORD CENTRAL SCHOOL DISTRICT**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

Michael E. Dolecki
*Acting Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Kathy K. Thomas
*Director of Curriculum & Instruction*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*

## OFFICE OF THE ACTING SUPERINTENDENT

September 26, 2001

Rowena V. Wagner
166 N. Franklin Street
Meadville, PA 16335

Dear Mrs. Wagner:

    I am pleased to inform you that your name was approved by the Crawford Central Board of School Directors, at its Regular Meeting of Monday, September 24, 2001, as a substitute teacher for the Crawford Central School District.

    The District is pleased to secure the services of a quality individual such as yourself. I welcome you to the District's educational team and look forward to a professional and positive experience. **Please contact the Payroll Department to be sure all needed forms are completed.**

    Thank you for your interest in our school system.

Sincerely,

*[signature]*

Michael E. Dolecki
Acting Superintendent of Schools

MED/cak

PC:    Payroll Department
        Substitute Personnel File

File:A-2\SubHire.wps
File:AA-2\Substitutes.wdb

**PLAINTIFF'S EXHIBIT 1**

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT