November 17, 2002

Crawford Central School District
11280 Mercer Pike
Meadville, PA 16335

To Whom It May Concern:

Twenty years ago, I had a total right hip replacement. Complications have developed in the joint and it is necessary to replace the old prostheses as soon as possible. I am requesting use of sick days until second semester and a medical leave for the remainder of this year (enclosed statement from Dr. Philip A. Frndak, D.O.). Surgery is planned for mid-December and recovery will take about six months. I will be able to resume my classroom responsibilities in the fall of 2003.

It is very difficult to leave my students, but have given considerable thought to their particular needs and have requested Rowena Wagner to be my substitute teacher. In addition to being an intelligent, enthusiastic and disciplined educator, she will be able to expose them to the Philippine language and culture. This is of particular importance this year, since I have a bilingual student with a Philippine mother. Mrs. Wagner will be extremely good influence on all my students and I hope she will be able to work with them during my absence.

Sincerely,

Joye L. Pickens

PLAINTIFF'S EXHIBIT 6
tabbies