
PLAINTIFF'S EXHIBIT 14

Friday, June 06, 2003

Dear Crawford Central School Board of Directors,

It has recently come to my attention that C.C.S.B.D. has the belief there is no problem or concern in our district concerning Minority hiring. I am writing you to say that I have a concern about the lack of Minority hiring in our district. While I was a School Board Director from Jan. 1996- Dec. 2000 I had, and continue to have a concern about the lack of Minority instructors in our schools. I have seen and knew about many teachers being hired in our district, but few if any are minorities.

Looking at the past, current, and future enrollment in our district we could benefit greatly by having a more diverse staff. Diversity promotes understanding, respect, and appreciation for other ethnic groups by having exposure to disspell myths that have been perpetrated and promote by other groups for their own personal reasons.

I firmly believe that a good staff, already in place in Crawford Central, can only be made better by adding Minority staff when a position becomes available. I know that our administration is committed to hiring the most qualified candidates when a position becomes available. I personally know that there has been many qualified minority applicants that have applied for positions in our district. I urge you to give it your utmost consideration, when position(s) become available, to hiring more qualified minorities in our district.

Sincerly,

Sam J. Byrd, Jr.