PLAINTIFF'S
EXHIBIT
17
tabbies

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT



**Crawford Central School District**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
Assistant Superintendent
Shawn G. Simpson
Business Manager/Board Secretary
Suzanne L. Cook
Director of Elementary Curricula
Jennifer A. Galioto
Director of Secondary Curricula
David M. Harvil
Acting Director of Special Services
John M. Bauer
Supervisor of Buildings & Grounds
Richard L. Fraker
Coordinator of Technology
Frank B. Burbo
Coordinator of Trans./Food Services

## OFFICE OF THE ASSISTANT SUPERINTENDENT

June 15, 2005

Mrs. Rowena V. Wagner
166 North Franklin Street
Cochranton, PA 16314

Dear Mrs. Wagner:

As we draw to the close of another year, I would like to take this opportunity to thank you for being with us throughout the last year and compliment you on the manner in which you performed your duties.

We look forward to your returning to work with us when school resumes following the summer recess and you can accept this letter as a reasonable assurance that your position will be available for you next year.

Please call me if you should have any questions.

Sincerely,

Chas E. Heller, III

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen