
PLAINTIFF'S
EXHIBIT
31

# Crawford Central School District



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harda
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barba
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

July 21, 2006

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

The Screening Committee has met and considered carefully all the applicants for the position of Elementary Education Teacher at Crawford Central School District. The Committee had to make choices between many highly qualified candidates.

Although you were not considered for an interview, I will keep your application on file to review if another position should become available.

Thank you for your interest in our School District.

Sincerely,

*Ch. E. Heller III*

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

cc: File