PLAINTIFF'S EXHIBIT 24

**2001-2002**

$32,066.00 Step 1 Salary
$12,826.40 Benefits 40% . Benefits *
$44,892.40 Total (Salary + Benefits)
$ 8,720.00 Plaintiff's wages as a substitute teacher
$36,172.40 Plaintiff's wages & benefits loss (Total Salary & Benefits - Plaintiff's wages as a Substitute Teacher)

**2002-2003**

$33,771.00
$13,508.40
$47,279.40
$ 8,450.00
$38,829.40

**2003-2004**

$35,352.00
$14,140.80
$49,492.80
$ 9,170.00
$40,322.80

**2004-2005**

$37,057.00
$14,822.80
$51,879.80
$ 7,865.00
$44,014.80

**2005-2006**

$40,352.00
$16,140.00
$56,492.80
$ 6,695.00
$49,797.80

**2006-2007**

$42,344.00 *
$16,937.60
$59,281.60
$ 6,065.00
$53,216.60