## First Set of Interrogatories

1. State the names and current addresses of all witnesses with information regarding the hiring and termination of Plaintiff as it relates to the teaching position set forth in Paragraph 3 of the First Amended Complaint.

**ANSWER:**
**OBJECTION. The Association's reference to "termination of Plaintiff' is inaccurate. Plaintiff was never terminated by the District. Without waiving Defendants' objection, the following have information regarding the decision not to staff Ms. Pickens' position on a long-term substitute basis from approximately November 2002 to June 2003:**

**James LaScola, Superintendent (retired)(then Acting Assistant to the Acting Superintendent)**
**736 Walnut Street**
**Meadville, PA 16335**

**Michael E. Dolecki, Superintendent (then Acting Superintendent)**
**Charles E. Heller, III, Assistant Superintendent**
**Suzanne Good, Director of Elementary Curriculum**
**Kurt Meader, Principal, Cochranton Elementary**
**Walter Price, Principal, First District Elementary**
**Brenda Schoonover, Principal, Second District Elementary**
**Anthony Bevacqua, Principal, East End Elementary**
**John Karns, Principal, West End Elementary**
**Doug Stanton, Principal, Neason Hill Elementary**
**c/o Crawford Central School District**
**11280 Mercer Pike**
**Meadville, PA 16335-9504**

**Brian D. McClelland, Board Member**
**11405 Hunter Ridge Blvd., Apt. 1**
**Meadville, PA 16335-6274**

**Jan R. Van Tuil, Board Member**
**1141 Lakemont Drive**
**Meadville, PA 16335-2828**

**Mary V. Vogan, Board Member**
**700 Randolph Street**
**Meadville, PA 16335-2236**

PLAINTIFF'S EXHIBIT 50

George Wright