

# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA 16444

Teacher Candidate __Rowena Wagner__ Subject/Grade __El.Ed__

Social Security Number (Teacher Candidate) __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__

School Name __Cochranton Elementary School__

School Address __225 S. Franklin Street__ Telephone #__814-425-2105__
Cochranton, PA 16314

University Supervisor __John C. Lovett__ Date __May 9, 2000__

Prepared by _____
Check one: _____ Cooperating Teacher   __X__ University Supervisor

    It has been my pleasure to work with Rowena Wagner during the 2000 spring semester. Rowena was assigned to the sixth grade during the first quarter of her student teaching and to first grade during the second quarter at Cochranton Elementary School.

    Rowena has always been very professional in her appearance and in all her classroom activities. She was an excellent role-model for her students to emulate. She set high standards for herself as well as for her students.

    Rowena planned her lessons very well and included many of her own teacher-made materials in her daily lessons. She also included different types of learning styles in her lessons. She was the type of student teacher who came early and stayed late to prepare her lessons.

    Rowena had an excellent classroom presence. She presented herself well to her students. Although she had a dialect, her speech and grammar were never a concern. She had a clear, commanding voice, and good classroom control.

    Rowena demonstrated a real love for teaching and a strong sensitivity to the needs of her students. As was mentioned, she was very professional, and she possessed a strong mature insight into the students' needs and the operation of the classroom.

    It is a real pleasure to welcome Rowena Wagner into the teaching profession. She will be a great asset to any school district.

PLAINTIFF'S EXHIBIT 2

Signature

*A member of the State System of Higher Education*



Educational Services Department
Edinboro University of PA
Edinboro, Pennsylvania 16444
Teacher Candidate
Final Evaluation Form

Teacher Candidate: Rowena Wagner            SSN: 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
Subject/Grade: Grade 6, Grade 1
School: Cochranton Elementary School
School District: Crawford Central School District
Completed by (print name): John Lovett    Signature: John Lovett
Cooperating Teacher ___  University Supervisor X   Date: 5/8/00

Directions: Indicate with a check mark in the appropriate column the competency level of the teacher candidate being described.

*Exemplary:* Consistently displayed the competency which one expects of a highly proficient or distinguished teacher
*Proficient:* Is ready to work independently as a teacher beginning a professional career (competency achieved)
*Basic:* May need modest guidance and practice as the teacher continues to grow to full professional competence
*Unsatisfactory:* Will need regular guidance and practice in order to continue to grow towards full professional competence; competence in this area is generally unsatisfactory

If a competency is not applicable to your particular situation, please write N/A in the first column.

General Competency One: Teaching Effectiveness. The teacher candidate is an effective teacher who utilized appropriate teaching techniques, ensured that students were actively involved in the lesson, developed and maintained a positive classroom climate, and ensured that the students achieved the instructional objectives thus promoting student learning.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and varied techniques | X | | | |
| Taught so that students were actively involved in lessons | X | | | |
| Created a positive and student-supportive classroom climate | X | | | |
| Taught so students consistently achieved the learning specified in the instructional objectives | X | | | |
| Student achievement and learning remained at acceptable levels | X | | | |
| Communicated assessment results to students in a consistent and timely manner | X | | | |
| Enhanced teaching performance with supplemental materials and visual aids | X | | | |

General Competency Two: Knowledge of the Learner. The teacher candidate demonstrated an understanding of the principles of growth and development and provided learning opportunities that supported the intellectual, social, and personal development of all students.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed a knowledge of and respect for individual cultural, ethnic, and gender differences | X | | | |
| Adapted instruction to accommodate individual differences, diversity, and exceptionality | X | | | |
| Served as a positive role model of tolerance and understanding for students | X | | | |

General Competency Three: Knowledge of Content and Subject Matter. The teacher candidate demonstrated an understanding of the central concepts of the subject, the tools of inquiry, the structure of the discipline(s) he or she taught and created learning experiences that made these aspects of subject matter meaningful for students.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Demonstrated mastery of academic content appropriate for grade level | X | | | |
| Demonstrated knowledge of subject and resource materials which went beyond | X | | | |

**General Competency Four: Knowledge of Curriculum, Assessment, and Teaching Models/Strategies.**
The teacher candidate demonstrated an understanding of and used a variety of instructional strategies to encourage students' development of critical thinking, problem solving, and performance skills. Planned instruction was based on knowledge of subject matter, students, the community, and curriculum goals.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Completed well-developed written long-range and/or unit plans | X | | | |
| Completed well-developed written daily lesson plans | X | | | |
| Incorporated a variety of purposeful and meaningful learning experiences | X | | | |
| Incorporated active/collaborative learning strategies where appropriate | X | | | |
| Incorporated strategies that promoted reading in the content area | X | | | |
| Incorporated formal and informal assessment strategies to ensure the continuous development of the learner | X | | | |
| Incorporated formal and informal assessment strategies to appraise the attainment of the instructional objectives | X | | | |
| Completed a self-evaluation following each lesson which included a diagnostic assessment of the lesson | X | | | |

**General Competency Five: Classroom Management and Motivation Skills.**
The teacher candidate used an understanding of individual and group motivation and behavior to create a learning environment that encouraged positive social interaction, active engagement in learning, and self-motivation.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Maintained a cooperative, non-threatening atmosphere conducive to learning | X | | | |
| Developed positive rapport with students | X | | | |
| Dealt fairly with all students | X | | | |
| Took prompt and appropriate action when class problems arose | X | | | |
| Assumed responsibility for pupils at all times | X | | | |
| Provided an attractive and well-managed learning environment | X | | | |
| Handled efficiently all routine matters of organization and record keeping in a timely manner | X | | | |
| Utilized class time efficiently and effectively | X | | | |

**General Competency Six: Communication Skills.** The teacher candidate incorporated knowledge of effective verbal, nonverbal, and media communication techniques to foster active inquiry, collaboration, and supportive interaction in the classroom.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and acceptable oral English | | X | | |
| Used appropriate and acceptable written English | X | | | |
| Possessed no speech characteristics which adversely affected communication (e.g. OK, uhm) | | X | | |
| Speech is clearly enunciated and voice is projected well | X | | | |
| Used technology (computers and/or other media resources) effectively | X | | | |
| Incorporated non-verbal communication techniques effectively | X | | | |
| Modeled respect and good listening skills | X | | | |

**General Competency Seven: Personal/Professional Teaching Qualities.**
The teacher candidate is a reflective practitioner who continually evaluated the effects of his or her choices and actions on others (students, parents, and other professionals in the learning community), and who actively sought opportunities to grow professionally.

|  | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed ethical and professional behavior at all times | X | | | |
| Collaborated effectively with cooperating teacher, supervisor, resource/inclusion teachers, and others | X | | | |
| Presented an appearance which was appropriate and professional | X | | | |
| Completed all responsibilities in a timely manner | X | | | |
| Presented an appropriate adult role model in the classroom | X | | | |
| Responded favorably to constructive criticism | X | | | |
| Modeled high standards of academic work in the student teaching situation | X | | | |
| Displayed an enthusiasm for teaching | X | | | |

(Revised 5/98)