

# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA 16444

Teacher Candidate __Rowena Wagner__    Subject/Grade __1__

Social Security Number (Teacher Candidate) __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__

School Name __Cochranton Elementary School__

School Address __225 South Franklin St.__    Telephone # __814-425-2105__
__Cochranton, PA   16314__

University Supervisor __John Lovett__    Date __5/3/2000__

Prepared by __Carole Fisher__
Check one: __X__ Cooperating Teacher    _____ University Supervisor

    Upon beginning her student teaching in first grade, Mrs. Rowena Wagner demonstrated an exceptional level of teaching. Her planning skills and presentation of content matter displayed her professional commitment to teaching. Her respect for students and consistency with discipline provided a positive rapport with her students.

    Mrs. Wagner exhibited many outstanding qualities. She always worked in a professional manner. She was thorough with her plans, always dependable and reliable. She showed an interest in striving to always do her best. She would always work beyond her requirements.

    Mrs. Wagner demonstrated an outstanding ability to organize and communicate ideas. She utilized various techniques to convey concepts taught. Students were given the opportunity to be active participants that observe, predict, analyze and formulate responses. Students were given an opportunity to show what they learned through techniques Mrs. Wagner used. These techniques were tactile, oral and written.

    I was very pleased with both the efforts and results of Mrs. Wagner's work. I feel that her competency and professionalism make her a highly qualified teacher. It has been my pleasure to serve as a cooperating teacher to such a capable teacher. I would highly recommend Mrs. Wagner for a position within the teaching profession.



PLAINTIFF'S EXHIBIT 3

_Carole Fisher_
Signature

A member of the State System of Higher Education



Educational Services Department
Edinboro University of PA
Edinboro, Pennsylvania 16444
Teacher Candidate
Final Evaluation Form

Teacher Candidate: Rowena Wagner      SSN: 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
Subject/Grade: 1
School: Cochranton Elementary School
School District: Crawford Central School District
Completed by (print name): Carole Fisher      Signature: Carole Fisher
Cooperating Teacher ✓   University Supervisor ___   Date ___

**Directions:** Indicate with a check mark in the appropriate column the competency level of the teacher candidate being described.

*Exemplary:* Consistently displayed the competency which one expects of a highly proficient or distinguished teacher
*Proficient:* Is ready to work independently as a teacher beginning a professional career (competency achieved)
*Basic:* May need modest guidance and practice as the teacher continues to grow to full professional competence
*Unsatisfactory:* Will need regular guidance and practice in order to continue to grow towards full professional competence; competence in this area is generally unsatisfactory

*If a competency is not applicable to your particular situation, please write N/A in the first column.*

**General Competency One: Teaching Effectiveness.** The teacher candidate is an effective teacher who utilized appropriate teaching techniques, ensured that students were actively involved in the lesson, developed and maintained a positive classroom climate, and ensured that the students achieved the instructional objectives thus promoting student learning.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and varied techniques | ✓ | | | |
| Taught so that students were actively involved in lessons | ✓ | | | |
| Created a positive and student-supportive classroom climate | ✓ | | | |
| Taught so students consistently achieved the learning specified in the instructional objectives | ✓ | | | |
| Student achievement and learning remained at acceptable levels | ✓ | | | |
| Communicated assessment results to students in a consistent and timely manner | ✓ | | | |
| Enhanced teaching performance with supplemental materials and visual aids | ✓ | | | |

**General Competency Two: Knowledge of the Learner.** The teacher candidate demonstrated an understanding of the principles of growth and development and provided learning opportunities that supported the intellectual, social, and personal development of all students.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed a knowledge of and respect for individual cultural, ethnic, and gender differences | ✓ | | | |
| Adapted instruction to accommodate individual differences, diversity, and exceptionality | ✓ | | | |
| Served as a positive role model of tolerance and understanding for students | ✓ | | | |

**General Competency Three: Knowledge of Content and Subject Matter.** The teacher candidate demonstrated an understanding of the central concepts of the subject, the tools of inquiry, the structure of the discipline(s) he or she taught and created learning experiences that made these aspects of subject matter meaningful for students.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Demonstrated mastery of academic content appropriate for grade level | ✓ | | | |
| Demonstrated knowledge of subject and resource materials which went beyond | ✓ | | | |

