

# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA 16444

Teacher Candidate __Rowena Wagner__   Subject/Grade __6__

Social Security Number (Teacher Candidate) __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__

School Name __Cochranton Elementary__

School Address __225 S. Franklin St.__   Telephone # __(814) 425-2105__

__Cochranton, PA 16314__

University Supervisor __John Lovett__   Date __3-8-00__

Prepared by __Douglas McCullough__
Check one: __X__ Cooperating Teacher   ____ University Supervisor

    Mrs. Rowena Wagner was assigned to be my student teacher the first half of the 2000 spring semester. My sixth grade class consisted of 26 heterogeneously grouped students. Rowena was responsible for teaching disciplines of reading, spelling, math, three classes of social studies, as well as the daily routine of the classroom.

    Rowena always demonstrated an abundance of enthusiasm while teaching her lessons. She was always well prepared and in command of the necessary knowledge to present her lessons. Almost everyday, Rowena supplemented her lessons with reference materials or "teacher-made" instructional materials. On many occasions she reported to school much earlier than required and stayed past the required time at the end of the day to work on various projects. She used many different types of teaching styles in presenting her lessons. Many times she would have a different activity planned for each of the three social studies classes.

    Rowena was very cooperative and always receptive to any ideas or suggestions that I offered. Often she would seek information or suggestions from me to help in her lessons and then would incorporate those suggestions in future lessons.

    Rowena was always well groomed and presented herself as a professional. She was readily accepted by the faculty and staff at Cochranton Elementary as an equal. She was always fair, firm and consistent when dealing with students. I feel Rowena has achieved competency in her student teaching experience and will be an excellent teacher in the future.

_Douglas McCullough_
Signature

**PLAINTIFF'S EXHIBIT 4**

*A member of the State System of Higher Education*



Educational Services Department
Edinboro University of PA
Edinboro, Pennsylvania 16444
Teacher Candidate
Final Evaluation Form

Teacher Candidate **Rowena Wagner**   SSN **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**
Subject/Grade **6**
School **Cochranton Elementary**
School District **Crawford Central**
Completed by (print name) **Douglas McCullough**   Signature **Douglas McCullough**
Cooperating Teacher **X**   University Supervisor ____   Date **3-8-2000**

**Directions:** Indicate with a check mark in the appropriate column the competency level of the teacher candidate being described.

*Exemplary:* Consistently displayed the competency which one expects of a highly proficient or distinguished teacher
*Proficient:* Is ready to work independently as a teacher beginning a professional career (competency achieved)
*Basic:* May need modest guidance and practice as the teacher continues to grow to full professional competence
*Unsatisfactory:* Will need regular guidance and practice in order to continue to grow towards full professional competence; competence in this area is generally unsatisfactory

*If a competency is not applicable to your particular situation, please write N/A in the first column.*

**General Competency One: Teaching Effectiveness.** The teacher candidate is an effective teacher who utilized appropriate teaching techniques, ensured that students were actively involved in the lesson, developed and maintained a positive classroom climate, and ensured that the students achieved the instructional objectives thus promoting student learning.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and varied techniques | X | | | |
| Taught so that students were actively involved in lessons | X | | | |
| Created a positive and student-supportive classroom climate | X | | | |
| Taught so students consistently achieved the learning specified in the instructional objectives | X | | | |
| Student achievement and learning remained at acceptable levels | X | | | |
| Communicated assessment results to students in a consistent and timely manner | X | | | |
| Enhanced teaching performance with supplemental materials and visual aids | X | | | |

**General Competency Two: Knowledge of the Learner.** The teacher candidate demonstrated an understanding of the principles of growth and development and provided learning opportunities that supported the intellectual, social, and personal development of all students.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed a knowledge of and respect for individual cultural, ethnic, and gender differences | X | | | |
| Adapted instruction to accommodate individual differences, diversity, and exceptionality | | X | | |
| Served as a positive role model of tolerance and understanding for students | X | | | |

**General Competency Three: Knowledge of Content and Subject Matter.** The teacher candidate demonstrated an understanding of the central concepts of the subject, the tools of inquiry, the structure of the discipline(s) he or she taught and created learning experiences that made these aspects of subject matter meaningful for students.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Demonstrated mastery of academic content appropriate for grade level | X | | | |
| Demonstrated knowledge of subject and resource materials which went beyond | | | | |

**General Competency Four: Knowledge of Curriculum, Assessment, and Teaching Models/Strategies.**
The teacher candidate demonstrated an understanding of and used a variety of instructional strategies to encourage students' development of critical thinking, problem solving, and performance skills. Planned instruction was based on knowledge of subject matter, students, the community, and curriculum goals.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Completed well-developed written long-range and/or unit plans | X | | | |
| Completed well-developed written daily lesson plans | X | | | |
| Incorporated a variety of purposeful and meaningful learning experiences | X | | | |
| Incorporated active/collaborative learning strategies where appropriate | X | | | |
| Incorporated strategies that promoted reading in the content area | | X | | |
| Incorporated formal and informal assessment strategies to ensure the continuous development of the learner | | X | | |
| Incorporated formal and informal assessment strategies to appraise the attainment of the instructional objectives | X | | | |
| Completed a self-evaluation following each lesson which included a diagnostic assessment of the lesson | X | | | |

**General Competency Five: Classroom Management and Motivation Skills.**
The teacher candidate used an understanding of individual and group motivation and behavior to create a learning environment that encouraged positive social interaction, active engagement in learning, and self-motivation.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Maintained a cooperative, non-threatening atmosphere conducive to learning | X | | | |
| Developed positive rapport with students | X | | | |
| Dealt fairly with all students | X | | | |
| Took prompt and appropriate action when class problems arose | X | | | |
| Assumed responsibility for pupils at all times | X | | | |
| Provided an attractive and well-managed learning environment | X | | | |
| Handled efficiently all routine matters of organization and record keeping in a timely manner | X | | | |
| Utilized class time efficiently and effectively | X | | | |

**General Competency Six: Communication Skills.** The teacher candidate incorporated knowledge of effective verbal, nonverbal, and media communication techniques to foster active inquiry, collaboration, and supportive interaction in the classroom.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Used appropriate and acceptable oral English | X | | | |
| Used appropriate and acceptable written English | X | | | |
| Possessed no speech characteristics which adversely affected communication (e.g. OK, uhm) | X | | | |
| Speech is clearly enunciated and voice is projected well | X | | | |
| Used technology (computers and/or other media resources) effectively | X | | | |
| Incorporated non-verbal communication techniques effectively | X | | | |
| Modeled respect and good listening skills | X | | | |

**General Competency Seven: Personal/Professional Teaching Qualities.**
The teacher candidate is a reflective practitioner who continually evaluated the effects of his or her choices and actions on others (students, parents, and other professionals in the learning community), and who actively sought opportunities to grow professionally.

| | Exemplary | Proficient | Basic | Unsatisfactory |
|---|---|---|---|---|
| Displayed ethical and professional behavior at all times | X | | | |
| Collaborated effectively with cooperating teacher, supervisor, resource/inclusion teachers, and others | X | | | |
| Presented an appearance which was appropriate and professional | X | | | |
| Completed all responsibilities in a timely manner | X | | | |
| Presented an appropriate adult role model in the classroom | X | | | |
| Responded favorably to constructive criticism | X | | | |
| Modeled high standards of academic work in the student teaching situation | X | | | |
| Displayed an enthusiasm for teaching | X | | | |

(Revised 5/98)