# CRAWFORD CENTRAL SCHOOL DI[STRICT]
## Observation Summary
### REPORT OF CLASSROOM VISITATION

Teacher's Name _Roweena Wagner_   Date _11/22/02_
School _Cochranton Elem_   Grade/Subject _Language Arts (2nd grade)_
Length of Observation: From _9:15_ To _9:51_   Period _2_   Visit # _1_
_Substitute Mrs. Pickens_

KEY:   S — Satisfactory      IN — Improvement Needed
       NA — Not Applicable   * — See Written Comment

**Preparation - Planning**
(NA) Lesson plans evident . _Didn't see lesson plans_
(NA) Planning reflects lesson objectives and activities
(IN) Aim or purpose - Clear and attainable.
(IN) Provisions for different ability levels.
(NA) Instructional materials readily available.
(S) Materials reflect creativity and resourcefulness
(S) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**
(S) Command of written and spoken English, _diction on real into_
(*) Introduction and motivation. _No Introduction or lead into_
(?) Teaching strategies appropriate to lesson/objective.
( ) Provisions for: S auditory, * visual, * and tactile instruction *_No Provisions_
(*) Illustrates/models the concept or skill _Show the students what you want_
(S) Vocabulary appropriate to group.
(S) Questions stimulate thought.
(NA) Learning experience consistent with purpose/planning _Find opp. lesson flows_
(*) Students encouraged with appropriate reinforcement _commend for correct responses_
(*) Teacher awareness of student understanding of lesson objectives. _Didn't include many students_
(*) Time on task. _Students were very restless seated on the floor for so long._
( ) Summary and closure.
(NA) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**
(*) Demonstrates courtesy and tact ./
(S) Maintains consistency when working with students _include all students_
(*) Encourages student interaction _attempt to include all students_
(S) Students' involvement - participate actively _students read outloud_
(S) Encourages good work/study habits.

**Personal Characteristics**
(*) Demonstrates sound instructional judgment. _Suggestion #4_
(S) Gives attention to personal grooming and dress
( ) Exhibits: S poise, S composure, * enthusiasm, * and sense of humor _Appeared very nervous relax more_

**Management and Organization**
(S) Control and discipline - **firm**, fair, and sympathetic. _Instructions very clear_
(S) Establishes/follows classroom routines and procedures.
(S) Attention to health and safety needs of students
(S) General order and cleanliness of room.
(S) Effectiveness of seating & furniture
(S) Use of bulletin boards and/or displays
(NA) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS _Mrs. Wagner had the class move to the front of the room, sit on the floor and read outloud (9:15-9:50)_
Suggestions ① _Prepare a Introduction that will get students excited about Reading._
② _Involve more students in discussion - How do you assess for understanding?_
③ _Positively reinforce correct respondents and then elaborate in detail so the entire class benefits from the correct answers._
④ _Students sat in one place for a long time - They became very restless. A Activity that is structured and requires undivided attention maybe needs to be in their seats._
_Mrs. Braden (Title I) reading specialist can share some strategies that can be very helpful._

Observer's Signature _Chris Hills II_   Title _Asst. Supt._
                                        Conference Date _12-6-02_
*Teacher's Signature _Rowena V Wagner_   Enclosure:  Yes ____ No ____

1. White copy remains with teacher.      *Indicates copy has been received; not
2. Yellow copy to principal.              necessarily in agreement with observer.
3. Pink copy to personnel file.           Written response may be attached.


PLAINTIFF'S EXHIBIT 5

# CRAWFORD CENTRAL SCHOOL DISTRICT
## Observation Summary

### REPORT OF CLASSROOM VISITATION

Teacher's Name _Mrs. Rowena Wagner_ Date _11-26-02_

School _Cochranton Elem_ Grade/Subject _2nd grade Social Studies_

Length of Observation: From _1:30_ To _2:05_ Period ____ Visit # _1_

KEY:  S - Satisfactory   IN - Improvement Needed
      NA - Not Applicable   * - See Written Comment

**Preparation - Planning**
- (NA) Lesson plans evident
- (NA) Planning reflects lesson objectives and activities
- (NA) Aim or purpose - Clear and attainable. ...... _Concepts of family_
- (NA) Provisions for different ability levels. ..... _and Ancestors_
- (S) Instructional materials readily available.
- (NA) Materials reflect creativity and resourcefulness
- (S) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**
- (S) Command of written and spoken English.
- (S) Introduction and motivation.
- (S) Teaching strategies appropriate to lesson/objective.
- (S) Provisions for: __auditory, __visual, __and tactile instruction
- (S) Illustrates/models the concept or skill
- (S) Vocabulary appropriate to group.
- (S) Questions stimulate thought.
- (S) Learning experience consistent with purpose/planning
- (S) Students encouraged with appropriate reinforcement
- (S) Teacher awareness of student understanding of lesson objectives.
- (S) Time on task
- (S) Summary and closure.
- (S) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**
- (S) Demonstrates courtesy and tact
- (S) Maintains consistency when working with students
- (S) Encourages student interaction
- (S) Students' involvement - participate actively
- (S) Encourages good work/study habits.

**Personal Characteristics**
- (S) Demonstrates sound instructional judgment.
- (S) Gives attention to personal grooming and dress
- (S) Exhibits: __poise, __composure, __enthusiasm, __and sense of humor

**Management and Organization**
- (S) Control and discipline - firm, fair, and sympathetic
- (S) Establishes/follows classroom routines and procedures.
- (S) Attention to health and safety needs of students
- (S) General order and cleanliness of room.
- (NA) Effectiveness of seating & furniture
- (NA) Use of bulletin boards and/or displays
- (NA) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS: Students took turns reading and discussing family & ancestors in Social Studies chapter. Turn and talk strategy used - "What does ancestor mean?" Students were redirected after getting off the subject of the discussion. Good job sharing own cultural experiences from another country. Upcoming lessons were previewed. Suggestions: 1. Be aware of calling on the same few students (Corbin and Shawn). 2. Limit student responses to 2 or 3. 3. Use the turn and talk strategy for higher level questions such as "why" or for making predictions.

Observer's Signature _Kurt R Meade_ Title _Principal_

Conference Date _12-3-02_

*Teacher's Signature _Rowena V Wagner_ Enclosure: Yes ___ No ___

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.