# EMPLOYMENT INTERVIEW ANALYSIS

Applicant's Address

Telephone Number

Name of Interviewer: Hellen

Dates of any Previous Interview

Date of this Interview: 12-19-72

The purpose of this analysis is to organize the recording of information collected during the interview and to assist in evaluating and comparing different applicants when interviews are completed.

It will be most effective if prepared immediately after the interview. This analysis may also be referred to during the interview as a reminder of basic areas to discuss with the applicant.

Name of Applicant: Steph Hughes

Position Applied for: Elem

| TRAITS | 1 UNSATISFACTORY | 2 SOME DEFICIENCIES EVIDENT | 3 SATISFACTORY | 4 EXCEPTIONAL | 5 CLEARLY OUTSTANDING | INSERT RATING |
|---|---|---|---|---|---|---|
| KNOWLEDGE OF SPECIFIC JOB & JOB RELATED TOPICS | No knowledge evident. | Less than we would prefer. | Meets our requirements for hirings. | Exceeds our expectations of Average candidates. | Thoroughly versed in job and very strong in associated areas. | 4 |
| EXPERIENCE | None for this job nor any related experience. | Would prefer more for this job. | Adequate for job applied for. | More than adequate. Has some experience in related areas. | Totally experienced in job. Has strong experience in related areas. | 4 |
| COMMUNICATION ABILITY | Could not communicate. Will be severely impaired in most jobs. | Some difficulties will detract from job performance. | Sufficient for adequate job performance. | More than sufficient for job. | Outstanding ability to communicate. | 5 |
| INTEREST IN POSITION AND OUR ORGANIZATION | Showed no interest. | Some lack of interest. | Appeared genuinely interested. | Very interested. Seems to prefer type of work applied for. | Totally absorbed with job content. Conveys feeling only this job will do. | 5 |
| OVERALL MOTIVATION TO SUCCEED | None exhibited. No concern for personal future. | Not up to average level. Shows little desire to succeed. | Average desire to succeed. | Highly motivated. Wants to succeed and advance. | Extremely motivated. Has very strong ambition to succeed. | 5 |
| APPEARANCE AND HABITS | Very sloppy in appearance or unacceptable personal habits. | Dress or grooming less than satisfactory or some offensive personal habits. | Properly dressed and groomed. Few poor personal habits. | Very well dressed and groomed. No offensive habits. | Presented excellent appearance, maintained high level of behavior throughout interview. | 5 |
| POISE | Appeared extremely distracted and confused; or unreasonably uneven temper. | Sufficient display of confusion or loss of temper to interfere with job performance. | Sufficient poise to perform job applied for. | No loss of poise during interview. Inspires confidence in ability to handle pressure. | Displayed impressive poise under stress. Appears unusually confident and secure. | 4 |
| INSIGHT AND ALERTNESS | Did not understand many points or concepts. | Missed some concepts or ideas. | Understood most new ideas and shares in discussion points. | Grasped all new points and concepts quickly. | Extremely sharp. Understood subtle points and underlying motives. Quick grasp of ideas. | 4 |
| PERSONALITY | Not acceptable for job. | Some deficiencies. | Within satisfactory range for job. | Good personality for job. Some traits considered especially desirable. | Perfect for job. Generally outstanding personality as well. | 5 |

(41)    45



PLAINTIFF'S EXHIBIT 10

- grad. of Meadville Elem/Spec. Ed. –
- 2nd grade – Life Skills,
- 3rd grade – Autism –

- Stephanie Hughes
- Erin Bourgwin
- Amber Nolan
- Nikki Sloan
- Robert Bazlek
- Jennifer Tworek

[5]

6 Student Teachers

Carolyn Beers
David Stearns
Rowena Wagner
Mark Weathers
K. Jamison

NO WAY
CB, DS, R.W., M.W.

A. McElwain
A. Foulk
A. Szalewicz
S. Boca
B. Lawrence
C. Dupont