

# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

March 31, 2004

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

Please be advised that the vacancy for the Grade 6 teaching position at First District Elementary School (March 4, 2004, posting) and the Grade 3 teaching position at Second District Elementary School (March 18, 2004, posting) did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

Thank you for your interest in Crawford Central School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d



AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

Rowena V. Wagner
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651

March 30, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335



Dear Mr. Heller:

I am delighted to hear that you are looking for a Third Grade Teacher at Second District Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

I hope you will give me an opportunity to meet with you to interview for a third grade teaching position. Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner

**Rowena V. Wagner**
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651

March 30, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335



RECEIVED
MAR 30 2004
CRAWFORD CENTRAL SCHOOL DISTRICT
ASST. SUPERINTENDENT'S OFFICE

Dear Mr. Heller:

I am delighted to hear that you are looking for a Sixth Grade Teacher at First District Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

I hope you will give me an opportunity to meet with you to interview for a sixth grade teaching position. Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

April 19, 2004.

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

Please be advised that the vacancy for the Grade 2 teaching position for First District Elementary School as per the April 12, 2004, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

Thank you for your interest in Crawford Central School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

April 19, 2004.

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

    Please be advised that the vacancy for the Grade 2 teaching position for First District Elementary School as per the April 12, 2004, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

    Thank you for your interest in Crawford Central School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d

Rowena V. Wagner
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651



April 14, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335

Dear Mr. Heller:

I am delighted to hear that you are looking for a Second Grade Teacher at First District Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

I hope you will give me an opportunity to meet with you to interview for a second grade teaching position. Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
   *Assistant Superintendent*
Shawn G. Sampson
   *Business Manager/Board Secretary*
Suzanne L. Good
   *Director of Elementary Curriculum*
Jennifer A. Brown
   *Director of Secondary Curriculum*
Nicholas J. Cheropovich
   *Director of Special Services*
John M. Bauer
   *Supervisor of Buildings & Grounds*
Richard L. Fraker
   *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

May 10, 2004.

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

    Please be advised that the vacancy for the Grade 5 teacher position for East End Elementary School as per the May 3, 2004, posting did not receive a bid from a member of the Crawford Central Education Association.  We will keep your letter active for the remainder of the 2004-2005 school year.

    Thank you for your interest in Crawford Central School District.

                           Sincerely,

                            Charles E. Heller, III
                            Assistant Superintendent of Schools

CEH/d

**Rowena V. Wagner**
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651

May 6, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335



Dear Mr. Heller:

I am delighted to hear that you are looking for a fifth Grade Teacher at East End Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

I hope you will give me an opportunity to meet with you to interview for a fifth grade teaching position. Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner

...



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
   *Assistant Superintendent*
Shawn G. Sampson
   *Business Manager/Board Secretary*
Suzanne L. Good
   *Director of Elementary Curriculum*
Jennifer A. Brown
   *Director of Secondary Curriculum*
Nicholas J. Cheropovich
   *Director of Special Services*
John M. Bauer
   *Supervisor of Buildings & Grounds*
Richard L. Fraker
   *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

May 10, 2004.

### CORRECTION

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

    Please be advised that the vacancy for the Grade 5 teacher position for First District Elementary School as per the April 29, 2004, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

    Thank you for your interest in Crawford Central School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
   *Assistant Superintendent*
Shawn G. Sampson
   *Business Manager/Board Secretary*
Suzanne L. Good
   *Director of Elementary Curriculum*
Jennifer A. Brown
   *Director of Secondary Curriculum*
Nicholas J. Cheropovich
   *Director of Special Services*
John M. Bauer
   *Supervisor of Buildings & Grounds*
Richard L. Fraker
   *Coordinator of Technology*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

May 18, 2004

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

    The interviewing team has met and considered carefully all the applicants for elementary teaching positions for the Crawford Central School District. The team had to make a choice between many highly qualified candidates.

    Although you have not been chosen for a position at this time, I will keep your application on file to review if another position should become available.

    Thank you for your interest in our School District.

Sincerely,

*Charles E. Heller III*

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

June 3, 2004.

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

Please be advised that the vacancy for the Kindergarten teacher position for Second District Elementary School as per the May 24, 2004, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

Thank you for your interest in Crawford Central School District.

Sincerely,

*Chas E Heller, III*

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d

**Rowena V. Wagner**
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651



RECEIVED MAY 28 2004 CRAWFORD CENTRAL SCHOOL DISTRICT ASST. SUPERINTENDENT'S OFFICE

May 26, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335

Dear Mr. Heller:

I am delighted to hear that you are looking for a Kindergarten Teacher at Second District Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

June 3, 2004.

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

Please be advised that the vacancy for the Grade 1 teacher position for Second District Elementary School as per the May 24, 2004, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active for the remainder of the 2004-2005 school year.

Thank you for your interest in Crawford Central School District.

Sincerely,

*Charles E. Heller, III*
Charles E. Heller, III
Assistant Superintendent of Schools

CEH/d

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

**Rowena V. Wagner**
166 North Franklin Street
P.O. Box 781
Cochranton, PA 16314
Home Phone (814)425-7651



May 26, 2004

Mr. Charles E. Heller, III
Assistant Superintendent of Schools
Instructional Support Center
11280 Mercer Pike
Meadville, PA 16335

Dear Mr. Heller:

I am delighted to hear that you are looking for a First Grade Teacher at Second District Elementary School and I wish to apply for the job.

I graduated from Edinboro University of Pennsylvania with a Bachelor of Science degree major in Elementary Education. I am currently working exclusively for Crawford Central School District as a substitute teacher.

I have a very high regard for the teaching profession. I believe that we have the most important jobs in the world. We touch the future like no other profession does at such early stages in life. I am a great teacher! It is my passion to teach. I enjoy challenges, am easily adaptable and always eager to contribute to the learning of children. I enjoy sharing my enthusiasm for my profession with the students!

Your office has my resume and credentials on file. Please take time to look it over! Thank you for your time in considering me!

Sincerely,

*Rowena Wagner*
Rowena Wagner

# Crawford Central School District



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harida
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barba
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

August 12, 2005

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner :

    The Screening Committee has met and considered carefully all the applicants for the position of First Grade Teacher at Cochranton Elementary School. The Committee had to make choices between many highly qualified candidates.

    Ms. Danielle Morris will be recommended for the position at the August 22, 2005, Board of School Director's meeting of the Crawford Central School District.

    I will keep your application on file to review if another position should become available.

    Thank you for your interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

PC:    File

# Crawford Central School District



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harida
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barba
*Coordinator of Trans./Food Service*

## OFFICE OF THE SUPERINTENDENT

July 14, 2006

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

Please be advised that the vacancy for Grade 1 Teacher at Cochranton Elementary School as per the July 7, 2006, posting did not receive a bid from a member of the Crawford Central Education Association. We will keep your letter active as we will be interviewing for the position for the 2006-2007 school year.

Thank you for your interest in Crawford Central School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

CC:    File

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

# Crawford Central School District



Crawford Central
School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harida
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barba
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

October 11, 2005

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

Thank you for your interest in the posting for Kindergarten Teacher at Second District Elementary School. Naomi Uy-Moore was awarded the position.

Although you were not recommended for the position, your application will be kept on file should another position open up.

Please continue to review the bulletin boards of the School District for upcoming job vacancies.

Thank you for your interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

PC:   File