**ROWENA WAGNER**
166 North Franklin Street
Cochranton, PA 16314
(814) 425-7651

## OBJECTIVE
Teacher- Elementary Education K-6

## EDUCATION
Edinboro University of PA, Edinboro, Pennsylvania
Bachelor of Science Degree- May 2000
Major: Elementary Education

## STUDENT TEACHING EXPERIENCE
**Sixth Grade,** Cochranton Elementary School, Cochranton, PA 1/11/00 to 3/10/00
**First Grade,** Cochranton Elementary School, Cochranton, PA 3/15/00 to 5/5/00

Responsibilities during the above teaching position included:
- Planning and organizing materials for thematic units.
- Use of systematic planning emphasizing long and short term goals and assessment.
- Established an active learning environment through positive feedback.
- Used various teaching techniques to allow different learning styles.
- Developed and constructed bulletin boards and instructional materials.
- Extensive utilization of manipulatives in math and science.

## FIELD EXPERIENCE
**Sixth Grade Learning Support,** Second District Elementary School, Meadville, PA 09/99 to 10/99
**First Grade,** Second District Elementary School, Meadville, PA 10/99 to 12/99

## EMPLOYMENT
**Substitute Teacher,** Crawford Central School District, Meadville, PA 8/01- present

## MEMBERSHIP
PSEA/NEA Member

## CREDENTIALS
Center of Career Services, Edinboro University of Pennsylvania
106 McNerney Hall, Edinboro, PA 16444



PLAINTIFF'S EXHIBIT 26

My **philosophy of education** is that I believe that my classroom should be a place where all students have the opportunity to receive quality education that meets or exceeds academic standards. I have positive expectations toward all students. I believe in the learner and the learner can learn.

My **teaching style** varies tremendously to meet all the needs of the diverse learners in my classroom. Knowing each child's strengths and weaknesses, will help me prepare lessons that are tailored to their needs. I am a big fan of small group instruction, guided reading and cooperative learning, though there are times that a whole class instruction is appropriate.

My **classroom management** refers to all the things that I will do to organize students, seating and room arrangement, materials, time, practices, and procedures etc., to maintain a well-ordered environment so I can teach effectively and students can learn. What will you see when you enter my room? You will see students working in a structured but relaxed environment. My room is arranged for productive work. It will have a positive climate. Students' work will be displayed, procedures and rules will be posted. I would spend the first week teaching students to follow procedures. These procedures should be clearly stated and explained. I would rehearse and reinforce procedures so that it becomes class routine. I believe in creating an inviting classroom environment in which students feel secure and believe that they have ownership in their environment and their learning.

My **philosophy of discipline** is to help students develop self-control and responsibility. I want them to behave as they are expected. I believe that simple rules for appropriate behavior should be established, explained, and be taught through variety of experiences. Rules and positive and negative consequences will be written and posted in the classroom and given to students and parents on paper. I believe in using positive reinforcement techniques, in the form of tokens or reward, praise, nonverbal cues and approval will encourage the child to retain or repeat the desirable behavior. In negative consequences such as warnings, time out, taking away privileges, form of a letter to parents or office referral will help the child understand clearly the difference between acceptable and unacceptable behavior. An effective teacher should be firm, fair and consistent when dealing with the students.

# BULLETIN BOARDS



Footsteps of History

This interactive bulletin board is entitled, "Footsteps of History." The cards on the board are names of important people, places and vocabulary words from Unit 5 on Mexico. These cards are folded and stapled to form a pocket. At the bottom right of the board is an envelope containing facts about the person, places and meaning of the words. After each chapter, the students were asked to come up on the board and get a footprint to match the card. The footprint is then inserted in the appropriate pocket. This was a great tool to assess what the students learned from the chapter.



"A Blizzard of Great Work!"

This bulletin board's purpose is to showcase students' outstanding homework on the great empires of Mayas, Incas and Aztecs.

# ACTIVITIES

 

### THE BREAKING OF PINATAS

These pictures were taken during my last day of student teaching. We had Fiesta as my reward to the students who successfully completed all the required homework and projects. With the help of the three home room teachers, we gathered all three 6th grade classes and celebrated Fiesta by breaking pinatas. Pinata plays an important role in Mexico's festivities.

 

### FIESTA

After breaking the pinata, each class presented a Mexican program. We sang Spanish songs, danced the Macarena and conversed in Spanish language. The highlight of the program was when a student played the national anthem of Mexico with her trumpet.

