<u>ROWENA WAGNER'S WAGES FROM 2001-2007</u>

Crawford Central School District's Substitute Teachers' Wage Scale:
  Day 1 to Day 40        $70 per day
  Day 41 to Day 70       $80 per day
  Day 71 to thereafter   $90 per day


<u>2001-2002</u>

109 days

  40 days x $70 =   $2,800
  29 days x $80 =   $2,320
  40 days x $90 =   $3,600
                    $8,720

<u>2002-2003</u>

106 days

  40 days x $70 =   $2,800
  29 days x $80 =   $2,320
  37 days x $90 =   $3,300
                    $8,450

<u>2003-2004</u>

114 days

  40 days x $70 =   $2,800
  29 days x $80 =   $2,320
  45 days x $90 =   $4,050
                    $9,170

<u>2004-2005</u>

99.5 days

  40 days x $70 =   $2,800
  29 days x $80 =   $2,320
  30.5 days x $90 = $2,745
                    $7,865

-1-


PLAINTIFF'S EXHIBIT 28

2005-2006

86.5 days

```
40 days   x $70 =   $2,800
29 days   x $80 =   $2,320
17.5 days x $90 =   $1,575
                    $6,695
```

2006-2007

79.5 days

```
40 days   x $70 =   $2,800
29 days   x $80 =   $2,320
10.5 days x $90 =   $  945
                    $6,065
```

ROWENA WAGNER'S WAGES FROM 2001-2007

Crawford Central School District's Substitute Teachers' Wage Scale:
    Day 1 to Day 40          $70 per day
    Day 41 to Day 70         $80 per day
    Day 71 to thereafter     $90 per day


2001-2002

109 days

    40 days x $70 =   $2,800
    29 days x $80 =   $2,320
    40 days x $90 =   $3,600
                      $8,720

2002-2003

106 days

    40 days x $70 =   $2,800
    29 days x $80 =   $2,320
    37 days x $90 =   $3,300
                      $8,450

2003-2004

114 days

    40 days x $70 =   $2,800
    29 days x $80 =   $2,320
    45 days x $90 =   $4,050
                      $9,170

2004-2005

99.5 days

    40 days x $70 =     $2,800
    29 days x $80 =     $2,320
    30.5 days x $90 =   $2,745
                        $7,865

— Contrary to Dolecki's Comments re Slotys

-1-

Exhibit H 28

2005-2006

86.5 days

    40 days x $70 =   $2,800
    29 days x $80 =   $2,320
    17.5 days x $90 = $1,575
                         $6,695

*(Isnt there a shortage of sub teachers?)*

2006-2007

79.5 days

    40 days x $70 =   $2,800
    29 days x $80 =   $2,320
    10.5 days x $90 = $   945
                         $6,065

*(shortage of sub teachers)*