## *<u>Elementary Teaching Positions</u>

### <u>School year: 2001-2002</u>

Long-Term positions: 3
Permanent Positions: 0

### <u>School year 2002-2003</u>

Long-Term positions: 5
Permanent positions: 0

### <u>School year 2003-2004</u>

Long-Term positions: 0
Permanent positions: 0

### <u>School year 2004-2005</u>

Long-Term positions: 3
Permanent positions: 9

### <u>School year 2005-2006</u>

Long-Term positions: 4
Permanent positions: 4
Part-Time positions: 1

### <u>School year 2006-2007</u>

Long-Term positions: 2
Permanent positions: 4


**Long-Term positions total: 17**
**Permanent positions total: 17**
**Part-time positions total: 1**
**Total positions: 35**


* NO MEMBER! OF THE UNION BID ON THESE POSITIONS
* LIST NOT INCLUDING SHORT-TERM POSITIONS



PLAINTIFF'S
EXHIBIT
29



**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Mark J. Kuhar
Direct Dial Number
814-459-9886  Ext. 250
mkuhar@kmgslaw.com

June 3, 2005

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUGH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
TRACY L. HARRIS
NEAL R. DEVLIN
ANDREW F. GORNALL
NADIA A. HAVARD

OF COUNSEL:
WILLIAM C. SENNETT
EDWIN L.R. McKEAN

Caleb L. Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE:    **Wagner v. Crawford Central School District, et al.**
       **No. 04-264**

Dear Mr. Nichols:

Enclosed is a list of elementary education teachers hired by the District.

Very truly yours,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

*Mark Kuhar*

Mark J. Kuhar

MJK/hm
Enclosure
# 616379

c:    Owen R. Kenney, Esq.



# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.ccrw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Galdon
  *Director of Secondary Curriculum*
David M. Harida
  *Acting Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*
Frank B. Burba
  *Coordinator of Trans./Fand Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

**MEMO TO:**     Mark Kuhar

**FROM:**       Charles E. Heller, III

**DATE:**       May 31, 2005

**RE:**         Elementary Teaching Positions

The following people are the only Elementary Education Teachers hired:

| Name | Date of Hire |
|------|--------------|
| Aimee L. Shorts | 9/25/2000 |
| Amy R. Lawrence | 5/24/2004 |
| Erin Bourquin | 5/24/2004 |
| Lisa Taormina | 5/24/2004 |
| Robert Bazylak | 5/24/2004 |
| Tammy Foster | 5/24/2004 |
| Chad DuPont | 6/28/2004 |
| Marcie A. Pifer | 6/28/2004 |
| Mark Weathers | 6/28/2004 |
| Lori T. Carr | 8/23/2004 |
| Jennifer Stefanucci | 10/25/2004 |



EXHIBIT
33
10-20-05

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

## SCHOOL YEAR 2001-2002

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School |
|------|--------|------|-----------------|-----------------------|--------------|------------|-----------------|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | Substitute Teacher |
| Karen Jamieson | Female | White | 1997 | Elem. Ed. K-6 | May 1998 | Aug 2001 | LTS- Kdg. Cochranton |
| Marci Pifer | Female | White | Aug 1997 | Elem. Ed. K-6/EC | Feb 1998 | Dec 2001 | LTS Grade 1 Second Dist. |
| Brian Mahoney | Male | White | May 2000 | Elem. Ed. K-6 | July 2000 | Jan 2002 | LTS Grade 2 West End |

5

CRAWFORD CENTRAL SCHOOL DISTRICT
11280 MERCER PIKE
MEADVILLE, PA 16335

July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| May, 2001 | None | | | | | |
| June, 2001 | None | | | | | |
| July, 2001 | Michele Freymuth | LTS-Learning Support-CE | Greta English | Special Education | 12/1/1997 | 01-02 only |
| Aug, 2001 | Karen Jamieson | PT to FT - EE | | | | |
| Sept, 2001 | Susan Baker | LTS-Kindergarten-CE | Lisa Beck | Elementary | 5/1/1998 | 01-02 only |
| Oct, 2001 | None | | | Special Education | 6/1/2002 | |
| Nov, 2001 | None | | | | | |
| Dec, 2001 | Marcie Pfier | | | | | |
| Jan, 2002 | Brian Mahoney | LTS-Grade 1-SD | H. Powell | Elementary | 2/1/1998 | 1/7/02 - 6/02 |
| Feb, 2002 | None | LTS-Grade 2-WE | M. Raber | Elementary | 7/1/2000 | 1/22/02-6/02 |
| Ma, 2002 | None | | | | | |
| April, 2002 | None | | | | | |
| May, 2002 | None | | | | | |
| June, 2002 | Michele Freymuth | Special Education-SD | | Special Education | 12/1/1997 | Awarded position thru bidding process by collective bargaining agreement |
| July, 2002 | M.Colleen Blackmore | Hearing Impaired - FD | | Hearing Impaired | 8/1/1979 | |
| | Michele Shimek | Learning Support-FD/SD | | Special Education | 1/1/1999 | |
| Aug, 2002 | Brian Mahoney | Learning Support - SD | | Elementary Education | 1/1/1999 | |
| | Bradley Johnston | LTS-Learning Support -CE | Greta English | Special Education | 12/1/2000 | |
| Sept, 2002 | Donna Jo Triggiani | Elem. Guid. Counselor-SD | | Special Education | 5/1/2000 | |
| Oct, 2002 | None | | | Elementary Education | | |
| Nov, 2002 | None | | | Elementary Guidance | 5/1/2001 | 02-03 only |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary
FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High
SD-Second District Elementary
NH-Neason Hill El...
PT-Part-time - FT...

SCHOOL YEAR 2002-2003

INTERVIEW DATE: 12/2002

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|---|---|---|---|---|---|---|---|---|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | |
| Chad Dupont | Male | White | Dec 2000 | Elem. Ed. K-6 | Dec 2000 | 01/02/03 | LTS- Grade 4- Neason Hill 6 mos.(Pitts., PA) | 1,3 |
| Anna McElvain | Female | White | May 2001 | Elem. Ed. K-6 | May 2001 | 01/02/03 | LTS-Kdg.-West End | 1,3 |
| Amy Szalewicz | Female | White | 2000 | Elem. Ed. K-6/EC | Aug 2000 | 01/02/03 | LTS-Grade 2-Cochranton | *2,4 |
| *Robert Bazylak | Male | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | 01/02/03 | LTS-Grade 5-Second Dist. | 0 |
| *Nikki Shearer | Female | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | 01/02/03 | LTS-Grade 3- West End | 0 |

* Amy Szalewicz was employed by Seton Catholic School from 08/00 to 12/02 - see Szalewicz's file

No formal obervation - Suzanne Good's deposition

Ms. Joye Pickens's position

* Robert Bazylak, a student teacher was interviewed before graduation date.

* Nikki Shearer, a student teacher was interviewed before graduation date.

