# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Dillon_ Date (Full or ½ day) _10-2_ Subject/Grade _5_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _Neason Hill_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Computer — Math Blaster, Rdg. Counts_
_Searched Internet on fish_

Period 2/Content Area _Lunch_

Period 3/Content Area _Math Mad Minute ; Checked Homework_
_on Odd numbers p. 22. Assigned even numbers X Around the World_

Period 4/Content Area _Orchestra_
_Study Hall_

Period 5/Content Area

Period 6/Content Area

Period 7/Content Area _2002-03_

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Renee Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

_nice job._

General comments or observations by teacher and/or principal.

PLAINTIFF'S
EXHIBIT
_30_

_Susy X Dillon_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name Mrs. Dillon  Date (Full or ½ day) 10-3  Subject/Grade 5

Substitute's Name Rowena Wagner  Phone No. 45-7651

School Neason Hill

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises — Attendance, Lunch Count
Fluoride, Pledge

**Period 2/Content Area** Computer Lab Educational - Math Blaster etc.
to min. free choice

**Period 3/Content Area** L.A. - Worksheet on question marks. Checked
together. Spelling - cherrypie game, assigned WS 18.

**Period 4/Content Area** Reading - 5 Question Test on Coral Reefs.
(Snack &) Restroom Break — During Snack, listened to Coral Reef

**Period 5/Content Area** Tape. Reviewed for test on Friday.
Music

**Period 6/Content Area** Math — Checked even numbers homework.
Worked together on Problem Solving (on the board) X Around the Wor

**Period 7/Content Area** Lunch / Recess
Social Studies - Handout sign lang. paper. Copied Woodland Char

**Period 8/Content Area** on the board & briefly discussed. Played dish gam
Science — Read & discussed p. 26-29 Extra Time "Peop

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. Worksheet
Hunting

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena VWagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

_excellent_

General comments or observations by teacher and/or principal.

_Susan Dillon_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Robbins_ Date (Full or ½ day) _10-3_ Subject/Grade _3_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _Neason Hill_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Math    Subtraction Whole Numbers. Explained Algebraic Patterns on Subtraction. Did First_

Period 2/Content Area _Reading   Spotlight Book   Making Origami   Read & made cat, cup or swan_

Period 3/Content Area _Computer   Math Blaster   Subtract coin_

Period 4/Content Area _Science   Read & discussed John Henry   listened to record player about John Henry_

Period 5/Content Area

Period 6/Content Area

Period 7/Content Area

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Wonderful job_
_Mrs. Robbins_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Robbins_ Date (Full or ½ day) _10-17-0_ Subject/Grade _3_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _Neason Hill Elem. School_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Math Introduced Numbers to Hundred Thousands. Students read and wrote numbers through thousands. Did p. of Check for Understanding, Practice p. 65 together. Homework practice 18 P._

Period 2/Content Area _Reading Students read "The Terrible EEK" with a partner._

Period 3/Content Area _Spelling Children worked on worksheet "The Terrible EEK" p. 27 & p. 29_

Period 4/Content Area _Science Introduced Sedimentary Rocks, How it forms, where and examples. Read p. 42. Reviewed Igneous Rocks_

Period 5/Content Area

Period 6/Content Area

Period 7/Content Area

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Great   Mrs. Robbins_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Nancy Robbins_ Date (Full or ½ day) _12-5-01_ Subject/Grade _3_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _Neason Hill Elem. School_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Math  Estimate Differences P. 130-131 Explained and showed examples on board. Did part of p. 131 on the board! Started Practice #34. Explained directions and did a couple of problems on the board and the rest for

**Period 2/Content Area** Reading  Vocabulary  Gine. Answered Comprehension Questions together homework Assigned to read Patchwork Quilt and parents sign back work

**Period 3/Content Area** Spelling  Worksheet #5)  Checked Together
→ Guidance Program

**Period 4/Content Area** Science  Minds On! Worksheet  Performed Experiment "Huff & Puff"

**Period 5/Content Area** English  Worksheet  Watch Your Commas

**Period 6/Content Area** Hand Writing P. 76 Letter J. Read Aloud a chapter on Harry Potter "The Potions Master"

**Period 7/Content Area** Computer  Word Pad  Typed Spelling Words 3x each  extra time Math Blaster on Subtraction or

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V. Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Wonderful_  _Mrs. Robbins_

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Powell_  Date (Full or ½ day) _4-7-05_  Subject/Grade _2nd_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _Neason Hill_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Morning Seatwork. Opening Exercises, Attendance, Flumide, Lunch Count, Calendar, Pledge

**Period 2/Content Area** Spelling Review Say & Spell, Tic, Tac, Toe, Grp. 1 won Grammar wkhk. p 92 together.

**Period 3/Content Area** Reading chorally read & discussed story, Our Socce Extra time finished morning seatwork.

**Period 4/Content Area** RR, Snack, Read Aloud, Where There's A Bear... Voc. Review p. 176, looked up words w/

**Period 5/Content Area** Partner in glossary. Practice Book p. 185 together, p 186 indep. corrected together.

**Period 6/Content Area** p. 187 explained did #1 tog. & 2-6 indep., corrected together, p. 188 together. Played voca. BINGO

**Period 7/Content Area** Math - Compared animal speed subtraction 1 & 2 together & indep. Reg. board paper indep. corrected together.

**Period 8/Content Area** Congruent shapes explained & examples given by students Cut out shapes worked w/ partners, reviewed congruent Shapes

General comments, observations and suggestions to increase your effectiveness as a substitute in the future

We had a great morning! 😊

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Mrs. Wagner did a very good job.

_Mrs. Powell_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name **Mrs. Porter**    Date (Full or ½ day) **2-27**    Subject/Grade **2**

Substitute's Name **Rowena Wagner**    Phone No. **425-7651**

School **West End**

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Mad Minute Seatwork. Opening Exercises.
All students were present.

**Period 2/Content Area** Reading — Sign Language (Reading Aide helped) p340.
Read Ham Radio and discussed. Workbook pages 144-150 Checked and returned.
Reading Aide and I divided students and read Puff, Flash, Bang

**Period 3/Content Area** S.S.R
Story Time    Chapter 8 of Mouse and Motorcycle

**Period 4/Content Area** Math — Daily Review #42. Explained Addition
Strategies. Gave examples in class. Did p.221 together p222

**Period 5/Content Area** Spelling/Writing              checked and showed
Practiced tail letters from spelling list.        answers on the boa

**Period 6/Content Area** Story Time — Guest reader Aunt Averyl came in
and read a story

**Period 7/Content Area** Science Read part of the book Beacons of
Light. Didn't finished — no time.

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V. Wagner_
Substitute's Signature

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:
Were lesson plans followed?    ☒ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal.

Very Good job- Room was
ready for next day
All papers checked

_Laurel Porter_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Porter_ Date (Full or ½ day) _3-4_ Subject/Grade _2_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _West End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises — new jobs, attendance, Lunch Cou, Flag, Song, Fluoride, Calendar. (All students were present.)

**Period 2/Content Area** Reading — Preview Story, Introduced voc word and meaning, Read about Author and Illustrator. Read and discussed story Angel Child, Dragon Child. Big Book p. 17 gave more words.

**Period 3/Content Area** S.S.R. | Watched Kdg's. Dr. Suess dress rehears
Read Aloud a chapter on Mouse & Motorcycle.

**Period 4/Content Area** Spelling. Pretest Checked independently. Assigned Spelling Contract — Teacher's pick sentences.

**Period 5/Content Area** Math — Checked morning paper. Clock — Practiced more minutes p. 177-178 and checked answers. Around the world —

**Period 6/Content Area** Workshop Kdg Letters Gg Subtraction Game. and Title, Setting, Problem etc. Workpaper.

**Period 7/Content Area**

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.

_Very Good job!_

_Laurel Porter_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Porter_ Date (Full or ½ day) _4-15-02_ Subject/Grade _2_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _West End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Students worked on seatwork on Present Tense verbs- Picked new jobs, attendance, lunch count, Flag song, Flouride, Announcements. Calendar, Weather & # of days.

**Period 2/Content Area** Art — Students did excellent — from Art Teacher. Exercise Break read by Austin C.

**Period 3/Content Area** Reading — Introduced Princess Pooh. Used Venn Diagram to compare sisters. Introduced Voc. words and meanings. Read Aloud Story to students and discussed. Read about Author & Illu.

