# Naomi Uy-Moore

Present Address: 400 Lourdes Drive
Fort Washington, Maryland 20744
Phone: (301) 292-4571
Permanent Address: 494 Chestnut Street
Meadville, Pennsylvania 16335
Phone: (814) 337-5622
e-mail: jtmntm@yahoo.com



PLAINTIFF'S EXHIBIT 32

**OBJECTIVE:** My goal is to obtain a public school teaching position in Northwestern Pennsylvania as a classroom teacher for an inclusion or regular education class at the intermediate grade level.

## QUALIFICATIONS

I am currently an elementary school teacher with the public school system in Charles County, Maryland. I have multiple years of successful teaching in both regular education and inclusion classrooms. My expertise includes curriculum and instruction development, leading seminars in Diversity and Blended Cultures, and coordinating and supervising the Summer Reading and Math Academy. Additionally, I have served as team leader and teacher mentor. I work well with my colleagues and I believe in working with others as a team in order to better meet the needs of students.

## EDUCATION

1983-1988   Bachelor of Science in Elementary Education,
University of Maryland, College Park, Maryland

1996-2002   Masters of Science in Curriculum and Instruction,
Western Maryland College, Westminster, Maryland

## EMPLOYMENT

1989-Present   Teacher, Charles County Board of Education, LaPlata, Maryland
I am a classroom teacher with experience in grades 3, 4, and 5. For the past six years, I have taught the inclusion class with a special education teacher. I have taught in the Before and After school programs and in the Summer Reading programs. I have held various leadership positions such as staff development course leader, Reading and Math program site coordinator, cooperating teacher for a college student majoring in education, team leader, and teacher mentor for non-tenured teachers.

February – June 1988 Substitute Teacher, Charles County Board of Education,
LaPlata, Maryland

## ADDITIONAL PROFESSIONAL ACTIVITIES

1991
-Member of committee to choose elementary math textbooks for Charles County Public Schools

1992-2005
-Taught before and after school programs for enrichment and low achieving students at T.C. Martin Elementary School

# MARYLAND STATE DEPARTMENT OF EDUCATION



## CERTIFICATE

*This is to certify that*

| VALID PERIOD | | HIGHEST DEGREE | | TYPE OF CERTIFICATE | AREA OR FIELD IN WHICH CERTIFICATED | REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| FROM | TO | | NAOMI T UY-MOORE | | | |
| 7/01/2003 | 7/01/2008 | MASTER'S | | ADVANCED PROFESSIONAL (S) (R12) | ELEMENTARY GRADES 1-6 AND MIDDLE SCH | 08  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 |

*is hereby issued the certificate indicated herein, on the basis of having met the legal requirements in the STATE OF MARYLAND for such a certificate.*

It is the responsibility of the holder of this document to know the current certification regulations and to renew this certificate prior to the expiration date.



Given at Baltimore, Maryland, by

*Nancy S. Grasmick*
STATE SUPERINTENDENT OF SCHOOLS



# Teacher Certification System (TCS)

Main | Log Out | Praxis | PDAP | Certs/Apps | PERMS | TCS



# Teacher Certification

## Educator 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

### Application Information:

| Control Number | Application Type | Date Received | Current Status | Status Date |
|---|---|---|---|---|
| 05012870 | Out-Of-State | 04/28/2005 | Pending - Test Scores | 09/10/2005 |

If you have questions about this information, or feel that the information is in error, please contact the Bureau of Teacher Certification and Preparation at (717)787-3356. Thank you.

### Certification Information:

| Application Type | Subject Area | Cert. Type | Date Issued | Status | Status Date |
|---|---|---|---|---|---|
| Out-Of-State | Elementary K-6 | Instructional I | | Pending Evaluation | 09/10/2005 |

If you have questions about this information, or feel that the information is in error, please contact the Bureau of Teacher Certification and Preparation at (717)787-3356. Thank you.

### Continuing Education Information:

Please click here if you would like to view this educator's Act 48 progress.



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF EDUCATION
3rd FL, 333 MARKET STREET
HARRISBURG, PA 17126-0333
www.pde.state.pa.us

Date  Sept. 10, 2005

Dear Applicant:

Your application (s) for Pennsylvania certification has been reviewed. Enclosed you will find an evaluation sheet indicating areas which require attention before processing may be completed. Please note the area(s) checked and the information requested. As soon as this information is addressed as outlined or items are submitted directly to my attention we will continue the application processing.

A copy of the enclosed evaluation form should be submitted with all requested supporting documentation within **one year of the date of this letter**. Your application will be maintained in our active files for that period of time. *After one year, you will be required to meet any changes in the standards and regulations (including any changes to the testing program and passing scores), as well as submit a new application form, credentials and fee.*

Please understand that this is not a rejection of your application. It is a request for information necessary to complete our evaluation. If you have no additional information to provide, please return a copy of this letter noting that you have no further information. If you have any questions regarding this matter, please email me at the address listed below. We are available to provide additional information or assistance to you and appreciate your interest in Pennsylvania education.

