

# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Suzanne L. Good
  *Director of Elementary Curriculum*
Jennifer A. Brown
  *Director of Secondary Curriculum*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

April 10, 2003

Mr. Richard W. Perhacs
Knox, McLaughlin, Gornall & Sennett
120 West Tenth Street
Erie, PA  16501-1461

Dear Rich,

    I reviewed the Complaint and Statement of Position. It is accurate and the two documents are signed. Thanks.

                      Sincerely,

                      Charles E. Heller III
                      Assistant Superintendent

CWH:ds

Enclosure



PLAINTIFF'S EXHIBIT 41

PENNSYLVANIA HUMAN RELATIONS COMMISSION

| | |
|---|---|
| ROWENA WAGNER,<br><br>  Complainant<br><br>  v.<br><br>CRAWFORD CENTRAL SCHOOL DISTRICT,<br><br>  Respondent | Case No. 200206912 |

## VERIFICATION

On this, the __10th__ day of April, 2003, Charles E. Heller, III, the undersigned, deposes and states that he is the Assistant Superintendent of Schools of the Respondent, the Crawford Central School District, that as such he is authorized to execute this Verification on behalf of the Respondent, and that the facts set forth in the foregoing Answer are true and correct to the best of his knowledge, information and belief, subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____
Charles E. Heller, III

#486389