# Erie Times-News

**Thursday, September 23, 2004 • Crawford County edition**

www.GoErie.com

50¢

SING · DANCE · WATCH MOVIES · LISTEN TO A LECTURE · ACT · PAINT

## Live fall Artfully

FAMILY, 1D

'Rocky Horror' for a good cause. SHOWCASE

PLAINTIFF'S EXHIBIT 33



### WEATHER
Mostly sunny
High: 80 Low: 57
Sunset 7:16 p.m.
Forecast, 8B

### INSIDE



**Hostage pleads for his life**
A British hostage appeared on a video weeping and pleading for his life as Iraq's leader and U.S. officials crushed reports that a high-profile female Iraqi weapons scientist could be released from jail soon — as demanded by the kidnappers.
Up Close, 3A

## Crawford district sued

### Filipino claims she didn't get teaching job because of her race

**By LISA THOMPSON**
lisa.thompson@timesnews.com

MEADVILLE — Rowena Wagner says one thing stands between her and the teaching job she wants in the Crawford Central School District — her race.

The school district says Wagner's race did not keep her from a job; more qualified applicants did.

Wagner filed a lawsuit against the district in U.S. District Court in Erie on Monday, accusing the district of discriminating against her because she is Filipino.

Wagner wants a judge to order the school district to hire her and pay her back pay for the time it barred her from working there.

She says that out of a total student enrollment of more than 4,300, the school district has at least 300 students who are minorities. But during the last 10 years, the district has employed about two minority teachers and not more than five minority teachers in the last 25 years.

She wants the judge to order the district to put into place an affirmative-action plan to force the school district to diversify its teaching staff.

She is also seeking at least $150,000 in damages.

The complaint names as defendants the school district, the Crawford Central School Board, Michael Dolecki, Superintendent,

▶ Please see MEADVILLE, 4A

### FORENSIC FILES: CORRY



## Porter: Politics behind book flap

**By KEVIN FLOWERS**
kevin.flowers@timesnews.com

Jeff Pinski Public Editor

HERB GILROY Human Resources Director

EDWARD M. MEAD SR., MICHAEL MEAD, Co-Publishers
MICHAEL MEAD, PUBLISHER 1996-2003

# Court TV investigates Corry killing

Continued from 1A

recovered from Copenhefer's computer hard drive the deleted files that outlined the kidnapping plot.

The unusual kind of ammunition used in the crime was found in Copenhefer's house.

Tire tracks placed Copenhefer's vehicle at the murder scene, said Kaiser, who is here with a cameraman and sound engineer.

The freelance producer, who is from King of Prussia, is producing the segment for Medstar Television Inc. of Allentown, which provides the program for Court TV. New "Forensic Files" episodes air weeknights at 9 p.m.

Kaiser has spent the past several days talking to Erie County District Attorney Brad Foulk, former Corry Journal reporter Mike Hudson and retired state police Capt. Rodger Gregorich.

Kaiser said he heard about Copenhefer by accident from Gregorich after contacting the former trooper and handwriting expert about another case. Foulk and Gregorich could not be reached for comment.

Erie County President Judge William Cunningham, who was the district attorney at the time of Copenhefer's trial, was trying to fit in an interview with Kaiser today or Friday.

The judge said the "sheer cold-blooded killing" of a defenseless mother makes this case stand out.

"It's one of those cases you never forget," he said.

Cunningham said the case also was significant because of the "powerful evidence."

It included a 22-point plan for the crime that the FBI retrieved after it was deleted from Copenhefer's computer.

"That was developing technology at the time," Cunningham said.

The lead prosecutor in the case said Copenhefer's mistake was that "he believed when he hit the delete button, it automatically deleted the information."

Ernest Wood, a criminal-justice professor at Edinboro University of Pennsylvania, said the Corry case involved one of the first attempts at recovering evidence off a computer hard drive.

"Back then, it would have been and was a pretty big thing," said Wood, co-director of the Western Pennsylvania High Tech Crime Training Center at Edinboro.

The procedure is much less complex now, he said.

At the time of Copenhefer's trial in 1989, there were questions about the legality of using that kind of evidence.

The case "established the legality of search and seizure of computers and computer hard drives," Wood said.

Dennis Dirkmaat, director of the applied forensic sciences department at Mercyhurst College, said forensic science is a "critical component" to solving crimes. He said it can link suspects

### ANOTHER CASE FILE

The Copenhefer case wasn't the only murder that brought the "Forensic Files" show to Erie. A different crew was in town in June to interview Steven Symes, a forensic anthropologist at Erie's Mercyhurst College. The episode of "Forensic Files" featuring Symes will air Wednesday at 9 p.m. on the Court TV cable network. Symes testified in the 2001 Ohio case against John David Smith III, who was convicted of murdering his ex-wife.



"Forensic Files" producer Don Kaiser is preparing a Court TV segment on the 1988 murder of Sally Weiner in Corry and the science that caught her killing.

GREG WOHLFORD/Erie Times-News

to scenes and help investigators determine who was there and what happened.

Forensic science is nothing new, Dirkmaat said. Chemistry and fingerprints have been used in crime solving for decades. But techniques today are even much more sophisticated than at the time Copenhefer killed Weiner.

"We're talking 1988," Dirkmaat said. "That's light-years away. A lot of things have changed."

One thing that has stayed the same, however, is that a family lost a wife and mother.

Kaiser said Tuesday he has talked to Sally Weiner's widower, Harry Weiner, but they had not set up an interview. Kaiser didn't know if that will change. Weiner couldn't be reached for comment by the Erie Times-News.

"Our purpose is not to reopen old wounds for him," Kaiser said.

The show also made an attempt to reach Copenhefer by sending him a letter in prison.

"We have yet to hear from him," Kaiser said.

DANA MASSING can be reached at 725-5557, 870-1729 or by e-mail.

## Details of 1988 murder of Sally Weiner

Sally Weiner was the 37-year-old wife of a Corry banker and the mother of two when she was kidnapped on a Friday in the bank parking lot that detailed Copenhefer's intention to lure Harry Weiner, using treasure-hunt style notes, and kill him

# Meadville: Teacher sues school district

Continued from 1A

trict during the 2001-02 school year. Wagner claims she was abruptly fired from a long-term substitute position in December 2002 and replaced with a white teacher.

Caleb Nichols, Wagner's lawyer, said Wagner has an exemplary substitute-teaching record, but the district has repeatedly passed over her to hire less-qualified, less-experienced candidates. "We feel that is unfair," he said.

Nichols also said the district's hiring practices should be "opened up and scrutinized."

"The (district) has a terrible employment record with respect to minorities. It didn't just start yesterday. It stretches back over a period of years," he said.

Perhaps of Erie, called Wagner's claims "nonsense" and said the district will seek to have the complaint dismissed.

He said Wagner was a substitute teacher who applied for a regular full-time position along with hundreds of other qualified candidates.

Wagner was "not the best candidate for the job," he said.

"There's nothing more to it."

According to the complaint filed by Nichols, Wagner graduated from Edinboro University of Pennsylvania in May 2000 with a bachelor's degree in education, and worked as a substitute teacher in the Crawford Central dis-

Superintendent Charles E. Heller III, and the teachers union, the Crawford Central Education Association.

On another occasion, when she applied for a full-time third-grade teaching position, she says, she was told it no longer existed.

She said that between 2002 and 2004, she unsuccessfully applied for more than 75 long-term substitute and full-time permanent teaching positions in the district.

She claims the district hired applicants for long-term substitute positions and full-time teaching positions who were inexperienced and less qualified than she was.

She also says the district made her undergo job interviews for the positions she applied for, while others were hired without such interviews.

She claims that she was denied jobs in retaliation for the complaint she filed with the Pennsylvania Human Relations Commission in February 2003 after she was terminated from the long-term substitute position in December 2002.

Wagner also faults the teachers union for failing to live up to its official commitment to equitable representation of minority employment.

School-district lawyer Richard

LISA THOMPSON can be reached at 870-1802 or by e-mail.

## County reveals it paid to avoid being sued

By ED PALATTELLA
ed.palattella@timesnews.com

Erie County government paid a child-welfare caseworker $100,000 to prevent him from suing the county over a discrimination claim, according to a previously secret agreement that the County Executive Office disclosed on Wednesday.

The agreement shows that the caseworker, David Dows, had filed a charge with the federal Equal Employment Opportunity Commission over his employment with the Erie

the future." The county in the agreement also allowed Dows to voluntarily resign.

The agreement is dated Aug. 12. Dows signed it, along with Erie County Solicitor John Onorato and Debra Liebel, OCY's executive director. The agreement contains a confidentiality clause that Onorato had said prohibited the county from commenting on the deal.

The settlement involved no payouts from the county's insurance agency, according to county financial records. The county in the past has settled law-