4

1            not verbally, so I wanted to know if you were going
2            to remind her of the need to be verbal?
3   BY MR. NICHOLS:
4        Q.   Okay, have you sat on a deposition before?
5        A.   No, I haven't.  I have to be louder.
6        Q.   Such that that's a premium placed on that you
7   verbalize and speak very clearly --
8        A.   Sure.
9        Q.   -- And to all questions that I pose to you.
10       A.   Will do.
11       Q.   The reason for that is I want to make sure the
12  record is clear.
13       A.   Sure.
14       Q.   And intelligibly as possible, okay?
15       A.   Okay.
16       Q.   For background purposes, would you state your
17  professional background, please?
18       A.   I'm on the faculty of Allegheny College.  I'm
19  teaching in the economics department.
20       Q.   Would you state your full name, Professor?
21       A.   My name is Asuman, A-S-U-M-A-N, Baskan,
22  B-A-S-K-A-N.
23       Q.   Okay.  And how long have you been teaching on
24  the faculty of Allegheny College, you say?
25       A.   Yes, that is my 19th year we're starting.

PLAINTIFF'S EXHIBIT
BASKAR
DEPO

```
                                                                5
 1        Q.   And prior to Allegheny, your professorship at
 2   Allegheny, where did you work?
 3        A.   Allegheny was the first one to hire me as
 4   full-time faculty.  Before that I was a graduate student
 5   getting my doctorate.
 6        Q.   Your educational preparation, would you
 7   articulate where you prepared --
 8        A.   I got my BS degree in economics at Lehigh
 9   University, L-E-H-I-G-H, and my master's at Purdue
10   University, P-U-R-D-U-E, and my doctorate back at Lehigh.
11        Q.   Okay.  How long have you served on the board,
12   professor?
13        A.   It will be two years in January.
14        Q.   Okay.
15        A.   So, I'm almost at midterm.
16        Q.   I understand that the board is a policy making
17   -- policy making function; is that correct?
18        A.   That's right.
19        Q.   Okay.
20        Q.   Does the board have other functions apart from
21   being a policy maker?
22        A.   Generally speaking, that's it.  It's not a
23   managerial level in the school district, but a policy
24   setting level.
25        Q.   I'm referring -- I'm referring though to does
```

```
                                                             6
 1   it have an oversight function, a management function of
 2   the administration?
 3        A.   Well, it doesn't have management functions.  It
 4   does --
 5        Q.   Does it have oversight responsibility?
 6        A.   -- It does to the extent that --
 7        Q.   A supervisor I should say?
 8        A.   -- It oversees the administration and follows
 9   what the administration is doing.  It takes reports from
10   the administration.
11        Q.   Okay.  Are you familiar with the lawsuit
12   brought by Miss Wagner against the school district?
13        A.   I know the fact of the lawsuit, but I don't
14   know much of the history of it because --
15        Q.   When did it first come to your attention, this
16   lawsuit?
17        A.   I don't have a specific date, but I think maybe
18   I knew it was filed about -- give or take a year ago.
19        Q.   Did it come to your attention as a consequence
20   of your serving as a member of the board?
21        A.   Right.
22        Q.   Okay.
23        A.   I heard about it in the board meetings.
24        Q.   All right.
25        A.   It was reported to the board.
```

```
                                                          20
 1   final say --
 2        A.   We do.
 3        Q.   -- blessing --
 4        A.   We do have the function of approving.
 5        Q.   -- Of those people that were recommended to be
 6   hired, right?
 7        A.   We do approve the people that have been
 8   approved for hiring.
 9             MR. KUHAR:  If we let him finish the whole
10        question.  I mean nobody is doing anything wrong,
11        it's just we have to work on that pattern a little
12        bit.
13             THE WITNESS:  Sure.
14   BY MR. NICHOLS:
15        Q.   All right.  Now go back to -- So the board
16   gives its final blessings to any position or teacher who
17   is recommended by the administration to be hired; is that
18   correct?
19        A.   That's correct.
20        Q.   Now to the extent that the board has the power
21   to approve, implicitly it certainly has the power to
22   disapprove --
23        A.   That's correct.
24        Q.   -- Is that correct?
25        A.   That's correct.
```

21

Q. It's logical. Now, just give me a moment. Professor, during your two year tenure as a member of the board, have you had an opportunity to review the EEO data as it relates to the breakdown of the -- the racial breakdown of the working staff in the school district, inclusive of teachers?

A. No.

Q. Administrators?

A. No.

Q. You have not had an opportunity?

A. It has never come up at a board meeting and I haven't had reason to ask for it. If I did, I'm sure the administration would have brought the data for us to look at. We just haven't had the reason to do so. The opportunity is always there, if I had reason to ask for it.

Q. It said in an article -- I was reading an article, which has been made a part of the record. It's an article written by a local writer. May I take an opportunity to show it to you (indicating).

And I'd just highlight that the district in 2004, last year, consisted of --

A. Yes.

Q. -- Four thousand students, 300 of whom are minority, and there's very few, very few administrators,

22

1  supervisors, teachers of color. Does that trouble you?
2       A.   Um --
3       Q.   That fact?
4       A.   Yes, it does. And it does both for the school
5  district and the college. The college has the same
6  problem recruiting minority faculty.
7       We do have a small contingency of minority students,
8  and we want to serve them as much. It is a fact we don't
9  have many.
10      How do we change it is we ask the administration to
11 make every effort whenever they have qualified candidates
12 to make every effort to attract them, advertise jobs,
13 where they're likely to be read by qualified minority
14 candidates. And I believe they do.
15      So -- But in the end, you know, my experience at the
16 college has been that, you know, when we do find highly
17 qualified candidates, we fail to attract them to Meadville
18 to the college. And that I have been involved in
19 firsthand. I have not been involved in recruiting for the
20 district, but I guess -- I'm guessing here the same thing
21 is happening for the district as well.
22      We have very few. Whether or not because the
23 applicant pool doesn't contain many minority applicants or
24 some other reason. So your guess is as good as mine. But
25 I think the directive from the board to the administration

23

1  is very clear that whenever possible we would like to see
2  an increase in the number of hirees for -- from minority
3  backgrounds.  I think that message is always there.
4       Q.   Well, being aware of the lawsuit --
5       A.   Some, yes.  I'm not a lawyer but, yeah.
6       Q.   You don't have to be a lawyer.  Do you -- Does
7  that trouble you?  Does the lawsuit trouble you?
8       A.   This one you mean?
9            MR. KUHAR:  Wait a minute, the question is
10       whether or not the lawsuit troubles her?
11           MR. NICHOLS:  Yes.
12           MR. KUHAR:  I object on the grounds it
13       does not seek information which is relevant or
14       likely to lead to relevant information, and involves
15       the disclosure of attorney/client privileged
16       information and litigation work product, and I
17       instruct her not to answer it.
18       You can certainly ask her whether the
19       demographics trouble her or that --
20           MR. NICHOLS:  I've asked about
21       demographics.
22           MR. KUHAR:  You have?
23           THE WITNESS:  Yes.
24  BY MR. NICHOLS:
25       Q.   And I referenced this (indicating).  You say

1  you've never had occasion to review the EEO data, which
2  you are obliged to report?  You've never had --
3       A.   The district is obliged to report, not me --
4       Q.   As the -- But I'm asking you as a public
5  official.  You serve as an elected official?
6       A.   That's right.
7       Q.   And I'm asking you in that capacity, as a
8  member of the board, you know, are you concerned after
9  seeing these?
10              MR. KUHAR:  What's the question?
11      A.   Your question is if it bothers me?
12      Q.   Yeah.
13      A.   It does bother me that we don't have more
14 minority teachers, minority staff, minority
15 administration.  But bothers does not solve the problem.
16      We know that the numbers aren't there, but we're
17 trying our best to change that.
18      Q.   Do you know in other instances where this
19 school district has been sued for discrimination?
20      A.   Do I know?  I'm sorry?
21      Q.   Other instances where this school district has
22 been sued --
23      A.   For discrimination?
24      Q.   -- For discrimination?  Do you know other
25 cases?  Are you aware --

```
                                                                    31
 1        A.    That's right.
 2        Q.    Now is your understanding that this IU,
 3   intermediate unit, that your colleague, Mr. Wright,
 4   referred to as, also have the power, authority to certify
 5   substitute teachers?  Is that also -- that your
 6   understanding, Miss Baskan?
 7        A.    That certification I think is different from
 8   someone who -- At least --
 9              THE WITNESS:  Is that temporary
10        certification?
11              MR. KUHAR:  We're not allowed to help you.
12        If you're unsure, that's probably at least part of
13        the answer.
14        A.    -- I'm not definite about the -- what the
15   certification is for, but they do train people, and at the
16   end of that training process --
17        Q.    But you don't know if they certify the training
18   --
19        A.    They train, but I don't know if they issue a
20   certificate that's equal to a teacher certificate.
21        Q.    How about emergency permits, are you familiar
22   with that?
23        A.    Um --
24        Q.    Certain people are hired under the emergency
25   permit?
```

```
                                                              32
 1       A.    Yeah.
 2       Q.    Are you conversant with that?
 3       A.    I know that there are some who have been hired
 4  on emergency certification, but very few.  Because I know
 5  one of our colleagues on the board always objects to that
 6  --
 7       Q.    Who is that?
 8       A.    -- So there are very few who -- I don't --
 9       Q.    Who finds that objectionable?
10       A.    I don't know if I can speak for him.
11             MR. KUHAR:  Well --
12  BY MR. NICHOLS:
13       Q.    You can you give his name, identify --
14             MR. KUHAR:  If he said that at a board
15  meeting --
16             THE WITNESS:  Yeah.
17             MR. KUHAR:  Or she --
18             MR. NICHOLS:  It's a public statement --
19       A.    Grant Shorts has always --
20       Q.    Who?
21       A.    Grant Shorts has always objected to emergency
22  certification, hiring teachers or substitutes on emergency
23  certification.  And I know that we do -- when we are
24  approving people, he does point those out and objects to
25  them being hired.  That's my way of keeping track how
```

33

1  many, because they're aren't that many.
2       Q.   Do you know -- At the meeting, the board
3  meeting, where applicants for teaching positions have been
4  rejected for --
5       A.   No.
6       Q.   -- For reasons of lack of certification?
7       A.   Oh, I don't know, because I'm not part of the
8  application selection.  From the applicant pool when they
9  decide who to bring in for an interview, I'm not part of
10 that process, so I don't know who is being rejected at
11 that level, in the initial selection or screening process.
12 I don't know.
13      But I know that we don't hire anybody who has the
14 appropriate -- who does not have the appropriate
15 certification.
16      Q.   Okay.
17      A.   We don't hire people without certifications.
18      Q.   The tape in which also there's -- In the
19 evidence here, a document, where Mr. Dolecki signed off
20 for the board and its emergency substitute teacher
21 consortium program agreement form, and Mr. Dolecki signed
22 off for the school district.
23      And my understanding is that the school district
24 chose to participate in this program because of increased
25 need for substitute teachers --