```
                                                              6

 1        Q.   How long have you been Assistant Superintendent?
 2        A.   I began my employment at Crawford County School
 3   District February 18th, 2002.
 4        Q.   Prior to what was your occupation?
 5        A.   I was a senior high school principal at
 6   Titusville Area School District.
 7        Q.   How long were you in that position?
 8        A.   I can't remember the date that I started.  But I
 9   had been employed in the Titusville School District since
10   1986.
11        Q.   Okay.  So, 1986 to -- until you came here in 2000
12   --
13        A.   2002.
14        Q.   Okay.  And then prior to 1986 you were employed
15   -- were you employed with a school?
16        A.   I was employed at Bucknell University for two
17   years, '82 through '84.  Clarion University from --
18        Q.   In what capacity at Bucknell?
19        A.   I was assistant wrestling coach at the university
20   level.
21        Q.   All right.
22        A.   And I was at Clarion University in the same
23   capacity for one year.  And then I was in Ellwood City --
24        Q.   What years are we talking about?
25        A.   '86, '85.
```



PLAINTIFF'S EXHIBIT
HELLER
DEPO 9/27/06

1  relates to the budget, what is your best estimate if you
2  know -- If you don't, you can say so -- of the budget, the
3  district's budget is devoted to the recruitment, the efforts
4  to recruit, encourage, and to diversify the teaching faculty
5  of the district?
6      A.  I don't know that question -- I don't know the
7  answer to that question.
8      Q.  You don't know?
9      A.  No.
10     Q.  Any estimate?
11     A.  No.
12     Q.  Okay.  Well in terms of your -- the time that you
13 devote to this particular effort, what would you say how
14 many hours a week you spend in this area?
15     You understand what I'm asking you?  That is in terms
16 of recruiting minorities to teach, as a professional staff
17 in the district.  And I ask that in light of number 23,
18 which says you're also in charge with recruiting minority
19 groups for professional, and paraprofessional positions.
20     A.  What --
21     Q.  Are you able to give me an estimate, and give me
22 how much time you spend either weekly, monthly, in terms of
23 carrying out these responsibilities?
24     A.  It's not something that I track daily, weekly or
25 yearly.  There's procedures in place that we utilize on a

1    You of course recall having sent that to Miss Wagner?
2    A.   Uh-huh, yes.
3    Q.   And your sentiments express here concerning her
4    work, a lot of talk.  That's a fair statement, isn't it?
5    A.   Could you repeat that again?
6    Q.   Your statement concerning her work, your
7    sentiments expressed in the a letter of June 15th, 2005 and
8    you say at the close of the school year, you take an
9    opportunity to express your -- complimentary on the manner
10   in which you perform your duties.
11   You as the author of the letter to Miss Wagner,
12   expressing your appreciation, your recognition of her work.
13   It's fair to say you -- you are expressing your regard and
14   respect for her work during that school year as a substitute
15   teacher; is that correct?  Is that a fair statement to make?
16   A.   As a substitute teacher, that's correct
17   Q.   Okay.  Exhibit 5.
18   (Heller Deposition Exhibit 5 was marked.)
19   Q.   Also Mr. Heller, Exhibit 6 is a letter, a written
20   communication from Miss Schoonover, Brenda Schoonover.  It's
21   dated April, 2003 and it's from Miss Brenda Schoonover over
22   to Miss Harriet Powell.  Do you know these individuals?
23   A.   I know Mrs. Schoonover.
24   Q.   And who is Miss Schoonover at that -- what
25   position did she -- if any did she occupy with the school

1  between you and Miss Pickens about this matter? *Ms Pickens*

2      A.   I believe I had a conversation with her on the

3  phone, but never in person.

4      Q.   What was the nature of the conversation?

5      A.   I believe that it was a conversation that we had

6  been interviewing candidates to fill her position as a

7  second district -- as a second grade teacher at Cochranton

8  Elementary School along with a few other openings that we

9  had for the remainder of the year in the school district at

10 the elementary level as well.

11 And that we would <u>respect her</u> recommendation but she's

12 not part of the selection process. You know, that's pretty

13 much what the conversation consisted of. I can't be any

14 more specific than that.

15     Q.   Is that the first time that Miss Pickens had

16 called you and talked -- communicated with you concerning a

17 replacement when she took leave, had occasion to take leave?

18     A.   I only, I believe, remember having one

19 conversation with Miss Pickens.

20     Q.   On prior leave concerning this event?

21     A.   Period, one conversation.

22     Q.   Concerning this -- We're talking about this

23 particular Exhibit 7?

24     A.   I don't remember --

25     Q.   But what is memorialized here, set down in

48

1  days difference.  He's the principal.  You're the Assistant
2  Superintendent.
3      A.   Uh-huh.
4           MR. KUHAR:  What's your question?
5  BY MR. NICHOLS:
6      Q.   I mean, the observation, is there some particular
7  -- Do you -- Doesn't it trouble you that Mr. -- the
8  principal would come to a very different conclusion than you
9  regarding the quality of Miss Wagner's teaching?  I mean as
10 here I'm asking -- I'm offering this Exhibit.
11     A.   I'm not --
12     Q.   It's there for you.
13     A.   First of all, I'm going to go back to what I said
14 previous to this.  It's not -- It's not an evaluation.
15     Q.   It's observation?
16     A.   It's an observation.
17     Q.   Right.
18     A.   And I wouldn't determine her observation to be
19 unsatisfactory.  I think that there's some areas that I felt
20 as an observer at that specific time there was some areas
21 that needed some improvement.  That's --
22     Q.   So you really --
23     A.   I don't think you can word the unsatisfactory in
24 the evaluation -- in the observation --
25     Q.   Observation?

62

1  the different types of teachers.  Does that reflect the same
2  job description?
3      (Heller Deposition Exhibit 11 was marked.)
4      A.  Yes.
5      Q.  Okay.  Now, is it also correct to say then that
6  the qualifications that a substitute teacher must satisfy
7  are the same ones that a long term substitute, full-time
8  teacher must meet?
9      A.  Yes.
10     Q.  The qualifications are the same; is that correct?
11     A.  Yes.
12     Q.  Okay, thank you.  Exhibit 12 for the record,
13 please.  Mr. Heller, this is a copy of the complaint that
14 was filed, administrative complaint, filed with the PHRC by
15 Miss Wagner, February 20th, 2003.  You have seen a copy of
16 the complaint?
17     (Heller Deposition Exhibit 12 was marked.)
18     A.  Yes, I have.
19     MR. KUHAR:  I don't have 12.
20     MR. MC EWEN:  Neither do I.
21     MR. NICHOLS:  Okay, that's one I have to make a
22         copy for.  It's a copy -- You probably already
23         have a copy.
24     MR. KUHAR:  If that's what it is.  I'm going to
25         look over his shoulder.  If that's what it is, we

```
 1   also are subjected to observations?
 2        A.   By some members of the committee, that's correct.
 3        Q.   All right.  Now I'm looking at Exhibit 15.  You
 4   have a copy?
 5        A.   No.
 6        Q.   Your counsel has a copy.
 7             MR. NICHOLS:  Mr. Kuhar, will you share it with
 8        him?
 9             MR. KUHAR:  Sure.
10   BY MR. NICHOLS:
11        Q.   Exhibit 15, I'm -- My position is this and I'm
12   asking you, if you want to as I go down this list, if you
13   wish -- I'm asking for your justification of this.  I'm
14   saying that your theory -- your policy's theory, but you
15   have not followed your policy.
16        And I'm saying, one, with respect to Karen Jamison,
17   Exhibit 15, she was allowed to teach a full year without an
18   interview.  But Miss Wagner was subjected to an interview.
19   How can you justify that under your policy?
20        A.   I wasn't here.
21        Q.   You were not here?
22        A.   That's correct.
23        Q.   Who was here -- Who was in your position then?
24   Who?
25        A.   Mr. Dolecki was the Superintendent at the time.
```

1  the post-conference, but I do not believe that that is in
2  her personnel file.
3      Q.   And it's likewise respective of the other
4  applicants, right?
5      A.   Correct.
6      Q.   So there's no records on file then of this --
7      A.   Of the others?
8      Q.   Right.
9      A.   No.
10     Q.   No records made?
11     A.   Correct.
12     Q.   Maintained, okay.  Moving forward.  Moving
13 forward, Exhibit 18.  Exhibit 18 is a compilation of the
14 work product of the committee that sat and interviewed
15 candidates for Miss Pickens's job.
16     And Mr. Heller, you did participate as a member of
17 that committee; did you not?
18          (Heller Deposition Exhibit 18 was marked.)
19     A.   As a member, yes, I did.
20     Q.   Did you organize the committee, the panel which
21 sat to interview Miss Wagner and others?
22     A.   Yes, I did.
23     Q.   Okay.  What is the proper reference to that
24 entity?  Is it a panel or a committee?
25     A.   I think you can call it what you want.

```
 1         Q.    Well, I notice that you were and counsel were
 2   very precise this morning to the extent that I want to be
 3   precise, on the same wavelength with respect to
 4   communicating.
 5         A.    I don't believe I used the word panel.
 6         Q.    Would it be committee?
 7         A.    That's correct.
 8         Q.    Would it be a personnel selection search
 9   committee?
10         A.    Selection committee.
11         Q.    Selection committee?
12         A.    Interview committee.  I don't think there's a
13   standard name for it.
14         Q.    Okay.
15         A.    I think we all know what we're talking about.
16         Q.    You organize the committee, did you?
17         A.    That's correct?
18         A.    Did you select the members who sat on that
19   committee?
20         A.    I -- Yeah, I guess you could say I did.
21         Q.    Is it fair to say you were the chairman of that
22   --
23         A.    I --
24         Q.    -- Committee?
25         A.    I look at it as more of a facilitator than a
```

1  chairman. I don't think I'm chairman. Like I said, I'm
2  more of a facilitator.
3      Q.   Were any minorities included on the committee?
4      A.   No.
5      Q.   Were any teachers --
6      A.   No.
7      Q.   -- On the panel?
8      A.   No.
9      Q.   All administrators?
10     A.   Administrators.
11     Q.   Did they report to you? Did all of them -- Any
12  or all of them report to you?
13     A.   I guess if you look at the flow chart on the
14  hierarchy, I'm above them. So, yes, they would report to
15  me.
16     Q.   I have here Exhibit 18, and ask it be made part
17  of the record. And I notice first of all -- I notice first
18  of all that -- First, these documents I have here I should
19  say for the record for purpose of authenticity that Mr.
20  Kuhar provided these to me as part of the initial
21  disclosures. Mr. Kuhar, as counsel for the district. All
22  right.
23       Now, I have reviewed the employment interview analysis
24  forms of the applicants and I have here, first of all Miss
25  Szalewicz application. And she in fact was the applicant

1  A. November 22nd. I saw the date on it when you
2  showed me the form earlier.
3  Q. And then four days later, approximately four days
4  later, Mr. Meader also conducted observation, class
5  observation of Miss Wagner, correct?
6  A. That's correct.
7  Q. All right. And that of course those observation
8  results or forms have been made a part of the record now.
9  Now, you serving as a facilitator as you put it of this
10 committee, did you -- At the conclusion of the interview,
11 did you collect the forms?
12 A. Yes.
13 Q. Okay. You had an opportunity to review them?
14 A. Everybody does.
15 Q. I'm talking about you in particular.
16 A. Everybody on the committee has an opportunity to
17 review all the forms, yes.
18 Q. And you had the opportunity --
19 A. Which includes me. I'm part of the committee.
20 Q. Correct, of course. Now, did you notice that
21 several of the forms were not signed by the evaluators?
22 A. Most often they are.
23 Q. Well, if I show you which now is Exhibit 18, Miss
24 Szalewicz, one, two, three -- Three of the, I believe
25 there's six, six members, right?

1    A.    I think there were.
2    Q.    Yeah, three of the six members of the committee
3  didn't sign Miss Szalewicz evaluation, interview form?
4    A.    Okay.
5    Q.    Okay. Miss Hughes -- Well, at any rate there was
6  several of these. Let's see, Hughes, Rowena, and Nikki
7  Shearer likewise. And there were two or three not signed.
8  Mark Weathers, Erin, last name spelled, B-O-U-R-Q-U-I-N,
9  E-R-I-N first name. Not signed properly. Carolyn Beers,
10 B-E-E-R-S last name. Miss McElwain interview analysis,
11 Karen Janeson (sic)?
12   A.    Jamison.
13   Q.    Jamison, correct, J-A-M-I-S-O-N. Chad DuPont. I
14 mentioned Stephanie Hughes before. Alicia Foulk. Stacy
15 Boca. Blair Lawrence. David Stearns. All of these
16 interview -- employment interview analysis forms are
17 deficient in the sense this they are not signed by the
18 evaluator on at least one or two, possibly three instances,
19 okay.
20       Now, Mr. Heller, I notice Stephanie Hughes's form, I
21 looked on that and there's commentary on that on the second
22 page and it appears to be your handwriting. Yeah, it was
23 your application where you evaluated Stephanie Hughes. If I
24 might show this to you (indicating).
25   A.    Yes.

1  Q.  Okay. And you will notice there -- That is your
2  handwriting there, isn't it?
3  A.  I --
4  Q.  Your name appears as the evaluator?
5  A.  I think it is, yeah.
6  Q.  I note there is a comment you made that included
7  in a group there of individuals -- right there that included
8  in that group is Miss Wagner's name?
9  A.  Uh-huh.
10 Q.  And you refer, no way. That is your comment,
11 isn't it?
12 A.  It's in writing.
13 Q.  Right. That is your comment, right?
14 A.  That's correct.
15 Q.  That's your writing and your comment?
16 A.  Uh-huh.
17 Q.  And when you made that comment it was in
18 reference to what?
19 A.  Well, I think from a discussion at the end of the
20 interview process as we were considering the rating scores,
21 these were the people that were at the lower end of the
22 rating scale and it was just a reference made that these
23 people wouldn't be in consideration for those four
24 positions.
25      MR. KUHAR:  What was the -- Did you say would or

1        wouldn't?
2        THE WITNESS: Wouldn't.
3        MR. KUHAR: Okay.
4    BY MR. NICHOLS:
5        Q.   Okay, thank you. Miss Szalewicz did get the
6    position? She got the position?
7        A.   Uh-huh.
8        Q.   And I notice on the scoring here that she scored
9    number nine. Out of possibly 17, 18 applicants here she
10   scored number nine?
11       A.   Uh-huh.
12       Q.   Why -- What was so compelling about her, given
13   the fact that she got a nine that she would get the position
14   over the other eight who obviously scored higher according
15   to what is shown here on Exhibit 18?
16       A.   I understand what you're saying. Part of the
17   selection process is that at the conclusion of the
18   interviews there's a lot of discussion that takes place and
19   there's a lot of information that can be shared by the
20   people that have participated in the selection process, part
21   of that committee.
22       And some of the information that is shared is
23   information based on performances within the buildings as a
24   substitute teacher, information shared on observations that
25   certain people have made. And it can be a group consensus

1   or committee consensus.  We consider two levels at the
2   elementary.  A primary level, which is K through two.  And
3   intermediate level which is three through six.
4       And the committee many times determines who we would
5   feel is stronger at the primary level versus the
6   intermediate level.  Okay, so the rating is -- the rating is
7   significant, but it's not the only determining factor in the
8   selection process.
9       Q.  Okay.  Now two of the candidates of the
10  applicants in this pool were in college at this time, right,
11  when this interview was held; is that correct?
12      A.  Give me their names.
13      Q.  Robert Bazylak and Nikki Shearer?
14      A.  Okay.
15      Q.  That is a fact, right?
16      A.  They were finishing up their student teacher
17  experience.  I think they might have been in their last week
18  when we interviewed them.
19      Q.  But they were still in college at the time when
20  they sat for this interview, right?
21      A.  Robert Bazylak had been a graduate a long time
22  ago --
23      Q.  No, I'm saying at the time though?
24      A.  He was completing his teaching certificate.
25      Q.  Student teaching?

1    A.    Student teaching experience.
2    Q.    But he didn't have his degree?
3    A.    He had a degree.  He had a degree from Allegheny
4  College.
5    Q.    But he was doing graduate work?
6    A.    No, he was doing teacher certification work.  He
7  had a degree from a liberal arts school.
8    Q.    And Nikki Shearer?
9    A.    Nikki Shearer was finishing her student teaching
10 experience.
11   Q.    So that she had not yet received her
12 undergraduate degree?
13   A.    That's right.
14   Q.    And --
15   A.    But the didn't positions didn't start until
16 January.  Keep in mind they had their certificates when they
17 began.
18   Q.    At that time?
19   A.    Yes.
20   Q.    All right.  I notice the questions that the panel
21 posed to the different applicants were different questions
22 --
23   A.    No.
24   Q.    Each applicant had a different question they
25 posed?

```
 1  necessary progress that we felt she needed to have in order
 2  to be considered as a top candidate for a teaching position.
 3       Q.   Okay.  Now, Mr. Heller --
 4       A.   No, it was 2004, I'm sorry.  I'm sorry, 2004.  To
 5  correct that it was 2004.
 6       Q.   When you met with her --
 7       A.   The summer of 2004.
 8       Q.   You're referring to the time you met with her?
 9       A.   Yes.
10       Q.   Uh-huh.
11       A.   I retract that.
12       Q.   And she asked you for a copy of her evaluation
13  and she was told that you were -- analysis and you told her
14  you would not make it available to her?
15       A.   That's right, I didn't make them available to
16  anybody.
17       Q.   As a matter of policy or what is it?
18       A.   Procedure protocol.
19       Q.   Why would you withhold it if she wanted to see
20  and to work on it, and to obviously be informed?  It was her
21  concern.  It was her evaluation.
22       A.   It's just a decision I made at that particular
23  time, that's the only thing I can say about it.
24       Q.   But it is a fact though, Mr. Heller, isn't it,
25  that what I have here, Exhibit 25, which is 100 plus
```

1          (Off-the-record discussion.)
2  BY MR. NICHOLS:
3      Q.   I also understand there is a relationship between
4  Brian Mahoney and Mr. Stanton?
5      A.   That's correct.
6      Q.   At the time he was hired?
7      A.   That's correct.
8      Q.   It was son-in-law relationship?
9      A.   Son-in-law.
10     Q.   Right?
11     A.   That's right.
12     Q.   That relationship is obviously not acceptable,
13 unacceptable, isn't it, for purposes of the anti-nepotism
14 law?
15     A.   That's correct.
16     Q.   How was that addressed by the committee?
17     A.   How was that addressed by the committee?
18     Q.   Right.
19     A.   I'm going to take responsibility for it.
20     Q.   Uh-huh.
21     A.   I was in this position for three or four months,
22 I was unaware of the policy at the time and the
23 administration, naturally the selection committee was
24 formulated and Mr. Stanton was part of that process.  And
25 after we concluded I was made aware.