```
                                                            6
 1          Q.   And specifically what is the nature of that
 2   enterprise?
 3          A.   We -- It was a food service.  We sold meat, cut
 4   meat, and --
 5          Q.   Where are they located?
 6          A.   It was a family business.
 7          Q.   Where are they located?
 8          A.   They are no longer in existence.
 9          Q.   But they were located --
10          A.   In Meadville.
11          Q.   In Meadville.  And your educational background,
12   Miss VanTuil?
13          A.   Graduate of Meadville Senior High School and
14   Jamison Memorial School of Nursing.
15          Q.   And you're currently a member of the board, the
16   school board.
17          A.   Yes.
18          Q.   When were you first elected to the school
19   board?
20          A.   I don't know the year.  I've been on the board
21   14 years.
22          Q.   Fourteen years, okay.  And is this your first
23   elective office you have --
24          A.   Yes.
25          Q.   -- Serving as a member of the school board?
```


PLAINTIFF'S EXHIBIT
VAN TUIL DEPO

1   A.   It depends what year you're referring to.

2   Q.   Okay.  Let's -- Instead, are you able to recall
3   any years since you have been --

4   A.   When --

5   Q.   -- Affiliated with the school district, could
6   you speak to that, who was in charge?

7   A.   Mr. Lascola has done it for us --

8   Q.   And who is Mr. Lascola?

9   A.   He was the former assistant superintendent, who
10  became superintendent.  He did recruitment at both the
11  assistant level and both the superintendent level.  Mike
12  Dolecki did as assistant superintendent and
13  superintendent.  Mr. Heller does it as assistant
14  superintendent.

15  Q.   Okay.

16  A.   It depends what year you're referring to as to
17  who did it.

18  Q.   You mentioned a switch program that was carried
19  on with the institution in Pittsburgh.  That was a part of
20  this you say?

21  A.   Yes.

22  Q.   Are there other things that you can point to
23  where the school district has initiated in terms of
24  recruitment or trying to diversify the teachers staff?

25  A.   I mentioned more than just the switch program.

28

1  I mentioned the job fairs --
2      Q.  The job fairs.
3      A.  I mentioned going after student teachers who
4  were minority, asking them to come to our district.
5      Q.  Okay.
6          MR. KUHAR:  Are you asking her whether
7      there's anything else other than what she already
8      testified to?
9          MR. NICHOLS:  Well, to the extent that she
10     recollects.
11         MR. KUHAR:  Right, he's just looking to
12     see if there's more.
13         THE WITNESS:  Okay, that's all that comes
14     to mind now.
15         MR. NICHOLS:  Okay.  Excuse me.
16             (Off-the-record discussion.)
17 BY MR. NICHOLS:
18     Q.  We're still on the record continuing.  Just one
19 other question as to Mr. McFarren.  I understand he is no
20 longer with the school district.  You are aware of that?
21     A.  Yes.
22     Q.  Do you know the circumstances under which he
23 left the Crawford Central School District?
24     A.  I believe he got an administrative position in
25 another district.

Case 1:04-cv-00264-SJM   Document 124-29   Filed 07/03/2007   Page 4 of 4

```
                                                               60
 1              MR. NICHOLS:  Well, will you allow her to
 2     answer?  I'd like her testimony.
 3        A.    His last --
 4              MR. NICHOLS:  I'd like to hear her
 5     testimony.
 6        A.    His last sentence, ". . . By actively
 7     recruiting and hiring minority teachers, counselors and
 8     administrators Crawford Central School District will
 9     become a better educational experience for persons of
10     color, and an even better education experience for all
11     students."  That's a great sentence, I agree with that.
12        Q.    You agree with that?
13        A.    With that sentence, I agree with that.  I think
14     we do that.  I think we actively recruit and do our best
15     to hire and maintain minority teachers, counselors and
16     administrators.  I think the school district always tries
17     to hire the best person for the job.  That's what I agree
18     with.
19        Q.    Are you familiar with the Iminda (sic) Dixon
20     case, the lawsuit in 1984?  It goes back to 1984, lawsuit?
21        A.    I was not on the board then.
22        Q.    You weren't on the board.  You have not heard
23     of that case otherwise, have you, Iminda (sic) Dixon
24     versus the Crawford Central School District?  You never
25     heard of that?
```