16

1  conversation with Mr. Wagner?
2      A.  Well, he called essentially dealing with the
3  same topic.  He was interested in my trying to help Mrs.
4  Wagner get a job.
5      Q.  And your response to Mr. Wagner was?
6      A.  Well, it was probably essentially the same.
7  What else could I tell him?  I couldn't tell him, yes,
8  I'll see that she gets a job.  We don't have that kind of
9  authority.
10     Q.  I see.  Let me ask you this, Mr. Wright:  Are
11 you aware of the lawsuit that's been filed by Miss Wagner,
12 against the school district?
13     A.  In general terms.
14     Q.  But you are aware of it, right?
15     A.  Yes.
16     Q.  How did it first come to your attention, the
17 lawsuit?
18     A.  It was brought to the board's attention as a
19 whole.
20         MR. NICHOLS:  The lawsuit was filed on
21     about October 8th, 2004, approximately.  I would ask
22     the Court Reporter, Miss Grill, would you mark this
23     (indicating) Plaintiff Exhibit 2 and include it in
24     the record, please?
25              (At which time, Plaintiff's
                 Exhibit No. 2, was marked for



PLAINTIFF'S EXHIBIT
WRIGHT DEPO

1  complaint?
2      A.   No, I haven't reviewed the complaint.  It was
3  summarized by our legal counsel to the board.
4      Q.   And this would have been approximately 2000 --
5  It would have been 2004, of course, right?
6      A.   (No audible answer.)
7      Q.   That's when the suit was filed?
8      A.   Right.  The law firms wouldn't have come to us
9  until it was actually officially filed.
10     Q.   Were you -- Prior to this lawsuit, there was an
11 administrative complaint filed with the Pennsylvania Human
12 Relations Commission.  Was that also brought to the board,
13 the board's attention?
14     A.   I really don't recall.
15     Q.   It's possible?
16     A.   In all likelihood we would have been informed.
17     Q.   And the minutes will reflect that; would it
18 not?
19     A.   (No audible answer.)
20     Q.   The minutes of the board meeting would reflect
21 that?
22     A.   Not -- Not in executive session, I don't
23 believe so.  There are minutes of the work sessions and
24 there are minutes of the public session, but I don't
25 believe there are minutes of executive sessions, because

19

1  we have to report anything out to the public if we decide
2  anything.
3       So executive session is to deal with private
4  personnel matters --
5       Q.   But the lawsuit --
6       A.   -- Legal questions.
7       Q.   All right.  A lawsuit is filed and as a matter
8  of course it would be brought to the attention of the
9  board as you said it was in this case, right?
10      A.   Yes.
11      Q.   Let me step back.  What about administrative
12 complaint that's filed with the administrative agency, in
13 this case, the Pennsylvania Human Relations Commission,
14 would that also would have been brought to the attention
15 of the board as a matter of standard procedure?
16      A.   I imagine that it would have.
17      Q.   Matters that involve your legal counsel are
18 matters which are routinely brought to the board, before
19 the board; is that correct?
20      A.   I --
21      Q.   Is that a fair statement?
22      A.   I don't know that I would say that.  I think
23 there are a lot of legal issues that our people deal with,
24 our attorneys, and that's it.  They don't come to the
25 board if they're not complex issues.

1           MR. NICHOLS:  He can express his opinion,
2   counsel.  I don't see anything -- If he wishes --
3           MR. KUHAR:  As your counsel, I'm going to
4   instruct you not to answer.  You can disregard my
5   advice, but it's my advice that you not answer that.
6           THE WITNESS:  I would choose not to answer
7   then.  I mean we pay him to know the law.  I'm not
8   the lawyer.
9           MR. NICHOLS:  Okay.
10  BY MR. NICHOLS:
11      Q.   You said that the school board did discuss this
12  lawsuit together.  You did make that statement, correct?
13      A.   It was brought to our attention.
14      Q.   All right.
15      A.   Surely.
16      Q.   And the lawsuit was placed on the agenda -- Was
17  it placed on the agenda of the school district -- of the
18  board rather?
19      A.   No, it wouldn't have been placed on the agenda,
20  it would have been an executive session item which we
21  would be advised of by a memorandum that it would be
22  discussed in executive session.
23      We don't always know that in advance, from a timing
24  standpoint.  But in general the superintendent let's us
25  know what executive committee items are going to occur.

61

1       I'm asking you now -- maybe you don't know -- in
2  terms of how the administration implements it, in the
3  hiring decision of teachers?
4       A.   Well, here again, the hiring of teachers
5  doesn't come to the board.
6       Q.   No, no.  What I'm asking, sir, is as I
7  understand the process, the teachers, that the initial
8  hiring -- I mean the recruitment, the screening of
9  candidates for teaching positions occurs with the
10 administration, right?
11      And then those that are recommended to be hired as
12 teachers are presented to the board for its final blessing
13 or approval; is that correct?
14      A.   That's correct.
15      Q.   The regulations I read requires the board
16 approves the hiring; is that correct?
17      A.   Yes.  Every month there's a list --
18      Q.   So I mean the administration, Mr. Heller and
19 Mr. Dolecki, don't have the exclusive unilateral authority
20 to hire teachers under the existing regulations; is that
21 correct, that is the board's function?
22      A.   They recommend it.
23      Q.   Right, recommend.
24      A.   Right.
25      Q.   But that's different.  The board has final

1  approval?

2      A.   Right, and the board doesn't preside over
3  hiring coaches and so on.  I don't think so.  That's not
4  our job, that's their job.

5      They give us the recommendations and by and large
6  there are not objections to those.  Sometimes there's
7  personal knowledge or something, but the legal criteria is
8  if it's a board members relative, we have to deal with it.
9  The rest of it is an administrative matter.

10     Q.   Right.  And I'm asking you -- And that's
11 because of the anti-nepotism policy, correct?  When you
12 say you have to deal with, you're referring to the board,
13 right?

14     And when you say you have to deal with it, what are
15 you really telling us?

16     A.   Here again --

17          MR. KUHAR:  I object to the question that
18     it's compound.  I don't think it's impermissible,
19     but you can break it into pieces.
20 BY MR. NICHOLS:

21     Q.   I'm using your words, and I'm asking for
22 clarification.  When you say -- These are your words I
23 think.  Correct me if I'm wrong, you said if it's a
24 relative, then the board has to deal with it.

25     I'm asking you to further clarify that.  What do you

1  mean when you say the board has to deal with it?
2     A.  If it's a relative of a board member, the board
3  has to deal with that issue, we have to vote specifically
4  on that issue. If it's one of our relatives, the board
5  has to vote on it.
6     We don't vote on a specific individual service
7  worker and maintenance people and teachers that are hired.
8  We get a list of those recommended by the administration.
9     Q.  Right, and you vote on it right?
10    A.  Yes.
11    Q.  I mean you approve or disapprove; is that
12 correct?
13    A.  That's correct.
14    Q.  You do approve or disapprove, okay. Let me ask
15 you this: Does the fact that Miss Wagner filed a lawsuit,
16 does that disqualify her for being further considered for
17 a teaching position?
18    A.  No, I would think -- Again, I'm not sure that
19 it's helpful.
20    Q.  Would you hold it against her?
21    A.  If I wanted a paid job at the school district,
22 I wouldn't sue them as a place to start.
23    Q.  Would you hold it against her knowing now that
24 you know that she's filed a lawsuit, that's a matter of
25 record, would you -- And her application coming through