IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, | ) Civil Action No. 04-264 ERIE |
| | ) Judge Sean J. McLaughlin |
| Plaintiff | ) |
| | ) |
| v. | ) ELECTRONICALLY FILED |
| | ) |
| CRAWFORD CENTRAL SCHOOL DISTRICT, et al. | ) |
| | ) |
| | ) |
| Defendants | ) |

**JOINT MOTION TO EXTEND TIME FOR FILING
FINDINGS OF FACT & CONCLUSIONS OF LAW**

AND NOW, this 23rd day of August, 2007, Defendant, Crawford Central School District[1], by and through its attorneys, Knox McLaughlin Gornall & Sennett, P.C., and Plaintiff, Rowena Wagner, by and through her attorney, John J. Mead, Esq., move to extend the time for filing their findings of fact and conclusions of law. In support thereof, the parties state the following:

1. A bench trial in this case was held June 18 through 21, 2007.

2. On June 22, 2007, the Court ordered the parties to file their findings of fact and conclusions of law within twenty days of their receipt of the trial transcript.

3. The parties received copies of the trial transcript on August 14, 2007, making their findings of fact and conclusions of law due on or before September 4, 2007.

4. Due to several personal and professional conflicts, the parties respectfully request that the Court extend the time for filing their findings of fact and conclusions of law by twenty days, to September 24, 2007.

---

[1] During the October 27, 2006 hearing on Defendants' Motion for Summary Judgment, the Court dismissed Crawford Central School Board, Superintendent Michael E. Dolecki and Assistant Superintendent Charles E. Heller, III as defendants.

WHEREFORE, Defendant, Crawford Central School District, and Plaintiff, Rowena Wagner, respectfully request that the Court grant their Joint Motion to Extend the Time for Filing Findings of Fact and Conclusions of Law to September 24, 2007.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| KNOX McLAUGHLIN GORNALL & SENNETT, P.C. | SCARPITTI & MEAD, LLP |
| BY: /s/ Mark J. Kuhar<br>Mark J. Kuhar, Esq.<br>120 West Tenth Street<br>Erie, Pennsylvania 16501-1461<br>Phone: (814) 459-2800<br>Fax: (814) 453-4530<br>E-mail: mkuhar@kmgslaw.com<br>PA Bar No.: 71185<br><br>Attorneys for Defendant,<br>Crawford Central School District | BY: /s/ John J. Mead<br>John J. Mead, Esq.<br>1001 State Street, Suite 800<br>Erie, PA 16501<br>Phone: (814) 459-1726<br>Fax: (814) 454-3585<br>E-mail: jmead85@aol.com<br>PA Bar No.: 39610<br><br>Attorney for Plaintiff,<br>Rowena Wagner |