**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROWENA WAGNER, | ) | Civil Action No. 04-264 ERIE |
| | ) | Judge Sean J. McLaughlin |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| CRAWFORD CENTRAL SCHOOL | ) | |
| DISTRICT, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, this matter coming before the Court upon the parties' Joint Motion to Extend Time for Filing Findings of Fact & Conclusions of Law, it is hereby ORDERED that the September 4, 2007 deadline for filing findings of fact and conclusions of law is extended by twenty days, to September 24, 2007.

_____
Sean J. McLaughlin,
United States District Judge

# 741308