# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Rowena Wagner )
_____ )
Plaintiff )
)
)
vs. ) No. CA 04-264E
)
Crawford Central School District, )
et al., )
_____ )
Defendant )

HEARING ON: Status Conference (telephonic)

Before Judge: Sean J. McLaughlin

Date: 3/26/08

Caleb Nichols — 838 1877 | Marc Kuhar — 459-2800

Appear for Plaintiff | Appear for Defendant

Hearing begun: 9:26 am    Hearing adjourned to: 9:35 am

Hearing concluded C.A.V. _____    Stenographer: R Bench

Courtroom Deputy: RCH

### WITNESSES:

For Plaintiff | For Defendant

Date of the fact finding hrg held relative to Wagner's 2/20/03 Charge was held on 5-9-03.