IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA WAGNER, )<br>)<br>      Plaintiff, )<br>) <br>      v. )<br>)<br>CRAWFORD CENTRAL SCHOOL )<br>DISTRICT, )<br>)<br>      Defendant. ) | Civil Action No. 04-264 Erie |

## ORDER OF JUDGMENT

AND NOW, this 31st day of March, 2008, for the reasons set forth more fully in the Court's Findings of Fact and Conclusions of Law being filed simultaneously herewith,

IT IS ORDERED that JUDGMENT be and hereby is entered in favor of Defendant in this case, the Crawford Central School District, and against Plaintiff, Rowena Wagner.

The clerk is hereby directed to mark the case closed.


                                                                                  s/ Sean J. McLaughlin
                                                                                   United States District Judge

cm:    All parties of record.