**EXHIBIT A**

**ITEMIZATION OF COSTS**

**Wagner v. Crawford Central School District**
**C.A. No. 04-264E**

**PHOTOCOPIES**

Knox McLaughlin Gornall & Sennett, P.C.

| Invoice No. | Period Beginning | No. of Copies | Cost per Copy | Total Cost |
|---|---|---|---|---|
| 123051 | SEP 2004 | 40 | .20 | $8.00 |
| 125326 | DEC 2004 | 1,164 | .20 | $232.80 |
| 127718 | FEB 2005 | 456 | .20 | $91.20 |
| 128431 | MAY 2005 | 2,964 | .20 | $592.80 |
| 129293 | JUN 2005 | 11 | .20 | $2.20 |
| 130689 | JUL 2005 | 1,189 | .10 | $118.90 |
| 131706 | AUG 2005 | 175 | .10 | $17.50 |
| 133334 | OCT 2005 | 557 | .10 | $55.70 |
| 133846 | NOV 2005 | 181 | .10 | $18.10 |
| 134620 | DEC 2005 | 179 | .10 | $17.90 |
| 135342 | JAN 2006 | 15 | .10 | $1.50 |
| 136116 | FEB 2006 | 798 | .10 | $79.80 |
| 137087 | MAR 2006 | 164 | .10 | $16.40 |
| 138691 | MAY 2006 | 109 | .10 | $10.90 |
| 139330 | JUN 2006 | 736 | .10 | $73.60 |
| 140190 | JUL 2006 | 167 | .10 | $16.70 |
| 144981 | DEC 2006 | 13 | .10 | $1.30 |
| 145786 | JAN 2007 | 881 | .10 | $88.10 |
| 146695 | FEB 2007 | 691 | .10 | $69.10 |
| 147469 | MAR 2007 | 10 | .10 | $1.00 |
| 148215 | APR 2007 | 33 | .10 | $3.30 |
| 148751 | MAY 2007 | 187 | .10 | $18.70 |
| 149274 | JUN 2007 | 7,216 | .10 | $721.60 |
| 150976 | AUG 2007 | 3 | .10 | $.30 |
| 154540 | DEC 2007 | 10 | .10 | $1.00 |
|  |  |  | TOTAL | $2,258.40 |

Outside Copy Fees

| Date | Vendor | Amount |
|---|---|---|
| 12-20-04 | Commonwealth of Pennsylvania | $73.95 |
| 08-09-05 | Commonwealth of Pennsylvania | $5.50 |
| 08-31-05 | Grise Audio Visual Center | $15.90 |
| 09-30-05 | Grise Audio Visual Center | $9.54 |
|  | TOTAL | $104.89 |

## COURT REPORTER / TRANSCRIPT FEES

| Date | Vendor | Amount |
|---|---|---|
| 06-03-05 | Ronald J. Bench, OCP (2-25-05 and 5-10-05 Hearings) | $105.60 |
| 09-30-05 | Ferguson & Holdnack Reporting (Invoice 13295) | $224.20 |
| 10-31-05 | Ferguson & Holdnack Reporting (Invoice 13412) | $397.50 |
| 10-31-05 | Ferguson & Holdnack Reporting (Invoice 13471) | $583.70 |
| 10-31-05 | Ferguson & Holdnack Reporting (Invoice 13491) | $174.00 |
| 10-31-05 | Ferguson & Holdnack Reporting (Invoice 13499) | $149.80 |
| 11-30-05 | Ferguson & Holdnack Reporting (Invoice 13572) | $480.30 |
| 11-30-05 | Ferguson & Holdnack Reporting (Invoice 13605) | $297.35 |
| 11-30-05 | Ferguson & Holdnack Reporting (Invoice 13643) | $439.05 |
| 01-06-06 | Ronald J. Bench, OCP (12-6-05 Hearing) | $62.70 |
| 01-23-06 | Ronald J. Bench, OCP (1-12-06 Hearing) | $16.50 |
| 02-13-06 | Ronald J. Bench, OCP (2-8-06 Hearing) | $35.69 |
| 04-28-06 | Ronald J. Bench, OCP | $240.90 |
| 12-08-06 | Ronald J. Bench, OCP (10-27-06 Hearing) | $168.30 |
| | TOTAL | $3,375.59 |

## OTHER COSTS

| Date | Description | Amount |
|---|---|---|
| NOV 2005 | Federal Express Delivery Service | $17.28 |
| FEB 2006 | Federal Express Delivery Service | $16.52 |
| | TOTAL | $33.80 |

# 776747