IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTIRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROWENA WAGNER | ) | |
|     Plaintiff | ) | |
| | ) | |
| v | ) | Civil Action No. 04 -264 Erie |
| | ) | |
| CRAWFORD CENTRAL | ) | |
| SCHOOL DISTRICT | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Rowena Wagner, plaintiff in the above named case, hereby appeals to the United States Court of Appeal for the Third Circuit from the Findings of Fact and Conclusions of Law and Final Judgment entered in this action on March 31, 2008.

   /s /  John J. Mead, Esquire
Attorney for Rowena Wagner
PA I.D. 39610
Renaissance Centre
1001 State Street
Suite 800
Erie, PA 16501
814-459-1726