**General Competency Four: Knowledge of Curriculum, Assessment, and Teaching Models/Strategies.** The teacher candidate demonstrated an understanding of and used a variety of instructional strategies to encourage students' development of critical thinking, problem solving, and performance skills. Planned instruction was based on knowledge of subject matter, students, the community, and curriculum goals.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Completed well-developed written long-range and/or unit plans | ✓ | | | |
| Completed well-developed written daily lesson plans | ✓ | | | |
| Incorporated a variety of purposeful and meaningful learning experiences | ✓ | | | |
| Incorporated active/collaborative learning strategies where appropriate | ✓ | | | |
| Incorporated strategies that promoted reading in the content area | ✓ | | | |
| Incorporated formal and informal assessment strategies to ensure the continuous development of the learner | ✓ | | | |
| Incorporated formal and informal assessment strategies to appraise the attainment of the instructional objectives | ✓ | | | |
| Completed a self-evaluation following each lesson which included a diagnostic assessment of the lesson | ✓ | | | |

**General Competency Five: Classroom Management and Motivation Skills.** The teacher candidate used an understanding of individual and group motivation and behavior to create a learning environment that encouraged positive social interaction, active engagement in learning, and self-motivation.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Maintained a cooperative, non-threatening atmosphere conducive to learning | ✓ | | | |
| Developed positive rapport with students | ✓ | | | |
| Dealt fairly with all students | ✓ | | | |
| Took prompt and appropriate action when class problems arose | ✓ | | | |
| Assumed responsibility for pupils at all times | ✓ | | | |
| Provided an attractive and well-managed learning environment | ✓ | | | |
| Handled efficiently all routine matters of organization and record keeping in a timely manner | ✓ | | | |
| Utilized class time efficiently and effectively | ✓ | | | |

**General Competency Six: Communication Skills.** The teacher candidate incorporated knowledge of effective verbal, nonverbal, and media communication techniques to foster active inquiry, collaboration, and supportive interaction in the classroom.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and acceptable oral English | ✓ | | | |
| Used appropriate and acceptable written English | ✓ | | | |
| Possessed no speech characteristics which adversely affected communication (e.g. OK, uhm) | ✓ | | | |
| Speech is clearly enunciated and voice is projected well | ✓ | | | |
| Used technology (computers and/or other media resources) effectively | ✓ | | | |
| Incorporated non-verbal communication techniques effectively | ✓ | | | |
| Modeled respect and good listening skills | ✓ | | | |

**General Competency Seven: Personal/Professional Teaching Qualities.** The teacher candidate is a reflective practitioner who continually evaluated the effects of his or her choices and actions on others (students, parents, and other professionals in the learning community), and who actively sought opportunities to grow professionally.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed ethical and professional behavior at all times | ✓ | | | |
| Collaborated effectively with cooperating teacher, supervisor, resource/inclusion teachers, and others | ✓ | | | |
| Presented an appearance which was appropriate and professional | ✓ | | | |
| Completed all responsibilities in a timely manner | ✓ | | | |
| Presented an appropriate adult role model in the classroom | ✓ | | | |
| Responded favorably to constructive criticism | ✓ | | | |
| Modeled high standards of academic work in the student teaching situation | ✓ | | | |
| Displayed an enthusiasm for teaching | ✓ | | | |

(Revised 5/98)

July 12, 2006

Atty. Caleb Nichols
P.O. Box 1585
Erie, PA 16507

Dear Atty. Nichols:

I am writing in response to your telephone call of July 9, 2006 in reference to Mrs. Rowena Wagner's teaching ability. As the records show, I served as Mrs. Wagner's Cooperating Teacher in 2000. Mrs. Wagner taught all subject areas in my First Grade class.

Mrs. Wagner was a diligent worker and always handled herself in a professional manner. She developed a strong rapport with the students and strived to have interesting lessons for them. Mrs. Wagner would vary her lessons to achieve proficient results. She was receptive to any constructive criticism given in order to improve her lessons. All written plans were prepared by Mrs. Wagner and previewed by myself prior to her teaching the lessons.

Since Mrs. Wagner graduated and began substitute teaching, I have requested her as much as possible for my class when I would not be available. She has always been very thorough while substituting for me. She follows the lesson plans that I have written and provides me with a list of the information that she presented to my class. If I have had to be out longer than one day, Mrs. Wagner would write the lesson plans for the additional days. She has always followed the curriculum and State standards.

I have always felt very comfortable having Mrs. Wagner teach my class as she knows my classroom and I never have to worry about discipline problems or incomplete lessons. My students have always seemed to be able to understand the lessons that she has presented to them.

When Mrs. Wagner completed her student teaching, I stated that I would highly recommend her for any elementary position. After seeing how she has handled my class numerous times as a substitute, I still have these same recommendations for her.

Should you have any questions, or need any clarifications, please feel free to contact me. Thank you.

Sincerely,

*Carole J. Fisher*

Carole J. Fisher

Sworn and subscribed before me this
12th day of July 2006

*Sandra L. Jannot*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Sandra L. Jannot, Notary Public
Vernon Township, Crawford County, PA
My Commission Expires April 24, 2008