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name: Mrs. Fisher    Date (Full or ½ day): 10-8-02    Subject/Grade: 1

Substitute's Name: Rowena Wagner    Phone No. 625-7651

School: CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area:** Opening Exercises - Student Teacher, Math Problem of the Day - Student Teacher

**Period 2/Content Area:** Read Aloud (Student Teacher) - Pooh. Open Court - Getting Started

**Period 3/Content Area:** Ou 422 Phonemic Awareness, Phonics Intro /o/ sound /o/ used tape to hear /o/ story - Thumbs up

**Period 4/Content Area:** Hands down activity. Reading on the board #'s 1-4. Didn't finish. (Spelling)

**Period 5/Content Area:** Health Screening. Fire party - talk w/children ...

**Period 6/Content Area:** Fire trucks & ambulance. Get ready for lunch, RR, Lunch, Recess, R

**Period 7/Content Area:** Read Aloud (Student Teacher) Stop, Drop & ... S.T. Math - Chapter Test p 71 (Chapter Test) (not finish

**Period 8/Content Area:** Gym. Fire Drill @ :10

General comments, observations and suggestions to increase your effectiveness as a substitute in the future: Fire Safety (Student teach) Thanks! Student teacher did an excellent job. She is very patient & has good sense of humor.

Please sign this and give it to the secretary in the Office before you leave for the day.

Rowena Wagner
Substitute's Signature

---

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal: Thanks Rowena! I know your patience & ability worked very well on such a hectic day.

Mrs C Fisher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name: Mrs. Maruska   Date (Full or ½ day): 11/14/03   Subject/Grade: Kdg
Substitute's Name: Rowena Wagner   Phone No.: 425-7654
School: CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Free Play, attendance, assigned helpers, lunch count, fluoride, calendar, 100 chart, Flag Salute.

**Period 2/Content Area** On the carpet - flash cards, read aloud Click, Clack, Moo Cows that Type goals

**Period 3/Content Area** Cut/Glue/Color Lamp Shades Writing Workshop - 3 grps. favorite part of the story, tracing & hidden pictures w/ Grandad Pat.

**Period 4/Content Area** Workshop Bus dot to dot Squirrel p 34 # 7, 8, 9 together.

**Period 5/Content Area** Lunch/SSR w/ classical music/Inside recess/Heads down, calm down / Show & Tell

**Period 6/Content Area** GYM Math - Geo Boards

**Period 7/Content Area** Science - Cards # 7 & 8 discussed Wrap up, clean up, dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Thanks for being so organized, it really helps a lot! We had a great day.

Please sign this and give it to the secretary in the Office before you leave for the day.

Substitute's Signature: Rowena Wagner

---

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.
Rowena does a fantastic job! All plans taught, and she ___
Kathleen Maruska

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name: Mrs. Everitt     Date (Full or ½ day): 10/13/03     Subject/Grade: 4th
Substitute's Name: Rowena Wagner     Phone No.: 425-7654
School: CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area:** Opening Exercises, Attendance, Fluoride, Lunch Count, Change jobs, Flag Salute

**Period 2/Content Area:** Math - Reviewed 20 Polygon, Checked Homework, Did p. 326 together. Flash Cards (+-) Dance

**Period 3/Content Area:** RR, Snack, Read jokes. Reading - Preview, Evaluate prior knowledge p 120E

**Period 4/Content Area:** HEALTH. Cont. Rdg. - Passed out new voc. words discussed

**Period 5/Content Area:** meanings. P 34 & PB independently. Chec Sustained Silent Rdg.

**Period 6/Content Area:** RR, Lunch, Recess, RR

**Period 7/Content Area:** Lang. Arts - Unit check up p 24. Spelling - wrote out new list words. Looked for patterns

**Period 8/Content Area:** wrote words in cursive. Studies - p. 23. Reviewed & discussed. Shared printed relatives jobs I told of its family members

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. or own
Science - Test.

Please sign this and give it to the secretary in the Office before you leave for the day.

Substitute's Signature: _Rowena Wagner_

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Excellent job, as usual!

Signature of Regular Classroom Teacher: _Shirley Everitt_



# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA 16444

Teacher Candidate __Rowena Wagner__ Subject/Grade __El.Ed__

Social Security Number (Teacher Candidate) __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__

School Name __Cochranton Elementary School__

School Address __225 S. Franklin Street__ Telephone # __814-425-2105__
__Cochranton, PA 16314__

University Supervisor __John C. Lovett__ Date __May 9, 2000__

Prepared by _____
Check one: _____ Cooperating Teacher   __X__ University Supervisor

    It has been my pleasure to work with Rowena Wagner during the 2000 spring semester. Rowena was assigned to the sixth grade during the first quarter of her student teaching and to first grade during the second quarter at Cochranton Elementary School.

    Rowena has always been very professional in her appearance and in all her classroom activities. She was an excellent role-model for her students to emulate. She set high standards for herself as well as for her students.

    Rowena planned her lessons very well and included many of her own teacher-made materials in her daily lessons. She also included different types of learning styles in her lessons. She was the type of student teacher who came early and stayed late to prepare her lessons.

    Rowena had an excellent classroom presence. She presented herself well to her students. Although she had a dialect, her speech and grammar were never a concern. She had a clear, commanding voice, and good classroom control.

    Rowena demonstrated a real love for teaching and a strong sensitivity to the needs of her students. As was mentioned, she was very professional, and she possessed a strong mature insight into the students' needs and the operation of the classroom.

    It is a real pleasure to welcome Rowena Wagner into the teaching profession. She will be a great asset to any school district.

*John C. Lovett*
Signature



# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA 16444

Teacher Candidate __Rowena Wagner__   Subject/Grade __6__

Social Security Number (Teacher Candidate) __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__

School Name __Cochranton Elementary__

School Address __225 S. Franklin St.__   Telephone # __(814) 425-2105__

__Cochranton, PA 16314__

University Supervisor __John Lovett__   Date __3-8-00__

Prepared by __Douglas McCullough__

Check one: __X__ Cooperating Teacher   ____ University Supervisor

    Mrs. Rowena Wagner was assigned to be my student teacher the first half of the 2000 spring semester. My sixth grade class consisted of 26 heterogeneously grouped students. Rowena was responsible for teaching disciplines of reading, spelling, math, three classes of social studies, as well as the daily routine of the classroom.

    Rowena always demonstrated an abundance of enthusiasm while teaching her lessons. She was always well prepared and in command of the necessary knowledge to present her lessons. Almost everyday, Rowena supplemented her lessons with reference materials or "teacher-made" instructional materials. On many occasions she reported to school much earlier than required and stayed past the required time at the end of the day to work on various projects. She used many different types of teaching styles in presenting her lessons. Many times she would have a different activity planned for each of the three social studies classes.

    Rowena was very cooperative and always receptive to any ideas or suggestions that I offered. Often she would seek information or suggestions from me to help in her lessons and then would incorporate those suggestions in future lessons.

    Rowena was always well groomed and presented herself as a professional. She was readily accepted by the faculty and staff at Cochranton Elementary as an equal. She was always fair, firm and consistent when dealing with students. I feel Rowena has achieved competency in her student teaching experience and will be an excellent teacher in the future.

*Douglas McCullough*
Signature



# EDINBORO UNIVERSITY
## OF PENNSYLVANIA

Department of Educational Services
Edinboro, PA  16444

Teacher Candidate  Rowena Wagner                                                  Subject/Grade  1

Social Security Number (Teacher Candidate)  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

School Name  Cochranton Elementary School

School Address  225 South Franklin St.                          Telephone #  814-425-2105
                Cochranton, PA  16314

University Supervisor  John Lovett                              Date  5/3/2000

Prepared by  Carole Fisher

Check one:  __X__  Cooperating Teacher         _____ University Supervisor


   Upon beginning her student teaching in first grade, Mrs. Rowena Wagner demonstrated an exceptional level of teaching. Her planning skills and presentation of content matter displayed her professional commitment to teaching. Her respect for students and consistency with discipline provided a positive rapport with her students.
   Mrs. Wagner exhibited many outstanding qualities. She always worked in a professional manner. She was thorough with her plans, always dependable and reliable. She showed an interest in striving to always do her best. She would always work beyond her requirements.
   Mrs. Wagner demonstrated an outstanding ability to organize and communicate ideas. She utilized various techniques to convey concepts taught. Students were given the opportunity to be active participants that observe, predict, analyze and formulate responses. Students were given an opportunity to show what they learned through techniques Mrs. Wagner used. These techniques were tactile, oral and written.
   I was very pleased with both the efforts and results of Mrs. Wagner's work. I feel that her competency and professionalism make her a highly qualified teacher. It has been my pleasure to serve as a cooperating teacher to such a capable teacher. I would highly recommend Mrs. Wagner for a position within the teaching profession.


                                                          _Carole Fisher_
                                                              Signature

EDINBORO UNIVERSITY OF PENNSYLVANIA
CENTER FOR CAREER SERVICES
106 McNerney Hall
Edinboro, PA 16444
Telephone: 814/732-2781

## NARRATIVE RECOMMENDATION

Please evaluate the individual named below. This statement will be copied and sent to prospective employers and/or graduate schools; it is available for inspection by the student.

**THIS SECTION MUST BE COMPLETED BY STUDENT**

SOCIAL SECURITY # 211 - 74 -8661

Candidate's Name  Rowena V. Wagner    Date of Reference 6/00

Person Providing Reference Mrs. Harriet Powell

Position or Title  1st. Grade Teacher

Office Address  Second District Elem. School, Mdvl., PA   Office Phone 724-7073

   Rowena Wagner was my field experience student for five weeks, in the Fall 99. Mrs. Wagner acted as a professional at all times, and she had good rapport with the students and staff.

   Mrs. Wagner is a very caring young woman who has a family of her own, so has experience dealing with children.

   While in my classroom, Mrs. Wagner taught all areas of the curriculum with complete confidence. Her discipline was firm but supportive to the needs of each student.

   Each lesson she was to teach was given a lot of thought, to make sure the students understood the concept to be taught. She was very innovative with her lessons and the students stayed on task.

   I hope to see Mrs. Wagner in a classroom of her own, in the Crawford Central School system. Mrs. Wagner would certainly be an asset to our system that we can't afford to lose.

*Mrs. Harriet Powell*
Signature