## SCHEDULE B #153
## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 2 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT / PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|
| zalutezos | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at Coch. Elem. Grad 2 for the remainder of the 2002-2003 school yr. (J.Pickens) | 01/06/03 |
| cElwain | Elementary | Bachelor's +15 Step 1 | (pro-rated) $33,771 | Long-Term Substitute at West End Elem. Kindergarten PM only for the remainder of the 2002-2003 school year (G.English/shared Kindergarten) | 01/02/03 |
| Muldin | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at West End Elem. Grade 3 for the remainder of the 2002-2003 school year (J.Samson) | 01/17/03 |
| Savino | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at Second Dist. Elem. Grade 5 for the remainder of the 2002-2003 school year (S.Roe) | 01/15/03 |

DATE APPROVED: JANUARY 27, 2003



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Brown
*Director of Secondary Curriculum*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

December 20, 2002

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner :

The interviewing team has met and considered carefully all the applicants for the positions listed.   The team had to make a choice between several highly qualified candidates.

| | | |
|---|---|---|
| Chad DuPont | Grade 4 | Neason Hill Elementary School |
| Anna McElwain | Kindergarten | West End Elementary School |
| Amy Szalewicz | Grade 2 | Cochranton Elementary School |
| Robert Bazylak | Grade 5 | Second District Elementary School |
| Nikki Shearer | Grade 3 | West End Elementary School |

I will keep your application on file to review if another position should become available.

Thank you for your continued interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH's

**SCHOOL YEAR 2004-2005**

**INTERVIEW DATE: MARCH 2004**

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|---|---|---|---|---|---|---|---|---|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | 3 |
| Robert Bazylak | Male | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | May 2004 | Grade 6 – Second District | 1.2 |
| Amy Szalewicz | Female | White | 2002 | El. Ed K-6/EC | Aug 2000 | May 2004 | Kindergarten - Second Dist. | 1.2 |
| Erin Bourquin | Female | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | May 2004 | Grade 3 – Second District | 4 |
| *Tammy Foster | Female | Black | May 1994 | Elementary | June 1994 | May 2004 | Grade 2- First District | 1.2 |
| *Lisa Taormina | Female | White | Nov 2003 | Elem. Ed. K-6 | Nov 2003 | May 2004 | Grade 1- Second District | 1.8 |
| Mark Weathers | Male | White | May 2002 | Elem. Ed. K-6 | May 2004 | May 2004 | Grade - First District | 0 |
| Chad Dupont | Male | White | Dec 2002 | Elem. Ed. K-6 | June 2002 | May 2004 | Grade 5 - First District | 1.7 |
| Danielle Morris | Female | White | May 2004 | Elem. Ed. K-6 | Dec 2000 | May 2004 | Grade 5 – First District | 1.8 |
| Meghan Porter | Female | White | May 2001 | El. Ed K-6/EC | Feb 2002 | Aug 2004 | LTS- Grade 3- West End | 0 |
| *Lori Carr | Female | White | May 1999 | Elementary | May 1999 | Aug 2004 | LTS- Grade 3- Cochranton | 2 (Erie School) |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | Aug 2004 | | Grade 5- Cochranton | 5 years sub |
| Jennifer Steffanucci | Female | White | May 2004 | El. Ed K-6/EC | June 2004 | Sept 2004 | LTS- Grade 4- Cochranton | 6 mos. (Greenville) |
| | | | | | | Sept 2004 | Kindergarten - East End | 0 |

*Tammy Foster subbed for CCSD from November 1994-June 1996

* Lisa Taormina graduated April 2003 major: Applied Developmental Psychology, Univ. of Pittsburgh, PA graduated June 2004 Master of Arts in Teaching: Elementary Education, Univ. of Pittsburgh, PA

* Lori Carr subbed for CCSD, Conneaut and Penncrest School District

3. LTS
8 new

CRAWFORD CENTRAL SCHOOL DISTRICT
11280 MERCER PIKE
MEADVILLE, PA 16335

July 13, 2005

# ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| May, 2004 | Rebecca Kelly | Elementary Gifted - FD | | Early Childhood | 7/1/1996 | |
| | Leslie Jenson | PT Elementary Gifted - FD | | Music | 10/1/2004 | |
| | Lisa Shuffstall | Learning Support - FD | | Special Education N-12 | 8/1/2004 | |
| | Christa Sherred | Learning Support - CE | | Elementary K-6 | 11/1/2002 | |
| (24) Amy Szalewicz | | Kindergarten - SD | | Special Education N-12 | 11/1/2002 | |
| | | | | Early Childhood | 8/1/2000 | |
| (25) Robert Bazylak | | Grade 6 - SD | | Elementary K-6 | 8/1/2000 | |
| (26) Erin Bourquin | | Grade 3 - SD | | Elementary K-6 | 1/1/2003 | |
| (27) Tammy Foster | | Grade 2 - FD | | Elementary K-6 | 1/1/2003 | |
| (28) Jeffrey Miller | | Emotional Support - NH | | Elementary K-6 | 6/1/1994 | |
| | Rachelle Stein | Learning Support - CE | | Elementary K-6 | 6/1/2003 | |
| | Nikki Shearer | Literacy Coach - FD/EE | | Special Education N-12 | 6/1/2003 | |
| | | | | Special Education N-12 | 1/1/2003 | |
| | | | | Early Childhood N-3 | 1/1/2003 | |
| (29) Rebecca Schaef | | Learning Support - FD | | Reading Specialist | 7/1/2004 | |
| (31) Robin Leri | | Learning Support - FD | | Elementary K-6 | 1/1/2004 | |
| | | | | Special Education K-6 | 1/1/2004 | |
| (33) Lisa Taormina | | Grade 1 - SD | | Elementary K-6 | 6/1/2004 | |
| (34) Heather Litzenburger | | Learning Support - CE | | Special Education N-12 | 1/1/2004 | Resigned May 2004 |
| (35) Julie Logan | | Learning Support | | Elementary K-6 | 6/1/2004 | |
| (36) Danielle Landon | | Guidance Counselor-EE | | Special Education N-12 | 11/1/2003 | Resigned May 2004 |
| | | | | Elementary Guidance | 6/1/2004 | |
| | | | | Secondary Guidance | 5/1/2004 | |

LTS-Long Term Substitute

FD-First District Elementary
E-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary
PT, ½ time, FT-Full-time

# CRAWFORD CENTRAL SCHOOL DISTRICT
## 11280 MERCER PIKE
## MEADVILLE, PA 16335

July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| June, 2004 | Stacie Boca | Librarian - FD/EE | | Elementary K-6 | 1/1/1997 | |
| | Mark Weathers | Grade 5 - FD | | Early Childhood N-3 | 1/1/1997 | |
| | Laurie Vaughn | Title I Reading - WE | | Elementary | 6/1/2002 | |
| | | | | Elementary | 1/1/1997 | |
| | Chad DuPont | Grade 5 - EE | | Reading Specialist | 7/1/1997 | |
| | Marcie Pifer | Math/Reading Inter-SD/NH/CE | | Elementary | 12/1/2000 | |
| | | | | Elementary K-6 | 2/1/1998 | |
| | Karen Jamieson | Temp.Title I Reading-FD | | Early Childhood N-3 | 2/1/1998 | one year |
| | | | | Elementary K-6 | 5/1/1998 | |
| | | | | Reading Specialist | 5/1/1998 | |
| | Kristen Bazylak | Elem. Guidance Counselor - EE | | Social Studies | 4/1/2004 | |
| | Martha MacLaren | Emotional Support - NH | | Elem. School Counselor | 4/1/2004 | |
| | | | | Elementary K-6 | 5/1/2003 | |
| | Wendy Alward | Speech/Lang - EE/NH | | Ment/Phys Impaired | 6/1/1990 | |
| | Gayle Chapin | Speech/Lang - WE | | Speech Correction | 2/1/2003 | |
| | Mary Hauser | Speech/Lang - FD/SD | | Speech Correction | 9/1/1979 | |
| | Melissa Vogt | Emotional Support - FD | | Speech & Lang, Impaired | 7/1/1998 | |
| | | | | Elementary K-6 | 5/1/1993 | |
| | | | | Ment/Phys Impaired | 5/1/1993 | |
| | | | Jennifer Thumm | Elementary K-6 | 6/1/2004 | 2004-2005 only |
| | | | Bonalyn Stone | Elementary K-6 | 2/1/2002 | 2004-2005 only |
| | | | | Elementary K-6 | 5/1/1999 | |
| July, 2004 | None | | | | | |
| Aug. 2004 | Danielle Morris | LTS-Grade 1-CE | | | | |
| Aug. 2004 | Megan Porter | LTS-Grade 3-WE | | | | |
| | Lori Carr | Grade 5 - CE | | | | |
| Sept. 2004 | None | | | | | |
| Oct, 2004 | Cheryl Krachkowski | LTS - Grade 4- CE | Donald Erdley | Elementary K-6 | 11/2/2002 | 2004-2005 only |

LTS-Long Term Substitute
EE-East End Elementary
CE-Coch... 'ton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill El...

# CRAWFORD CENTRAL SCHOOL DISTRICT
## 11280 MERCER PIKE
## MEADVILLE, PA 16335

July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| Oct. 2004 | Jennifer Stefanucci | Kindergarten - EE | | Elementary K-6 | 6/1/2004 | |
| Nov. 2004 | Heather Buchanan | | | Early Childhood N-3 | 6/1/2004 | |
| Dec. 2004 None | | | | | | |
| Jan. 2005 None | | | | | | |
| | Julie Waha | Learning Support - SD | | Elementary K-6 | 2/1/2000 | |
| | | | | Ment/Phys Impaired | 2/1/2000 | |
| Feb. 2005 | Patricia Frano | Speech/Lang - FD/NH/CE/CJSHS | | Speech & Lang. Impaired | 7/1/2000 | |
| | Patricia Frano | FT Title I Reading - FD | | Reading Specialist | 3/1/2004 | 2004-2005 & 2005-2006 |
| | | PT Title I Reading - Selon | | Reading Specialist | 3/1/2004 | 2006-2007 |
| Mar. 2005 None | | | | | | |
| Apr. 2005 None | | | | | | |
| May. 2005 None | | | | | | |
| June, 2005 | Amber Digiacomo | Learning Support - FD | | Elementary K-6 | 5/1/2005 | |
| | | | | Special Education N-12 | 5/1/2005 | |
| | Chistina Jankoviak | Elem. Alternative Ed/ISS-FD | | Elementary K-6 | 5/1/2005 | |
| | | | | Special Education N-12 | 5/1/2005 | |
| | Joseph Hruska | Health/Physical Ed - EE | | Health/Physical Education | 12/1/2004 | |
| | Amber Nolan-Johnston | Emotional Support - FD | | Elementary K-6 | 1/1/2003 | |
| | | | | Special Education N-12 | 1/1/2003 | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Ele...
PT-Part-time - FT... ...

**SCHOOL YEAR 2005-2006**

Plaintiff not interviewed

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience (years) |
|------|--------|------|-----------------|-----------------------|--------------|------------|-----------------|--------------------|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X - Grade 1- Cochranton Elem. | 4 |
| Danielle Morris | Female | White | May 2004 | Elem. Ed. K-6 | June 2004 | Aug 2005 | LTS-Grade 4- Cochranton | 4 mos. sub |
| Christopher Peters | Male | White | May 2005 | Elem. Ed. K-6 | May 2005 | Aug 2005 | Kindergarten- Second Dist. | 1 |
| Norman Carner | Male | Asian | Dec 2004 | Elem. Ed. K-6 | Jan 2005 | Aug 2005 | LTS-Grade 1-West End | 15yrs Maryland |
| *Naomi Uy-Moore | Female | White | 1988 | Elementary | March 1996 | Aug 2005 | Grade 1- First District | 3 |
| Melonie Courson | Female | White | 1992 | Elem. Ed. K-6/EC | Feb 2002 | Nov 2005 | LTS-Kdg.-First District | unknown |
| Megan Porter | Female | White | May 2001 | Elem. Ed. K-6 | Nov 2002 | Nov 2005 | LTS-Grade 1- Second Dist. | unknown |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | unknown | Dec 2005 | Part-time ESL- East End | 1.5 |
| Stacey Thompson | Female | White | unknown | Elem. Ed. K-6/EC | unknown | | | |
| Katherine Mealey | Female | | | | | | | |

*Naomi Uy-Moore - with Maryland teaching certificate but not certified in Pennsylvania. Failed to obtain an Out-of -State certification. See Uy-Moore's file.

_[handwritten notes in margin:]_ → hired as part-t PSL  - Employed as a 2nd for job

# CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #179
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 2 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Danielle M. Morris | Elementary K – 6 Reading Specialist | Bachelor's Step 1 | $37,500 | X  Grade 1 Cochranton Elementary School | | 8/29/05 |
| Christopher D. Peters | Elementary Education Bachelor's | Bachelor's Step 1 | $37,500 | Long Term Substitute – Grade 4 Cochranton Elementary (D. Erdley) | | 8/29/05 |

DATE APPROVED:  AUGUST 22, 2005

e:Board\SCHEDULE-9-26-05.doc

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

## SCHEDULE B #180
## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Norman J. Garner | Elementary K-6 | Bachelor's Step 1 | $37,500 | X Kindergarten Second District Elementary School | | 8/29/05 |
| Naomi Jy-Moore | Elementary K-6 | Master's Step 5 | $41,352 | X Kindergarten West End Elementary School | | 8/29/05 |
| Melonie Courson | Elementary | Bachelor's Step 1 | $37,500 | Long Term Substitute Teacher - Grade 1 West End Elementary School (B. Martin) | | 8/29/05 |

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

SCHEDULE B #179
PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

Page 1 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Daniel T. Svirbly | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | |
| Deborah L. Ross | Certification Change | Bachelor's +15 Step 2 | $38,681 | Full increment | | 8/29/05 |
| Wallace G. Mason, II | Certification Change | Master's Step 9 | $46,097 | Full increment | | 8/29/05 |
| Aimee L. Shorts | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Christine D. Bond | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Natalie Veltre | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Simoan Ray | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Karen Jamieson | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | 8/29/05 |
| Christa Sherred | Certification Change | Master's +15 Step 3 | $40,664 | Full increment | | 8/29/05 |
| Megan K. Porter | Elementary K - 6 Early Childhood | Bachelor's Step 1 | $37,500 | X Grade 1 First District Elementary School | | 8/29/05 |

DATE APPROVED:  AUGUST 22, 2005

file:Board\SCHEDULE=11-21-05.doc

# CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #181
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT / PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|
| Cheryl K. Krachkowski | Elementary Education | Bachelor's Step 1 | $37,500 (pro-rated) | Temporary Kindergarten Teacher First District Elementary School (for Amy Holt) | Effective 11/16/05 through remainder of 2005-2006 school year |
| Stacey L. Thompson | Elementary Education | Bachelor's Step 1 | $37,500 (pro-rated) | Temporary Grade 1 Teacher Second District Elementary (vacancy from B. Kantz resignation) | 11/21/05 through remainder of 2005-2006 school year |

DATE APPROVED: November 21, 2005

File:Board\SCHEDULE=12-19-05.doc

## CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #182
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Katherine Mealey | Elementary Education Early Childhood | | $25.00/hr. | Part-time ESL Teacher East End Elementary School (Pending Act 34, Act 151 Clearances and Physical) | | 12/1/05 thru remaind of 2005-2006 schoo |

DATE APPROVED: December 19, 2005

**SCHOOL YEAR 2006-2007**

Rowena Wagner, Plaintiff not considered for an interview - see Mr. Heller's letter dated July 21, 2006

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|------|--------|------|-----------------|-----------------------|--------------|-----------|------------------|------------|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | Nov 2002 | Aug 2006 | Grade 1 First District | 5 |
| Lauren Mattocks | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | Grade 1 Cochranton El. | 2.5 |
| Stacey Thompson | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | Grade 1 Cochranton El. | unknown |
| Tara Kelyman | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | Grade 1 Cochranton El. | unknown |
| Melonie Courson | Female | White | 1992 | Elementary | unknown | Aug 2006 | LTS- Grade 6 - Cochranton | unknown |
| Rebecca Spadafore | Female | White | unknown | Elem. Ed. K-6 | March 1996 | Aug 2006 | Kindergarten East End | unknown |
| | | | | | unknown | Sept 2006 | LTS-Library- First and West | 5 |


Crawford Central
School District

# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Guldon
*Director of Secondary Curriculum*
David M. Harida
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Burba
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

July 21, 2006

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

The Screening Committee has met and considered carefully all the applicants for the position of Elementary Education Teacher at Crawford Central School District. The Committee had to make choices between many highly qualified candidates.

Although you were not considered for an interview, I will keep your application on file to review if another position should become available.

Thank you for your interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

CC:    File

File:Board\SCHEDULE=8-28-06.doc

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

SCHEDULE B #188
PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

Page 3 of 4

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Meghan M. Roser | Type 61, Instructional I Elementary K-6 Special Education N-12 | Master's Step 2 | $40,337.00 | X | Reading Intervention Teacher Meadville Area Middle School | 8/28/06 |
| Evan T. Andrae | Type 61, Instructional I English 7 - 12 | Master's Step 1 | $39,837.00 | X | Grade 7 English Teacher Meadville Area Middle School | 8/28/06 |
| Miles K. O'Shea | Type 61, Instructional I English 7 - 12 | Master's Step 2 | $40,337.00 | X | Grade 8 English Teacher Meadville Area Middle School | 8/28/06 |
| Rebecca L. Faust | Type 61, Instructional I Speech Correction | Master's Step 1 | $39,837.00 | X | Speech & Language Pathologist Crawford Central School District | 8/28/06 |
| Michael V. Feleppa | Type 61, Instructional I Health & Physical Ed. Special Education | Bachelor's +15 Step 1 | $39,338.00 | X | MR Teacher First District Elementary School | 8/28/06 |
| Cheryl K. Krachkowski | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher First District Elementary | 8/28/06 |
| Lauren N. Mattocks | Type 61, Instructional I Elementary K - 6 Mid-Level Mathematics | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher Cochranton Elementary School | 8/28/06 |
| Stacey L. Thompson | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher Cochranton Elementary School | 8/28/06 |
| Tara D. Kelyman | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 (pro-rated) | | LTS – Grade 6 (Kathy Bauer) Cochranton Elementary School | 3/28/06 1/18/ |

DAI  APPROVED: August 28, 2006

# BOARD OF SCHOOL DIRECTORS

## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES
## SCHEDULE B #188

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 4 of 4

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Sabrina S. Coulter | Type 31, Educational Specialist I Elementary School Counselor Secondary School Counselor | Master's Step 1 | $41,122.00 | X | Guidance Counselor East End Elementary School | 8/22/06 |
| Melonie A. Courson | Type 61, Instructional I Elementary K-6 | Bachelor's +15 Step 1 | $39,338.00 | X | Kindergarten East End Elementary | 8/28/06 |
| John M. Svirbly | Type 61, Instructional I Mathematics 7-12 | Bachelor's Step 1 | $38,737.00 | X | Mathematics Cochranton Jr.-Sr. High School | 8/28/06 |
| Rebecca Schaef | Certification Change | Bachelor's +15 Step 2 | $39,838.00 | Full increment | | 8/28/06 |
| Amy R. Lawrence | Certification Change | Master's Step 2 | $40,337.00 | Full increment | | 8/28/06 |
| Lisa A. Shufstall | Certification Change | Bachelor's +15 Step 2 | $39,838.00 | Full increment | | 8/28/06 |
| Peter N. Coppelli | Certification Change | Bachelor's +15 Step 5 | $42,009.00 | Full increment | | 8/28/06 |

DATE APPROVED: August 28, 2006

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

## SCHEDULE B #189
## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|
| Rebecca E. Spadafore | Type 61, Instructional I Elementary K-6 | Master's Step 1 | $39,837 (Pro-rated) | LTS – Librarian for Sue Serra First District Elementary & West End Elementary | 9/28/06 |

DATE APPROVED:  October 30, 2006

# *Elementary Teaching Positions

### School year: 2001-2002

Long-Term positions: 3
Permanent Positions: 0

### School year 2002-2003

Long-Term positions: 5
Permanent positions: 0

### School year 2003-2004

Long-Term positions: 0
Permanent positions: 0

### School year 2004-2005

Long-Term positions: 3
Permanent positions: 9

### School year 2005-2006

Long-Term positions: 4
Permanent positions: 4
Part-Time positions: 1

### School year 2006-2007

Long-Term positions: 2
Permanent positions: 4


**Long-Term positions total: 17**
**Permanent positions total: 17**
**Part-time positions total: 1**
**Total positions: 35**

Ex # 29

# 29

* NO MEMBER! OF THE UNION BID ON THESE POSITIONS
* LIST NOT INCLUDING SHORT-TERM POSITIONS

# *Elementary Teaching Positions

### School year: 2001-2002

Long-Term positions: 3
Permanent Positions: 0

### School year 2002-2003

Long-Term positions: 5
Permanent positions: 0

### School year 2003-2004

Long-Term positions: 0
Permanent positions: 0

### School year 2004-2005

Long-Term positions: 3
Permanent positions: 9

### School year 2005-2006

Long-Term positions: 4
Permanent positions: 4
Part-Time positions: 1

### School year 2006-2007

Long-Term positions: 2
Permanent positions: 4


**Long-Term positions total: 17**
**Permanent positions total: 17**
**Part-time positions total: 1**
**Total positions: 35**

Ex # 29

# 29

 * NO MEMBER: OF THE UNION BID ON THESE POSITIONS
   * LIST NOT INCLUDING SHORT-TERM POSITIONS

## SCHOOL YEAR 2001-2002

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School |
|------|--------|------|-----------------|----------------------|--------------|------------|-----------------|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | Substitute Teacher |
| Karen Jamieson | Female | White | 1997 | Elem. Ed. K-6 | May 1998 | Aug 2001 | LTS- Kdg. Cochranton |
| Marci Pifer | Female | White | Aug 1997 | Elem. Ed. K-6/EC | Feb 1998 | Dec 2001 | LTS Grade 1 Second Dist. |
| Brian Mahoney | Male | White | May 2000 | Elem. Ed. K-6 | July 2000 | Jan 2002 | LTS Grade 2 West End |

Handwritten notes:
↳ Father-in-law sat on Interview Committee (Mr. Stanton) (nepotism?) (see capital & posts)
college
→ no interview

# CRAWFORD CENTRAL SCHOOL DISTRICT
## 11280 MERCER PIKE
## MEADVILLE, PA 16335

### July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| May, 2001 | None | | | | | |
| June, 2001 | Michele Freymuth | LTS-Learning Support-CE | Greta English | Special Education | 12/1/1997 | 01-02 only |
| July, 2001 | None | | | | | |
| Aug, 2001 | Karen Jamieson | | | | | |
| Sept, 2001 | Susan Baker | LTS-Kindergarten-CE PT to FT - EE | Lisa Beck | Elementary Special Education | 5/1/1998 6/1/2002 | 01-02 only |
| Oct, 2001 | None | | | | | |
| Nov, 2001 | None | | | | | |
| Dec, 2001 | Marcie Pifer | LTS - Grade 1-SD | H. Powell | Elementary | 2/1/1998 | 1/7/02 - 6/02 |
| Jan, 2002 | Brian Mahoney | LTS-Grade 2-WE | M. Raber | Elementary | 7/1/2000 | 1/22/02-6/02 |
| Feb, 2002 | None | | | | | |
| Ma, 2002 | None | | | | | |
| April, 2002 | None | | | | | |
| May, 2002 | None | | | | | |
| June, 2002 | Michele Freymuth | Special Education-SD | | Special Education Elementary Education | 12/1/1997 12/1/1997 | Awarded position thru bidding process by collective bargaining agreement |
| July, 2002 | M.Colleen Blackmore | Hearing Impaired - FD | | Hearing Impaired | 8/1/1979 | |
| | Michele Shimek | Learning Support-FD/SD | | Special Education | 1/1/1999 | |
| | Brian Mahoney | Learning Support - SD | | Elementary Education | 1/1/1999 | |
| | Bradley Johnston | LTS-Learning Support -CE | Greta English | Special Education | 12/1/2000 | |
| Aug, 2002 | None | | | Special Education | 5/1/2000 | 02-03 only |
| Sept, 2002 | Donna Jo Triggiani | Elem. Guid. Counselor-SD | | Elementary Guidance | 5/1/2001 | |
| Oct, 2002 | None | | | | | |
| Nov, 2002 | None | | | | | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary
PT-Part-time - FT-Full-time

## SCHOOL YEAR 2002-2003

### INTERVIEW DATE: 12/2/02

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|---|---|---|---|---|---|---|---|---|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | 1.3 |
| Chad Dupont | Male | White | Dec 2000 | Elem. Ed. K-6 | Dec 2000 | 01/02/03 | LTS- Grade 4- Neason Hill | 6 mos.(Pitts., PA) 1.3 |
| Anna McElwain | Female | White | May 2001 | Elem. Ed. K-6 | May 2001 | 01/02/03 | LTS-Kdg.-West End | 1.3 |
| Amy Szalewicz | Female | White | 2000 | Elem. Ed. K-6/EC | Aug 2000 | 01/02/03 | LTS-Grade 2-Cochranton | *2.4 |
| *Robert Bazylak | Male | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | 01/02/03 | LTS-Grade 5-Second Dist. | 0 |
| *Nikki Shearer | Female | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | 01/02/03 | LTS-Grade 3- West End | 0 |

* Amy Szalewicz was employed by Seton Catholic School from 08/00 to 12/02 - see Szalewicz's file

No formal obervation - Suzanne Good's deposition

Ms. Joye Pickens's position

* Robert Bazylak, a student teacher was interviewed before graduation date.

* Nikki Shearer, a student teacher was interviewed before graduation date.

## SCHEDULE B #153
## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

Page 2 of 2

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| ny R. zalewicz | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at Coch. Elem. Grad 2 for the remainder of the 2002-2003 school yr. (J.Pickens) | | 01/02/03 |
| n c.Elwain | Elementary | Bachelor's +15 Step 1 | (pro-rated) $33,771 | Long-Term Substitute at West End Elem. Kindergarten PM only for the remainder of the 2002-2003 school year (G.English/shared Kindergarten) | | 01/02/03 |
| ld hearer | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at West End Elem. Grade 3 for the remainder of the 2002-2003 school year (J.Samson) | | 01/17/03 |
| bert azyniak | Elementary | Bachelor's Step 1 | (pro-rated) $33,271 | Long-Term Substitute at Second Dist. Elem. Grade 5 for the remainder of the 2002-2003 school year (S.Roe) | | 01/17/03 |

# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

December 20, 2002

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner :

   The interviewing team has met and considered carefully all the applicants for the positions listed.   The team had to make a choice between several highly qualified candidates.

| | | |
|---|---|---|
| Chad DuPont | Grade 4 | Neason Hill Elementary School |
| Anna McElwain | Kindergarten | West End Elementary School |
| Amy Szalewicz | Grade 2 | Cochranton Elementary School |
| Robert Bazylak | Grade 5 | Second District Elementary School |
| Nikki Shearer | Grade 3 | West End Elementary School |

   I will keep your application on file to review if another position should become available.

Thank you for your continued interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/s

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|---|---|---|---|---|---|---|---|---|
| SCHOOL YEAR 2004-2005 | | | | | | | | |
| INTERVIEW DATE: MARCH 2004 | | | | | | | | |
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | 3 |
| Robert Bazylak | Male | White | Dec 2002 | Elem. Ed. K-6 | Jan 2003 | | *hired after Aug K-sub* | 1.2 |
| Amy Szalewicz | Female | White | 2002 | El. Ed K-6/EC | Aug 2000 | | Kindergarten - Second Dist *hired* | 4 |
| Erin Bourguin | Female | White | Dec 2002 | Elem. Ed. K-6 | May 2004 | | Grade 3 - Second District | 1.2 |
| *Tammy Foster | Female | Black | May 1994 | Elementary | June 1994 | | Grade 2- First District | 1.8 |
| *Lisa Taormina | Female | White | May 2002 | Elem. Ed. K-6 | Nov 2003 | | Grade 1- Second District | 0 |
| Mark Weathers | Male | White | May 2002 | Elem. Ed. K-6 | June 2002 | | Grade 5 - First District | 1.7 |
| Chad Dupont | Male | White | Dec 2002 | Elem. Ed. K-6 | May 2004 | | Grade 5 - First District | 1.8 |
| Danielle Morris | Female | White | May 2004 | Elem. Ed. K-6 | June 2004 | | Grade 1 - Cochranton | 0 |
| Meghan Porter | Female | White | May 2001 | El. Ed K-6/EC | Feb 2002 | | LTS-Grade 3- West End | 2 (Erie School) |
| *Lori Carr | Female | White | May 1999 | Elementary | May 1999 | | Grade 5- Cochranton | 5 years sub |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | Sept 2004 | | LTS- Grade 4- Cochranton | 6 mos. (Greenville) |
| Jennifer Steffanucci | Female | White | May 2004 | El. Ed K-6/EC | Sept 2004 | | Kindergarten - East End | 0 |

*Tammy Foster subbed for CCSD from November 1994–June 1996

*Lisa Taormina graduated April 2003 major: Applied Developmental Psychology, Univ. of Pittsburgh, PA; graduated June 2004 Master of Arts in Teaching: Elementary Education, Univ. of Pittsburgh, PA

*Lori Carr subbed for CCSD, Conneaut and Penncrest School District (subbed at other school district)

*Handwritten notes:* I asked for this job, but Barb said no b/c haven't / for Krachkowski hired (subbed at other school district) (& Krachkowski w/n own subbing at K)

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**11280 MERCER PIKE**
**MEADVILLE, PA 16335**

July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| May, 2004 | Rebecca Kelly | Elementary Gifted - FD | | Early Childhood | 7/1/1996 | |
| | Leslie Jenson | PT Elementary Gifted - FD | | Music | 10/1/2004 | |
| | Lisa Shuffstall | Learning Support - FD | | Special Education N-12 | 8/1/2004 | |
| | Christa Sherred | Learning Support - CE | | Elementary K-6 | 11/1/2002 | |
| (24) | Amy Szalewicz | Kindergarten - SD | | Special Education N-12 | 11/1/2002 | |
| | | | | Early Childhood | 8/1/2000 | |
| (25) | Robert Bazylak | Grade 6 - SD | | Elementary K-6 | 8/1/2000 | |
| (26) | Erin Bourquin | Grade 3 - SD | | Elementary K-6 | 1/1/2003 | |
| (27) | Tammy Foster | Grade 2 - FD | | Elementary K-6 | 1/1/2003 | |
| (28) | Jeffrey Miller | Emotional Support - NH | | Elementary K-6 | 6/1/1994 | |
| (29) | Rachelle Stein | Learning Support - CE | | Special Education N-12 | 6/1/2000 | |
| (30) | Nikki Shearer | Literacy Coach - FD/EE | | Special Education N-12 | 6/1/2003 | |
| | | | | Early Childhood N-3 | 1/1/2003 | |
| | | | | Elementary K-6 | 1/1/2003 | |
| (31) | Rebecca Schaef | Learning Support - FD | | Reading Specialist | 7/1/2003 | |
| | | | | Elementary K-6 | 1/1/2004 | |
| (33) | Robin Leri | Learning Support - FD | | Special Education N-12 | 1/1/2004 | |
| | | | | Elementary K-6 | 1/1/2004 | |
| (34) | Lisa Taormina | Grade 1 - SD | | Special Education N-12 | 6/1/2004 | |
| (35) | Heather Litzenburger | Learning Support - CE | | Elementary K-6 | 6/1/2004 | |
| | Julie Logan | Learning Support | | Special Education N-12 | 11/1/2003 | Resigned May 2004 |
| (36) | Danielle Landon | Guidance Counselor-EE | | Elementary K-6 | 5/1/2004 | |
| | | | | Special Education N-12 | | Resigned May 2004 |
| | | | | Elementary Guidance | | |
| | | | | Secondary Guidance | | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary
PT-Part-time - FT 1-line

# CRAWFORD CENTRAL SCHOOL DISTRICT
## 11280 MERCER PIKE
## MEADVILLE, PA 16335

### July 13, 2005

## ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| June, 2004 | Stacie Boca | Librarian - FD/EE | | Elementary K-6 | 1/1/1997 | |
| | Mark Weathers | Grade 5 - FD | | Early Childhood N-3 | 1/1/1997 | |
| | Laurie Vaughn | Title I Reading - WE | | Elementary | 6/1/2002 | |
| | | | | Elementary | 1/1/1997 | |
| | Chad DuPont | Grade 5 - EE | | Reading Specialist | 7/1/1997 | |
| | Marcie Pifer | Math/Reading Inter.-SD/NH/CE | | Elementary | 12/1/2000 | |
| | | | | Elementary K-6 | 2/1/1998 | |
| | Karen Jamieson | Temp.Title I Reading-FD | | Early Childhood N-3 | 2/1/1998 | |
| | | | | Elementary K-6 | 5/1/1998 | one year |
| | | | | Reading Specialist | 4/1/1998 | |
| | Kristen Bazylak | Elem. Guidance Counselor - EE | | Social Studies | 4/1/2004 | |
| | Martha MacLaren | Emotional Support - NH | | Elem. School Counselor | 5/1/2003 | |
| | | | | Elementary K-6 | 6/1/1990 | |
| | Wendy Alward | Speech/Lang - EE/NH | | Ment/Phys Impaired | 6/1/1990 | |
| | Gayle Chapin | Speech/Lang - WE | | Speech Correction | 2/1/2003 | |
| | Mary Hauser | Speech/Lang - FD/SD | | Speech Correction | 9/1/1979 | |
| | Melissa Vogt | Emotional Support - FD | | Speech & Lang. Impaired | 7/1/1998 | |
| | | | | Elementary K-6 | 5/1/1993 | |
| July, 2004 | None | | | Ment/Phys Impaired | 5/1/1993 | |
| Aug, 2004 | Danielle Morris | LTS-Grade 1-CE | Jennifer Thumm | Elementary K-6 | 6/1/2004 | 2004-2005 only |
| Aug, 2004 | Megan Porter | LTS-Grade 3-WE | Bonalyn Stone | Elementary K-6 | 2/1/2002 | 2004-2005 only |
| Sept. 2004 | Lori Carr | Grade 5 - CE | | Elementary K-6 | 5/1/1999 | |
| None | None | | | | | |
| Oct, 2004 | Cheryl Krachkowski | LTS - Grade 4 - CE | Donald Erdley | Elementary K-6 | 11/2/2002 | 2004-2005 only |

LTS-Long Term Substitute
EE-East End Elementary
CE-Coc...ton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochran^n Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary
DT-Dod...

# CRAWFORD CENTRAL SCHOOL DISTRICT
## 11280 MERCER PIKE
## MEADVILLE, PA 16335

July 13, 2005

# ELEMENTARY TEACHERS HIRED BETWEEN JUNE 2001 AND JUNE 2005

| DATE OF HIRE | NAME | POSITION | PERSON SUBBING FOR IF LONG TERM SUB | CERTIFICATION | YEAR OF CERTIFICATION | COMMENTS |
|---|---|---|---|---|---|---|
| Oct. 2004 | Jennifer Stefanucci | Kindergarten - EE | | Elementary K-6 | 6/1/2004 | |
| Nov. 2004 | Julie Waha | Learning Support - EE | | Early Childhood N-3 | 6/1/2004 | |
| | | | | Elementary K-6 | 2/1/2000 | |
| Dec. 2004 | Heather Buchanan | Speech/Lang - FD/NH/CE/CJSHS | | Ment/Phys Impaired | 2/1/2000 | |
| Jan. 2005 None | | | | Speech & Lang. Impaired | 7/1/2000 | |
| Feb. 2005 | Patricia Frano | FT Title I Reading - FD | | Reading Specialist | 3/1/2004 | 2004-2005 & 2005-2006 |
| Mar. 2005 | Patricia Frano | PT Title I Reading - Seton | | Reading Specialist | 3/1/2004 | 2006-2007 |
| Apr. 2005 None | | | | | | |
| May, 2005 | Amber Digiacomo | Learning Support - FD | | Elementary K-6 | 5/1/2005 | |
| | | | | Special Education N-12 | 5/1/2005 | |
| June, 2005 | Christina Jankoviak | Elem. Alternative Ed/SS-FD | | Elementary K-6 | 5/1/2005 | |
| | | | | Special Education N-12 | 5/1/2005 | |
| | Joseph Hruska | Health/Physical Ed - EE | | Health/Physical Education | 12/1/2004 | |
| | Amber Nolan-Johnston | Emotional Support - FD | | Elementary K-6 | 1/1/2003 | |
| | | | | Special Education N-12 | 1/1/2003 | |

LTS-Long Term Substitute
EE-East End Elementary
CE-Cochranton Elementary

FD-First District Elementary
WE-West End Elementary
CJSHS-Cochranton Jr.-Sr. High

SD-Second District Elementary
NH-Neason Hill Elementary
PT-Part-time - FT - 1/line

SCHOOL YEAR 2005-2006

Plaintiff not interviewed

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience (years) |
|---|---|---|---|---|---|---|---|---|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | 4 |
| Danielle Morris | Female | White | May 2004 | Elem. Ed. K-6 | June 2004 | Aug 2005 | Grade 1- Cochranton Elem. | 1 |
| Christopher Peters | Male | White | May 2005 | Elem. Ed. K-6 | May 2005 | Aug 2005 | LTS-Grade 4- Cochranton | 0 |
| Norman Carner | Male | White | Dec 2004 | Elem. Ed. K-6 | Jan 2005 | Aug 2005 | Kindergarten- Second Dist. | 4 mos. sub |
| *Naomi Uy-Moore | Female | Asian | 1988 | Kindergarten | | Aug 2005 | Kindergarten- West End | 15yrs Maryland |
| Melonie Courson | Female | White | 1992 | Elementary | March 1996 | Aug 2005 | LTS-Grade 1-West End | 4 |
| Megan Porter | Female | White | May 2001 | Elem. Ed. K-6/EC | Feb 2002 | Aug 2005 | Grade 1- First District | 3 |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | Nov 2002 | Nov 2005 | LTS-Kdg.-First District | 1.5 |
| Stacey Thompson | Female | White | unknown | Elem. Ed. K-6 | unknown | Nov 2005 | LTS-Grade 1- Second Dist. | unknown |
| Katherine Mealey | Female | White | unknown | Elem. Ed. K-6/EC | unknown | Dec 2005 | Part-time ESL- East End | unknown |

*Naomi Uy-Moore - with Maryland teaching certificate but not certified in Pennsylvania. Failed to obtain an Out-of-State certification. See Uy-Moore's file.

w/n provided to P's in disc

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

**SCHEDULE B #179**
**PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES**

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

Page 2 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Danielle M. Morris | Elementary K – 6 Reading Specialist | Bachelor's Step 1 | $37,500 | X Grade 1 Cochranton Elementary School | | 8/29/05 |
| Christopher D. Peters | Elementary Education | Bachelor's Step 1 | $37,500 | Long Term Substitute – Grade 4 Cochranton Elementary (D. Erdley) | | 8/29/05 |

DATE APPROVED:   AUGUST 22, 2005

e:Board\SCHEDULE-9-26-05.doc

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

SCHEDULE B #180
PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Norman J. Garner | Elementary K-6 | Bachelor's Step 1 | $37,500 | X Kindergarten Second District Elementary School | | 8/29/05 |
| Naomi Jy-Moore | Elementary K-6 | Master's Step 5 | $41,352 | X Kindergarten West End Elementary School | | 8/29/05 |
| Melonie Courson | Elementary | Bachelor's Step 1 | $37,500 | | Long Term Substitute Teacher – Grade 1 West End Elementary School (B. Martin) | 8/29/05 |

File:Board\SCHEDULE=8-22-05.doc

# CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #179
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Daniel T. Svirbly | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | 8/29/05 |
| Deborah L. Ross | Certification Change | Bachelor's +15 Step 2 | $38,681 | Full increment | | 8/29/05 |
| Wallace G. Mason, II | Certification Change | Master's Step 9 | $46,097 | Full increment | | 8/29/05 |
| Aimee L. Shorts | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Christine D. Bond | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Natalie Veltre | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Simoan Ray | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Karen Jamieson | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | 8/29/05 |
| Christa Sherred | Certification Change | Master's +15 Step 3 | $40,664 | Full increment | | 8/29/05 |
| Megan K. Porter | Certification Change | Bachelor's Step 1 | $37,500 | X  Grade 1 First District Elementary School | | 8/29/05 |
| Megan K. Porter | Elementary K - 6 Early Childhood | | | | | |

DATE APPROVED:  AUGUST 22, 2005

File:Board\SCHEDULE-8-22-05.doc

# CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #179
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 2

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Daniel T. Svirbly | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | 8/29/05 |
| Deborah L. Ross | Certification Change | Bachelor's +15 Step 2 | $38,681 | Full increment | | 8/29/05 |
| Wallace G. Mason, II | Certification Change | Master's Step 9 | $46,097 | Full increment | | 8/29/05 |
| Aimee L. Shorts | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Christine D. Bond | Certification Change | Master's Step 2 | $39,180 | Full increment | | 8/29/05 |
| Natalie Veltre | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Simoan Ray | Certification Change | Master's Step 1 | $38,500 | Full increment | | 8/29/05 |
| Karen Jamieson | Certification Change | Bachelor's +15 Step 1 | $38,000 | Full increment | | 8/29/05 |
| Christa Sherred | Certification Change | Master's +15 Step 3 | $40,664 | Full increment | | 8/29/05 |
| Megan K. Porter | Elementary K - 6 Early Childhood | Bachelor's Step 1 | $37,500 | X Grade 1 First District Elementary School | | 8/29/05 |

DATE APPROVED: **AUGUST 22, 2005**

file:Board\SCHEDULE=11-21-05.doc

# CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #181
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Cheryl K. Krachkowski | Elementary Education | Bachelor's Step 1 | $37,500 (pro-rated) | Temporary Kindergarten Teacher First District Elementary School (for Amy Holt) | | Effective 11/16/05 through remainder of 2005-2006 school year |
| Stacey L. Thompson | Elementary Education | Bachelor's Step 1 | $37,500 (pro-rated) | Temporary Grade 1 Teacher Second District Elementary (vacancy from B. Kantz resignation) | | 11/21/05 through remainder of 2005-200 school year |

DATE APPROVED:  November 21, 2005

Pa    2.

File:Board\SCHEDULE-12-19-05.doc

CRAWFORD CENTRAL SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS

**SCHEDULE B #182**
**PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES**

Page 1 of 1

The following persons shall be hired and employed in the following positions
at the salary or compensation and on the starting date listed.

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Katherine Mealey | Elementary Education Early Childhood | | $25.00/hr. | Part-time ESL Teacher East End Elementary School (Pending Act 34, Act 151 Clearances and Physical) | | 12/1/05 thru remainder of 2005-2006 school |

DATE APPROVED:    December 19, 2005



KNOX
McLAUGHLIN
GORNALL
& SENNETT

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

Mark J. Kuhar
Direct Dial Number
814-459-9886  Ext. 250
mkuhar@kmgslaw.com

June 3, 2005

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
TRACY L. HARRIS
NEAL R. DEVLIN
ANDREW F. GORNALL
NADIA A. HAVARD

OF COUNSEL:
WILLIAM C. SENNETT
EDWIN L.R. McKEAN

Caleb L. Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE:    Wagner v. Crawford Central School District, et al.
       No. 04-264

Dear Mr. Nichols:

       Enclosed is a list of elementary education teachers hired by the District.

                          Very truly yours,

                          KNOX McLAUGHLIN GORNALL &
                          SENNETT, P.C.

                          Mark J. Kuhar

MJK/hm
Enclosure
# 616379

c:    Owen R. Kenney, Esq.



# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.ccmw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
    Assistant Superintendent
Shawn G. Sampson
    Business Manager/Board Secretary
Suzanne L. Good
    Director of Elementary Curriculum
Jennifer A. Galdon
    Director of Secondary Curriculum
David M. Hanida
    Acting Director of Special Services
John M. Bauer
    Supervisor of Buildings & Grounds
Richard L. Fraker
    Coordinator of Technology
Frank B. Burba
    Coordinator of Trans./Food Service

## OFFICE OF THE ASSISTANT SUPERINTENDENT

**MEMO TO:**      Mark Kuhar

**FROM:**      Charles E. Heller, III

**DATE:**      May 31, 2005

**RE:**      Elementary Teaching Positions

The following people are the only Elementary Education Teachers hired:

| Name | Date of Hire |
|------|--------------|
| Aimee L. Shorts | 9/25/2000 |
| Amy R. Lawrence | 5/24/2004 |
| Erin Bourquin | 5/24/2004 |
| Lisa Taormina | 5/24/2004 |
| Robert Bazylak | 5/24/2004 |
| Tammy Foster | 5/24/2004 |
| Chad DuPont | 6/28/2004 |
| Marcie A. Pifer | 6/28/2004 |
| Mark Weathers | 6/28/2004 |
| Lori T. Carr | 8/23/2004 |
| Jennifer Stefanucci | 10/25/2004 |



EXHIBIT
33
10-20-05

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

SCHOOL YEAR 2006-2007

Rowena Wagner, Plaintiff not considered for an interview - see Mr. Heller's letter dated July 21, 2006

| Name | Gender | Race | Graduation Date | Area of Certification | Date of Cert | Date hired | Position/School | Experience |
|------|--------|------|-----------------|----------------------|--------------|------------|-----------------|------------|
| Rowena Wagner | Female | Asian | May 2000 | Elem. Ed. K-6 | May 2001 | X | X | |
| Cheryl Krachkowski | Female | White | Aug 2002 | Elem. Ed. K-6 | Nov 2002 | Aug 2006 | Grade 1 First District | 5 |
| Lauren Mattocks | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | Grade 1 Cochranton El. | 2.5 |
| Stacey Thompson | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | Grade 1 Cochranton El. | unknown |
| Tara Kelyman | Female | White | unknown | Elem. Ed. K-6 | unknown | Aug 2006 | LTS- Grade 6 - Cochranton | unknown |
| Melonie Courson | Female | White | | 1992 | Elementary | March 1996 | Aug 2006 | Kindergarten East End | unknown |
| Rebecca Spadafore | Female | White | unknown | Elem. Ed. K-6 | unknown | Sept 2006 | LTS-Library- First and West | 5 |

- P obtained for public records
- bd minutes



# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Galdon
  *Director of Secondary Curriculum*
David M. Harida
  *Acting Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*
Frank B. Burba
  *Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

July 21, 2006

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA  16314

Dear Mrs. Wagner:

The Screening Committee has met and considered carefully all the applicants for the position of Elementary Education Teacher at Crawford Central School District.  The Committee had to make choices between many highly qualified candidates.

Although you were not considered for an interview, I will keep your application on file to review if another position should become available.

Thank you for your interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

CC:    File

File:Board\SCHEDULE=8-28-06.doc

# CRAWFORD CENTRAL SCHOOL DISTRICT
# BOARD OF SCHOOL DIRECTORS

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

## SCHEDULE B #188
## PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

Page 3 of 4

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Meghan M. Roser | Type 61, Instructional I Elementary K-6 Special Education N-12 | Master's Step 2 | $40,337.00 | X | Reading Intervention Teacher Meadville Area Middle School | 8/28/06 |
| Evan T. Andrae | Type 61, Instructional I English 7 - 12 | Master's Step 1 | $39,837.00 | X | Grade 7 English Teacher Meadville Area Middle School | 8/28/06 |
| Miles K. O'Shea | Type 61, Instructional I English 7 - 12 | Master's Step 2 | $40,337.00 | X | Grade 8 English Teacher Meadville Area Middle School | 8/28/06 |
| Rebecca L. Faust | Type 61, Instructional I Speech Correction | Master's Step 1 | $39,837.00 | X | Speech & Language Pathologist Crawford Central School District | 8/28/06 |
| Michael V. Feleppa | Type 61, Instructional I Health & Physical Ed. Special Education | Bachelor's +15 Step 1 | $39,338.00 | X | MR Teacher First District Elementary School | 8/28/06 |
| Cheryl K. Krachkowski | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher First District Elementary | 8/28/06 |
| Lauren N. Mattocks | Type 61, Instructional I Elementary K - 6 Mid-Level Mathematics | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher Cochranton Elementary School | 8/28/06 |
| Stacey L. Thompson | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 | X | Grade 1 Teacher Cochranton Elementary School | 8/28/06 |
| Tara D. Kelyman | Type 61, Instructional I Elementary K - 6 | Bachelor's Step 1 | $38,737.00 (pro-rated) | | LTS – Grade 6 (Kathy Bauer) Cochranton Elementary School | 8/28/06 1/18/ |

DAT= APPROVED: August 28, 2006

BOARD OF SCHOOL DIRECTORS

**SCHEDULE B #188**
**PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES**

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 4 of 4

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Sabrina S. Coulter | Type 31, Educational Specialist I | Master's Step 1 | $41,122.00 | X | Guidance Counselor East End Elementary School | 8/22/06 |
| Melonie A. Courson | Type 61, Instructional I Elementary K-6 | Bachelor's +15 Step 1 | $39,338.00 | X | Kindergarten East End Elementary | 8/28/06 |
| John M. Svirsby | Type 61, Instructional I Mathematics 7-12 | Bachelor's Step 1 | $38,737.00 | X | Mathematics Cochranton Jr.-Sr. High School | 8/28/06 |
| Rebecca Schaef | Certification Change | Bachelor's +15 Step 2 | $39,838.00 | Full increment | | 8/28/06 |
| Amy R. Lawrence | Certification Change | Master's Step 2 | $40,337.00 | Full increment | | 8/28/06 |
| Lisa A. Shuffstall | Certification Change | Bachelor's +15 Step 2 | $39,838.00 | Full increment | | 8/28/06 |
| Peter N. Coppelli | Certification Change | Bachelor's +15 Step 5 | $42,009.00 | Full increment | | 8/28/06 |

Elementary School Counselor
Secondary School Counselor

DATE APPROVED: August 28, 2006

...\SCHEDULE=10-30-06.doc

## CRAWFORD CENTRAL SCHOOL DISTRICT
## BOARD OF SCHOOL DIRECTORS

### SCHEDULE B #189
### PROFESSIONAL APPOINTMENTS - SETTING OF SALARIES

The following persons shall be hired and employed in the following positions at the salary or compensation and on the starting date listed.

Page 1 of 1

| EMPLOYEE | SERVICE CERTIFICATION | POSITION ON SALARY SCALE | SALARY | TEMPORARY CONTRACT | PERMANENT CONTRACT | BEGINS |
|---|---|---|---|---|---|---|
| Rebecca E. Spadafore | Type 61, Instructional I Elementary K-6 | Master's Step 1 | $39,837 (Pro-rated) | LTS – Librarian for Sue Serra First District Elementary & West End Elementary | | 9/28/06 |

DATE / ᴬPROVED:   October 30, 2006