**Period 4/Content Area** Big Book — Spelling keys p. 21. Wrote weekly goals in Diary. Extra Time — Students read w/ partners the Story Princess Pooh.

**Period 5/Content Area** Lunch

**Period 6/Content Area** SSR Read Aloud Ch. 8 on Trumpet of Swan

**Period 7/Content Area** Spelling — Pretest Math In View Practice Test

**Period 8/Content Area** Kdg. Letter Qq. Worked on Story Paper together Jen & Elliot read Best Friends — I asked questions about chapter 3.

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Very Good_    _Laurel Porter_
Signature of Regular Classroom Teacher

2001-02

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name **Mrs. Scott** Date (Full of ½ day) 6-3-02 Subject/Grade 2

Substitute's Name **Rowena Wagner** Phone No. 425-7651

School **West End**

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises - Attendance. Sierra was absent today. Lunch Count. Calendar, pledge, fluoride and circle about how we are felling on a 1-10 scale.

**Period 2/Content Area** Lang. Arts — Popcorned and discussed story "The Curve in the River." Discussed vocabulary and plot. — Workbook pages 231 & 236 discussed

**Period 3/Content Area** and completed together. Pages 233, 234, 235 and 237 — Went over directions and

**Period 4/Content Area** worked independently (some asked for help). — Checked workbook pages together. ✱ No time to write message in the bottle. Some students read

**Period 5/Content Area** quietly after answering workbook pages.

**Period 6/Content Area** Art

Lunch

**Period 7/Content Area**

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. Thanks for the detailed plans. We had a great time discussing the story. The students were very helpful. They'd make sure we didn't left out anything. Carly's aide was very helpful, t

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V Wagner_
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes ☐ No ☐ N/A     Very nice job!

General comments or observations by teacher and/or principal.

_Beverly L. Scott_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Scott_    Date (Full or ½ day) _10-6-03_ Subject/Grade _2_

Substitute's Name _Rowena Wayer_    Phone No. _425-7651_

School _West End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Assigned new jobs, Attendance, Lunch Count, Calendar, Pledge, Day Chart, Weather, Schedule, Chart_

Period 2/Content Area _L. Arts. Dictated spelling words, spelling chart, correct words & resource notebooks. Read & discussed_

Period 3/Content Area _"Cricket & Mingo". Write about something that was hard to learn. Shared in class._

Period 4/Content Area _Fire Safety 10:00 - 11:00_
_L. Arts - continued above._

Period 5/Content Area _Lunch & Recess_

Period 6/Content Area _Math Game directions to number sentences, on the board examples were given. Cut, paste & write. Some students didn't finished._

Period 7/Content Area _Social Studies R/discussed firefighter, School together answered each page, Dalmatian paper & helicopter_

Period 8/Content Area _job assignm. clean up & dismissed fire._

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_Thanks for being so organized_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wayer_
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

_Nice Job!_

General comments or observations by teacher and/or principal.

_Beverly A. Scott_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Sayre_ Date (Full or ½ day) _12-8-04_ Subject/Grade _1st_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _West End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Morning Exercises Attendance, Pledge & lunch count, fluoride & chips. Meeting —

**Period 2/Content Area** calendar, ones & tens, sentence, letter wall words clap. Hokey Pokey. Handwriting

**Period 3/Content Area** practice Kk on white chart paper & did p. 72 Read Aloud, Merry Christmas Big Hungry

**Period 4/Content Area** Bear and Independent Reading. Two students shared. Sentence activity.

**Period 5/Content Area** Reviewed Writing Process. Edit Mrs. Sayre's letter. Played 7up & Cherry

**Period 6/Content Area** Pie. Lunch & Santa's Workshop Snack - Kameron's treat. Math - number line

**Period 7/Content Area** on the board & examples. Number line worksheet. Independent Reading Health

**Period 8/Content Area** Soc. Studies - Weekly Reader - Baby Seal discussed.

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Play Time. Dismissed.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.
Mrs. Wagner did a good job.

_Mrs. Dianna Sayre_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Weathers_  Date (Full or ½ day) _11-9-04_  Subject/Grade _5th_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _First District_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Attendance, Lunch Count, Inside, Pledge_

Period 2/Content Area _Computer Lab - Typed Spelling Words in ABC Order, teacher checked & allowed_

Period 3/Content Area _students to play math games._
_Math- passed back test. Corrected HW & collected Works_

Period 4/Content Area _Reteach 23 & Extend 23._
_Social Studies - Worksheets 34 & 35. When finished_

Period 5/Content Area _read pages 129-132. Homework pg. 127_
_Social Studies - same as above    Snacks_

Period 6/Content Area _Lang. Arts - Spelling p. 51 & Grammar p. 4_
_Corrected. Lunch    Recess outside    Orchestra_

Period 7/Content Area _Lunch    Recess outside    Orchestra_
_Study Hall_

Period 8/Content Area _Gym_
_Dismissed_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
_Thanks! We had a good day_ (☺)

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Good Job._

_Mark S. Weathers_
Signature of Regular Classroom Teacher

DLZ

## CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Morini_  Date (Full or ½ day) _11-19-04_  Subject/Grade _6th_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _First District_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Attendance, Fluoride, Flag Salute_

Period 2/Content Area _Math - Mad Minute, corrected together & collected. BINGO Worksheet due Monday_

Period 3/Content Area _Health Eng/Rdg. read & discussed Ch. 12 & 13, KWL chart,_

Period 4/Content Area _Ch. 12 & 13 chart & paragraphs, Riding the Freedom Train Worksheet (due Monday)._

Period 5/Content Area _Lunch   Recess (outside)_

Period 6/Content Area _Science  Read 4 stories packet & discussed Students chose favorite story & draw (color) due Monday._

Period 7/Content Area _Science - Same as above_

Period 8/Content Area _Finish AM work Dismissal_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Great Job!_   _Mrs. Morini_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Morini_   Date (Full or ½ day) _3-3-05_  Subject/Grade _6_

Substitute's Name _Rowena Wagner_   Phone No. _425-7651_

School _District_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises - Attendance, lunch count, Pledge, fluoride, lunch cards

**Period 2/Content Area** Math - corrected C9 & C10 worksheets. Reviewed exponents, prime & composite factorization. Did check for understa on the board. Assigned pg. 176 even only.

**Period 3/Content Area** L. Arts - skill book p.77 subj & verb agreement examples on the board. Diagraming sentences (borrowed Mrs. B's book) on the board. Wrote letter to Mrs. Lutz.     LUNCH

**Period 4/Content Area** _Rm. 16 and 17_

**Period 5/Content Area** Science - Rm. 16 discussed pgs. 30-31. Read & discussed "Wave Action". Sciencesaurus read

**Period 6/Content Area** & discussed pgs. 306-307. Assigned pgs. 31-32 in packet, did not finish → HW

**Period 7/Content Area** Chorus    Spelling pgs. 132-135 or other homeworks/projects. Clean up

**Period 8/Content Area** Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a good day!

Please sign this and give it to the secretary in the Office before you leave for the day.

Thank You,
_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Great job!!

_Mrs. Morini_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Ms. Costello / Ms. Foster_    Date(Full or ½ day) _4-8-05_    Subject/Grade _2nd_

Substitute's Name _Rowena W Snow_    Phone No. _425-7651_

School _ED785_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Rm 5 (Ms. Foster) 3 laps, Restroom, Snacks, Writing Workshop (some students shared)

**Period 2/Content Area** Started workshop Rm 6 (Ms. Costello) 2 laps, Snacks, RR.

**Period 3/Content Area** Art. Lunch.

**Period 4/Content Area** Rm 5 (Ms. Foster) Picked up from Lunch, Outside Recess (2 groups) Passed out papers, cleaned

**Period 5/Content Area** up, reading Book bags etc. Movie: "Rdg Rainbow" Gym

**Period 6/Content Area**

**Period 7/Content Area**

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_Thank you!_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Snow_
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher:

Were lesson plans followed?    ☑ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal.

_great job!_

_Tammy L. Foster_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Morini_ Date (Full or ½ day) _5/24/05_ Subject/Grade _6th_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _First Dist._

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** _Opening Exercises – Attendance, Lunch Count, Fluoride, Pledge_

**Period 2/Content Area** _Math – Practiced fraction on the board p. 230_

**Period 3/Content Area** _Gym (sell T-Shirts) English – Right Wrd p. 36 & 40_

**Period 4/Content Area** _Reading – Intro Vocab. Read & discussed_

**Period 5/Content Area** _story S.O.R. Series. RB together p. 8-11 Lunch Inside recess_

**Period 6/Content Area** _Science (Button) Viewed video. Explained what to do on packet & test. Worked_

**Period 7/Content Area** _on packets._

**Period 8/Content Area** _Orchestra Spelling Science (Morini) Same as above_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher.
Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.

_Good Job._

_Anne Morini_
Signature of Regular Classroom Teacher

*field Trip*

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Morini_   Date (Full or ½ day) _5/25/05_   Subject/Grade _6th_

Substitute's Name _Rowena Wagner_   Phone No. _425-7651_

School _4 District_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises — Announcement._
_Flag, Attendance, Lunch Count, Fluoride_

Period 2/Content Area _Math Reviewed Fraction Addition_
_of Fraction & subtraction on the board_

Period 3/Content Area _used Practice 56 & 57.   MUSIC_
_English — Right Word pages 37 & 44 together_

Period 4/Content Area _Reading — Intro Vocab.  Previous Knowledge_
_on impressing other people. Read &_

Period 5/Content Area _discussed "Seventh Grade Diary" (Fun ☺)_

Period 6/Content Area _Partial B 17 together_
_Lunch, Recess_
_Science — showed Wetland video,_

Period 7/Content Area _Packet & test_
_Science — same as above._

Period 8/Content Area _Spelling — pp. 143-144 together, Book Report_
_Cleaned up   Dismissed_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_We had a good day ☺_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Great Job!_

_Mrs. Morini_
Signature of Regular Classroom Teacher

*file trip*

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name **Mrs. Morini**   Date (Full or ½ day) **5/26/05**   Subject/Grade **6th**

Substitute's Name **Rowena Wagner**   Phone No. **425-7651**

School **F District**

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Attendance Lunch Count, Pledge, Fluoride.

**Period 2/Content Area** Math - reviewed fractions on the board p. 597. Reminded students about Test tomorrow. Library

**Period 3/Content Area** English - Number & Sight Word pp 38 & 42.

**Period 4/Content Area** Reading - Intro Vocab. Previous Knowledge. Read & discussed story (GOOD Discussion) did p 115 together (no time.) Lunch Recess

**Period 5/Content Area** Science - viewed video, worked on packets & test.

**Period 6/Content Area** Science - same as above

**Period 7/Content Area** Chorus   Spelling   Study Hall

**Period 8/Content Area** Cleaned up   Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

*Rowena Wagner*

Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Great job.

Mrs. Morini

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Morini_ Date (Full or ½ day) _6-1/2005_ Subject/Grade _6th_

Substitute's Name _Roura Wagner_ Phone No. _425-7651_

School _District_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Morning Exercises — Announcements, Pledge, Lunch Count, Attendance, Fluoride

**Period 2/Content Area** Math — corrected HW. Did add & mixed w/ unlike denominators on the board. HW p. 229 6,14

**Period 3/Content Area** Music English — silent reading & Graduation questions. Reading — read aloud

**Period 4/Content Area** shape poems. Did own shape poem. Lunch Science — Soil, assessed prior knowledge,

**Period 5/Content Area** Read pg. 13, 16-18 & discussed. Explained Minds O. p. 3 & 6. New voc. words do 1-3 & 11.

**Period 6/Content Area** Science — same Spelling test  Study Hall  finished AM

**Period 7/Content Area** work & HW. Cleaned up & dismissed.

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_____
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed? ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Great Job!

_Mrs. Morini_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT *LPM 10-24-03*

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Patton_  Date (Full or ½ day) _10/22/03_  Subject/Grade _Kdg_

Substitute's Name _Rowena Wagner_  Phone No. _425-1651_

School _East End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises: Attendance, Lunch Count, Fluoride, Pledge

**Period 2/Content Area** Circle Time: Calendar, Weather, Color of the week brown, "I spy game" find

**Period 3/Content Area** Something brown, Tongue Twister. RR, A9-A10 letter people booklet Color AM paper

**Period 4/Content Area** Grandma Redder. She's an excellent Story Teller. We enjoyed her story. Continued coloring AM

**Period 5/Content Area** paper. Library, RR. Continued AM work cutting & glued. Lunch finished AM work

**Period 6/Content Area** Outside recess. Math - physical activity "Simon Says" 1-5 movements

**Period 7/Content Area** Color number activity together. Quiet time.

**Period 8/Content Area** Read Aloud 3 Bears. Extra Play time. Clean-up. Ready. Dismissed.

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a busy day today! All plans were covered & I did some extra. The students worked very hard. Thanks for the organized plans. ~ Materials

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Room left in neat order.

_Linda Patton_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name Mrs. Serra    Date (Full or ½ day) 10/24/03    Subject/Grade Library Grade 6, 4,

Substitute's Name Rowena Wagner    Phone No. 425-7651

School East End

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area Gr. 6 (Reisenweber) Students evaluated reading through oral presentation. Used rubric to evaluate. Circulation, Check out & Check In.

Period 2/Content Area Gr. 6 (Mrs. Such) Same as above. Mrs. Longo (e.s. aide) helped on both periods. She's wonderful.

Period 3/Content Area Gr. 4 (Mrs. Bailey) Discussed Mystery Books that they read & elements. Isle to The Case of the Missing Pearls, Pearl & Abduction! The Case of the Chinese Restaurant & solution. These stories were taken from the Book Encyclopedia Brown takes the case. Circulation.

Period 4/Content Area

Period 5/Content Area

Period 6/Content Area Gr. 4 (Mrs. Imble) discussed Mystery Books they read & elements, Read aloud The Case of the Bitter Drink & solution from Encyclopedia Brown. Circulation!

Period 7/Content Area Gr. 1 (Bazylak) Circulation. Finished Just Right Bear

Period 8/Content Area Gr. 1 (Stanton) Same    Poster

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

All plans were covered. Thank You!

Please sign this and give it to the secretary in the Office before you leave for the day.

Rowena V Wagner
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Nice Job.

Sue Serra
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Lerch_   Date (Full or ½ day) _4-1-04_ Subject/Grade _6_

Substitute's Name _Roxiya Wagner_   Phone No. _425-7091_

School _East End_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Morning Exercises_ _Attendance, Lunch Count, Fluoride, Pledge. Bell Ringer papers._

Period 2/Content Area _Math_ _Practice 77, p-302 and 308 Assigned. Angles and Fractions paper._

Period 3/Content Area _Recess - outside_

Period 4/Content Area _Reading - practice play "Your Three Minutes Are Up", didn't finished._

Period 5/Content Area _Science - panther review on flatworms & round worms using handouts._

Period 6/Content Area _Science - reviewed flatworms & Roundworms._

Period 7/Content Area _Lunch._

Period 8/Content Area _Workshop - Writing to a Prompt._
_Art_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Roxura Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☑ Yes   ☐ No   ☐ N/A   _She survived!_

General comments or observations by teacher and/or principal.

_Hire her._

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. S. Everitt_ Date (Full) or ½ day) _10-9-01_ Subject/Grade _4_

Substitute's Name _Mrs. Rowena V. Wagner_ Phone No. _425-7651_

School _Cochranton Elem - School_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Math. Checked paper together pg. 34. Gave form B test as practice and played Addition game._

Period 2/Content Area _Reading_ _Tuesday group shared jokes & poems. Read and discuss the story "Dash, Plain & Tall" pp. 94-110._

Period 3/Content Area _Lang. Arts - Read Aloud "Tales of a fourth Grade Nothing" Taught Compound subject and predicate. Did 1-5 p.14. Students gave examples to use for understanding assigned pg p.15._

Period 4/Content Area _Writing Students wrote spelling word in a sentence on tracked writing paper._

Period 5/Content Area _Soc. Studies Read and discussed pp. 18-21_

Period 6/Content Area _Science Reviewed parts of a flower. Read and discussed pp. 28-29_

Period 7/Content Area

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.

_An outstanding job!_

_Shirley Everitt_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs Dye_  Date (Full or ½ day) _5-10_  Subject/Grade _1_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _Coch. Elem._

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises Pledge, Flouride, Attendance, Calendar, Weather, etc._

Period 2/Content Area _L.A. Spelling Final Test, Lesson 8 Ident. Rhymes, Blending words, Workbook pages 15 & 16 & introduced "Mary Mack"_

Period 3/Content Area

Period 4/Content Area _Workshop — Worksheets # 58 & 151 Read "Superhero to the Rescue" Mrs. A & I had a grp. each._

Period 5/Content Area _Lunch & Recess (duty)_

Period 6/Content Area _Show & Tell - Only one person had the chance we didn't have time._

Period 7/Content Area _Math — Mr. Williams on "Skunk" 2 digit Subtraction Sheet_

Period 8/Content Area _Scholastic newspaper "Plants on the Go" read & discussed._

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. _Dismissal_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Rowena does a very good job!_

_Leslie J. Dye_

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Molly Miller_ Date (Full or ½ day) _9/16/05_ Subject/Grade _Music_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

_well-behaved, very cooperative, pleasant_

**Period 1/Content Area** Grade 6 (Wheaton) P. 10
Returned Natl Anthem paper. Discussed beat used words
that have 1, 2 et 4 syllable. Listened to Caribbean tune
et R. Day Dole.

**Period 2/Content Area** Grade 5 (Mason) Returned papers. Discussed
thinking positive. Listened to song, discussed rhythm & beat. Listened
to Pachers. We had a great day!

_neat! organized!_

**Period 3/Content Area** Grade 3 (Stockton) talked about What They
want to be when they grow up. Listened to "I Care About Being
Me." Discussed. Composition #5. Extra Time ? up

**Period 4/Content Area** Grade 3 (Wagner) Same as above!

**Period 5/Content Area** LUNCH/PLAN 11:25 - 12:35

**Period 6/Content Area** KDG. (MRS. MARUSKA) Played Triangle &
Tambourine. Firey Played "Their Duet". Listened The Tortoise.

**Period 7/Content Area** GR. ? (Dye) & Blue Bird.
Listened & discussed Everybody Says & Beat no beat
calling

**Period 8/Content Area** KDG. (Ms. Hope) Intro. Two Trinst.
Watched Video "My Many Colored Days"

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Great sub!!_

_Molly C. Miller_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs Fisher_ Date (Full or ½ day) _10-8-03_ Subject/Grade _1_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises - Student Teacher
Math Problem of the Day - Student teacher

**Period 2/Content Area** Read Aloud (Student teacher) Tech.
Open Court - Getting startd add a soun

**Period 3/Content Area** Ch 222 Phonemic Awareness. Phonics Intro.
/o/ spelled /o/ used tape to hear /b/ story. Thumbs up

**Period 4/Content Area** Thumbs down activity. Blending on the
board lines 1-4. Didnt finished. (Openheness)

**Period 5/Content Area** Health Screening
Fire safety - told children what to do

**Period 6/Content Area** fire trucks & ambulance
Get Ready for lunch, RR, Lunch, Recess, R

**Period 7/Content Area** Read Aloud (Student teacher) Stop, Drop &
**S.T.** Math - Chapter Test p 71 (Chapter Test 2 (not finished)

**Period 8/Content Area** Gym
Fire Drill 2:10

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. (Student teacher)

Thanks! Student teacher did an excellent job!
She is very patient & has a good sense of humor

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

---

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal. Thanks Rowena I
know your patience & ability worked very well
on such a hectic day. Mrs C Fisher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Everitt_ Date (Full or ½ day) _10/13/03_ Subject/Grade _4th_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Attendance, Fluoride, lunch Count, Change jobs, Flag Salute

**Period 2/Content Area** Math → Reviewed 20 Polygon. Checked Homework. Did p. 326 together. Flash Cards (+) Dares.

**Period 3/Content Area** RR, Snack, Read Jokes Reading — Preview, Evaluate Prior Knowledge p 120E TM

**Period 4/Content Area** HEALTH Cont. Rdg. — Passed out new voc. words discussed

**Period 5/Content Area** meanings. P 34 of PB Independently. Checked Sustained Silent Rdg.

**Period 6/Content Area** RR, Lunch, Recess, RR

**Period 7/Content Area** Lang Arts — Unit Check up p. 24. Spelling — Gave out new list of words. Looked for patterns

**Period 8/Content Area** Wrote words in cursive. S. Studies — p. 23. Reported & discussed. Shared [illegible] relatives jobs I tell of its [illegible] [illegible]

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. Science — Test

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

---

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Excellent job, as usual!

_Shirley Everitt_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Maruska_ Date (Full or ½ day) 11/14/03 Subject/Grade _Kdg_

Substitute's Name _Rowena Wagner_ Phone No. _425-7654_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Free Play, attendance, assigned helpers, lunch count, fluoride, Calendar, 100 chart, Flag Salute._

Period 2/Content Area _On the carpet - Flash Cards, read aloud Click, Clack, Moo Cows that Type goals_

Period 3/Content Area _Cut/Glue/Color Slang Shades Writing Workshop - 3 grps. favorite part of the story_

Period 4/Content Area _Tracing & Hidden Pictures w/ Grandma Pat._

Period 5/Content Area _Workshop Bus dot to dot Squirrel p. 34 # 7, 8, 9 together_

Period 6/Content Area _Lunch/SSR w/ Classical Music/Inside recess/Heads down, calm down / Show & Tell_

Period 7/Content Area _GYM Math - Geo Boards_

Period 8/Content Area _Science - Cards # 7 & 8 discussed Wrapped up, Clean up, discussed_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. _Thanks for being so organized, it really helps a lot! We had a great day._

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:
   Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Rowena does a fantastic job! All plans re taught, and she_ _Kathleen Maruska_ _fills in nicely with_

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name Mrs. Maruska   Date (Full or ½ day) 11/19/03   Subject/Grade Kdg.

Substitute's Name Rowena Wagner   Phone No. 425-7654

School CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Free Play — Lunch count

(Opening Exercises) Attendance - all present, Flag Salute,

**Period 2/Content Area** Counting Chart, Calendar, Flash Cards,

Goals for the day, Fluoride

**Period 3/Content Area** Read Aloud BIGGER and The Stray

Dog made predictions, discussed characters & ?

**Period 4/Content Area** Writing (WRITING WORKSHOP) Journal

3 BO pictures, drew favorite part of the story

**Period 5/Content Area** Art The Stray Dog w/ Mr. Joy, color by number

page 22 (5-9) together, Print B together

**Period 6/Content Area** RR Lunch Quiet Time w/ classical mus.

Cut, Glue, Color 10 pumpkins Workshop Bins 10 min ea

**Period 7/Content Area** Science Discussed Cards 11 & 12.

Extra Time: Watched Little Bear

**Period 8/Content Area** Extra Play Time 20 min. Buddy

Rdg 15 min. Wrapped up, Clean up

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

dismissed

All plans were covered. Plans and materials were

very organized. We had a great day together. thanks.

Please sign this and give it to the secretary in the Office before you leave for the day.

Rowena Wagner

Substitute's Signature

---

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Good use of fill-in time with classical music,

buddy reading, etc. Kathleen Maruska

Great rapport with students!

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name  Mrs. Maruska  Date (Full or ½ day) 11/14/03  Subject/Grade Kdg.

Substitute's Name  Rowena Wagner  Phone No. 425-7654

School  CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Free Play, attendance, assigned helpers, lunch count, fluoride, Calendar, 100 chart, Flag Salute.

**Period 2/Content Area** On the carpet - flash cards, read aloud Click, Clack, Moo Cows that Type  goals

**Period 3/Content Area** Cut/Glue/Color Stamp Shades Writing Workshop - 3 grps. favorite part of the story

**Period 4/Content Area** Tracing & Hidden pictures w/ Grandad Pat

**Period 5/Content Area** Workshop Bins  dot to dot Squirrel p. 34  # 7, 8, 9, together.

**Period 6/Content Area** Lunch/SSR w/ Classical Music/Inside recess/Heads down, Calm down / Show & Tell

**Period 7/Content Area** GYM  Math - Geo Boards

**Period 8/Content Area** Science - cards # 7 & 8 discussed. Wrapped up, Clean up, discussed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future. Thanks for being so organized, it really helps a lot. We had a great day.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Rowena does a fantastic job! All plans are taught, and she _Kathleen Maruska_ fills in nicely with appropriate activities.
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Mack-Maruska_  Date (Full or ½ day) _12/5/03_  Subject/Grade _1_

Substitute's Name _Rowena Wagner_    Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Attendance, Lunch Count, jobs, Class matters, Pledge & Song. Fluoride_

Period 2/Content Area _Handwriting  Writing Sentences read together note word wall words. Read Aloud Stranger In The Woods_

Period 3/Content Area _Sun & salt w/ partners. Prediction. Snack/RR_

Period 4/Content Area _Read Lazy Duck, Story Retelling (saved papers). Independent Rdg. Short U paper._

Period 5/Content Area _RR, Lunch, Recess Duty, RR_

_Computer Lab - Kid Pix typed color word & stamp._

Period 6/Content Area _& Primary grade "Bug on a Wire"_

_* Fun Computer Activities *_

Period 7/Content Area _Math - 100's pocket chart_

_Get Ready, cleaned up    Library_

Period 8/Content Area _Dismissed_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_Thanks for the detailed plans. We had a great day!_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
                                    Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Well done - thanks!_

_Melissa Mack Maruska_
Signature of Regular Classroom Teacher

## CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Pickus_ Date (Full or ½ day) _4-30_ Subject/Grade _2_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _Coch. Elem._

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Spelling — Played Sparkle. Pretest_
_for WOW Club?_

Period 2/Content Area _L.A. Vocabulary — act out 2 and_
_Students will guess. Write a sentence using voc. words_
_and partner draw the sentence._

Period 3/Content Area _Grammar — Adjectives gave examples._
_Explained antonyms finish project did 6 on the board_

Period 4/Content Area _Hereth_
_Math — Assessment Part I_

Period 5/Content Area _Zachary C. read a story._
_continued Math Assessment I_

Period 6/Content Area _Soc. Studies_
_Scholastic News — Discover the Deep_

Period 7/Content Area _Computer Lab.      Poem_
_Scholastic.Com_

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

----

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes ☐ No ☐ N/A    _Good job!_

General comments or observations by teacher and/or principal.

_[signature]_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Buckeye_ Date (Full or ½ day) _1/3/04_ Subject/Grade _Phys. Ed./Hea_

Substitute's Name _Rowena Wagner_ Phone No. _425-7654_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area (Breakfast Duty) 8:00 - 8:23

Period 2/Content Area Gr. 6 (McCullough) Gymnastics.
Stretches. Class divided into grps of 3 station @ build

Period 3/Content Area Pyramids (b) flips, superman etc (everybody's favori
(c) Tumbling skills. We spent 10 min each station and
the last 10 min. I had everyone lined

Period 3/Content Area and we did station B. We had a lot of fun
Gr. 5 (Mrs. Kantz) same as above)

Period 4/Content Area Gr. 4 (Malone) showed Pyramid video, they
worked on P.Pyramid paper while watching the video. We check
the paper together. Got points and decided on a
piece of paper. Collected & saved paper.

Period 5/Content Area Gr. 2 (Merz) same as period 2 & 3

Period 6/Content Area Kdg (Lasacare) Gymnastics

Period 8/Content Area Kdg (Ahls) Gymnastics

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

I had a fun day! ☺ Great!

Please sign this and give it to the secretary in the Office before you leave for the day.

_____
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☑ Yes   ☐ No   ☐ N/A    Great job.

General comments or observations by teacher and/or principal

_____
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Mack-Maruska_ Date (Full or ½ day) _12/5/03_ Subject/Grade _1_

Substitute's Name _Roweena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Attendance, Lunch Count, Jobs, Class notes, Pledge & Song. Flouride_

Period 2/Content Area _Handwriting, Writing Sentences read together note word wall words. Read Aloud Stranger In The Woods_

Period 3/Content Area _Turn & talk w/ partner. Prediction. Snack/RR_

Period 4/Content Area _Read Lazy Duck. Story Retelling (saved papers). Independent Rdg. Short U paper_

Period 5/Content Area _RR, Lunch, Recess Duty, RR Computer Lab - Kid Pix typed color word & stamp._

Period 6/Content Area _1 Primary grade: "Bug on a Wire" * Fun Computer Activities *_

Period 7/Content Area _Math - 100's pocket chart Get Ready, cleaned up    Library_

Period 8/Content Area _Dismissed._

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_Thanks for the detailed plans. We had a great day!_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Roweena Wagner_
Substitute's Signature

....................................................................

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

_Well done- thanks!_

_Melissa Mack Maruska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Mark Maruska_ Date (Full or ½ day) _5/25/04_ Subject/Grade _1st_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** _Opening Exercises – Lunch Count,_
_Attendance, Atomics, Pledge & Song "This Land is Your Land",_

**Period 2/Content Area** _Initiate, Jobs (calendar, money, days etc.)_
_Spelling – Practiced used Magic Slates. We also used_
_areas in centers._

**Period 3/Content Area** _Shared Rdg. – (w/ Turn & Talk, partner) Poem &_

**Period 4/Content Area** _Clyde Monster._
_Super Readers Club + (5 min) b min. P.R. Work_

**Period 5/Content Area** _Practice (for Jeud #2), Announcement._
_Rdg. Workshop                    Rdg. Logs_

**Period 6/Content Area** _Read Aloud "Afternoon on the Amazon_
_Ch. 7 & 8                     Lunch)  Recess        R.R./Drink_

**Period 7/Content Area** _Writing Workshop          R.R._
_Health_

**Period 8/Content Area** _Math – Adding 3 digits. divided_
_class into Ams. & 3.   FUN ACTIVITY (w/_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
_Thanks for the detailed plan! We_
_had a good day._

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

..............................................................

To be completed by the regular classroom teacher:

Were lesson plans followed? ☒ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal.

_Very nice_

_Theresa Mark Maruska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Maruska_  Date (Full or ½ day) _____  Subject/Grade _Kdg._

Substitute's Name _Rowena Wagner_  Phone No. _425-765_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area  _Opening Exercises - Free Play,_

_Attendance, Lunch Count, Pledge, Number_

Period 2/Content Area _Chart, flash cards, Story, A House_

_for Hermit Crab, "A Hunting I am" w/ CD_

Period 3/Content Area _& Henside_

_Sustained Silent Reading   ART_

Period 4/Content Area

_Workshop   P-Printing  T-Small books) T-Handwriting_

Period 5/Content Area _part of story, A House for Hermit Crab, draw_  _letter U & face_

_Ready for Lunch, RR, Lunch_

Period 6/Content Area _Quiet Time, watched "Blue Clues" on_

_Telling Time.  Recess_

Period 7/Content Area _finished Handwriting/ pgs - 24, 52 & 53_

_Listening Lesson w/ Mrs. B._

Period 8/Content Area _Weekly Reader MLK, Jr., Show & Tell._

General/comments, observations and suggestions to increase your effectiveness as a substitute in the future. _extra play time.  Clean up.  Dismissed_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Organized, efficient_

_Kathleen Maruska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_   Date (Full or ½ day) _3/19/04_ Subject/Grade _1_

Substitute's Name _Rowena Osgar_   Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercise - Attendance,
Lunch Count, Fluency Calendar, #9 days.

**Period 2/Content Area** weather, flag salute
Read Aloud Wilfred Gordon Partridge McDonald

**Period 3/Content Area** by Mem Fox, Purpose retelling BME
on chart. Important Event paper.

**Period 4/Content Area** Spelling Test, Show & Tell
RR/Snack SS

**Period 5/Content Area** Workshop (Mrs. Baker helped)
Small group w/ me read The Opossum

**Period 6/Content Area** Recess!, Lunch, Recess (Duty)
Read Ch. 1 of Pirates Past Noon

**Period 7/Content Area** Mrs Williams - guest reader
Math - reviewed penny, dime & nickel

**Period 8/Content Area** 269 1 & 2 together 3-5 HW 270 together
Worksheet Independently. Reading Assign. by

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Music     Dismissed!

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Osgar_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☐ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal. Rowena did an
awesome job & completed my plans which
she taught this day. Carole Fisher
Everything was well
organized & children did not lose instruction
time. Thanks, Rowena            Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_   Date (Full or ½ day) _3/25/04_   Subject/Grade _1_

Substitute's Name _Rowena Wagner_   Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Morning Exercises Attendance, Lunch Count, Fluoride, Calendar, # of days, Weather, Peg

**Period 2/Content Area** Salute. Read Aloud. Spring Talk puzzle Text to Text Connection. Lang Arts. Pen/Count

**Period 3/Content Area** Blending TM 36B & word Cty game on the board. RR. Workshop (Mrs. Grover helped)

**Period 4/Content Area** Gave quizette, gts to worksheets. Small group read "Cranky Hank"

**Period 5/Content Area** Health (Lunch) (Recess Duty) Read Chapter 9 & 10 "Pirate Pete & Joon", RR

**Period 6/Content Area** Shelby-Guest Reader. Math - Reviewed Penny, Dime & Nickel. Xtd Chpt.

**Period 7/Content Area** Review. Nickel Worksheet. Science - Purple Machines in magazines.

**Period 8/Content Area** Cleaned desks. Character Ed. Read The Way I Feel Personality Profile.

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a good day Friday! Thanks.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

........................................................

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal. Very good work as always. Rowena is dependable, trustworthy & hardworking.

_Carole Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Mark-Maruska_ Date (Full or ½ day) _5/25/04_ Subject/Grade _1st_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Lunch Count_
_Attendance, Promise, Pledge & Song "This land is Your Land,"_

Period 2/Content Area _Jinterial, Jobs (calendar, money, days etc.)_
_Spelling - Practiced used Magic Slates. We also used write in sentences._

Period 3/Content Area _Shared Rdg. - (Turn & talk partner) Pam &_
_Clyde Monster._

Period 4/Content Area _Super Readers Club + jim) 6 min. RR/drink_
_snack (for Save RK), Announcement._

Period 5/Content Area _Rdg. Workshop         Rdg. Logs_
_Read Aloud "Afternoon on the Amazon_
_ch. 7 & 9_

Period 6/Content Area _Lunch, Recess.        RR/Drink_

Period 7/Content Area _Writing Workshop     RR_
_Health_

Period 8/Content Area _Math - Adding 3 digits divided_
_class into ones, & ?. FUN ACTIVITY_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
_Thanks for the detailed plan! We_
_had a good day._

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

......................................................................

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.
_Very nice_

_Theresa Mark Maruski_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name **Mrs. Maruska** Date (Full or ½ day) 9/23/04 Subject/Grade **Kdg.**

Substitute's Name **Rowena Wigner** Phone No. **425-7651**

School **CES**

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Picked up students from Lunch, quiet time. Read aloud *Tony and The Tree House*

**Period 2/Content Area** Dot to Dot 1-10 & color.
Recess    Restroom

**Period 3/Content Area** Color 2 & 3 p.1 did not finished

**Period 4/Content Area** Library
Restroom

**Period 5/Content Area** finished coloring 2&3
Clean up

**Period 6/Content Area** Dismissed

**Period 7/Content Area**

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Thank you, We had a nice afternoon.

Please sign this and give it to the secretary in the Office before you leave for the day.

Rowena Wigner
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher.
Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.
Lesson plans, completed, Rowena has a good rapport with students.

Kathleen Maruska
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Erdley_ Date (Full or ½ day) _9/16/04_ Subject/Grade _4th_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises - Attendance, Lunch Count, Pledge._

Period 2/Content Area _Spelling - Pretest corrected together & saved. Reading - Workbook pages 102 & 104._

Period 3/Content Area _Lang. Arts. Interrogative & Declarative Sentences, Discussed. Students gave Examples!._

Period 4/Content Area _Did p. 4 1-6 together. p. 5 did #7 and independent 8-20 even only._

Period 5/Content Area _Handwriting letter It on the board. pp 4 & 5 in Handwriting book. Did not finished._

Period 6/Content Area _Art 10.00 - 10:45_

Period 7/Content Area _Soc. Studies_

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed? ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal

_Great job !!!_

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name Mrs. Fisher    Date (Full or ½ day) 9/29/04    Subject/Grade 1

Substitute's Name Rowena Wagner    Phone No. 425-7651

School CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area Opening Exercises — Attendance, Lunch Count, Fluoride, Calendar, weather, # of days

Period 2/Content Area flag salute, quiet time and Problem of the Day.

Period 3/Content Area Read Aloud The Biggest Leaf Pile Handwriting Letter C p.7

Period 4/Content Area Open Court, Tin Man, Phonemic Awareness TM p.209. reviewed /a/ & /i/. Blending p.20. Read

Period 5/Content Area the Pass Activity sheets Health Screening 10:30 - 11:00    RR    Lunch

Period 6/Content Area Recess Restroom Math p.53 together, played game on p.54 with partner,

Period 7/Content Area Health

Period 8/Content Area Science read & discussed pp 6 & 7 Dismissal

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_____
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?    ☑ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal. Thanks for coming in you're great!

Carole Fisher
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_    Date (Full or ½ day) _9/30/04_    Subject/Grade _1_

Substitute's Name _Rowena Wagner_    Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Opening Exercises Attendance, lunch count, Huddle, Calendar, Weather, # of days_

Period 2/Content Area _flag salute, quiet time & problem of the Day_

Period 3/Content Area _Read Aloud Curious George Goes to School. HandWriting Jandit letter Op_

Period 4/Content Area _Open Court 1. Phonemic Awareness, TM p. 225 (2) Phonics intro (b) listened to tape, into Card Workshop._

Period 5/Content Area _Gym - Lunch, Recess, Duty, RR_

Period 6/Content Area _Read Aloud, Dairol Song, Do School's Math p. 55, Graph Activity of Justice FUN!_

Period 7/Content Area _Workshop - finished 1 ART work reread Nan's Family DRA Ms. Geo & Ms. Kaatz_

Period 8/Content Area _RR, Finished Math Dismissed_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?    ☒ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal. _Thanks. You always do a wonderful job! You are truly someone I can depend on to keep my classroom going._

_Carole J. Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_    Date (Full or ½ day) _Oct. 1, 2004_    Subject/Grade _1_

Substitute's Name _Rowena Wagner_    Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Attendance, Lunch Count, Hillside, Flag, Quiet Time, Calendar

**Period 2/Content Area** # of Days, Weather, Problem of the Day Read Aloud    Falling Leaves)

**Period 3/Content Area** Handwriting. letter s.  Open Court Reviewed b/ Phonemic Awareness TMp. 234. Intro

**Period 4/Content Area** letter/r/ listened to tape. Thumbs up & down /r/. Blending TMan p. 236.  RR. Show &

**Period 5/Content Area** Jill. Workshop. Ms. Perr DRA. Fire Dri RR, Lunch, Recess, RR.

**Period 6/Content Area** Read Aloud Math    Parts & Total p. 57 together, independent

**Period 7/Content Area** p. 58.  Science  Let's Catch Some Air ART

**Period 8/Content Area** Soc. Studies)  Time for Kids Clean Up    Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal. Good job. as always. Thanks for coming in. you are dependable & experienced enough to handle any situation.

_Carole Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Marneka_  Date (Full or ½ day) _11-1-04_  Subject/Grade _Kdg_

Substitute's Name _Reuen Wagner_  Phone No. _425-7601_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Free play, attendance, helpers (Devan & Christin
Lunch Count, Flag Salute, counting chart, weather, flash

**Period 2/Content Area** cards, intro letter Z and z things, #9, color
brown, calendar, read aloud If Ever... zoo, fluoride.

**Period 3/Content Area** Different worksheet p.36
Workshop (20 min. each group) P- "Mr Z" booklet, P-p.19

**Period 4/Content Area** color code. T-p. 155 "Z" pictures. Snacks.
Buddy Reading. Get Ready for Lunch, RR/Wash hands

**Period 5/Content Area** Lunch, picked up fr. Cafeteria. Quiet Time
(Heads down, lights out) Read aloud Miss Tizzy.

**Period 6/Content Area** Outside Recess. Music
Paper- Shapes/ Playd ABC BINGO

**Period 7/Content Area** Watched video - Maurice Sendak's "Where The Wild...
while eating lollipop (Bingo prize).

**Period 8/Content Area** Math - Manipulatives 3 stations
Wrapped-up, Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Reuen Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Great job, as always!_

_Kathleen Marneska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

AM / PM
2nd / 1st

Teacher's Name Mrs. Miller / Mrs. Fisher  Date (Full or ½ day) 11-8-04  Subject/Grade 2

Substitute's Name Rowena Wagner  Phone No. 425-7651

School CES

Gr. 2 Mrs. Miller
Gr. 1 Mrs. Fisher

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises — attendance, lunch count, AM message
Fluoride, weather chart, Pledge, song "Proud To Be An American",

**Period 2/Content Area** Calendar. Schedule, place value and $.
HandWriting Lesson page 11. Sharks. Read Aloud Thanksgiving
Day

**Period 3/Content Area** Independent Reading/
Spelling — Pretest. Composition Notebook  spelling list, voc. words

**Period 4/Content Area** Cut & glued. Reading  read (to the students) Sun is
always shining. & discussed. four squares on overhead

**Period 5/Content Area** Ready for Lunch  Lunch  RR
Guest Reader — Mrs. Mere

**Period 6/Content Area** Math — Chapter Test & Cumulative Review

**Period 7/Content Area** Library  RR

**Period 8/Content Area** Science — "How Hard Can the Wind
Blow?" read & discussed, Clean up

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Dismissed

Please sign this and give it to the secretary in the Office before you leave for the day.

Rowena Wagner
_____
Substitute's Signature

...........................................................................

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Thanks, great job Rowena!

Amanda Miller  Carole Fischer
_____
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name Mrs. Nahay          Date (Full or ½ day) 5/9/05   Subject/Grade 4th

Substitute's Name Rowena Wagner          Phone No. 425-7651

School CES

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening/Activities — morning seat work, Attendance, lunch count, fluoride, pledge

**Period 2/Content Area** Reading — Voc. words for journal. Read Aloud "Mystery of the Gold Toothpick" discussed

**Period 3/Content Area** Voc. def. in journals. Assigned PB p. 152. L. Arts — Read "Mrs. Krachtowski's class" writing &

**Period 4/Content Area** drew a picture using directions from story. Math — 5 min. Multiplication drill (corrected & saved) Assigned p. 258-259 even only.

**Period 5/Content Area** Music   Math — Same as above

**Period 6/Content Area** Lunch   L. Writing p. 73   Recess

**Period 7/Content Area** Math — same as above

**Period 8/Content Area** Study Hall   Clean up   Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Thanks! We had a nice day!

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

..................................................

To be completed by the regular classroom teacher:

Were lesson plans followed?   ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.

Great job!

_Cindy Nahay_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_ Date (Full or ½ day) _12-9-04_ Subject/Grade _1st_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _QFS_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Pledge, Attendance, flouride, Lunch count, calendar, # 9 days

**Period 2/Content Area** weather Read Aloud The Sweetest Fig purpose, connection. HandWriting intro J and

**Period 3/Content Area** examples on the board & p. 37. Open Court - lesson 55, cherry pie, phonics /z/

**Period 4/Content Area** spelled — s, blending TM 233 - Worksho explained (directions) worksheets, computer buddies, listen

**Period 5/Content Area** Excel, reread The Cold Duck w/ me & worksheet Lunch, Recess, Ms. Laguhy read, Music,

**Period 6/Content Area** RR Writing Workshop - Christmas Tree prompt on

**Period 7/Content Area** the chart Math - p. 156 & 155 independent

**Period 8/Content Area** Clean up, dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal. _Thanks Rowena for getting copies together & completing all plans._

_Carole Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs Mack-Maruska_ Date (Full or ½ day) _3/30/0_ Subject/Grade _1_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Morning Exercises - attendance, lunch count, chores, jobs/calendar, class promise, pledge & song.

**Period 2/Content Area** Spelling reviewed list #10. Used screens, large paper & crayons. Students wrote words as a group class.

**Period 3/Content Area** Read Aloud Reviewed previous chapter. Read Aloud Chapter 8. T&T w/ partner the Impt. Events.

**Period 4/Content Area** Indep RR
Word Work — word wheel  FUN ACTIVITY! ☺

**Period 5/Content Area** Shared Reading - Miss Mary Mack
Reading Workshop - Computer, Listening Center, Guided Read After for Little Bear pg. 2

**Period 6/Content Area** Father Bear Comes Home, read independently & logs

**Period 7/Content Area** Clean up / Reading / RR / Lunch / Indoor Recess

**Period 8/Content Area** Writers Workshop - Minilesson - Students worked on a story and revising. Take Home folder return papers & Health. Math Geometry. Discussed Shapes that they know. Drew & Iden'fied things that repres the shape.

**General comments, observations and suggestions to increase your effectiveness as a substitute in the future.**

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed? ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.
Nice job, Mrs Wagner.

_Melissa Mack Maruska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_   Date (Full or ½ day) _5/20/05_   Subject/Grade _1st_

Substitute's Name _Rowena Wagner_   Phone No. _425-7654_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises - Attendance,
Lunch Count, Fluoride, Pledge, # of days, calendar

**Period 2/Content Area** and Weather.
Read aloud: Are You Spring?

**Period 3/Content Area** Open Court: Spelling Test, SSR 15 min and
100 in books! Comprehension Test. Restroom

**Period 4/Content Area** Workshop: Activity Sheets, Snacks, Continued
SSR & 100.

**Period 5/Content Area** RR, Lunch, Recess
Mrs. Williams - guest reader

**Period 6/Content Area** Math - Intro & teach p. 273 more examples)
Guided: Do pg. 273 together & p. 274

**Period 7/Content Area** independently.
ART    RR

**Period 8/Content Area** Social Studies    Read & discussed "Time for
Kids". Ready, Clean up, Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a good day! Thanks :)

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed?   ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal. Great job Rowena!
Thank you, you always do a wonderful job!
_Carole Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _MRS. FISHER_ Date (Full or ½ day) _4/30/04_ Subject/Grade _1_

Substitute's Name _Rowena Wagner_ Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** (Opening Exercises) Attendance, Lunch
Count, Attitude, Pledge, Weather, Date, # of days
**Period 2/Content Area** gone to school.
Read Aloud, "Our Earth" purpose info. Test Writing
**Period 3/Content Area** (Lang. Arts) Spelling Test, Story Test,
Show & Tell. A.M. room workshop. directions
**Period 4/Content Area** given for worksheets, make up papers.
Card center, w/ Mrs. Baker reread "Mathew & Tilly",
**Period 5/Content Area** w/ me test on Word List #7.
R.R. Lunch, Recess duty
**Period 6/Content Area** Read Ch. 5 & 6 of "Midnight on the Moon".
Guest Reader: Mrs. Williams
**Period 7/Content Area** (Math) Estimation pgs. 321-322
together. Students gave examples of estimating
**Period 8/Content Area** activities accomplished in 1 minute or 1
hour. We had fun!
**General comments**, observations and suggestions to increase your effectiveness as a substitute in the future. During Bird
poetry before reading. We shared what we
know about Humming Birds. A.P.D. Focus
Music (good report) Dismissed. Thanks

Please sign this and give it to the secretary in the Office before you leave for the day.

We had a good day! ☺

Substitute's Signature _Rowena Wagner_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal. Rowena always handles
herself in a professional manner & work is
done in a thorough manner. As always I'm
thankful I had Rowena. Carole Fisher
She knows how to handle First Grade.

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_    Date (Full or ½ day) _4/19_    Subject/Grade _1_

Substitute's Name _Rowena Wagner_    Phone No. _425-7651_

School _CTS_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises – attendance, Lunch count, fluoride, calendar, # of days,

**Period 2/Content Area** Weather

Computer Lab – Funschool (Math Games)

**Period 3/Content Area** Fire Drill, RR

Lang. Arts – Dave Spelling Pretest, Blend

**Period 4/Content Area** p. TM89, Workbook p. 15-16, Workshop activity sheet, Spelling Words 3X each

**Period 5/Content Area** RR, Lunch, Outside recess – Duty

RR, Read Aloud Ch. 3-4 Sunset

**Period 6/Content Area** Math – Did p. 303 together. page 304 independent. Activity Sheet, 24 independent

**Period 7/Content Area** Game – Nme (Half e half-hour)

SS Time for Kids – Busy Bees, A strip books

**Period 8/Content Area** Art / Dismissal

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a good day!

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

...................................................................

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☑ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal. Thanks for coming in for me. I was so refreshed it was Rowena. She does a wonderful job & has worked with my students before & I feel confident with her work.

_Carole J. Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Fisher_  Date (Full or ½ day) _4/20/04_  Subject/Grade _1_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Opening Exercises Attendance, Lunch Count
Fluoride, Pledge, Calendar, Weather, #q days

**Period 2/Content Area** Read Aloud Sign Maker's Assistant
purpose imp. event.

**Period 3/Content Area** Lang. Arts Open Court Blending TM p. 96
Cherry Pie - Reviewed spelling words Workshop

**Period 4/Content Area** , Activity (Sheets) 2. w/me
reread Everybody's Club. Spanish Club Lesson

**Period 5/Content Area** on shapes & colors
Lunch / Recess outside duty, 1RR

**Period 6/Content Area** Read aloud ch. 5 & 6 of "Sunset of the..."

**Period 7/Content Area** Math pg. 306. Played game on p. 305 w/
partner.

**Period 8/Content Area** Assembly Marionette Theater 1:15-2:35
Ready / Dismissed

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

We had a good day. Thanks!

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☐ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal. Great job of
keeping things, organized. You always do an awesome job!

_Carole J. Fisher_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs Maruska_    Date (Full or ½ day) _5/19_    Subject/Grade _Kdg. PM_

Substitute's Name _Rowena Wagner_    Phone No. _425-7681_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** Free Play

**Period 2/Content Area** Opening Exercises - Attendance, Helper, Milk Count, Calendar, # of d Pledge, Fluoride

**Period 3/Content Area** Reviewed Flash Cards, Read Aloud Bugs & Beasties & The Surprise Garden

**Period 4/Content Area** ART

**Period 5/Content Area** Adding p.67 together Snack

**Period 6/Content Area** Rhyme p.21 together Video Insects & Spiders, See How They Grow

**Period 7/Content Area** Extra Time : Buddy Reading

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
We had a good afternoon! Thanks.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena O. Wagner_
Substitute's Signature

Rowena is always professional and she can spell!

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes   ☐ No   ☐ N/A

General comments or observations by teacher and/or principal.
Rowena is great in kindergarten. She follows plans then knows how to use extra time! She keeps order keeps kids

_Kathleen Maruska_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

## SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Check_ Date (Full or ½ day) _5/5/03_ Subject/Grade _5th_

Substitute's Name _Rowena Wagner_ Phone No. _425-765_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** _Opening — Attendance, Lunch Count, Flouride, Pledge, Collected notices & slips_

**Period 2/Content Area** _Social Studies — read Mexican war, 380-382 & discussed. Showed film Gold Rush. Discussed. Assigned paragraph summary_

**Period 3/Content Area** _How to Pan For Gold, 100 words. Started in Class. Health — 7 RR, Drink, Snack. Read Aloud_

**Period 4/Content Area** _Gold Rush stopped p. 50. L. Arts — worked on packet., SSR, Rdg. comp._

**Period 5/Content Area** _Math — Lesson 11.5 Multiplying Fractions w/ mix number. Examples on the board & white ans._

**Period 6/Content Area** _board. Assigned Practice 105 change 1½ to 3. Social Studies — Mason. Same as above except did_

**Period 7/Content Area** _not finished film. No Paragraph HW. Social Studies — Kants same as Checks_

**Period 8/Content Area** ✗ _Had out permission slips, Assignboard Play in Mrs. Kants 2:00_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_

Substitute's Signature

To be completed by the regular classroom teacher:

Were lesson plans followed? ☒ Yes ☐ No ☐ N/A

General comments or observations by teacher and/or principal.

_Great work!_

_Don Check_

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Kramer_ Date (Full or ½ day) _5/1/03_ Subject/Grade _Library_

Substitute's Name _Rowena Wagner_ Phone No. _425-7051_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** 6th Grade McCullough → Read & discussed Holes p. 177-188. We also compared the movie & the book. Circulation

**Period 2/Content Area** 5th grade Kantz → The Lord I Lost finished first chapter Tank and discussed. Circulation

**Period 3/Content Area** 4th Malone — Circulation Checked In. Finished Post Cards. Checked Out books.

**Period 4/Content Area** 3rd Faith — revision and final copy of report. Circulation Checked In and out.

**Period 5/Content Area** LUNCH

**Period 6/Content Area** 1st Grade Atts. Read & discussed Catwings Ch. 1 & 2. Circulation — Checked In & Out

**Period 7/Content Area** 2nd Ender Pickens — Circulation Checked In. State Proj. draw & color. Checked out Books.

**Period 8/Content Area** Kindergarten Maruska → Circulation Checked In & Out. Read along The Three Little Wolves & the Big Bad Pig

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.
Thanks for the detailed plans, Very organized.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena Wagner_
Substitute's Signature

......................................................................................

To be completed by the regular classroom teacher:
Were lesson plans followed? ☑ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

Outstanding to get all this done!
-Nadena Kramer

Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mr. Mason_  Date (Full or ½ day) _4/29/13_  Subject/Grade _5_

Substitute's Name _Rowena Wagner_  Phone No. _425-7651_

School _CES_

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** _Opening Exercises: Attendance, Lunch Count, Pledge, Fluoride, Spelling Activity p. 9_

**Period 2/Content Area** _Science Test on lesson 5 & checked SSR._

**Period 3/Content Area** _Special Music / RR / Snack_
_Reading Read Aloud Magic of the Circus_

**Period 4/Content Area** _popcorn, A Wave in Her Pocket & discussed HW: Biography Problem of the Day 95, Checked_

**Period 5/Content Area** _Math Problem of the Day 95, Checked Prac. 94 together, p.386-387 discussed & solved problems_

**Period 6/Content Area** _HW: Practice 95 & Review Ch. 10 & Quiz_
_Lunch/RR_

**Period 7/Content Area** _Science — same as above_
_Science — same as above_

**Period 8/Content Area** _Chorus    Study Hall_

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

_We had a good day!_

Please sign this and give it to the secretary in the Office before you leave for the day.

_Karen Wagner_
Substitute's Signature

To be completed by the regular classroom teacher:
Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Rowena did a great job!_
_All homework and tests_

_T Mason_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. Bauer_ Date (Full or ½ day) _11-1_ Subject/Grade _6_

Substitute's Name _Mrs R. Wagner_ Phone No. _425-7651_

School _Cth. Elm._

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

Period 1/Content Area _Roller Skate at Pyra Wheelies_

Period 2/Content Area _English — Checked linking verbs HW._
_Discussed Helping & Main Verb. Worked on Activity Sheet Checked_
Period 3/Content Area _Math Checked HW._ _& collected_
_Explored Multistep Problem Solving._

Period 4/Content Area _English — Checked Linking Verbs HW._
_Discussed Helping & Main Verb. Worked on Activity Sheet_
_Checked & collected_
Period 5/Content Area _Spelling — Cherry Pie_

Period 6/Content Area

Period 7/Content Area

Period 8/Content Area

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowen V Wagner_
Substitute's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the regular classroom teacher:
Were lesson plans followed?   ☒ Yes    ☐ No    ☐ N/A

General comments or observations by teacher and/or principal.

_Everything was left in good order._

_Kathleen A. Bauer_
Signature of Regular Classroom Teacher

# CRAWFORD CENTRAL SCHOOL DISTRICT

### SUMMARY REPORT OF A SUBSTITUTE TEACHER

Teacher's Name _Mrs. K. Bauer_ Date (Full or ½ day) _10-29_ Subject/Grade _6_

Substitute's Name _Mrs. Rowena Wagner_ Phone No. _425 - 7651_

School _Cochranton Elem._

Please summarize in brief form the activities of each class. Indicate progress on lessons and detail any problems.

**Period 1/Content Area** _Reading Introduced story the Titanic. Did vocabulary
Write definitions used in sentences. Journal Writing "what would
it be like to see the wreckage of Titanic"_

**Period 2/Content Area** _English Introduced verbs. Read & Discussed p. 124-12
Activity of writing sentences. Played charades of verbs & used in sentences_

**Period 3/Content Area** _English Introduced Verbs - Read & Discussed p. 124-125
Activity of writing sentences. Played charades of verbs & used in pairs_

**Period 4/Content Area** _Math Checked Homework practice 23. Taught multiplying
whole numbers_

**Period 5/Content Area** _English Introduced Verbs. Read & Discussed p. 124-12
Activity of Writing Sentences. Played charades of verbs & used in (sentences)_

**Period 6/Content Area** _Spelling/Writing Introduced spelling words.
Write words 3x each. practice sheet letter in_

**Period 7/Content Area**

**Period 8/Content Area**

General comments, observations and suggestions to increase your effectiveness as a substitute in the future.

Please sign this and give it to the secretary in the Office before you leave for the day.

_Rowena V. Wagner_

Substitute's Signature

................................................................

To be completed by the regular classroom teacher:

Were lesson plans followed?  ☒ Yes  ☐ No  ☐ N/A

General comments or observations by teacher and/or principal.

_Good job!_

_Kathleen A. Bauer_

Signature of Regular Classroom Teacher