Sincerely,

*Eileen Bink*

Professional Certification Specialist
Bureau of Teacher Certification
And Preparation
Email: ebink@state.pa.us

Enclosure(s)

1993-1997
-Member of Site Based Management Team, T.C. Martin Elementary School

1993-1997
-Member of School Improvement Team, T.C. Martin Elementary School

1994-2003
-Team Leader for 4th grade and special areas teachers, T.C. Martin Elementary School

1994-Present
-Building Representative at T.C. Martin Elementary School for the Education Association of Charles County

1997
-Cooperating Teacher at T.C. Martin Elementary School for a student teacher from Salisbury State University

1997
-Member of committee to plan 30th Anniversary Celebration of T.C. Martin Elementary School

1997-2003
-Member of Employee Recognition Committee, Charles County Board of Education

June-July 1998-2003
-Taught at the Summer Reading Academy for 1st and 2nd grades, Charles County Board of Education

July 2001
-Helped develop language curriculum for 4th grade for Charles County Board of Education

October 2001
-Local Delegate for Maryland State Teachers' Association Convention

June 2002
-Leadership Training, College of Notre Dame

2002
-Member of team to write question for County Assessments for Social Studies

June-July 2004
-Site Coordinator for the Summer Reading and Math Academy at T.C. Martin Elementary School

2004-Present
-New Teacher Mentor for non-tenured teachers

2004-2005
-Staff Development Instructor, Diversity and Blended Cultures

## PROFESSIONAL MEMBERSHIPS

1989-Present
-Member of Educational Association of Charles County

1989-Present
-Member of Maryland State Teachers' Association

1989-Present
-Member of National Teachers' Association

## REFERENCES

James Robert Morrow, Principal, T.C. Martin Elementary School
    6315 Olivers Shop Road, Bryantown, Maryland 20617

Sabrina Robinson-Taylor, Vice Principal, T.C. Martin Elementary School
    6315 Olivers Shop Road, Bryantown, Maryland 20617

Jane Hobbs, Reading Supervisor for Charles County Board of Education,
    Radio Station Road, LaPlata, Maryland

Joey Harris, Instructional Specialist, Charles County Board of Education,
    Radio Station Road, LaPlata, Maryland

Tom Stanton, Vice President Northwest Savings,
    488 Chestnut Street, Meadville, Pennsylvania 16335

Jane Stanton, Teacher
    488 Chestnut Street, Meadville, Pennsylvania 16335

Others upon request

# Crawford Central School District



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller, III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harita
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barbu
*Coordinator of Trans./Food Service*

August 30, 2005

## ANTICIPATED VACANCIES
## 2006-2007 SCHOOL YEAR

**Position**                                    **School**

Kindergarten Teacher                            Second District Elementary School

Kindergarten Teacher                            West End Elementary School


Send Letter of Interest to:   Mr. Charles E. Heller, III
                              Assistant Superintendent of Schools
                              Instructional Support Center
                              11280 Mercer Pike
                              Meadville, PA 16335-9504

LETTERS OF INTEREST ACCEPTED UNTIL 4:00 P.M., SEPTEMBER 6, 2005
By

Mr. Charles E. Heller, III

POSTED IN ALL BUILDINGS AND INSTRUCTIONAL SUPPORT CENTER ON AUGUST 30, 2005

Crawford Central School District is an equal opportunity education institution and will not discriminate on the basis of race, color, national origin, sex and handicap in its activities, programs or employment practices as required by Title VI, Title IX, and Section 504.

For information regarding civil rights or grievance procedures, contact Michael E. Dolecki, Title IX Coordinator, or Nicholas Cherapovich, Section 504 Coordinator, at the Instructional Support Center, 11280 Mercer Pike, Meadville, PA 16335-9504 (814-724-3960).

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT



# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.cmw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galion
*Director of Secondary Curriculum*
David M. Hartoa
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barbu
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

**MEMO TO:** Mark Kuhar

**FROM:** Charles E. Heller, III

**DATE:** November 29, 2005

**RE:** Wagner Case

New people hired 2005-2006 school year – Elementary Education

| Name | School | Grade |
|---|---|---|
| Naomi Uy-Moore | West End Elementary | Kindergarten |
| Norman Carner | Second District Elementary | Kindergarten |
| Melonie Courson — Long Term Substitute – 1 year | West End Elementary | Grade 1 |
| Christopher Peters — Long Term Substitute – 1 year | Cochranton Elementary | Grade 4 |
| Stacey Thompson — Long Term Substitute – Remainder of School Year | Second District Elementary | Grade 1 |
| Cheryl Krachkowski — Long Term Substitute – Remainder of School Year | First District Elementary | Kindergarten |



**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF EDUCATION**
333 MARKET STREET
HARRISBURG, PA 17126-0333

OFFICE OF CHIEF COUNSEL

717-787-5500
FAX: 717-783-0347
TDD: 717-783-8445

December 14, 2005

Mr. Caleb Nichols
P.O. Box 1585
Erie, PA 16507

Dear Mr. Nichols:

I write to respond to the questions that you recently posed to me via telephone. You asked about a Department policy or law relating to whether an individual certified in Elementary K-6 was eligible to teach at a higher grade level. To assist you in finding an answer to this inquiry, I suggest that you contact the Bureau of Teacher Certification and Preparation directly at (717) 787-3356.

Your second inquiry related to whether an individual by the name of Naomi Uy-Moore is certified to teach in Pennsylvania. Our records indicate that no one by this name holds a Pennsylvania teaching certificate.

Sincerely,

Kristy W. Ziegler
Assistant Counsel



# Crawford Central School District

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
http://www.craw.org

Michael E. Dolecki, Superintendent

*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Galdon
*Director of Secondary Curriculum*
David M. Harida
*Acting Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*
Frank B. Barba
*Coordinator of Trans./Food Service*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

October 11, 2005

Mrs. Rowena Wagner
166 N. Franklin St., P.O. Box 781
Cochranton, PA 16314

Dear Mrs. Wagner:

Thank you for your interest in the posting for Kindergarten Teacher at Second District Elementary School. Naomi Uy-Moore was awarded the position.

Although you were not recommended for the position, your application will be kept on file should another position open up.

Please continue to review the bulletin boards of the School District for upcoming job vacancies.

Thank you for your interest in our School District.

Sincerely,

Charles E. Heller, III
Assistant Superintendent of Schools

CEH/jen

PC: File

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT